

**Bart Barber**
@bartbarber

Replying to @bartbarber and @RodDMartin

1. Hunt was the subject of a third-party investigation in response to allegations that he sexually assaulted a woman half his age in ways that would, to my knowledge, constitute a felony in any jurisdiction in the US.

10:30 AM · Dec 5, 2022

43 Likes