

156 E. Market Street
Suite 1200
Indianapolis, IN 46204
www.MacGillLaw.com

Robert D. MacGill
317.442.3825
Robert.MacGill@MacGillLaw.com

**Via UPS (Tracking No. 1Z29R12R3529969159; 1Z29R12R3530343545)**

March 1, 2023

Southern Baptist Convention
c/o Registered Agent
Suite 750
901 Commerce Street
Nashville, TN 37203-3600

Executive Committee of the Southern
Baptist Convention
c/o Registered Agent
Suite 750
901 Commerce Street
Nashville, TN 37203-3600

RE: Demand for Retraction and Repudiation

To Whom it May Concern:

We write on behalf of our client, Pastor Johnny Hunt. On multiple occasions, the Southern Baptist Convention ("SBC") and the Executive Committee of the Southern Baptist Convention ("EC") have made false and defamatory statements regarding Pastor Johnny. These statements have been made in at least the following publications: the Report of the Independent Investigation dated May 15, 2022, and issued by Guidepost Solutions LLC at the direction of the SBC and EC; letters sent to churches, including the Hiland Park Baptist Church; articles on the Baptist Press website; tweets issued by SBC President Bart Barber; and other potential avenues.

We demand that these false statements be retracted and that the SBC and EC issue an editorial specifically repudiating their false statements. The false statements include the following:

1. That Pastor Johnny "sexually assaulted" or sexually abused the wife of a pastor;
2. That Pastor Johnny was accused by the wife of a pastor of having committed a "sexual assault";
3. That the wife is a "survivor" of a sexual assault perpetrated by Pastor Johnny;
4. That the allegations against Pastor Johnny were "corroborated" by a counseling minister and three other credible witnesses;
5. That Pastor Johnny has been "credibly" accused of "sexual abuse" as defined by the SBC;
6. That Pastor Johnny had been "grooming" his accuser with inappropriate and unwelcome advances prior to the Florida encounter;
7. That the wife and her husband were "silenced" by Pastor Johnny;
8. That Pastor Johnny "forced himself" on the wife, that he "violently" kissed her, and that the wife "did not reciprocate, but rather stood eyes open and very stiff";

9. That the encounter between Pastor Johnny and the wife was not consensual; and
10. That Pastor Johnny has been accused of conduct that would "constitute a felony in any jurisdiction in the US."

The above statements are unequivocally false, they were reckless, and have caused substantial harm. We demand that within seven days of receiving this letter you retract and correct the false and defamatory statements in as conspicuous and public manner as you published the original defamatory statements. We also demand that the retraction and correction be accompanied by an editorial where the defamatory statements are specifically repudiated.

Very truly yours,

Robert D. MacGill

cc: Gene R. Besen, Esq. (counsel for the SBC)
(via email only at gbesen@bradley.com)
Pastor Johnny Hunt