

# MacGill PC

156 E. Market Street
Suite 1200
Indianapolis, IN 46204
www.MacGillLaw.com

Robert D. MacGill
317.442.3825
Robert.MacGill@MacGillLaw.com

**Via USPS Certified Mail, Return Receipt Requested (Tracking No. 9402811898765836070097)**

March 1, 2023

Guidepost Solutions LLC
c/o C T Corporation System, as registered agent
28 Liberty Street
New York, NY 10005

     RE:    Demand for Retraction and Repudiation

To Whom It May Concern:

We write on behalf of our client, Pastor Johnny Hunt. Guidepost Solutions LLC ("Guidepost") has made false and defamatory statements regarding Pastor Johnny. These statements have been made in at least the following publication: the Report of the Independent Investigation dated May 15, 2022.

We demand that these false statements be retracted and that Guidepost issue an editorial specifically repudiating its false statements. The false statements include the following:

1. That Pastor Johnny "sexually assaulted" or sexually abused the wife of a pastor;
2. That Pastor Johnny was accused by the wife of a pastor of having committed a "sexual assault";
3. That the wife is a "survivor" of a sexual assault perpetrated by Pastor Johnny;
4. That the allegations against Pastor Johnny were "corroborated" by a counseling minister and three other credible witnesses;
5. That Pastor Johnny has been credibly accused of sexual assault;
6. That Pastor Johnny had been "grooming" his accuser with inappropriate and unwelcome advances prior to the Florida encounter;
7. That the wife and her husband were "silenced" by Pastor Johnny;
8. That Pastor Johnny "forced himself" on the wife, that he "violently" kissed her, and that the wife "did not reciprocate, but rather stood eyes open and very stiff"; and
9. That the encounter between Pastor Johnny and the wife was not consensual.

The above statements are unequivocally false, they were reckless, and have caused substantial harm. We demand that within seven days of receiving this letter you retract and correct the false and defamatory statements in as conspicuous and public manner as you published the original

defamatory statements. We also demand that the retraction and correction be accompanied by an editorial where the defamatory statements are specifically repudiated.

Very truly yours,

Robert D. MacGill

cc:  Pastor Johnny Hunt