# United States District Court
### For the Southern District of Indiana



# CERTIFICATE OF GOOD STANDING

I, Roger A. G. Sharpe, Clerk of the United States District Court for the Southern District of Indiana, do hereby certify that

## ROBERT D. MACGILL

was duly admitted and qualified as an Attorney and Counselor of said Court on the 29th Day of May A.D., 1981, and is in good standing as a member of the bar of said Court.

Furthermore, no pending disciplinary action is on record.

*Roger A.G. Sharpe*
Clerk of the United States District Court

By: *[signature]*
Deputy Clerk

Issued: March 16, 2023

Case 3:23-cv-00243     Document 7-1     Filed 03/23/23     Page 1 of 1 PageID #: 346