## United States District Court
### For the Southern District of Indiana



# CERTIFICATE OF GOOD STANDING

I, Roger A. G. Sharpe, Clerk of the United States District Court for the Southern District of Indiana, do hereby certify that

## PATRICK SANDERS

was duly admitted and qualified as an Attorney and Counselor of said Court on the 20th Day of March A.D., 2023, and is in good standing as a member of the bar of said Court. Furthermore, no pending disciplinary action is on record.

*Roger A.G. Sharpe*

Clerk of the United States District Court

By: _____
Deputy Clerk

Issued: March 20, 2023