IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:23-cv-00243 |
| | ) | JUDGE ELI J. RICHARDSON |
| vs. | ) | Magistrate Judge Jeffery S. Frensley |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | JURY TRIAL DEMANDED |
| GUIDEPOST SOLUTIONS LLC; and | ) | |
| EXECUTIVE COMMITTEE OF THE | ) | |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please take notice that John R. Jacobson of the law firm Riley & Jacobson hereby enters his appearance on behalf of Defendant, Guidepost Solutions LLC.

Respectfully submitted,

s/John R. Jacobson
John R. Jacobson (BPR #14365)
Katharine R. Klein (BPR #19336)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

*Attorneys for Defendant Guidepost Solutions LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the ECF Court System on this 23rd day of March on the following:

| | |
|---|---|
| Todd G. Cole, Esq. | Robert D. MacGill, Esq. |
| Andrew Goldstein, Esq. | Scott E. Murray, Esq. |
| Cole Law Group, P.C. | Patrick J. Sanders, Esq. |
| 1648 Westgate Circle, Suite 301 | MACGILL PC |
| Brentwood, TN 37027 | 156 E. Market St. |
| tcole@colelawgrouppc.com | Suite 1200 |
| agoldstein@colelawgrouppc.com | Indianapolis, IN 46204 |
| | robert.macgill@macgilllaw.com |
| | scott.murray@macgilllaw.com |
| | patrick.sanders@macgilllaw.com |

                                                  s/John R. Jacobson