UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, | ) |
| *Plaintiff*, | ) |
| | ) No. 3:23-cv-00243 |
| v. | ) |
| | ) DISTRICT JUDGE RICHARDSON |
| SOUTHERN BAPTIST CONVENTION; | ) MAGISTRATE JUDGE FRENSLEY |
| GUIDEPOST SOLUTIONS LLC; and | ) |
| EXECUTIVE COMMITTEE OF THE | ) |
| SOUTHERN BAPTIST CONVENTION, | |
| *Defendants*. | |

## NOTICE OF APPEARANCE

R. Brandon Bundren of Bradley Arant Boult Cummings LLP enters his appearance as counsel of record for the Executive Committee of the Southern Baptist Convention.

Respectfully submitted,

s/ R. Brandon Bundren
R. Brandon Bundren (BPR #30985)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.244.2582
F: 615.252.6380
bbundren@bradley.com

*Attorney for the Executive Committee of the Southern Baptist Convention*

## CERTIFICATE OF SERVICE

    I certify that on March 28, 2023, I electronically filed a true and correct copy of the Notice of Appearance with the Clerk of Court for the U.S. District Court Middle District of Tennessee, through the Court's Electronic Case Filing System, which will automatically serve all counsel of record listed below:

    Todd G. Cole (tcole@colelawgrouppc.com)
    Andrew P. Goldstein (agoldstein@colelawgrouppc.com)
    COLE LAW GROUP, PC

    Robert D. MacGill (robert.macgill@macgilllaw.com)
    Patrick J. Sanders (patrick.sanders@macgilllaw.com)
    Scott E. Murray (scott.murray@macgilllaw.com)
    MACGILL PC

*Attorneys for Johnny M. Hunt*

    John R. Jacobson (jjacobson@rjfirm.com)
    Katharine R. Klein (kklein@rjfirm.com)
    RILEY & JACOBSON, PLC

*Attorneys for Guidepost Solutions LLC*


    s/ R. Brandon Bundren
    R. Brandon Bundren