**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
Nashville Division

| | |
|---|---|
| Johnny M. Hunt | |
| | Case No. 3:23-cv-00243 |
| v. | |
| Southern Baptist Convention; Guidepost Solutions LLC; and Executive Committee of the Southern Baptist Convention | Judge Eli J. Richardson |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Gene R. Besen hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Executive Committee of the SBC.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Northern District of Texas. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

None

3. I have not been found in contempt by any court or tribunal, except as provided below:

None

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

None

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

None

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

None

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

E. Todd Presnell (tpresnell@bradley.com), Scarlett Nokes (snokes@bradley.com), and R. Brandon Bundren (bbundren@bradley.com); Bradley Arant Boult Cummings LLP, 1600 Division Street, Suite 700, Nashville, Tennessee 37203; 615.244.2582

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Gene R. Besen  Signature

Name: Gene R. Besen

State where admitted and State Bar Number: Texas (TX Bar No. 24045491)

Business Address: Fountain Place, 1445 Ross Ave., Ste. 3600, Dallas, Texas 75202

Local Address [if different from above]:

Phone: 214.257.9800

Email: 214.939.8787

# CERTIFICATE OF SERVICE

[Include certificate of service in compliance with Local Rule 5.01 and 5.02]

I certify that on March 28, 2023, I electronically filed a true and correct copy of the Notice of Appearance with the Clerk of Court for the U.S. District Court Middle District of Tennessee, through the Court's Electronic Case Filing System, which will automatically serve all counsel of record listed below:

Todd G. Cole (tcole@colelawgrouppc.com)
Andrew P. Goldstein (agoldstein@colelawgrouppc.com)
COLE LAW GROUP, PC

Robert D. MacGill (robert.macgill@macgilllaw.com)
Patrick J. Sanders (patrick.sanders@macgilllaw.com)
Scott E. Murray (scott.murray@macgilllaw.com)
MACGILL PC

Attorneys for Johnny M. Hunt

John R. Jacobson (jjacobson@rjfirm.com)
Katharine R. Klein (kklein@rjfirm.com)
RILEY & JACOBSON, PLC

Attorneys for Guidepost Solutions LLC

s/ Gene R. Besen
Gene R. Besen

**FEE: $150.00 [Fee may be paid through the credit card module in ECF or payment may be forwarded to the Clerk within 21 days of filing the motion. If forwarded to the Clerk, payment should be in the form of a check, cashier's check or money order payable to the Clerk, U.S. District Court, 719 Church Street, Suite 1300, Nashville, TN 37203.]