# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

    STEVEN GLEN MINTZ    , Bar #     SM5428

was duly admitted to practice in the Court on

November 27, 1990

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    March 28, 2023
New York, New York

Ruby J. Krajick    By    s/ S. Gonzalez
Clerk of Court             Deputy Clerk