UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
Nashville Division

JOHNNY M. HUNT

v.

SOUTHERN BAPTIST CONVENTION; GUIDEPOST SOLUTIONS LLC; and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION

Case No. 3:23-cv-00243

Judge Eli J. Richardson

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Terence W. McCormick hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Guidepost Solutions LLC.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

John R. Jacobson (BPR #14365) and Katharine R. Klein (BPR #19336)
Riley & Jacobson, PLC, 1906 West End Avenue, Nashville, TN 37203
Phone: 615-320-3700; Email: jjacobson@rjfirm.com and kklein@rjfirm.com

8. I have read and am familiar with the Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Terence W. McCormick     Signature

Name: Terence W. McCormick
State where admitted and State Bar Number: New York, 2541498
Business Address: Mintz and Gold, 600 Third Avenue, 25th Floor, New York, NY 10016
Local Address [if different from above]:
Phone: 212-696-4848
Email: mccormick@mintzandgold.com

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF filing system on March 29, 2023 upon the following:

| | |
|---|---|
| Todd G. Cole, Esq.<br>Andrew Goldstein, Esq.<br>Cole Law Group, P.C.<br>1648 Westgate Circle, Suite 301<br>Brentwood, TN 37027<br>tcole@colelawgrouppc.com<br>agoldstein@colelawgrouppc.com | Scarlett Singleton Nokes<br>R. Brandon Bundren<br>Bradley Arant Boult Cummings LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>snokes@bradley.com<br>bbundren@bradley.com |
| Robert D. MacGill, Esq.<br>Scott E. Murray, Esq.<br>Patrick J. Sanders, Esq.<br>MACGILL PC<br>156 E. Market Street, Suite 1200<br>Indianapolis, IN 46204<br>robert.macgill@macgilllaw.com<br>scott.murray@macgilllaw.com<br>patrick.sanders@macgilllaw.com | Gene R. Besen<br>Bradley Arant Boult Cummings LLP<br>1445 Ross Avenue, Suite 3600<br>Dallas, TX 75202<br>gbesen@bradley.com |

                                             *s/ Katharine R. Klein*