# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

**TERENCE WILLIAM MCCORMICK**, Bar # **TM2713**

was duly admitted to practice in the Court on

**August 16, 1995**

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St. New York, New York     On **March 27, 2023**

Ruby J. Krajick
Clerk of Court

By  s/ S. Gonzalez
Deputy Clerk