# IN THE UNITED STATES DISTRICT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Docket No.: 3:23-CV-00243 |
| v. ) | JURY DEMAND |
| ) | |
| SOUTHERN BAPTIST CONVENTION, ) | |
| GUIDEPOST SOLUTIONS, LLC, and ) | |
| EXECUTIVE COMMITTEE OF THE ) | |
| SOUTHERN BAPTIST CONVENTION, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Come now, L. Gino Marchetti, Jr. and Matt C. Pietsch, of the law firm of Taylor, Pigue, Marchetti & Blair, PLLC, and give Notice to the Court and to the Plaintiff of their representation of Southern Baptist Convention in the above styled matter. This notice is given subject to the Defendant's right to assert any and all defenses permitted by Rule 12 of the Tennessee Rules of Civil Procedure and the Defendant does not waive this right by the filing of this Notice.

Respectfully submitted,

**TAYLOR, PIGUE & MARCHETTI & BLAIR, PLLC**

BY: */s/ L Gino Marchetti Jr.*
L. Gino Marchetti, Jr., BPR No. 005562
Matt C. Pietsch, BPR No. 024659
2908 Poston Avenue
Nashville, TN 37203
(615) 320-3225 Voice
(615) 320-3244 Fax
gmarchetti@tpmblaw.com
matt@tpmblaw.com
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to the following via the United States Postal Service and Electronic Mail on the ___ day of March, 2023:

Todd G. Cole
Andrew Goldstein
Cole Law Group, PC
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
tcole@colelawyergrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill (Pro Hac Vice)
Scott E. Murray (Pro Hac vice)
Patrick Sanders (pro hac vice)
MacGill PC
156 E. Market Street, Suite 1200
Indianapolis, IN 46204
Robert.macgill@macgilllaw.com
Scott.murray@macgilllaw.com
Patrick.sanders@macgilllaw.com

*Attorneys for Plaintiff*

                                                 */s/ L. Gino Marchetti, Jr.*_____
                                                 L. Gino Marchetti, Jr.