# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:23-cv-00243 |
| ) | |
| SOUTHERN BAPTIST CONVENTION; ) | Judge Richardson |
| GUIDEPOST SOLUTIONS LLC; and ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, ) | |
| ) | |
| Defendants. ) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COME NOW the Parties, Johnny M. Hunt (hereinafter "Plaintiff"), the Southern Baptist Convention (hereinafter the "SBC"), Guidepost Solutions LLC (hereinafter "Guidepost"), and the Executive Committee of the Southern Baptist Convention (hereinafter the "Executive Committee") (hereinafter collectively the "Parties"), by and through their respective counsel, and hereby respectfully submit this Consent Motion for Extension of Time to Respond to Complaint. In support of this Motion, the Parties submit as follows:

1. On March 17, 2023, Plaintiff filed his Complaint [D.E. 1].

2. On March 17, 2023, counsel for the SBC and the Executive Committee agreed to accept service of process on behalf of the SBC and the Executive Committee via electronic mail in this matter.

3. On March 20, 2023, counsel for Guidepost agreed to accept service of process on behalf of Guidepost via electronic mail in this matter, contingent upon an extension of time to file a responsive pleading or other appropriate motion in relation to the Complaint.

1

4. Plaintiff agreed to Guidepost's requested extension and offered to provide the same extension to the other Defendants so that all responsive pleadings and/or motions would be due on or before the same day (May 4, 2023).

5. Defendants have agreed to waive the defense of insufficient service of process in this matter; provided that the Court grants the requested extension of time up to and including May 4, 2023, for Defendants to file a responsive pleading or other appropriate motion in relation to the Complaint.

WHEREFORE, the Parties respectfully request that this Court grant Defendants an extension of time up to and including May 4, 2023, to file a responsive pleading or other appropriate motion in relation to Plaintiff's Complaint and deem the defense of insufficient service of process waived as to all Defendants.

<u>Dated:</u>     March 30, 2023

[SIGNATURE PAGE TO FOLLOW]

Respectfully Submitted By:

/s/ *Scarlett Singleton Nokes (by consent)*

**BRADLEY ARANT BOULT CUMMINGS LLP**
Scarlett Singleton Nokes, Esq. (BPR # 028994)
R. Brandon Bundren, Esq. (BPR # 030985)
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com

*Counsel for the Executive Committee of the Southern Baptist Convention*


/s/ *Katharine R. Klein (by consent)*

**RILEY & JACOBSON, PLC**
John R. Jacobson, Esq. (BPR # 014365)
Katharine R. Klein, Esq. (BPR # 019336)
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
jjacobson@rjfirm.com
kklein@rjfirm.com

*Counsel for Guidepost Solutions LLC*


/s/ *L. Gino Marchetti, Jr. (by consent)*

**TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC**
L. Gino Marchetti, Jr., Esq. (BPR # 005562)
Matt C. Pietsch, Esq. (BPR # 024659)
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for the Southern Baptist Convention*


/s/ *Andrew Goldstein*

**COLE LAW GROUP, P.C.**
Todd G. Cole, Esq. (BPR # 031078)
Andrew Goldstein, Esq. (BPR # 037042)
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

**MACGILL PC**
Robert D. MacGill, Esq. (Ind. Bar. 9989-49)
(*pro hac vice motion pending*)
Scott E. Murray, Esq. (Ind. Bar. 26885-49)
(*pro hac vice motion pending*)
Patrick J. Sanders, Esq. (Ind. Bar. 36950-29)
(*pro hac vice motion pending*)
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Consent Motion for Extension of Time to Respond to Complaint to be electronically filed with the Clerk of the Court on March 30, 2023, using the CM/ECF system, which will automatically serve all counsel of record listed below:

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
snokes@bradley.com
bbundren@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202

*Counsel for the Executive Committee of the Southern Baptist Convention*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
MINTZ & GOLD LLP
600 Third Avenue, 25th Fl.
New York, New York 10016
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Guidepost Solutions LLC*

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, Indiana 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

L. Gino Marchetti, Jr., Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, Tennessee 37203
gmarchetti@tpmblaw.com

*Counsel for the Southern Baptist Convention*

/s/ Andrew Goldstein
ANDREW GOLDSTEIN