# IN THE UNITED STATES DISTRICT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **JOHNNY M. HUNT,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **Docket No.: 23-CV-00243** |
| v. | ) **JURY DEMAND** |
| | ) |
| **SOUTHERN BAPTIST CONVETION,** | ) |
| **GUIDEPOST SOLUTIONS, LLC, and** | ) |
| **EXECUTIVE COMMITTEE OF THE** | ) |
| **SOUTHERN BAPTIST CONVENTION,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Comes now, Matthew C. Pietsch, of the law firm of Taylor, Pigue, Marchetti & Blair, PLLC, and gives Notice to the Court and to the Plaintiff of his representation of Southern Baptist Convention in the above styled matter. This notice is given subject to the Defendant's right to assert any and all defenses permitted by Rule 12 of the Tennessee Rules of Civil Procedure and the Defendant does not waive this right by the filing of this Notice.

*Respectfully submitted,*

**TAYLOR, PIGUE & MARCHETTI & BLAIR, PLLC**

BY:  /s/ Matthew C. Pietsch
 Matthew C. Pietsch, BPR No. 024659
 2908 Poston Avenue
 Nashville, TN 37203
 (615) 320-3225 Voice
 (615) 320-3244  Fax
 matt@tpmblaw.com
 *Attorney for Defendant Southern Baptist Convention*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to the following via the United States Postal Service and Electronic Mail on the 3rd day of April, 2023:

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
snokes@bradley.com
bbundren@bradley.com

Gene R. Besen, Esq.
Bradley Arant Boult Cummings, LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
gbesen@bradley.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

John R. Jacobson, Esq.
Katherine R. Klein, Esq.
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
600 Third Avenue, 25th Florr
New York, NY 10016
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Guidepost Solutions, LLC*

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MacGill PC
156 E. Market Street, Suite 1200
Indianapolis, IN 46204
Robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
Patrick.sanders@macgilllaw.com

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
Cole Law Group, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

*Counsel for Plaintiff*

 

    */s/ Matthew C. Pietsch*_____
    Matthew C. Pietsch