UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) No. 3:23-cv-00243 |
| v. | ) |
| | ) DISTRICT JUDGE RICHARDSON |
| SOUTHERN BAPTIST CONVENTION; | ) MAGISTRATE JUDGE FRENSLEY |
| GUIDEPOST SOLUTIONS LLC; and | ) |
| EXECUTIVE COMMITTEE OF THE | ) |
| SOUTHERN BAPTIST CONVENTION, | |
| | |
| *Defendants*. | |

## NOTICE OF APPEARANCE

E. Todd Presnell of Bradley Arant Boult Cummings LLP enters his appearance as counsel of record for the Executive Committee of the Southern Baptist Convention, and requests service of all pleadings, orders, and other filings in this case.

Respectfully submitted,

s/ *E. Todd Presnell*
E. Todd Presnell (BPR #17521)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.2355
F: 615.252.6355
tpresnell@bradley.com

*Attorney for the Executive Committee of the Southern Baptist Convention*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to the following via the United States Postal Service and Electronic Mail on the 17th day of April, 2023:

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
snokes@bradley.com
 bbundren@bradley.com

Gene R. Besen, Esq.
Bradley Arant Boult Cummings, LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
gbesen@bradley.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

 John R. Jacobson, Esq.
Katherine R. Klein, Esq.
Riley & Jacobson, PLC 1906 West End Avenue Nashville, TN 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq. Terence W. McCormick, Esq. 600 Third Avenue, 25th Florr New York, NY 10016
mintz@mintzandgold.com
mccormick@mintzandgold.com

 *Counsel for Guidepost Solutions, LLC*

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MacGill PC
156 E. Market Street, Suite 1200
Indianapolis, IN 46204
Robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
Patrick.sanders@macgilllaw.com

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
Cole Law Group, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

*Counsel for Plaintiff*

*/s/E. Todd Presnell*
E. Todd Presnell
