UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No. 3:23-cv-00243 |
| v. ) | |
| ) | DISTRICT JUDGE RICHARDSON |
| SOUTHERN BAPTIST CONVENTION; ) | MAGISTRATE JUDGE FRENSLEY |
| GUIDEPOST SOLUTIONS LLC; and ) | |
| EXECUTIVE COMMITTEE OF THE ) | |
| SOUTHERN BAPTIST CONVENTION, | |
| *Defendants*. | |

## AMENDED NOTICE OF APPEARANCE

E. Todd Presnell of Bradley Arant Boult Cummings LLP enters his appearance as counsel of record for the Executive Committee of the Southern Baptist Convention, and requests service of all pleadings, orders, and other filings in this case.

Respectfully submitted,

s/ *E. Todd Presnell*
E. Todd Presnell (BPR #17521)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.2355
F: 615.252.6355
tpresnell@bradley.com

*Attorney for the Executive Committee of the Southern Baptist Convention*

## CONFORMED CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded to the following via the United States Postal Service and Electronic Mail on the 18th day of April, 2023:


Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
snokes@bradley.com
bbundren@bradley.com
*Attorneys for Defendant Executive Committee*
*of the Southern Baptist Convention*

Gene R. Besen, Esq.
Bradley Arant Boult Cummings, LLP
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
gbesen@bradley.com
*Attorney for Defendant Executive Committee*
*of the Southern Baptist Convention*

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MacGill PC
156 E. Market Street, Suite 1200
Indianapolis, IN 46204
Robert.macgill@macgilllaw.com
Scott.murray@macgilllaw.com
Patrick.sanders@macgilllaw.com
*Attorneys for Plaintiff*

Todd G. Cole, Esq.
Andrew P. Goldstein, Esq.
Cole Law Group, PC
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
tcole@colelawyergrouppc.com
agoldstein@colelawgrouppc.com
*Attorneys for Plaintiff*

L. Gino Marchetti, Jr., BPR No. 005562
Matt C. Pietsch, BPR No. 024659
2908 Poston Avenue
Nashville, TN 37203
gmarchetti@tpmblaw.com

matt@tpmblaw.com
*Attorneys for Defendant Southern*
*Baptist Convention*

John R. Jacobson, Esq.
Katherine R. Klein, Esq.
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
jjacobson@rjfirm.com
kklein@rjfirm.com
*Attorneys for Guidepost Solutions, LLC*

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
600 Third Avenue, 25th Floor
New York, NY 10016
mintz@mintzandgold.com
mccormick@mintzandgold.com
*Attorneys for Guidepost Solutions, LLC*

        */s/E. Todd Presnell*
        *E. Todd Presnell*