IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Docket No.: 23-CV-00243 |
| v. ) | JURY DEMAND |
| ) | |
| SOUTHERN BAPTIST CONVETION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS
## BY DEFENDANT SOUTHERN BAPTIST CONVENTION

Defendant Southern Baptist Convention ("SBC") respectfully moves to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction and/or pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted. For grounds, the SBC incorporates by reference the arguments and authority set forth more fully in the accompanying Memorandum of Law.

**DATED:** May 4, 2023

        Respectfully submitted,

        **TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC**

        By:   */s/ Matthew C. Pietsch*
             L. Gino Marchetti, Jr., BPR No. 005562
             Matthew C. Pietsch, BPR No. 024659
             2908 Poston Avenue
             Nashville, TN 37203
             (615) 320-3225
             (615) 320-3244 Fax
             gmarchetti@tpmblaw.com
             matt@tpmblaw.com
             *Counsel for Defendant*
             *Southern Baptist Convention*

1

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and complete copy of the foregoing has been served through the Court's electronic filing system to the following on **May 4, 2023**:

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
snokes@bradley.com
bbundren@bradley.com

Gene R. Besen, Esq.
Bradley Arant Boult Cummings, LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
gbesen@bradley.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

John R. Jacobson, Esq.
Katherine R. Klein, Esq.
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
600 Third Avenue, 25th Florr
New York, NY 10016
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Guidepost Solutions, LLC*

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MacGill PC
156 E. Market Street, Suite 1200
Indianapolis, IN 46204
Robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
Patrick.sanders@macgilllaw.com

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
Cole Law Group, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

*Counsel for Plaintiff*

                */s/ Matthew C. Pietsch*

2

Case 3:23-cv-00243   Document 29   Filed 05/04/23   Page 2 of 2 PageID #: 430