*The motion is granted. The response is due June 9, 2023. Any reply is due June 16, 2023.*

*Eli Richardson*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:23-cv-00243 |
| SOUTHERN BAPTIST CONVENTION; | ) Judge Richardson |
| GUIDEPOST SOLUTIONS LLC; and | ) Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE | ) Jury Demand |
| SOUTHERN BAPTIST CONVENTION, | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS

Plaintiff Johnny M. Hunt respectfully moves the Court for an extension of time up to and including June 9, 2023, to respond to the Motion to Dismiss filed by the Southern Baptist Convention [D.E. 29], the Motion to Dismiss filed by Guidepost Solutions LLC [D.E. 25], and the Motion to Dismiss filed by the Executive Committee of the Southern Baptist Convention [D.E. 31]. Plaintiff's responses to Defendants' respective Motions to Dismiss are currently due on May 18, 2023.

Counsel for Plaintiff has contacted the respective counsels for the Southern Baptist Convention, Guidepost Solutions LLC, and the Executive Committee of the Southern Baptist Convention, all of whom have confirmed there is no opposition to this Motion. Plaintiff therefore respectfully requests entry of an Order giving him an extension of time up to and including June 9, 2023, in which to respond to the Motion to Dismiss filed by the Southern Baptist Convention