# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-00243 |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | JUDGE RICHARDSON |
| GUIDEPOST SOLUTIONS LLC; and | ) | MAGISTRATE JUDGE FRENSLEY |
| EXECUTIVE COMMITTEE OF THE | ) | |
| SOUTHERN BAPTIST CONVENTION, | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

## CONSOLIDATED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiff Johnny M. Hunt, by and through the undersigned counsel, hereby respectfully submits his Consolidated Response in Opposition to the Motion to Dismiss filed by Southern Baptist Convention [D.E. 29], the Motion to Dismiss filed by Guidepost Solutions LLC [D.E. 25], and the Motion to Dismiss filed by the Executive Committee of the Southern Baptist Convention [D.E. 31] (hereinafter collectively the "Motions to Dismiss").

As explained more fully in the accompanying Consolidated Memorandum of Law in Opposition to the Defendants' Motions to Dismiss, Plaintiff submits all the Motions to Dismiss should be denied in their entirety. Plaintiff incorporates by reference the arguments and authority set forth more fully in the accompanying Consolidated Memorandum of Law in Opposition to the Defendants' Motions to Dismiss.

1

<u>Dated:</u>   June 9, 2023                    Respectfully submitted,

<div style="margin-left: 40%;">

s/ Andrew Goldstein
**Todd G. Cole, Esq., BPR # 031078**
**Andrew Goldstein, Esq., BPR # 037042**
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 490-6020
Fax: (615) 942-5914
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

*-and-*

**Robert D. MacGill, Esq. (*pro hac vice*)**
**Scott E. Murray, Esq.  (*pro hac vice*)**
**Patrick J. Sanders, Esq. (*pro hac vice*)**
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Attorneys for Plaintiff*

</div>

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Consolidated Response in Opposition to Defendants' Motions to Dismiss to be electronically filed with the Clerk of the Court on June 9, 2023, using the CM/ECF system, which will automatically serve all counsel of record listed below:

E. Todd Presnell, Esq.
Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
snokes@bradley.com
bbundren@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202

*Counsel for the Executive Committee of the Southern Baptist Convention*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
MINTZ & GOLD LLP
600 Third Avenue, 25th Fl.
New York, New York 10016
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Guidepost Solutions LLC*

L. Gino Marchetti, Jr., Esq.
Matthew C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, Tennessee 37203
gmarchetti@tpmblaw.com

*Counsel for the Southern Baptist Convention*

<div style="text-align: right;">
s/ Andrew Goldstein<br>
ANDREW GOLDSTEIN
</div>