UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, | ) |
|     *Plaintiff*, | ) ) ) |
| v. | ) No. 3:23-cv-00243 ) ) |
| SOUTHERN BAPTIST CONVENTION; GUIDEPOST SOLUTIONS LLC; and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION, | ) JUDGE RICHARDSON ) MAGISTRATE JUDGE FRENSLEY ) ) JURY DEMAND ) ) |
|     *Defendants*. | ) |

**THE EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS**

    Pursuant to Fed. R. Civ. P. 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7.01, the defendant, the Executive Committee of the Southern Baptist Convention (the "EC") moves for a 7-day extension of time to file its reply in further support of its motion dismiss. The requested extension is unopposed. As grounds for this motion, the EC states as follows:

    1.    On March 17, 2023, Johnny Hunt filed the Complaint against the Southern Baptist Convention (the "SBC"), Guidepost Solutions LLC ("Guidepost"), and the EC alleging claims six claims: defamation/libel (Count I); defamation/libel per se (Count II); invasion of privacy/false light (Count III); intentional infliction of emotional distress (Count IV); negligent infliction of emotional distress (Count V); and public disclosure of embarrassing private facts (Count VI). (*See generally* Doc. 1).

1

2. On May 4, 2023, the EC moved to dismiss the Complaint for lack of subject matter jurisdiction and for failure to state a claim. (Doc. 31). SBC and Guidepost also moved to dismiss. (Docs. 25, 29).

3. On May 16, 2023, Hunt moved for an extension of time to respond to the pending motions (Doc. 34), which this Court granted. (Doc. 36). The Court ordered Hunt to respond to the motions by June 9, 2023, with replies due by June 16, 2023. (Doc. 36).

4. On June 9, 2023, Hunt responded to the EC's motion. (*See* Docs. 39–40).

5. The EC submits that good cause exists for the requested 7-day extension due to counsel for the EC taking depositions in another matter out of town the week of June 12, 2023. Accordingly, the EC respectfully requests an additional 7-days to file its reply in further support of its motion to dismiss.

## **CONCLUSION**

For these reasons, the EC respectfully requests that this Unopposed Motion for Extension of Time be granted and that the EC be allowed an extension of time through and including June 23, 2023, within which to file its reply in further support of its motion to dismiss. Counsel for the EC has conferred with counsel for Hunt and Hunt is unopposed to the requested relief.

2

Case 3:23-cv-00243   Document 41   Filed 06/13/23   Page 2 of 4 PageID #: 557

Respectfully submitted,

*s/ R. Brandon Bundren*

E. Todd Presnell (BPR #17521)
Scarlett Singleton Nokes (BPR #28994)
R. Brandon Bundren (BPR #30985)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.2355
F: 615.252.6355
tpresnell@bradley.com
snokes@bradley.com
bbundren@bradley.com

Gene R. Besen (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Ave., Suite 3600
Dallas, Texas 75202
P: 214.257.9800
F: 214.939.8787
gbesen@bradley.com

*Attorneys for the Executive Committee of the Southern Baptist Convention*

# CERTIFICATE OF SERVICE

I certify that on June 13, 2023, I electronically filed a true and correct copy of The Executive Committee of the Southern Baptist Convention's Unopposed Motion for Extension of Time to File its Reply in Further Support of its Motion to Dismiss with the Clerk of Court for the U.S. District Court Middle District of Tennessee through the Court's Electronic Case Filing System, which will automatically serve all counsel of record listed below:

| | |
|---|---|
| Robert D. MacGill<br>Scott E. Murray<br>Patrick J. Sanders<br>MacGill PC<br>156 E. Market Street, Suite 1200<br>Indianapolis, Indiana 46204<br>robert.macgill@macgilllaw.com<br>scott.murray@macgilllaw.com<br>Patrick.sanders@macgilllaw.com<br><br>Todd G. Cole<br>Andrew Goldstein<br>Cole Law Group, P.C.<br>1648 Westgate Circle, Suite 301<br>Brentwood, Tennessee 37027<br>tcole@colelawgrouppc.com<br>agoldstein@colelawgrouppc.com<br><br>*Counsel for Plaintiff* | John R. Jacobson<br>Katherine R. Klein<br>Riley & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, Tennessee 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz<br>Terence W. McCormick<br>Mintz & Gold LLP<br>600 Third Avenue, 25th Floor<br>New York, New York 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br><br>*Counsel for Guidepost Solutions, LLC*<br><br>L. Gino Marchetti, Jr.<br>Matthew C. Pietsch<br>Taylor, Pique, Marchetti & Blair, PLLC<br>2908 Poston Avenue<br>Nashville, Tennessee 37203<br>gmarchetti@tpmblaw.com<br>matt@tpmblaw.com<br><br>*Counsel for Southern Baptist Convention* |

*s/ R. Brandon Bundren*
R. Brandon Bundren