# IN THE UNITED STATES DISTRICT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket No.: 3:23-CV-00243 ) JURY DEMAND ) |
| SOUTHERN BAPTIST CONVETION, *et al.*, | ) ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BY DEFENDANT SOUTHERN BAPTIST CONVENTION

Defendant Southern Baptist Convention ("SBC") submits this Unopposed Motion for Extension of Time to File Reply ("Motion") and respectfully moves the Court for a brief seven (7) day extension of time up to and including **June 23, 2023** to file its reply in further support of its Motion to Dismiss [Doc. 29] pursuant to Fed. R. Civ. P. 6 and Local Rule 6.01.

For grounds, undersigned counsel requires additional time to review and formulate the reply to Plaintiff's memorandum [Doc. 40] that was filed on June 9, 2023. Defendant submits that this brief extension will not unduly delay these proceedings. In addition, the undersigned has sought Plaintiff's consent with respect to this requested extension, and Plaintiff has permitted the undersigned to state that this motion is unopposed.

1

**DATED: June 14, 2023**

                Respectfully submitted,

                **TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC**

By:   */s/ Matthew C. Pietsch*
      L. Gino Marchetti, Jr., BPR No. 005562
      Matthew C. Pietsch, BPR No. 024659
      2908 Poston Avenue
      Nashville, TN 37203
      (615) 320-3225
      (615) 320-3244 Fax
      gmarchetti@tpmblaw.com
      matt@tpmblaw.com
      *Counsel for Defendant*
      *Southern Baptist Convention*

**CERTIFICATE OF SERVICE**

        The undersigned certifies that a true and complete copy of the foregoing has been served through the Court's electronic filing system to the following on **June 14, 2023**:

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
snokes@bradley.com
bbundren@bradley.com

Gene R. Besen, Esq.
Bradley Arant Boult Cummings, LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
gbesen@bradley.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

John R. Jacobson, Esq.
Katherine R. Klein, Esq.
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
600 Third Avenue, 25th Florr
New York, NY 10016
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Guidepost Solutions, LLC*

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MacGill PC
156 E. Market Street, Suite 1200
Indianapolis, IN 46204
Robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
Patrick.sanders@macgilllaw.com

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
Cole Law Group, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

*Counsel for Plaintiff*

                                      */s/ Matthew C. Pietsch*