The motion is granted. The reply is due on or before June 23, 2023.

*Eli Richardson*

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, <br><br> *Plaintiff*, <br><br> v. <br><br> SOUTHERN BAPTIST CONVENTION; GUIDEPOST SOLUTIONS LLC; and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION, <br><br> *Defendants*. | No. 3:23-cv-00243 <br><br> JUDGE RICHARDSON <br> MAGISTRATE JUDGE FRENSLEY <br><br> JURY DEMAND |

## THE EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7.01, the defendant, the Executive Committee of the Southern Baptist Convention (the "EC") moves for a 7-day extension of time to file its reply in further support of its motion dismiss. The requested extension is unopposed. As grounds for this motion, the EC states as follows:

1. On March 17, 2023, Johnny Hunt filed the Complaint against the Southern Baptist Convention (the "SBC"), Guidepost Solutions LLC ("Guidepost"), and the EC alleging claims six claims: defamation/libel (Count I); defamation/libel per se (Count II); invasion of privacy/false light (Count III); intentional infliction of emotional distress (Count IV); negligent infliction of emotional distress (Count V); and public disclosure of embarrassing private facts (Count VI). (*See generally* Doc. 1).