# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT,<br>               Plaintiff,<br>    v.<br>SOUTHERN BAPTIST CONVENTION;<br>GUIDEPOST SOLUTIONS LLC; and<br>EXECUTIVE COMMITTEE OF THE<br>SOUTHERN BAPTIST CONVENTION,<br><br>               Defendants. | Case No. 3:23-cv-00243<br>Judge Richardson<br>Magistrate Judge Frensley |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BY DEFENDANT GUIDEPOST SOLUTIONS LLC

Pursuant to Fed. R. Civ. P. 6 and Local Rule 6.01, Defendant Guidepost Solutions, LLC ("Guidepost") respectfully moves the Court for an extension of time of one week, up to and including **June 23, 2023,** to file its reply in support of its Motion to Dismiss (Doc. Nos. 25-27) and to serve its Initial Disclosures.

Replies in support of the pending motions to dismiss and Initial Disclosures are currently due June 16, 2023. Guidepost submits that its requested extension will not unnecessarily delay proceedings in this matter. Counsel for Guidepost has contacted counsel for Plaintiff, and they have confirmed Plaintiff has no opposition to this Motion.

Guidepost respectfully requests entry of an Order extending the time within which Guidepost has to file its reply and to serve its Initial Disclosures, up to and including **June 23, 2023**.

Respectfully submitted,

s/John R. Jacobson
John R. Jacobson, BPR #14365
Katharine R. Klein, BPR #19336
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com


-and-

Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Guidepost Solutions LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served through the Court's electronic filing system on the following:

| | |
|---|---|
| Todd G. Cole<br>Andrew Goldstein.<br>COLE LAW GROUP, P.C.<br>1648 Westgate Circle, Suite 301<br>Brentwood, TN 37027<br>Telephone: (615) 326-9059<br>tcole@colelawgrouppc.com<br>agoldstein@colelawgrouppc.com | L. Gino Marchetti, Jr.<br>Matt C. Pietsch<br>TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC<br>2908 Poston Avenue<br>Nashville, TN 37203<br>Telephone: (615) 320-3225<br>gmarchetti@tpmblaw.com<br>matt@tpmblaw.com<br><br>*Counsel for the Southern Baptist Convention* |
| Robert D. MacGill<br>Scott E. Murray<br>Patrick J. Sanders<br>MACGILL PC<br>156 E. Market St.<br>Suite 1200<br>Indianapolis, IN 46204<br>Telephone: (317) 721-1253<br>robert.macgill@macgilllaw.com<br>scott.murray@macgilllaw.com<br>patrick.sanders@macgilllaw.com<br><br>*Counsel for Plaintiff* | |
| Scarlett Singleton Nokes<br>R. Brandon Bundren<br>E. Todd Presnell<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 Division Street, Suite 700<br>Nashville, Tennessee 37203<br>Telephone: (615) 244-2582<br>snokes@bradley.com<br>bbundren@bradley.com<br>tpresnell@bradley.com<br><br>*Counsel for the Executive Committee of the Southern Baptist Convention* | Gene Ross Besen<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1445 Ross Avenue<br>Suite 3600<br>Dallas, TX 75202<br>Telephone: (214) 257-9758<br>gbesen@bradley.com<br><br>*Counsel for the Executive Committee of the Southern Baptist Convention* |

on this 15th day of June, 2023.

s/John R. Jacobson