*The motion is granted. The reply is due on or before June 23, 2023.*

*Eli Richardson*

IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Docket No.: 3:23-CV-00243 |
| v. ) | JURY DEMAND |
| ) | |
| SOUTHERN BAPTIST CONVETION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY
BY DEFENDANT SOUTHERN BAPTIST CONVENTION**

Defendant Southern Baptist Convention ("SBC") submits this Unopposed Motion for Extension of Time to File Reply ("Motion") and respectfully moves the Court for a brief seven (7) day extension of time up to and including **June 23, 2023** to file its reply in further support of its Motion to Dismiss [Doc. 29] pursuant to Fed. R. Civ. P. 6 and Local Rule 6.01.

For grounds, undersigned counsel requires additional time to review and formulate the reply to Plaintiff's memorandum [Doc. 40] that was filed on June 9, 2023. Defendant submits that this brief extension will not unduly delay these proceedings. In addition, the undersigned has sought Plaintiff's consent with respect to this requested extension, and Plaintiff has permitted the undersigned to state that this motion is unopposed.