*The motion is granted. The reply is due on or before June 23, 2023.*

*Eli Richardson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT,<br><br>        Plaintiff,<br><br>v.<br><br>SOUTHERN BAPTIST CONVENTION;<br>GUIDEPOST SOLUTIONS LLC; and<br>EXECUTIVE COMMITTEE OF THE<br>SOUTHERN BAPTIST CONVENTION,<br><br>        Defendants. | Case No. 3:23-cv-00243<br>Judge Richardson<br>Magistrate Judge Frensley |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BY DEFENDANT GUIDEPOST SOLUTIONS LLC

Pursuant to Fed. R. Civ. P. 6 and Local Rule 6.01, Defendant Guidepost Solutions, LLC ("Guidepost") respectfully moves the Court for an extension of time of one week, up to and including **June 23, 2023,** to file its reply in support of its Motion to Dismiss (Doc. Nos. 25-27) and to serve its Initial Disclosures.

Replies in support of the pending motions to dismiss and Initial Disclosures are currently due June 16, 2023. Guidepost submits that its requested extension will not unnecessarily delay proceedings in this matter. Counsel for Guidepost has contacted counsel for Plaintiff, and they have confirmed Plaintiff has no opposition to this Motion.

Guidepost respectfully requests entry of an Order extending the time within which Guidepost has to file its reply and to serve its Initial Disclosures, up to and including **June 23, 2023**.