UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No. 3:23-cv-00243 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| SOUTHERN BAPTIST CONVENTION; ) | MAGISTRATE JUDGE FRENSLEY |
| GUIDEPOST SOLUTIONS LLC; and EXECUTIVE ) | |
| COMMITTEE OF THE SOUTHERN BAPTIST ) | JURY DEMAND |
| CONVENTION, ) | |
| ) | |
| *Defendants*. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Thomas J. Hurney, Jr. hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for defendant Executive Committee of the Southern Baptist Convention.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United States District Court for the Southern District of West Virginia. Attached as **Exhibit 1** is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

> E. Todd Presnell (BPR #17521)
> Scarlett Singleton Nokes (BPR #28994)
> R. Brandon Bundren (BPR #30985)
> BRADLEY ARANT BOULT CUMMINGS LLP
> 1600 Division Street, Suite 700
> Nashville, Tennessee 37203
> P: 615.252.2355
> tpresnell@bradley.com
> snokes@bradley.com
> bbundren@bradley.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

*/s/ Thomas J. Hurney, Jr.*

Thomas J. Hurney, Jr.
West Virginia State Bar No. 1833
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
Fax: 304-340-1150
thurney@jacksonkelly.com

# CERTIFICATE OF SERVICE

I certify that on September 6, 2023, I electronically filed a true and correct copy of the Motion to Appear *Pro Hac Vice* with the Clerk of Court for the U.S. District Court Middle District of Tennessee through the Court's Electronic Case Filing System, which will automatically serve all counsel of record listed below:

| | |
|---|---|
| Robert D. MacGill<br>Scott E. Murray<br>Patrick J. Sanders<br>MacGill PC<br>156 E. Market Street, Suite 1200<br>Indianapolis, Indiana 46204<br>robert.macgill@macgilllaw.com<br>scott.murray@macgilllaw.com<br>Patrick.sanders@macgilllaw.com<br><br>Todd G. Cole<br>Andrew Goldstein<br>Cole Law Group, P.C.<br>1648 Westgate Circle, Suite 301<br>Brentwood, Tennessee 37027<br>tcole@colelawgrouppc.com<br>agoldstein@colelawgrouppc.com<br><br>*Counsel for Plaintiff* | John R. Jacobson<br>Katherine R. Klein<br>Riley & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, Tennessee 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz<br>Terence W. McCormick<br>Mintz & Gold LLP<br>600 Third Avenue, 25th Floor<br>New York, New York 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br><br>*Counsel for Guidepost Solutions, LLC*<br><br>L. Gino Marchetti, Jr.<br>Matthew C. Pietsch<br>Taylor, Pique, Marchetti & Blair, PLLC<br>2908 Poston Avenue<br>Nashville, Tennessee 37203<br>gmarchetti@tpmblaw.com<br>matt@tpmblaw.com<br><br>*Counsel for Southern Baptist Convention* |

                                        *s/ R. Brandon Bundren*
                                        R. Brandon Bundren