# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA

# CERTIFICATE OF GOOD STANDING

I, _____ RORY L. PERRY II _____, Clerk of this Court, certify that _____ THOMAS JOHN HURNEY JR. _____ was duly admitted to practice in this Court on _____ September 20, 1983 _____ and is in good standing in this Court.
*(Date)*

Dated at _____ Charleston _____ on _____ September 5, 2023 _____
*(Location)* *(Date)*

_____ RORY L. PERRY II _____
CLERK

_____ *(signature)* _____
DEPUTY CLERK