# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA

# CERTIFICATE OF GOOD STANDING

I, _____RORY L. PERRY II_____, Clerk of this Court,

certify that _____GRETCHEN MARIE CALLAS_____ was duly admitted

to practice in this Court on ____September 30, 1996____ and is in good standing in this Court.
(Date)

Dated at ____Charleston____ on ____September 5, 2023____
(Location) (Date)

RORY L. PERRY II
CLERK

DEPUTY CLERK