**From:** Scott Murray scott.murray@macgilllaw.com
**Subject:** Re: Hunt v. SBC et al
**Date:** June 28, 2023 at 1:52 PM
**To:** Kathy Klein KKlein@rjfirm.com
**Cc:** Robert MacGill robert.macgill@macgilllaw.com, patrick.sanders@macgilllaw.com, Andy Goldstein agoldstein@colelawgrouppc.com, John Jacobson JJacobson@rjfirm.com



Kathy -

That all sounds fine. We agree to the 2-week extension, and we will review any proposed protective order that you send.

Thanks.

Scott

**Scott E. Murray**
MacGill P.C.
Inland Building - 12th Floor
156 E. Market St.
Indianapolis, IN 46204

Direct: 317.961.5408
Mobile: 317.361.2151

> On Wed, Jun 28, 2023 at 11:25 AM Kathy Klein <KKlein@rjfirm.com> wrote:
> Rob, Scott and Patrick:
>
> Would you all be agreeable to a two week extension for written discovery responses - making them due June 17? We will certainly extend the same courtesy for you when the time comes.
>
> Additionally, it probably makes sense to get an agreed protective order in place. We can work with the other defense counsel and get a draft to you all for your consideration if that is agreeable to you.
>
> Kathy
>
> **Katharine R. Klein**
> **Riley & Jacobson, PLC**
> **(615) 320-3700 (office)**
> **(615) 289-8106 (cell)**
> **kklein@rjfirm.com**