**From:** Patrick Sanders patrick.sanders@macgilllaw.com
**Subject:** Re: Hunt v. Southern Baptist Convention, et al.
**Date:** August 8, 2023 at 10:59 AM
**To:** DGibby@rjfirm.com
**Cc:** robert.macgill@macgilllaw.com, scott.murray@macgilllaw.com, John Jacobson JJacobson@rjfirm.com, Kathy Klein KKlein@rjfirm.com, mintz@mintzandgold.com, mccormick@mintzandgold.com, Andy Goldstein agoldstein@colelawgrouppc.com, Todd Cole tcole@colelawgrouppc.com, Nokes, Scarlett snokes@bradley.com, Bundren, Brandon bbundren@bradley.com, tpresnell@bradley.com, Gene Besen gbesen@bradley.com, gmarchetti@tpmblaw.com, Matt Pietsch matt@tpmblaw.com

John,

We continue to wait on Guidepost to produce documents. Will you commit to supplementing your discovery responses along with a full and complete document production by August 11?

If you are unable to provide supplemental discovery responses and a full and complete production by August 11, we will understand that we are at issue on these topics and will need to schedule a call next week to discuss the issues.

Best regards,

**Patrick Sanders**
Associate
MacGill PC
Patrick.Sanders@MacGillLaw.com
w: 317-961-5390
m: 317-670-1557
www.MacGillLaw.com

On Fri, Jul 28, 2023 at 3:21 PM DeDe Gibby <DGibby@rjfirm.com> wrote:

> Counsel,
>
> Please see attached correspondence from John Jacobson in the referenced matter.
>
> Thank you,
>
> DeDe
>
> 
>
> This e-mail may contain PRIVILEGED and CONFIDENTIAL information and is

intended only for the use of the specific individual(s) to which it is addressed. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by reply e-mail. Thank you.