**From:** John Jacobson JJacobson@rjfirm.com
**Subject:** RE: Hunt v. Southern Baptist Convention, et al.
**Date:** August 11, 2023 at 12:52 PM
**To:** Patrick Sanders patrick.sanders@macgilllaw.com, DeDe Gibby DGibby@rjfirm.com
**Cc:** robert.macgill@macgilllaw.com, scott.murray@macgilllaw.com, Kathy Klein KKlein@rjfirm.com, mintz@mintzandgold.com, mccormick@mintzandgold.com, Andy Goldstein agoldstein@colelawgrouppc.com, Todd Cole tcole@colelawgrouppc.com, Nokes, Scarlett snokes@bradley.com, Bundren, Brandon bbundren@bradley.com, tpresnell@bradley.com, Gene Besen gbesen@bradley.com, gmarchetti@tpmblaw.com, Matt Pietsch matt@tpmblaw.com

Patrick:

As I stated in my July 28 letter, Guidepost has engaged an ESI vendor to assist in the identification and collection of responsive documents to Plaintiff's requests. That process is ongoing. After those documents have been collected, they will, of course, need to be reviewed for responsiveness and privilege by counsel. We anticipate that process to be completed around Labor Day, with production of responsive, non-privileged documents soon thereafter.

John

---

**From:** Patrick Sanders <patrick.sanders@macgilllaw.com>
**Sent:** Tuesday, August 8, 2023 9:59 AM
**To:** DeDe Gibby <DGibby@rjfirm.com>
**Cc:** robert.macgill@macgilllaw.com; scott.murray@macgilllaw.com; John Jacobson <JJacobson@rjfirm.com>; Kathy Klein <KKlein@rjfirm.com>; mintz@mintzandgold.com; mccormick@mintzandgold.com; Andy Goldstein <agoldstein@colelawgrouppc.com>; Todd Cole <tcole@colelawgrouppc.com>; Nokes, Scarlett <snokes@bradley.com>; Bundren, Brandon <bbundren@bradley.com>; tpresnell@bradley.com; Gene Besen <gbesen@bradley.com>; gmarchetti@tpmblaw.com; Matt Pietsch <matt@tpmblaw.com>
**Subject:** Re: Hunt v. Southern Baptist Convention, et al.

John,

We continue to wait on Guidepost to produce documents. Will you commit to supplementing your discovery responses along with a full and complete document production by August 11?

If you are unable to provide supplemental discovery responses and a full and complete production by August 11, we will understand that we are at issue on these topics and will need to schedule a call next week to discuss the issues.

Best regards,

**Patrick Sanders**
Associate
MacGill PC
Patrick.Sanders@MacGillLaw.com
w: 317-961-5390
m: 317-670-1557
www.MacGillLaw.com

On Fri, Jul 28, 2023 at 3:21 PM DeDe Gibby <DGibby@rjfirm.com> wrote:

> Counsel,
>
> Please see attached correspondence from John Jacobson in the referenced matter.
>
> Thank you,
> DeDe
>
> 
>
> DeDe Gibby, Paralegal
> 1906 West End Ave.
> Nashville, TN 37203
> (615) 320 3700
> www.rjfirm.com
>
> This e-mail may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by reply e-mail. Thank you.

*NOTICE: This email and any attachments are for the exclusive, confidential use of the intended recipient. We do not waive attorney client or work product privilege by the transmission of this message. If you are not the intended recipient, please: notify us immediately, delete this message, and refrain from taking any action in reliance on this message.*