**From:** John Jacobson JJacobson@rjfirm.com
**Subject:** RE: Hunt v. Southern Baptist Convention, et al.
**Date:** August 17, 2023 at 4:29 PM
**To:** Scott Murray scott.murray@macgilllaw.com
**Cc:** Robert MacGill robert.macgill@macgilllaw.com, Andy Goldstein agoldstein@colelawgrouppc.com, Bundren, Brandon bbundren@bradley.com, DeDe Gibby DGibby@rjfirm.com, Gene Besen gbesen@bradley.com, Kathy Klein KKlein@rjfirm.com, Matt Pietsch matt@tpmblaw.com, Nokes, Scarlett snokes@bradley.com, Patrick Sanders patrick.sanders@macgilllaw.com, Todd Cole tcole@colelawgrouppc.com, gmarchetti@tpmblaw.com, mccormick@mintzandgold.com, mintz@mintzandgold.com, tpresnell@bradley.com

Scott—I have some time late today and most of tomorrow to discuss the document production. I am not in a position, however, to commit to producing any responsive documents before Labor Day. As I explained in my email last week, our client is working with a vendor to assist in the document collection and review process. We anticipate producing responsive, non-privileged documents the week of September 4th. A Motion to Compel production is not necessary.

John

**From:** Scott Murray <scott.murray@macgilllaw.com>
**Sent:** Thursday, August 17, 2023 2:16 PM
**To:** John Jacobson <JJacobson@rjfirm.com>
**Cc:** Robert MacGill <robert.macgill@macgilllaw.com>; Andy Goldstein <agoldstein@colelawgrouppc.com>; Bundren, Brandon <bbundren@bradley.com>; DeDe Gibby <DGibby@rjfirm.com>; Gene Besen <gbesen@bradley.com>; Kathy Klein <KKlein@rjfirm.com>; Matt Pietsch <matt@tpmblaw.com>; Nokes, Scarlett <snokes@bradley.com>; Patrick Sanders <patrick.sanders@macgilllaw.com>; Todd Cole <tcole@colelawgrouppc.com>; gmarchetti@tpmblaw.com; mccormick@mintzandgold.com; mintz@mintzandgold.com; tpresnell@bradley.com
**Subject:** Re: Hunt v. Southern Baptist Convention, et al.

John and Guidepost Team -

We would appreciate the courtesy of a response.

Scott

**Scott E. Murray**
MacGill P.C.
Inland Building - 12th Floor
156 E. Market St.
Indianapolis, IN 46204

Direct: 317.961.5408
Mobile: 317.361.2151

On Wed, Aug 16, 2023 at 11:09 AM Scott Murray <scott.murray@macgilllaw.com> wrote:
> John -

Are you available today for a call?

We served our discovery requests on June 1, and we have not received any documents from Guidepost in response. From our perspective, there is no reason why Guidepost should not be able to start a rolling production immediately by providing us with the notes from the interviews of the relevant parties (Pastor Johnny, the complainant, her husband, etc.) and communications with these individuals. The rest of Guidepost's production should follow shortly thereafter.

If we cannot get a commitment to the above and firm dates for substantial completion of production, we will file a motion to compel. Please let me know as soon as possible your side's availability for a meet and confer so that we can proceed with our motion.

Thanks.

Scott

**Scott E. Murray**
MacGill P.C.
Inland Building - 12th Floor
156 E. Market St.
Indianapolis, IN 46204

Direct: 317.961.5408
Mobile: 317.361.2151


On Fri, Aug 11, 2023 at 5:51 PM John Jacobson <JJacobson@rjfirm.com> wrote:

> Robert—I am happy to talk with you about the timing of my client's document production, but I cannot do it Monday. I am in Louisville for 2 depositions on Monday and will have the client with me all day. I will be back in the office Tuesday morning and can talk any time Tuesday except for a lunch meeting between 12-and 1:30 Central. Please let me know what works for you.
>
>
> Thanks,
>
>
> John
>
> **From:** Robert MacGill <robert.macgill@macgilllaw.com>
> **Sent:** Friday, August 11, 2023 11:55 AM

