# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-00243 |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | Judge Richardson |
| GUIDEPOST SOLUTIONS LLC; and | ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE | ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| Defendants. | ) | |

---

## MOTION TO COMPEL

---

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Plaintiff Johnny M. Hunt, by and through the undersigned counsel, respectfully moves this Court to compel Defendant Guidepost Solutions LLC ("Guidepost") to produce all non-privileged documents responsive to Plaintiff's First Request for Production of Documents to Defendant Guidepost Solutions LLC ("First RFP") and Plaintiff's Second Request for Production to Defendant Guidepost Solutions LLC ("Second RFP") (collectively the "Document Requests") by a date certain.

As explained in the accompanying Memorandum, Guidepost is deficient in its responses to Plaintiff's document requests, refuses to provide a date certain by which it will produce the remaining non-privileged responsive documents, and has not asserted valid objections excusing its failure to produce the documents in its possession responsive to Plaintiff's request for production to date. Guidepost has repeatedly backtracked on its own promises to produce responsive documents by specific times, and Guidepost's refusal to comply with its obligations

1

under the Federal Rules of Civil Procedure is stalling the progression of this litigation and preventing the taking of oral discovery.

As required by Local Rule 7.01, counsel for Plaintiff hereby certifies that they have conferred in good faith with counsel for Guidepost regarding the nature of this Motion, the issues raised in this Motion, and the relief requested in this Motion. Despite having met and conferred with counsel for Guidepost multiple times regarding this discovery dispute, Plaintiff and Guidepost have been unable to resolve this discovery dispute without seeking the Court's assistance. Plaintiff and Guidepost filed a Joint Discovery Dispute Statement regarding the issues raised in this Motion on September 15, 2023. (Doc. No. 56). Plaintiff has requested the scheduling of a telephonic discovery conference regarding the issues raised in this Motion, but no conference has yet been scheduled or occurred. Plaintiff respectfully submits this Motion in the interests of seeking the Court's assistance in resolving this discovery dispute and expediting this litigation.

For the foregoing reasons, as well as the reasons set forth in the accompanying Memorandum and the Joint Discovery Dispute Statement filed on September 15, 2023, (Doc. No. 56), this Court should grant this Motion and enter an Order compelling Guidepost to produce all non-privileged documents responsive to the Document Requests by a date certain. Pursuant to Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure, this Court should also award Plaintiff his reasonable expenses, including attorney's fees, incurred in making this Motion.

Dated:        October 6, 2023        Respectfully submitted,

s/ Andrew Goldstein

**Todd G. Cole, Esq., BPR # 031078**
**Andrew Goldstein, Esq., BPR # 037042**
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 490-6020
Fax: (615) 942-5914
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com


*-and-*


**Robert D. MacGill, Esq. (*pro hac vice*)**
**Scott E. Murray, Esq.  (*pro hac vice*)**
**Patrick J. Sanders, Esq. (*pro hac vice*)**
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com


*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Motion to Compel on October 6, 2023, using the CM/ECF system, which will automatically serve all counsel of record listed below:

E. Todd Presnell, Esq.
Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
snokes@bradley.com
bbundren@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com


*Counsel for the Executive Committee of the Southern Baptist Convention*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
MINTZ & GOLD LLP
600 Third Avenue, 25th Fl.
New York, New York 10016
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Guidepost Solutions LLC*


L. Gino Marchetti, Jr., Esq.
Matthew C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, Tennessee 37203
gmarchetti@tpmblaw.com

*Counsel for the Southern Baptist Convention*


s/ Andrew Goldstein
ANDREW GOLDSTEIN