| From: | Andy Goldstein |
|---|---|
| To: | frensleychambers@tnmd.uscourts.gov |
| Cc: | Steve Mintz; Terence McCormick; John Jacobson; Kathy Klein; Robert MacGill; Scott Murray; Patrick Sanders; Todd Cole; Gene Besen; Nokes, Scarlett; Bundren, Brandon; tpresnell@bradley.com; Hurney, Jr., Thomas J.; Callas, Gretchen; gmarchetti@tpmblaw.com; matt@tpmblaw.com |
| Bcc: | Juan Camarena |
| Subject: | Hunt v. Southern Baptist Convention, et al. / United States District Court for the Middle District of Tennessee / Case No. 3:23-cv-00243 / Request for Discovery Conference |
| Date: | Monday, September 18, 2023 5:30:00 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | Filed - Joint Discovery Dispute Statement_Hunt.pdf |
| | Filed - Ex. 1 - _Hunt.pdf |
| | Filed - Ex. 2 - _Hunt.pdf |
| | Filed - Ex. 3 - _Hunt.pdf |
| | Filed - Ex. 4 - _Hunt.pdf |
| | Filed - Ex. 5 - _Hunt.pdf |
| | Filed - Ex. 6 _ _Hunt.pdf |
| | Filed - Ex. 7 - _Hunt.pdf |
| | Filed - Ex. 8 - _Hunt.pdf |
| | Filed - Ex. 9 - Def. Guidepost"s Responses and Objections to Plaintiff"s Second RFP_Hunt.pdf |
| | Filed - Ex. 10 - _Hunt.pdf |
| | Filed - Ex. 11 - _Hunt.pdf |
| | Filed - Ex. 12 - _Hunt.pdf |
| | Filed - Ex. 13 - _Hunt.pdf |
| | Filed - Ex. 14 - Guidepost_Hunt.pdf |
| | Filed - Ex. 15 - Guidepost_Hunt.pdf |
| Importance: | High |

Good afternoon,

Attached, please find bench copies of the Joint Discovery Dispute Statement and accompanying exhibits filed by Plaintiff and Defendant Guidepost Solutions, LLC, in the above-referenced matter last Friday, September 15, 2023.

The Plaintiff respectfully requests that a telephonic discovery conference be scheduled to attempt to resolve this discovery dispute. If the Court requires anything further from us, please let us know.

Sincerely,



Andy Goldstein, Esq.
Managing Shareholder at **Cole Law Group, PC**
-------------------------------------------------------------
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
o   615-326-9059  f 615-942-5914
e   agoldstein@colelawgrouppc.com
w  http://www.colelawgrouppc.com/

**CONFIDENTIALITY NOTICE:** The information contained in this transmission may be privileged and confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.