| **From:** | Adam Brody |
| --- | --- |
| **To:** | Scott Murray |
| **Cc:** | Andy Goldstein; KKlein@rjfirm.com; Todd Cole; robert.macgill@macgilllaw.com; patrick.sanders@macgilllaw.com; JJacobson@rjfirm.com; bbundren@bradley.com; snokes@bradley.com; matt@tpmblaw.com; gmarchetti@tpmblaw.com; thurney@jacksonkelly.com; Steve Mintz; Scott Klein; Terence McCormick; Alex Otchy |
| **Subject:** | Re: Hunt v. SBC, et al. / Defendant Guidepost"s First Production of Documents |
| **Date:** | Wednesday, September 20, 2023 5:03:17 PM |
| **Attachments:** | image001.png<br>DateTime Created & Last Modified Metadata.xls |

Some people who received this message don't often get email from brody@mintzandgold.com. Learn why this is important

Counsel:

We are advised by our discovery vendor that all metadata for the native files produced has been preserved. Per your request, attached is a separate report containing the metadata you requested.

We anticipate producing the second tranche of responsive, non-privileged documents next week.

And with respect to the documents requiring the Survivor's consent, Steve Mintz has been in communications with the relevant parties and will follow up.

Very truly yours,



**Adam K. Brody**
*Associate*
600 Third Avenue, 25th Fl., New York, NY 10016
**D** 646.787.9449  |  **O** 212.696.4848  |  **C** 312.342.8152



---

**From:** Scott Murray <scott.murray@macgilllaw.com>
**Date:** Tuesday, September 19, 2023 at 3:12 PM
**To:** Alex Otchy <otchy@mintzandgold.com>
**Cc:** agoldstein@colelawgrouppc.com <agoldstein@colelawgrouppc.com>, KKlein@rjfirm.com <KKlein@rjfirm.com>, tcole@colelawgrouppc.com <tcole@colelawgrouppc.com>, robert.macgill@macgilllaw.com <robert.macgill@macgilllaw.com>, patrick.sanders@macgilllaw.com <patrick.sanders@macgilllaw.com>, JJacobson@rjfirm.com <JJacobson@rjfirm.com>, bbundren@bradley.com <bbundren@bradley.com>, snokes@bradley.com <snokes@bradley.com>, matt@tpmblaw.com <matt@tpmblaw.com>, gmarchetti@tpmblaw.com <gmarchetti@tpmblaw.com>, thurney@jacksonkelly.com <thurney@jacksonkelly.com>, Steve Mintz <Mintz@mintzandgold.com>, Scott Klein <Klein@mintzandgold.com>, Terence McCormick <McCormick@mintzandgold.com>, Adam Brody <brody@mintzandgold.com>
**Subject:** Re: Hunt v. SBC, et al. / Defendant Guidepost's First Production of Documents

Counsel -

Upon our initial review, it appears that the various drafts of the Guidepost report all have the same date, and there is no metadata included to allow us to identify the actual dates. Can you please look into this?

Also, do you have an update on the next stage of your production, including your request for consent?

Thanks.

Scott

**Scott E. Murray**
MacGill P.C.
Inland Building - 12th Floor
156 E. Market St.
Indianapolis, IN 46204

Direct: 317.961.5408
Mobile: 317.361.2151


On Fri, Sep 15, 2023 at 12:48 PM Alex Otchy <otchy@mintzandgold.com> wrote:

> Counsel,
>
> Please see the below link for Defendant Guidepost's First Production of Documents, responsive to Plaintiff's first document request, identified by bates stamp GP_000001 – GP_003989.
> A password for the link will be sent in a separate email.
>
> **Download link:** https://contactdiscovery.sharefile.com/d-s292b55f0ca644a0a8ed7635b1a44d7a6
>
> Thank you,
> Alex Otchy
>
>  Alex Otchy
> 600 Third Avenue, 25th Fl., New York, NY 10016
> **D** 646.933.8953  |  **O** 212.696.4848  |

---

*NOTICE: This email and any attachments are for the exclusive, confidential use of the intended recipient. We do not waive attorney client or work product privilege by the transmission of this message. If you are not the intended recipient, please: notify us immediately, delete this message, and refrain from taking any action in reliance on this message.*