IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:23-cv-00243<br>JUDGE RICHARDSON |
| SOUTHERN BAPTIST<br>CONVENTION, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

The above-captioned action is hereby TRANSFERRED to District Judge William L. Campbell, Jr. as related to Docket No. 3:23-cv-00478. The facts of these cases are sufficiently related such that the transfer of this case to Judge Campbell promotes judicial efficiency.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE