IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT,<br><br>                Plaintiff,<br><br>    v.<br><br>SOUTHERN BAPTIST CONVENTION;<br>GUIDEPOST SOLUTIONS LLC; and<br>EXECUTIVE COMMITTEE OF THE<br>SOUTHERN BAPTIST CONVENTION,<br><br>                Defendants. | Case No. 3:23-cv-00243<br>Judge Campbell<br>Magistrate Judge Frensley |

## RESPONSE OF DEFENDANT GUIDEPOST SOLUTIONS LLC
## TO PLAINTIFF'S MOTION TO COMPEL

Defendant Guidepost Solutions LLC ("Guidepost") respectfully submits this Response in Opposition to the motion brought by Plaintiff Johnny M. Hunt ("Hunt") to compel discovery. (ECF Doc. No. 57-58.) Guidepost files this opposition concurrently with its motion for a protective order, which is incorporated by reference and constitutes Guidepost's principal response to the instant motion to compel. Guidepost only offers the following brief additional argument in response to certain statements in Hunt's motion.

*First*, this motion is premature. The Court's case management order makes clear that discovery disputes should be "brought promptly to the attention of the Magistrate Judge via a request for a discovery conference," and that "[i]t will be within the Magistrate Judge's discretion whether to allow for the filing of discovery related motions." (ECF Doc. No. 37 at § G, pp. 7-8.) As Hunt concedes, counsel did not wait for a telephone conference before filing the Joint Discovery Dispute Statement, nor did they wait for the Court's permission to file the instant motion

to compel. (ECF No. 58 at 4.) Guidepost believes that this matter could have been resolved quickly and without great expense through a conference call, but Hunt's counsel elected to proceed without engaging in the pre-motion protocol on an avoidable motion. Hunt's motion should be denied on that ground alone.

*Second,* Guidepost has not "refused" to produce documents or to provide a date certain by which to complete its production of documents. Rather, as explained more fully in the Joint Discovery Dispute Statement, Guidepost faced delays in accumulating and reviewing the universe of documents because, unlike other ESI productions, in this instance it was necessary to collect documents manually from the custodians to avoid supplying other documents relating to separate confidential investigations to Guidepost's ESI vendor. That process took from July through September to accomplish.

Once the documents were gathered and provided to the vendor (and to Guidepost's counsel for review), it became apparent that the alleged survivor's consent would be required before a number of the documents could be provided. The process of negotiating with the survivor's counsel took some time and Guidepost did not receive a definitive refusal to provide survivor consent until October 11, 2023.[1] In the meantime, Guidepost made two rolling productions (GP_000001 - GP_004327) of those documents that did not require survivor consent or otherwise compromise the survivor's or her husband's deeply private marital communications.

*Third,* it is worth noting that Hunt hasn't produced any documents of his own in response to Guidepost's discovery requests either, although that is a matter for another day.

---

[1] As stated in its contemporaneously filed motion for a protective order, to assist the Court in its determination of the parties' competing discovery motions, Guidepost stands ready to produce to the Court for *in camera* review the sensitive information relating to the alleged survivor and her husband.

*Finally,* the Court should reject Hunt's request for discovery sanctions. As established in the accompanying motion for a protective order, Guidepost's delay in producing the sensitive documents at issue was substantially justified and an award of expenses under the circumstances would be unjust. Fed. R. Civ. P. 37(a)(5)(A)(ii), (iii).

## CONCLUSION

For the foregoing reasons, Guidepost respectfully requests that the Court deny the motion to compel in its entirety.

Dated: October 20, 2023

Respectfully submitted,

s/John R. Jacobson
John R. Jacobson, Esq. (BPR # 014365)
Katharine R. Klein, Esq. (BPR # 019336)
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
jjacobson@rjfirm.com
kklein@rjfirm.com

-and-

**MINTZ & GOLD LLP**
Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Guidepost Solutions LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served through the Court's electronic filing system on the following:

Todd G. Cole, Esq. (BPR # 031078)
Andrew Goldstein, Esq. (BPR # 037042)
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq. (Ind. Bar. 9989-49)
Scott E. Murray, Esq. (Ind. Bar. 26885-49)
Patrick J. Sanders, Esq. (Ind. Bar. 36950-29)
MACGILL PC
156 E. Market St. Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

L. Gino Marchetti, Jr., Esq.
Matt C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com
*Counsel for the Southern Baptist Convention*

on this 20th day of October, 2023.

                                              s/John R. Jacobson