# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:23-cv-00243 |
| ) | |
| SOUTHERN BAPTIST CONVENTION; ) | Judge Campbell |
| GUIDEPOST SOLUTIONS LLC; and ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, ) | |
| ) | |
| Defendants. ) | |

## RESPONSE TO MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Rule 7.01 of the Local Rules of Court, Plaintiff Johnny M. Hunt, by and through the undersigned counsel, hereby respectfully submits his Response to the Motion for Leave to File Under Seal filed by Defendant Guidepost Solutions LLC (ECF Doc. No. 64).

As explained more fully in the accompanying Memorandum in Support of Plaintiff's Response to the Motion for Leave to File Under Seal filed by Defendant Guidepost Solutions LLC, Plaintiff opposes the attempt by Defendant Guidepost Solutions LLC ("Guidepost") to hide its damaging admissions from the public. None of the information Guidepost seeks to maintain under seal is confidential, and Guidepost has failed to carry its heavy burden of "analyzing in detail, document by document, the propriety of secrecy, providing factual support and legal citations," as required by Rule 5.03 of the Local Rules of Court and the directives of the United States Court of Appeals for the Sixth Circuit in its precedent, including in its holdings in *Beauchamp v. Federal Home Loan Mortgage Co.*, 658 Fed. Appx. 202, 207 (6th Cir. 2016) and

1

*Hlfip Holdings, Inc. v. Rutherford Cnty.*, No. 3:19-cv-00714, 2023 U.S. Dist. LEXIS 190478, *2-4 (M.D. Tenn. Mar. 8, 2023) (emphasis added).

For the foregoing reasons, as well as the reasons set forth in the accompanying Memorandum, this Court should deny the Motion for Leave to File Under Seal (ECF Doc. No. 64) in its entirety.

Dated: October 27, 2023  Respectfully submitted,

s/ Andrew Goldstein
**Todd G. Cole, Esq., BPR # 031078**
**Andrew Goldstein, Esq., BPR # 037042**
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 490-6020
Fax: (615) 942-5914
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

-and-

**Robert D. MacGill, Esq. (*pro hac vice*)**
**Scott E. Murray, Esq.  (*pro hac vice*)**
**Patrick J. Sanders, Esq. (*pro hac vice*)**
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response to Motion for Leave to File Under Seal has been served on October 27, 2023, using the CM/ECF system, which will automatically serve all counsel of record listed below:

E. Todd Presnell, Esq.
Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
snokes@bradley.com
bbundren@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
MINTZ & GOLD LLP
600 Third Avenue, 25th Fl.
New York, New York 10016
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Guidepost Solutions LLC*

L. Gino Marchetti, Jr., Esq.
Matthew C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, Tennessee 37203
gmarchetti@tpmblaw.com

*Counsel for the Southern Baptist Convention*

                                            s/ Andrew Goldstein
                                            ANDREW GOLDSTEIN