IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-00243 |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | Judge Richardson |
| GUIDEPOST SOLUTIONS LLC; and | ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE | ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSOLIDATED REPLY IN SUPPORT OF MOTION TO COMPEL AND RESPONSE TO MOTION FOR A PROTECTIVE ORDER AND IN CAMERA REVIEW**

Pursuant to Rule 7.01 of the Local Rules of Court, Plaintiff Johnny M. Hunt, by and through the undersigned counsel, hereby respectfully submits his Consolidated Reply in Support of his Motion to Compel (ECF Doc. No. 57) and his Response in Opposition to the Motion for a Protective Order and *In Camera* Review (ECF Doc. No. 61) filed by Defendant Guidepost Solutions LLC ("Guidepost").

As explained more fully in the accompanying Consolidated Memorandum in Support of his Reply in Support of Motion to Compel and Response in Opposition to Guidepost's Motion for a Protective Order and *In Camera* Review, Plaintiff's Motion to Compel should be granted in its entirety, and Guidepost's Motion for a Protective Order and *In Camera* Review should be denied in its entirety. Guidepost has admitted to the responsiveness of the documents it is withholding from production to Plaintiff's discovery requests; Guidepost's belated objection to producing documents on the basis of its contractual commitment to the SBC is without merit and

1

has been waived; Guidepost previously committed to producing the documents it is now withholding from production; the documents Guidepost is withholding are key evidence in the case, particularly in light of the representations made by Guidepost in its Motion for a Protective Order and *In Camera* Review (and the filings related thereto); and, in any event, Guidepost has failed to carry its burden under Rule 26(c) of the Federal Rules of Civil Procedure to justify relief from its discovery obligations in this case. For these reasons, Plaintiff should also be awarded his reasonable expenses, including attorney's fees, incurred in making his Motion to Compel and responding to the Motion for a Protective Order and *In Camera* Review.

      For the foregoing reasons, as well as the reasons set forth in the accompanying Consolidated Memorandum, this Court should grant the Motion to Compel (ECF Doc. No. 57) in its entirety and deny the Motion for a Protective Order and *In Camera* Review (ECF Doc. No. 61) in its entirety.

2

Case 3:23-cv-00243    Document 68    Filed 10/27/23    Page 2 of 4 PageID #: 802

Dated: October 27, 2023         Respectfully submitted,

s/ Andrew Goldstein
**Todd G. Cole, Esq., BPR # 031078**
**Andrew Goldstein, Esq., BPR # 037042**
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 490-6020
Fax: (615) 942-5914
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

*-and-*

**Robert D. MacGill, Esq. (*pro hac vice*)**
**Scott E. Murray, Esq. (*pro hac vice*)**
**Patrick J. Sanders, Esq. (*pro hac vice*)**
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Consolidated Reply in Support of Motion to Compel and Response to Motion for a Protective Order and *In Camera* Review has been served on October 27, 2023, using the CM/ECF system, which will automatically serve all counsel of record listed below:

E. Todd Presnell, Esq.
Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
snokes@bradley.com
bbundren@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
MINTZ & GOLD LLP
600 Third Avenue, 25th Fl.
New York, New York 10016
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Guidepost Solutions LLC*

L. Gino Marchetti, Jr., Esq.
Matthew C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, Tennessee 37203
gmarchetti@tpmblaw.com

*Counsel for the Southern Baptist Convention*

s/ Andrew Goldstein
ANDREW GOLDSTEIN