UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHNNY M. HUNT,<br>　　　　　　　Plaintiff,<br>　v.<br>SOUTHERN BAPTIST CONVENTION;<br>GUIDEPOST SOLUTIONS LLC; and<br>EXECUTIVE COMMITTEE OF THE<br>SOUTHERN BAPTIST CONVENTION,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-00243<br>Judge Richardson<br>Magistrate Judge Frensley |

### RESPONSES AND OBJECTIONS OF DEFENDANT GUIDEPOST SOLUTIONS LLC TO PLAINTIFF JOHNNY M. HUNT'S SECOND SET OF INTERROGATORIES

Defendant Guidepost Solutions LLC ("Guidepost"), by and through its attorneys, Riley & Jacobson, PLC and Mintz & Gold LLP, hereby responds to Plaintiff Johnny M. Hunt's Second Set of Interrogatories as follows:

### GENERAL RESPONSES AND OBJECTIONS

Guidepost incorporates by reference the General Objections set forth in Plaintiff Johnny M. Hunt's First Set of Interrogatories and repeats them as if fully set forth herein.

### RESPONSES

**INTERROGATORY NO. 1.**

**With respect to the "contemporary audio recordings" referred to in the March 13, 2023 letter from Steven G. Mintz to Robert D. MacGill, (a) who has (or had) possession of the recordings, (b) whose voices are (or were) contained on the recordings; (c) what is (or was) the format of the recordings; (d) what is (or was) the**

**subject matter of the recordings; (e) when were the recordings made; (f) who made the recordings; (g) if the recordings no longer exist, when such recordings ceased to exist, what happened to the recordings, and who caused them to cease to exist.**

**Response:**

Guidepost refers Plaintiff to the Report, which details that the survivor's husband provided Guidepost with records of sessions with the counselor referred to in the Report, Roy Blankenship, which included some audio recordings of the counseling. In further response to this Interrogatory, Guidepost is only in possession of the audio recordings that it received from the survivor's husband, which speak for themselves, and will provide copies of those recordings in response to Plaintiff's Second Set of Document Requests.

    Respectfully submitted,

    s/ John R. Jacobson
    John R. Jacobson, BPR #14365
    Katharine R. Klein, BPR #19336
    Riley & Jacobson, PLC
    1906 West End Avenue
    Nashville, TN 37203
    (615) 320-3700
    (615) 320-3737 *Facsimile*
    jjacobson@rjfirm.com
    kklein@rjfirm.com

    -and-

Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Attorneys for Guidepost Solutions LLC*

3

# VERIFICATION

1. I, Anthony M. Collura, am Chief Operating Officer and Chief Legal Officer at Guidepost Solutions LLC, a defendant in the above-entitled action.

2. I have read the Responses and Objections of Defendant Guidepost Solutions LLC ("Guidepost") to Plaintiff Johnny M. Hunt's Second Set of Interrogatories (the "Responses") and know the contents thereof. Based upon the records maintained by Guidepost, and/or on information furnished to me by employees of Guidepost, I declare under 28 U.S.C. § 1746 under penalty of perjury that the foregoing answers to those interrogatories are true according to the best of my knowledge, information, and belief.

Executed at New York, New York on the 17th day of August, 2023.

_____
Anthony M. Collura

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by electronic mail on the following:

Todd G. Cole
Andrew Goldstein.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill
Scott E. Murray
Patrick J. Sanders
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

Scarlett Singleton Nokes
R. Brandon Bundren
E. Todd Presnell
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

L. Gino Marchetti, Jr.
Matt C. Pietsch
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for the Southern Baptist Convention*

Gene Ross Besen
BRADLEY ARANT BOULT CUMMINGS LLP
1445 Ross Avenue
Suite 3600
Dallas, TX 75202
Telephone: (214) 257-9758
gbesen@bradley.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

on this 17th day of August, 2023.

s/John R. Jacobson