IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-00243 |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | Judge Campbell |
| GUIDEPOST SOLUTIONS LLC; and | ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE | ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Rules 5.03 and 7.01 of the Local Rules of Court and the Agreed Protective Order previously entered in this action (ECF Doc. No. 52), Plaintiff Johnny M. Hunt respectfully submits this Motion for Leave to File Under Seal his Memorandum in Support of Response to Motion for Leave to File Under Seal (the "Sealing Memorandum") and his Consolidated Memorandum in Support of Plaintiff's Reply in Support of Motion to Compel and Plaintiff's Response in Opposition to Guidepost Solutions LLC's Motion for Protective Order and *In Camera* Review (the "Consolidated Memorandum"), pending adjudication of the Motion for Leave to File Under Seal filed by Guidepost (ECF Doc. No. 64). The Sealing Memorandum and the Consolidated Memorandum reference certain redacted portions of the Memorandum of Law in Support of Motion by Defendant Guidepost Solutions LLC for a Protective Order and *In Camera* Review (ECF Doc. No. 63) and the Declaration of Steven G. Mintz (ECF Doc. No. 65), both of which Guidepost is attempting to seal.

1

Plaintiff categorically and unequivocally opposes the attempt by Guidepost to seal the redacted portions of its Memorandum of Law in Support of Motion by Defendant Guidepost Solutions LLC for a Protective Order and *In Camera* Review (ECF Doc. No. 63) and the Declaration of Steven G. Mintz (ECF Doc. No. 65). For the reasons set out in his opposition to Guidepost's Motion for Leave to File Under Seal, the Court should deny Guidepost's attempts to hide its damaging admissions from the public. None of the information Guidepost seeks to maintain under seal is confidential, and Guidepost has failed to carry the very heavy burden of justifying sealing the referenced documents.

While Plaintiff disagrees that any of the information sought to be sealed by Guidepost should be sealed, Plaintiff files the instant motion in an effort to ensure compliance with the Local Rules of the Court and the Agreed Protective Order previously entered in this action (ECF Doc. No. 52), until such time as the Court adjudicates the Motion for Leave to File Under Seal filed by Guidepost (ECF Doc. No. 64).

For the foregoing reasons, as well as the reasons set forth in the accompanying Sealing Memorandum and the Consolidated Memorandum, this Court should deny the Motion for Leave to File Under Seal (ECF Doc. No. 64) and the Motion for a Protective Order and *In Camera* Review (ECF Doc. No. 61) filed by Guidepost.

Dated: October 27, 2023 Respectfully submitted,

s/ Andrew Goldstein
**Todd G. Cole, Esq., BPR # 031078**
**Andrew Goldstein, Esq., BPR # 037042**
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 490-6020
Fax: (615) 942-5914
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

*-and-*

**Robert D. MacGill, Esq. (*pro hac vice*)**
**Scott E. Murray, Esq. (*pro hac vice*)**
**Patrick J. Sanders, Esq. (*pro hac vice*)**
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Leave to File Under Seal has been served on October 27, 2023, using the CM/ECF system, which will automatically serve all counsel of record listed below:

E. Todd Presnell, Esq.
Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
snokes@bradley.com
bbundren@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
MINTZ & GOLD LLP
600 Third Avenue, 25th Fl.
New York, New York 10016
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Guidepost Solutions LLC*

L. Gino Marchetti, Jr., Esq.
Matthew C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, Tennessee 37203
gmarchetti@tpmblaw.com

*Counsel for the Southern Baptist Convention*

s/ Andrew Goldstein
ANDREW GOLDSTEIN