IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-00243 |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | Judge Campbell |
| GUIDEPOST SOLUTIONS LLC; and | ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE | ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE**

Plaintiff Johnny M. Hunt, by and through the undersigned counsel, respectfully submits this Motion for Leave to File Supplemental Response in relation to the Motion for a Protective Order and *In Camera* Review (ECF Doc. No. 61) filed by Guidepost Solutions LLC ("Guidepost").

As grounds for the instant motion, Plaintiff would show that, since the filing of his Response to Guidepost's Motion for a Protective Order and *In Camera* Review on October 27, 2023 (ECF Doc. No. 68), and the completion of briefing in relation to Guidepost's Motion for a Protective Order and *In Camera* Review, Plaintiff obtained a copy of an article published in the Houston Chronicle that concerns materials which are the subject of Guidepost's Motion for a Protective Order and *In Camera* Review. A copy of the referenced article published in the Houston Chronicle is included with the instant motion. (Ex. 1).

The Houston Chronicle article states that the complainant and her husband shared the husband's "private" journal with a reporter as part of giving an interview in May 2022. The

1

published article even purports to quote from the husband's journal. This is further evidence that the journal and related material shared with Guidepost are highly relevant to the accusations against Hunt, that the complainant and her husband have been willing to share such information with third parties, and that there is no legal basis to exempt these materials from discovery in this action.

For the foregoing reasons, Plaintiff respectfully requests leave to file a Supplemental Response to Guidepost's Motion for a Protective Order and *In Camera* Review.

<u>Dated:</u>         November 17, 2023        Respectfully submitted,

s/ Andrew Goldstein
**Todd G. Cole, Esq., BPR # 031078**
**Andrew Goldstein, Esq., BPR # 037042**
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 490-6020
Fax: (615) 942-5914
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com


*-and-*


**Robert D. MacGill, Esq. (*pro hac vice*)**
**Scott E. Murray, Esq.  (*pro hac vice*)**
**Patrick J. Sanders, Esq. (*pro hac vice*)**
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com


*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for Leave to File Supplemental Response has been served on November 17, 2023, using the CM/ECF system, which will automatically serve all counsel of record listed below:

E. Todd Presnell, Esq.
Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
snokes@bradley.com
bbundren@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, Tennessee 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
MINTZ & GOLD LLP
600 Third Avenue, 25th Fl.
New York, New York 10016
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Guidepost Solutions LLC*

L. Gino Marchetti, Jr., Esq.
Matthew C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, Tennessee 37203
gmarchetti@tpmblaw.com

*Counsel for the Southern Baptist Convention*

                                                  s/ Andrew Goldstein
                                                  ANDREW GOLDSTEIN