IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:23-cv-00243 |
| | ) Judge Campbell/Frensley |
| SOUTHERN BAPTIST CONVENTION, et al., | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court upon Plaintiff Johnny M. Hunt's "Motion for Leave to File Supplemental Response," in which Mr. Hunt seeks permission to file an additional brief in opposition to the "Motion for a Protective Order and *In Camera* Review" filed by Defendant Guidepost Solutions LLC. Docket No. 75; *see* Docket No. 61. The Court has addressed the underlying Motion for Protective Order and no further briefing is necessary. Docket No. 76. Therefore, Mr. Hunt's Motion (Docket No. 75) is DENIED.

IT IS SO ORDERED.

_____
**Jeffery S. Frensley**
**United States Magistrate Judge**