IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:23-cv-00243 |
| | ) | Judge Richardson/Frensley |
| SOUTHERN BAPTIST CONVENTION; | ) | Jury Demand |
| GUIDEPOST SOLUTIONS LLC; and | ) | |
| EXECUTIVE COMMITTEE OF THE | ) | |
| SOUTHERN BAPTIST CONVENTION, | ) | |
|     Defendants. | ) | |

## ORDER

Pending before the Court is the Plaintiff's Motion for Modification of the Initial Case Management Order. Docket No. 79. The Plaintiff seeks an extension of time within which to serve additional written discovery requests in relation to documents to be produced by Guidepost pursuant to this Court's order. Docket No. 76. The motion (Docket No. 79) is **GRANTED**. The deadline for the Parties to serve any additional written discovery is **December 29, 2023.**

**IT IS SO ORDERED.**

*[signature]*

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**