# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

**SCOTT A. KLEIN**, Bar # **SK8579**

was duly admitted to practice in the Court on

**July 24, 2001**

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.
New York, New York

On **December 6, 2023**

Ruby J. Krajick
Clerk of Court

By s/ V. Adolphe
Deputy Clerk