# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, Brenna B. Mahoney, Clerk of this Court, certify that Adam Kahan Brody, Bar # 5136247, was duly admitted to practice in this Court on 11/08/2019, and is in good standing as a member of the Bar of this Court.

Dated at Brooklyn on 12/05/2023
*(Location)* *(Date)*

Brenna B. Mahoney
*CLERK OF COURT*

*David Afrani*
David Afrani, *DEPUTY CLERK*

