# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
Nashville Division

| | |
|---|---|
| JOHNNY M. HUNT | Case No. 3:23-cv-00243 |
| v. | Judge William L. Campbell, Jr. |
| SOUTHERN BAPTIST CONVENTION; GUIDEPOST SOLUTIONS LLC; and EXECUTIVE COMMITEE OF THE SOUTHERN BAPTIST CONVENTION | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Alex Otchy hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Guidepost Solutions LLC.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the United State District Court for the Southern District of New York. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3. I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4. I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6. I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

John R. Jacobson (BPR #014365) and Katharine R. Klein (BPR #019366)
Riley & Jacobson, PLC
1906 West End Avenue, Nashville, TN 37203
(615) 320-3700; jjacobson@rjfirm.com; kklein@rjfirm.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

/s/ Alex Otchy           Signature

Name: Alex Otchy
State where admitted and State Bar Number: New York, 5675848
Business Address: 600 Third Avenue, 25th Floor, New York, NY 10016
Local Address [if different from above]:
Phone: (212) 696-4848
Email: otchy@mintzandgold.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served through the Court's electronic filing system on the following:

| | |
|---|---|
| Todd G. Cole, Esq.<br>Andrew Goldstein, Esq.<br>COLE LAW GROUP, P.C.<br>1648 Westgate Circle, Suite 301<br>Brentwood, TN 37027<br>Telephone: (615) 326-9059<br>tcole@colelawgrouppc.com<br>agoldstein@colelawgrouppc.com | L. Gino Marchetti, Jr., Esq.<br>Matt C. Pietsch, Esq.<br>TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC<br>2908 Poston Avenue<br>Nashville, TN 37203<br>Telephone: (615) 320-3225<br>gmarchetti@tpmblaw.com<br>matt@tpmblaw.com |
| Robert D. MacGill, Esq.<br>Scott E. Murray, Esq.<br>Patrick J. Sanders, Esq.<br>MACGILL PC<br>156 E. Market St.<br>Suite 1200<br>Indianapolis, IN 46204<br>Telephone: (317) 721-1253<br>robert.macgill@macgilllaw.com<br>scott.murray@macgilllaw.com<br>patrick.sanders@macgilllaw.com<br><br>*Counsel for Plaintiff* | *Counsel for the Southern Baptist Convention*<br><br>E. Todd Presnell<br>Scarlett Singleton Nokes, Esq.<br>R. Brandon Bundren, Esq.<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 Division Street, Suite 700<br>Nashville, Tennessee 37203<br>Telephone: (615) 244-2582<br>tpresnell@bradley.com<br>snokes@bradley.com<br>bbundren@bradley.com |
| Gene Ross Besen<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1445 Ross Avenue<br>Suite 3600<br>Dallas, TX 75202<br>Telephone: (214) 257-9758<br>gbesen@bradley.com<br><br>*Counsel for the Executive Committee of the Southern Baptist Convention* | Gretchen M. Callas<br>Thomas J. Hurney, Jr.<br>JACKSON KELLY PLLC<br>500 Lee Street East<br>Suite 1600<br>P.O. Box 553<br>Charleston, WV 25322<br>Telephone: (304) 340-1000<br>gcallas@jacksonkelly.com<br>thurney@jacksonkelly.com<br><br>*Counsel for the Executive Committee of the Southern Baptist Convention* |

on this 11[h] day of December, 2023.

s/John R. Jacobson