# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____ALEX   OTCHY_____, Bar # _____5675848_____

was duly admitted to practice in the Court on

_____August 13, 2019_____

and is in good standing as a member of the Bar of this Court

Dated at      500 Pearl St.           On       _____December 6, 2023_____
              New York, New York

_____Ruby J. Krajick_____      By      _____s/ V. Adolphe_____
         Clerk of Court                              Deputy Clerk