IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHNNY M. HUNT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) 3:23-cv-00243 |
| SOUTHERN BAPTIST CONVENTION, et al., | ) ) ) ) |
| Defendants. | ) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2023, I electronically filed NON-PARTY ROY BLANKENSHIP'S MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH SUBPOENA TO TAKE DEPOSITION, that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system as follows:

Andrew P. Goldstein
Cole Law Group, PC.
1648 Westgate Circle Suite 301
Brentwood, TN 37027
(615) 490-6020
Fax: (615) 942-5914
Email: agoldstein@colelawgrouppc.com
*Counsel for Johnny M. Hunt*

Patrick J. Sanders
MacGill PC
156 E. Market Street Suite 1200
Indianapolis, IN 46204
(317) 721-1253
Email: patrick.sanders@macgilllaw.com
*Counsel for Johnny M. Hunt*

Robert D. MacGill
MacGill PC
156 E. Market Street Suite 1200
Indianapolis, IN 46204
317-961-5085
Email: robert.macgill@macgilllaw.com
*Counsel for Johnny M. Hunt*

Scott E. Murray
MacGill PC
156 E. Market Street
Suite 1200
Indianapolis, IN 46204
(317) 721-1253
Email: scott.murray@macgilllaw.com
*Counsel for Johnny M. Hunt*

Todd G. Cole
Cole Law Group, PC.
1648 Westgate Circle Suite 301

Louis Gino Marchetti , Jr.
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue

1

Brentwood, TN 37027
(615) 490-6020
Fax: (615) 942-5914
Email: tcole@colelawgrouppc.com
*Counsel for Johnny M. Hunt*

Matthew C. Pietsch
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203
(615) 320-3225
Fax: (615) 320-3244
Email: matt@tpmblaw.com
*Counsel for Southern Baptist Convention*

Alex Otchy
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
(212) 696-4848
Email: otchy@mintzandgold.com
*Counsel for Guidepost Solutions, LLC*

Katharine R. Klein
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
615-320-3700
Email: kklein@rjfirm.com
*Counsel for Guidepost Solutions, LLC*

Steven G. Mintz
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
(212) 696-4848
*Counsel for Guidepost Solutions, LLC*

E. Todd Presnell
Bradley Arant Boult Cummings LLP
(Nashville, TN Office)
1221 Broadway Suite 2400

Nashville, TN 37203
(615) 320-3225
Fax: (615) 320-3244
Email: gmarchetti@tpmblaw.com
*Counsel for Southern Baptist Convention*

Adam Kahan Brody
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
(212) 696-4848
Email: brody@mintzandgold.com
*Counsel for Guidepost Solutions, LLC*

John R. Jacobson
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
615-320-3700
Email: jjacobson@rjfirm.com
*Counsel for Guidepost Solutions, LLC*

Scott Klein
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
(212) 696-4848
Email: klein@mintzandgold.com
*Counsel for Guidepost Solutions, LLC*

Terence William McCormick
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
(212) 696-4848
Email: mccormick@mintzandgold.com
*Counsel for Guidepost Solutions, LLC*

Gene Ross Besen
Bradley Arant Boult Cummings LLP
1445 Ross Avenue Suite 3600
Dallas, TX 75202

Nashville, TN 37203
615-252-2355
Email: tpresnell@bradley.com
*Counsel for Executive Committee of the Southern Baptist Convention*

Gretchen M. Callas
Jackson Kelly PLLC
500 Lee Street East Suite 1600
PO Box 553
Charleston, WV 25322
(304) 340-1000
Email: gcallas@jacksonkelly.com
*Counsel for Executive Committee of the Southern Baptist Convention*

Scarlett Singleton Nokes
Bradley Arant Boult Cummings LLP
(Nashville, TN Office)
1221 Broadway Suite 2400
Nashville, TN 37203
615-252-3556
Email: snokes@bradley.com
*Counsel for Executive Committee of the Southern Baptist Convention*

214-257-9758
Fax: 214-939-8787
Email: gbesen@bradley.com
*Counsel for Executive Committee of the Southern Baptist Convention*

R. Brandon Bundren
Bradley Arant Boult Cummings
1221 Broadway Ste 2400
Nashville, TN 37203
615-252-4647
Fax: 615-248-3047
Email: bbundren@bradley.com
*Counsel for Executive Committee of the Southern Baptist Convention*

Thomas J. Hurney, Jr
Jackson Kelly PLLC
500 Lee Street East Suite 1600
PO Box 553
Charleston, WV 25322
(304) 340-1000
Email: thurney@jacksonkelly.com
*Counsel for Executive Committee of the Southern Baptist Convention*

*s/ T. Dylan Reeves*
T. Dylan Reeves