IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT,<br><br>                Plaintiff,<br>   v.<br><br>SOUTHERN BAPTIST CONVENTION;<br>GUIDEPOST SOLUTIONS LLC; and<br>EXECUTIVE COMMITTEE OF THE<br>SOUTHERN BAPTIST CONVENTION,<br><br>                Defendants. | Case No. 3:23-cv-00243<br>Judge Campbell<br>Magistrate Judge Frensley<br><br>**DECLARATION OF<br>TERENCE W. McCORMICK<br>IN OPPOSITION TO THIRD-PARTY<br>WITNESS ROY BLANKENSHIP'S<br>MOTION TO QUASH AND FOR A<br>PROTECTIVE ORDER** |

      **Terence W. McCormick** declares under penalty of perjury under 28 U.S.C. § 1746 that the following is true and correct:

      I, Terence W. McCormick, submit this Declaration in support of Guidepost Solutions LLC's ("Guidepost") Response in Opposition to the motion by third-party witness Roy Blankenship ("Blankenship") for a protective order and to quash Guidepost's subpoena for testimony and documents and hereby state, aver, and declare the following:

      1.      I am a partner in the firm Mintz & Gold LLP, counsel to Guidepost in this action.

      2.      In the course of discovery in this action, Guidepost produced, among other items, five audio recordings. As set forth more fully in the Declaration of Samantha Kilpatrick and the accompanying memorandum of law, these audio recordings were originally provided to two Guidepost investigators by a Baptist clergy person whose wife alleged she had been sexually assaulted by Plaintiff Johnny Hunt ("Hunt") in July 2010.

      3.      Prior to this firm's producing the audio recordings to Hunt's counsel on behalf of our client, I obtained copies and listened to them.

4.      The audio recordings have ███████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

5.      I am aware that Blankenship has moved to quash a subpoena that Guidepost served on him in this action, citing the Georgia clergy-penitent privilege.

6.      However, ██████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████

7.      ███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

██████████████████████████████████████

8.      However, viewed in the totality of the circumstances, the balance of the recordings of the counseling sessions reveals that most if not all communications between the accuser, her husband, and Blankenship would be hard to distinguish from those one might expect to be exchanged with a secular marriage counselor, █████████████████████████

███████████████████████████████████████████████████████████████████

█████████████████████████████████████████████████

9.      As stated in the accompanying memorandum of law, to the extent required, Guidepost is prepared to submit these recordings to the Court *in camera* to protect the accuser's privacy. They have already been produced to Hunt's counsel under an Attorney's Eyes-Only designation.

*****

10. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 3, 2024, at New York, New York.

*[Signature]*

Terence W. McCormick

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served through the Court's electronic filing system on the following:

Todd G. Cole, Esq. (BPR # 031078)
Andrew Goldstein, Esq. (BPR # 037042)
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq. (Ind. Bar. 9989-49)
Scott E. Murray, Esq. (Ind. Bar. 26885-49)
Patrick J. Sanders, Esq. (Ind. Bar. 36950-29)
MACGILL PC
156 E. Market St. Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

L. Gino Marchetti, Jr., Esq.
Matt C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for the Southern Baptist Convention*

T. Dylan Reeves
STITES & HARBISON PLLC
401 Commerce Street, Suite 800
Nashville, Tennessee 37219
Telephone: (615) 782-2323
dreeves@stites.com

*Counsel for Third-Party Roy Blankenship*

on this 4th day of January 2024.

                                                        s/John R. Jacobson