UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, | ) |
| *Plaintiff*, | ) |
| | ) No. 3:23-cv-00243 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| SOUTHERN BAPTIST CONVENTION; | ) MAGISTRATE JUDGE FRENSLEY |
| GUIDEPOST SOLUTIONS LLC; and | ) |
| EXECUTIVE COMMITTEE OF THE | ) JURY DEMAND |
| SOUTHERN BAPTIST CONVENTION, | ) |
| *Defendants*. | ) |

**THE EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION'S UNOPPOSED MOTION TO MODIFY INITIAL CASE MANAGEMENT ORDER TO EXTEND TIME TO DEPOSE ALL FACT WITNESSES**

Pursuant to Rules 6(b)(1)(A) and 16(b)(4) of the Federal Rules of Civil Procedure, Local Rules 6.01(a) and 7.01, and the Court's Initial Case Management Order (Doc. 37, PageID #520), the defendant, the Executive Committee of the Southern Baptist Convention (the "EC") moves to modify the Initial Case Management Order to permit the parties an additional 30-days to depose all fact witnesses. The requested extension is unopposed. As grounds for this motion, the EC states as follows:

1. On May 24, 2023, the Court entered the Initial Case Management Order requiring the parties to depose all fact witnesses on or before February 2, 2024. Doc. 37, PageID #516.

2. The parties are working diligently to schedule depositions but need additional time to schedule and complete those depositions. While all written discovery has been served, the parties anticipate receiving additional documents from one another and additional documents from non-parties in response to document subpoenas.

1

3. Accordingly, the EC files this motion to request an additional 30-days to complete fact witness depositions. If the Court grants this motion, the parties' new deadline to complete fact witness depositions will be March 4, 2024.

4. Pursuant to paragraph M of the Initial Case Management Order, the existing deadlines are as follows:

    a. A telephonic status conference will be held on January 10, 2024, at 8:30 a.m.

    b. The current deadline to depose all fact witnesses is February 2, 2024.

    c. The deadline to complete all written discovery is February 2, 2024.

    d. All discovery motions shall be filed by no later than February 2, 2024.

    e. The parties must submit a joint report confirming that the parties made a good faith attempt to resolve this case by February 16, 2024.

    f. The party bearing the burden of proof on an issue must identify and disclose all expert witnesses and expert reports on or before February 23, 2024.

    g. The party not bearing the burden of proof on the issue shall identify and disclose all expert witnesses and reports on or before March 29, 2024.

    h. Expert depositions shall be completed by April 26, 2024.

    i. Dispositive motions must be filed no later than June 7, 2024, with responses due within 28 days after the filing of the motion, and optional replies due within 14 days after the filing of the response.

    j. The jury trial is set for November 12, 2024.

5. Pursuant to paragraph M of the Initial Case Management Order, the requested extension will still conform to the requirements of Local Rule 16.01(h)(1) that no dispositive

motion deadline, including response and reply briefs, shall be later than 90 days in advance of the trial date.

## CONCLUSION

For these reasons, the EC respectfully requests that the Court modify the Initial Case Management Order to permit the parties an additional 30-days to depose all fact witnesses. Counsel for the EC has conferred with all counsel of record who are unopposed to the requested relief.

Respectfully submitted,

*s/ R. Brandon Bundren*
E. Todd Presnell (BPR #17521)
Scarlett Singleton Nokes (BPR #28994)
R. Brandon Bundren (BPR #30985)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.2355
F: 615.252.6355
tpresnell@bradley.com
snokes@bradley.com
bbundren@bradley.com

Gene R. Besen (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Ave., Suite 3600
Dallas, Texas 75202
P: 214.257.9800
F: 214.939.8787
gbesen@bradley.com

Thomas J. Hurney, Jr. (*pro hac vice*)
Gretchen M. Callas (*pro hac vice*)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, West Virginia 253322
P: 304.340.1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Attorneys for the Executive Committee of the Southern Baptist Convention*

## CERTIFICATE OF SERVICE

I certify that on January 5, 2024, I electronically filed a true and correct copy of The Executive Committee of the Southern Baptist Convention's Unopposed Motion to Modify the Initial Case Management Order with the Clerk of Court for the U.S. District Court Middle District of Tennessee through the Court's Electronic Case Filing System, which will automatically serve all counsel of record listed below:

| | |
|---|---|
| Robert D. MacGill<br>Scott E. Murray<br>Patrick J. Sanders<br>MacGill PC<br>156 E. Market Street, Suite 1200<br>Indianapolis, Indiana 46204<br>robert.macgill@macgilllaw.com<br>scott.murray@macgilllaw.com<br>Patrick.sanders@macgilllaw.com<br><br>Todd G. Cole<br>Andrew Goldstein<br>Cole Law Group, P.C.<br>1648 Westgate Circle, Suite 301<br>Brentwood, Tennessee 37027<br>tcole@colelawgrouppc.com<br>agoldstein@colelawgrouppc.com<br><br>*Counsel for Plaintiff* | John R. Jacobson<br>Katherine R. Klein<br>Riley & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, Tennessee 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz<br>Terence W. McCormick<br>Mintz & Gold LLP<br>600 Third Avenue, 25th Floor<br>New York, New York 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br><br>*Counsel for Guidepost Solutions, LLC*<br><br>L. Gino Marchetti, Jr.<br>Matthew C. Pietsch<br>Taylor, Pique, Marchetti & Blair, PLLC<br>2908 Poston Avenue<br>Nashville, Tennessee 37203<br>gmarchetti@tpmblaw.com<br>matt@tpmblaw.com<br><br>*Counsel for Southern Baptist Convention* |

                                      *s/ R. Brandon Bundren*
                                      R. Brandon Bundren