
## MacGill PC

156 E. Market Street
Suite 1200
Indianapolis, IN 46204
www.MacGillLaw.com

Robert D. MacGill
317.442.3825
Robert.MacGill@MacGillLaw.com

**Via Email**
November 28, 2023

Katharine R. Klein
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203

R. Brandon Bundren
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203

L. Gino Marchetti, Jr.
Matt C. Pietsch
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203

  RE: *Hunt v. SBC, et al.* (M.D. Tenn.) (No. 3:23-cv-00243)

Dear Counsel:

  We write on behalf of Plaintiff Johnny Hunt and in follow-up to my phone calls and voicemail regarding the scheduling of depositions.

  Now that the Court has ruled on the pending motions and ordered that the documents at issue be produced, we are able to set a deposition schedule for testimony we are seeking in the case. Please see the schedule below with proposed dates for depositions. The corresponding notices are enclosed, and the 30(b)(6) notices will be provided soon.

- January 16, 2024: Samantha Kilpatrick and Russell Holske Jr. (Riley & Jacobson, PLC)
- January 17, 2024: Krista Tongring and Anthony Collura (Riley & Jacobson, PLC)
- January 18, 2024: Julie Myers Wood (Riley & Jacobson, PLC)
- January 19, 2024: Complainant and her husband (Florida)
- January 24, 2024: Ed Litton and John Batts (Riley & Jacobson, PLC)
- January 25, 2024: Chris Dupree and Nancy Spalding (Riley & Jacobson, PLC)
- January 26, 2024: Mike Keahbone (Riley & Jacobson, PLC)

Katharine R. Klein
R. Brandon Bundren
L. Gino Marchetti, Jr.
Matt C. Pietsch

November 28, 2023
Page 2

- January 29-30, 2024: 30(b)(6) Depositions of the Southern Baptist Convention and the Executive Committee (Riley & Jacobson, PLC)
- TBD: Bart Barber (Riley & Jacobson, PLC)

Please confirm each witness's availability on the dates listed above. We would like to confirm each of these depositions by December 8 to ensure we comply with the controlling case milestones.

As we discussed, we are working to provide dates for the depositions of Johnny Hunt and Janet Hunt. We will provide an update on available dates and locations for these depositions shortly. We appreciate your efforts and attention to these important scheduling issues.

Please let us know if you have any questions or concerns.

Best regards.

Very truly yours,

Robert D. MacGill

MacGill PC