```
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
------------------------------------------------------------------X
JOHNNY M. HUNT,                                                   :
                                                                  :
                        Plaintiff,                                :
                                                                  :
        -against-                                                 :    Case No. 3:23-cv-00243
                                                                  :
SOUTHERN BAPTIST CONVENTION,                                      :
GUIDEPOST SOLUTIONS LLC, and                                      :
EXECUTIVE COMMITTEE OF THE SOUTHERN                               :
BAPTIST CONVENTION,                                               :
                                                                  :
                        Defendants.                               :
------------------------------------------------------------------X
```

**RESPONSES AND OBJECTIONS OF DEFENDANT GUIDEPOST SOLUTIONS LLC TO PLAINTIFF JOHNNY M. HUNT'S FIRST SET OF INTERROGATORIES**

Defendant Guidepost Solutions LLC ("Guidepost"), by and through its attorneys, Riley & Jacobson, PLC and Mintz & Gold LLP, hereby responds to Plaintiff Johnny M. Hunt's First Set of Interrogatories as follows:

**GENERAL RESPONSES AND OBJECTIONS**

1. These responses are made solely for purposes of this action. Each response is subject to all objections as to competence, relevance, materiality, propriety, and admissibility, and any and all other objections and/or grounds that would require exclusion of any documents or portions thereof produced herewith, all of which objections and grounds are reserved and may be interposed at the time of trial.

2. Each response is subject to all objections relating to the allowed scope of interrogatories pursuant to Rule 33 of the Federal Rules of Civil Procedure.

3. These responses are based upon information presently available to Guidepost. Guidepost is continuing its discovery efforts and accordingly reserves the right at any time to

revise, correct, add to, or clarify any of the responses set forth herein, consistent with Rule 26(e) of the Federal Rules of Civil Procedure. The fact that Guidepost has answered part or all of any request is not intended and shall not be construed to be a waiver by Guidepost of all or any part of any objections to any request.

4. All responses made herein are made subject to the objections stated above and any further objection specifically stated.

5. Guidepost reserves the right to supplement its responses to these interrogatories, as necessary, up to and including trial.

## RESPONSES

**INTERROGATORY NO. 1.** Identify each individual involved in drafting the portions of the Report that involve Johnny Hunt. For each such individual, include the person's relationship to Guidepost, the person's title, and a description of that individual's role with respect to the Report.

**Response:**

| **Name** | **Title** | **Role** |
|---|---|---|
| Samantha Kilpatrick | Senior Managing Director | Lead investigator for portion of Report related to Plaintiff; drafted portion of Report related to Plaintiff |
| Russell Holske Jr. | Senior Managing Director | Lead investigator for portion of Report related to Plaintiff; drafted portion of Report related to Plaintiff |
| Krista Tongring | Senior Managing Director | Reviewed and edited portion of Report related to Plaintiff |
| Julie Myers Wood | Chief Executive Officer | Reviewed and edited portion of Report related to Plaintiff |
| Christina Bischoff | Subcontractor to Guidepost | Technical writer responsible for assembling and assisting with Report |

**INTERROGATORY NO. 2.** Did Guidepost conduct any interviews of the Complainant, Johnny Hunt, or any other person related to the Complainant's allegations against Johnny Hunt? If so, identify the date of each such interview; the location; the identities of all persons who participated or were otherwise present for the interview; the format (i.e., in person, telephonic, by video, etc.); whether the interview was recorded; whether notes, a transcript, or any other document memorializing the contents of the interview exist; and all other documents relating to such interview.

