# EXHIBIT M

R. Brandon Bundren
bbundren@bradley.com
615.252.4647 direct



October 30, 2023

**VIA EMAIL**

Robert D. MacGill (robert.macgill@macgilllaw.com)
Scott E. Murray (scott.murray@macgilllaw.com)
Patrick J. Sanders (patrick.sanders@macgilllaw.com)
MACGILL, PC
156 E. Market St.
Suite 1200
Indianapolis, Indiana 46204

Todd G. Cole (tcole@colelawgrouppc.com)
Andrew Goldstein (agoldstein@colelawgrouppc.com)
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, Tennessee 37027

    Re:    *Johnny M. Hunt v. Southern Baptist Convention et al.*, C.A. No. 3:23-cv-00243; United States District Court for the Middle District of Tennessee

Counsel for Plaintiff:

    Please provide available deposition dates for the depositions of Johnny Hunt and Janet Hunt. We intend to take these depositions the first part of December in Nashville. We can host these depositions at our office. We hope we can select mutually convenient dates for all parties but reserve our right to notice the depositions unilaterally if we do not timely receive dates from your office for these individuals.

    Sincerely,

    BRADLEY ARANT BOULT CUMMINGS LLP

    By:  *R. Brandon Bundren*

           R. Brandon Bundren

EXHIBIT M

Bradley Arant Boult Cummings LLP | Roundabout Plaza | 1600 Division St. Suite 700 | Nashville, Tennessee 37203 | 615.244.2582 | bradley.com