# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | C.A. No. 3:23-cv-00243 |
| v. | ) | |
| | ) | Judge Campbell |
| SOUTHERN BAPTIST CONVENTION; | ) | Magistrate Judge Frensley |
| GUIDEPOST SOLUTIONS LLC; and | ) | |
| EXECUTIVE COMMITTEE OF THE | ) | |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| *Defendants.* | ) | |

## NOTICE OF DEPOSITION OF JOHNNY M. HUNT

Take notice that on Wednesday, January 17, 2024, at 9:00 a.m. (CST), The Executive Committee of the Southern Baptist Convention, will take the deposition upon oral examination of Johnny M. Hunt, pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, at the offices of Bradley Arant Boult Cummings LLP, One 22 One, 1221 Broadway, Suite 2400, Nashville, Tennessee 37203.

This deposition will be recorded by stenographic and videographic means and/or other audio-visual means before an officer authorized to administer oaths and will continue from day to day until completed.

EXHIBIT N

Respectfully submitted,

s/ *Scarlett Nokes*

E. Todd Presnell (#17521)
Scarlett Singleton Nokes (#28994)
R. Brandon Bundren (#30985)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
Tel: 615.244.3556
Fax: 615.252.6380
tpresnell@bradley.com
snokes@bradley.com
bbundren@bradley.com

Gene R. Besen (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
1445 Ross Ave., Suite 3600
Dallas, Texas 75202
P: 214.257.9800
F: 214.939.8787
gbesen@bradley.com

Thomas J. Hurney, Jr. (*pro hac vice*)
Gretchen M. Callas (*pro hac vice*)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Charleston, West Virginia 25322
P: 304.340.1000
F: 304.340.1150
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Attorneys for Defendant Executive Committee of the Southern Baptist Convention*

- 2 -

## CERTIFICATE OF SERVICE

I certify that on January ___, 2024, I served a true and correct copy of the foregoing on all counsel of record via electronic email as follows:

| | |
|---|---|
| Robert D. MacGill<br>Scott E. Murray<br>Patrick J. Sanders<br>MACGILL PC<br>156 E. Market Street, Suite 1200<br>Indianapolis, Indiana 46204<br>robert.macgill@macgilllaw.com<br>scott.murray@macgilllaw.com<br>Patrick.sanders@macgilllaw.com<br><br>Todd G. Cole<br>Andrew Goldstein<br>COLE LAW GROUP, P.C.<br>1648 Westgate Circle, Suite 301<br>Brentwood, Tennessee 37027<br>tcole@colelawgrouppc.com<br>agoldstein@colelawgrouppc.com<br><br>*Counsel for Plaintiff* | John R. Jacobson<br>Katherine R. Klein<br>RILEY & JACOBSON, PLC<br>1906 West End Avenue<br>Nashville, Tennessee 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz<br>Terence W. McCormick<br>MINTZ & GOLD LLP<br>600 Third Avenue, 25th Floor<br>New York, New York 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br><br>*Counsel for Guidepost Solutions, LLC*<br><br>L. Gino Marchetti, Jr.<br>Matthew C. Pietsch<br>TAYLOR, PIQUE, MARCHETTI & BLAIR, PLLC<br>2908 Poston Avenue<br>Nashville, Tennessee 37203<br>gmarchetti@tpmblaw.com<br>matt@tpmblaw.com<br><br>*Counsel for Southern Baptist Convention* |

s/ *Scarlett Nokes*
Scarlett Singleton Nokes

- 3 -