# EXHIBIT O

# Kathy Klein

| | |
|---|---|
| **From:** | Kathy Klein |
| **Sent:** | Tuesday, December 12, 2023 11:08 AM |
| **To:** | Patrick Sanders |
| **Cc:** | Robert MacGill; Bundren, Brandon; Callas, Gretchen; John Jacobson; Nokes, Scarlett; Scott Klein; Scott Murray; Steve Mintz; Terence McCormick; Thomas J. Hurney, Jr. - Jackson Kelly PLLC (thurney@jacksonkelly.com); agoldstein@colelawgrouppc.com; gmarchetti@tpmblaw.com; matt@tpmblaw.com; tcole@colelawgrouppc.com; tpresnell@bradley.com |
| **Subject:** | RE: Hunt v. SBC, et al |

We are available at 1 pm eastern on Thursday, but please note that Steve Mintz has a hard stop at 1:35 pm that day.



Katharine R. Klein
1906 West End Ave.
Nashville, TN 37203
(615) 320 3700
www.rjfirm.com

*This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by reply e-mail. Thank you.*

**From:** Patrick Sanders <patrick.sanders@macgilllaw.com>
**Sent:** Tuesday, December 12, 2023 8:03 AM
**To:** Kathy Klein <KKlein@rjfirm.com>
**Cc:** Robert MacGill <robert.macgill@macgilllaw.com>; Bundren, Brandon <bbundren@bradley.com>; Callas, Gretchen <gcallas@jacksonkelly.com>; John Jacobson <JJacobson@rjfirm.com>; Nokes, Scarlett <snokes@bradley.com>; Scott Klein <Klein@mintzandgold.com>; Scott Murray <Scott.Murray@macgilllaw.com>; Steve Mintz <mintz@mintzandgold.com>; Terence McCormick <McCormick@mintzandgold.com>; Thomas J. Hurney, Jr. - Jackson Kelly PLLC (thurney@jacksonkelly.com) <thurney@jacksonkelly.com>; agoldstein@colelawgrouppc.com; gmarchetti@tpmblaw.com; matt@tpmblaw.com; tcole@colelawgrouppc.com; tpresnell@bradley.com
**Subject:** Re: Hunt v. SBC, et al

Kathy,

We are available Thursday at 1:00pm Eastern. Please let us know if that works for your team and I will send out a zoom invite.

Patrick Sanders
Associate
MacGill PC
Patrick.Sanders@MacGillLaw.com
w: 317-961-5390
m: 317-670-1557
www.MacGillLaw.com

EXHIBIT O

On Mon, Dec 11, 2023 at 11:19 AM Kathy Klein <KKlein@rjfirm.com> wrote:

Rob:

Steve Mintz is not available for a meet and confer until Thursday. Please let us know a time on Thursday that works for you. As to Hunt's "need" to begin motion to compel proceedings immediately, that certainly is your choice; however, Hunt's decision to wait until January to try to schedule any depositions of potential witnesses, including third-parties, has nothing to do with Guidepost.

I look forward to hearing from you.

Kathy



Katharine R. Klein
1906 West End Ave.
Nashville, TN 37203
(615) 320 3700
www.rjfirm.com

*This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by reply e-mail. Thank you.*

**From:** Robert MacGill <robert.macgill@macgilllaw.com>
**Sent:** Saturday, December 9, 2023 6:24 AM
**To:** Kathy Klein <KKlein@rjfirm.com>
**Cc:** Bundren, Brandon <bbundren@bradley.com>; Callas, Gretchen <gcallas@jacksonkelly.com>; John Jacobson <JJacobson@rjfirm.com>; Nokes, Scarlett <snokes@bradley.com>; Scott Klein <Klein@mintzandgold.com>; Scott Murray <Scott.Murray@macgilllaw.com>; Steve Mintz <mintz@mintzandgold.com>; Terence McCormick <McCormick@mintzandgold.com>; Thomas J. Hurney, Jr. - Jackson Kelly PLLC <thurney@jacksonkelly.com> <thurney@jacksonkelly.com>; agoldstein@colelawgrouppc.com; gmarchetti@tpmblaw.com; matt@tpmblaw.com; patrick.sanders@macgilllaw.com; tcole@colelawgrouppc.com; tpresnell@bradley.com
**Subject:** Re: Hunt v. SBC, et al

Thank you for your letter, Kathy.

Please let us know a time on Tuesday that works for you to meet and confer on these depositions. We are hopeful we can agree to a schedule on Tuesday. If not, we will pursue next steps in relation to a Motion to Compel the testimony on Wednesday morning.

Given the delays in the case stemming from the refusal of Guidepost to comply with basic discovery requirements, we understand the needs to pursue our rights.

Best regards.

Robert D. MacGill
MacGill PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46260
317.442.3825
Robert.MacGill@MacGillLaw.com

P Please consider the environment before printing this email.

On Fri, Dec 8, 2023 at 9:01 PM Kathy Klein <KKlein@rjfirm.com> wrote:

> Counsel:
>
> Attached is a letter regarding Plaintiff's Notices of Deposition for Guidepost's employees.
>
> Kathy