# EXHIBIT P

| From: | Robert MacGill |
|---|---|
| To: | Allison Carter |
| Cc: | scott.murray@macgilllaw.com; patrick.sanders@macgilllaw.com; tcole@colelawgrouppc.com; agoldstein@colelawgrouppc.com; gbesen@bradley.com; gmarchetti@tpmblaw.com; matt@tpmblaw.com; tpresnell@bradley.com; snokes@bradley.com; bbundren@bradley.com; Callas, Gretchen; Thomas J. Hurney, Jr. - Jackson Kelly PLLC (thurney@jacksonkelly.com); Steve Mintz; Terence McCormick; klein@mintzandgold.com; Kathy Klein; John Jacobson |
| Subject: | Re: Hunt v. Southern Baptist Convention, et al. |
| Date: | Tuesday, December 19, 2023 11:06:03 AM |
| Attachments: | image001.png<br>2023-11-28 MacGill PC Letter (3).pdf |

Counsel,

We are in receipt of the Guidepost letter unilaterally cancelling the scheduled meet and confer at 11 am central time today.

We will pursue a Court Order enforcing each of the depositions of GuidePost personnel as noticed in the enclosed letter.

We will seek agreements from the remaining defendants as to the dates we proposed in the enclosed letter.

We will contact the Magistrate Judge Frensley now to seek a conference to enforce the Guidepost deposition notices.

Best regards.

Robert D. MacGill
MacGill PC
Inland Building
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
W: 317-961-5085
M: 317-442-3825
Robert.MacGill@MacGillLaw.com
www.MacGillLaw.com

P Please consider the environment before printing this email.


On Tue, Dec 19, 2023 at 11:42 AM Allison Carter <acarter@rjfirm.com> wrote:

> Attached please find a letter from Kathy Klein. As explained in the letter, Guidepost is canceling today's call.



**Allison Carter, Legal Assistant**
1906 West End Ave.
Nashville, TN 37203
(615) 320 3700
www.rjfirm.com

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by reply e-mail. Thank you.*

*NOTICE: This email and any attachments are for the exclusive, confidential use of the intended recipient. We do not waive attorney client or work product privilege by the transmission of this message. If you are not the intended recipient, please: notify us immediately, delete this message, and refrain from taking any action in reliance on this message.*


156 E. Market Street
Suite 1200
Indianapolis, IN 46204
www.MacGillLaw.com

Robert D. MacGill
317.442.3825
Robert.MacGill@MacGillLaw.com

**Via Email**
November 28, 2023

Katharine R. Klein
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203

R. Brandon Bundren
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203

L. Gino Marchetti, Jr.
Matt C. Pietsch
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203

      RE:    *Hunt v. SBC, et al.* (M.D. Tenn.) (No. 3:23-cv-00243)

Dear Counsel:

      We write on behalf of Plaintiff Johnny Hunt and in follow-up to my phone calls and voicemail regarding the scheduling of depositions.

      Now that the Court has ruled on the pending motions and ordered that the documents at issue be produced, we are able to set a deposition schedule for testimony we are seeking in the case. Please see the schedule below with proposed dates for depositions. The corresponding notices are enclosed, and the 30(b)(6) notices will be provided soon.

- January 16, 2024: Samantha Kilpatrick and Russell Holske Jr. (Riley & Jacobson, PLC)
- January 17, 2024: Krista Tongring and Anthony Collura (Riley & Jacobson, PLC)
- January 18, 2024: Julie Myers Wood (Riley & Jacobson, PLC)
- January 19, 2024: Complainant and her husband (Florida)
- January 24, 2024: Ed Litton and John Batts (Riley & Jacobson, PLC)
- January 25, 2024: Chris Dupree and Nancy Spalding (Riley & Jacobson, PLC)
- January 26, 2024: Mike Keahbone (Riley & Jacobson, PLC)

EXHIBIT P

Katharine R. Klein
R. Brandon Bundren
L. Gino Marchetti, Jr.
Matt C. Pietsch

November 28, 2023
Page 2

- January 29-30, 2024: 30(b)(6) Depositions of the Southern Baptist Convention and the Executive Committee (Riley & Jacobson, PLC)
- TBD: Bart Barber (Riley & Jacobson, PLC)

Please confirm each witness's availability on the dates listed above. We would like to confirm each of these depositions by December 8 to ensure we comply with the controlling case milestones.

As we discussed, we are working to provide dates for the depositions of Johnny Hunt and Janet Hunt. We will provide an update on available dates and locations for these depositions shortly. We appreciate your efforts and attention to these important scheduling issues.

Please let us know if you have any questions or concerns.

Best regards.

Very truly yours,

*[signature]*

Robert D. MacGill

MacGill PC