# EXHIBIT Q

| From: | Andy Goldstein |
|---|---|
| To: | frensleychambers@tnmd.uscourts.gov |
| Cc: | Gene Besen; gmarchetti@tpmblaw.com; matt@tpmblaw.com; tpresnell@bradley.com; Nokes, Scarlett; Callas, Gretchen; Hurney, Jr., Thomas J.; Steve Mintz; Terence McCormick; Scott Klein; otchy@mintzandgold.com; brody@mintzandgold.com; Kathy Klein; John Jacobson; Robert MacGill; Scott Murray; Patrick Sanders; Todd Cole |
| Subject: | Hunt v. Southern Baptist Convention, et al. / United States District Court for the Middle District of Tennessee / Case No. 3:23-cv-00243 / Request for Discovery Conference |
| Date: | Tuesday, December 19, 2023 11:33:11 AM |
| Attachments: | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png<br>image007.png |

Good morning,

A discovery dispute has arisen in the above-referenced matter. The Plaintiff respectfully requests that a telephonic discovery conference be scheduled to attempt to resolve this discovery dispute.

If the Court requires anything further from us, please let us know.

Sincerely,



Andy Goldstein, Esq.
Managing Shareholder at **Cole Law Group, PC**
-----------------------------------------------------------
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
o  615-326-9059 f 615-942-5914
e  agoldstein@colelawgrouppc.com
w  http://www.colelawgrouppc.com/



**CONFIDENTIALITY NOTICE:** The information contained in this transmission may be privileged and confidential information and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

EXHIBIT Q