# EXHIBIT R

| From: | Patrick Sanders |
|---|---|
| To: | Steve Mintz; Terence McCormick; John Jacobson; Kathy Klein |
| Cc: | Robert MacGill; Scott Murray; Andy Goldstein; Todd Cole; Bundren, Brandon; thurney@jacksonkelly.com; gcallas@jacksonkelly.com; gmarchetti@tpmblaw.com; matt@tpmblaw.com; Nokes, Scarlett; Besen, Gene |
| Subject: | Hunt v. SBC, et al. / Joint Discovery Dispute Statement |
| Date: | Friday, January 5, 2024 2:35:29 PM |
| Attachments: | Ex. I.pdf |
| | Ex. G.pdf |
| | Ex. H.pdf |
| | Ex. J.pdf |
| | Ex. K.pdf |
| | DRAFT 2024-1-5 Joint Discovery Statement .docx |
| | Exs. A-F.zip |

Counsel,

Attached, please find a draft of a Joint Discovery Dispute Statement, as well as Plaintiff's exhibits for the same. We plan on filing this with the Court on Monday (1/8) by 3:00pm Eastern. Please provide Guidepost's position by 2:00pm Eastern on Monday.

Best regards,

**Patrick Sanders**
Associate
MacGill PC
Patrick.Sanders@MacGillLaw.com
w: 317-961-5390
m: 317-670-1557
www.MacGillLaw.com

---

*NOTICE: This email and any attachments are for the exclusive, confidential use of the intended recipient. We do not waive attorney client or work product privilege by the transmission of this message. If you are not the intended recipient, please: notify us immediately, delete this message, and refrain from taking any action in reliance on this message.*

EXHIBIT R