UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

-----------------------------------------------------------------------X

JOHNNY M. HUNT,

                    Plaintiff,

           -against-                    :      Case No. 3:23-cv-00243

SOUTHERN BAPTIST CONVENTION,
GUIDEPOST SOLUTIONS LLC, and
EXECUTIVE COMMITTEE OF THE SOUTHERN
BAPTIST CONVENTION,

                   Defendants.

-----------------------------------------------------------------------X

## FED.R.CIV.P. 26(A)(1) INITIAL DISCLOSURES OF
## DEFENDANT GUIDEPOST SOLUTIONS LLC

      Defendant Guidepost Solutions LLC ("Guidepost") makes the following initial disclosures (the "Disclosures") pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Guidepost provides the Disclosures to the best of its knowledge and on the basis of the information available as of this date. Guidepost reserves the right to alter, amend, supplement, augment, or otherwise change the Disclosures as appropriate. No response or lack of response herein shall be understood to limit the legal theories, factual contentions, or evidence to be employed, relied upon, or presented by Guidepost during any proceeding in this case.

**Initial Disclosure (A)(i)**:

Guidepost identifies the following individuals likely to have discoverable information (along with the subjects of that information) that may be used to support its claims or defenses:

| Name | Subjects |
|---|---|
| Samantha Kilpatrick, Sr. Managing Director, Guidepost | • Guidepost's investigation of Complainant's allegations against Plaintiff, including interviews of relevant witnesses<br>• Guidepost's drafting, editing, and finalization of the relevant portion of the Report |
| Russell Holske Jr., Sr. Managing Director, Guidepost | • Guidepost's investigation of Complainant's allegations against Plaintiff, including interviews of relevant witnesses<br>• Guidepost's drafting, editing, and finalization of the relevant portion of the Report |
| Julie Myers Wood CEO, Guidepost | • Guidepost's structure, operations, policies, and procedures<br>• Scope of SBC's engagement of Guidepost |
| Krista Tongring, Sr. Managing Director, Guidepost | • Guidepost's investigation of Complainant's allegations against Plaintiff, including interviews of relevant witnesses<br>• Guidepost's drafting, editing, and finalization of the Report |
| Johnny M. Hunt | • Complainant's allegations against Plaintiff<br>• Guidepost's investigation of Complainant's allegations against Plaintiff<br>• Plaintiff's claims in this action |
| Complainant | • Allegations against Plaintiff<br>• Guidepost's investigation of allegations against Plaintiff |
| Complainant's Husband | • Complainant's allegations against Plaintiff<br>• Guidepost's investigation of Complainant's allegations against Plaintiff |
| Roy Blankenship | • Complainant's allegations against Plaintiff<br>• Communications with Plaintiff, Complainant, and Complainant's Husband<br>• Guidepost's investigation of Complainant's allegations against Plaintiff |
| Witness 1 | • Complainant's allegations against Plaintiff |
| Witness 2 | • Complainant's allegations against Plaintiff |

| | |
|---|---|
| Witness 3 | • Complainant's allegations against Plaintiff |
| Janet Hunt | • Plaintiff's communications regarding Plaintiff's encounter with Complainant |
| Jim Law | • Plaintiff's communications regarding Plaintiff's encounter with Complainant |
| Kevin Ezell, President, NAMB | • Plaintiff's communications regarding Plaintiff's encounter with Complainant |
| Anna Gage | • Plaintiff's communications regarding Plaintiff's encounter with Complainant |
| Christopher Lee | • Plaintiff's communications regarding Plaintiff's encounter with Complainant |
| Matt Lawson | • Plaintiff's confession and other communications regarding Complainant and marital counseling |
| Mark Hoover | • Plaintiff's confession and other communications regarding Complainant and marital counseling |
| Mike Whitson | • Plaintiff's confession and other communications regarding Complainant and marital counseling |
| Steven Kyle | • Plaintiff's confession and other communications regarding Complainant and marital counseling |
| Benny Tate | • Plaintiff's confession and other communications regarding Complainant and marital counseling |
| Members of the SBC Executive Committee | • Facts regarding the scope of the Report as it concerns Plaintiff |
| Bruce Frank | • Information regarding SBC's engagement of Guidepost<br>• Facts regarding the scope of the Report as it concerns Plaintiff |
| Rolland Slade | • Information regarding SBC's engagement of Guidepost<br>• Facts regarding the scope of the Report as it concerns Plaintiff |
| John E. Carswell | • Plaintiff's communications regarding Plaintiff's encounter with Complainant |
| Eddie Carswell | • Plaintiff's communications regarding Plaintiff's encounter with Complainant |
| Pete Hixson | • Plaintiff's communications regarding Plaintiff's encounter with Complainant |

3

| John E. Carswell III | • Plaintiff's communications regarding Plaintiff's encounter with Complainant |
| Shane Pruitt | • Plaintiff's communications regarding Plaintiff's encounter with Complainant |

**Initial Disclosure (A)(ii):**

Guidepost identifies the following documents in its possession, custody, or control, among others, that may be used to support its claims or defenses:

- Documents related to SBC's engagement of Guidepost

- Documents collected or generated during Guidepost's investigation of Complainant's allegations against Plaintiff, including notes and recordings pertaining to said allegations

**Initial Disclosure (A)(iii):**

Not applicable

**Initial Disclosure (A)(iv):**

Guidepost identifies the following insurance agreements or other agreements to satisfy all or part of a possible judgment in this action or to indemnify or reimburse Guidepost for payments made to satisfy such judgment: SBC Engagement Agreement, Section 5.1.

Dated: Nashville, Tennessee
      New York, New York
      June 22, 2023

                    **RILEY & JACOBSON, PLC**

                    By: */s/ Katharine R. Klein*
                      Katharine R. Klein
                      1906 West End Avenue
                      Nashville, Tennessee 37203
                      (615) 320-3700
                      KKlein@rjfirm.com

**MINTZ & GOLD LLP**

By: /s/ *Steven G. Mintz*
    Steven G. Mintz
    600 Third Avenue, 25th Floor
    New York, New York 10016
    (212) 696-4848
    mintz@mintzandgold.com

    *Attorneys for Guidepost Solutions LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via electronic mail on the following:

Todd G. Cole
Andrew Goldstein.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301

Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill
Scott E. Murray
Patrick J. Sanders
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

Gene Ross Besen
BRADLEY ARANT BOULT
CUMMINGS LLP
1445 Ross Avenue
Suite 3600
Dallas, TX 75202
Telephone: (214) 257-9758
gbesen@bradley.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

L. Gino Marchetti, Jr.
Matt C. Pietsch
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for the Southern Baptist Convention*

Scarlett Singleton Nokes
R. Brandon Bundren
E. Todd Presnell
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

on this 22nd day of June, 2023.

s/Katharine R. Klein

6