RILEY WARNOCK & JACOBSON, PLC

ATTORNEYS AT LAW

1906 WEST END AVENUE

NASHVILLE, TENNESSEE 37203

KATHARINE R. KLEIN  
kklein@rwjplc.com

TELEPHONE: (615) 320-3700  
TELECOPIER: (615) 320-3737

January 8, 2024

**Via Email**
Robert D. MacGill
Scott E. Murray
Patrick J. Sanders
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

Todd G. Cole
Andrew Goldstein
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Re: *Johnny M. Hunt v. Southern Baptist Convention et al.*, U.S.D.C. No. 3:23-cv-0243 (M.D. Tenn.)

Counsel:

We are in receipt of Rob's letter dated Saturday, January 6, 2024, regarding documents produced by the ▮▮▮▮. Although your demand for a response to a Saturday letter by close of business the following Monday is neither helpful nor productive, we are looking into the matters raised in your letter and will respond as soon as we can.

Very truly yours,

*s/ Katharine R. Klein*

Katharine R. Klein

cc: All counsel of record