# EXHIBIT Y

| From: | Robert MacGill |
| To: | Steve Mintz; gmarchetti@tpmblaw.com |
| Cc: | Andy Goldstein; John Jacobson; Kathy Klein; Patrick Sanders; Scott Klein; Scott Murray; Terence McCormick; Todd Cole |
| Subject: | AEO Designations by Guidepost |
| Date: | Monday, January 8, 2024 2:42:32 PM |

Steve,

We have now reviewed the Guidepost AEO designations. None of them is supported or supportable.

I would like to discuss these AEO designations with you tomorrow before the hearing on January 10. Please let me know what time works for you tomorrow.

Best regards.

Robert D. MacGill
MacGill PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46260
317.442.3825
Robert.MacGill@MacGillLaw.com

P Please consider the environment before printing this email.

NOTICE: This email and any attachments are for the exclusive, confidential use of the intended recipient. We do not waive attorney client or work product privilege by the transmission of this message. If you are not the intended recipient, please: notify us immediately, delete this message, and refrain from taking any action in reliance on this message.