# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 3:23-cv-00243 |
| SOUTHERN BAPTIST CONVENTION, et al., | ) ) ) ) | |
| Defendants. | ) | |

## NON-PARTY ROY BLANKENSHIP'S
## UNOPPOSED MOTION FOR ADDITIONAL PAGES

Roy Blankenship moves this Court to enter an order allowing him additional pages for his reply in support of his motion for protective order. In support of this motion, Blankenship states as follows:

1. Non-Party Roy Blankenship filed a motion for protective order and motion to quash (Doc. 89) asserting The Georgia Clergy-Penitent Privilege to a subpoena that Defendant Guidepost Solutions LLC (hereinafter "Guidepost") served upon him.

2. Guidepost's response brief (Doc. 91) raised issues beyond those in Blankenship's original motion and also made several arguments that require a reply.

3. Because of the additional arguments, and because the privilege issue does not have clear or controlling authority, Blankenship requests leave to exceed the local rule limiting reply briefs to 5 pages.

4. Blankenship proposes submitting a reply brief of 11 pages, which he will file contemporaneously with this motion. Should this Court deny leave to exceed 5 pages, Blankenship requests leave to submit a reply that does not exceed 5 pages.

5. Guidepost does not oppose Blankenship's request.

1

WHEREFORE, Roy Blankenship moves this Court to enter an order allowing him additional pages for his reply in support of his motion for protective order.

/s/ T. Dylan Reeves
T. Dylan Reeves
Attorney For Roy Blankenship

**OF COUNSEL:**
Stites & Harbison PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
(615) 782-2323 (telephone)
(615) 782-2371 (facsimile)
dreeves@stites.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024, I electronically filed this document, that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system as follows:

Andrew P. Goldstein
Cole Law Group, PC.
1648 Westgate Circle Suite 301
Brentwood, TN 37027
(615) 490-6020
Fax: (615) 942-5914
Email: agoldstein@colelawgrouppc.com
*Counsel for Johnny M. Hunt*

Patrick J. Sanders
MacGill PC
156 E. Market Street Suite 1200
Indianapolis, IN 46204
(317) 721-1253
Email: patrick.sanders@macgilllaw.com
*Counsel for Johnny M. Hunt*

Robert D. MacGill
MacGill PC
156 E. Market Street Suite 1200
Indianapolis, IN 46204
317-961-5085
Email: robert.macgill@macgilllaw.com
*Counsel for Johnny M. Hunt*

Scott E. Murray
MacGill PC
156 E. Market Street
Suite 1200
Indianapolis, IN 46204
(317) 721-1253
Email: scott.murray@macgilllaw.com
*Counsel for Johnny M. Hunt*

Todd G. Cole
Cole Law Group, PC.
1648 Westgate Circle Suite 301
Brentwood, TN 37027
(615) 490-6020
Fax: (615) 942-5914
Email: tcole@colelawgrouppc.com
*Counsel for Johnny M. Hunt*

Louis Gino Marchetti , Jr.
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203
(615) 320-3225
Fax: (615) 320-3244
Email: gmarchetti@tpmblaw.com
*Counsel for Southern Baptist Convention*

Matthew C. Pietsch
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203
(615) 320-3225
Fax: (615) 320-3244
Email: matt@tpmblaw.com
*Counsel for Southern Baptist Convention*

Adam Kahan Brody
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
(212) 696-4848
Email: brody@mintzandgold.com
*Counsel for Guidepost Solutions, LLC*

Alex Otchy
Mintz & Gold LLP

John R. Jacobson
Riley & Jacobson, PLC

3

600 Third Avenue
25th Floor
New York, NY 10016
(212) 696-4848
Email: otchy@mintzandgold.com
*Counsel for Guidepost Solutions, LLC*

1906 West End Avenue
Nashville, TN 37203
615-320-3700
Email: jjacobson@rjfirm.com
*Counsel for Guidepost Solutions, LLC*

Katharine R. Klein
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
615-320-3700
Email: kklein@rjfirm.com
*Counsel for Guidepost Solutions, LLC*

Scott Klein
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
(212) 696-4848
Email: klein@mintzandgold.com
*Counsel for Guidepost Solutions, LLC*

Steven G. Mintz
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
(212) 696-4848
*Counsel for Guidepost Solutions, LLC*

Terence William McCormick
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
(212) 696-4848
Email: mccormick@mintzandgold.com
*Counsel for Guidepost Solutions, LLC*

E. Todd Presnell
Bradley Arant Boult Cummings LLP
(Nashville, TN Office)
1221 Broadway Suite 2400
Nashville, TN 37203
615-252-2355
Email: tpresnell@bradley.com
*Counsel for Executive Committee of the Southern Baptist Convention*

Gene Ross Besen
Bradley Arant Boult Cummings LLP
1445 Ross Avenue Suite 3600
Dallas, TX 75202
214-257-9758
Fax: 214-939-8787
Email: gbesen@bradley.com
*Counsel for Executive Committee of the Southern Baptist Convention*

Gretchen M. Callas
Jackson Kelly PLLC
500 Lee Street East Suite 1600
PO Box 553
Charleston, WV 25322
(304) 340-1000
Email: gcallas@jacksonkelly.com
*Counsel for Executive Committee of the Southern Baptist Convention*

R. Brandon Bundren
Bradley Arant Boult Cummings
1221 Broadway Ste 2400
Nashville, TN 37203
615-252-4647
Fax: 615-248-3047
Email: bbundren@bradley.com
*Counsel for Executive Committee of the Southern Baptist Convention*

4

Scarlett Singleton Nokes  
Bradley Arant Boult Cummings LLP  
(Nashville, TN Office)  
1221 Broadway Suite 2400  
Nashville, TN 37203  
615-252-3556  
Email: snokes@bradley.com  
*Counsel for Executive Committee of the Southern Baptist Convention*

Thomas J. Hurney, Jr  
Jackson Kelly PLLC  
500 Lee Street East Suite 1600  
PO Box 553  
Charleston, WV 25322  
(304) 340-1000  
Email: thurney@jacksonkelly.com  
*Counsel for Executive Committee of the Southern Baptist Convention*

*s/ T. Dylan Reeves*  
T. Dylan Reeves