IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SOUTHERN BAPTIST CONVENTION;<br>GUIDEPOST SOLUTIONS LLC; and<br>EXECUTIVE COMMITTEE OF THE<br>SOUTHERN BAPTIST CONVENTION,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-00243<br><br>Judge Campbell<br>Magistrate Judge Frensley |

## GUIDEPOST SOLUTIONS LLC'S OPPOSED MOTION FOR ENTRY OF SECOND AMENDED AGREED PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26, Defendant, Guidepost Solutions LLC ("Guidepost"), moves this Court for entry of a proposed Second Amended Agreed Protective Order, which expands the Amended Agreed Protective Order (Doc. 83) to allow third-party subpoena recipients to exercise the confidentiality and attorneys' eyes only designations set forth in the Amended Agreed Protective Order currently applicable in this case, and to require third parties to sign an acknowledgment of confidentiality designations and to be bound by the terms of the Amended Agreed Protective Order. Copies of the proposed Second Amended Protective Order, in redline and clean form, are attached as **Exhibit 1** and **Exhibit 2** respectively.

Defendants Southern Baptist Convention ("SBC") and the Executive Committee of the Southern Baptist Convention ("EC") are in agreement with the proposed revisions and do not oppose this motion. Plaintiff refuses to agree to the proposed revisions, not on the basis of its

content, but because Plaintiff is apparently angry with Guidepost because they claim "Guidepost has abused the AEO designation and impaired discovery as a result." A copy of the January 31, 2024 – February 5, 2024 email exchange between counsel for Plaintiff and counsel for Guidepost is attached as **Exhibit 3**.

As set forth in more detail in the accompanying memorandum of law, at least three third-party subpoena recipients - the North American Mission Board of the Southern Baptist Convention ("NAMB"), First Baptist Church of Woodstock ("FBCW"), and New Song Ministries, Inc. ("New Song") – have inquired about the entry of a protective order as it relates to their respective productions, which involve certain matters the recipients deem to be confidential. The revisions included in the proposed Second Amended Agreed Protective Order are ministerial, intended only to facilitate and expedite third-party document production and ensure that non-parties are able to maintain protection for their confidential information but also are bound by the terms of the Order.

The original Agreed Protective Order (Doc. 52) and the Amended Agreed Protective Order (Doc. 83) were both submitted unopposed to the Court (Docs. 50, 81) and entered without objection. The Amended Agreed Protective Order, to which Plaintiff helped revise and agree, was entered following the Court's November 22, 2023 Order (Doc. No. 76), addressing attorneys' eyes only designations for certain materials.

Guidepost has complied with Local Rule 7.01 in conferring with Plaintiff regarding the submission of the proposed Second Amended Agreed Protective Order. Plaintiff's objection, as evidenced in Exhibit 3, has nothing to do with the substance of the proposed revisions, and is not made in good faith. Further, Plaintiff's refusal to meet and confer on the matter until after its Second Motion to Compel is decided (Docs.106-07) is neither productive nor warranted based on the issue at hand, which is the production of documents from third-party subpoena recipients and

2

Case 3:23-cv-00243   Document 122   Filed 02/12/24   Page 2 of 4 PageID #: 1697

the confirmation of third parties to be bound by the Protective Order's terms. Whatever the Court decides with regard to Plaintiff's Second Motion to Compel does not impact whether the existing Protective Order should be modified to ensure that third parties are both protected and bound by its terms. Guidepost respectfully asks that the Court enter immediately the proposed Second Amended Agreed Protective Order so that document production from third-party subpoena recipients may commence.

Respectfully submitted,

s/John R. Jacobson
John R. Jacobson, Esq. (BPR # 014365)
Katharine R. Klein, Esq. (BPR # 019336)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
jjacobson@rjfirm.com
kklein@rjfirm.com

-and-

**MINTZ & GOLD LLP**
Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Scott Klein (admitted pro hac vice)
Adam Brody (admitted pro hac vice)
Alex Otchy (admitted pro hac vice)
600 Third Avenue, 25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
brody@mintzandgold.com
otchy@mintzandgold.com

*Counsel for Guidepost Solutions LLC*

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served through the Court's electronic filing system on the following:

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

Gene Ross Besen
BRADLEY ARANT BOULT CUMMINGS LLP
1445 Ross Avenue
Suite 3600
Dallas, TX 75202
Telephone: (214) 257-9758
gbesen@bradley.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

L. Gino Marchetti, Jr., Esq.
Matt C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for the Southern Baptist Convention*

E. Todd Presnell
Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
ONE 22 ONE
1221 Broadway, Suite 240
Nashville, Tennessee 37203
Telephone: (615) 244-2582
tpresnell@bradley.com
snokes@bradley.com
bbundren@bradley.com

Gretchen M. Callas
Thomas J. Hurney, Jr.
JACKSON KELLY PLLC
500 Lee Street East
Suite 1600
P.O. Box 553
Charleston, WV 25322
Telephone: (304) 340-1000
gcallas@jacksonkelly.com
thurney@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

on this 12th day of February, 2024.

                                            s/John R. Jacobson