# EXHIBIT 3

| From: | Robert MacGill |
|---|---|
| To: | Kathy Klein |
| Cc: | Scott Klein; Scott Murray; Steve Mintz; patrick.sanders@macgilllaw.com |
| Subject: | Re: FW: Hunt v. SBC et al |
| Date: | Monday, February 5, 2024 3:05:03 PM |
| Attachments: | image001.png |

Kathy,

We will not agree to your proposed Order.

Guidepost has abused the AEO designation and impaired discovery as a result. The abuses are so widespread that a description of the details is not possible within the confines of an email. We propose a meet and confer with Steve once the Court rules on our Second Motion to Compel.

Best regards.

Robert D. MacGill
MacGill PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46260
317.442.3825
Robert.MacGill@MacGillLaw.com

P Please consider the environment before printing this email.

On Mon, Feb 5, 2024 at 3:59 PM Kathy Klein <KKlein@rjfirm.com> wrote:

> Rob, Scott and Patrick:
>
> Following up with you all on this proposed Second Amended Agreed Protective Order. Please let us know if we can file this proposed Order as unopposed.
>
> Kathy

Text □ □ Description automatically generated

*This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by reply e-mail. Thank you.*

**From:** Kathy Klein
**Sent:** Wednesday, January 31, 2024 12:10 PM
**To:** robert.macgill@macgilllaw.com; Scott Murray <scott.murray@macgilllaw.com>; patrick.sanders@macgilllaw.com
**Cc:** Bundren, Brandon <bbundren@bradley.com>; Nokes, Scarlett <snokes@bradley.com>; gbesen@bradley.com; Thomas J. Hurney, Jr. - Jackson Kelly PLLC

(thurney@jacksonkelly.com) <thurney@jacksonkelly.com>; Callas, Gretchen <gcallas@jacksonkelly.com>; matt@tpmblaw.com; gmarchetti@tpmblaw.com; Scott Klein <Klein@mintzandgold.com>; Steve Mintz <Mintz@mintzandgold.com>; Terence McCormick <McCormick@mintzandgold.com>; Adam Brody <brody@mintzandgold.com>; Alex Otchy <otchy@mintzandgold.com>; John Jacobson <JJacobson@rjfirm.com>
**Subject:** Hunt v. SBC et al

Rob, Scott and Patrick:

In an effort to address concerns raised by several third party subpoena recipients and to facilitate document productions, we've made some suggested changes to the Agreed Protective Order to ensure that the third parties are covered by the Order's provisions. Please take a look at the attached and let us know if we have your consent to file an unopposed motion to amend the attached protective order.

Kathy

Text Description automatically generated

*This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by reply e-mail. Thank you.*

*NOTICE: This email and any attachments are for the exclusive, confidential use of the intended recipient. We do not waive attorney client or work product privilege by the transmission of this message. If you are not the intended recipient, please: notify us immediately, delete this message, and refrain from taking any action in reliance on this message.*