IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:23-cv-00243 |
| ) | |
| SOUTHERN BAPTIST CONVENTION; ) | Judge Campbell |
| GUIDEPOST SOLUTIONS LLC; and ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, ) | |
| ) | |
| Defendants. ) | |

## CASE RESOLUTION PLAN AND JOINT STATUS REPORT

Pursuant to Paragraph F of the Court's Initial Case Management Order (Dkt. No. 37), the parties submit this Case Resolution Plan and Joint Status Report.

### I. Plaintiff's Position:

Plaintiff sought to initiate settlement discussions with each Defendant on February 14, 2024. Plaintiff's communication referenced Plaintiff's Amended Damages Statement and what Plaintiff believes is a reasonable assessment of the considerations a jury will be asked to make in this case.

Plaintiff is willing to engage in good faith attempts to resolve this case before a mediator mutually selected by the parties after the completion of fact discovery.

### II. Defendants' Position

Counsel for Plaintiff emailed counsel for Defendants on February 14, 2024, in an attempt to discharge its obligations pursuant to Paragraph F of the Initial Case Management Order. *See* Doc. 37, PageID #516. Plaintiff, however, has not made a settlement demand. As a

result, Defendants do not have a demand to respond to in connection with attempting in good faith to reach a resolution. Notwithstanding this issue, Defendants are willing to engage in good faith attempts to resolve this case before a mediator mutually selected by the parties after the completion of fact discovery.

Dated: February 16, 2024

Respectfully submitted,

s/ Andrew Goldstein
Todd G. Cole, Esq. (BPR # 031078)
Andrew Goldstein, Esq. (BPR # 037042)
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

-and-

Robert D. MacGill, Esq. (admitted pro hac vice)
Scott E. Murray, Esq. (admitted pro hac vice)
Patrick J. Sanders, Esq. (admitted pro hac vice)
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

s/ Katharine R. Klein
John R. Jacobson, BPR #14365
Katharine R. Klein, BPR #19336
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203

(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com


-and-

Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Scott Klein (admitted pro hac vice)
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com

*Counsel for Defendant Guidepost Solutions LLC*

-and-

s/ R. Brandon Bundren
Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.

3

JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

-and-

s/ Matt C. Pietsch
L. Gino Marchetti, Jr., Esq.
Matt C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for the Southern Baptist Convention*

# CERTIFICATE OF SERVICE

        I hereby certify that I caused a true and correct copy of the foregoing Case Resolution Plan and Joint Status Report to be electronically filed with the Clerk of the Court on February 16, 2024, using the CM/ECF system, which will automatically serve all counsel of record listed below:

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

John R. Jacobson, BPR #14365
Katharine R. Klein, BPR #19336
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

| | |
|---|---|
| Steven G. Mintz (admitted pro hac vice) <br> Terence W. McCormick (admitted pro hac vice) <br> Scott Klein (admitted pro hac vice) <br> Mintz & Gold LLP <br> 600 Third Avenue <br> 25th Floor <br> New York, NY 10016 <br> Telephone: (212) 696-4848 <br> mintz@mintzandgold.com <br> mccormick@mintzandgold.com <br> klein@mintzandgold.com <br><br> *Counsel for Defendant* <br> *Guidepost Solutions LLC* | L. Gino Marchetti, Jr., Esq. <br> Matt C. Pietsch, Esq. <br> TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC <br> 2908 Poston Avenue <br> Nashville, TN 37203 <br> Telephone: (615) 320-3225 <br> gmarchetti@tpmblaw.com <br> matt@tpmblaw.com <br><br> *Counsel for the Southern Baptist Convention* |

                                                                                                                 s/ Andrew Goldstein
                                                                                                                  ANDREW GOLDSTEIN