# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT,<br><br>               Plaintiff,<br><br>v.<br><br>SOUTHERN BAPTIST CONVENTION;<br>GUIDEPOST SOLUTIONS LLC; and<br>EXECUTIVE COMMITTEE OF THE<br>SOUTHERN BAPTIST CONVENTION,<br><br>               Defendants. | Case No. 3:23-cv-00243<br><br>Judge Campbell<br>Magistrate Judge Frensley<br><br>**GUIDEPOST'S MOTION FOR A**<br>**PROTECTIVE ORDER** |

      Pursuant to Federal Rule of Civil Procedure 26(c), Defendant Guidepost Solutions LLC ("Guidepost") respectfully moves the Court to issue a protective order in connection with the deposition notice(s) through which Plaintiff seeks to take the deposition of Guidepost pursuant to Fed. R. Civ. P. 30(b)(6) on February 26, 2024.

      Because Guidepost's witness is unavailable on February 26, and the parties have not properly met and conferred about the topics to be covered in and the documents to be produced at the deposition, as is required by Rule 30(b)(6), Guidepost asks that the Court (a) excuse Guidepost from attendance at the February 26 deposition, (b) order the parties to meet and confer in good faith about the topics and document requests included in the deposition notice, and (c) after agreement has been reached on topics and documents, require the parties to agree, in writing, to a date certain for the deposition, at a time and place convenient to all parties. Further, pursuant to Rule 26(c)(3) and Rule 37(a)(5), Guidepost is entitled to its costs and fees incurred in filing this Motion based on Plaintiff's refusal to meet in good faith and adhere to the Federal and Local Rules.

In support of this Motion, Guidepost relies on the following:

1. Notice of Deposition and Amended Notice of Deposition served on Guidepost (attached as Exhibits 1 and 5 respectively to the Declaration of Scott Klein);

2. Declaration of Scott Klein and the exhibits thereto; and

3. A memorandum of law filed contemporaneously with this Motion.

Pursuant to Local Rule 7.01, Fed. R. Civ. P. 30(b)(6), and as detailed in the Declaration of Mr. Klein, Guidepost's counsel has made numerous attempts to meet and confer with Plaintiff's counsel about issues relating to the 30(b)(6) topics, document requests and depositions date, but they have been unable to reach an agreement.

Respectfully submitted,

   /s/ John R. Jacobson
John R. Jacobson, BPR #14365
Katharine R. Klein, BPR #19336
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

-and-

Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Scott Klein (admitted pro hac vice)
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com

*Counsel for Guidepost Solutions LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served through the Court's electronic filing system on the following:

Todd G. Cole, Esq. (BPR # 031078)
Andrew Goldstein, Esq. (BPR # 037042)
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq. (Ind. Bar. 9989-49)
Scott E. Murray, Esq. (Ind. Bar. 26885-49)
Patrick J. Sanders, Esq. (Ind. Bar. 36950-29)
MACGILL PC
156 E. Market St. Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

L. Gino Marchetti, Jr., Esq.
Matt C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for the Southern Baptist Convention*

on this 22nd day of February, 2024.

By: /s/ John R. Jacobson

3

Case 3:23-cv-00243   Document 133   Filed 02/22/24   Page 3 of 3 PageID #: 1861