# EXHIBIT 3

| From: | Robert MacGill |
|---|---|
| To: | Scott Klein |
| Cc: | Alex Otchy; Andy Goldstein; Patrick Sanders; Scott Murray; Steve Mintz; Terence McCormick |
| Subject: | Re: Call Today |
| Date: | Friday, February 9, 2024 5:54:40 AM |
| Attachments: | image001.png |
| | image002.png |

Scott,

Your refusal to meet and confer is unacceptable. We have sought a conference for days and you now propose a call on Tuesday and you do not return phone calls.

We can agree to February 26 for the 30b6. Please let us know by noon today if you confirm this date.

To preserve our rights and the milestones for discovery set by the Court, we will file our Third Motion to Compel this afternoon if you do not confirm.

Best regards.



Robert D. MacGill
MacGill PC
Inland Building
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
W: 317-961-5085
M: 317-442-3825
Robert.MacGill@MacGillLaw.com
www.MacGillLaw.com

P Please consider the environment before printing this email.


On Feb 8, 2024, at 7:27 PM, Scott Klein <Klein@mintzandgold.com> wrote:


Robert,
Thanks for the email. We will be sending you tomorrow our responses and objections to the 30(b)(6) Notice you served on Guidepost.
Once you have received and reviewed, we can set up a meet and confer for Tuesday (I am out of pocket on Monday).
Once we settle on the topics, we will then determine which individual to submit for the deposition. While dates could change based on which witness we provide, it looks like we could have some availability a few days during the week of Feb 26th.

As we stated earlier this week, we are unavailable on Feb 14th, but we will work with you and co-defendants' counsel to find a mutually agreeable date.

Regards,
Scott


Scott Klein
600 Third Avenue, 25th Fl., New York, NY 10016
D 646.792.0333 | O 212.696.4848 | C 917.886.2204



This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential.  If you are not the intended recipient, you are hereby notified that you have received this transmission in error.  If so, please notify us immediately by reply or by telephone and immediately delete this message and all its attachments.  Any review, dissemination, distribution or copying of this transmission is strictly prohibited.

Please consider the environment before printing this email.

---

**From:** Robert MacGill <robert.macgill@macgilllaw.com>
**Sent:** Thursday, February 8, 2024 1:43 PM
**To:** Scott Klein <Klein@mintzandgold.com>
**Cc:** Alex Otchy <otchy@mintzandgold.com>; Andy Goldstein <agoldstein@colelawgrouppc.com>; Patrick Sanders <patrick.sanders@macgilllaw.com>; Scott Murray <Scott.Murray@macgilllaw.com>; Steve Mintz <Mintz@mintzandgold.com>; Terence McCormick <McCormick@mintzandgold.com>
**Subject:** Call Today

Scott - I called your office two times just now and your receptionist was unable to connect me to your VM so I thought an email would be a good approach.

I would like to discus dates for our 30(b)6 deposition of GuidePost this afternoon. What time would be best for you?

Best regards.

Robert D. MacGill
MacGill PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46260
317.442.3825
Robert.MacGill@MacGillLaw.com

P Please consider the environment before printing this email.

---

*NOTICE: This email and any attachments are for the exclusive, confidential use of the intended recipient. We do not waive attorney client or work product privilege by the transmission of this message. If you are not the intended recipient, please: notify us immediately, delete this message, and refrain from taking any action in reliance on this message.*

---

*NOTICE: This email and any attachments are for the exclusive, confidential use of the intended recipient. We do not waive attorney client or work product privilege by the transmission of this message. If you are not the intended recipient, please: notify us immediately, delete this message, and refrain from taking any action in reliance on this message.*