# EXHIBIT 6

**From:** Scott Klein
**Sent:** Friday, February 16, 2024 9:52 AM
**To:** Patrick Sanders <patrick.sanders@macgilllaw.com>; Kathy Klein <KKlein@rjfirm.com>
**Cc:** robert.macgill@macgilllaw.com; Scott Murray <scott.murray@macgilllaw.com>; agoldstein@colelawgrouppc.com; tcole@colelawgrouppc.com; Bundren, Brandon <bbundren@bradley.com>; Nokes, Scarlett <snokes@bradley.com>; gbesen@bradley.com; Thomas J. Hurney, Jr. - Jackson Kelly PLLC (thurney@jacksonkelly.com) <thurney@jacksonkelly.com>; Callas, Gretchen <gcallas@jacksonkelly.com>; matt@tpmblaw.com; gmarchetti@tpmblaw.com; Terence McCormick <McCormick@mintzandgold.com>; Steve Mintz <Mintz@mintzandgold.com>; Alex Otchy <otchy@mintzandgold.com>; Adam Brody <brody@mintzandgold.com>; John Jacobson <JJacobson@rjfirm.com>
**Subject:** RE: Hunt v. SBC, et al.

Patrick,
We are still confirming Feb 26 for the Guidepost 30(b)(6). Just trying to coordinate the witness's schedule with ours.
Will circle back to you once confirmed.

<image004.png>  Scott Klein
600 Third Avenue, 25th Fl., New York, NY 10016
D 646.792.0333 | O 212.696.4848 | C 917.886.2204

<image005.png>

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmission in error. If so, please notify us immediately by reply or by telephone and immediately delete this message and all its attachments. Any review, dissemination, distribution or copying of this transmission is strictly prohibited.

Please consider the environment before printing this email.