# EXHIBIT 7

On Feb 20, 2024, at 4:56 PM, Scott Klein <Klein@mintzandgold.com> wrote:

Rob and Patrick,

As a follow up to my below email from Friday, unfortunately Guidepost is not able to be deposed on Monday, February 26th pursuant to FRCP 30(b)(6). We will circle back to you with proposed available dates once we confirm with our client.

In addition, please let us know when you are available to meet and confer on Guidepost's objections to the Topics and Document Requests you included with the 30(b)(6) Notice, as required by the Rule.

As you know, we were on a scheduled meet and confer regarding the topics and document requests last week but were advised by your firm that you were not yet ready to have the 30(b)(6) discussion.

Regards,
Scott

<image004.png>   Scott Klein
600 Third Avenue, 25th Fl., New York, NY 10016
D 646.792.0333 | O 212.696.4848 | C 917.886.2204

<image005.png>

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmission in error. If so, please notify us immediately by reply or by telephone and immediately delete this message and all its attachments. Any review, dissemination, distribution or copying of this transmission is strictly prohibited.

Please consider the environment before printing this email.