# EXHIBIT 8

**From:** Robert MacGill <robert.macgill@macgilllaw.com>
**Sent:** Tuesday, February 20, 2024 7:18 PM
**To:** Scott Klein <Klein@mintzandgold.com>
**Cc:** Patrick Sanders <patrick.sanders@macgilllaw.com>; Kathy Klein <KKlein@rjfirm.com>; Scott Murray <scott.murray@macgilllaw.com>; agoldstein@colelawgrouppc.com; tcole@colelawgrouppc.com; Bundren, Brandon <bbundren@bradley.com>; Nokes, Scarlett <snokes@bradley.com>; gbesen@bradley.com; Thomas J. Hurney, Jr. - Jackson Kelly PLLC (thurney@jacksonkelly.com) <thurney@jacksonkelly.com>; Callas, Gretchen <GCALLAS@jacksonkelly.com>; matt@tpmblaw.com; gmarchetti@tpmblaw.com; Terence McCormick <McCormick@mintzandgold.com>; Steve Mintz <Mintz@mintzandgold.com>; Alex Otchy <otchy@mintzandgold.com>; Adam Brody <brody@mintzandgold.com>; John Jacobson <JJacobson@rjfirm.com>
**Subject:** Re: Hunt v. SBC, et al.

Scott,

Guidepost agreed to proceed on Monday and we have incurred costs to travel, etc. We will move to compel the testimony in Monday and for our costs and fees in filing the motion.

Best regards.


Robert D. MacGill
MacGill PC
Inland Building
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
W: 317-961-5085
M: 317-442-3825
Robert.MacGill@MacGillLaw.com
www.MacGillLaw.com

P Please consider the environment before printing this email.