IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-00243 |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | Judge Campbell |
| GUIDEPOST SOLUTIONS LLC; and | ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE | ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S OPPOSED MOTION TO MODIFY CASE MANAGEMENT ORDER TO EXTEND TIME TO IDENTIFY AND DISCLOSE EXPERT WITNESSES AND REPORTS**

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, Local Rules 6.01(a) and 7.01, and the Court's Initial Case Management Order (Doc. No. 37), Plaintiff respectfully moves to modify the Case Management Order to extend the deadline for identifying and disclosing expert witnesses and reports ("Expert Discovery Deadline"). For the reasons set forth in the accompanying Memorandum, this Court should grant this Motion.

Additionally, Plaintiff states as follows:

1. Pursuant to paragraph M of the Initial Case Management Order, the existing deadlines are as follows:

   a. The party bearing the burden of proof on an issue must identify and disclose all expert witnesses and expert reports on or before February 23, 2024.

   b. The current deadline to complete all fact discovery is March 22, 2024.

c. The party not bearing the burden of proof on the issue shall identify and disclose all expert witnesses and reports on or before March 29, 2024.

d. Expert depositions shall be completed by April 26, 2024.

e. Dispositive motions must be filed no later than June 7, 2024, with responses due within 28 days after the filing of the motion, and optional replies due within 14 days after the filing of the response.

f. The jury trial is set for November 12, 2024

2. Pursuant to paragraph M of the Initial Case Management Order, the requested extension will still conform to the requirements of Local Rule 16.01(h)(1) that no dispositive motion deadline, including response and reply briefs, shall be later than 90 days in advance of the trial date.

3. Pursuant to paragraph M of the Initial Case Management Order, Plaintiff's counsel sent an email on February 22, 2024 to Counsel for all of the Parties to notify them of Plaintiff's intention to file the instant motion and the requested relief herein. Plaintiff's counsel requested that Counsel for each of the Parties confirm whether they agreed to the extension. Alternatively, if Plaintiff's counsel did not hear back, Plaintiff would understand that the requested extension was opposed. As of the filing of the instant motion, no Counsel for any of the Parties has responded.

Dated:  February 22, 2024   Respectfully submitted,

                s/ Andrew Goldstein
                **Todd G. Cole, Esq., BPR # 031078**
                **Andrew Goldstein, Esq., BPR # 037042**
                COLE LAW GROUP, P.C.
                1648 Westgate Circle, Suite 301
                Brentwood, TN 37027
                Telephone: (615) 490-6020
                Fax: (615) 942-5914
                tcole@colelawgrouppc.com
                agoldstein@colelawgrouppc.com

                *-and-*

                **Robert D. MacGill, Esq.** (*pro hac vice*)
                **Scott E. Murray, Esq.** (*pro hac vice*)
                **Patrick J. Sanders, Esq.** (*pro hac vice*)
                MACGILL PC
                156 E. Market St.
                Suite 1200
                Indianapolis, IN 46204
                Telephone: (317) 721-1253
                robert.macgill@macgilllaw.com
                scott.murray@macgilllaw.com
                patrick.sanders@macgilllaw.com

                *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Plaintiff's Opposed Motion to Modify Case Management Order to Extend Time to Identify and Disclose Expert Witnesses and Reports to be electronically filed with the Clerk of the Court on February 22, 2024, using the CM/ECF system, which will automatically serve all counsel of record listed below:

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

John R. Jacobson, BPR #14365
Katharine R. Klein, BPR #19336
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Scott Klein (admitted pro hac vice)
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com

*Counsel for Defendant*
*Guidepost Solutions LLC*

L. Gino Marchetti, Jr., Esq.
Matt C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for the Southern Baptist Convention*

s/ Andrew Goldstein
ANDREW GOLDSTEIN