# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:23-cv-00243 |
| ) | |
| SOUTHERN BAPTIST CONVENTION; ) | Judge Campbell |
| GUIDEPOST SOLUTIONS LLC; and ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF RESOLUTION REGARDING DOC. NO. 130 WITH RESPECT TO THE EXECUTIVE COMMITTEE AND SBC

Plaintiff Johnny M. Hunt, by and through the undersigned counsel, respectfully submits this Notice of Resolution regarding the issues raised in Plaintiff's Third Motion to Compel with respect to the Executive Committee and SBC. Issues raised as to Guidepost remain for resolution by the Court.

On February 23, 2024, Plaintiff's counsel had a meet and confer with counsel for the Executive Committee and SBC (collectively, the "Parties"). The Parties agreed to the following:

1. The Executive Committee 30(b)(6) deposition will proceed on February 27, 2024 at 8:00am CT. The Parties have agreed to proceed without waiver of the objections interposed by the Executive Committee on February 5, 2024, without waiver of the same objections adopted by the SBC, or the Plaintiff's claims in relation to those objections.

2. The SBC 30(b)(6) deposition will proceed on February 27, 2024 at the conclusion of the Executive Committee deposition.[1]

---

[1] If the Executive Committee deposition does not conclude or does not conclude at a reasonable time, the Parties will work together to schedule the SBC(b)(6) at a later date. By attempting to proceed with both depositions in one day, Plaintiff does not waive any rights under the Federal Rules of Civil Procedure with respect to these depositions, including time limits.

3. Metadata: The Executive Committee has agreed to produce the available metadata associated with the documents it produced on February 16, 2024 as soon as practicable.

4. Bart Barber's deposition will be on March 19, 2024 in the Dallas, Texas office of the Bradley Arant firm.

Dated: February 23, 2024          Respectfully submitted,


s/ Andrew Goldstein
**Todd G. Cole, Esq., BPR # 031078**
**Andrew Goldstein, Esq., BPR # 037042**
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 490-6020
Fax: (615) 942-5914
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com


*-and-*


**Robert D. MacGill, Esq. (*pro hac vice*)**
**Scott E. Murray, Esq. (*pro hac vice*)**
**Patrick J. Sanders, Esq. (*pro hac vice*)**
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com


*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

       I hereby certify that I caused a true and correct copy of the foregoing Plaintiff's Notice of Resolution Regarding Doc. No. 130 With Respect to the Executive Committee and SBC to be electronically filed with the Clerk of the Court on February 23, 2024, using the CM/ECF system, which will automatically serve all counsel of record listed below:

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

John R. Jacobson, BPR #14365
Katharine R. Klein, BPR #19336
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Scott Klein (admitted pro hac vice)
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com

*Counsel for Defendant*
*Guidepost Solutions LLC*

L. Gino Marchetti, Jr., Esq.
Matt C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for the Southern Baptist Convention*

                                                                        s/ Andrew Goldstein
                                                                        ANDREW GOLDSTEIN