## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT,<br><br>                   Plaintiff,<br><br>     v.<br><br>SOUTHERN BAPTIST CONVENTION;<br>GUIDEPOST SOLUTIONS LLC; and<br>EXECUTIVE COMMITTEE OF THE<br>SOUTHERN BAPTIST CONVENTION,<br><br>                 Defendants. | Case No. 3:23-cv-00243<br>Judge Campbell<br>Magistrate Judge Frensley |

## CROSS-MOTION BY DEFENDANT GUIDEPOST SOLUTIONS LLC TO MODIFY CASE MANAGEMENT ORDER

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, Local Rules 6.01(a) and 7.01, and the Court's Initial Case Management Order (Doc. No. 37), Defendant Guidepost Solutions LLC ("Guidepost") respectfully moves to modify the Case Management Order to request up to and including April 19, 2024 for the parties to complete written discovery, fact witness depositions, and file discovery motions. Guidepost further requests up to and including May 3, 2024 for the parties not bearing the burden of proof to identify and disclose expert reports; up to and including May 24, 2024 to depose expert witnesses; and up to and including July 3, 2024 to file dispositive motions. For the reasons set forth in the accompanying Memorandum, this Court should grant this Motion.

1.     Pursuant to paragraph M of the Initial Case Management Order, as amended by ECF Doc. No. 112, the existing deadlines are as follows:

a. The party bearing the burden of proof on an issue must identify and disclose all expert witnesses and expert reports on or before February 23, 2024.

b. The current deadline to complete the deposition of fact witnesses is March 22, 2024.

c. The current deadline to complete all written discovery is March 22, 2024.

d. The current deadline for the parties to file discovery motions is March 22, 2024.

e. The party not bearing the burden of proof on the issue shall identify and disclose all expert witnesses and reports on or before March 29, 2024.

f. Expert depositions shall be completed by April 26, 2024.

g. Dispositive motions must be filed no later than June 7, 2024, with responses due within 28 days after the filing of the motion, and optional replies due within 14 days after the filing of the response.

h. The jury trial is set for November 12, 2024.

2.     By this Motion, Guidepost requests that the exiting Case Management Order be amended as follows:

a. The party bearing the burden of proof on an issue must identify and disclose all expert witnesses and expert reports on or before March 29, 2024.

b. The current deadline to complete the deposition of fact witnesses shall be extended to April 19, 2024.

c. The current deadline to complete all written discovery shall be extended to April 19, 2024.

d. The current deadline for the parties to file discovery motions shall be extended to April 19, 2024.

2

e. The party not bearing the burden of proof on the issue shall identify and disclose all expert witnesses and reports on or before May 3, 2024.

f. Expert depositions shall be completed by May 24, 2024.

g. Dispositive motions must be filed no later than July 3, 2024, with responses due within 28 days after the filing of the motion, and optional replies due within 14 days after the filing of the response.[1]

h. The jury trial is set for November 12, 2024

3. Pursuant to paragraph M of the Initial Case Management Order, the requested extension will still conform to the requirements of Local Rule 16.01(h)(1) that no dispositive motion deadline, including response and reply briefs, shall be later than 90 days in advance of the trial date.

4. Pursuant to paragraph M of the Initial Case Management Order, Guidepost emailed counsel in response to a request by Hunt's counsel to extend the deadlines for expert discovery. As of the filing of the instant motion, no Counsel for any of the Parties has responded.

5. In support of this Motion, Guidepost relies upon the following:

a. Email correspondence dated February 22, 2024 at 12:29 pm CT, from Hunt's counsel, Robert Macgill, to Guidepost's counsel regarding Hunt's requested extension for the party with the burden of proof to identify experts and expert reports, attached as Exhibit 1;

---

[1] In the accompanying memorandum of law, Guidepost explains that it had proposed a deadline of July 19, 2024, to Hunt's counsel for the filing of dispositive motions. (*See* Exhibit 2.) However, to comply with the strictures of Local Rule 16(h)(1), by this Motion Guidepost proposes that any such motions be filed no later than July 3, 2024.

b.       Email correspondence dated February 22, 2024 at 5:46 pm CT, from Guidepost's counsel, Katharine Klein, to Hunt's counsel regarding commensurate extensions of other deadlines in the Case Management Order, attached as <u>Exhibit 2</u>; and

c.       A Memorandum of Law filed herewith.

6.       Pursuant to Local Rule 7.01, counsel for Guidepost endeavored to reach agreement with counsel for Hunt regarding Hunt's requested extension of expert deadlines and Guidepost's request for commensurate extensions of other discovery and motion deadline as evidenced in the attached email exchange.  Hunt moved forward with his motion for extension, necessitating this cross-motion.

Dated: February 23, 2024

Respectfully submitted,

s/John R. Jacobson
John R. Jacobson, Esq. (BPR # 014365)
Katharine R. Klein, Esq. (BPR # 019336)
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
jjacobson@rjfirm.com
kklein@rjfirm.com

-and-

**MINTZ & GOLD LLP**
Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Scott A. Klein (admitted pro hac vice)
600 Third Avenue – 25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Guidepost Solutions LLC*

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served through the Court's electronic filing system on the following:

Todd G. Cole, Esq. (BPR # 031078)
Andrew Goldstein, Esq. (BPR # 037042)
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq. (Ind. Bar. 9989-49)
Scott E. Murray, Esq. (Ind. Bar. 26885-49)
Patrick J. Sanders, Esq. (Ind. Bar. 36950-29)
MACGILL PC
156 E. Market St. Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

L. Gino Marchetti, Jr., Esq.
Matt C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com
*Counsel for the Southern Baptist Convention*

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

on this 23rd day of February, 2024.

s/John R. Jacobson

5