# EXHIBIT 2

# DeDe Gibby

| | |
|---|---|
| **From:** | Kathy Klein |
| **Sent:** | Thursday, February 22, 2024 5:47 PM |
| **To:** | Robert MacGill; Matt Pietsch |
| **Cc:** | Adam Brody; Alex Otchy; Besen, Gene; Bundren, Brandon; Callas, Gretchen; Gino Marchetti; John Jacobson; Nokes, Scarlett; Patrick Sanders; Scott Klein; Scott Murray; Steve Mintz; Terence McCormick; Thomas J. Hurney, Jr. - Jackson Kelly PLLC (thurney@jacksonkelly.com) |
| **Subject:** | RE: Case Management Order Extension (Identify and Disclose Expert. Witnesses and Reports) |

Rob:

Guidepost will agree to your request for an extension of Plaintiff's expert report from February 23, 2024 to March 29, 2024 on the condition that Plaintiff agrees to move all other corresponding dates from the most recent scheduling Order (Dkt. 112).

The new dates (based upon the same timeline of days from the prior Order) that the parties consent to are as follows: (1) the March 22, 2024 deadline for fact discovery is extended to April 19, 2024, (2) the time to depose all fact witnesses is extended from March 22, 2024 to April 19, 2024, (3) the March 22, 2024 deadline for parties to file discovery motions is extended to April 19, 2024, (4) the deadline for the party not bearing burden of proof to identify and disclose expert reports is extended from March 29, 2024 to May 3, 2024, (5) expert deposition deadline is extended from April 26, 2024 to May 24, 2024, and (6) dispositive motions are extended from June 7, 2024 to July 19, 2024.

Please advise if you agree with moving all the deadlines as set forth above, and, if so, we consent to your request on that condition. For sake of clarity, if you do not agree to move the other corresponding deadlines as set forth above, Guidepost does not consent to your request.

Kathy



Katharine R. Klein
1906 West End Ave.
Nashville, TN 37203
(615) 320 3700
www.rjfirm.com

*This email may contain PRIVILEGED and CONFIDENTIAL information and is intended only for the use of the specific individual(s) to which it is addressed. If you are not an intended recipient of this e-mail, you are hereby notified that any unauthorized use, dissemination or copying of this e-mail or the information contained in it or attached to it is strictly prohibited. If you have received this e-mail in error, please delete it and immediately notify the person named above by reply e-mail. Thank you.*