# EXHIBIT 1

| From: | Robert MacGill |
|---|---|
| To: | Scott Klein; Steve Mintz |
| Cc: | Bundren, Brandon; Gene Besen; Kathy Klein; Matt Pietsch; Patrick Sanders; Scott Murray |
| Subject: | Guidepost Discovery (FRCP 30(b)6) |
| Date: | Friday, February 23, 2024 9:46:07 AM |

Steve and Scott,

We resolved our Motion to Compel this am with the SBC and the SBC EC.

We will be proceeding with testimony on February 27 only (aiming to do each corporate deposition that day). We continue to want to resolve our issue with Guidepost. We will proceed if authorized by the Court on Monday.

We now have February 28 available for the corporate deposition of Guidepost based on the resolution this am and are willing to proceed on that day with the Guidepost testimony if that will resolve the issue.

Please let us know as we intend to advise the Court of our resolution with the SBC and the SBC EC this am.

Best regards.

Robert D. MacGill
MacGill PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46260
317.442.3825
Robert.MacGill@MacGillLaw.com

P Please consider the environment before printing this email.

---

*NOTICE: This email and any attachments are for the exclusive, confidential use of the intended recipient. We do not waive attorney client or work product privilege by the transmission of this message. If you are not the intended recipient, please: notify us immediately, delete this message, and refrain from taking any action in reliance on this message.*