# EXHIBIT 2

**From:** Scott Klein
**To:** Robert MacGill; Steve Mintz
**Cc:** Bundren, Brandon; Gene Besen; Kathy Klein; Matt Pietsch; Patrick Sanders; Scott Murray; Terence McCormick; Alex Otchy
**Subject:** RE: Guidepost Discovery (FRCP 30(b)6)
**Date:** Friday, February 23, 2024 3:31:34 PM
**Attachments:** image001.png
image002.png

Rob,

Thanks for the email.

Guidepost is not available on Feb 28.  From Guidepost's perspective, our current plan is to have Krista Tongring be Guidepost's 30(b)(6) corporate representative.
Since her individual deposition has not been rescheduled yet, we propose doing them both on the same day.

Based on Ms. Tongring's availability, we propose March 20 or March 21.  Ms. Tongring is away the entire week of March 4 on business and is traveling parts of the following week.  As a backup, Ms. Tongring can try to make herself available on March 13, but that would have to be held in NYC.

This will give the parties time to meet and confer on both the topics and the document requests, and then conduct both depositions in one day.
Please let us know if this works for you, and we also should try to coordinate/confirm these dates with EC and SBC counsel.

Regards,
Scott



Scott Klein
600 Third Avenue, 25th Fl., New York, NY 10016
D 646.792.0333 | O 212.696.4848 | C 917.886.2204



This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential.  If you are not the intended recipient, you are hereby notified that you have received this transmission in error.  If so, please notify us immediately by reply or by telephone and immediately delete this message and all its attachments.  Any review, dissemination, distribution or copying of this transmission is strictly prohibited.

Please consider the environment before printing this email.