# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-00243 |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | Judge Campbell |
| GUIDEPOST SOLUTIONS LLC; and | ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE | ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| Defendants. | ) | |

## RESPONSE IN OPPOSITION TO GUIDEPOST SOLUTIONS LLC'S CROSS-MOTION TO COMPEL DISCOVERY

Pursuant to Rule 7.01 of the Local Rules of Court, Plaintiff Johnny M. Hunt, by and through the undersigned counsel, hereby respectfully submits his Response in Opposition to the Cross-Motion to Compel Discovery filed by Defendant Guidepost Solutions LLC (Doc. No. 125).

As explained more fully in the accompanying Memorandum in Support of Plaintiff's Response in Opposition to Guidepost Solutions LLC's Cross-Motion to Compel Discovery, the Court should deny the Cross-Motion to Compel in its entirety. There is no reasonable, objective basis for Guidepost's suggestion that Plaintiff may have destroyed relevant emails or text messages after the issuance of the Report. Plaintiff did not have any substantive written communications with anyone about the 2010 Florida encounter with the accuser. Plaintiff does not have access to any email account that he used prior to the issuance of the Report in 2022 and Plaintiff has already used an e-discovery vendor to collect and search his emails from his current

1

email address. Any responsive emails have been produced. Guidepost can ask Plaintiff about his communications and record-keeping habits in his deposition.

Moreover, Plaintiff is not withholding any documents identified in his initial disclosures. Plaintiff has produced the requested metadata, he has also produced an unredacted copy of HUNT_0002759, and for the reasons outlined in the accompanying Memorandum, there is no reason for a document-by-document log of Plaintiff's communications with his trial counsel. Plaintiff is also not withholding any restoration-related documents, and this issue is moot.

Additionally, Plaintiff and his wife decided to make their Florida house their permanent residence in late 2022 and early 2023, prior to the filing of the lawsuit. Consistent with that decision, they obtained Florida drivers' licenses; they registered to vote in Florida; they joined a church in Florida; and they filed a sworn Declaration of Domicile in the State of Florida. Guidepost's request to scour Plaintiff's and his wife's personal credit card statements for evidence that Plaintiff somehow "manufactured diversity jurisdiction" is an attempt to harass Plaintiff – it is not intended to assess his domicile. The request should be denied.

Finally, the Court should reject Guidepost's request for expenses and fees incurred in making their Cross-Motion. As stated above, and in more detail in the accompanying Memorandum, Plaintiff's conduct was substantially justified and an award of expenses under the circumstances would be unjust. Fed. R. Civ. P. 37(a)(5)(A)(ii), (iii).

For the foregoing reasons, as well as the reasons set forth in the accompanying Memorandum, this Court should deny the Cross-Motion to Compel Discovery in its entirety.

[SIGNATURE BLOCK AND CERTIFICATE OF SERVICE TO FOLLOW]

Dated: February 28, 2024   Respectfully submitted,

s/ Andrew Goldstein
**Todd G. Cole, Esq., BPR # 031078**
**Andrew Goldstein, Esq., BPR # 037042**
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 490-6020
Fax: (615) 942-5914
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

*-and-*

**Robert D. MacGill, Esq. (*pro hac vice*)**
**Scott E. Murray, Esq. (*pro hac vice*)**
**Patrick J. Sanders, Esq. (*pro hac vice*)**
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Response in Opposition to Guidepost Solutions LLC's Cross-Motion to Compel Discovery to be electronically filed with the Clerk of the Court on February 28, 2024, using the CM/ECF system, which will automatically serve all counsel of record listed below:

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

John R. Jacobson, BPR #14365
Katharine R. Klein, BPR #19336
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

4
Case 3:23-cv-00243   Document 143   Filed 02/28/24   Page 4 of 5 PageID #: 1987

| | |
|---|---|
| Steven G. Mintz (admitted pro hac vice)<br>Terence W. McCormick (admitted pro hac vice)<br>Scott Klein (admitted pro hac vice)<br>Mintz & Gold LLP<br>600 Third Avenue<br>25th Floor<br>New York, NY 10016<br>Telephone: (212) 696-4848<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br>klein@mintzandgold.com<br><br>*Counsel for Defendant*<br>*Guidepost Solutions LLC* | L. Gino Marchetti, Jr., Esq.<br>Matt C. Pietsch, Esq.<br>TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC<br>2908 Poston Avenue<br>Nashville, TN 37203<br>Telephone: (615) 320-3225<br>gmarchetti@tpmblaw.com<br>matt@tpmblaw.com<br><br>*Counsel for the Southern Baptist Convention* |

 

                                                    s/ Andrew Goldstein
                                                   ANDREW GOLDSTEIN