IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:23-cv-00243 |
| SOUTHERN BAPTIST CONVENTION, et al., | ) JUDGE CAMPBELL |
| Defendants. | ) MAGISTRATE JUDGE FRENSLEY |

## ORDER

Pending before the Court are Defendants' motions to dismiss (Doc. Nos. 25, 29, 31), which are fully briefed (Doc. Nos. 40, 47, 49, 48). For the reasons set forth in the accompanying Memorandum, the motions are **GRANTED in part** and **DENIED in part**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE