IN THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket No.: 3:23-CV-00243 ) JURY DEMAND ) |
| SOUTHERN BAPTIST CONVETION, *et al.*, | ) ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT BY DEFENDANT SOUTHERN BAPTIST CONVENTION

Pursuant to Fed. R. Civ. P. 6, Defendant Southern Baptist Convention ("Defendant") respectfully moves the Court for an extension of time up to and including **April 5, 2024**, to answer or otherwise respond to Plaintiff's Complaint [Doc. 1]. For grounds, Defendant requires additional time to formulate its response to Plaintiff's Complaint in light of the Court's rulings on Defendant's previously filed Fed. R. Civ. P. 12 Motion to Dismiss [Doc. 29]. Defendant submits that this brief extension will not unduly delay these proceedings.

The undersigned has sought Plaintiff's consent with respect to this requested extension, and Plaintiff has permitted the undersigned to state that this motion is unopposed.

1

**DATED: March 22, 2024.**

                Respectfully submitted,

                **TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC**

                By: */s/ Matthew C. Pietsch*
                      L. Gino Marchetti, Jr., BPR No. 005562
                      Matthew C. Pietsch, BPR No. 024659
                      2908 Poston Avenue
                      Nashville, TN 37203
                      (615) 320-3225
                      (615) 320-3244 Fax
                      gmarchetti@tpmblaw.com
                      matt@tpmblaw.com
                      *Counsel for Defendant*
                      *Southern Baptist Convention*

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and complete copy of the foregoing has been served through the Court's electronic filing system to the following on **March 22, 2024**:

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
snokes@bradley.com
bbundren@bradley.com

Gene R. Besen, Esq.
Bradley Arant Boult Cummings, LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
gbesen@bradley.com

Thomas J. Hurney, Jr. (pro hac vice)
Gretchen M. Callas (pro hac vice)
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, West Virginia 253322
P: 304.340.1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MacGill PC
156 E. Market Street, Suite 1200
Indianapolis, IN 46204
Robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
Patrick.sanders@macgilllaw.com

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
Cole Law Group, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027

tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

*Counsel for Plaintiff*

John R. Jacobson, Esq.
Katherine R. Klein, Esq.
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
600 Third Avenue, 25th Florr
New York, NY 10016
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Guidepost Solutions, LLC*

                                                */s/ Matthew C. Pietsch*