**GRANTED.**

IN THE UNITED STATES DISTRICT ~~FOR THE~~ *(signature: S. Frensley)*
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Docket No.: 3:23-CV-00243 |
| v. ) | JURY DEMAND |
| ) | |
| SOUTHERN BAPTIST CONVETION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT BY DEFENDANT SOUTHERN BAPTIST CONVENTION

Pursuant to Fed. R. Civ. P. 6, Defendant Southern Baptist Convention ("Defendant") respectfully moves the Court for an extension of time up to and including **April 5, 2024**, to answer or otherwise respond to Plaintiff's Complaint [Doc. 1]. For grounds, Defendant requires additional time to formulate its response to Plaintiff's Complaint in light of the Court's rulings on Defendant's previously filed Fed. R. Civ. P. 12 Motion to Dismiss [Doc. 29]. Defendant submits that this brief extension will not unduly delay these proceedings.

The undersigned has sought Plaintiff's consent with respect to this requested extension, and Plaintiff has permitted the undersigned to state that this motion is unopposed.