IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-00243 |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | Judge Campbell |
| GUIDEPOST SOLUTIONS LLC; and | ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE | ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO RECONSIDER ORDER NO. 158 REGARDING TEXT MESSAGES**

Plaintiff Johnny M. Hunt, by and through the undersigned counsel, respectfully moves this Court to reconsider Order No. 158 regarding text messages.

As explained in the accompanying Memorandum, the Court should reconsider its Order regarding the production of text messages from Guidepost's employees based on: (1) new evidence from discovery and document productions made after the filing of Plaintiff's Motion, which confirm the relevance and frequency of Guidepost's employees' text messages regarding the Report and Plaintiff, as well as the limited scope of Guidepost's text message collection efforts, and (2) specifications in the Court's Order (Doc. No. 159) requiring Plaintiff to hire an IT professional to do a forensic examination of his phone to search for relevant text messages.

For the foregoing reasons, as well as the reasons set forth in the accompanying Memorandum, this Court should grant this Motion.

1

Dated: April 8, 2024                    Respectfully submitted,


                                        s/ Andrew Goldstein
                                        **Todd G. Cole, Esq., BPR # 031078**
                                        **Andrew Goldstein, Esq., BPR # 037042**
                                        COLE LAW GROUP, P.C.
                                        1648 Westgate Circle, Suite 301
                                        Brentwood, TN 37027
                                        Telephone: (615) 490-6020
                                        Fax: (615) 942-5914
                                        tcole@colelawgrouppc.com
                                        agoldstein@colelawgrouppc.com


                                        *-and-*


                                        **Robert D. MacGill, Esq. (*pro hac vice*)**
                                        **Scott E. Murray, Esq. (*pro hac vice*)**
                                        **Patrick J. Sanders, Esq. (*pro hac vice*)**
                                        MACGILL PC
                                        156 E. Market St.
                                        Suite 1200
                                        Indianapolis, IN 46204
                                        Telephone: (317) 721-1253
                                        robert.macgill@macgilllaw.com
                                        scott.murray@macgilllaw.com
                                        patrick.sanders@macgilllaw.com


                                        *Attorneys for Plaintiff*

2

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Motion to Reconsider Order No. 158 Regarding Text Messages to be electronically filed with the Clerk of the Court on April 8, 2024, using the CM/ECF system, which will automatically serve all counsel of record listed below:

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

John R. Jacobson, BPR #14365
Katharine R. Klein, BPR #19336
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Scott Klein (admitted pro hac vice)
Mintz & Gold LLP

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

L. Gino Marchetti, Jr., Esq.
Matt C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225

600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com

*Counsel for Defendant
Guidepost Solutions LLC*

gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for the Southern Baptist Convention*

 

                                                                                              s/ Andrew Goldstein
                                                                                              ANDREW GOLDSTEIN