IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-00243 |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | Judge Campbell |
| GUIDEPOST SOLUTIONS LLC; and | ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE | ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
|     Defendants. | ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Johnny M. Hunt respectfully submits this Motion for Leave to File Under Seal Exhibit A (ECF Doc. No. 163-1) attached to Plaintiff's Memorandum in Support of Motion to Reconsider Order No. 158 Regarding Text Messages (ECF No. 163) until such time as the Court adjudicates the issue. In support, Plaintiff states as follows:

1. On April 8, 2024, a third party requested that Exhibit A to Plaintiff's Memorandum in Support of Motion to Reconsider Order No. 158 Regarding Text Messages be filed under seal.

2. Plaintiff's counsel called the Office of the Clerk of the Court on April 9, 2024 to request that Exhibit A be provisionally sealed, while Plaintiff filed a motion to seal with the Court. The Office of the Clerk was unable to accommodate Plaintiff's request.

3. Plaintiff is filing this Motion to Seal in an effort to pursue compliance with the third party's request.

1

For the foregoing reasons, and based on the third party's request, this Court should seal Exhibit A to Plaintiff's Memorandum in Support of Motion to Reconsider Order No. 158 Regarding Text Messages (ECF No. 163-1).

[SIGNATURE BLOCKS AND CERTIFICATE OF SERVICE TO FOLLOW]

Dated: April 9, 2024                    Respectfully submitted,


                                        s/ Andrew Goldstein
                                        **Todd G. Cole, Esq., BPR # 031078**
                                        **Andrew Goldstein, Esq., BPR # 037042**
                                        COLE LAW GROUP, P.C.
                                        1648 Westgate Circle, Suite 301
                                        Brentwood, TN 37027
                                        Telephone: (615) 490-6020
                                        Fax: (615) 942-5914
                                        tcole@colelawgrouppc.com
                                        agoldstein@colelawgrouppc.com


                                        *-and-*


                                        **Robert D. MacGill, Esq. (*pro hac vice*)**
                                        **Scott E. Murray, Esq.  (*pro hac vice*)**
                                        **Patrick J. Sanders, Esq. (*pro hac vice*)**
                                        MACGILL PC
                                        156 E. Market St.
                                        Suite 1200
                                        Indianapolis, IN 46204
                                        Telephone: (317) 721-1253
                                        robert.macgill@macgilllaw.com
                                        scott.murray@macgilllaw.com
                                        patrick.sanders@macgilllaw.com


                                        *Attorneys for Plaintiff*

3

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Motion for Leave to File Under Seal to be electronically filed with the Clerk of the Court on April 9, 2024, using the CM/ECF system, which will automatically serve all counsel of record listed below:

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

| | |
|---|---|
| Steven G. Mintz, Esq.<br>Terence W. McCormick, Esq.<br>Scott Klein, Esq.<br>Adam Brody, Esq.<br>Alex Otchy, Esq.<br>MINTZ & GOLD LLP<br>600 Third Avenue<br>25th Floor<br>New York, NY 10016<br>Telephone: (212) 696-4848<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br>klein@mintzandgold.com<br>brody@mintzandgold.com<br>otchy@mintzandgold.com<br>*Counsel for Defendant*<br>*Guidepost Solutions LLC* | L. Gino Marchetti, Jr., Esq.<br>Matt C. Pietsch, Esq.<br>TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC<br>2908 Poston Avenue<br>Nashville, TN 37203<br>Telephone: (615) 320-3225<br>gmarchetti@tpmblaw.com<br>matt@tpmblaw.com<br><br>*Counsel for the Southern Baptist Convention* |

                                              s/ Andrew Goldstein
                                              Andrew Goldstein