# EXHIBIT 2

# [REDACTED]

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT,<br><br>    Plaintiff,<br>v.<br><br>SOUTHERN BAPTIST CONVENTION;<br>GUIDEPOST SOLUTIONS LLC; and<br>EXECUTIVE COMMITTEE OF THE<br>SOUTHERN BAPTIST CONVENTION,<br><br>    Defendants. | Case No. 3:23-cv-00243<br>Judge Campbell<br>Magistrate Judge Frensley<br><br>**NOTICE OF DEPOSITION** |

**PLEASE TAKE NOTICE that**, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, on February 8, 2024, Defendant Guidepost Solutions LLC, by its attorneys, Riley & Jacobson, PLC, and Mintz & Gold LLP, will take the deposition upon oral examination of ███ ███████████████████████████████████. The deposition will begin at 10:00 a.m., Eastern Time, at ███████████████████████████████████████████████ and shall continue from day to day until completed.

The deposition shall be conducted before a notary public or other officer authorized to administer oaths and will be recorded via stenographic and videographic means. Counsel is invited to attend and participate as provided for under the Federal Rules of Civil Procedure.

Dated: January 17, 2024

Respectfully submitted,

s/Katharine R. Klein
John R. Jacobson, Esq. (BPR # 014365)
Katharine R. Klein, Esq. (BPR # 019336)
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700
jjacobson@rjfirm.com
kklein@rjfirm.com

-and-

**MINTZ & GOLD LLP**
Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Scott A. Klein (admitted pro hac vice)
Alex Otchy (admitted pro hac vice)
Adam Brody (admitted pro hac vice)
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848

*Counsel for Guidepost Solutions LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via electronic mail on the following:

| | |
|---|---|
| Todd G. Cole, Esq. (BPR # 031078)<br>Andrew Goldstein, Esq. (BPR # 037042)<br>COLE LAW GROUP, P.C.<br>1648 Westgate Circle, Suite 301<br>Brentwood, TN 37027<br>Telephone: (615) 326-9059 | Gene R. Besen, Esq.<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>Fountain Place<br>1445 Ross Avenue, Suite 3600<br>Dallas, Texas 75202<br>Telephone: (214) 257-9758 |
| Robert D. MacGill, Esq. (Ind. Bar. 9989-49)<br>Scott E. Murray, Esq. (Ind. Bar. 26885-49)<br>Patrick J. Sanders, Esq. (Ind. Bar. 36950-29)<br>MACGILL PC<br>156 E. Market St. Suite 1200<br>Indianapolis, IN 46204<br>Telephone: (317) 721-1253 | Thomas J. Hurney, Jr., Esq.<br>Gretchen M. Callas, Esq.<br>JACKSON KELLY PLLC<br>500 Lee Street East, Suite 1600<br>Post Office Box 553<br>Charleston, West Virginia 25322<br>Telephone: 304-340-1000 |
| *Counsel for Plaintiff* | *Counsel for the Executive Committee of the Southern Baptist Convention* |
| Scarlett Singleton Nokes, Esq.<br>R. Brandon Bundren, Esq.<br>E. Todd Presnell<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 Division Street, Suite 700<br>Nashville, Tennessee 37203<br>Telephone: (615) 244-2582 | L. Gino Marchetti, Jr., Esq.<br>Matt C. Pietsch, Esq.<br>TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC<br>2908 Poston Avenue<br>Nashville, TN 37203<br>Telephone: (615) 320-3225 |
| | *Counsel for the Southern Baptist Convention* |

on this 17th day of January 2024.

s/ Katharine R. Klein

3