# EXHIBIT 3

# [REDACTED]

| | |
|---|---|
| From: | **Robert MacGill** robert.macgill@macgilllaw.com |
| Subject: | ████████ |
| Date: | January 24, 2024 at 7:13 AM |
| To: | Melissa J. Hogan melissajhogan@qavahlaw.com |
| Cc: | Basyle Tchividjian boz@bozlawpa.com, Patrick Sanders patrick.sanders@macgilllaw.com, Scott Murray Scott.Murray@macgilllaw.com, Thompson, Mackenzie mackenzie.thompson@macgilllaw.com |

Melissa and Boz,

As to your concern in your email below ████████ we have complied with all requirements of the Protective Order.

As a follow up to our conversation with Boz and our email below, can you please confirm if your clients are going to appear on February 8 and 9 pursuant to the GuidePost notices?

Best regards.

Robert D. MacGill
MacGill PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46260
317.442.3825
Robert.MacGill@MacGillLaw.com

P Please consider the environment before printing this email.

On Thu, Jan 18, 2024 at 9:17 AM Robert MacGill <robert.macgill@macgilllaw.com> wrote:
> Melissa,
>
> We will look into your concern promptly.
>
> We have spent many days and many calls trying to resolve your concerns as a practical rather than as a legal matter. Your adversarial tone is noted.
>
> We will proceed as appropriate.
>
> Please let us know by close of business tomorrow whether your clients will appear at their depositions as noticed by GuidePost on February 7 and 8.
>
> Best regards.
>
>
> Robert D. MacGill
> MacGill PC
> 156 E. Market St.
> Suite 1200
> Indianapolis, IN 46260
> 317.442.3825
> Robert.MacGill@MacGillLaw.com
>
> P Please consider the environment before printing this email.

On Thu, Jan 18, 2024 at 10:56 AM Melissa J. Hogan <melissajhogan@qavahlaw.com> wrote:
> Robert,
>
> ████████
>
> Regarding the discovery designations, based on the previous order of the court, we are comfortable with the current AEO designations.
>
> **Melissa J. Hogan, Esq.**
> **QAVAH LAW**
> melissajhogan@qavahlaw.com
> 615.293.6623