IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, <br><br> Plaintiff, <br> v. <br><br> SOUTHERN BAPTIST CONVENTION; GUIDEPOST SOLUTIONS LLC; and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION <br><br> Defendants. | Case No. 3:23-cv-00243 <br><br> Judge Campbell <br> Magistrate Judge Frensley <br><br> JURY DEMAND |

## MOTION TO REPLACE DOCUMENTS

Jane Doe, a non-party in the above civil action and sexual abuse survivor appearing under the pseudonym "Jane Doe" (pursuant to a Motion to Proceed Pseudonymously and to Redact References to Her Name and Identifying Information in Public Filings filed April 9, 2024 (ECF Doc. No. 168)), respectfully submits this Motion to Replace ECF Doc. Nos. #169, #171, #173 and #173-1 through #173-9 on the docket with the attached, which are identical in all respects, but which have been flattened in order to prevent alteration of redactions contained therein:

| ECF Doc # | To be replaced with attachment: |
|---|---|
| 169 | 20240410-3-23-cv-00243-Jane Doe Memo of Law in Support of Motion to Proceed Pseudonymously |
| 171 | 20240410-3-23-cv-00243-Jane Doe Memo of Law in Support of Motion for Protective Order |
| 173 | 20240410-3-23-cv-00243-Jane Doe Declaration of Melissa J. Hogan |

1

| | |
|---|---|
| 173-1 | 20240410-3-23-cv-00243-Jane Doe Declaration of Melissa J. Hogan Exhibit 1.pdf |
| 173-2 | 20240410-3-23-cv-00243-Jane Doe Declaration of Melissa J. Hogan Exhibit 2.pdf |
| 173-3 | 20240410-3-23-cv-00243-Jane Doe Declaration of Melissa J. Hogan Exhibit 3.pdf |
| 173-4 | 20240410-3-23-cv-00243-Jane Doe Declaration of Melissa J. Hogan Exhibit 4.pdf |
| 173-5 | 20240410-3-23-cv-00243-Jane Doe Declaration of Melissa J. Hogan Exhibit 5.pdf |
| 173-6 | 20240410-3-23-cv-00243-Jane Doe Declaration of Melissa J. Hogan Exhibit 6.pdf |
| 173-7 | 20240410-3-23-cv-00243-Jane Doe Declaration of Melissa J. Hogan Exhibit 7.pdf |
| 173-8 | 20240410-3-23-cv-00243-Jane Doe Declaration of Melissa J. Hogan Exhibit 8.pdf |
| 173-9 | 20240410-3-23-cv-00243-Jane Doe Declaration of Melissa J. Hogan Exhibit 9.pdf |

Respectfully submitted,

s/ Melissa J. Hogan
Melissa J. Hogan (BPR #19430)
QAVAH LAW
8757 Horton Hwy
College Grove, Tennessee 37046
Telephone: 615-293-6623
melissajhogan@qavahlaw.com

*Counsel for Jane Doe*

# CERTIFICATE OF SERVICE

The undersigned certifies that on **April 10, 2024**, I electronically filed a true and correct copy of the foregoing with the Clerk of Court for the U.S. District Court Middle District of Tennessee through the Court's Electronic Case Filing System, which will automatically serve all counsel of record listed below:

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
Scott Klein, Esq.
Adam Kahan Brody, Esq.
Alex Otchy, Esq.
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: 212-696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
brody@mintzandgold.com
otchy@mintzandgold.com

*Counsel for Defendant Guidepost Solutions LLC*

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Telephone: 615-326-9059
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
Bradley Arant Boult Cummings, LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
Telephone: 214-357-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, West Virginia 253322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for Defendant Executive Committee of the Southern Baptist Convention*

John R. Jacobson, Esq.
Katharine R. Klein
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: 615-320-3700
jjacobson@rjfirm.com
kklein@rjfirm.com

L. Gino Marchetti, Jr. Esq.
Matthew C. Pietsch, Esq.
Taylor, Pique, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: 615-320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for Defendant Southern Baptist Convention*

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq
MacGill PC
156 E. Market Street, Suite 1200
Indianapolis, IN 46204
Telephone: 317-721-1253
Robert.macgill@macgilllaw.com
Scott.murray@macgilllaw.com
Patrick.sanders@macgilllaw.com

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
Cole Law Group, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: 615-326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

*Counsel for Plaintiff*

T. Dylan Reeves, Esq.
Stites & Haribson, PLLC
401 Commerce St.
Suite 800, Ste 800
Nashville, TN 37219
Telephone: (615) 782-2200
dreeves@stites.com

*Counsel for non-party Roy Blankenship*

By: *s/ Melissa J. Hogan*