# EXHIBIT 6

# [REDACTED]

**From:** **Melissa J. Hogan** melissajhogan@qavahlaw.com
**Subject:** Re: Hunt v. Southern Baptist Convention, et al. - client using pseudonym
**Date:** April 9, 2024 at 11:38 AM
**To:** Patrick Sanders patrick.sanders@macgilllaw.com
**Cc:** Basyle Tchividjian boz@bozlawpa.com, Robert MacGill robert.macgill@macgilllaw.com, Scott Murray
Scott.Murray@macgilllaw.com

I don't think we need a call for this. ████████████████████████████
████████████████████████████████████████████████████████████

I will ask you a third and final time before I file, do you oppose our motion to proceed under a pseudonym and require redaction of my client's name and identifying information?

Melissa

> On Apr 9, 2024, at 10:34 AM, Patrick Sanders <patrick.sanders@macgilllaw.com> wrote:
>
> Melissa,
>
> Are you available for a call at 4:30pm ET today to discuss?
>
> Thank you,
>
> **Patrick Sanders**
> Associate
> MacGill PC
> Patrick.Sanders@MacGillLaw.com
> w: 317-961-5390
> m: 317-670-1557
> www.MacGillLaw.com
>
>> On Tue, Apr 9, 2024 at 11:11 AM Melissa J. Hogan <melissajhogan@qavahlaw.com> wrote:
>> Today I plan to ask the court to expedite all of my client's motions related to the deposition (use pseudonym, redaction, protective order) given that it's noticed for 4/16, only a week away. Does anyone oppose?
>>
>> Melissa
>>
>>> On Apr 8, 2024, at 2:30 PM, Melissa J. Hogan <melissajhogan@qavahlaw.com> wrote:
>>>
>>> Robert,
>>> Per your letter, I can confirm that Boz represents a party in a case scheduled to commence trial in New York State on April 15, 2024. Please confirm that means you are in agreement to May 21 if the court so consents. Again, other parties were also free May 7, 8, or May 22 as well.
>>>
>>> Please confirm on this issue and the item below.
>>>
>>> Regards,
>>> Melissa
>>>
>>> **Melissa J. Hogan, Esq.**
>>> **QAVAH LAW**
>>> melissajhogan@qavahlaw.com
>>> 615.293.6623
>>>
>>>> On Apr 8, 2024, at 10:42 AM, Melissa J. Hogan <melissajhogan@qavahlaw.com> wrote:
>>>>
>>>> Robert,
>>>> Your letter did not address this issue and therefore I wanted to check in again and confirm whether or not you were opposing our motion for our client to proceed under a pseudonym and require redaction of her identifying information from any filings. I would appreciate your response by 5pm ET today.
>>>>
>>>> Regards,
>>>> Melissa
>>>>
>>>> **Melissa J. Hogan, Esq.**
>>>> **QAVAH LAW**
>>>> melissajhogan@qavahlaw.com
>>>> 615.293.6623
>>>>
>>>>> On Apr 5, 2024, at 7:46 AM, Melissa J. Hogan <melissajhogan@qavahlaw.com> wrote:
>>>>>
>>>>> Robert,
>>>>> My email already described the issue but I'll elucidate it further in the motion if I need to. We're all aware of the facts of this case. Will you be opposing the motion?
>>>>>
>>>>> Regards,
>>>>> Melissa
>>>>>
>>>>> **Melissa J. Hogan, Esq.**
>>>>> **QAVAH LAW**
>>>>> melissajhogan@qavahlaw.com
>>>>> 615.293.6623
>>>>>
>>>>>> On Apr 5, 2024, at 4:52 AM, Robert MacGill <robert.macgill@macgilllaw.com> wrote:

Melissa,

Can you explain the basis for your claim?

Are you claiming a right of privacy on behalf of your client and/or that disclosure would be an invasion of privacy?

Please provide more details legally and factually for your claim. I am hoping that once you provide more information on the basis for your claim that we can come to an agreement that is appropriate.

Best regards.

Robert D. MacGill
MacGill PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46260
317.442.3825
Robert.MacGill@MacGillLaw.com

P Please consider the environment before printing this email.

On Thu, Apr 4, 2024 at 1:49 PM Scott Klein <Klein@mintzandgold.com> wrote:

Melissa,

Guidepost does not object.

