# EXHIBIT 7

# [REDACTED]





