# EXHIBIT 8

# [REDACTED]

**From:** Melissa J. Hogan melissajhogan@qavahlaw.com
**Subject:** ███████████████████
**Date:** April 8, 2024 at 9:51 PM
**To:** Robert MacGill robert.macgill@macgilllaw.com, Patrick Sanders patrick.sanders@macgilllaw.com
**Cc:** Basyle Tchividjian boz@bozlawpa.com



Rob/Patrick,



Melissa

**Melissa J. Hogan, Esq.**
**QAVAH LAW**
melissajhogan@qavahlaw.com
615.293.6623