# EXHIBIT 9

# [REDACTED]

| | |
|---|---|
| **From:** | **Scott Klein** Klein@mintzandgold.com  |
| **Subject:** |  |
| **Date:** | April 9, 2024 at 11:52 AM |
| **To:** | Melissa J. Hogan melissajhogan@qavahlaw.com |
| **Cc:** | Basyle Tchividjian boz@bozlawpa.com, Alex Otchy otchy@mintzandgold.com |

Melissa,





Scott Klein
600 Third Avenue, 25th Fl., New York, NY 10016
D 646.792.0333  |  O 212.696.4848  |  C 917.886.2204



This transmission may be a confidential attorney-client communication or may otherwise be privileged or confidential.  If you are not the intended recipient, you are hereby notified that you have received this transmission in error.  If so, please notify us immediately by reply or by telephone and immediately delete this message and all its attachments.  Any review, dissemination, distribution or copying of this transmission is strictly prohibited.

Please consider the environment before printing this email.