IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT,<br><br>    Plaintiff,<br>    v.<br><br>SOUTHERN BAPTIST CONVENTION;<br>GUIDEPOST SOLUTIONS LLC; and<br>EXECUTIVE COMMITTEE OF THE<br>SOUTHERN BAPTIST CONVENTION<br><br>    Defendants. | Case No. 3:23-cv-00243<br><br>Judge Campbell<br>Magistrate Judge Frensley<br><br>JURY DEMAND |

## UNOPPOSED JOINT MOTION TO EXTEND COURT'S APRIL 19, 2024 DEADLINE FROM ITS ORDER (ECF DOC. NO. 187)

By order dated April 11, 2024, this Court addressed issues raised in Jane Doe's Motions to Proceed Pseudonymously, for Leave to File Under Seal, and for Protective Order, Doc. Nos. 168, 170, 174, which relate to her deposition in this matter as a non-party witness.[1] See Doc. No. 187, Order dated April 11, 2024. This Court ordered that Jane Doe's deposition go forward on a date agreeable to all parties but no later than May 31, 2024, *id*. at 3, and in the interim, that Ms. Doe be referred to only by her pseudonym and that her name and identifying information be redacted from all public filings. The Court also directed counsel for the Plaintiff and Jane Doe to meet and confer to resolve the remaining issues raised in Jane Doe's Motions related to her pending deposition. *Id*. at 3, 4.

Plaintiff and Jane Doe have made substantial progress in resolving the issues in Jane Doe's Motions. However, because of depositions previously scheduled and held in the case between the

---

[1] The Court also denied Jane Doe's Motion to Expedite and for Emergency Relief (Doc. No. 172) and Plaintiff's motion to strike (Doc. No. 181). Doc. No. 187, at 4-5.

1

Court's order on April 11, 2024 and the deadline of April 19, 2024 for the in-person meet and confer and report to the Court, Plaintiff and Jane Doe respectfully request leave of the Court for additional time to reach resolution, extending the deadline from April 19, 2024 by ten days, to April 29, 2024.

Additionally, Plaintiff and Jane Doe agree to the following briefing schedule regarding Jane Doe's pending motions. Plaintiff will respond to Jane Doe's pending motions no later than May 2, 2024 (if necessary), and reply briefs by Jane Doe (if necessary) will be due no later than May 4, 2024.

Counsel for Defendants do not oppose the extension of the April 19, 2024 deadline to April 29, 2024 or the extension of the briefing schedule as proposed.

Therefore, Plaintiff and Jane Doe, by and through counsel, respectfully request a ten-day extension through April 29, 2024, within which to comply with the Court's April 11, 2024 order (ECF Doc. No. 187) regarding their meet and confer and report to the Court of resolved and/or open issues from Jane Doe's Motions (ECF Doc. Nos. 168, 170, and 174), as well as an extension to the current briefing schedule regarding Jane Doe's pending motions.

Dated: April 19, 2024

    s/ Melissa J. Hogan
Melissa J. Hogan, Esq. (BPR # 019430)
QAVAH LAW
8757 Horton Hwy
College Grove, TN 37046
Telephone: (615) 293-6623
melissajhogan@qavahlaw.com

*Counsel for Jane Doe*

   s/ Todd G. Cole (with permission)
Todd G. Cole, Esq. (BPR # 031078)
Andrew Goldstein, Esq. (BPR # 037042)
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

-and-

Robert D. MacGill, Esq. (admitted pro hac vice)
Scott E. Murray, Esq. (admitted pro hac vice)
Patrick J. Sanders, Esq. (admitted pro hac vice)
MACGILL PC
156 E. Market St., Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

The undersigned certifies that on **April 19, 2024**, I electronically filed a copy of the foregoing with the Clerk of Court for the U.S. District Court Middle District of Tennessee through the Court's Electronic Case Filing System, which will automatically serve all counsel of record listed below.

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
Scott Klein, Esq.
Adam Kahan Brody, Esq.
Alex Otchy, Esq.
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: 212-696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
brody@mintzandgold.com
otchy@mintzandgold.com

*Counsel for Defendant Guidepost Solutions LLC*

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
Telephone: 615-326-9059
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
Bradley Arant Boult Cummings, LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
Telephone: 214-357-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, West Virginia 253322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for Defendant Executive Committee of the Southern Baptist Convention*

John R. Jacobson, Esq.
Katharine R. Klein
1906 West End Avenue
Nashville, Tennessee 37203
Telephone: 615-320-3700
jjacobson@rjfirm.com
kklein@rjfirm.com

L. Gino Marchetti, Jr. Esq.
Matthew C. Pietsch, Esq.
Taylor, Pique, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: 615-320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for Defendant Southern Baptist Convention*

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com


-and-

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St., Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*



By: *s/ Melissa J. Hogan*