IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT,<br>    Plaintiff,<br><br>v.<br><br>SOUTHERN BAPTIST CONVENTION,<br>et al.,<br>    Defendants. | Case No. 3:23-cv-00243<br>Judge Campbell/Frensley |

### ORDER

Consistent with the Court's previous order (Docket No. 187) the Parties have filed a notice of resolution regarding document numbers 168, 170, 174 and 183 and stipulation as to the deposition of Jane Doe. Docket No. 191. The Court appreciates the Parties' efforts and incorporates the stipulation regarding the deposition of Jane Doe herein.

In light of the Parties agreement, Jane Doe's motion for protective order to proceed pseudonymously (Docket No. 168) is **GRANTED.** Janes Doe's second motion for protective order (Docket No. 170) is **DENIED AS MOOT**. In light of the foregoing and with consideration of the appropriate legal standards, Jane Doe and Plaintiff's motions to seal (Docket Nos. 174 and 183) are **GRANTED**.

IT IS SO ORDERED.

_____
**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**