IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:23-cv-00243 |
| | ) Judge Campbell/Frensley |
| SOUTHERN BAPTIST CONVENTION, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Johnny Hunt, a pastor and former President of the Southern Baptist Convention ("SBC"), brought this suit against the SBC, the Executive Committee of the SBC ("the Executive Committee"), and Guidepost Solutions LLC ("Guidepost") (collectively, "Defendants") alleging torts including defamation and libel related to an investigative report ("the Report") prepared by Guidepost for the SBC that includes allegations that Mr. Hunt sexually assaulted the wife ("the accuser") of another SBC pastor.[1,2] Docket No. 1. Defendants have each denied the substantive allegations and asserted affirmative defenses. Docket Nos. 154, 155, 161.

This matter is now before the Court upon a "Motion to Reconsider Order No. 158 Regarding Text Messages" filed by Mr. Hunt. Docket No. 162. Mr. Hunt has also filed a

---

[1] Guidepost was engaged by SBC to investigate possible sexual abuse by members of the Executive Committee. Docket No. 1-1, p. 2.
[2] The accuser is also referred to as "the survivor."

Supporting Memorandum and other supporting documents. Docket Nos. 163, 163-1, 165, 165-1, 165-2, 165-3.[3]

In relevant part, Local Rule 7.01 provides:

> **(3) Response.** Except for motions for reconsideration (to which no response shall be filed unless ordered by the Court), any party opposing a motion must serve and file a memorandum of law in response, and if necessary to support assertions of fact, affidavits and depositions, not later than fourteen (14) days after service of the motion, except, that in cases of a motion for summary judgment, that time shall be twenty-one (21) days after the service of the motion, unless otherwise ordered by the Court. The response shall not exceed twenty-five (25) pages without leave of Court. If a timely response is not filed, the motion shall be deemed to be unopposed, except for motions to reconsider for which no response shall be permitted unless ordered by the Court.

L.R. 7.01(a)(3).

In accordance with Local Rule 7.01, Guidepost has not responded to the Motion. If Guidepost opposes the Motion, a response in opposition would benefit the Court's analysis. Therefore, Guidepost may file a response to the Motion no later than May 8, 2024. If Guidepost does not file a response within that time, the Motion will be deemed unopposed.

**IT IS SO ORDERED.**

_____
**Jeffery S. Frensley**
**United States Magistrate Judge**

---

[3] The Supporting Memorandum is filed both under seal and in redacted form in the public record.

2

Case 3:23-cv-00243   Document 193   Filed 05/01/24   Page 2 of 2 PageID #: 2595