# Exhibit 2

*(Hunt Text Message to Blankenship)*

