# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-00243 |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | Judge Campbell |
| GUIDEPOST SOLUTIONS LLC; and | ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE | ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

Plaintiff, Johnny M. Hunt, in accordance with the Court's Order dated April 5, 2024 (Doc. No. 159), provided his phone to an IT professional ("Consilio") for a forensic examination. Consilio extracted all data from Mr. Hunt's phone, regardless of relevance to the case. Consilio collected 34,683 text messages, approximately 19,062 of which appeared to contain only phone numbers as the text message content. Each text message was uploaded by Consilio to a discovery database for Plaintiff's Counsel to apply search terms. Plaintiff's Counsel is now reviewing the results generated from the application of the search terms to the database for relevance, responsiveness, and privileged communications.

The report from Consilio that documents its forensic examination is attached as **Exhibit A.**

Dated: May 16, 2024                          Respectfully submitted,

                                             s/ Andrew Goldstein
                                             **Todd G. Cole, Esq., BPR # 031078**
                                             **Andrew Goldstein, Esq., BPR # 037042**
                                             COLE LAW GROUP, P.C.
                                             1648 Westgate Circle, Suite 301
                                             Brentwood, TN 37027
                                             Telephone: (615) 490-6020
                                             Fax: (615) 942-5914
                                             tcole@colelawgrouppc.com
                                             agoldstein@colelawgrouppc.com

                                             *-and-*

                                             **Robert D. MacGill, Esq. (*pro hac vice*)**
                                             **Scott E. Murray, Esq.  (*pro hac vice*)**
                                             **Patrick J. Sanders, Esq. (*pro hac vice*)**
                                             MACGILL PC
                                             156 E. Market St.
                                             Suite 1200
                                             Indianapolis, IN 46204
                                             Telephone: (317) 721-1253
                                             robert.macgill@macgilllaw.com
                                             scott.murray@macgilllaw.com
                                             patrick.sanders@macgilllaw.com


                                             *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Notice of Filing to be electronically filed with the Clerk of the Court on May 16, 2024, using the CM/ECF system, which will automatically serve all counsel of record listed below:

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
Scott Klein, Esq.
Adam Brody, Esq.
Alex Otchy, Esq.
MINTZ & GOLD LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
brody@mintzandgold.com
otchy@mintzandgold.com

*Counsel for Defendant*
*Guidepost Solutions LLC*

L. Gino Marchetti, Jr., Esq.
Matt C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for the Southern Baptist Convention*

Melissa J. Hogan, Esq.
QAVAH LAW
8757 Horton Hwy
College Grove, TN 37046
Telephone: (615) 293-6623
melissajhogan@qavahlaw.com

*Counsel for Jane Doe*

s/ Andrew Goldstein
Andrew Goldstein