IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SOUTHERN BAPTIST CONVENTION; ) <br> GUIDEPOST SOLUTIONS LLC; and ) <br> EXECUTIVE COMMITTEE OF THE ) <br> SOUTHERN BAPTIST CONVENTION, ) <br> ) <br> Defendants. ) | Case No. 3:23-cv-00243 <br><br> Judge Campbell <br> Magistrate Judge Frensley <br> Jury Demand |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Rules 5.03 and 7.01 of the Local Rules of Court and the Second Amended Agreed Protective Order previously entered in this action (ECF Doc. No. 153), Plaintiff Johnny M. Hunt respectfully submits this Motion for Leave to File Under Seal the unredacted version of Exhibit A to his Notice of Filing filed on May 16, 2024 (Doc. No. 198). The redactions in Exhibit A to the referenced Notice of Filing remove Plaintiff's username and the serial number of Plaintiff's phone. Since a redacted version of the aforementioned exhibit is otherwise publicly filed with the Notice of Filing, and the redactions only remove Plaintiff's username and the serial number of Plaintiff's phone, Plaintiff submits his requested seal is narrowly tailored to keep only the highly confidential information under seal while allowing the public to view all non-confidential information in the concurrently filed redacted version.

For the foregoing reasons, this Court should grant the instant motion and permit the unredacted version of Exhibit A to Plaintiff's Notice of Filing filed on May 16, 2024 (Doc. No. 198) to be filed under seal.

Dated: May 16, 2024                Respectfully submitted,


                                   s/ Andrew Goldstein
                                   **Todd G. Cole, Esq., BPR # 031078**
                                   **Andrew Goldstein, Esq., BPR # 037042**
                                   COLE LAW GROUP, P.C.
                                   1648 Westgate Circle, Suite 301
                                   Brentwood, TN 37027
                                   Telephone: (615) 490-6020
                                   Fax: (615) 942-5914
                                   tcole@colelawgrouppc.com
                                   agoldstein@colelawgrouppc.com


                                   *-and-*


                                   **Robert D. MacGill, Esq. (*pro hac vice*)**
                                   **Scott E. Murray, Esq.  (*pro hac vice*)**
                                   **Patrick J. Sanders, Esq. (*pro hac vice*)**
                                   MACGILL PC
                                   156 E. Market St.
                                   Suite 1200
                                   Indianapolis, IN 46204
                                   Telephone: (317) 721-1253
                                   robert.macgill@macgilllaw.com
                                   scott.murray@macgilllaw.com
                                   patrick.sanders@macgilllaw.com


                                   *Attorneys for Plaintiff*

2

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Motion for Leave to File Under Seal to be electronically filed with the Clerk of the Court on May 16, 2024, using the CM/ECF system, which will automatically serve all counsel of record listed below:

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
Scott Klein, Esq.
Adam Brody, Esq.
Alex Otchy, Esq.
MINTZ & GOLD LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
brody@mintzandgold.com
otchy@mintzandgold.com

*Counsel for Defendant*
*Guidepost Solutions LLC*

L. Gino Marchetti, Jr., Esq.
Matt C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for the Southern Baptist Convention*

Melissa J. Hogan, Esq.
QAVAH LAW
8757 Horton Hwy
College Grove, TN 37046
Telephone: (615) 293-6623
melissajhogan@qavahlaw.com

*Counsel for Jane Doe*

    s/ Andrew Goldstein
    Andrew Goldstein