IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVSION

| | |
|---|---|
| JOHNNY M. HUNT,<br><br>              Plaintiff,<br>   v.<br><br>SOUTHERN BAPTIST CONVENTION;<br>GUIDEPOST SOLUTIONS LLC; and EXECUTIVE<br>COMMITTEE OF THE SOUTHERN BAPTIST<br>CONVENTION,<br><br>              Defendants. | Case No. 3:23-cv-00243<br>Judge Campbell<br>Magistrate Judge Frensley |

## NOTICE OF FILING

Defendant Guidepost Solutions LLC ("Guidepost"), by and through its attorneys, Riley & Jacobson, PLC and Mintz & Gold LLP, hereby certifies that, in compliance with this Court's Order, dated May 14, 2024 (ECF 197), the phones of Ms. Myers Wood, Ms. Tongring, Ms. Kilpatrick, and Mr. Holske were searched and all further responsive text messages in their possessive, custody, and control that were not previously produced from the phones of another custodian have now been produced.

Dated: May 28, 2024

                                                Respectfully submitted,

                                                s/ John R. Jacobson
                                                John R. Jacobson, BPR #14365
                                                Katharine R. Klein, BPR #19336
                                                Riley & Jacobson, PLC
                                                1906 West End Avenue
                                                Nashville, TN 37203
                                                (615) 320-3700
                                                (615) 320-3737 *Facsimile*
                                                jjacobson@rjfirm.com
                                                kklein@rjfirm.com

-and-

**MINTZ & GOLD LLP**
Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Scott Klein (admitted pro hac vice)
Alex Otchy (admitted pro hac vice)
Adam Brody (admitted pro hac vice)
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
otchy@mintzandgold.com
brody@mintzandgold.com

*Attorneys for Guidepost Solutions LLC*

2

Case 3:23-cv-00243    Document 201    Filed 05/28/24    Page 2 of 3 PageID #: 2665

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by electronic mail on the following:

Todd G. Cole
Andrew Goldstein.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill
Scott E. Murray
Patrick J. Sanders
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

L. Gino Marchetti, Jr.
Matt C. Pietsch
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for the Southern Baptist Convention*

Gretchen M. Callas
Thomas J. Hurney, Jr.
JACKSON KELLY PLLC
500 Lee Street East
Suite 1600
P.O. Box 553
Charleston, WV 25322
Telephone: (304) 340-1000
gcallas@jacksonkelly.com
thurney@jacksonkelly.com

Scarlett Singleton Nokes
R. Brandon Bundren
E. Todd Presnell
BRADLEY ARANT BOULT CUMMINGS LLP
ONE 22 ONE
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene Ross Besen
BRADLEY ARANT BOULT CUMMINGS LLP
1445 Ross Avenue
Suite 3600
Dallas, TX 75202
Telephone: (214) 257-9758
gbesen@bradley.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

on this 28th day of May, 2024.

s/John R. Jacobson