IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-00243 |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | Judge Campbell |
| GUIDEPOST SOLUTIONS LLC; and | ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE | ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
|     Defendants. | ) | |

## NOTICE OF MAY 29, 2024 MEET AND CONFER

In compliance with the Court's order dated March 4, 2024 (Doc. No. 147), Plaintiff

Johnny Hunt certifies that Plaintiff's lead counsel met and conferred in person with Defendant's

lead counsel[1] prior to the filing of Plaintiff's Motion to Compel Forensic Collection. This

conference occurred on May 29, 2024 at the Mintz & Gold LLP offices located in New York,

New York. The following attorneys were present: Robert D. MacGill, Patrick J. Sanders

(appearing via phone), Scott Klein, and Alex Otchy.

---

[1] Defendant's counsel, Steven G. Mintz, delegated lead counsel authority to Scott Klein for
purposes of this meet and confer.

Dated: May 31, 2024                    Respectfully submitted,


                                       s/ Andrew Goldstein
                                       **Todd G. Cole, Esq., BPR # 031078**
                                       **Andrew Goldstein, Esq., BPR # 037042**
                                       COLE LAW GROUP, P.C.
                                       1648 Westgate Circle, Suite 301
                                       Brentwood, TN 37027
                                       Telephone: (615) 490-6020
                                       Fax: (615) 942-5914
                                       tcole@colelawgrouppc.com
                                       agoldstein@colelawgrouppc.com


                                       *-and-*


                                       **Robert D. MacGill, Esq. (*pro hac vice*)**
                                       **Patrick J. Sanders, Esq. (*pro hac vice*)**
                                       MACGILL PC
                                       156 E. Market St.
                                       Suite 1200
                                       Indianapolis, IN 46204
                                       Telephone: (317) 721-1253
                                       robert.macgill@macgilllaw.com
                                       patrick.sanders@macgilllaw.com

                                       *Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Notice of May 29, 2024 Meet and Confer to be electronically filed with the Clerk of the Court on May 31, 2024, using the CM/ECF system, which will automatically serve all counsel of record listed below:

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
Scott Klein, Esq.
Adam Brody, Esq.
Alex Otchy, Esq.
MINTZ & GOLD LLP
600 Third Avenue
25th Floor
New York, NY 10016

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

L. Gino Marchetti, Jr., Esq.
Matt C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

3

Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
brody@mintzandgold.com
otchy@mintzandgold.com

*Counsel for Defendant*
*Guidepost Solutions LLC*

*Counsel for the Southern Baptist Convention*

Melissa J. Hogan, Esq.
QAVAH LAW
8757 Horton Hwy
College Grove, TN 37046
Telephone: (615) 293-6623
melissajhogan@qavahlaw.com

*Counsel for Jane Doe*

s/ Andrew Goldstein
ANDREW GOLDSTEIN