# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-00243 |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | Judge Campbell |
| GUIDEPOST SOLUTIONS LLC; and | ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE | ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO COMPEL FORENSIC COLLECTION

Plaintiff Johnny M. Hunt, by and through the undersigned counsel, respectfully moves this Court to compel Defendant Guidepost Solutions LLC ("Guidepost") to forensically collect text messages from the phones of Julie Myers Wood, Krista Tongring, Samantha Kilpatrick, and Russell Holske.

As explained in the accompanying Memorandum, Plaintiff has proof that text messages have been destroyed or lost, and Guidepost failed to comply with the Court's Order and adequately search the phones of Ms. Myers Wood, Ms. Tongring, Ms. Kilpatrick, and Mr. Holske. Instead, Guidepost delegated the responsibility of searching for relevant text messages to each individual witness, resulting in a limited and deficient production.

For the foregoing reasons, as well as the reasons set forth in the accompanying Memorandum, this Court should grant this Motion.

<u>Dated:</u> May 31, 2024	Respectfully submitted,

s/ Andrew Goldstein
**Todd G. Cole, Esq., BPR # 031078**
**Andrew Goldstein, Esq., BPR # 037042**
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 490-6020
Fax: (615) 942-5914
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

*-and-*

**Robert D. MacGill, Esq. (*pro hac vice*)**
**Patrick J. Sanders, Esq. (*pro hac vice*)**
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
patrick.sanders@macgilllaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and correct copy of the foregoing Motion to Compel Forensic Collection to be electronically filed with the Clerk of the Court on May 31, 2024, using the CM/ECF system, which will automatically serve all counsel of record listed below:

| | |
|---|---|
| Todd G. Cole, Esq.<br>Andrew Goldstein, Esq.<br>COLE LAW GROUP, P.C.<br>1648 Westgate Circle, Suite 301<br>Brentwood, TN 37027<br>Telephone: (615) 326-9059<br>tcole@colelawgrouppc.com<br>agoldstein@colelawgrouppc.com<br><br>Robert D. MacGill, Esq.<br>Patrick J. Sanders, Esq.<br>MACGILL PC<br>156 E. Market St.<br>Suite 1200<br>Indianapolis, IN 46204<br>Telephone: (317) 721-1253<br>robert.macgill@macgilllaw.com<br>patrick.sanders@macgilllaw.com<br><br>*Counsel for Plaintiff*<br><br>John R. Jacobson, Esq.<br>Katharine R. Klein, Esq.<br>RILEY & JACOBSON, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>(615) 320-3700<br>(615) 320-3737 *Facsimile*<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz, Esq.<br>Terence W. McCormick, Esq.<br>Scott Klein, Esq.<br>Adam Brody, Esq.<br>Alex Otchy, Esq.<br>MINTZ & GOLD LLP<br>600 Third Avenue<br>25th Floor<br>New York, NY 10016 | Scarlett Singleton Nokes, Esq.<br>R. Brandon Bundren, Esq.<br>E. Todd Presnell, Esq.<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1600 Division Street, Suite 700<br>Nashville, Tennessee 37203<br>Telephone: (615) 244-2582<br>snokes@bradley.com<br>bbundren@bradley.com<br>tpresnell@bradley.com<br><br>Gene R. Besen, Esq.<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>Fountain Place<br>1445 Ross Avenue, Suite 3600<br>Dallas, Texas 75202<br>Telephone: (214) 257-9758<br>gbesen@bradley.com<br><br>Thomas J. Hurney, Jr., Esq.<br>Gretchen M. Callas, Esq.<br>JACKSON KELLY PLLC<br>500 Lee Street East, Suite 1600<br>Post Office Box 553<br>Charleston, West Virginia 25322<br>Telephone: 304-340-1000<br>thurney@jacksonkelly.com<br>gcallas@jacksonkelly.com<br><br>*Counsel for the Executive Committee of the Southern Baptist Convention*<br><br>L. Gino Marchetti, Jr., Esq.<br>Matt C. Pietsch, Esq.<br>TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC<br>2908 Poston Avenue<br>Nashville, TN 37203<br>Telephone: (615) 320-3225<br>gmarchetti@tpmblaw.com<br>matt@tpmblaw.com |

Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
brody@mintzandgold.com
otchy@mintzandgold.com

*Counsel for Defendant
Guidepost Solutions LLC*

*Counsel for the Southern Baptist Convention*

Melissa J. Hogan, Esq.
QAVAH LAW
8757 Horton Hwy
College Grove, TN 37046
Telephone: (615) 293-6623
melissajhogan@qavahlaw.com

*Counsel for Jane Doe*


    s/ Andrew Goldstein
    ANDREW GOLDSTEIN