# MacGill

**Patrick Sanders <patrick.sanders@macgilllaw.com>**

## Hunt v. SBC et al; Ltr to Plaintiff

**Robert MacGill** <robert.macgill@macgilllaw.com>                                         Wed, May 15, 2024 at 5:28 PM
To: Alex Otchy <otchy@mintzandgold.com>
Cc: Adam Brody <brody@mintzandgold.com>, "Bundren, Brandon" <bbundren@bradley.com>, "Callas, Gretchen" <gcallas@jacksonkelly.com>, Gene Besen <gbesen@bradley.com>, Kathy Klein <KKlein@rjfirm.com>, Matt Pietsch <matt@tpmblaw.com>, "Nokes, Scarlett" <snokes@bradley.com>, Scott Klein <Klein@mintzandgold.com>, Scott Murray <Scott.Murray@macgilllaw.com>, Steve Mintz <mintz@mintzandgold.com>, Terence McCormick <McCormick@mintzandgold.com>, "agoldstein@colelawgrouppc.com" <agoldstein@colelawgrouppc.com>, "jjacobson@rjfirm.com" <JJacobson@rjfirm.com>, "patrick.sanders@macgilllaw.com" <patrick.sanders@macgilllaw.com>, "tcole@colelawgrouppc.com" <tcole@colelawgrouppc.com>

Scott and Alex,

We are in the final stages of our work on Pastor Hunt's phone.

We will file our report on Friday and otherwise proceed as appropriate with a supplemental production.

In the meantime, can you please confirm the details of each step GuidePost will be taking to comply with the Order entered yesterday on text messages?

 We would like to discuss the details of the GuidePost compliance in advance to pursue our hope that the GuidePost compliance can be delivered without controversy or any unnecessary motion practice. We assume that the SBC and the SBC Executive Committee share our interest in full compliance as it will be  important to gaining a further understanding of the liability and/indemnity issues in the case.

Can you provide the details before the end of the week?

Best regards.


Robert D. MacGill
MacGill PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46260
317.442.3825
Robert.MacGill@MacGillLaw.com

P Please consider the environment before printing this email.
[Quoted text hidden]