> ORDER: Motion GRANTED.
> */s/ William L. Campbell Jr.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT,<br><br>                Plaintiff,<br>v.<br>SOUTHERN BAPTIST CONVENTION;<br>GUIDEPOST SOLUTIONS LLC; and<br>EXECUTIVE COMMITTEE OF THE<br>SOUTHERN BAPTIST CONVENTION,<br><br>                Defendants. | Case No. 3:23-cv-00243<br>Judge Campbell<br>Magistrate Judge Frensley |

## UNOPPOSED MOTION TO EXTEND PAGE LIMITS BY DEFENDANT GUIDEPOST SOLUTIONS LLC

Pursuant to Local Rule 7.01(a)(2), Defendant Guidepost Solutions LLC ("Guidepost") respectfully moves the Court for a 10-page extension of its Memorandum in Support of its Motion for Summary Judgment, due **July 3, 2024** (Doc. No. 147). Guidepost has conferred with Plaintiff regarding the requested page extension, and Guidepost is authorized to represent that Plaintiff has no opposition to this Motion. In support of Guidepost's requested page extension, Guidepost states as follows:

1. Plaintiff has sued Guidepost for five counts arising from the Report of the Independent Investigation: The Southern Baptist Convention Executive Committee's Responses to Sexual Abuse Allegations and Audit of Procedures and Actions of the Credentials Committee (the "Report"). Guidepost has been sued for libel, negligent infliction of emotional distress, intentional infliction of emotional distress, false light invasion of privacy and public disclosure of private facts.[1]

---

[1] Guidepost also was sued for libel per se, however, that count was dismissed by the Court. (Doc. No. 150.)