**To:** John Jacobson <JJacobson@rjfirm.com>
**Cc:** Andy Goldstein <agoldstein@colelawgrouppc.com>; Bundren, Brandon <bbundren@bradley.com>; DeDe Gibby <DGibby@rjfirm.com>; Gene Besen <gbesen@bradley.com>; Kathy Klein <KKlein@rjfirm.com>; Matt Pietsch <matt@tpmblaw.com>; Nokes, Scarlett <snokes@bradley.com>; Patrick Sanders <patrick.sanders@macgilllaw.com>; Todd Cole <tcole@colelawgrouppc.com>; gmarchetti@tpmblaw.com; mccormick@mintzandgold.com; mintz@mintzandgold.com; scott.murray@macgilllaw.com; tpresnell@bradley.com
**Subject:** Re: Hunt v. Southern Baptist Convention, et al.

John,

This delay seems unreasonable to us.

May we set a call to discuss this on Monday. We would like to resolve this without a filing with the Court.

Please let us know what works for you on Monday.

Best regards.

On Fri, Aug 11, 2023 at 12:52 PM John Jacobson <JJacobson@rjfirm.com> wrote:

> Patrick:
>
> As I stated in my July 28 letter, Guidepost has engaged an ESI vendor to assist in the identification and collection of responsive documents to Plaintiff's requests. That process is ongoing. After those documents have been collected, they will, of course, need to be reviewed for responsiveness and privilege by counsel. We anticipate that process to be completed around Labor Day, with production of responsive, non-privileged documents soon thereafter.
>
> John
>
> ---
>
> **From:** Patrick Sanders <patrick.sanders@macgilllaw.com>
> **Sent:** Tuesday, August 8, 2023 9:59 AM
> **To:** DeDe Gibby <DGibby@rjfirm.com>
> **Cc:** robert.macgill@macgilllaw.com; scott.murray@macgilllaw.com; John Jacobson <JJacobson@rjfirm.com>; Kathy Klein <KKlein@rjfirm.com>; mintz@mintzandgold.com; mccormick@mintzandgold.com; Andy Goldstein <agoldstein@colelawgrouppc.com>; Todd Cole <tcole@colelawgrouppc.com>; Nokes, Scarlett <snokes@bradley.com>; Bundren, Brandon <bbundren@bradley.com>; tpresnell@bradley.com; Gene Besen <gbesen@bradley.com>; gmarchetti@tpmblaw.com; Matt Pietsch <matt@tpmblaw.com>
> **Subject:** Re: Hunt v. Southern Baptist Convention, et al.
>
> John,

We continue to wait on Guidepost to produce documents. Will you commit to supplementing your discovery responses along with a full and complete document production by August 11?

If you are unable to provide supplemental discovery responses and a full and complete production by August 11, we will understand that we are at issue on these topics and will need to schedule a call next week to discuss the issues.

Best regards,

**Patrick Sanders**
Associate
MacGill PC
Patrick.Sanders@MacGillLaw.com
w: 317-961-5390
m: 317-670-1557
www.MacGillLaw.com

On Fri, Jul 28, 2023 at 3:21 PM DeDe Gibby <DGibby@rjfirm.com> wrote:
> Counsel,
>
> Please see attached correspondence from John Jacobson in the referenced matter.
>
> Thank you,
> DeDe



This e-mail may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. If you are not an intended recipient of this e-mail, you are hereby notified that

> any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by reply e-mail. Thank you.

*NOTICE: This email and any attachments are for the exclusive, confidential use of the intended recipient. We do not waive attorney client or work product privilege by the transmission of this message. If you are not the intended recipient, please: notify us immediately, delete this message, and refrain from taking any action in reliance on this message.*

--
Robert D. MacGill
MacGill PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46260
317.442.3825
[Robert.MacGill@MacGillLaw.com](mailto:Robert.MacGill@MacGillLaw.com)

P Please consider the environment before printing this email.

*NOTICE: This email and any attachments are for the exclusive, confidential use of the intended recipient. We do not waive attorney client or work product privilege by the transmission of this message. If you are not the intended recipient, please: notify us immediately, delete this message, and refrain from taking any action in reliance on this message.*

*NOTICE: This email and any attachments are for the exclusive, confidential use of the intended recipient. We do not waive attorney client or work product privilege by the transmission of this message. If you are not the intended recipient, please: notify us immediately, delete this message, and refrain from taking any action in reliance on this message.*