**Response:** Yes

| Interviewee | Date | Location | Participants | Format | Recorded? | Documents |
|---|---|---|---|---|---|---|
| Complainant's Husband | February 11, 2022 | | Russell Holske Jr. | Telephonic | No | Typed notes |
| Complainant's Husband | February 15, 2022 | | Russell Holske Jr. | Telephonic | No | Typed notes |
| Complainant | Prior to March 31, 2022 | | Samantha Kilpatrick | Telephonic | No | Handwritten notes |
| Complainant, Complainant's Husband | March 31, 2022 | Edenton, NC | Samantha Kilpatrick, Russell Holske Jr. | In person | No | Notes |
| Complainant | April 4, 2022 | | Samantha Kilpatrick | Telephonic | No | Notes |
| Complainant, Complainant's Husband | April 5, 2022 | | Samantha Kilpatrick, Russell Holske Jr. | Telephonic | No | Typed notes |
| Plaintiff | April 26, 2022 | Branson, MO | Samantha Kilpatrick, Russell Holske Jr. | In person | No | Typed notes |
| ▮▮▮ | May 4, 2022 | | Russ Holske Jr. | By video | No | Typed notes |
| ▮▮▮ | May 5, 2022 | | Samantha Kilpatrick, Russ Holske Jr. | By video | No | Typed notes |
| ▮▮▮ | May 5, 2022 | | Samantha Kilpatrick, | By video | No | Typed notes |

| | | | Russ Holske Jr. | | | |
|---|---|---|---|---|---|---|
| Roy Blankenship | May 9, 2022 | Kennesaw, GA | Samantha Kilpatrick, Russell Holske Jr. | In person | No | Typed notes |
| Complainant | May 10, 2022 | | Samantha Kilpatrick | Telephonic | No | Typed notes |
| Plaintiff | May 12, 2022 | | Samantha Kilpatrick, Russell Holske Jr. | By video | No | Typed notes |
| Complainant, Complainant's Husband | May 13, 2022 | | Samantha Kilpatrick, Russell Holske Jr. | Telephonic | No | Typed notes |
| Complainant | May 19, 2022 | | Samantha Kilpatrick | Telephonic | No | Handwritten notes |
| Complainant | May 26, 2022 | | Samantha Kilpatrick | Telephonic | No | No |
| Complainant | June 1, 2022 | | Samantha Kilpatrick | Telephonic | No | Handwritten notes |

**INTERROGATORY NO. 3.** Who was involved in the decision to include the Complainant's allegations against Johnny Hunt in the Report? For each such person, identify that person's relationship to Guidepost; the person's title; and a description of the person's role in making the decision.

**Response:** Guidepost objects to this interrogatory on the ground that the scope of the Report is set forth in the Engagement Letter. Thus, the burden of responding to this interrogatory outweighs any benefit, because Plaintiff already possesses the information requested.

Notwithstanding the foregoing objection, and without waiver thereof, Guidepost responds that Julie Myers Wood, Krista Tongring, Samantha Kilpatrick, Russell Holske Jr., and Anthony Collura were involved in the decision to include Complainant's allegations against Plaintiff in the Report. Each of the foregoing persons' title is set forth in Guidepost's response to Interrogatory

4

No. 1, with the exception of Anthony Collura, whose titles are Chief Operating Officer and Chief Legal Officer.

> **INTERROGATORY NO. 4.** Describe the types of documents in Guidepost's possession that relate to the Complainant's allegations against Johnny Hunt. Include in your response whether such documents are in hardcopy or electronic format (including whether such documents include emails, text messages, instant messages such as Slack, video or audio recordings, etc.); the custodian of such documents; and where such documents are stored.

**Response:** Guidepost responds that the types of documents in Guidepost's possession that relate to the Complainant's allegations against Plaintiff include interview reports and other paper and electronic documents, emails, and other electronic communications. These documents are in electronic format and/or hardcopy and are stored on Guidepost's systems and/or its files.

> **INTERROGATORY NO. 5.** Identify the various methods used by Guidepost agents to communicate regarding the Report and its contents (for example, whether Guidepost agents used email, instant messaging, text messaging, or other electronic means for communicating). For each such method, include the name of the relevant platform (i.e., "Slack" for instant messaging; "Outlook" for email; etc.).

**Response:** Guidepost responds that the methods used by Guidepost agents to communicate regarding the Report and its contents include email, text messages, other electronic communications, and telephone calls.