&lt;image001.png&gt;   Scott Klein

600 Third Avenue, 25th Fl., New York, NY 10016

D 646.792.0333 | O 212.696.4848 | C 917.886.2204

&lt;image002.png&gt;

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmission in error. If so, please notify us immediately by reply or by telephone and immediately delete this message and all its attachments. Any review, dissemination, distribution or copying of this transmission is strictly prohibited.

Please consider the environment before printing this email.

**From:** Melissa J. Hogan <melissajhogan@qavahlaw.com>
**Sent:** Thursday, April 4, 2024 12:07 PM
**To:** Scott Klein <Klein@mintzandgold.com>
**Cc:** Robert MacGill <robert.macgill@macgilllaw.com>; Allison Carter <acarter@rjfirm.com>; Adam Brody <brody@mintzandgold.com>; Alex Otchy <otchy@mintzandgold.com>; Basyle Tchividjian <boz@bozlawpa.com>; Callas, Gretchen <gcallas@jacksonkelly.com>; John Jacobson <JJacobson@rjfirm.com>; Kathy Klein <KKlein@rjfirm.com>; Steve Mintz <Mintz@mintzandgold.com>; Terence McCormick <McCormick@mintzandgold.com>; Thomas J. Hurney, Jr. - Jackson Kelly PLLC (thurney@jacksonkelly.com) <thurney@jacksonkelly.com>; agoldstein@colelawgrouppc.com; bbundren@bradley.com; gbesen@bradley.com; gmarchetti@tpmblaw.com; matt@tpmblaw.com; patrick.sanders@macgilllaw.com; scott.murray@macgilllaw.com; snokes@bradley.com; tcole@colelawgrouppc.com; tpresnell@bradley.com
**Subject:** Hunt v. Southern Baptist Convention, et al. - client using pseudonym

Although this wasn't specifically mentioned in our meet and confers, I believe it was understood, but I wanted to cover it to be clear. Our client intends to move to proceed under a pseudonym and seal the subpoena/notice and redact identifying information, as a non-party to this action regarding sensitive personal events. I don't believe this prejudices any party as everyone here is aware of her identity. Please confirm whether or not you have an objection to same.

Melissa

**Melissa J. Hogan, Esq.**
**QAVAH LAW**
melissajhogan@qavahlaw.com
615.293.6623

*NOTICE: This email and any attachments are for the exclusive, confidential use of the intended recipient. We do not waive attorney client or work product privilege by the transmission of this message. If you are not the intended recipient, please: notify us immediately, delete this message, and refrain from taking any action in reliance on this message.*

*NOTICE: This email and any attachments are for the exclusive, confidential use of the intended recipient. We do not waive attorney client or work product privilege by the transmission of this message. If you are not the intended recipient, please: notify us immediately, delete this message, and refrain from taking any action in reliance on this message.*

**From:** **Melissa J. Hogan** melissajhogan@qavahlaw.com
**Subject:** Re: Hunt v. Southern Baptist Convention, et al. - client using pseudonym
**Date:** April 8, 2024 at 10:42 AM
**To:** Robert MacGill robert.macgill@macgilllaw.com
**Cc:** Scott Klein Klein@mintzandgold.com, Adam Brody brody@mintzandgold.com, Alex Otchy otchy@mintzandgold.com, Allison Carter acarter@rjfirm.com, Basyle Tchividjian boz@bozlawpa.com, Callas, Gretchen gcallas@jacksonkelly.com, John Jacobson JJacobson@rjfirm.com, Kathy Klein KKlein@rjfirm.com, Steve Mintz mintz@mintzandgold.com, Terence McCormick McCormick@mintzandgold.com, Thomas J. Hurney, Jr. - Jackson Kelly PLLC (thurney@jacksonkelly.com) thurney@jacksonkelly.com, agoldstein@colelawgrouppc.com, bbundren@bradley.com, gbesen@bradley.com, gmarchetti@tpmblaw.com, matt@tpmblaw.com, patrick.sanders@macgilllaw.com, scott.murray@macgilllaw.com Scott.Murray@macgilllaw.com, snokes@bradley.com, tcole@colelawgrouppc.com, tpresnell@bradley.com

Robert,
Your letter did not address this issue and therefore I wanted to check in again and confirm whether or not you were opposing our motion for our client to proceed under a pseudonym and require redaction of her identifying information from any filings. I would appreciate your response by 5pm ET today.