> **INTERROGATORY NO. 6.** Does Guidepost use a document management system to store electronic documents? If so, describe the system and where documents relating to the Complainant's allegations against Johnny Hunt are stored within that system, including all drafts of the Report.

**Response:** Guidepost objects to this interrogatory on the ground that information relating to drafts of the Report containing changes solely to portions unrelated to Plaintiff's claims are irrelevant to Plaintiff's claims. Thus, the burden of responding to this interrogatory with respect to such drafts outweighs any benefit.

Notwithstanding the foregoing objection, and without waiver thereof, Guidepost responds that it primarily uses Microsoft Teams to store electronic documents. Documents relating to Complainant's allegations against Plaintiff are primarily stored within Guidepost's Microsoft Teams system, as well as in attachments to emails and on individual computers.

**INTERROGATORY NO. 7.** Did Guidepost distribute the final Report to anyone outside of Guidepost? If so, identify all recipients of the Report and the means by which such distribution occurred (e.g., via email, website link, hardcopy by mail, etc.).

**Response:** Yes. Consistent with the requirements in the Engagement Letter, Guidepost distributed the final Report to the SBC Task Force via email.

Respectfully submitted,

s/ John R. Jacobson
John R. Jacobson, BPR #14365
Katharine R. Klein, BPR #19336
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

 -and-

Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Attorneys for Guidepost Solutions LLC*

# VERIFICATION

I, Anthony M. Collura, am Chief Operating Officer and Chief Legal Officer at Guidepost, a defendant in the above-entitled action. I have read the interrogatories served upon Guidepost by Plaintiff Johnny M. Hunt and the foregoing Responses and Objections of Defendant Guidepost Solutions LLC to Plaintiff Johnny M. Hunt's First Set of Interrogatories, and know the contents thereof.

I have personal knowledge of the information set forth in the answers to the foregoing interrogatories. I declare under 28 U.S.C. 1746 under penalty of perjury that the foregoing answers to those interrogatories are true according to the best of my knowledge, information, and belief.

Executed on the 17th day of July, 2023.

_____
Anthony M. Collura

7

Case 3:23-cv-00243    Document 100-10    Filed 01/09/24    Page 7 of 8 PageID #: 1121

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served by electronic mail on the following:

| | |
|---|---|
| Todd G. Cole<br>Andrew Goldstein.<br>COLE LAW GROUP, P.C.<br>1648 Westgate Circle, Suite 301<br>Brentwood, TN 37027<br>Telephone: (615) 326-9059<br>tcole@colelawgrouppc.com<br>agoldstein@colelawgrouppc.com<br><br>Robert D. MacGill<br>Scott E. Murray<br>Patrick J. Sanders<br>MACGILL PC<br>156 E. Market St.<br>Suite 1200<br>Indianapolis, IN 46204<br>Telephone: (317) 721-1253<br>robert.macgill@macgilllaw.com<br>scott.murray@macgilllaw.com<br>patrick.sanders@macgilllaw.com<br><br>*Counsel for Plaintiff* | L. Gino Marchetti, Jr.<br>Matt C. Pietsch<br>TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC<br>2908 Poston Avenue<br>Nashville, TN 37203<br>Telephone: (615) 320-3225<br>gmarchetti@tpmblaw.com<br>matt@tpmblaw.com<br><br>*Counsel for the Southern Baptist Convention* |
| Scarlett Singleton Nokes<br>R. Brandon Bundren<br>E. Todd Presnell<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 Division Street, Suite 700<br>Nashville, Tennessee 37203<br>Telephone: (615) 244-2582<br>snokes@bradley.com<br>bbundren@bradley.com<br>tpresnell@bradley.com<br><br>*Counsel for the Executive Committee of the Southern Baptist Convention* | Gene Ross Besen<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1445 Ross Avenue<br>Suite 3600<br>Dallas, TX 75202<br>Telephone: (214) 257-9758<br>gbesen@bradley.com<br><br>*Counsel for the Executive Committee of the Southern Baptist Convention* |

on this 17th day of July, 2023.

                                                                                         s/John R. Jacobson