Regards,
Melissa

**Melissa J. Hogan, Esq.**
**QAVAH LAW**
melissajhogan@qavahlaw.com
615.293.6623

> On Apr 5, 2024, at 7:46 AM, Melissa J. Hogan <melissajhogan@qavahlaw.com> wrote:
>
> Robert,
> My email already described the issue but I'll elucidate it further in the motion if I need to. We're all aware of the facts of this case. Will you be opposing the motion?
>
> Regards,
> Melissa
>
> **Melissa J. Hogan, Esq.**
> **QAVAH LAW**
> melissajhogan@qavahlaw.com
> 615.293.6623
>
>> On Apr 5, 2024, at 4:52 AM, Robert MacGill <robert.macgill@macgilllaw.com> wrote:
>>
>> Melissa,
>>
>> Can you explain the basis for your claim?
>>
>> Are you claiming a right of privacy on behalf of your client and/or that disclosure would be an invasion of privacy?
>>
>> Please provide more details legally and factually for your claim. I am hoping that once you provide more information on the basis for your claim that we can come to an agreement that is appropriate.
>>
>> Best regards.
>>
>> Robert D. MacGill
>> MacGill PC
>> 156 E. Market St.
>> Suite 1200
>> Indianapolis, IN 46260
>> 317.442.3825
>> Robert.MacGill@MacGillLaw.com
>>
>> P Please consider the environment before printing this email.
>>
>>> On Thu, Apr 4, 2024 at 1:49 PM Scott Klein <Klein@mintzandgold.com> wrote:
>>>
>>> Melissa,
>>>
>>> Guidepost does not object.
>>>
>>> <image001.png>   Scott Klein
>>>
>>> 600 Third Avenue, 25th Fl., New York, NY 10016
>>>
>>> **D** 646.792.0333 | **O** 212.696.4848 | **C** 917.886.2204
>>>
>>> <image002.png>
>>>
>>> This transmission may be a confidential attorney-client communication or may otherwise be

This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmission in error. If so, please notify us immediately by reply or by telephone and immediately delete this message and all its attachments. Any review, dissemination, distribution or copying of this transmission is strictly prohibited.

Please consider the environment before printing this email.

**From:** Melissa J. Hogan <melissajhogan@qavahlaw.com>
**Sent:** Thursday, April 4, 2024 12:07 PM
**To:** Scott Klein <Klein@mintzandgold.com>
**Cc:** Robert MacGill <robert.macgill@macgilllaw.com>; Allison Carter <acarter@rjfirm.com>; Adam Brody <brody@mintzandgold.com>; Alex Otchy <otchy@mintzandgold.com>; Basyle Tchividjian <boz@bozlawpa.com>; Callas, Gretchen <gcallas@jacksonkelly.com>; John Jacobson <JJacobson@rjfirm.com>; Kathy Klein <KKlein@rjfirm.com>; Steve Mintz <Mintz@mintzandgold.com>; Terence McCormick <McCormick@mintzandgold.com>; Thomas J. Hurney, Jr. - Jackson Kelly PLLC (thurney@jacksonkelly.com) <thurney@jacksonkelly.com>; agoldstein@colelawgrouppc.com; bbundren@bradley.com; gbesen@bradley.com; gmarchetti@tpmblaw.com; matt@tpmblaw.com; patrick.sanders@macgilllaw.com; scott.murray@macgilllaw.com; snokes@bradley.com; tcole@colelawgrouppc.com; tpresnell@bradley.com
**Subject:** Hunt v. Southern Baptist Convention, et al. - client using pseudonym

Although this wasn't specifically mentioned in our meet and confers, I believe it was understood, but I wanted to cover it to be clear. Our client intends to move to proceed under a pseudonym and seal the subpoena/notice and redact identifying information, as a non-party to this action regarding sensitive personal events. I don't believe this prejudices any party as everyone here is aware of her identity. Please confirm whether or not you have an objection to same.

Melissa

**Melissa J. Hogan, Esq.**
**QAVAH LAW**
melissajhogan@qavahlaw.com
615.293.6623

NOTICE: This email and any attachments are for the exclusive, confidential use of the intended recipient. We do not waive attorney client or work product privilege by the transmission of this message. If you are not the intended recipient, please: notify us immediately, delete this message, and refrain from taking any action in reliance on this message.