# EXHIBIT 14

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


JOHNNY M. HUNT,                      )
                                     )
                    Plaintiff,       )
        vs.                          )    No. 3:23-CV-00243
                                     )
SOUTHERN BAPTIST CONVENTION;         )
GUIDEPOST SOLUTIONS LLC; and         )
EXECUTIVE COMMITTEE OF THE           )
SOUTHERN BAPTIST CONVENTION,         )
                                     )
                    Defendants.      )
_____       )


_____


RULE 30(b)(6) DEPOSITION OF THE EXECUTIVE COMMITTEE OF
        THE SOUTHERN BAPTIST CONVENTION

            (THROUGH JONATHAN HOWE)


        TUESDAY, FEBRUARY 27, 2024


              8:00 A.M.


_____


              Reported by:

    Marta G. Harra, LCR #468, CCR #0317

APPEARANCES


For the Plaintiff:
     MACGILL, PC
     Robert MacGill and Patrick Sanders
     Scott Murray and Elizabeth Merritt (Via Zoom)
     156 East Market Street, Suite 1200
     Indianapolis, Indiana 46204
     robert.macgill@macgilllaw.com
     patrick.sanders@macgilllaw.com
     scott.murray@macgilllaw.com
     elizabeth.merritt@macgilllaw.com



For the Defendant Executive Committee:
     BRADLEY ARANT BOULT CUMMINGS, LLP
     Scarlett S. Nokes and R. Brandon Bundren
     1221 Broadway, Suite 2400
     Nashville, Tennessee 37203
     snokes@bradley.com
     bbundren@bradley.com
and
     BRADLEY ARANT BOULT CUMMINGS LLP
     FOUNTAIN PLACE
     Gene R. Besen (Via Zoom)
     1445 Ross Avenue, Suite 3600
     Dallas, Texas 75202
     gbesen@bradley.com



For the Defendant Executive Committee:
     JACKSON KELLY PLLC
     Jon L. Anderson (Via Zoom)
     500 Lee Street East, Suite 1600
     Post Office Box 553
     Charleston, West Virginia 25322
     janderson@jacksonkelly.com

MAGNA
LEGAL SERVICES

APPEARANCES CONTINUED


For the Defendant Guidepost Solutions LLC:
        RILEY & JACOBSON, PLC
        Katharine R. Klein
        1906 West End Avenue
        Nashville, Tennessee 37203
        kklein@rjfirm.com
and
        MINTZ & GOLD LLP
        Scott Klein and Alex Otchy (Via Zoom)
        600 Third Avenue, 25th Floor
        New York, New York 10016
        klein@mintzandgold.com
        otchy@intzandgold.com




For the Defendant Southern Baptist Convention:
        TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
        Matt C. Pietsch
        2908 Poston Avenue
        Nashville, Tennessee 37203
        matt@tpmblaw.com




Also Present:
        Johnny Hunt (Via Zoom)

MAGNA
LEGAL SERVICES

S T I P U L A T I O N S

The Rule 30(b)(6) deposition of THE EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION (Through JONATHAN HOWE), taken on behalf of the Plaintiff and videotaped by David Drumel on Tuesday, February 27, 2024, in the law office of BRADLEY ARANT BOULT CUMMINGS LLP, for all purposes under the Federal Rules of Civil Procedure.

The formalities as to notice, caption, certificate, et cetera, are waived. All objections, except as to the form of the questions, are reserved to the hearing.

It is agreed that MARTA G. HARRA, being a Licensed Court Reporter and Certified Court Reporter for the State of Tennessee, may swear the witness, and that the reading and signing of the completed deposition by the witness are waived.

5

                    I N D E X

                  W I T N E S S

                 JONATHAN HOWE

                                             PAGE #

Direct Examination by Mr. MacGill ...........10


                  E X H I B I T S

NUMBER                                       PAGE #

Ex. 47 .......................................11
        Third Amended 30(b)(6) Notice of Deposition
of the Executive Committee of the Southern Baptist
Convention

Ex. 48 .......................................23
        Executive Committee of the Southern Baptist
Convention's Responses and Objections to
Plaintiff's Third Amended Rule 30(b)(6) Notice of
Depositions

Ex. 49 .......................................24
        Jonathan Howe's LinkedIn Profile

Ex. 50 ......................................112
        May 27, 2022, SBC This Week Podcast

Ex. 51 ......................................112
        May 27, 2022, SBC This Week Website Post

Ex. 52 ......................................117
        December 2, 2022, SBC This Week Podcast

Ex. 53 ......................................119
        December 3, 2022, SBC This Week Website Post

6

E X H I B I T S

NUMBER                                              PAGE #


Ex. 54 ....................................121
        February 3, 2023, SBC This Week Podcast

Ex. 55 ....................................123
        February 3, 2023, SBC This Week Website Post

Ex. 56 ....................................124
        March 24, 2023, SBC This Week Podcast

Ex. 57 ....................................124
        March 24, 2023, SBC This Week Website Post

Ex. 58 ....................................127
        SBC Constitution

Ex. 59 ....................................134
        Motion Authorizing Sexual Abuse Task Force by
Messengers at 2021 SBC Annual Meeting

Ex. 60 ....................................144
        Bylaws of the Executive Committee of the SBC

Ex. 61 ....................................145
        November 11, 2021 Email from Amy Thompson

Ex. 62 ....................................162
        October 23, 2021 Email from Ed Litton to
Joshua Wester

Ex. 63 ....................................194
        SBC FAQ Document

Ex. 64 ....................................223
        May 21, 2022 Email from Bruce Frank to
Jonathan Howe

Ex. 65 ....................................246
        May 6 Task Force Update

E X H I B I T S

NUMBER                                              PAGE #

Ex. 66 ....................................263
      Confidential Report of the Independent
Investigation

Ex. 67 ....................................276
      May 13, 2022 Email from Christina Bischoff to
Julie Myers Wood and Krista Tongring

Ex. 68 ....................................278
      May 17, 2022 Email from Sunny Lee to Samantha
Kilpatrick

Ex. 69 ....................................280
      Typos & Redaction Errors

Ex. 70 ....................................289
      May 13, 2022 Screenshot of a Text Message
from Julie Myers Wood

Ex. 71 ....................................300
      Executive Committee Rule 26(a)(1) Disclosures

Ex. 72 ....................................305
      May 17, 2022 Email by Amy Thompson to the
Executive Committee Members

Ex. 73 ....................................324
      "Baptist Press" Article, "Criticism of Johnny
Hunt 'restoration' Grows; Preaching Slot Canceled"

Ex. 74 ....................................333
      January 20, 2023 Confidential Statement of
Assignment by the Credentials Committee

Ex. 75 ....................................335
      June 8, 2022 Task Force Challenges and Formal
Recommendations

Ex. 76 ....................................341
      Article Entitled, Criticism of Johnny Hunt
'restoration' grows: preaching slot canceled"

E X H I B I T S

NUMBER                                              PAGE #

Ex. 77 ...................................345
      May 25, 2022 Email from Pastor Rolland Slade
to Jon Wilke

Ex. 78 ...................................351
      November 30, 2022 Email to Credentials

Ex. 79 ...................................356
      January 18, 2023 Email to Credentials

Ex. 80 ...................................358
      Article Entitled, "Todd Benkert leaves SBC
abuse task force after conflict over pastor's
resignation"

Ex. 81 ...................................364
      October 3, 2021 Tweet of Mike Keahbone

Ex. 82 ...................................365
      January 17, 2023 Tweet of Mike Keahbone

Ex. 83 ...................................371
      December 5, 2022 Bart Barber Tweet

Ex. 84 ...................................375
      June 1, 2022 Email from John Yeats to
Rolland Slade

9

```
 1              THE VIDEOGRAPHER:  Good morning.  We are
 2         now on the record.  Today's date is February 27th,
 3         2024, and the time on the video monitor is
 4         approximately 8:16 a.m.
 5              This is Media Unit One in the video
 6         recorded deposition of Jonathan Howe as
 7         representative for the Executive Committee of the
 8         Southern Baptist Convention, in the matter of
 9         Johnny Hunt v. Southern Baptist Convention, et al.,
10         filed in the United States District Court for the
11         Middle District of Tennessee, Nashville Division,
12         Case No. 3:23-CV-00243.
13              This deposition is being taken at Bradley
14         located at 1221 Broadway in Nashville, Tennessee,
15         at the request of the plaintiff.
16              The videographer is -- I'm David Drumel
17         with Magna Legal Services.  The court reporter is
18         Marta Harra with Magna Legal Services as well.
19              Counsel, please state your appearances
20         for the record, which will then be followed by the
21         swearing of the witness by the court reporter.
22              MR. MacGILL:  Rob MacGill and Patrick
23         Sanders representing the Plaintiff Pastor Johnny
24         Hunt.
25              MS. NOKES:  Scarlett Nokes and Brandon
```

MAGNA
LEGAL SERVICES

1    Bundren representing Defendant Executive Committee

2    of the Southern Baptist Convention.

3         MR. PIETSCH:  Matt Pietsch representing

4    the Southern Baptist Convention.

5         MR. KLEIN:  Kathy Klein representing

6    Guidepost Solutions.

7              JONATHAN HOWE,

8    was called as a witness, and after having been

9    first duly sworn, testified as follows:

10   DIRECT EXAMINATION BY MR. MacGILL:

11   Q.   Good morning, sir.

12   A.   Good morning.

13   Q.   Would you state your name for the record, please?

14   A.   Jonathan Howe.

15   Q.   All right.  And where are you employed, sir?

16   A.   The Executive Committee of the Southern Baptist

17   Convention.

18   Q.   And what is your job there at the Executive

19   Committee at the Southern Baptist Convention?

20   A.   I am the interim president and CEO.

21   Q.   All right.  You say "interim president."

22        When were you made the interim president and

23   CEO of the Southern -- the Executive Committee?

24   A.   August 17th, 2023.

25   Q.   Now, are you the interim CEO, as well as the

```
 1      interim president?
 2   A.    Yes.
 3   Q.    All right.  And can you tell us about this interim
 4         portion of your title?  Are you expected to be
 5         replaced at some point or do you anticipate being
 6         the president and CEO?
 7   A.    I anticipate being replaced.  There's a called
 8         meeting -- should be called in March of 2024 -- to
 9         call a new permanent president.
10   Q.    I'm sorry, in March of 2024 you expect what?
11   A.    A meeting of the Executive Committee to approve and
12         recommend a new president.
13   Q.    When in March is that meeting set?
14   A.    It has not been officially set yet.
15   Q.    All right.  And what do you expect your role to be
16         after March of 2024?
17   A.    I expect to return to my role as the vice president
18         for communications at the Executive Committee.
19              (Marked Exhibit No. 47, Third Amended
20         30(b)(6) Notice of Deposition of the Executive
21         Committee of the Southern Baptist Convention.)
22   Q.    (BY MR. MacGILL)  Sir, I'm going to hand you what
23         has been marked as an Exhibit 47, and ask, first,
24         have you appeared pursuant to that notice?
25   A.    I have.
```

1   Q.   All right.  Could you tell the Court what you've

2        done to prepare to give testimony pursuant to the

3        notice?

4   A.   I have reviewed the documents provided in the case

5        and those that have been made known in discovery.

6             I reviewed the documents of the case,

7        including the Guidepost Solutions report, as well

8        as the engagement letter.

9             I have met with counsel four times; two times

10       joint counsel, one time each with the Executive

11       Committee counsel and the Southern Baptist

12       Convention counsel.

13            And I have spoken with staff, specifically

14       Christy Peters and Mike Bianchi on staff at the

15       Executive Committee for information on the

16       credentials committee, as well as finances.

17  Q.   What was Mike's last name, sir?

18  A.   Bianchi, B-I-A-N-C-H-I.

19  Q.   And what is his role with the Executive Committee?

20  A.   Interim chief financial officer.

21  Q.   And he is employed by the Executive Committee?

22  A.   Correct.

23            Well, he is contracted with the Executive

24       Committee.  He is not an employee.

25  Q.   Where is he employed?

MAGNA

LEGAL SERVICES

```
 1   A.   He is the owner of GuideServe, which is a financial
 2        company for churches.
 3   Q.   You say GuideServe is his employer?
 4   A.   Yes.
 5   Q.   And you say that's a consultancy of some kind?
 6   A.   Yes, sir.
 7   Q.   And what type of consultancy is it?
 8   A.   Finances --
 9   Q.   Okay.
10   A.   -- for -- financial services for churches.
11   Q.   Now, you said you -- to prepare you reviewed
12        documents.  Do you recall that?
13   A.   Uh-huh.
14   Q.   And you also have, on four separate occasions, met
15        with counsel?
16   A.   Correct.
17   Q.   Let's -- could you tell the Court when you met with
18        counsel?
19   A.   I met once last month with joint counsel, once last
20        week with joint counsel, and then once last week
21        with separate counsel for the EC, as well us the
22        Executive Committee -- I mean -- I'm sorry, the EC
23        and the Southern Baptist Convention counsel.
24   Q.   So the meetings in January, you met two times with
25        whom?
```

MAGNA○
LEGAL SERVICES

```
 1   A.   Oh, I'm sorry that was -- I'm sorry, it was

 2        February the 2nd.  It was not January.  February.

 3        I'm sorry.

 4   Q.   All right, so you met twice in February; is that

 5        right?

 6   A.   Uh-huh.

 7   Q.   And the first meeting in February, who was there?

 8   A.   And present was Gene Besen, counsel for the

 9        Executive Committee, along with Jon Anderson

10        from -- I think with -- I guess, insurance.  Jon's

11        on the call today.

12             And then --

13   Q.   So what was your understanding of Mr. Besen and

14        Mr. Anderson's role?

15   A.   They are counsel for the Executive Committee.

16   Q.   All right.  And who else was in that first meeting?

17   A.   Oh, gosh, I am drawing a blank on his name.  Tom

18        Hurney.  Tom Hurney.

19   Q.   Hurney?

20   A.   Yes.

21   Q.   All right.  And where is Mr. Hurney employed?

22   A.   He's with Mr. Anderson.  The same firm.

23   Q.   All right.  Now, Mr. Besen -- In terms of these

24        lawyers, in terms of Mr. Anderson, which firm does

25        he work with, do you know?
```

```
 1   A.   I'm not quite sure what the name of the firm is,
 2        honestly.  I don't have that.
 3   Q.   So is he with -- is -- I see that Mr. Hurney is
 4        employed by the Jackson --
 5   A.   Yeah.
 6   Q.   -- Kelly firm.
 7   A.   Yeah, Jackson Kelly.  Yes, there we go.
 8   Q.   All right.  Is Mr. Anderson also employed --
 9   A.   Yes, I believe so.
10   Q.   Now, what is the role of the Jackson Kelly firm, as
11        you understand it?
12   A.   Jackson Kelly has been retained by our insurance
13        company.  They are assisting in counsel for the
14        Executive Committee.
15   Q.   All right.  When you say your "insurance company,"
16        which insurance company?
17   A.   Brotherhood Mutual.
18   Q.   I'm sorry?
19   A.   Brotherhood Mutual.
20   Q.   I didn't hear the first name.
21   A.   Brotherhood Mutual.
22   Q.   Brotherhood Mutual?
23   A.   Yeah.
24   Q.   Thank you.
25             Do you have an understanding, in general
```

1     terms, as to what the Brotherhood Mutual Insurance

2     Company provides?

3  A.    Yes.

4  Q.    What are the limits provided by that?

5  A.    The limits, insurance limits?

6  Q.    Of insurance, yeah.

7  A.    I don't have that policy in front of me.

8  Q.    How much insurance is provided, do you know?

9  A.    On those, I'm not certain.

10  Q.    Have you looked at those policies yourself?

11  A.    I have, it's -- it's just I don't have it in front

12     of me.  I'm sorry.

13  Q.    But, in any event, the Jackson Kelly firm has been

14     employed by the Brotherhood --

15  A.    Yes.

16  Q.    -- Insurance Company to provide a defense?

17  A.    Correct.

18  Q.    All right.  And separately.  So you have that law

19     firm representing the EC; is that right?

20  A.    That's correct.

21  Q.    In addition, you have the law firm, the Bradley law

22     firm, representing the EC --

23  A.    Correct.

24  Q.    -- is that right?

25  A.    Correct.

MAGNA
LEGAL SERVICES

```
1    Q.    Okay.  Now, looking at the meeting, have you
2          described each of the Executive Committee counsel
3          that were in the first meeting that you described?
4    A.    Yes.
5    Q.    Who was in the second meeting?
6    A.    The second meeting would have been Scarlett Nokes,
7          Brandon, Matt, as well as Gene, Jon, and Tom.
8    Q.    And where was the second meeting?
9    A.    Here at Bradley.
10   Q.    Where was the first meeting?
11   A.    In Dallas at the Bradley offices.
12              The second one was in Nashville at Bradley.
13   Q.    In meeting the Dallas, it was just EC counsel as
14         you've --
15   A.    Correct.
16   Q.    -- just EC counsel who you've described; right?
17   A.    Correct.
18   Q.    Mr. Besen, Mr. Henry (sic) --
19   A.    Yes.
20   Q.    -- and Mr. Anderson in that meeting?
21   A.    Uh-huh.
22   Q.    Okay.  And who was else was in the meeting besides
23         yourself, in Dallas?
24   A.    Just me.
25   Q.    I'm sorry?
```

MAGNA

LEGAL SERVICES

```
 1   A.   Just -- Who was in Dallas --

 2   Q.   Yeah.

 3   A.   -- specifically?  Just Mr. Besen and me.

 4   Q.   Just you and Mr. Besen alone?

 5   A.   Correct.

 6   Q.   And were there other people by phone?

 7   A.   It was by Zoom.

 8   Q.   And who was by Zoom?

 9   A.   Mr. Anderson and Mr. Hurney.

10   Q.   Thank you.

11        And then the second meeting was in Nashville

12        that you described --

13   A.   That's correct.

14   Q.   -- with the various participants?

15   A.   Uh-huh.

16   Q.   And was there anyone else in the meeting?

17   A.   No.

18   Q.   And how long was the Dallas meeting?

19   A.   Roughly four hours.

20   Q.   And how long was the Nashville meeting?

21   A.   Roughly seven hours.

22   Q.   All right.  And is that the meeting where you

23        looked at certain documents, as you've described?

24   A.   Correct.

25   Q.   Okay.  Now, you said there were other meetings.
```

MAGNA
LEGAL SERVICES

```
 1        There was one time where you met -- There was

 2        another meeting as well?

 3   A.   Yes.

 4   Q.   When was that, sir?

 5   A.   Well, there was a Zoom meeting yesterday.  No,

 6        wait, I'm sorry.  Sunday.  Sunday.

 7   Q.   And who was in the Zoom meeting?

 8   A.   Scarlett Nokes, Brandon Bundren, Matt Pietsch, Gene

 9        Besen, Jon Anderson.

10   Q.   How long was that meeting?

11   A.   Thirty minutes.

12   Q.   Did you review documents during that meeting?

13   A.   We did.

14   Q.   Do you recall the documents you reviewed on Sunday?

15   A.   Yes.

16   Q.   What did you review on Sunday?

17   A.   The Complaint, as well as the report, and the

18        interrogatories from the Executive Committee.

19   Q.   Anything else?

20   A.   No.

21   Q.   No?

22   A.   No.

23   Q.   Did you have another meeting after Sunday?

24   A.   We had another meeting at the end of the day on --

25        what day was that?  I'm trying to think -- Friday.
```

MAGNA

LEGAL SERVICES

```
 1         Whatever we -- following the other joint meeting

 2         that we had.

 3    Q.   All right.  So you described a meeting on Sunday.

 4         Did you have another meeting prior to Sunday?

 5    A.   Yes.

 6    Q.   And when was that?

 7    A.   It was following the meeting of the joint meeting

 8         last week.

 9    Q.   All right.  So the joint meeting in Nashville that

10         you said --

11    A.   Yeah.

12    Q.   -- was seven hours long --

13    A.   Yeah.

14    Q.   -- that was last week sometime?

15    A.   Yeah, uh-huh.

16    Q.   Do you remember the day?

17    A.   I'm trying to think through my week last week.  It

18         would have been Friday.

19    Q.   That would have been Friday?

20    A.   Yes.

21    Q.   All right.  And there was a meeting after the

22         Nashville meeting?

23    A.   Yes.

24    Q.   When was that?

25    A.   Late afternoon, 4:00.
```

```
 1    Q.    Oh.  So you met for the morning --

 2    A.    Yeah.

 3    Q.    -- for about --

 4    A.    -- the morning through dinner -- through lunch, and

 5          then met separately with Matt Pietsch, with the

 6          Southern Baptist Convention, after that.

 7    Q.    And that meeting was just with Mr. Pietsch?

 8    A.    Correct.

 9    Q.    And who was in that meeting?

10    A.    Me and Mr. Pietsch.

11    Q.    And where was that meeting?

12    A.    Here at Bradley.

13    Q.    And when did that occur?

14    A.    Late afternoon.  Roughly 4:00.

15    Q.    On Friday --

16    A.    Friday.

17    Q.    -- the 25th --

18    A.    Correct.

19    Q.    -- of February?

20          All right.  Now, with respect to that meeting,

21          did you review certain documents?

22    A.    That wouldn't have been the 25th, that would have

23          been the 23rd.

24    Q.    I'm sorry.  It was the 23rd?

25    A.    Yes.
```

MAGNA
LEGAL SERVICES

```
 1   Q.   So on February 23rd, that was Friday --

 2   A.   Yeah.

 3   Q.   -- right?

 4        Okay.  And was it February 23rd that you met

 5        with the collection of lawyers here in Nashville

 6        that you testified to?

 7   A.   Correct.

 8   Q.   Looking at this sequence of events where you met

 9        with the lawyers, these four separate meetings, do

10        you now recall when it was you went to Dallas?

11   A.   Yeah, it was February the 2nd.

12   Q.   February --

13   A.   2nd.

14   Q.   -- 2nd?  Thank you.

15        Now, based on your preparations that you've

16        described to this Court and jury, do you feel

17        prepared to give testimony on the topics that have

18        been listed on Exhibit 37 -- 47?

19   A.   Yes, I do.

20   Q.   All right.  Now --

21        MR. MacGILL:  And, just for the record,

22        we do have certain objections that we'll make of

23        record here at the end --

24        THE WITNESS:  Yeah.

25        MR. MacGILL:  -- that has been interposed
```

MAGNA®
LEGAL SERVICES

```
 1        by the Executive Committee.
 2   Q.   (BY MR. MacGILL)  You're aware of some objections
 3        that have been filed as well?
 4   A.   I am.
 5   Q.   All right.
 6             MS. NOKES:  If we can just go ahead and
 7        mark those like 48.
 8             (Marked Exhibit No. 48, The Executive
 9        Committee of the Southern Baptist Convention's
10        Responses and Objections to Plaintiff's Third
11        Amended Rule 30(b)(6) Notice of Depositions.)
12   Q.   (BY MR. MacGILL)  Sir, I'm going to hand you
13        Exhibit 48.
14             Have you seen Exhibit 48 before?
15   A.   I have.
16   Q.   I'm sorry?
17   A.   I have.
18   Q.   When did you see those -- or see that?
19   A.   Friday, February 23rd.
20   Q.   Did you have any influence on the preparation of
21        that?
22   A.   No, sir.
23   Q.   This was only the lawyers that prepared Exhibit 48?
24   A.   Correct.
25   Q.   No input from the SBC Executive Committee, to your
```

MAGNA
LEGAL SERVICES

```
 1        knowledge?

 2   A.   To my knowledge, no, sir.

 3   Q.   And no input from the SBC, to your knowledge?

 4   A.   No, sir.

 5   Q.   Okay.  Now, sir, I'm going to ask you a little bit

 6        about your educational background.

 7   A.   Okay.

 8             (Marked Exhibit No. 49, Jonathan Howe's

 9        LinkedIn Profile.)

10   Q.   (BY MR. MacGILL)  I'm going to hand you your

11        LinkedIn profile.

12   A.   Oh.

13   Q.   And you'll see that -- You have a computer in front

14        of you there, sir?

15   A.   Yes.

16   Q.   Now, we're going to display electronically certain

17        exhibits to you --

18   A.   Okay.

19   Q.   -- so that we can make some references today.

20   A.   Okay.

21   Q.   So on your screen you will have a document that's

22        Exhibit 49.

23             Do you have that in front of you?

24   A.   I do.

25   Q.   And is this your LinkedIn profile, sir?
```

1   A.   It appears to be.

2   Q.   All right.  And is this LinkedIn profile accurate?

3   A.   Yes, sir.

4   Q.   Who was the president of the Executive Committee

5      prior to you?

6            MR. BUNDREN:  Do you have a copy for us?

7            MR. MacGILL:  It's electronic.  All

8      electronic at this point.

9            MR. BUNDREN:  Oh.  Is it displayed in the

10     Zoom meeting?

11           MR. SANDERS:  We sent around an AgileLaw

12     pin yesterday.

13           MR. BUNDREN:  Okay.

14           MR. MacGILL:  So just use the AgileLaw

15     pin and you'll have access to all of these

16     exhibits.

17           MR. BUNDREN:  All right.  Okay, I'll do

18     that.  Thank you.

19           MR. MacGILL:  Okay.  And, Scott and Alex,

20     are you hearing what we're saying?

21           MR. OTCHY:  Yes.

22           MR. MacGILL:  Okay.  Fair enough.

23           MR. KLEIN:  Thank you.

24           MR. MacGILL:  Yes.

25   Q.  (BY MR. MacGILL)  All right.  So Exhibit 49.

```
 1            Who was the president of the SBC Executive

 2       Committee prior to you?

 3   A.   The president?

 4   Q.   Yes, sir.

 5   A.   It would have been Ronnie Floyd.

 6   Q.   How do you spell -- It's Ronnie?

 7   A.   Yes.

 8   Q.   And what's his last --

 9   A.   I-E.

10            Floyd.

11   Q.   Spell that, please.

12   A.   F-L-O-Y-D.

13   Q.   F-O --

14   A.   F-L-O-Y-D.

15   Q.   Floyd.  My mistake.  Okay.

16            So Mr. Ronnie Floyd?

17   A.   Uh-huh.

18   Q.   When did he serve as president of the EC?

19   A.   He came on in May of 2019, and his term -- he

20       resigned in -- and left at the end of October of

21       2021.

22   Q.   Do you know why Mr. Floyd resigned?

23   A.   He resigned because he felt like he could no longer

24       do his fiduciary duties.

25   Q.   And did you have an understanding as to why he --
```

MAGNA
LEGAL SERVICES

```
 1         did he say to you why that he had resigned?
 2    A.   We never spoke about his resignation.
 3    Q.   What did you understand -- what did you understand
 4         to be the details?
 5    A.   It was following the waiver of privilege and the
 6         subsequent investigation into the Executive
 7         Committee that was passed at the 2021 SBC annual
 8         meeting.
 9    Q.   Was he a board member -- was he a board member at
10         the time of his resignation, based on the waiver of
11         privilege issue that arose?
12    A.   He was not a board member.
13    Q.   He was simply -- not simply, but he was the
14         president --
15    A.   Correct.
16    Q.   -- of the SBC Executive Committee?
17    A.   That's correct.
18    Q.   Now, did you understand -- What did you understand
19         about the waiver of privilege issue that had come
20         to the fore, or to the forefront, in October of
21         2021?
22    A.   Can you clarify?
23    Q.   Yes.  You said -- you told the jury here that he
24         had resigned due to a waiver of privilege issue.
25              Do you recall that testimony?
```

MAGNA
LEGAL SERVICES

```
1    A.    I do.

2    Q.    What did you understand the waiver of privilege

3          issue to involve?

4    A.    Waiving privilege for the Guidepost investigation

5          pursuant to the motion passed in 2021 at the SBC

6          annual meeting.

7    Q.    And what was the issue?  Why was that of concern to

8          anyone, as you understood things?

9    A.    Because -- Why was what of concern?  I'm sorry.

10   Q.    The waiver of privilege.

11   A.    It was part of the motion that was passed in 2021.

12   Q.    Well, what -- The motion in 2021, what motion are

13         you referring to?

14   A.    The motion to investigate the Executive Committee

15         for its handling of sexual abuse since --

16   Q.    So did Ms. -- had the president of the Executive

17         Committee of the SBC, Mr. Floyd, had he expressed

18         concerns specifically about waiving privilege

19         associated with the motion to investigate the

20         Executive Committee?

21   A.    He had.

22   Q.    All right.  Tell us what you understand about that.

23   A.    In what way?

24   Q.    Well, what did you understand to be the issue

25         associated with this waiver of privilege?
```

```
 1   A.   He did not feel it was a fiduciary responsibility

 2        to waive privilege.

 3   Q.   He felt -- Did you understand that he felt it was

 4        not responsible, as a fiduciary, to waive

 5        privilege?

 6   A.   Correct.

 7   Q.   And did he express those thoughts to you?

 8   A.   Directly?

 9   Q.   Yes.

10   A.   No, sir.

11   Q.   Indirectly?

12   A.   Yes, sir.

13   Q.   What did you understand the issue to be, as far as

14        he was concerned?

15   A.   That it was not responsible for the Executive

16        Committee to waive privilege in the investigation.

17   Q.   Why?

18   A.   He did not feel it was part of his fiduciary

19        responsibility.

20   Q.   Why?  I mean did you have any understanding as to

21        what the logic was associated with it being

22        irresponsible to waive privilege associated with

23        the investigation?

24   A.   He did not feel it was a best practice, as outlined

25        in the motion.
```

30

```
 1   Q.   Why not -- why wasn't it a, quote, best practice as
 2        outlined in the motion?
 3   A.   That is a question for him.
 4   Q.   All right.  When you say it's a "question for him,"
 5        did you have any understanding?
 6   A.   Of his reasoning on that?
 7   Q.   Yes, sir.
 8   A.   No, sir.
 9   Q.   Where is Mr. Floyd now?
10   A.   I believe he resides in Springdale, Arkansas.
11   Q.   Springville, Arkansas?
12   A.   Springdale.
13   Q.   Springdale, Arkansas.
14        Have you had any -- have you had any
15        communications with Mr. Floyd since his
16        resignation?
17   A.   A brief phone call or text or email.
18   Q.   When was that?
19   A.   I do not recall the specific dates.
20   Q.   Now, his resignation was in October of 2021, as
21        you've testified; correct?
22   A.   Correct.
23   Q.   And that was the beginning of the Guidepost
24        engagement, roughly speaking?
25   A.   Roughly speaking.
```

MAGNA®
LEGAL SERVICES

```
 1   Q.   Okay.  So it was your understanding that the
 2        president of the SBC Executive Committee was
 3        unwilling to -- repeat, unwilling to continue in
 4        his role once Guidepost was engaged to do this
 5        investigation; is that right?
 6   A.   Correct.
 7   Q.   Okay.  Now, did you -- you became interim president
 8        when, sir?
 9   A.   In August of 2023.
10   Q.   Okay.  Who was the interim president after
11        Mr. Floyd resigned, based on his concerns about the
12        investigation authorized by the SBC Executive
13        Committee?
14   A.   That would have been Willie McLaurin.
15   Q.   I'm sorry?
16   A.   Willie McLaurin.  M-c-L-A-U-R-I-N.
17   Q.   And he became the president --
18   A.   Interim president.
19   Q.   -- the interim president.
20            What was his role at the time?
21   A.   He was the vice president for Great Commission
22        Relations and Mobilization.
23   Q.   Vice president of what?
24   A.   Great Commission Relations and Mobilization.
25   Q.   Okay.  And you say he was the interim president.
```

MAGNA○
LEGAL SERVICES

```
 1          How long did he serve as the interim president?

 2     A.   From February of 2022 through August of 2023.

 3     Q.   And in August of 2023 that's when you became the

 4          interim president?

 5     A.   That's correct.

 6     Q.   Now, I want to focus on Mr. McLaurin for a few

 7          minutes.

 8     A.   Okay.

 9     Q.   Initially -- We'll have a lot to visit with you

10          about -- today about Mr. McLaurin, as you've

11          anticipated, I'm sure.

12               But, first, with respect to Mr. McLaurin, did

13          he express any concern about serving as the interim

14          president, based on this waiver of privilege issue

15          associated with the investigation?

16     A.   He did not.

17     Q.   He was happy to go forward in this, as you

18          understood it?

19     A.   That's correct.

20     Q.   Was he on the -- Pardon me.  Was he on the staff of

21          the SBC Executive Committee prior to becoming

22          interim president?

23     A.   He was.

24     Q.   And that was his vice president role that you

25          described?
```

MAGNA
LEGAL SERVICES

```
 1   A.   That's correct.

 2   Q.   How long had he been the -- in that vice president

 3        role?

 4   A.   Since January of 2020.

 5   Q.   And then -- so he served from January of 2020 as

 6        the vice president, as you've described --

 7   A.   Correct.

 8   Q.   -- and became the interim president in February of

 9        2022; is that right?

10   A.   That's correct.

11   Q.   And prior to January of 2020 what had been

12        Mr. McLaurin's role with the SBC Executive

13        Committee, if any?

14   A.   None.

15   Q.   What was his -- How was he employed at the time?

16   A.   He was the associate state executive director of

17        the Tennessee Baptist Mission Board.

18   Q.   For how many years?

19   A.   I am not certain.  Roughly 15.

20   Q.   Had you had dealings or a relationship with him

21        prior to that, when he was the -- you said, the

22        associate --

23   A.   Associate.

24   Q.   -- executive director of the Tennessee Baptist --

25   A.   Uh-huh.
```

MAGNA
LEGAL SERVICES

```
1   Q.   -- Commission Board?

2   A.   Mission Board.

3   Q.   Okay.

4   A.   Yeah.  I had not.

5   Q.   All right.  And he had had that, you said,

6        approximately 20 years; is that right?

7   A.   Fifteen to 20, yeah.

8   Q.   So who hired him to be the interim president?

9   A.   Ronnie Floyd.

10  Q.   I'm sorry?

11  A.   Ronnie Floyd.

12  Q.   I'm having trouble --

13  A.   Oh, I'm sorry.  To be the interim president?

14  Q.   Yes, sir.

15  A.   That was a decision of the board, the officers of

16       the board.

17  Q.   The officers of the board --

18  A.   Of the Executive Committee.

19  Q.   Okay.

20  A.   Sorry.

21  Q.   So it was the board of the Executive Committee of

22       the SBC that hired Mr. McLaurin to be president,

23       once there was a resignation by Mr. Ron Floyd; is

24       that right?

25  A.   Ronnie, yes.  Correct.
```

MAGNA

LEGAL SERVICES

1   Q.   You say "Ronnie" is the proper name?

2   A.   Uh-huh.

3   Q.   Okay.  Now, were you involved with the decision

4        itself to engage Mr. McLaurin as president of

5        the -- interim president of the SBC Executive

6        Committee?

7   A.   I was not.

8   Q.   Did you come to -- Did you then work with

9        Mr. Laurin -- McLaurin in connection with his role?

10  A.   I did.

11  Q.   Now, just to get a little more clear focus on the

12       resignation of Mr. Ronnie Floyd in October of 2021

13       regarding -- or associated with the waiver of

14       privilege issue, as you've described, were there

15       other members of the SBC Executive Committee that

16       resigned?

17  A.   There were.

18  Q.   Who were the other members that resigned?

19  A.   I would have to look that up.

20  Q.   Can you give us --

21  A.   There were several.

22  Q.   Okay.  So several resigned.

23            Can you describe to the Court and jury how

24       many resigned as a result of the investigation that

25       had been commissioned with Guidepost?

MAGNA
LEGAL SERVICES

```
 1   A.   I would say none resigned as a result of the

 2        investigation commission with Guidepost.

 3   Q.   Okay.  Well, let's talk about the resignations.

 4            Were there resignations of several people

 5        prior to the completion of the Guidepost report?

 6   A.   There were.

 7   Q.   Approximately how many?

 8   A.   Fifteen to 20.

 9   Q.   And when did these -- Roughly speaking, sir --

10   A.   Uh-huh.

11   Q.   -- could you tell this Court when it was that 15 to

12        20 members of the Executive Committee resigned in

13        connection with the investigation that had been

14        authorized in March of 2021?

15   A.   There was no investigation authorized in March of

16        2021.

17   Q.   Okay.  Maybe I've misstated the dates.

18            When was the Guidepost investigation

19        authorized?

20   A.   The investigation was authorized by messengers to

21        the Convention in June of 2021.

22   Q.   Okay.  And who authorized the investigation by

23        Guidepost?

24   A.   The messengers of the Southern Baptist Convention

25        passed a motion.
```

1   Q.   I'm sorry?

2   A.   The messengers of the Southern Baptist Convention

3       passed a motion in June of 2021 authorizing that.

4   Q.   And let's focus very specifically on who it was

5       that resigned after the SBC authorized the

6       investigation in June of 2021.

7       You indicated that there were approximately 15

8       to 20 resignations --

9   A.   That's correct.

10   Q.   -- after June of 2021?

11   A.   That's correct.

12   Q.   Now, sir, focusing specifically on the period of

13       time after June 2021, can you tell the Court,

14       please, identities of persons that resigned after

15       June of 2021?

16   A.   I can attempt to give you some.

17   Q.   I'm sorry?

18   A.   I will try my best.

19       Rod Martin.

20   Q.   Okay.  Please slow down a little bit.

21   A.   Okay.

22   Q.   Rod Martin.  And what was his role?

23   A.   He was just a board member.

24       These are all board members.

25   Q.   Board members of which entity?

```
 1   A.   The Executive Committee --

 2   Q.   Okay.

 3   A.   -- I'm sorry.

 4   Q.   All right.  Rod Martin is one.

 5   A.   Rob Showers; Robin Hari, H-A-R-I; Melissa Golden.

 6        I can see faces, but I can't come up with names.

 7           I'm drawing a blank on the names.

 8   Q.   Okay.

 9   A.   I'm sorry.

10   Q.   So you've given us four names --

11   A.   Yes.

12   Q.   -- of members of the Executive Committee of the SBC

13        who resigned after June of 2021, once this

14        investigation was commissioned, is that right --

15   A.   That's correct.

16   Q.   -- or authorized?

17   A.   Correct.

18   Q.   Now, there are another --

19   A.   Ten to 15.

20   Q.   -- ten or 15 others that you cannot identify in

21        terms of individuals who resigned after June of

22        2021; right?

23   A.   Correct.

24   Q.   Now, did you have an understanding as to why these

25        15 to 20 members of the Executive Committee of the
```

MAGNA○
LEGAL SERVICES

```
 1          SBC resigned after June of 2021?

 2    A.    Specifically?

 3    Q.    Yes, sir.

 4    A.    No, sir.

 5    Q.    Generally?

 6    A.    Generally?  Due to the waiver of privilege by

 7          the -- the vote to waive privilege by the Executive

 8          Committee.

 9    Q.    When was the vote to waive privilege by the

10          Executive Committee?

11    A.    The final vote on that would have been October the

12          5th, 2021.

13    Q.    Did these 15 to 20 resignations of the Executive

14          Committee members come after October 5 of 2021?

15    A.    Some before, some after.

16    Q.    How many before?

17    A.    I do not recall.

18    Q.    Now, at the time of these -- And how many members

19          of the Executive Committee were there at the time

20          of these resignations during the year 2021?

21    A.    Eighty-six.

22    Q.    I'm sorry?

23    A.    Eighty-six.

24    Q.    So approximately, using rough numbers,

25          approximately 20 percent of the Executive Committee
```

1    members of the SBC resigned after the report was

2    commissioned in June of 2021; right?

3  A.   That's correct.

4  Q.   Was one of the 86 members who resigned a gentleman

5    by the name of Mark Lanier?

6  A.   No, sir.

7  Q.   No?  Did he resign at any point?

8  A.   He's not a member of the Executive Committee.

9  Q.   Was he ever an advisor to the Executive Committee,

10   sir?

11 A.   Define "advisor."

12 Q.   Give advice, give counsel in terms of how to

13   proceed?

14 A.   To the Executive Committee?

15 Q.   Yes.

16 A.   No, sir.

17 Q.   Did he ever give any counsel to the SBC?

18 A.   No, sir.

19 Q.   How was he involved, to your knowledge?

20 A.   He wasn't, to my knowledge.

21 Q.   Now, have you seen some emails with his name on it?

22 A.   In the documents provided?

23 Q.   Yes.

24 A.   No, sir.

25 Q.   No?

MAGNA
LEGAL SERVICES

```
 1              And, to your knowledge, you have no knowledge

 2         of Mr. Lanier's involvement with the SBC?

 3   A.    No.

 4   Q.    No?

 5   A.    No, sir.

 6   Q.    And you have no knowledge of Mr. Lanier's

 7         involvement, if any, with the SBC Executive

 8         Committee; is that correct?

 9   A.    That's correct.

10   Q.    Okay.  Now, I want to talk about you individually,

11         sir, in connection with your role as the designated

12         witness of the Executive Committee.

13              When these resignations, these 15 to 20

14         resignations came about in the year 2021, did you

15         become concerned yourself about the wisdom or the

16         propriety, either one, of this investigation?

17   A.    No, sir.

18   Q.    You had no concerns whatsoever?

19   A.    No, sir.

20   Q.    Okay.  Now, when Mr. McLaurin became the interim

21         president, you reported to him; is that correct?

22   A.    That's correct.

23   Q.    And you reported to him from the period of

24         February 2022 through August of 2023?

25   A.    That's correct.
```

```
1    Q.    And how many other direct reports did he have?

2    A.    At least nine.

3    Q.    Okay.  And how big was the staff of the Executive

4          Committee?

5    A.    At that time?

6    Q.    In 2021.

7    A.    In 2021?

8    Q.    Yes, sir.

9    A.    It would have been roughly 25 to 30.

10   Q.    Okay.  And what's the aggregate payroll of the SBC

11         Executive Committee?

12   A.    Oh, I'm not certain.  I would have to look that up.

13   Q.    Do you remember the pay level of Mr. McLaurin at

14         the time he was president?

15   A.    The pay level?

16   Q.    Yes, sir.

17   A.    No, sir.

18   Q.    What the pay was?

19   A.    I'm unaware of that.

20   Q.    Not aware?

21             Is your pay commissariat with what his was?

22   A.    I'm unaware if it would be or not.

23   Q.    Who sets your pay?

24   A.    The board of trustees.

25   Q.    The board of trustees of the --
```

MAGNA

LEGAL SERVICES

```
 1   A.   Executive Committee.

 2   Q.   I see.

 3   A.   The officers of the board of trustees.

 4   Q.   Who are the officers currently of the board --

 5   A.   Currently?

 6   Q.   -- of trustees of the Executive Committee?

 7   A.   Chairman --

 8   Q.   Yes, sir.

 9   A.   -- Philip Robertson; vice chairman, Tony Dockery;

10        secretary, Pam Reed.

11             And we have four standing committee chairmen.

12        Those are Carolyn Fountain, Adron Robinson, Adam

13        Wyatt, and Molly Duddleston.  D-U-D-D-L-E-S-T-O-N.

14   Q.   Any other officers of the current board of trustees

15        of the Executive Committee?

16   A.   No, that's it.

17   Q.   How many members are on the board of trustees

18        currently?

19   A.   Eighty-six.

20   Q.   Eighty-six.

21             Now, you've just listed the board of trustees

22        currently; is that right?

23   A.   Correct.

24   Q.   Who were the trustees -- who were the officers of

25        the board of trustees in the year 2021?
```

```
 1   A.   Okay.  What time of the year?

 2   Q.   Well, let's start with June of 2021.

 3   A.   What part of June?  There's an officer election in

 4        June, so...

 5   Q.   I see.

 6             Who was elected to serve in June of 2021?

 7   A.   So June of '21, elected to serve.  The chairman

 8        would have been Rolland Slade.

 9   Q.   How do you spell his last name?

10   A.   S-L-A-D-E.

11   Q.   Okay.

12   A.   The secretary -- Oh, gosh, I'm drawing blanks.

13   Q.   Was there a vice chairman?

14   A.   There was a -- actually the vice chairman was

15        vacant at that point, and later elected.  That was

16        Stacy Bramlett, B-R-A-M-L-E-T-T.

17   Q.   Okay.

18   A.   And then committee chairman would have been Robin

19        Hari.  I mentioned her earlier.

20             Eric Cummings, C-U-M-M-I-N-G-S; Jim Gregory.

21        Oh, gosh.  And there's a secretary and another

22        standing committee chairman that I am -- Rob

23        Showers would have been the other standing

24        committee chairman.  Actually, Robin Hari was the

25        vice chair who resigned.  I'm sorry, I got that
```

1       mixed up.

2            Robin Hari would have been the vice chair.

3       She resigned, replaced by Stacy Bramlett later in

4       the year.

5   Q.  Okay.  Thank you.

6            All right.  So --

7   A.  There's one other standing committee chairman and

8       I'm just drawing a blank on them.  My apologies.

9   Q.  All right.  Have you participated in the review of

10      president candidates for the Executive Committee of

11      the SBC?

12  A.  I have not.

13  Q.  And that's been done by the board of trustees?

14  A.  That's been done by the president search team --

15  Q.  And who's on the --

16  A.  -- comprised of the board of trustees.

17  Q.  Who's on the president search team?

18  A.  Currently?

19  Q.  You say the president's search team?

20  A.  Yes.

21  Q.  I see.  And you are not part of the president's

22      search team?

23  A.  I am not.

24  Q.  Who's on that currently?

25  A.  Currently.

MAGNA
LEGAL SERVICES

```
 1   Q.   Yes, sir.

 2   A.   That is Neal Hughes; Nick Sandefur,

 3        S-A-N-D-E-F-U-R -- oh, goodness -- Sarah Rogers;

 4        Philip Robertson; Corey, with an E-Y, Cane, C.; and

 5        Drew Landry.  And there's one more, Nancy Spalding.

 6   Q.   Thank you.

 7             Any others that you can recall?

 8   A.   That's it.  Seven.

 9   Q.   Thank you.

10             Sir, I just want to go back to a couple of

11        things --

12   A.   Okay.

13   Q.   -- where we began this testimony.

14             You described the resignation of Mr. Ronnie

15        Floyd in October of the 2021 --

16   A.   Correct.

17   Q.   -- do you recall that?

18             Now, as you understood, Mr. Floyd -- based on

19        your relationship with him, did you understand him

20        to be an honest man?

21   A.   Yes.

22   Q.   A man full of integrity?

23   A.   Yes.

24   Q.   A gentleman who also was not only honest and full

25        of integrity, but a man who was focused on
```

```
 1          discharging his fiduciary duties to the Executive

 2          Committee of the SBC?

 3     A.   Yes.

 4     Q.   And, from all standpoints, you believe that

 5          Mr. Floyd, for his part, would act in the best

 6          interests of Baptists here in the United States; is

 7          that right?

 8     A.   I do.

 9     Q.   Now, I want to turn to the gentleman that followed

10          Mr. Floyd, after his resignation in October of

11          2021.  That's Mr. Willie McLaurin; is that right?

12     A.   Correct.

13     Q.   Can you tell the Court whether you believe

14          Mr. McLaurin to be a man of honest -- who is honest

15          in his business dealings?

16     A.   His business dealings?

17     Q.   Yes, sir.

18     A.   Yes.

19     Q.   Do you believe him to be a man of integrity,

20          Mr. Willie McLaurin?

21     A.   No.

22     Q.   Tell the Court and jury why you believe Mr. Willie

23          McLaurin is not a man of integrity.

24     A.   He perpetrated a fraud related to not having the

25          degrees that he claimed.
```

```
 1   Q.   He perpetrated a fraud on the SBC Executive

 2        Committee?

 3   A.   Yes.

 4   Q.   And did he perpetrate a fraud, at least generally

 5        speaking, on Baptists throughout the United States?

 6   A.   Yes.

 7   Q.   When did you learn, sir, that Mr. McLaurin was a

 8        man who was not a gentleman of integrity?

 9   A.   August 17th, 2023.

10   Q.   How did you learn of this?

11   A.   I was notified by our chairman, Philip Robertson,

12        that Mr. McLaurin had resigned.

13   Q.   Did you -- Was there a termination agreement with

14        him that was executed?

15   A.   There was.

16   Q.   What were the terms of that termination agreement?

17   A.   Immediate separation.

18   Q.   I'm sorry?

19   A.   Immediate separation.

20   Q.   And was there compensation paid?

21   A.   There was not.

22   Q.   Okay.  Has there been any -- Have you had any

23        dealings with him since his separation?

24   A.   I have not.

25   Q.   Okay.  So to be clear, this gentleman,
```

MAGNA
LEGAL SERVICES

```
 1        Mr. McLaurin, who you've described as a gentleman
 2        who does not have integrity, he was the president
 3        of the SBC Executive Committee at the time that the
 4        Guidepost report was published; is that correct?
 5   A.   That's correct.
 6   Q.   He was the president of the SBC Executive Committee
 7        at the time that the Guidepost draft report was
 8        reviewed; is that right?
 9   A.   That's correct.
10   Q.   Sir, going back to your LinkedIn profile, which you
11        identified earlier.  Is this accurate?  Is this
12        profile that's in front of you accurate in all
13        respects?
14   A.   Give me a moment.  (The witness reviewed the
15        document.)  It appears to be.
16             (A discussion was had between Plaintiff's
17        counsel out of the hearing the reporter.)
18   Q.   (BY MR. MacGILL)  And your voice is a little bit
19        low.  I think you said "it appears to be"; is that
20        right?
21   A.   Yes.  Yes, correct.  That's right.
22   Q.   Okay.  Now, one of the things that I wanted to ask
23        you about, in terms of your experience that's
24        reported on this particular exhibit, this LinkedIn
25        exhibit, you indicate that you, quote, overhauled
```

MAGNA
LEGAL SERVICES

```
 1          the daily production and publication strategy of
 2          "Baptist Press," resulting in a 26 percent increase
 3          in traffic; is that right?
 4     A.   That's correct.
 5     Q.   And so the jury and the Court understands, "Baptist
 6          Press" is a part of the EC; is that right?
 7     A.   That's correct.
 8     Q.   How does the Executive Committee support the
 9          "Baptist Press"?
10     A.   Define "support."
11     Q.   Well, what's the relationship the committee has
12          with "Baptist Press"?
13     A.   The Executive Committee, the entity, not the
14          committee members themselves.  The entity employs
15          several people that work daily on news for and
16          about Southern Baptists.
17     Q.   You say the "entity."
18               So the SBC Executive Committee, does it
19          prepare articles for the "Baptist Press"?
20     A.   It does not.  "Baptist Press" prepares the
21          articles.
22     Q.   Okay.  What's the role of the -- I don't understand
23          your testimony.  I'd like to follow-up.
24     A.   Okay.
25     Q.   What role -- Can you describe specifically what
```

MAGNA○
LEGAL SERVICES

```
 1        role the Executive Committee has with "Baptist

 2        Press"?

 3   A.   All right.  So "Baptist Press" is a ministry

 4        function of the Executive Committee.  There are

 5        four dedicated employees at this time to "Baptist

 6        Press" that produce, on average, 30 articles per

 7        week for public consumption.

 8   Q.   So it's the four employees of the Executive

 9        Committee that produce for "Baptist Press"

10        approximately 30 articles per week?

11   A.   That's correct.

12   Q.   And does the -- do these four employees of the SBC,

13        do they work for "Baptist Press"?

14   A.   They are not employees of the SBC.

15   Q.   They are not employees of the SBC.

16             Who are the employees?

17   A.   The Executive Committee.

18   Q.   Okay.  Thank you for the clarification.

19             So just so we're sure, "Baptist Press" is

20        provided 30 articles per week, by four employees of

21        the SBC Executive Committee?

22   A.   That's correct.

23   Q.   All right.  And do you review those articles prior

24        to publication?

25   A.   Currently?
```

```
 1   Q.   Have you at any time?

 2   A.   I have.

 3   Q.   When?

 4   A.   In my role as vice president for communications.

 5   Q.   So does your -- when did -- As vice president of

 6        communications, what role would you have in these

 7        approximately 30 articles per week that are

 8        published by the "Baptist Press," after being

 9        provided by the SBC Executive Committee?

10            Let me restate.

11   A.   Yeah, please.

12   Q.   You testified that the SBC Executive Committee has

13        four employees who produce 30 articles per week.

14        You recall that?

15   A.   Yes, sir.

16   Q.   And those 30 articles per week come from the SBC

17        Executive Committee employees; right?

18   A.   Correct.

19   Q.   And, as vice president of communications, would you

20        review the content of those?

21   A.   I would.

22   Q.   Would you approve the content of those articles?

23   A.   Generally speaking, yes.

24   Q.   Would you take steps to make sure they were correct

25        and objective?
```

MAGNA®
LEGAL SERVICES

53

```
 1  A.  Correct.
 2  Q.  Would you take steps to make sure they were not
 3      defamatory?
 4  A.  Correct.
 5  Q.  Would you get legal counsel to determine whether
 6      any of the publications of the "Baptist Press" are
 7      in any way defamatory?
 8  A.  As needed.
 9  Q.  Who would you go to?
10  A.  Legal counsel.
11  Q.  Which legal counsel?
12  A.  It depended on the time.
13  Q.  Tell the Court and jury which legal counsel you
14      would go to.
15  A.  Prior to December of 2021 it would have been
16      Guenther & Jordan, who was the legal counsel to the
17      SBC.
18  Q.  And where are they based?
19  A.  Here in Nashville.
20  Q.  And then what after December of 2021?
21  A.  After December of 2021 it would have been Bradley.
22  Q.  And who at Bradley?
23  A.  Scarlett Nokes and Gene Besen.
24  Q.  Now, Ms. Nokes is here defending this deposition on
25      behalf of the EC; is that right?
```

1   A.   That's correct.

2   Q.   And Mr. Besen is here on the telephone, linked by

3        Zoom into this testimony here today; is that right?

4   A.   That's correct.

5   Q.   So is Ms. Nokes, for her part, and Mr. Besen, for

6        his part, those are the two lawyers that have been

7        giving counsel on publications of the "Baptist

8        Press" since December 2021?

9   A.   As needed.

10  Q.   As needed.

11           When did you -- Would you be the person, as

12       vice president of communications, that would make

13       the determination as to whether certain counsel was

14       needed by Ms. Nokes or Mr. Besen?

15  A.   Typically, but not always.

16  Q.   Who else would be involved in that decision?

17  A.   Brandon Porter.

18  Q.   I'm sorry?

19  A.   Brandon Porter.

20  Q.   How do you spell Mr. -- his last name, sir?

21  A.   P-O-R-T-E-R.

22  Q.   And where is he employed?

23  A.   The Executive Committee.

24  Q.   And what's his role?

25  A.   Currently?

```
 1   Q.   Yes, sir.

 2   A.   He is the interim vice president for

 3        communications.

 4   Q.   And you expect to go back to that role after --

 5   A.   Yes, sir.

 6   Q.   -- next month?

 7   A.   Yes, sir.

 8   Q.   Okay.  Now, is the "Baptist Press," is that -- is

 9        that a publication aimed at the ministry?

10   A.   Please define "the ministry."

11   Q.   Well, is the "Baptist Press" a faith-based

12        publication?

13   A.   It is.

14   Q.   It's not -- You know, when I use the term

15        "secular," what do you understand the term

16        "secular" to mean?

17   A.   Nonreligious.

18   Q.   Thank you.

19            Is the "Baptist Press" a secular publication?

20   A.   It is not.

21   Q.   It is a religious publication --

22   A.   That's correct.

23   Q.   -- is that right?

24   A.   That is correct.

25   Q.   So, fairly stated in general terms, the "Baptist
```

MAGNA
LEGAL SERVICES

```
 1          Press" devotes itself, in its publications, to
 2          religious matters; is that right?
 3    A.    We define it as news for and about Southern
 4          Baptists.  So not all religious items, but with a
 5          slant toward religious reception.
 6    Q.    So the best description is news for and about
 7          Southern Baptists?
 8    A.    Yes.
 9    Q.    Okay.  Now, you say in the LinkedIn here that you
10          "overhauled the daily production and publication
11          strategy of the 'Baptist Press,' resulting in a
12          26 percent increase in annual traffic."
13              What did you do, sir, to overhaul daily
14          production?
15    A.    Partly story mix.  Like which types of stories
16          the -- you know, what -- what stories we chase
17          down, you know, to do.  What's interesting, what's
18          not, you know.
19              And then also -- I think the biggest part was
20          the email strategy changes that we made.  Change of
21          platforms on the email, as well as began a morning
22          briefing email.
23              So, just more intentionality with our email
24          strategy, as well as our story mix.
25    Q.    Okay.
```

```
 1   A.   And by "story mix," I would define that as features

 2        and hard news, so...

 3   Q.   Features and hard news?

 4   A.   Yeah.  So fewer features, more hard news.

 5   Q.   And how do you define "hard news?"  Well, strike

 6        that.

 7             What is considered "hard news" in this

 8        religious publication?

 9   A.   That would be news about events that happen.  So

10        who, what, when, where, why type of --

11   Q.   What type of events, sir, would be of interest as a

12        matter of the hard news in this religious

13        publication?

14   A.   This could be anything from an appointment to a

15        committee, like by the SBC president, you know.

16        Strictly Southern Baptist-related things.

17        Announcements for candidacy for Southern Baptist

18        office, to covering Supreme Court decisions.

19   Q.   Anything else that you would consider hard news?

20   A.   Oh, there's a lot of things that would be

21        considered "hard news."  Lawsuits.

22   Q.   But that's a good description?

23   A.   Yeah.  Yeah, anything like that.

24   Q.   Okay.  Now, publication strategy, what did you do

25        to overhaul the publication strategy of "Baptist
```

MAGNA

LEGAL SERVICES

```
 1        Press"?
 2   A.   Just more focused on hard news, less focused on
 3        features and storytelling.
 4   Q.   You believe that the overhauling the daily
 5        production and this publication strategy, the way
 6        you've described, accounts for the 26 percent
 7        increase?
 8   A.   Yeah.  Much of it does, yes.
 9   Q.   When did that increase occur?
10   A.   From 2021 to 2022, that first year.
11   Q.   Measured it as of year-end in each year?
12   A.   Yeah.
13   Q.   So December 2021 numbers were about 26 percent less
14        than December 2022 numbers?
15   A.   Well, I would say the whole year.  Well, I'm sorry,
16        I apologize.  I meant '19 and '20.
17   Q.   You meant '19 to '20?
18   A.   Yes, yes.  And it would have been year over year.
19        So the full year of '19, full year of '20.
20   Q.   And this 26 percent -- This -- concentration this
21        increase is focusing on when you overhauled the
22        daily production and publication strategy, you're
23        referring to the phenomenon from 2019 to 2020?
24   A.   Yes.
25   Q.   Now, in addition to -- Do you -- Have you, in your
```

```
 1        role as vice president of communications, sir, also

 2        been involved with podcasts?

 3   A.   I have.

 4   Q.   Now, why would you also be involved with podcasts,

 5        for secular reasons?

 6   A.   Sir?

 7   Q.   Yeah.  So I want to know, was your podcasts, were

 8        those religious or were they secular podcasts?

 9   A.   Religious.

10   Q.   Only religious, your podcasts?

11   A.   I have been involved in some secular podcasts.

12   Q.   What secular podcasts have you been involved with?

13   A.   Social Q's.

14   Q.   Social Q's?

15   A.   Yeah, with a Q-S.

16   Q.   What are Social Q's?

17   A.   It was just a podcast.  It's defunct now.  It was

18        on social media.

19   Q.   Now, have you, since 2021, been involved with

20        certain podcasts?

21   A.   Yes.

22   Q.   On what occasions?

23   A.   SBC This Week.

24   Q.   It's called SBC This Week?

25   A.   Uh-huh.
```

MAGNA®
LEGAL SERVICES

1   Q.   And do you do it weekly?

2   A.   Yes, sir, hence the name.

3   Q.   Do you currently do it weekly?

4   A.   I do not.

5   Q.   Your interim vice president does?

6   A.   Yes.

7   Q.   And since 2020 -- before you became interim

8        president --

9   A.   Correct.

10  Q.   -- were you involved in certain podcasts associated

11       with religious matters?

12  A.   Correct.  Yes.

13  Q.   Now, I want to ask you with respect to Pastor

14       Johnny Hunt specifically, were you involved, sir,

15       after 2021, in podcasts that involved references to

16       Pastor Johnny Hunt?

17  A.   I was.

18  Q.   Okay.  Why did you include Pastor Johnny Hunt in

19       your podcasts, sir?

20  A.   Because it was news from "Baptist Press."

21  Q.   Okay.  You say -- How did "Baptist Press" get

22       involved with Pastor Johnny Hunt?

23  A.   We covered the -- we had -- I'm sorry.  Come again.

24       What was that?

25  Q.   How did "Baptist Press" get involved with covering

MAGNA
LEGAL SERVICES

```
 1        Pastor Johnny Hunt?
 2   A.   "Baptist Press" -- In which -- which reference,
 3        which instance?
 4   Q.   At all, sir.
 5   A.   At all?
 6   Q.   Yeah, after 2021.
 7   A.   In 2021 he was the president -- or, I'm sorry, the
 8        vice president at the North American Mission Board
 9        for Evangelism.  We covered several events that he
10        had done, as well as the fallout from the report
11        that sits before me.
12   Q.   As well as fallout from what?
13   A.   The report that sits before me (indicated).
14   Q.   Okay.  Well, why is the, quote, fallout from the
15        report, a matter -- a religious matter?
16   A.   Because it was an investigation into the Southern
17        Baptist Convention Executive Committee and its
18        handling of sexual abuse.
19   Q.   Can you recall when you -- when you -- when
20        "Baptist Press" got involved -- or, I'm sorry, when
21        you were involved with podcasts involving events
22        associated with Johnny Hunt, why was -- why were
23        you involved with events involving Johnny Hunt?
24   A.   Why?
25   Q.   Yes, sir.
```

MAGNA○
LEGAL SERVICES

```
1    A.    They were of interest to Southern Baptists.

2    Q.    Why were they -- And you made that judgment that

3          they were of interest to Southern Baptists?

4    A.    That's correct.

5    Q.    On what basis did make you that judgment, sir?

6    A.    It depends on the item --

7    Q.    Okay.

8    A.    -- being discussed.

9    Q.    Let's make sure we understand what you did.

10          Speaking again about what you did --

11   A.    Yeah.

12   Q.    -- what was your judgment as to why Pastor Johnny

13         Hunt's events were of interest to Southern

14         Baptists?

15   A.    It depended on the event.

16   Q.    Describe each time that you decided that Pastor

17         Johnny Hunt's events were of interest to Southern

18         Baptists.

19   A.    Well, when was at hired at the North American

20         Mission Board.

21   Q.    Say that again.

22   A.    When he was hired at the North American Mission

23         Board as the vice president for evangelism.

24   Q.    Okay.  And why was that an event that deserved

25         coverage by "Baptist Press"?
```

MAGNA
LEGAL SERVICES

```
 1   A.   Because he was being hired at the North American

 2        Mission Board as vice president for evangelism.

 3   Q.   And why was that of importance?

 4   A.   Because it was important.

 5   Q.   And you say it was important.  Why?

 6   A.   Because it was the vice presidency of the North

 7        American Mission Board.

 8   Q.   All right.  And why was that -- that was an

 9        appointment.  Did you make reference just to the

10        appointment in the coverage that you had?

11   A.   Yeah.

12   Q.   And what else did you say about Pastor Johnny Hunt

13        in that -- in reference to that appointment?

14   A.   I'm unsure of that.  It's been many years.

15   Q.   Well --

16   A.   Exactly -- I'm not for sure exactly what we said.

17   Q.   All right.  Well, did you -- As you sit here today,

18        testifying in these proceedings, do you recall

19        making any reference to the Guidepost report?

20   A.   Oh, absolutely.

21   Q.   In that reference?

22   A.   Not in that reference, no.

23   Q.   Did you do --

24   A.   Because that was prior to.

25   Q.   That was prior to?
```

1   A.   Yeah.

2   Q.   All right.  What other events did the "Baptist

3       Press" cover?

4   A.   We would have covered the "Who's Your One"

5       conferences that Pastor Hunt was leading.

6   Q.   Say that again.  What conference --

7   A.   "Who's Your One."

8   Q.   Who is Your One?

9   A.   Yeah.  Those are evangelism conferences that

10      Mr. Hunt was leading as part of his vice presidency

11      at NAMB.

12   Q.   And when was that, what year?

13   A.   Oh, gosh, it would have been since his hiring, all

14      the way up until his resignation at North American

15      Mission Board.

16   Q.   And when did that resignation occur?

17   A.   May the 13th, 2022.

18   Q.   How were you informed about that resignation

19      May 13th, 2022?

20   A.   We were sent a statement from the North American

21      Mission Board.

22   Q.   All right.  And do you understand why Pastor Johnny

23      Hunt resigned at that time?

24   A.   I did.

25   Q.   What was your understanding?

MAGNA

LEGAL SERVICES

```
 1   A.   Because of his involvement with moral failure,

 2        moral failing that had not been disclosed, but had

 3        been -- or was going to be made public in the

 4        Guidepost report.

 5   Q.   What other events did the "Baptist Press" cover of

 6        Pastor Johnny Hunt after May of 2022?

 7   A.   After May of 2022?

 8   Q.   Yes, sir.

 9   A.   We would have covered his filing of the lawsuit --

10   Q.   Anything else?

11   A.   -- against the Executive Committee.

12             We would have covered his speaking engagement

13        at Hiland Baptist -- or Hiland Park Baptist Church

14        in Pensacola.  Those are the ones that I can think

15        of off the top of my --

16   Q.   So you say -- I'm having a hard time hearing some

17        of what you're saying.

18             You said that you covered -- the "Baptist

19        Press" covered the filing of this lawsuit?

20   A.   Correct.

21   Q.   And you said that the "Baptist Press" also covered

22        his speaking at the Hiland Park Baptist Church; is

23        that right?

24   A.   That's correct.

25   Q.   Is there anything else that the "Baptist Press"
```

```
 1        covered?

 2   A.   We would have covered Bart Barber's statement that

 3        he released regarding those events.

 4   Q.   Anything else?

 5   A.   The video that was released by, was it, four

 6        pastors?

 7   Q.   By whom?

 8   A.   The four pastors that had declared Pastor Hunt fit

 9        for ministry again.

10   Q.   Anything else?

11   A.   Not specifically, that I can recall.

12   Q.   Why did you -- And you made the judgment yourself

13        with respect to whether or not to include in the

14        "Baptist Press" these four events following

15        May 22nd; is that right?

16   A.   Uh-huh, that's correct.

17   Q.   All right.  Why did you cover his speaking at the

18        Hiland Park Baptist Church, sir, as a matter of

19        your religious reporting?

20   A.   Because he was preaching at one of our Southern

21        Baptist churches, cooperating churches.

22   Q.   And why was that of interest?

23   A.   Because of his involvement in the Guidepost report.

24   Q.   And what -- do you remember what the "Baptist

25        Press" said about that?
```

1   A.   I do not.

2   Q.   When was that?

3   A.   When was what?

4   Q.   When was the publication specifically about Pastor

5        Johnny Hunt speaking at the Hiland Park Baptist

6        Church?

7   A.   It would have been in the, what, was that early

8        '23.  Is that right?  Winter of '22, early of '23.

9        December -- January of '22 -- '23.

10  Q.   All right.  You also covered Mr. Barber's statement

11       in the "Baptist Press"; is that right?

12  A.   That's correct.

13  Q.   Why did you do so?

14  A.   Because he was the SBC president at the time.  When

15       the SBC president releases a statement, that is

16       news that we cover.

17  Q.   That is news of the day?

18  A.   It is.

19  Q.   Did you speak to Mr. Barber about his release of

20       that statement?

21  A.   I did not.

22  Q.   Did you understand what he was going to say prior

23       to him saying it?

24  A.   No, sir.

25  Q.   What was your reaction when you saw Mr. Barber's

1    statement?

2  A.  I had no real reaction.  Just this is the news.  We

3      cover it.

4  Q.  Okay.  Now, with respect to the SBC -- Well, let's

5      go to the video release of the -- or, I'm sorry,

6      the release of the four pastors.

7  A.  Yes.

8  Q.  You say that was a video release?

9  A.  Yes, sir.

10 Q.  Why did you cover that?

11 A.  It was -- because it was directly related to

12     Pastor Hunt.

13 Q.  And why was that a matter of religious interest?

14 A.  Due to his involvement and reporting in the

15     Guidepost report.

16 Q.  Did you review the Guidepost report prior to the

17     time it was published?

18 A.  Yes.

19 Q.  And where did you make that review?

20 A.  At my house.

21 Q.  How did you get the report?

22 A.  I was provided an embargoed copy, as were several

23     news outlets.

24 Q.  So you say you were given an embargoed copy?

25 A.  Correct.

```
 1    Q.    It had been finalized?

 2    A.    Yes, sir.

 3    Q.    So the embargoed copy you read was the copy that

 4          was going to be published?

 5    A.    Correct.

 6    Q.    And you understood this was going to be published

 7          by the Executive Committee, this Guidepost report?

 8    A.    It was going to be published by the Sexual Abuse

 9          Task Force.

10    Q.    Which is part of which entity?

11    A.    It was a -- it was a Convention -- or it was a

12          specially-appointed committee of the Southern

13          Baptist Convention.

14    Q.    So you understood the Guidepost report was going to

15          be published by the Southern Baptist Convention,

16          through the efforts specifically of its Sexual

17          Abuse Task Force?

18    A.    That's correct.

19    Q.    Did you understand that the SBC Executive Committee

20          was making the decision to publish or not?

21    A.    We were not.

22    Q.    What was your role -- What was the role, as you

23          understood it, of the SBC Executive Committee in

24          the publication of the report?

25    A.    We were to facilitate getting it online for
```

1          "Baptist Press."

2     Q.    You said you facilitated getting the report online.

3     A.    Uh-huh.

4     Q.    Could you tell this Court and this jury what you

5          did, as the vice president of communications, to

6          facilitate getting the guide report -- Guidepost

7          report online?

8     A.    Uploaded it to our Amazon S3 server.

9     Q.    You uploaded what?

10    A.    The report to the Amazon S3 server that we have.

11    Q.    You uploaded the report to the Amazon what?

12    A.    S3 server.

13    Q.    Okay.  So, as vice president of communications of

14         the Executive Committee of the SBC, you took the

15         affirmative steps, sir, did you not, to upload this

16         Guidepost report to what you described as the

17         Amazon S3 server?

18    A.    Correct.

19    Q.    Now, what was the effect of your actions yourself,

20         as vice president of the communications of the

21         Executive Committee, to upload this Guidepost

22         report onto the Amazon S3 server?

23    A.    What was the effect?

24    Q.    Yes.

25    A.    It was -- It provided a link for "Baptist Press" to

```
1          link to the full report, as well as the SBC

2          website.

3    Q.    And then what was your expectation as to providing

4          that link?  Would this be made available to the

5          public-at-large?

6    A.    Yes.

7    Q.    Now, when I asked you whether you understood that

8          your actions as vice president of communications

9          for the SBC Executive Committee were going to have

10         the effect of making the Guidepost report, quote,

11         public, what did you understand "public" to be, in

12         terms of your publication of this report?

13   A.    Anyone interested in reading the report.

14   Q.    Anyone anywhere in the world?

15   A.    Yeah, with access to that server.

16   Q.    With access to a computer?

17   A.    Well, to that server.

18   Q.    To that server?

19   A.    Yeah.

20   Q.    And this Amazon --

21   A.    There's certain countries that may not have access

22         to that.

23   Q.    Okay.  But, essentially, you understood -- was it

24         you that put the -- that took the step to create or

25         to make the Guidepost report -- did you upload it
```

```
 1       yourself --

 2    A.  Yes.

 3    Q.  -- to the Amazon S3 server?

 4    A.  I did.

 5    Q.  So it was you that did this?

 6    A.  Uh-huh.

 7    Q.  Okay.  Now, when did you do this, sir?  Would you

 8        tell this Court and jury when it was that you

 9        uploaded the Guidepost report to the Amazon S3

10        server?

11    A.  It would have been either May the 21st or May the

12        22nd.  I don't know if I did it that night after

13        receiving it on the 21st or if I did it the morning

14        or afternoon of the 22nd.  I can't remember the

15        specifics.

16    Q.  When you took the --

17    A.  Prior to publication.  It would have been post

18        receiving it, the embargoed copy, prior to

19        publication at 4:00 p.m. Eastern.

20    Q.  When took you this step, sir, to upload this report

21        to the Amazon server, you understood that this

22        Guidepost report was essentially going to be

23        available worldwide --

24    A.  Yes.

25    Q.  -- is that right?
```

1  A.   Uh-huh.

2  Q.   Now, on -- who at the SBC Executive Committee, who

3       was it that authorized you to take that step to

4       publish the Guidepost report, sir?

5  A.   There's no authorization needed for that.

6  Q.   You just did it by yourself?

7  A.   Yeah.

8  Q.   Did you understand you had been authorized to do

9       it?

10  A.   Yes.

11  Q.   Who authorized -- What was your understanding --

12  A.   I'm authorized -- that's part of my duties as the

13       vice president.

14  Q.   All right.  And your understanding was that the

15       board of trustees of the Executive Committee of the

16       SBC had authorized the publication of this report?

17  A.   Yes.

18  Q.   And how did you get that understanding?

19  A.   Well, we had been provided the report by the Sexual

20       Abuse Task Force with a specific timeframe for

21       publication.

22  Q.   And at the time that you uploaded this report for

23       worldwide publication, you understood that that had

24       been authorized by Mr. Willie McLaurin; is that

25       right?

MAGNA
LEGAL SERVICES

```
 1   A.   The publication report was not authorized

 2        specifically by Mr. McLaurin.

 3   Q.   It had been authorized by the board of trustees of

 4        the SBC Executive Committee?

 5   A.   It would have been authorized, yes.

 6   Q.   Let me make sure --

 7   A.   I'm sorry.

 8   Q.   -- we're not talking over each other.

 9   A.   Okay.

10   Q.   You understood at the time that you published this

11        Guidepost report to the world, that you had the

12        authority of the SBC Executive Committee Board of

13        Trustees?

14   A.   Yes.

15   Q.   All right.  And at the time -- There wasn't a

16        particular phone call that you had, but you had

17        this understanding, from all of your dealings

18        leading up to this May 2022 period of time; is that

19        right?

20   A.   Correct.

21   Q.   All right.  Now, I want to talk about you

22        individually here for a minute and what you did and

23        what you understood at the time, sir, that you

24        pushed the button, so to speak, for worldwide

25        publication of this report from Guidepost.
```

MAGNA

LEGAL SERVICES

75

1          Did you have an understanding as to what the

2          term, quote, sexual abuse, unquote, meant?

3     A.   In what way?

4     Q.   In the way of the report, sir.

5          At the time that you sent this Guidepost

6          report for worldwide publication/review, what did

7          you understand the term, quote, sexual abuse,

8          unquote, to mean in terms of that report?

9     A.   Unwanted sexual contact.

10    Q.   Now, did you understand that unwanted sexual

11         contact is distinct from sexual abuse?

12    A.   Is it?

13    Q.   I'm asking you, sir.

14         Did you understand at the time that you sent

15         this publication worldwide, sir, you yourself for

16         your part, did you understand that sexual abuse is

17         distinct from unwanted sexual contact?

18    A.   I'm asking if it is?

19    Q.   Okay.  You don't think it is?  You don't think

20         there's any difference between the two?

21    A.   I think it can include, but is not limited to.

22    Q.   Okay.  What else would it include, in addition to

23         unwanted sexual contact, as you understood it, at

24         the time that you published this report --

25    A.   Okay.

MAGNA
LEGAL SERVICES

1   Q.   -- on behalf of the SBC Executive Committee?

2   A.   So what would what include?

3   Q.   What would sexual abuse include?

4   A.   It would also include unwanted sexual approaches or

5        suggestive language of a sexual nature.

6   Q.   So in your definition "sexual abuse" would include

7        unwanted approach?

8   A.   Yeah.

9   Q.   It would also include what type of language?

10  A.   Suggestive or sexual language.

11  Q.   Anything else?

12  A.   Not that comes to mind.

13  Q.   Prior to the time that you uploaded this document

14       on behalf of the SBC Executive Committee to the

15       world, sir, in May of 2022, had you reviewed this

16       report or any draft of this report?

17  A.   Just the final version that was uploaded.

18  Q.   All right.  And you reviewed that on May 21st or

19       22nd --

20  A.   21st, yeah.

21  Q.   -- of that year?

22            And when you read it, did you read the entire

23       report?

24  A.   Yeah.

25  Q.   How long did it take you to read the entire report?

```
 1    A.    A few hours.

 2    Q.    Okay.  So it was 200 and some pages?

 3    A.    Yeah.

 4    Q.    It was more than 250 pages?

 5    A.    Yeah.  Plus the two appendices.

 6    Q.    Okay.  You read it all?

 7    A.    Uh-huh.

 8    Q.    Okay.  Who sent it to you?

 9    A.    Bruce Frank.

10    Q.    Did you speak to Mr. Frank about it?

11    A.    I did.

12    Q.    What did you talk to Mr. Frank about?

13    A.    Just to make sure we were getting the embargoed

14          copy like the other media outlets did.

15    Q.    Did he talk to you about the report?

16    A.    About the report?  No.  Just facilitated the

17          delivery.  That's it.

18    Q.    Did you know whether or not Mr. Frank had read the

19          report prior?

20    A.    I assumed he had.

21    Q.    Okay.  And what made you assume that?

22    A.    Because he was the chairman of the Sexual Abuse

23          Task Force that was responsible with, you know,

24          finalizing and disseminating the report.  He was

25          part of the review team the week prior.
```

MAGNA
LEGAL SERVICES

1    Q.    And you understood that at the time Mr. Frank made

2          this review that he was a member of the -- he was

3          with the SBC, is that right, part of the SBC?

4    A.    He was the chairman of the Sexual Abuse Task Force,

5          the special committee that was appointed by the SBC

6          president to oversee the report.

7    Q.    Who was the president at the time that Mr. Frank

8          was authorized?

9    A.    Ed Litton.

10   Q.    So you understood that Mr. Frank was acting for the

11         SBC at the time that he did his work on the Sexual

12         Abuse Task Force?

13   A.    He was acting on behalf of the -- yeah, the Sexual

14         Abuse Task Force, yes.

15   Q.    Which is part of the SBC?

16   A.    Which was a special committee from the SBC

17         president.

18   Q.    Right.

19              So the SBC appointed, as a part of its

20         operations, a group of people to staff the Sexual

21         Abuse Task Force; is that right?

22   A.    The SBC president appointed them.

23   Q.    So the SBC president appointed a group of people to

24         serve as committee members of the SBC Sexual Abuse

25         Task Force?

MAGNA
LEGAL SERVICES

```
 1   A.   That's correct.

 2   Q.   And the gentleman who made those appointments was

 3        Mr. Ed Litton --

 4   A.   That's correct.

 5   Q.   -- is that correct?

 6   A.   That's correct.

 7   Q.   And Mr. Litton, for his part, had appointed

 8        Mr. Frank to chair this committee of the SBC, the

 9        Sexual Abuse Task Force?

10   A.   That's correct.

11   Q.   -- is that right?

12   A.   That's correct.

13   Q.   All right.  Now, in terms of your role, could you

14        describe, in your own words, the relationship

15        between the SBC and the SBC Executive Committee?

16   A.   The SBC is the gathering of churches two days a

17        year to come together and elect officers, pass a

18        budget, hear reports, and conduct business for the

19        Convention.

20   Q.   And what is the role of the SBC Executive

21        Committee?

22   A.   The role of the SBC Executive Committee, among many

23        things, is to act as the fiduciary, financial and

24        legal entity, for the Convention and serve as the

25        Convention ad interim.
```

```
 1    Q.    What are the annual revenues of the SBC Executive

 2          Committee?

 3    A.    The Executive Committee?

 4    Q.    Yes, sir.

 5    A.    The revenues for the Executive Committee range --

 6          or have ranged the past few years anywhere from

 7          around $8 million to $12 million, depending on

 8          the --

 9    Q.    What is the annual revenue of the SBC?

10    A.    The SBC doesn't have an annual renew.  Now, there

11          are gifts that flow through the SBC, but the SBC

12          itself does not have annual revenue.

13    Q.    What are the gifts that flow through the SBC?

14    A.    In -- All right.  So as the Convention wide or

15          individual churches?

16    Q.    Convention wide.

17    A.    Convention wide?  It's around $450 million a year

18          that the Executive Committee processes on behalf of

19          the Convention for ministries and missions.

20    Q.    Okay.  So the annual revenues, in general terms, of

21          the SBC are approximately $450 million per year?

22    A.    Not exactly.

23    Q.    What would they be, in your estimation?

24    A.    It depends on how you define the revenues.

25    Q.    How would you define the revenues?
```

```
 1   A.    It really just depends on what you're looking for.

 2         If you're looking for the total budgets of all the

 3         SBC annual -- or the SBC entities, it would be

 4         around a billion dollars a year.

 5             If you're just talking about the money that

 6         the Executive Committee processes on behalf of

 7         those institutions, it would be around

 8         $450 million.

 9   Q.    So the Executive Committee, the SBC Executive

10         Committee, processes approximately $450 million per

11         year on behalf of the SBC; is that right?

12   A.    That would be correct.

13   Q.    When you say "processes," what do you mean?

14   A.    It means that we take it in and we send it out.

15   Q.    When you say you take it in --

16   A.    So we receive money from state conventions and

17         distribute those according to the allocations set

18         by messengers or their special designation.

19   Q.    When you say you distribute it to -- distribute it,

20         do you distribute it to churches?

21   A.    No.

22   Q.    Who do you distribute it to?

23   A.    We distribute it to the national entities.

24   Q.    And what is the national entity?

25   A.    The national entities -- there are 12 national
```

82

```
 1        entities, plus an auxiliary, of the Convention.

 2              Do you want me to list those?

 3   Q.   Yes, sir.

 4   A.   All right.  I'll start with the Executive

 5        Committee.

 6   Q.   Okay.

 7   A.   Then two mission boards, the North American Mission

 8        Board and the International Mission Board.

 9   Q.   Slow down, please.

10              So the Executive Committee, the North American

11        Mission Board, the International Mission Board?

12   A.   That is correct.

13   Q.   Who else, sir?

14   A.   There are six seminaries.  Would you like those

15        names?

16   Q.   Yes, sir.

17   A.   Southern Seminary, Southeastern Seminary,

18        Southwestern Seminary, Midwestern Seminary, New

19        Orleans Seminary, and Gateway Seminary.

20   Q.   What other entities do you distribute --

21   A.   All right.  We also distribute funds to the Ethics

22        and Religious Liberty Commission.

23              And those ten entities are what we call

24        cooperative program funded.  So those would be part

25        of the distribution that we have.
```

1          And then there are two other entities that

2       currently do not receive cooperative program funds

3       of the Convention.  That would be Lifeway Christian

4       Resources and GuideStone Financial Resources.

5  Q.   And Guide what?

6  A.   GuideStone.

7  Q.   And what is GuideStone?

8  A.   GuideStone is the annuity board for the Convention.

9  Q.   When you say "annuity board," what is the annuity

10      board, sir?

11 A.   Annuity -- it originally was the annuity and relief

12      board, so it is -- processes the -- or, I'm sorry,

13      not processes.  They are responsible for retirement

14      savings accounts on behalf of the Convention and

15      its employees and pastors, as well as insurance.

16      They provide insurance services as well.

17 Q.   Now, sir, you've described, and we appreciate your

18      description here, of the money that the Executive

19      Committee processes in terms of what it takes in

20      and sends out.

21 A.   Yeah.

22 Q.   You've testified that they generally take in and

23      take out, the Executive Committee, around

24      $450 million per year; correct?

25 A.   Uh-huh.

```
 1   Q.   Now, you testified that the Southern Baptist
 2        Convention takes in revenues of approximately one
 3        billion dollars per year.  Do you recall that?
 4   A.   Uh-huh.
 5   Q.   With respect to that one billion dollars per year,
 6        do you know how those revenues are allocated
 7        annually?
 8   A.   Allocated?
 9   Q.   Or spent.
10   A.   Spent on missions and ministry.
11   Q.   Are you aware of what missions and ministries?
12   A.   Ah, yeah.  The ones that I just listed.
13   Q.   I see.
14   A.   That would be the total revenues of all of those
15        entities I just listed.
16   Q.   Okay.  So I thought -- With respect to what you
17        take in and send out, I thought that you were
18        taking in and sending out approximately
19        $450 million.
20   A.   Uh-huh.
21   Q.   Are you sending out -- are you taking in -- Okay,
22        what happens --
23   A.   They have other revenue streams other than that.
24   Q.   Where does that other, approximately, $500 million
25        go?
```

MAGNA
LEGAL SERVICES

1   A.   It depends on the entity.

2   Q.   When you say "the entity," you mean the mission?

3   A.   Yeah, it depends on which entity.

4        So Lifeway, for example, they don't bring in

5        any -- they don't have any of the 450 allocations

6        that I mentioned.  They sell books and products

7        north of a quarter of a million dollars a year -- a

8        quarter of a billion, I'm sorry.  250 million.

9        And then GuideStone, through their insurance

10       and annuity products, brings in, you know, another

11       100 to 150 million a year.

12       There are other special designated funds that

13       go straight to the North American Mission Board and

14       the International Mission Board.

15       And then all the seminaries have tuition, room

16       and board, and other sources of income that they

17       have as well.

18  Q.   So you said Lifeway.  What is Lifeway, sir?

19  A.   Lifeway is the resource provider for the

20       Convention.

21  Q.   You say it's a resource --

22  A.   So books, bible studies, bibles.

23  Q.   Okay.  So Lifeway generates around a quarter of a

24       billion a year?

25  A.   Yeah.

1 Q. And with respect to -- you've talked about Lifeway,

2   GuideStone, and these are revenue generators?

3 A. Yes.

4 Q. And then the designated funds, those are

5   expenditures?  You said there were designated funds

6   to the North American Mission Board and the

7   International Mission Board.

8 A. Yes.

9     MS. NOKES:  I'm going to object at this

10   point as outside the scope of this deposition.

11 Q. (BY MR. MacGILL)  Where are these funds?

12 A. What funds?

13 Q. Does the North American Mission Board generate

14   funds?

15 A. Yeah.

16 Q. And approximately how much per year?

17 A. Let's see, their annual budget's around $175

18   million a year.

19 Q. Okay.  And the International Mission Board

20   generates what?

21 A. Its annual budge is around $300 million a year.

22 Q. Okay.  Now, those -- that's the revenue side.

23    Then how are these monies spent annually by

24   the SBC, to your knowledge?

25 A. By the SBC?

MAGNA
LEGAL SERVICES

```
 1   Q.   Yes, sir.

 2   A.   They are not spent by the SBC.

 3   Q.   They are just kept in reserve?  They are not --

 4   A.   No.  They are spent by those entities.

 5   Q.   They are spent by those entities?

 6   A.   Yeah, which are separate and distinct from the SBC.

 7   Q.   Let me make sure I understand your testimony

 8        generally.

 9             So you indicated that the SBC Executive

10        Committee takes in and distributes around

11        $450 million --

12   A.   Correct.

13   Q.   -- approximately; right?

14   A.   Uh-huh.

15   Q.   You've testified also that the SBC, for its part,

16        generates about one billion dollars per year --

17   A.   Yes.

18   Q.   -- right?

19   A.   Including that 450.

20   Q.   I'm sorry?

21   A.   Including that 450.

22   Q.   That's right.

23             Now, where does the other 500 million, where

24        is that spent?

25   A.   You're asking income and outflow.  Those are two
```

MAGNA

LEGAL SERVICES

```
 1        different things.
 2   Q.   Yes, I am.
 3             MS. NOKES:  Again, objection.  Outside
 4        the scope of the --
 5   Q.   (BY MR. MacGILL)  Where is the outflow of the other
 6        half a billion dollars?
 7   A.   The same place as the 450.
 8   Q.   It all goes to the same entities that you
 9        described, one way or another?
10   A.   Yeah.
11   Q.   But annually, what you understand is, generally
12        speaking, you distribute about $450 million per
13        year to these approximately 12 entities; right?
14   A.   Well, ten of the 12, yes.
15   Q.   Ten of the 12.
16             So do you spend the full billion, generally
17        speaking, in a year?
18   A.   They do, yes.
19   Q.   When you say "they do" --
20   A.   The entities.
21   Q.   I see.  So, fair to say, then -- Just to make sure
22        I understand --
23   A.   Okay.
24   Q.   -- what you're saying.
25             The SBC generates around a billion dollars per
```

MAGNA

LEGAL SERVICES

```
 1      year?

 2  A.  No.

 3  Q.  No?

 4          How much does it generate per year?

 5  A.  The SBC generates zero.

 6  Q.  Okay.  What --

 7  A.  The entities of the SBC generate their own amounts.

 8  Q.  I see.

 9          So there are certain entities of the SBC that

10      generate revenue?

11  A.  Uh-huh.

12  Q.  And the entities that generate revenue are --

13      Lifeway is one of them; right?

14  A.  Uh-huh.

15  Q.  Is that right?

16  A.  Yeah.

17  Q.  Revenues are generated by the North American

18      Mission Board; right?

19  A.  Yeah.

20  Q.  And the International Mission Board?

21  A.  Uh-huh.

22  Q.  Okay.

23  A.  All 12 of the entities generate revenue.

24  Q.  Okay.  And these are all entities of the SBC, as

25      you've described; right?
```

MAGNA
LEGAL SERVICES

```
 1   A.   Correct.

 2   Q.   Now -- So we've gotten your description now of how

 3        the SBC generates these revenues of

 4        approximately -- Strike that.

 5             We've gotten your description how these

 6        entities of the SBC generate their revenues in the

 7        approximate amount of a billion; is that right?

 8   A.   Well, not about a description of them, but the

 9        total, yes.

10   Q.   The total.

11             Now, is it your testimony that the SBC

12        Executive Committee, in terms of its role in

13        sending out monies, sends out around a billion per

14        year?

15   A.   No.  That's the 450.

16   Q.   Then what happens to the remainder of the revenues

17        generated by these entities, the SBC, annually?

18   A.   They generate those directly.

19   Q.   Okay.  Where do they -- where are those monies

20        kept?

21   A.   At their entities.

22   Q.   I see.

23             So the accumulation of reserves annually of

24        the entities of the SBC would be hundreds of

25        millions of dollars?
```

```
1    A.   No.
2    Q.   Okay.  Are you saying -- then where does that money
3         go?
4    A.   They spend it on missions and ministry.
5    Q.   Okay.
6              THE VIDEOGRAPHER:  Sorry to interrupt.
7         We're just going to need to take a short break in
8         the next five or ten minutes.
9              MR. MacGILL:  Okay.
10   Q.   (BY MR. MacGILL)  So, sir, just to round out this
11        line of testimony, you said that the Executive
12        Committee itself processes monies, takes in and
13        sends out.
14             So you process -- the Executive Committee
15        processes around $450 million per year in terms of
16        what it takes in and sends out?
17   A.   That's correct.
18   Q.   In terms of other expenditures, the entities of the
19        SBC, they send out the remainder in their
20        discretion?
21   A.   You're mixing revenue and expenditures.
22   Q.   Okay.  So who then -- You've described how
23        approximately $450 million per year is expended --
24   A.   Uh-huh.
25   Q.   -- right?
```

MAGNA
LEGAL SERVICES

1    A.    No, no, no.  I've described that we bring in and

2          distribute $450 million.

3    Q.    Okay.  Right.

4          What happens to the remainder?  Who

5          distributes the remainder?

6    A.    There is no distribution.  It is directly retained

7          and used in missions and ministry by the other --

8          by the entities.

9    Q.    That's all I was wanting to ask.

10          So the other $400 to $500 million of annual

11          revenue generated by entities of the SBC, those are

12          retained by those entities and spent in their

13          discretion?

14   A.    "Retained" is not the right word.  Those are

15          brought in and spent.

16   Q.    Let's use your words.

17   A.    Uh-huh.

18   Q.    The other approximate half a billion dollars per

19          year are received and spent by these ten of the 12

20          entities that you've described, in their

21          discretion?

22   A.    "Received" is not really the right word.  They are

23          generated.  Those revenues are generated and spent.

24   Q.    Okay.  And in whose accounts do they go?

25   A.    In their own individual entities.

1    Q.    Great.

2        Let's make sure we tie this up.

3    A.    Okay.

4    Q.    So with respect to -- you described to this Court

5        and jury that the Executive Committee, for its

6        part, takes in and sends out approximately

7        $450 million per year; correct?

8    A.    That's correct.

9    Q.    Now, you've also listed for this Court and jury

10       that there are entities of the SBC that generate

11       certain revenues each year?

12    A.    In addition to that, yes.

13    Q.    In addition to that.

14       And with respect to those entities of the SBC

15       that generates those particular amounts of around a

16       half a billion, they have -- they receive those

17       amounts and expend those amounts in their

18       discretion?

19    A.    Correct.

20    Q.    Okay.

21       MR. MacGILL: Why don't we go ahead and

22       take a break.

23       Thank you.

24       THE VIDEOGRAPHER: Going off the record.

25       The time is 9:39 a.m.

MAGNA
LEGAL SERVICES

94

```
 1              (A recess was taken from 9:39 a.m. to
 2        9:55 a.m.)
 3              THE VIDEOGRAPHER:  We're returning to the
 4        record.  The time is 9:55 a.m.
 5   Q.   (BY MR. MacGILL)  Sir, welcome back.
 6          I want to go back to the publication of the
 7        Guidepost report.  Did you ever ascertain how many
 8        people had viewed the Guidepost report?
 9   A.   No, sir.
10   Q.   Did you do any analysis yourself to determine how
11        much -- what the web traffic was to your website?
12   A.   To that, no.
13   Q.   Generally do you track your website?
14   A.   We do.
15   Q.   Could you tell the Court and jury how much --
16        looking at the May 2022 period of time, how many
17        visitors to the SBC website would there be?
18   A.   I'm unsure.  I'd have to look that up.
19   Q.   Approximately how many people see -- go to the
20        website each month?
21   A.   Around 600,000.
22   Q.   Okay.
23   A.   Page views.  That's page views.
24   Q.   All right.  So when you say a "page view,"
25        approximately 600,000 people each month visit
```

MAGNA

LEGAL SERVICES

```
 1      the --
 2  A.  No.
 3  Q.  Okay.  But it's good that we're talking about you
 4      and your language, because you understand all of
 5      this.
 6          So you have 600,000 what each month?
 7  A.  Page views.
 8  Q.  Okay.  So there are 600,000 page views each month
 9      of which website?
10  A.  Baptistpress.com.
11  Q.  I'm sorry?
12  A.  Baptistpress.com.
13  Q.  And was the Guidepost report put on
14      Baptistpress.com?
15  A.  It was not.
16  Q.  Okay.  Where was the Baptist report put?  I'm
17      sorry, where was the Guidepost report put?
18  A.  It was put on the Amazon S3 server.
19  Q.  And when you say it was put on the Amazon S3
20      server, did the -- how would somebody access what
21      was put on the Amazon S3 server?
22  A.  You click a link to that page --
23  Q.  Okay.
24  A.  -- or to that file.  Sorry.
25  Q.  Where was the link to that file?
```

```
 1   A.   That link was posted at Baptistpress.com in the
 2        story related to the report being published --
 3   Q.   Okay.
 4   A.   -- as well as the Southern Baptist Convention
 5        website, SBC.net.
 6   Q.   The SBC website?
 7   A.   Uh-huh.
 8   Q.   And you were mumbling -- I shouldn't use the word
 9        "mumbling."
10   A.   It's not mumbling.
11   Q.   I could not hear what you were saying, so we're not
12        going to call that mumbling.
13            You said that it was -- this Guidepost report
14        was published on the SBC website --
15   A.   Correct.
16   Q.   -- is that your testimony?
17   A.   Correct.
18   Q.   All right.
19   A.   No, the link was.  The link to the report.
20   Q.   All right.  Let's take this very literally because
21        I want the jury to have a full understanding of how
22        broadly you yourself, on behalf of the SBC
23        Executive Committee, published this report.
24            So the first thing you -- one of the first
25        things you did with the report is you published it,
```

MAGNA
LEGAL SERVICES

1          the report, through a link on the website of the

2          SBC website; is that right?

3     A.   That is correct.

4     Q.   So the SBC website contained a link to the

5          Guidepost report; right?

6     A.   Correct.

7     Q.   When did you provide that link on the SBC website?

8     A.   May 22nd, 2022.

9     Q.   Now, with respect to the SBC website, how many

10         monthly page views do you have on that, generally

11         speaking?

12    A.   The SBC website, around 300,000 a month.

13    Q.   Page views?

14    A.   Correct.

15    Q.   So one making a page view could have looked at the

16         page and seen the link to the Guidepost report;

17         right?

18    A.   I didn't understand.

19    Q.   One looking at the SBC website, one involved with a

20         page view, could have reference to the Guidepost

21         report; right?

22    A.   Correct.

23    Q.   Okay.  Now, not only did you publish a link to the

24         Guidepost report on the SBC website, but you also,

25         the SBC Executive Committee, published a link to

MAGNA

LEGAL SERVICES

1          the report on the Baptistpress.com website; right?

2    A.    Correct.

3    Q.    And with respect to the Baptistpress.com link, you

4          linked the Guidepost report on Baptistpress.com in

5          May 2022; right?

6    A.    Correct.

7    Q.    And you made -- you published that link to the

8          Guidepost report on May 22nd, 2022; did you not?

9    A.    Correct.

10   Q.    Okay.  So, looking at the breadth of what you

11         published, in terms of visitors to the

12         Baptistpress.com in May of '22, approximately how

13         many page views would there be per month in

14         Baptistpress.com in May of '22?

15   A.    Page views?

16   Q.    Page views.

17   A.    Around 600,000.

18   Q.    Did you ever look at the actual data itself to

19         determine?

20   A.    I'm sure I have.

21   Q.    All right.

22   A.    I do not recall specifics.

23   Q.    All right, but let's make sure that the jury

24         understands what you have done in the past, prior

25         to coming here today perhaps, or in your ordinary

MAGNA◆
LEGAL SERVICES

```
1        course of business.
2             Did you ever estimate for yourself how many
3        people would have viewed, in total,
4        Baptistpress.com or the SBC website for purposes of
5        accessing this Guidepost report?
6   A.   No.
7   Q.   But you can say that approximately one million
8        people per month would have been reviewing the SBC
9        website and the Baptistpress.com website?
10            MS. NOKES:  Objection.  That's
11       inconsistent with his testimony.
12  Q.   (BY MR. MacGILL)  In the May '22 period of time;
13       right?
14  A.   What?
15  Q.   I'm sorry?
16  A.   What was the question?
17  Q.   Okay.  Did you answer the question?
18  A.   No.
19  Q.   No?  Okay.
20            Tell us, in May of 2022 how many page views
21       you would have expected of the SBC website and the
22       Baptistpress.com website combined?
23  A.   900,000.
24  Q.   Okay.  So -- And you would have expected
25       approximately 900,000 views of the SBC website and
```

MAGNA
LEGAL SERVICES

1     press -- Baptistpress.com website combined for the

2     remainder of the year 2022 to be around 900,000 per

3     month?

4  A.  Correct.

5  Q.  Okay.  Now, do you have reports, in the ordinary

6     course of business, where you're given reports of

7     how many people visited the "Baptist Press"

8     website?

9  A.  No.

10 Q.  Why not, sir?  As vice president of -- you're

11    vice --

12 A.  I'm not given them.

13 Q.  You're not given them?

14 A.  No.

15 Q.  Does anybody provide them?

16 A.  No.

17 Q.  How do you know how many people are visiting your

18    website?

19 A.  Because I go and get them.

20 Q.  You what?

21 A.  I go and get them.

22 Q.  Oh, you would go and get the numbers?

23 A.  Yes.

24 Q.  Okay.  Do you do that every month?

25 A.  Not necessarily every month.

MAGNA

LEGAL SERVICES

1   Q.  So you would -- you yourself retrieved the data on

2       how many page views you have each month or

3       approximately each month on the Baptistpress.com

4       website?

5   A.  I can.

6   Q.  And you do that, to some extent, each year?

7   A.  Uh-huh.

8   Q.  Yes?

9   A.  Yes.

10  Q.  And you do that also with the SBC website?

11  A.  Yes.

12  Q.  Because that's been part of your job prior to

13      becoming interim president; right?

14  A.  Correct.

15  Q.  And so you want to know specifically yourself, for

16      your part, how many people are visiting the SBC

17      website each month; right?

18  A.  Generally.

19  Q.  Okay.  In general, you also have wanted to know, as

20      interim president and as the vice president in the

21      communications role, how many people visit the

22      Baptistpress.com website?

23  A.  Generally, yes.

24  Q.  Did you understand, sir, in May of 2022 that

25      Guidepost would also provide a link to its report

1        on its website?

2    A.    I did.

3    Q.    And how did you get that understanding?

4    A.    It was on their website.

5    Q.    Okay.  How did you learn that it was on their

6          website?

7    A.    I saw it on the website.

8    Q.    Did you check at the time?

9    A.    I believe I did.

10   Q.    Okay.  And why did -- Tell the Court and jury why,

11         in May of 2022, you checked to determine whether

12         Guidepost had published this report or a link to

13         this report on your website?

14   A.    On my website?

15   Q.    On its website.

16   A.    On its website?

17   Q.    Let me restate.

18            Can you tell the Court and jury why you looked

19         to determine whether Guidepost had provided a link

20         to its report for the SBC in May of 2022?

21   A.    Because it had been commissioned by the messengers

22         to publish the report.

23   Q.    And did you understand, sir, at all times that the

24         Guidepost company had been specifically

25         commissioned by the messengers of the Southern

1       Baptist Convention to publish its report?

2           MS. KLEIN:  Object to form.

3  Q.  (BY MR. MacGILL)  You may answer.

4  A.  Okay.  I didn't hear what she said.  I'm sorry.

5  Q.  She said, "Objection to the form."

6  A.  Oh.

7  Q.  Could you tell the Court and jury, sir, why --

8       Strike that.

9       Did you have a specific understanding, from

10      the SBC Executive Committee standpoint, that

11      Guidepost was to publish its report on its website?

12  A.  Not specifically on its website, but they were to

13      publish a report one month prior to the Convention.

14  Q.  And where did you understand they were going to

15      publish that report one month prior to the

16      Convention?

17  A.  Online.

18  Q.  Okay.  And how did you gain that understanding that

19      they were to publish their report online one month

20      prior to the Convention?

21  A.  It was part of the motion passed by the messengers

22      at the 2021 Convention.

23  Q.  At the '21 Convention?

24  A.  Uh-huh.

25  Q.  Okay.  But I'm asking about the report of May of

MAGNA
LEGAL SERVICES

1      '22.

2          Did you understand that they were to report

3      their findings -- Strike that.

4          So in May of 2021 you came to the

5      understanding --

6   A.  Correct.

7   Q.  -- that Guidepost would publish its report when it

8      was finished?

9   A.  No.

10  Q.  When did you come to that understanding?

11  A.  June of 2021.

12  Q.  Okay.  All right.  So June of -- as of June of the

13     year 2021, you understood, in your role as the

14     Executive Committee -- or at the SBC Executive

15     Committee, that Guidepost was, in fact, going to

16     publish its report, once complete?

17  A.  Correct.

18  Q.  Who is Amy Whitfield?

19  A.  She is the director of communications -- or

20     executive director of communications at the Summit

21     Church in Raleigh-Durham, North Carolina.

22  Q.  How do you work with her, if at all?

23  A.  I have cohosted the podcast with her until I took

24     hiatus in August, once I became interim president.

25  Q.  All right.  So you -- you host a podcast called SBC

1     This Week -- or hosted a podcast, and you did that

2     until you became interim president; is that right?

3  A.  Correct.

4  Q.  And why is Amy Whitfield the person that you've

5     involved in that role previously?

6  A.  We have been friends since 2011.

7  Q.  Okay.  And you have -- Was it your custom at the

8     time to release a 30-minute episode every Friday?

9  A.  Starting in 2015 we started the podcast.  We

10    release roughly a 30- to 45-minute episode every

11    week.

12  Q.  Each week?

13  A.  Uh-huh.

14  Q.  So 2015 through the --

15  A.  Yeah, May of 2015 we started.

16  Q.  And finished when?

17  A.  Well, it's still going, we just are not on the

18    podcast.

19  Q.  When did you last do yours?

20  A.  August of '23.

21  Q.  Okay.  And did you host a podcast with her each

22    week during that period of time?

23  A.  I did.

24  Q.  How many average weekly listeners would you have;

25    sir?

1   A.   Oh, gosh, about 4,000 per episode.

2   Q.   And would there be subscribers?

3   A.   In what sense?

4   Q.   Well, the broadcast -- Do you have to subscribe to

5        be a part of -- to some membership to be a part of

6        the podcast?

7   A.   There is no paid membership.

8   Q.   Okay.  Do you have to have a membership of some

9        kind?

10  A.   No.

11  Q.   So anybody can look -- How does somebody get notice

12       of your SBC This Week podcast?

13  A.   You can -- there's several ways to be noticed of

14       each episode, including social media, as well as

15       podcast platforms on smart devices or your

16       computer.

17  Q.   Now, these podcasts that you did yourself in the

18       year 2015 through August of 2023, are -- these were

19       done in your role as vice president of the

20       Executive Committee of the SBC?

21  A.   From 2019 -- or September of 2019 on, yes.

22  Q.   Okay.  What was the role you had in 2015 through

23       2019?

24  A.   I was director of strategic initiatives -- director

25       of strategic initiatives at Lifeway Christian

```
 1          Resources.
 2     Q.   How do you determine -- how have you determined,
 3          historically, what stories to cover on your
 4          podcast?
 5     A.   The story mix in the podcast has typically been
 6          determined by news coverage from "Baptist Press"
 7          the week prior.
 8     Q.   Okay.  Now, some of your -- at least one of your
 9          podcasts have involved Pastor Johnny Hunt and
10          Guidepost; right?
11     A.   Involved in what way?
12     Q.   Referenced.
13     A.   Correct.
14     Q.   Okay.  And with respect to the podcast, do you
15          remember a podcast involving the SATF report
16          released, "Hunt Outed at NAMB"?  Do you remember
17          that?
18     A.   Yes.
19     Q.   And is that an episode you recorded about the
20          release of the Guidepost report?
21     A.   I believe so.
22     Q.   Okay.  Now -- so you understood by -- you
23          understood, as vice president of the Executive
24          Committee -- SBC at the time that you did that
25          particular podcast, that the Guidepost report had
```

```
 1          made reference to sexual abuse.  Did you understand
 2          that?
 3    A.    I did.
 4    Q.    Now, for your part, sir, as the vice president of
 5          the Executive Committee of the SBC at the time that
 6          you were involved with that podcast, what
 7          diligence, if any, had you yourself conducted to
 8          determine whether the Guidepost report was accurate
 9          as to Pastor Johnny Hunt?
10    A.    Our role in covering the report was not to weigh in
11          or debate its accuracy, but to provide news of what
12          was contained in the report itself.
13    Q.    But, sir, didn't you have an independent
14          responsibility, as the vice president of
15          communications of the SBC, to verify that what you
16          were speaking about, in terms of the Guidepost
17          report, had a foundation in truth?
18    A.    I did not, because we were covering what Guidepost
19          had provided, not whether or not anything contained
20          therein was true.
21    Q.    So you took no steps to determine whether what
22          Guidepost reported was true of any kind or nature,
23          prior to the time that you made reference to the
24          report?
25    A.    We reported on the report itself.
```

1   Q.   Okay.  But that means, sir, that you didn't take

2         any steps -- to repeat, you took no steps yourself,

3         at the Executive Committee of the SBC, to determine

4         whether the Guidepost report was accurate --

5                MS. NOKES:  Objection --

6   Q.   (BY MR. MacGILL)  -- as to Pastor Johnny Hunt?

7                MS. NOKES:  Objection.  He's already

8         answered.

9   Q.   (BY MR. MacGILL)  You may answer.

10   A.   We reported on the report provided to us by

11         Guidepost.

12   Q.   List every step, sir, that you took to verify that

13         the report by Guidepost was accurate as to Pastor

14         Johnny Hunt.

15   A.   It was not our --

16                MS. NOKES:  Objection.  He's already

17         answered.

18                THE WITNESS:  Sorry.

19   A.   It was not our role to fact check the report.  It

20         was our role to report on what was contained

21         therein.

22   Q.   (BY MR. MacGILL)  So you took no steps yourself

23         independently, at the SBC Executive Committee, to

24         determine whether the facts -- the, quote, facts,

25         unquote, reported in the Guidepost report were

```
 1        correct?

 2                 MS. NOKES:  Same objection.

 3   A.   We reported on the contents of the report.

 4   Q.   (BY MR. MacGILL)  And, sir, you could admit,

 5        without equivocation now, at this time, that prior

 6        to the time that you made reference to the

 7        Guidepost report at the SBC Executive Committee,

 8        for your part, you yourself took no steps to verify

 9        the accuracy of what was contained in the Guidepost

10        report as far as Johnny Hunt was concerned?

11                 MS. NOKES:  Same objection.

12   A.   We reported on the contents of the Guidepost

13        report.

14   Q.   (BY MR. MacGILL)  And no matter how many times I

15        ask you this question, you will not answer my

16        question as to the steps you took, if any, to

17        verify the accuracy of the Guidepost report; is

18        that correct?

19   A.   We took -- I'm sorry, we reported on the contents

20        of the report.

21   Q.   And you will give no further answer in relation to

22        my question now put to you three times; is that

23        right?

24                 MR. BUNDREN:  That's enough, Rob.  Let's

25        move on.
```

MAGNA

LEGAL SERVICES

```
 1                    MR. MacGILL:  No.  I'm going to --
 2                    MR. BUNDREN:  He's answered the question
 3          five times.
 4     Q.   (BY MR. MacGILL)  You will give no further answer
 5          to my question put to you three times, other than
 6          what you've already said; is that right?
 7                    MR. BUNDREN:  That is harassing, and
 8          under the rules we can terminate a deposition if
 9          something is harassing.  So we're putting you on
10          notice that this is enough.  You've asked him six
11          times.  His answer is going to be same.
12                    MR. MacGILL:  Read the question back.  I
13          would like an answer.
14                    (The pending question was read from
15          Page 109, Lines 22 through Line 25, inclusive and
16          Page 110, Line 1.)
17     A.   We reported what was reported in the report.
18     Q.   (BY MR. MacGILL)  Okay.
19                    (A discussion was had between Plaintiff's
20          counsel out of the hearing of the reporter.)
21     Q.   (BY MR. MacGILL)  Sir, I'm going to identify some
22          of the things that you did yourself specifically in
23          relation to the Guidepost report and then I'm going
24          to have -- ask you to identify some podcasts.  So
25          we're going to put on your screen --
```

MAGNA
LEGAL SERVICES

```
1    A.   Okay.

2    Q.   We'll just do -- as the next exhibit we're going to

3         have you identify a podcast, sir.  We don't go

4         through the whole thing.

5              THE VIDEOGRAPHER:  I think your

6         microphone fell off, sir.

7              (Marked Exhibit No. 50, May 27, 2022, SBC

8         This Week Podcast.)

9    Q.   (BY MR. MacGILL)  Can you click play on your?

10             MR. MacGILL:  What exhibit?

11   Q.   (BY MR. MacGILL)  Sir, this is Exhibit 50.

12   A.   (The witness reviewed the document.)  You don't

13        have the volume up.

14             (Played Exhibit No. 51, May 27, 2022, SBC

15        This Week Website Post.)

16   Q.   (BY MR. MacGILL)  Sir, if you would hit "stop,"

17        please.

18             Sir, is that a podcast that you participated

19        in on May 27th, 2022?

20   A.   I do not know the specific date.

21   Q.   But would it have been within the week after the

22        Guidepost?

23   A.   I don't know.  We didn't get to anything yet.

24   Q.   Okay.

25             (A discussion was had between Plaintiff's
```

1     counsel out of the hearing of the reporter.)

2          (Marked Exhibit No. 51, May 27, 2022, SBC

3     This Week Website Post.)

4  Q.  (BY MR. MacGILL)  Sir, if you would go to the next,

5     where we've got Exhibit 51, and I would ask you to

6     refer to Exhibit 51 on your computer, please.

7  A.  Yep.

8  Q.  Do you have it in front of you?

9  A.  Uh-huh.

10 Q.  All right.  Does that tell you what this SBC This

11    Week podcast, the date of it?

12 A.  It does for this page that you're showing me.

13 Q.  And tell the Court and jury what -- when it was

14    that Exhibit 50 occurred, that is, the podcast.

15 A.  We still have not determined if Exhibit 50 is the

16    same episode.

17 Q.  All right.  Well, you see there's SBC This Week.

18    Tell the Court and jury what Exhibit 51 is.

19 A.  That's, it looks like, a webpage from the SBC This

20    Week website.

21 Q.  Okay.  And that's a webpage that you had issued at

22    the SBC Executive Committee?

23 A.  Yeah.

24 Q.  And this was your office at the time that did this?

25 A.  Yes.

MAGNA
LEGAL SERVICES

```
 1   Q.   Your office that you formally -- or you had this
 2        office at this point, didn't you?
 3   A.   Yeah, correct.
 4   Q.   So you were responsible for publishing Exhibit 51?
 5   A.   Correct.
 6   Q.   And so what you said to the world of interest here
 7        in the SBC This Week, what did you entitle this?
 8   A.   The "Sex Abuse Task Force report released, Hunt Out
 9        at NAMB."
10   Q.   All right.  Now, was that something you wrote?
11   A.   Yes.
12   Q.   Okay.  So when did you -- Tell the Court and jury
13        when you wrote this.
14   A.   It would have been May the 27th.
15   Q.   All right.  Now, was there a podcast associated
16        with this?
17   A.   Yes, sir.
18   Q.   And when was that podcast?
19   A.   May the 27th.
20   Q.   All right.  And was that the podcast which we just
21        started?
22   A.   I don't know.
23   Q.   All right.  Well, let's go back to Exhibit 50, and
24        let's turn it back on and see if you can tell the
25        Court if Exhibit 50 is what you referred to in
```

1    Exhibit 51.

2    A.    All right.  Do you mind if I scrape through this?

3    Q.    No, do.

4              (Played Exhibit No. 50, Podcast.)

5    A.    Okay.  So that appears to be the episode associated

6          with Exhibit 51.

7    Q.    (BY MR. MacGILL)  Okay.  And did you do a podcast

8          also, sir, regarding Mr. Barber issuing a statement

9          about the Pastor Johnny Hunt, quote, restoration?

10   A.    It's entirely possible.

11   Q.    You don't recall doing that, sir?

12   A.    I don't specifically recall all 470 podcast

13         episodes.

14   Q.    Do you recall an episode that you recorded, sir,

15         about Mr. Barber's statement regarding Hunt's

16         return to the ministry?

17   A.    Not right at this moment.

18   Q.    Generally, do you have some recollection of it?

19   A.    Yes.

20   Q.    Okay.  What do you recall?

21   A.    That we covered President Barber's statement.

22   Q.    And when you say "President Barber," you're

23         referring to President Barber, this is President

24         Barber of the SBC?

25   A.    That's correct.

```
 1    Q.    Okay.  Now, do you know whether Mr. Barber has at

 2          any time, even as we sit here today, has taken any

 3          steps to verify the accuracy of the Guidepost

 4          report in any respect?

 5                MS. NOKES:  Objection; outside the scope.

 6    A.    That would be a question for Mr. Barber.

 7    Q.    (BY MR. MacGILL)  Do you know of any actions he

 8          took to verify the report yourself?

 9    A.    I do not.  That would be a question for Mr. Barber.

10    Q.    Okay.  So you don't know.  You're saying we should

11          ask him?

12    A.    If you want to know what President Barber did, I

13          would suggest asking President Barber.

14    Q.    Yeah, but I also want to know what you know.

15                And you don't have any knowledge yourself,

16          sir, about whether Mr. Barber verified the factual

17          statements made in the Guidepost report; is that

18          fair?

19                MS. NOKES:  Objection; outside the scope.

20    A.    That's fair.

21    Q.    (BY MR. MacGILL)  Okay.  Now -- But let's focus on

22          your conduct here for a minute.

23                When you hosted the podcast involving

24          Dr. Hunt's restoration, quote, restoration,

25          unquote, did you do any -- did you take any steps
```

MAGNA
LEGAL SERVICES

```
1        to see whether Mr. Barber himself had done anything
2        to verify anything associated with Pastor Johnny
3        Hunt?
4    A.  We reported on President Barber's statement.
5    Q.  Okay.  You just reported on what he said.  You took
6        no independent verification steps yourself?
7    A.  We reported on what President Barber said.
8    Q.  Okay.  Now, did it make you uncomfortable that you
9        were in the role of simply reporting on what Dr. --
10       Strike that.
11            Did that make you uncomfortable in any way, as
12       vice president of the SBC Executive Committee, that
13       Mr. Barber's statements were being covered for
14       simply what they involved or contained?
15   A.  Did it make me uncomfortable?
16   Q.  Yes, sir.
17   A.  No.
18   Q.  Okay.  You were comfortable in your role of the SBC
19       Executive Committee with simply reporting what he
20       said?
21            MS. NOKES:  Objection; he's already
22       answered.
23   A.  We reported on what President Barber said.
24            (Marked Exhibit No. 52, December 2, 2022,
25       SBC This Week Podcast.)
```

1   Q.   (BY MR. MacGILL)  Okay.  Let's look at that.  Sir,

2        if you would click on the next, Exhibit 52.

3   A.   Is this a podcast again?

4   Q.   Yes, sir.

5   A.   Okay.  I'm playing this?

6   Q.   Please.

7   A.   Mind if I bounce forward?

8                 (Played Exhibit 52, Podcast.)

9   A.   Okay.

10  Q.   (BY MR. MacGILL)  Do you recognize that, sir?

11  A.   I do.

12  Q.   And was that a podcast that you were involved in?

13  A.   It was.

14  Q.   And this is an episode that you recorded about

15       Mr. Barber's statement regarding Hunt's -- Pastor

16       Johnny Hunt's return to the ministry?

17  A.   I do not know for certain on that because we hadn't

18       gotten to that point yet.

19  Q.   Go ahead.

20                 (Played Exhibit No. 52, Podcast.)

21  A.   Okay.

22  Q.   (BY MR. MacGILL)  Do you recognize that to be a

23       podcast you participated in?

24  A.   Correct.

25  Q.   And do you know, roughly speaking, when you did so?

MAGNA®
LEGAL SERVICES

1 A. Roughly speaking what?

2 Q. When you did so?

3 A. It would have been December of '22.

4 Q. Yeah.

5     (Marked Exhibit No. 53, December 3, 2022,

6   SBC This Week Website Post.)

7 Q. (BY MR. MacGILL)  So we're going to upload

8   Exhibit 53 and ask you to identify this.

9 A. Hey, it was.

10   Yeah, December 2nd, 2022.

11 Q. And this is a release that -- or a web notice that

12   you released saying, "Barber issues statement on

13   Hunt, quote, restoration, unquote; Sills seals

14   files suit over abuse allegations."

15   Do you see that?

16 A. Yes.

17 Q. And this is your document?

18 A. Correct.

19 Q. Why did you put the term "restoration" in quotes?

20   And let me be more specific.

21   What you wrote and published was that there

22   had been a -- "Barber issues statement on Hunt,

23   quote, restoration, unquote."

24   Why did you put "restoration" in quotes?

25 A. I'm not quite certain.

```
 1    Q.   Well, sir, this is your word.

 2              You don't have any recollection as to why you

 3         used this word quote, restoration?

 4    A.   I believe that's what it was generally being

 5         referred to at the time.

 6    Q.   Well, this is your reference, sir.

 7              Were you quoting somebody else here?

 8    A.   Possibly.

 9    Q.   Who were you quoting?

10    A.   Possibly "Baptist Press," possibly Bart Barber.

11         I'm not quite certain.  Don't have that in front of

12         me.

13    Q.   Did you have any reason to believe yourself that

14         Dr. Hunt -- that Pastor Johnny Hunt needed some

15         form of, quote, restoration, unquote, at the time

16         you wrote this?

17    A.   We were -- I wasn't concerned with Pastor Hunt's

18         need for restoration when I wrote this.  We were

19         simply reporting on what had happened during the

20         week.

21    Q.   So you just were making reference to what somebody

22         else had said here?

23    A.   Correct.

24    Q.   This was not, quote -- putting the word, quote,

25         restoration, in quotes was not your judgment?
```

MAGNA
LEGAL SERVICES

```
 1   A.   I'm --

 2   Q.   You were just reporting somebody else --

 3   A.   Yes.

 4   Q.   Okay.  Now, I want to refer to the next podcast.

 5        Do you remember -- We'll look -- Well, let's go to

 6        the next exhibit.  This will be Exhibit 54.

 7              (Marked Exhibit No. 54, February 3, 2023,

 8        SBC This Week Podcast.)

 9              (Played Exhibit No. 54, Podcast.)

10   A.   Okay.

11   Q.   (BY MR. MacGILL)  Do you recall this, sir?

12   A.   Yes.

13   Q.   And is this a podcast that you participated in?

14   A.   It is.

15   Q.   And why did you -- why were you -- did you make

16        this the subject of a podcast, that is, invitations

17        by two churches to Pastor Johnny Hunt to preach?

18   A.   Because it was news of the week.

19   Q.   Why was that news of the week?

20   A.   Because Pastor Hunt was a high-profile leader in

21        the Convention.  And after the mention in the

22        Guidepost report, having -- churches having him

23        speak generated response from the credentials

24        committee.

25   Q.   Why was that -- and the credentials committee, what
```

MAGNA

LEGAL SERVICES

```
 1        is this entity called the credentials committee?
 2   A.   It's a standing committee of the Convention, per
 3        Bylaw 8 of the Convention's bylaws.
 4   Q.   So Bylaw 8 establishes an entity called the
 5        standing committee -- or something called the --
 6   A.   It establishes -- I'm sorry, it establishes a
 7        standing committee called the credentials
 8        committee.
 9   Q.   And Bylaw 8 of what?
10   A.   The SBC Bylaws.
11   Q.   So is the credential committee a SBC committee?
12   A.   It is.
13   Q.   And it's not part of the Executive Committee of the
14        SBC?
15   A.   Correct.
16   Q.   Okay.  Now -- but I want to focus on you for a
17        minute here.
18             Now, you are employed by the SBC Executive
19        Committee; right?
20   A.   Correct.
21   Q.   Why are you reporting on an action of the
22        credential committee of the SBC?
23   A.   The action of the credentials committee of the SBC
24        had been made public that week, and it was news in
25        the "Baptist Press" because of Pastor Hunt's high
```

MAGNA
LEGAL SERVICES

```
 1          profile and, therefore, we covered it on the

 2          podcast.

 3     Q.   All right.  And were you asked by -- who asked you

 4          to cover this on the podcast?

 5     A.   No one asked.

 6     Q.   You just made this judgment yourself?

 7     A.   We do.

 8     Q.   Okay.

 9               (Marked Exhibit No. 55, February 3, 2023,

10          SBC This Week Website Post.)

11     Q.   (BY MR. MacGILL)  Okay.  We're going to go to the

12          next exhibit, which is 55.

13     A.   Okay.

14     Q.   Do you have that in front of you --

15     A.   I do.

16     Q.   -- Exhibit 55?

17               And is this your title, "Hunt Invites --"

18          "Hunt Invites lead to Credential Committee

19          Inquiries"?

20     A.   Correct.

21     Q.   And this was what date, sir?

22     A.   February 3rd, 2023.

23     Q.   And this is what you published; is that right?

24     A.   Correct.

25     Q.   And on this Exhibit 55 is a picture of Pastor
```

1      Johnny Hunt from the pulpit?

2   A.   Yes.

3          (Marked Exhibit No. 56, March 24, 2023,

4      SBC This Week Podcast.)

5   Q.  (BY MR. MacGILL)  Sir, I've got one other podcast

6      I want to ask you about.  It's going to be

7      Exhibit 56.

8          (Played Exhibit No. 56, Podcast.)

9   A.   Okay.

10  Q.  (BY MR. MacGILL)  Keep playing it.

11  A.   Oh.

12         (Played Exhibit No. 56, Podcast.)

13  Q.  (BY MR. MacGILL)  Can you keep playing it?

14  A.   Oh.  All right.

15  Q.  Thank you.

16         (Played Exhibit No. 56, Podcast.)

17  Q.  (BY MR. MacGILL)  Is that a podcast that you

18     participated in, that is, Exhibit 56?

19  A.   It is.

20  Q.  All right.  And the date of your participation,

21     sir?

22  A.   I am not sure, but I bet you're going to show me.

23         (Marked Exhibit No. 57, March 24, 2023,

24     SBC This Week Website Post.)

25  Q.  (BY MR. MacGILL)  We will put this up and ask you

```
1        if Exhibit 57 shows you the date?

2   A.   All right.  March 24th, 2023.

3   Q.   And is this something that came out from the SBC

4        Executive Committee saying, "Former President

5        Johnny Hunt sues SBC, EC, and Guidepost"?

6   A.   Yes.

7   Q.   Does that remind you of the timing of this podcast,

8        Exhibit 56?

9   A.   Uh-huh.

10  Q.   When was it?

11  A.   May 24th, 2023.

12  Q.   Did you review any of these podcasts prior to

13       coming here today?

14  A.   I did not.

15  Q.   Sir, I want to switch topics and I want to talk

16       about the structure of the organizations that you

17       work in connection with.

18  A.   Could I get a quick bathroom break before we do

19       that?

20  Q.   Sure.  No problem.

21  A.   Is that okay?

22            MR. MacGILL:  Let's go off the record.

23            THE VIDEOGRAPHER:  Off the record.  The

24       time is 10:35 a.m.

25            (A recess was taken from 10:35 a.m. to
```

```
 1      10:38 a.m.)

 2              THE VIDEOGRAPHER:  We're returning to the

 3      record.  The time is 10:38 a.m.

 4  Q.  (BY MR. MacGILL)  Sir, I want to talk about the SBC

 5      and the Executive Committee of the SBC.

 6          Just -- In terms of your general

 7      understanding, do you understand the Southern

 8      Baptist Convention is a Georgia corporation?

 9  A.  Correct.

10  Q.  And it was -- you understand it was established by

11      charter, granted by the state legislature there in

12      Georgia?

13  A.  Correct.

14  Q.  Okay.  Some many years ago, around 1845?

15  A.  1845.

16  Q.  All right.  And did you understand, generally, that

17      the Convention would consist of messengers, who

18      were members of Baptist churches, in cooperation in

19      the Convention?

20  A.  Correct.

21  Q.  You described in your testimony earlier the

22      different messengers that were involved; right?

23      You described the messengers --

24  A.  I'm unsure.

25  Q.  -- earlier?
```

```
 1              Do you remember that?
 2   A.   I -- Possibly.  I don't know exactly what you're
 3        talking about.
 4   Q.   Okay.  Well, do you understand, generally, that the
 5        corporate power and authority of the SBC originates
 6        with the messengers?
 7   A.   Yes.
 8   Q.   Okay.  To be specific, you had given testimony
 9        earlier about the authorization of the messengers
10        to proceed in 2021.  Do you remember that?
11   A.   I do.
12   Q.   Okay.  So what I'd like to do is refer you to the
13        next exhibit.
14   A.   Okay.
15              (Marked Exhibit No. 58, SBC
16        Constitution.)
17   Q.   (BY MR. MacGILL)  So, sir, do you have the
18        constitution -- do you have this particular
19        exhibit, which is Exhibit 58, in front of you?
20   A.   I do.
21   Q.   All right.  And what is Exhibit 58?
22   A.   The SBC Constitution.
23   Q.   All right.  And if you would look at Article III of
24        Constitution of the SBC you see that, consistent
25        with what you've testified, that that is
```

1       specifically corporate power and authority

2       originates with the messengers?

3  A.  (The witness reviewed the document.)  I'm not

4       seeing what you're talking about.  I'm sorry.

5  Q.  Okay.  Let's take a look at Article IV.  Do you see

6       Article IV on Authority?

7  A.  I do.

8  Q.  And it says, "While independent and sovereign in

9       its own sphear, the Convention does not claim and

10      will never attempt to the exercise any authority

11      over any other Baptist body, whether church,

12      auxiliary organizations, associations, or

13      convention."

14         Do you see that?

15  A.  I do.

16  Q.  And based on your role, sir, as the interim

17      president of the SBC Executive Committee, do you

18      understand that to be a correct statement of the

19      authority of the SBC?

20  A.  I do.

21  Q.  All right.  And, specifically, you understand, and

22      have at all times, consistent with Article IV, that

23      the Southern Baptist Convention does not claim any

24      authority over any individual church in -- Baptist

25      church in the United States; right?

1    A.    That's correct.

2    Q.    You testified earlier about the officers of the

3          SBC.  Do you remember that line of testimony?

4    A.    Not specifically.

5    Q.    Article V references the officers of the

6          Convention.

7               Do you see that?

8    A.    I do.

9    Q.    There will be a president, a first and second vice

10         president, a recording secretary, a registration

11         secretary, and a treasurer; is that right?

12   A.    That is correct.

13   Q.    And also, continuing, and I believe consistent with

14         your testimony this morning, "The officers shall be

15         elected annually and shall hold office until their

16         successors are elected and qualified"; is that

17         correct?

18   A.    What you said was correct.  We have not talked

19         about that today.

20   Q.    Okay.  You testified generally about officers.  Do

21         you remember that?  You listed certain officers.

22   A.    We did not.

23   Q.    Okay.  When you testified earlier about officers,

24         you were talking about officers of the Executive

25         Committee?

MAGNA

LEGAL SERVICES

130

```
 1   A.   Yeah.

 2   Q.   Okay.  Now, there are separate officers of the SBC;

 3        is that right?

 4   A.   That's correct.

 5   Q.   Focusing on the SBC for a minute, you described

 6        earlier certain officers of the SBC.  Do you

 7        remember that?

 8   A.   I did not.  The only officer we've talked about is

 9        President Barber and President Litton.

10   Q.   Okay.  They are -- So you're saying they are not

11        officers of the SBC?

12   A.   They are, but we've not talked -- described

13        officers or anything of that nature.

14   Q.   Okay.

15   A.   You've referenced them.

16   Q.   When did Mr. Barber become the president of the

17        SBC?

18   A.   June of 2022.

19   Q.   And his predecessor was?

20   A.   Ed Litton.

21   Q.   And when did he become president?

22   A.   June of 2021.

23   Q.   So he served a one-year term?

24   A.   All the terms are one year, as stated in front of

25        you.
```

MAGNA®
LEGAL SERVICES

131

```
 1   Q.   Now, Mr. Barber began serving in June of '22.  Did
 2        he continue to serve after June of 2023?
 3   A.   He was reelected to a second term in June of 2023.
 4   Q.   And how long is his term?
 5   A.   They are one-year terms or until their successors
 6        are elected.
 7   Q.   Who proceeded Mr. Litton?
 8   A.   J.D. Greear.
 9   Q.   Now, during the year of 2022 was Mr. Barber a
10        member of the Executive Committee?
11   A.   After his election he was a member of the Executive
12        Committee.
13   Q.   After his election in June of 2022?
14   A.   Correct.
15   Q.   I'm sorry.  He was elected first in June of 2021?
16   A.   No.  Mr. Barber was elected in June of '22.
17   Q.   June of what?
18   A.   2022.
19   Q.   Okay.  So Mr. Litton served from June of 2021 until
20        June of 2022?
21   A.   That's correct.
22   Q.   All right.  And Mr. Barber became -- he began
23        serving in June of 2022 and continued through June
24        of '23 in his initial term; is that correct?
25   A.   That's correct.
```

MAGNA

LEGAL SERVICES

```
 1   Q.   So let me make sure I understand your testimony.

 2        So Mr. Barber became a member of the SBC

 3        Executive Committee beginning in June of 2022?

 4   A.   That is correct.

 5   Q.   And he has remained a member of the Executive

 6        Committee since June of 2022 to present day?

 7   A.   Correct.

 8   Q.   And you are familiar with some tweets Mr. Barber's

 9        made pertaining to Pastor Johnny Hunt; is that

10        correct?

11   A.   Yes.

12   Q.   And his tweets as to Pastor Johnny Hunt have been

13        made at the time that he was a member of the SBC

14        Executive Committee; is that correct?

15   A.   The ones you're referencing, yes.

16   Q.   And the ones pertaining to Pastor Johnny Hunt, the

17        tweets by Pastor -- or the tweets by Mr. Barber

18        have been made while he was a member of the SBC

19        Executive Committee; correct?

20   A.   Yes.

21   Q.   So with respect to the Southern Baptist

22        Convention's task force --

23   A.   Which task force?

24   Q.   The Sexual Abuse Task Force.

25        When was that founded?
```

MAGNA
LEGAL SERVICES

```
 1   A.   That task force was authorized in June of 2021 and

 2        appointed in July of 2021.

 3   Q.   And the appointments were made by Mr. Litton; is

 4        that correct?

 5   A.   That's correct.

 6   Q.   Okay.  And this task force, as you've described,

 7        this is not a separate corporation, this Sexual

 8        Abuse Task Force; right?

 9   A.   A separate corporation than what?

10   Q.   It's not a corporation, it's a -- the Sexual Abuse

11        Task Force is a committee appointed by the SBC;

12        correct?

13   A.   By the SBC president.

14   Q.   That's correct.

15             And the task force itself was not formed as a

16        separate corporation?

17   A.   Correct.

18   Q.   Now, with respect to the Sexual Abuse Task Force,

19        this was a task force that was created at the 2021

20        SBC annual meeting, as you've described?

21   A.   It was authorized.

22   Q.   Okay.  You use the term "authorized" rather than

23        "created."  Can you tell us why?

24   A.   Because the Convention did not create the task

25        force, they authorized the creation of it.
```

1   Q.   Okay.  What makes you say that?

2   A.   That's how our polity works.

3   Q.   That's how what?

4   A.   Our polity works.

5   Q.   Okay.  Authorizations as opposed to creations?

6   A.   Correct.  In this instance.

7   Q.   Why do you say "in this instance"?

8   A.   The Convention could do different things different

9       ways.

10   Q.   And why would this be authorization as opposed to

11       creation, then?

12   A.   Because they passed a motion authorizing the

13       creation.

14   Q.   So the Convention authorized the creation of the

15       Sexual Abuse Task Force?

16   A.   Correct.

17           (Marked Exhibit No. 59, Motion

18       Authorizing Sexual Abuse Task Force by Messengers

19       at 2021 SBC Annual Meeting.)

20   Q.   (BY MR. MacGILL)  Sir, I'm going to put up on your

21       screen Exhibit 59.

22       Can you tell us what Exhibit 59 is?

23   A.   It's the motion passed by the messengers at the

24       2021 SBC annual meeting.

25   Q.   Okay.  And this is the motion that was made?

MAGNA
LEGAL SERVICES

```
 1   A.   Yes, it is.
 2   Q.   And this was the motion creating the task force?
 3   A.   It's the motion authorizing the task force.
 4   Q.   It says here in bold, "Motion Creating Task Force."
 5        Do you see that?
 6   A.   I do.
 7   Q.   And is that -- that's not -- you disagree with that
 8        headline?
 9   A.   I did not write that headline.  I don't know what
10        this is from.  From the task force archives.  It's
11        just a --
12   Q.   But the proper description of this, in your mind,
13        is that the Southern Baptist Convention authorized
14        the creation of the Sexual Abuse Task Force?
15   A.   Correct.
16   Q.   It says here, sir, it says, "Motion passed," that
17        is shown here (indicated)?
18   A.   I'm sorry, can you restate?
19   Q.   Was this motion approved?
20   A.   This motion here (indicated)?
21   Q.   Yes.
22   A.   Yes.
23   Q.   And the motion -- So the motion includes the
24        following language:  "The investigation shall
25        include actions and decisions of the staff and
```

```
 1      members of the Executive Committee from January 1,

 2      2000 to January 14th, 2021."

 3           Do you see that?

 4   A.  I do.

 5   Q.  Is it your understanding what was authorized in

 6      terms of the Guidepost work?

 7   A.  What was authorized?

 8   Q.  Yes, sir.

 9   A.  A report to be brought to the messengers the next

10      year.

11   Q.  Yeah.  But I want to be precise here, if you can

12      be.

13   A.  Okay.

14   Q.  You understood that the motion that approved --

15      that specifically authorized that the

16      investigation, quote, shall include actions and

17      decisions by -- of staff and members of the

18      Executive Committee from January 1, 2000 to

19      June 14th, 2021.

20           Do you see that?

21   A.  I do.

22   Q.  And is that the specific authorization that was

23      given to Guidepost in terms of the report?

24   A.  Authorization of the investigation?

25   Q.  Yes, sir.
```

MAGNA
LEGAL SERVICES

1   A.   Yes.

2   Q.   They were to look at actions and decisions for a

3        particular time period; right?

4   A.   Correct.

5   Q.   Of Executive Committee members; is that right?

6   A.   And staff.

7   Q.   For a defined period; right?

8   A.   Correct.

9   Q.   And Executive Committee members were to be

10       evaluated for their actions and decisions for a

11       defined period of January 1, 2000 to June 14th,

12       2021; is that right?

13  A.   That's correct.

14  Q.   Was Pastor Johnny Hunt a member of the Executive

15       Committee during that period of time, January 1,

16       2000 to June 14th, 2021?

17  A.   He was.

18  Q.   In what role?

19  A.   As the ex-officio member, by virtue of his office

20       of SBC president.

21  Q.   And when was he an ex-officio member?

22  A.   He would have been an ex-officio member from June

23       of 2008 through June 2010.

24            (A discussion was had between Plaintiff's

25       counsel out of the hearing of the reporter.)

```
 1   Q.   (BY MR. MacGILL)  So let's go to the next exhibit.

 2        We're going to go to Exhibit 2.

 3   A.   The engagement letter?

 4   Q.   Sir, if you have -- you have Exhibit 2 in front of

 5        you; do you not?

 6   A.   I do.

 7   Q.   And would you -- do you have the scope of

 8        engagement here?

 9   A.   Uh-huh.

10        Yes.  Sorry.

11   Q.   And did you understand that the scope of the

12        engagement -- specifically what Guidepost says

13        here, is specifically, and as directed by the SBC

14        motion, Guidepost will investigate -- and it lists

15        then five different bullet points.  Do you see

16        that?

17   A.   I do.

18   Q.   And it continues, allegations of abuse by the

19        Executive Committee members; is that right?

20   A.   Yes.

21   Q.   All right.  And you indicated that -- Who are the

22        Executive Committee members during -- Strike that.

23        And your testimony is that Mr. Barber was an

24        Executive Committee member, in an ex-officio

25        capacity.  Do you recall that line of testimony?
```

1   A.   I do.

2   Q.   All right.  And your statement here is that --

3        you're indicating here that an ex-officio member is

4        the same as an Executive Committee member, is that

5        right, in your mind?

6   A.   Yes.

7   Q.   And what makes you say that?

8   A.   The constitution or the bylaws, it's one of the

9        two.  Yeah, it's the constitution, I believe,

10       puts -- Let me see.  There it is.  Per Article V(3)

11       of the Convention's Constitution, "The president of

12       the Convention shall be a member of the several

13       boards and of the Executive Committee."

14  Q.   Okay.  I want to go back to Pastor Johnny Hunt for

15       a minute and make sure we have very precise

16       testimony from you on this topic.

17            You indicated earlier in your testimony just a

18       minute ago that Johnny -- Pastor Johnny Hunt was a

19       member of the Executive Committee as an ex-officio

20       member, from June 2008 to June of 2010.

21            Do you recall that?

22  A.   I do.

23  Q.   When was the incident at issue in this case?

24  A.   As recorded in the report, it occurred in July of

25       2010.

MAGNA

LEGAL SERVICES

1    Q.    All right.  So he was not an Executive Committee

2          member, according to you, at the time of this

3          incident; right?

4    A.    That is correct.

5    Q.    So the allegation of abuse by Executive Committee

6          members was not during the period of time described

7          in the motion, was it?

8    A.    That's not correct.

9    Q.    Speak up, sir.

10   A.    That's not correct.

11   Q.    Okay.  When was the -- Let's just compare the dates

12         here.

13             The incident here was July of 2010.

14   A.    That's correct.

15   Q.    What date in July, sir?

16   A.    I don't know the specific date.

17   Q.    Okay.  But it was in July of 2010?

18   A.    It was.

19   Q.    And the Executive Committee -- Pastor Johnny Hunt

20         was not a member of the Executive Committee at the

21         time, was he?

22   A.    He was not.

23   Q.    He was not an ex-officio member at that time --

24   A.    He was not.

25   Q.    -- right?

MAGNA

LEGAL SERVICES

```
 1              Yet the report indicates that there are to

 2         be -- there's to be a review of allegations of

 3         abuse by Executive Committee members; is that

 4         correct, sir?

 5    A.   That is correct.

 6    Q.   And specifically there was also, in Bullet Point 2,

 7         mishandling of abuse allegations by Executive

 8         Committee members between January 1, 2000 to

 9         June 14th, 2021.

10              Do you see that?

11    A.   I do.

12    Q.   Now, the members of the task force included

13         Mr. Bruce Frank; right?

14    A.   They do.  That's correct.

15    Q.   Marshall Blalock --

16    A.   Uh-huh.

17    Q.   -- right?

18              John Damon?

19    A.   That's right.

20    Q.   Liz Evan?

21    A.   Correct.

22    Q.   Heather Evans?

23    A.   Correct.

24    Q.   Andrew H?bert?

25    A.   H?bert.
```

1    Q.    H?bert.

2              Bruce Sterling; is that correct?

3    A.    Bucas Sterling.

4    Q.    I'm sorry?

5    A.    Bucas?

6    Q.    Bucas, not Bruce?

7    A.    No.

8    Q.    Okay.  Sorry, my mistake.

9              Now, from the outset the messenger motion that

10        we've just reviewed in this evidence, sir, called for

11        the creation of a task force, and it called for

12        publication -- called for a public report; is that

13        right?

14   A.    It did.

15   Q.    And specifically the written report was to be

16        presented to the task force 30 days prior to the

17        annual meeting in 2022; is that right?

18   A.    Correct.

19   Q.    And that was -- called for publication May of 2022;

20        right?

21   A.    Correct.

22   Q.    And it was understood from the outset, according to

23        the motion that was approved, that it would be --

24        this report would be made public in full form

25        within one week of the task force's receipt of the

MAGNA○
LEGAL SERVICES

```
 1        report; is that right?

 2   A.   Correct.

 3   Q.   The messenger motion was made on June 15 and 16,

 4        2021; is that right?

 5   A.   Yes.

 6   Q.   Sir, moving to the structure of the Executive

 7        Committee, the Executive Committee of the SBC is a

 8        corporation incorporated under Tennessee law; is

 9        that right?

10   A.   That's correct.

11   Q.   It acts on behalf -- the Executive Committee acts

12        on the behalf of the SBC, on behalf the Southern

13        Baptist Convention, between annual sessions?

14   A.   That's correct.

15   Q.   And it manages, as you've said, sir, the day-to-day

16        operations between sessions.  Fair statement?

17   A.   Yes.

18   Q.   The Executive Committee is governed by a board of

19        trustees?

20   A.   It is.

21   Q.   And with respect to the general powers of the

22        Executive Committee, "All corporate powers shall be

23        exercised by or under the authority of, and the

24        affairs of the Corporation will be managed under

25        the direction of, the Corporation's board of
```

1    trustees"; is that right?

2    A.   Yes.

3    Q.   The board of trustees are also referred to as,

4         quote, members, unquote, of the Executive

5         Committee; is that correct?

6    A.   By some, yes.

7    Q.   And the members of the Executive Committee, are

8         those members elected by the SBC?

9    A.   Yes.

10   Q.   I'm going to hand you the next exhibit, sir.

11             MR. MacGILL:  Do you have seven?

12             MS. NOKES:  You said seven?

13             MR. MacGILL:  No, I'll use this for him.

14             (Marked Exhibit No. 60, Bylaws of the

15        Executive Committee of the SBC.)

16   Q.   (BY MR. MacGILL)  This will be Exhibit 60, sir.

17        It's on your screen.

18   A.   Yep.

19   Q.   Could you tell the Court what Exhibit 60 is?

20   A.   It's the Bylaws of the Executive Committee of the

21        Southern Baptist Convention.

22   Q.   And are these the bylaws under which the Executive

23        Committee operates?

24   A.   Yes.

25   Q.   And I made reference earlier to the "General Power"

MAGNA
LEGAL SERVICES

```
 1        section.  Do you recall that?  3.2.

 2   A.   Let me find it.

 3   Q.   Do you see "General Powers" on Page --

 4   A.   Yes.

 5   Q.   Okay.  Sir, I'm going to go to the next exhibit.

 6        This will be Exhibit 61.

 7                 (Marked Exhibit No. 61, November 11, 2021

 8        Email from Amy Thompson.)

 9   Q.   (BY MR. MacGILL)  Sir, I'm going to ask you a

10        general question with respect to --

11   A.   I don't have Exhibit 61 yet.

12   Q.   We're not there yet.

13   A.   Okay.

14   Q.   Just, generally speaking, do you understand that

15        the Executive Committee will be the fiduciary, the

16        fiscal, and the executive entity of the Southern

17        Baptist Convention?

18   A.   I do.

19   Q.   And that that authority is in all matters and

20        affairs not specifically committed to some board or

21        other entity?

22   A.   I do.

23   Q.   Sir, one of the responsibilities of the Executive

24        Committee is to review the Southern Baptist

25        Convention's financial statements; is that right?
```

1   A.   Yes.

2   Q.   And one of the jobs of the Executive Committee is

3        to recommend the annual operating budget?

4   A.   That's correct.

5   Q.   And one of your jobs as the interim president has

6        been to do just that, that is, to review the

7        financial statements of the Convention?

8   A.   Yes.

9   Q.   When you gave your testimony earlier about the

10       revenues and expenditures of the Southern Baptist

11       Convention, were you able to do so based on that

12       specific responsibility that we just described?

13  A.   I was.

14  Q.   Okay.  So when you yourself described that there

15       was one billion dollars in annual revenues of the

16       Convention, you did so on the basis of your

17       understanding, based on your responsibility as the

18       interim president?

19  A.   I did not state that there were one billion dollars

20       in revenue in the Convention.

21  Q.   Okay.  Correct me.  You said the one billion

22       dollars -- how did you characterize that?

23  A.   The entities of the Convention.

24  Q.   Okay.  Agreed.

25            So the entities of the Southern Baptist

1        Convention generate revenues of approximately one

2        billion dollars annually; right?

3  A.   Correct.

4  Q.   Now, the Executive Committee also has a

5        responsibility to provide public relations and news

6        services; is that right?

7  A.   That is correct.

8  Q.   Now, you're familiar with the Committee on

9        Cooperation.  You described that earlier; correct?

10  A.   We've not spoken about them, but I am familiar.

11  Q.   All right.  The committee of cooperation -- Strike

12       that.

13         The Committee on Cooperation is a committee of

14       the Executive Committee; is that right?

15  A.   No.

16  Q.   What is -- who is the -- Tell us about the

17       Committee on Cooperation.

18  A.   The Committee on Cooperation was established as

19       part of the engagement letter with Guidepost to do

20       just that, facilitate cooperation between the

21       Executive Committee and the Sexual Abuse Task

22       Force, as needed.

23  Q.   Okay.  Turn back to Exhibit 2, if you would.

24  A.   I'm there.

25  Q.   Page -- Look at Section 2.1 and 2.2.  Do you see

```
 1        that?

 2   A.   Yes.

 3   Q.   It says, "The Committee on Cooperation of the

 4        Executive Committee (Committee on Cooperation) --"

 5        Is that a misstatement, that the Committee on

 6        Cooperation is a committee of the Executive

 7        Committee of the SBC?

 8   A.   I believe it to be.

 9   Q.   Okay.  And how should that be written, sir?

10   A.   Just the Committee on Cooperation.

11   Q.   Okay.  And the Committee on Cooperation was

12        appointed by whom?

13   A.   President Litton and Rolland Slade.

14   Q.   And who?

15   A.   Rolland Slade, chairman of the Executive Committee.

16   Q.   And his last name is spelled how?

17   A.   S-L-A-D-E.

18   Q.   And -- So this committee was, as you see it, you

19        think the Committee on Cooperation is an entity of

20        the SBC?  It's a committee of the SBC?

21   A.   I would say it was a committee made up of Southern

22        Baptist Executive Committee members, but not a

23        specific committee of the Executive Committee.

24   Q.   So how does -- who -- what's it a part of?  The

25        Committee on Cooperation's a part of which entity,
```

1      the SBC or the SBC Executive Committee?

2   A.   I'd say neither really.  It was a creation of a

3        conglomerate, it seems.

4   Q.   So the Committee on Cooperation is not a part of

5        the SBC, as you understand it?

6   A.   Not an official committee of the SBC.

7   Q.   And the Committee on Cooperation is not a committee

8        of the SBC Executive Committee?

9   A.   It was not -- it is not a committee -- an

10       authorized committee of the Executive Committee,

11       but it is made up of members of the Executive

12       Committee.

13  Q.   So to speak plainly, the Committee on Cooperation

14       was never authorized by the SBC?

15  A.   I did not say that.

16  Q.   When was it authorized by the SBC?

17  A.   It was authorized when the engagement letter was

18       signed.

19  Q.   Who authorized it?

20  A.   Bruce Frank and Rolland Slade.

21  Q.   Mr. Slade's first name is what?

22  A.   Rolland.

23  Q.   Okay.  And at the time Mr. Frank and Mr. Slade

24       authorized the Committee on Cooperation, they did

25       so as a part of what organization?

1   A.   They did so in their joint roles; Bruce, as the

2         chairman of the Sexual Abuse Task Force, and

3         Rolland in his role as SBC Executive Committee

4         chairman.

5   Q.   So at the time that this committee was put forth,

6         Mr. Frank was acting for the SBC?

7   A.   He was acting on behalf the SBC Sexual Abuse Task

8         Force.

9   Q.   At the time Mr. Slade was -- authorized the

10        Committee on Cooperation, he was acting as a member

11        of the SBC Executive Committee?

12   A.   Correct.

13   Q.   So the Committee on Cooperation was authorized, as

14        you understood, at least, in general terms, it was

15        authorized by the SBC for its part, and the SBC

16        Executive Committee for its part?

17   A.   Not specifically.  It was authorized by the SBC

18        Executive Committee and the SBC Sexual Abuse Task

19        Force --

20   Q.   Okay.

21   A.   -- not the Convention.

22   Q.   Okay.  So, according to you, the Committee on

23        Cooperation was authorized by the SBC Sexual Abuse

24        Task Force and by the SBC Executive Committee?

25   A.   Correct.

MAGNA
LEGAL SERVICES

```
 1    Q.   And you understood at all times that the SBC Sexual

 2         Abuse -- Strike that.

 3              And you understood at all times that the

 4         Sexual Abuse Task Force was a task force that had

 5         been created by the SBC?

 6    A.   It had been authorized by the SBC and appointed by

 7         the SBC president.

 8    Q.   Now, was the Committee on Cooperation a way for the

 9         Executive Committee to have an official

10         relationship with Guidepost Solutions?

11    A.   No.

12    Q.   Was the Committee on Cooperation a way for the

13         Executive Committee to have an official

14         relationship with Guidepost, while maintaining the

15         independence of Guidepost?

16    A.   No.

17    Q.   Now, did the Committee on Cooperation have five

18         members in total?

19    A.   It did.

20    Q.   And all were members of the Executive Committee; is

21         that right?

22    A.   That's correct.

23    Q.   There was the SBC president?

24    A.   Correct.

25    Q.   The cooperation -- the Committee on Cooperation
```

MAGNA
LEGAL SERVICES

```
 1        also included two members chosen by the Executive

 2        Committee?

 3   A.   That's correct.

 4   Q.   And two members chosen by the task force?

 5   A.   That's correct.

 6   Q.   Now, the Committee on Cooperation included Ed

 7        Litton; right?

 8   A.   Yes.

 9   Q.   Mike Keahbone?

10   A.   Correct.

11   Q.   Chris DuPree?

12   A.   Correct.

13   Q.   John Batts?

14   A.   Correct.

15   Q.   And Nancy Spalding; is that right?

16   A.   That's correct.

17   Q.   And did the Committee on Cooperation, from time to

18        time, provide updates to the Southern Baptist

19        Executive Committee trustees?

20   A.   They did not.

21   Q.   Okay.  Do you recall any recitation by this

22        Committee on Cooperation, that it was created as a

23        means for assessing the investigation into the

24        Executive Committee's handling of sexual abuse?

25   A.   It was not.
```

1  Q.  Okay.  Was the Committee on Cooperation, sir,

2      created, at least in part, so that the Executive

3      Committee trustees were represented throughout the

4      process of the Guidepost's work?

5  A.  It was not.

6  Q.  Did the -- Is it fair to say that the Executive

7      Committee represented each of the -- Pardon me.

8          Is it fair to say that the Committee on

9      Cooperation represented the Executive Committee in

10     the process of working with Guidepost?

11 A.  It is not.

12 Q.  Sir, I'm going to hand you the next -- or we're

13     going to put up the next exhibit, Exhibit 61.

14         Do you have that in front of you?

15 A.  I do.

16 Q.  Have you seen this document before?

17 A.  I've actually not.

18 Q.  I'm sorry?  Did you say, I have not?

19 A.  Actually, yeah, I have.  Okay, I have.

20 Q.  Okay.  When did you see this document?

21 A.  It would have been November of '21.

22 Q.  All right.  And do you see that -- it is this --

23     the top document is Amy Thompson.  Who is Amy

24     Thompson?

25 A.  She's the director of corporate relations at the

MAGNA
LEGAL SERVICES

```
 1        Executive Committee.
 2   Q.   All right.  And she sent this to you.
 3             You got a copy of this?
 4   A.   Yep.
 5   Q.   And you got a copy of this on November 30th, 2021?
 6   A.   Yeah.
 7   Q.   And this is -- it says, "Dear EC Members:  Please
 8        see the attached update from the Committee on
 9        Cooperation."
10             Do you see that?
11   A.   Yeah.
12   Q.   And Ms. Thompson works here in Nashville with you
13        in the same office?
14   A.   She does.
15   Q.   And this is a November 20 -- she's forwarding a
16        November 27th, 2021, letter, or I should say
17        memorandum, to the Southern Baptist Convention --
18        pardon me, to the Southern Baptist Executive
19        Committee trustees.
20             Do you see that?
21   A.   Yes.
22   Q.   Did you read this at the time, sir?
23   A.   I did.
24   Q.   Okay.  And in looking at this, do you recognize
25        this as an update that was provided the Executive
```

1       Committee trustees?

2   A.  It appears to be.

3   Q.  Okay.  And you see, sir, that this -- it references

4       the Committee on Cooperation and its members?

5   A.  It does.

6   Q.  And do you see the reference, specifically the

7       Committee on Cooperation, "The CoC, was created as

8       a means" for assuming -- Strike that "-- a means of

9       assuring the investigation into the EC's handling

10      of sexual abuse is able to proceed as planned and

11      that the EC trustees are represented throughout the

12      process."

13          Do you see that?

14  A.  I see that.

15  Q.  Okay.  And then continuing to the last paragraph it

16      says, "Finally, our committee represents you in the

17      process, and we are available, willing, and open to

18      hearing from you."

19          Do you see that?

20  A.  Uh-huh.  I do.

21  Q.  Going back to the first paragraph, "The CoC was

22      created as a means of assuring the investigation of

23      the EC's handling of sexual abuse is able to

24      proceed as planned, and that the EC trustees are

25      represented through the process."

MAGNA
LEGAL SERVICES

```
 1              Do you remember that being the case
 2       specifically?
 3   A.  I did not.
 4   Q.  Okay.  Do you see that to be the case now?
 5   A.  I think that's a misstatement.
 6   Q.  You think -- So did you correct it at the time?
 7       Did you go back to --
 8   A.  I don't, because I didn't -- This was not --
 9       Ms. Thompson did not write this.
10   Q.  Who wrote this?
11   A.  This would be from the Committee on Cooperation.
12   Q.  So the committee itself described itself this way;
13       is that right?
14   A.  It appears that way.
15   Q.  And you disagree with the way this committee
16       described itself, as to why it was created, in
17       Paragraph 1?
18   A.  I did not see what the committee describes itself
19       as as part of what the engagement letter was.
20   Q.  Well -- But, sir, do you disagree with what the
21       committee wrote to the Executive Committee
22       trustees, as you sit here this morning --
23            MS. NOKES:  Read the entire document.
24   Q.  (BY MR. MacGILL)  -- in Paragraph 1?
25   A.  Okay.
```

1  Q.  In Paragraph 1, sir, do you disagree with what the

2      Executive -- what was reported to the Executive

3      Committee trustees by the Committee on Cooperation

4      in Paragraph 1?

5  A.  Not entirely.

6  Q.  Okay.  What -- what do you disagree with?

7  A.  I'm uncertain.

8  Q.  All right.  Well, look at this last paragraph.

9      "Finally, our committee represents you in the

10      process, and we are available, willing, and open to

11      hearing from you."

12          Do you see that?

13  A.  I do.

14  Q.  Is there anything wrong with that statement, in

15      your view?

16  A.  I don't see anything wrong with that.

17  Q.  Now, let's go back to -- you, of course, read this

18      at the time; right?

19  A.  Yeah.

20  Q.  But you didn't object to this and correct this in

21      any way, did you, sir?

22  A.  I had no standing to object or correct.

23  Q.  At the time you read this -- you see in Paragraph 1

24      that there is a description on the Cooperation

25      Committee is looking into the EC's handling of

1        sexual abuse.

2              Do you see that?

3    A.   I do.

4    Q.   And this is referenced, the EC reference here, as

5         you understood it is, the Executive Committee's

6         handling of sexual abuse; right?

7    A.   Yes.

8    Q.   What did you understand the term, quote, sexual

9         abuse, unquote, to mean at the time you read this

10        memorandum?

11   A.   It would have been the same thing I mentioned

12        earlier, unwanted sexual advances, or touching, or

13        verbal mentions.

14   Q.   Or verbal what?

15   A.   You know, advances, I guess, is the word I'm using.

16   Q.   Okay.  So you understood sexual abuse to include

17        sexual advances?

18   A.   Yes.

19   Q.   You understood, at the time you read this, sexual

20        abuse to mean sexual touching?

21   A.   Uh-huh.

22   Q.   And you understood it to mean -- sexual abuse to

23        mean verbal advances?

24   A.   Yes.

25   Q.   Would sexual abuse, in your mind -- Strike that.

1        Would sexual abuse, as you understood it at

2        the time, include consented to sexual touching?

3    A.   Can you restate?

4    Q.   Did you understand sexual abuse -- quote, sexual

5        abuse, unquote, at the time you read this, to

6        include consented to sexual touching?

7    A.   No.

8    Q.   Did you understand at the time that you read this

9        that sexual abuse would include a consented-to

10        sexual-related activity?

11    A.   Can you restate?

12    Q.   Yes.

13        Did you understand at the time that you read

14        this, sir, that, quote, sexual abuse, unquote,

15        would include consented-to sexual-related

16        activities?

17    A.   No.

18            THE VIDEOGRAPHER:  This will be the

19        five-minute warning until we need to take another

20        break.

21            MR. MacGILL:  Let's go ahead and take a

22        break.

23            THE VIDEOGRAPHER:  Thank you.  Okay.

24        Going off the record.  The time is 11:20 a.m.

25            (A recess was taken from 11:20 a.m. to

```
 1        11:25 a.m.)

 2              THE VIDEOGRAPHER:  We are returning to

 3        the record.  Time is 11:35 a.m.  Excuse me, 11:25.

 4   Q.   (BY MR. MacGILL)  Sir, just to -- I want to make

 5        sure we tie up the relationship between the

 6        Committee on Cooperation and the Executive

 7        Committee specifically.

 8              The Committee on Cooperation included

 9        Mr. Litton, you've already described, at the time

10        he was president of the SBC; right?

11   A.   Uh-huh.

12   Q.   At the time he served on the committee he was an

13        ex-officio member of the Executive Committee;

14        right?

15   A.   Correct.

16   Q.   Mr. Batts, at the time he served on the committee,

17        was a member of the Executive Committee; right?

18   A.   Correct.

19   Q.   And he was added by Mr. Rolland Slade, the

20        Executive Committee chair; is that right?

21   A.   Correct.

22   Q.   Nancy Spalding was a member of the Executive

23        Committee at the time she served on the Committee

24        on Cooperation; right?

25   A.   Correct.
```

MAGNA
LEGAL SERVICES

```
 1   Q.   She had been appointed by Mr. Slade?

 2   A.   Correct.

 3   Q.   Chris -- Chris DuPree was a member of the Executive

 4        Committee; right?

 5   A.   Correct.

 6   Q.   And Chris had been elected by the SBC task force?

 7   A.   Yes.

 8   Q.   Mike Keahbone was a member of the Executive

 9        Committee of the SBC; right?

10   A.   Correct.

11   Q.   And Chris DuPree was also a member of the Executive

12        Committee?

13   A.   That's correct.

14   Q.   Now, the role of the Committee on Cooperation, to

15        be even more specific, the Committee on

16        Cooperation, these five people that had the

17        different roles with the Executive Committee, it

18        stated their purpose and responsibilities to the

19        group, right, to the trustees?  Let me restate.

20            The Committee on Cooperation described to the

21        trustees specifically the role that they would

22        discharge on the Committee on Cooperation; is that

23        correct?

24   A.   Restate that.

25   Q.   The Committee on Cooperation published specifically
```

MAGNA

LEGAL SERVICES

```
 1        its purpose and responsibilities; did it not?
 2   A.   It did not publish --
 3   Q.   Okay.  Let's go to the next exhibit.
 4   A.   -- I don't believe.
 5             (Marked Exhibit No. 62, October 23, 2021
 6        Email from Ed Litton to Joshua Wester.)
 7   Q.   (BY MR. MacGILL)  Sir, I've got Exhibit 62 in front
 8        of you.  Do you see that?
 9   A.   I do.
10   Q.   And is this a memo from Mr. Ed Litton regarding the
11        Committee on Cooperation?
12   A.   It is.
13   Q.   And it was sent to Joshua Weaver -- pardon me,
14        Joshua Wester --
15   A.   Yeah.
16   Q.   -- is that right?
17            Who's Mr. Wester?
18   A.   He was a staff member with Ed Litton.
19   Q.   Staff member at where?
20   A.   With Pastor Ed Litton at Redemption Church in
21        Mobile.
22   Q.   Okay.  And he copied Angela Rowell.  Who's that?
23   A.   That was his assistant.
24   Q.   And Amy Whitfield?
25   A.   Yes.
```

```
 1   Q.   And her role at the time?

 2   A.   Her role at the time, she would have been with the

 3        Summit.  She had been an advisor.

 4   Q.   Okay.  And Keith Whitfield?

 5   A.   It would be her husband.

 6   Q.   Okay.  Now, Mr. Litton is writing -- is forwarding

 7        his comments, saying that the -- he says, quote,

 8        Looks good to me.

 9             Do you see that?

10   A.   I do.

11   Q.   All right.  At some point did you see this

12        memorandum?

13   A.   I do.

14   Q.   And when did you see this memorandum?

15   A.   Oh, wait.  I mean -- I'm sorry.  Were you asking

16        me?

17   Q.   Yeah.  Have you seen this before?

18   A.   I thought you said, "Do you see this?"

19             Okay.  Have I seen this before?

20   Q.   Yeah.

21   A.   I have not.

22   Q.   You've not?  Okay.  Well, let's ask you about --

23        there's reference here, Mr. Litton approved of the

24        -- Well, let's go back.

25             On the 22nd of October of 2021 Mr. Wester
```

```
 1        wrote, "Based on my conversation with Marshall B.,

 2        here is a summary of CoC purpose and

 3        responsibilities."

 4             Do you see that?

 5   A.   I do.

 6   Q.   He says, "Process the bills.  Approve as

 7        legitimate, and send to EC."

 8             Do you see that?

 9   A.   I do.

10   Q.   Is that consistent with your understanding?

11   A.   It is.

12   Q.   He also says, "Facilitate relationship between the

13        Executive Committee staff and trustees and

14        Guidepost."

15             Do you see that?

16   A.   I do.

17   Q.   Is that a true statement?

18   A.   It is.

19   Q.   It says, "If GP it seeking information that they

20        believe should" be -- they "should have access to,

21        they will contact the CoC.  CoC can reach out to EC

22        employee or trustee to seek cooperation."

23             Is that a correct statement of

24        responsibilities?

25   A.   It is consistent with the letter of engagement.
```

1    Q.    Is it also consistent or incorrect for him to have

2          written that, "If the EC employee or trustee has

3          issue with GP, take that to the CoC.  CoC can

4          assess, get information, and suggest a solution."

5              Is that consistent with the operation of the

6          Committee on Cooperation, as you understood it?

7    A.    It is.

8    Q.    And it also says here, Marshall said the CoC was

9          added because EC lawyers hated initial contract.

10         Had no fiduciary responsibility.  B/W GP and EC.

11             Do you see that?

12   A.    I do.

13   Q.    Do you have any awareness of that -- what's written

14         there?

15   A.    I do not.

16   Q.    Continues.  That obviously -- "That was obviously

17         intentional, but this was a good compromise in his

18         view."

19             Do you see that?

20   A.    I do.

21   Q.    Do you have any knowledge about that statement?

22   A.    I was not involved in the discussions or the

23         negotiations of the contract.

24   Q.    Now -- but in terms of the Committee on

25         Cooperation, one of their jobs was to ensure, to

 1      repeat, ensure that the Executive Committee

 2      fulfills its fiduciary obligations to the SBC and

 3      the messengers; right?

 4  A.  Their job was to insure that the Executive

 5      Committee and the SBC were fully cooperative.

 6  Q.  But it was more than that, sir, wasn't it?  The

 7      Committee on Cooperation, these members of the

 8      Executive Committee that we've just described, they

 9      had the responsibility to insure that the Executive

10      Committee fulfills its fiduciary obligations to the

11      Southern Baptist Convention and the messengers;

12      correct?

13  A.  That was the Executive Committee -- The Executive

14      Committee's job -- or the role of fulfilling its

15      fiduciary responsibilities is the Executive

16      Committee's job.

17  Q.  Well, but wasn't it expressly agreed, sir, that the

18      Committee on Cooperation itself would insure that

19      the Executive Committee fulfills its fiduciary

20      obligations to the Southern Baptist Convention and

21      the messengers?

22          MS. NOKES:  Objection; he's been asked

23      and answered.

24  A.  Yeah.  The Committee on Cooperation was to insure

25      that the EC and the SBC were fully cooperative in

MAGNA®
LEGAL SERVICES

```
 1        the matter.
 2   Q.   (BY MR. MacGILL)  All right.  Turn to Exhibit 60 --
 3        Exhibit 2, please.  And I'm going to read -- let's
 4        read together Section 2.3.
 5             Are you there?
 6   A.   Yeah.
 7   Q.   Exhibit -- 2.3 of this engagement letter says, "The
 8        Committee on Cooperation will insure that the
 9        Executive Committee fulfills its fiduciary
10        obligations to the SBC and the Messengers."
11             Do you see that?
12   A.   I do.
13   Q.   Is that a correct statement of the relationship --
14   A.   It is.
15   Q.   -- as it existed?
16        Yes?
17   A.   Uh-huh.
18   Q.   And, "Specifically, the Committee is charged with
19        the following things."
20             Do you see that?
21   A.   I do.
22   Q.   Is that -- Are those from bullet points a correct
23        statement of the agreement of the Committee on
24        Cooperation, that is, this assembled group of the
25        SEC?
```

```
1    A.    Can you restate that?

2    Q.    Does this Section 2.3 properly state that the

3          Committee on Cooperation was charged with certain

4          specific obligations?

5    A.    Yes.

6    Q.    "Financial oversight" was one of them?

7    A.    Correct.

8    Q.    "Electing, in cooperation with the Task Force, a

9          liaison between the Executive Committee and

10         Guidepost Solutions"?

11   A.    Correct.

12   Q.    Who was that liaison?

13   A.    The president of the Convention.

14   Q.    Mr. Litton?

15   A.    It was.

16   Q.    "Receipt of periodic monthly updates," was that a

17         part of the responsibility here?

18   A.    It was.

19   Q.    And was the committee also responsible -- was the

20         Committee on Cooperation also responsible that the

21         Executive Committee and the SBC were fully

22         cooperative in this matter?

23   A.    It was.

24   Q.    And looking at Bullet Point 3, let's read that

25         together.  You see in Bullet Point 3 that the
```

```
 1          Committee on Cooperation was responsible for

 2          periodic monthly updates noting document, witness,

 3          and information requests made to the committee.

 4               Do you see that?

 5   A.    I do.

 6   Q.    And that was part of their responsibility?

 7   A.    I do.

 8   Q.    Now, to be even more specific, sir, the Committee

 9          on Cooperation had been charged with the

10          responsibility to, quote, ensure information sought

11          is consistent with and responded to, in cooperation

12          with the motion passed by the Messengers at the SBC

13          Convention in June of 2021.

14               Do you see that?

15   A.    I do.

16   Q.    And with respect to the motion that was passed, the

17          motion was very specific in terms of the time

18          period that was to be focused on; right?

19   A.    It was.

20   Q.    The time period to be focused on, in terms of the

21          motion itself, was January 1, 2000 through

22          June 14th, 2021; is that right?

23   A.    That's correct.

24   Q.    Is it fair to say that the Southern Baptist

25          Convention Executive Committee had been contacted
```

```
 1        in years prior to 2021 about certain claims of

 2        child molesters and other abusers who were in the

 3        pulpit or employed by the church staff?

 4   A.   Yes.

 5   Q.   And was it fair to say that prior to the issuance

 6        of this report, the following, "For almost two

 7        decades survivors of abuse and other concerned

 8        Southern Baptists have been contacting the SBC

 9        Executive Committee to report child molesters"?  Is

10        that fair?

11   A.   Per the report, yes.

12   Q.   Well, that's exactly what it says, isn't it, that

13        they would -- they say that they were survivors,

14        and other concerned Southern Baptists have been

15        contacting the SBC Executive Committee to report,

16        quote, child molesters, unquote; right?

17   A.   Uh-huh.

18   Q.   And also, specifically, it's recited here by

19        Guidepost, and it's a fact, that the Southern --

20        the Executive Committee had also been contacted

21        about, quote, other abusers who were in the pulpit

22        or employed as church staff, unquote; right?

23   A.   That's correct.

24   Q.   Now, focusing on you and the actions of the

25        Executive Committee specifically, as far as you
```

```
 1          were concerned, when you see, quote, other abusers,

 2          unquote, what did you understand that to mean, sir?

 3   A.     In relation to?

 4   Q.     Well, it's in relation to this report, sir, and

 5          this history that's given in the final report, to

 6          report child molesters and, quote, other abusers.

 7               What did you understand, quote, other abusers

 8          to mean?

 9   A.     Those who had engaged in sexual abuse.

10   Q.     Okay.  So those engaged in sexual abuse.  And

11          sexual abuse would be, quote, sexual abuse as you

12          defined it --

13   A.     Previously.

14   Q.     -- twice in your testimony?

15   A.     Correct.

16   Q.     It says here in the Guidepost final report, Page 3,

17          that -- with respect to, quote, child molesters and

18          other abusers, unquote, that those allegations had

19          been met time and time again with resistence,

20          stonewalling, and even outright hostility from some

21          within the Executive Committee.

22               Do you see that on Page 3?

23   A.     I see that.

24   Q.     At the time that the SBC hired Guidepost, the

25          Southern Baptist Convention was facing allegations
```

MAGNA
LEGAL SERVICES

1    that it had improperly ignored reports of child

2    molestation; is that right?

3  A.  Define -- Say that again.

4  Q.  At the time that the SBC hired Guidepost, the SBC

5    had been facing allegations that it had improperly

6    ignored reports of child molestation; is that

7    right?

8  A.  It was facing those allegations, correct.

9  Q.  And also, at the time you hired Guidepost, that

10   Guidepost had been reported as -- At the time the

11   SBC hired Guidepost, the SBC was facing the

12   allegation that it ignored reports of rape; is that

13   right?

14 A.  It was facing those allegations.

15 Q.  It also, at the time that the SBC hired Guidepost,

16   it was facing allegations that it ignored reports

17   of other sex crimes occurring in SBC affiliated

18   churches; is that correct?

19 A.  It was facing those allegations.

20 Q.  Okay.  So allegations of child molestation; right?

21   That's one?

22 A.  Is that a question?

23 Q.  Yes.

24 A.  Oh.

25 Q.  Okay.  Could you answer that?

MAGNA
LEGAL SERVICES

1   A.   Correct.

2   Q.   SBC was faced with allegations of rape.  That's a

3        second form; right?

4   A.   Correct.

5   Q.   The SBC, at the time it hired Guidepost, was also

6        faced with allegations of other sex crimes

7        occurring in SBC affiliated churches; is that

8        right?

9   A.   That's correct.

10  Q.   Okay.  Because of these allegations of child

11       molestation, rape, and other sex crimes, there was

12       a public relations problem that the SBC faced; is

13       that fair?

14  A.   That is your understanding, possibly.

15  Q.   Well, did you think it was -- you were vice

16       president of communications.  Did you think there

17       were some problems associated with this?  Strike

18       that.

19           Did you think, as the vice president of

20       communications, that the SBC, facing allegations

21       of:  1. Child molestation; 2. Rape; and 3. Other

22       sex crimes, had created public relations issues for

23       the Convention?

24  A.   I think those allegations had posed challenges to

25       the Convention and ones that were needing to be

```
 1        addressed.
 2   Q.   Okay.  And, for example, there was an article in
 3        the Houston Chronicle, it published a six-part
 4        series entitled, "Abuse of Faith."
 5             Were you aware of that?
 6   A.   I am aware of that.
 7   Q.   And that was 2019, as you just said; right?
 8   A.   February of 2019.
 9   Q.   February of 2019?
10   A.   Uh-huh.
11   Q.   Okay.  And the first article -- I mean you'll
12        remember this, sir, the first article of the
13        Houston Chronicle ran under the headline, "20
14        years; 700 Victims."
15             Do you remember that?
16   A.   I do.
17   Q.   And there were a collection of mugshots that were
18        included in that first article; correct?
19   A.   Yes.
20   Q.   And there were some 218 people who were said to
21        have been working in or volunteered in Southern
22        Baptist churches and were convicted or pleaded
23        guilty to sex crimes; right?
24   A.   Yes.
25   Q.   Now, let's focus on two words, sir.  "Convicted of"
```

```
 1         sex crimes.  You understood that that first Houston
 2         Chronicle reference in that 2019 article included
 3         reference, in part, to people who were convicted --
 4         quote, convicted of sex crimes.
 5              Did you understand that?
 6    A.   Which two words?
 7    Q.   I'm sorry?
 8    A.   You listed four words.
 9    Q.   "Convicted of" are the two words I'm focused on,
10         sir.
11    A.   Yes.
12    Q.   Do you understand that in my question?
13    A.   I did.
14    Q.   Let's focus on my question now.
15              Did you understand that that Houston Chronicle
16         article, the first installment, referenced
17         specifically in one part people who were, quote,
18         convicted of, unquote, sex crimes?
19    A.   Yes.
20    Q.   Let's go further, sir, to be specific now.
21    A.   Okay.
22    Q.   In 2019, this first Houston Chronicle article, did
23         you understand that that article also included
24         people who had pleaded guilty, unquote, to sex
25         crimes?  Did you understand that, too?
```

1    A.    Yes.

2    Q.    So the focus, sir, as you understood things in

3          2019, were some 200 people -- 218 people who worked

4          or volunteered in Baptist churches who were

5          convicted of or pled guilty to sex crimes?

6    A.    That was the focus of that article.

7    Q.    Right.

8          So from the outset in 2019, you knew -- to

9          repeat, you knew that the focus of what the Houston

10         Chronicle had done was to focus on people convicted

11         of or who had pled guilty to sex crimes; is that

12         right?

13              MS. NOKES:  Objection; mischaracterizes

14         his testimony.

15   Q.    (BY MR. MacGILL)  Is that right, sir?

16   A.    Could you restate the question?

17   Q.    You understood from the outset, in 2019, that the

18         focus of the initial installment of the Houston

19         article -- the Houston Chronicle article had been

20         to focus on people who were working in or

21         volunteered in Baptist churches who were, quote,

22         convicted of, unquote, or pled guilty to sex

23         crimes; right?

24   A.    That's -- The focus of the article, you'd have to

25         ask the Houston Chronicle to accurately

```
 1          characterize their focus.

 2   Q.     It does accurately characterize their focus,

 3          doesn't it?

 4   A.     Right.

 5   Q.     And as vice president of communications you were

 6          trained, and you were experienced in understanding

 7          what the scope and meaning of that public relations

 8          circumstance was as a result of the reference to

 9          people who had been convicted of or pleaded guilty

10          to sex crimes?

11   A.     I was not at the Executive Committee at the time of

12          the publication of the abuse (inaudible) --

13   Q.     You were the vice president of communications at

14          the time, weren't you?

15   A.     No.

16   Q.     Where were you employed in 2019?

17   A.     I was -- In February of 2019 I was at Lifeway.

18   Q.     You were at Lifeway?

19   A.     Uh-huh.

20   Q.     Okay.  One of the ministries of the Baptist church?

21   A.     Yeah.

22   Q.     When did you -- remind me, when did you come into

23          our role as vice president of communications?

24   A.     September of 2019.

25   Q.     Thank you.
```

MAGNA
LEGAL SERVICES

```
 1            So to make sure that there's no mistake or
 2       confusion about anything that you're going to
 3       testify to here this morning, you understood, in
 4       September of 2019, that the initial installment
 5       from the Houston Chronicle that focused on some 218
 6       people who volunteered or worked in Baptist
 7       churches who were, quote, convicted of or pled
 8       guilty to sex crimes, unquote?
 9  A.   Yeah, to my knowledge.
10  Q.   And, in fact, when it came time for the report that
11       you published to the world, sir, those words were
12       specifically used by Guidepost in this report;
13       right?
14  A.   They may have been.
15  Q.   Okay.
16  A.   I'd have to find it.
17  Q.   Now, one of the purposes of engaging Guidepost, as
18       you understood it for this investigation, was to
19       respond to the allegations that the SBC had not
20       properly responded to sex crimes within Southern
21       Baptist churches appropriately; right?
22  A.   That's correct.
23  Q.   Sir, I want to focus on the scope of the Guidepost
24       investigation.
25            Is it fair to say that, over the years, the
```

```
 1         Executive Committee's response to sexual abuse
 2         allegations had been largely driven by senior
 3         Executive Committee staff members?
 4    A.   Can you restate that?
 5    Q.   Yes.
 6              Is it fair to say, sir, that, over the years,
 7         quote, the Executive Committee's response to sexual
 8         abuse allegations was largely driven by senior
 9         Executive Committee staff members?
10    A.   How do you define "response"?
11    Q.   Response by the Executive Committee.
12    A.   Yeah.
13    Q.   Yes?
14    A.   How do you define "response"?  What do you mean by
15         "response"?
16    Q.   Reaction to.
17    A.   In what way?
18    Q.   Well, that's what I'm asking you.  Let me just ask
19         if you will just admit a plain truth here, sir.
20         I'm going to read it to you one more time.  You can
21         admit it or deny it.
22              Will you admit, sir, without any equivocation
23         to the following:  Quote, Over the years, the
24         Executive Committee's response to sexual abuse
25         allegations was largely driven by senior Executive
```

1       Committee staff members?

2   A.  It would depend on what you mean by "response."

3   Q.  Okay.

4               MS. NOKES:  I'm going to object.  You

5       appear to be reading directly from something.  If

6       you're quoting a document, then I ask that the

7       witness be provided the document.

8   Q.  (BY MR. MacGILL)  Why don't we look at a document

9       together.  Why don't you just look at the Guidepost

10      report, Page 4.

11              Now, just to remind the jury here, this

12      exhibit -- What's the exhibit number, sir?

13      Exhibit 8; right?

14  A.  Yes.

15  Q.  Do you have it in front of you?

16  A.  I do.

17  Q.  Exhibit 8 is the exhibit that you published to the

18      world; is it not?

19  A.  This is the exhibit that was provided to us by

20      Guidepost, the report, the final report.

21  Q.  And you -- I'm speaking about you, sir -- you

22      published this to the world; did you not?

23  A.  Per the motion passed by the messengers of the 2021

24      Convention we published the report in due time.

25  Q.  And it was you that pressed the button, so to

MAGNA
LEGAL SERVICES

```
 1        speak; right?

 2   A.   Yeah.

 3   Q.   Okay.  Now -- And you -- I think you confirmed to

 4        this Court and this jury previously that you read

 5        this report in every detail specifically; did you

 6        not?

 7   A.   That's correct.

 8   Q.   I think you told this jury that you spent hours

 9        reading this --

10   A.   Correct.

11   Q.   -- report, and its appendices; right?

12   A.   That's correct.

13   Q.   So, as far as you were concerned, every report --

14        every detail of this report was accurate, after you

15        had read it?

16   A.   That is not what I stated.

17   Q.   You read it; right?

18   A.   I read the report.

19   Q.   And you didn't raise your hand, so to speak, and

20        object to any portion of this report?

21   A.   The Executive Committee had no ability to question,

22        edit or adapt the report.

23   Q.   Okay.

24   A.   We received the report and published the report.

25   Q.   All right.  Well, take a look at Page 4, if you
```

```
 1          would.
 2                Now, sir, as you can tell, Guidepost is now
 3          talking about the staff members, including you, on
 4          Page 4, aren't they?
 5    A.    Which paragraph?
 6    Q.    Well, take a look at Paragraph 2 --
 7    A.    Okay.
 8    Q.    -- second sentence.
 9                Does the report say the following:  "Over the
10          years, the Executive Committee's response to sexual
11          abuse allegations was largely driven by senior EC
12          staff members, particularly D. August 'Augie' Boto,
13          the EC general counsel and later interim EC vice
14          president, as well as SBC's long-serving outside
15          counsel, James Guenther, James Jordan, and in the
16          firm of Guenther, Jordan & Price."
17                Do you see that?
18    A.    I do.
19    Q.    Is that true, sir?
20    A.    According to the report.  That's what it says.
21    Q.    Is it true according to you, sir?
22    A.    I -- I'm not one to adjudicate the report.  I'm
23          just reading what's there.
24    Q.    But at the time you read it, you didn't object to
25          this sentence in the report, did you?
```

MAGNA
LEGAL SERVICES

```
 1   A.   It is not my place, nor was it the EC's place, to

 2        object to the report or anything contained therein.

 3   Q.   Had you yourself, as interim president of the

 4        Executive Committee, had you yourself responded to

 5        sexual abuse allegations in any way?

 6   A.   Have I?

 7   Q.   Did you --

 8   A.   Did I?

 9   Q.   -- at any time?

10   A.   As interim president?

11   Q.   Yes.

12   A.   Respond to sexual abuse allegations?

13   Q.   Right.  It says so here, that the interim president

14        did.

15            Can you see that with your own eyes, sir?  It

16        says -- Let me just make sure you can see what I

17        see.

18                MR. BUNDREN:  Let's also be fair to the

19        witness.  He wasn't interim president during this

20        time.  Everybody knows that.  He's already

21        testified to that.

22                MR. MacGILL:  All right, just -- You can

23        object to the form.  Go ahead.

24   Q.   (BY MR. MacGILL)  Now, this report was published in

25        May of 2022 --
```

MAGNA
LEGAL SERVICES

1   A.   Correct.

2   Q.   -- right?

3        And do you see there's a reference to interim

4        president --

5   A.   I do.

6   Q.   -- right?

7        And is that referring to your predecessor or

8        is that referring to you?

9   A.   That's referring to Augie Boto.

10  Q.   Okay.  It says, Particularly D. August Boto.  All

11       right.  Do you see that?

12  A.   I do.

13  Q.   All right.  And with respect -- It says, "And

14       later, interim EC president."

15       Do you see that?

16  A.   I do.

17  Q.   All right.  Now, in terms of this -- Do you know

18       who they were referring to, "and later EC

19       president"?

20  A.   Augie Boto.

21  Q.   Okay.  Well, it's -- so you're -- so you're saying

22       Augie Boto -- August or Augie Boto was the

23       Executive Committee general counsel?

24  A.   Yes.

25  Q.   And he was later interim EC president?

1   A.   Yes.

2   Q.   How did he respond to -- historically to sexual

3       abuse allegations?

4   A.   Well, that's what's covered in the report.

5   Q.   What do you know about that?  What do you know

6       about how he responded in the past, sir?

7   A.   How he responded in the past?

8   Q.   Right.

9   A.   I know what was covered in the report.

10   Q.   Well, sir, what specifically did he do with these

11       things?

12   A.   You'd have to consult the report for that.

13   Q.   Well, we're looking at it right now.  It says it

14       was driven by senior EC staff members.

15          What did -- how did they drive this, your

16       predecessors, to your knowledge?  How did they

17       drive these things?

18   A.   The report characterized it as the reporters were

19       often abused -- I mean -- I'm sorry, were often

20       ignored or the told the SBC had no power to take

21       action.

22   Q.   Often ignored.  How do you know that?  Is that

23       true?

24   A.   That is -- Reading from the next paragraph on

25       Page 4.  Per the report, "those who reported abuse

```
 1          were often ignored or told that the SBC had no

 2          power to take action."

 3     Q.   Where are you reading?

 4     A.   Third paragraph.

 5     Q.   What did you understand the reference to be, those

 6          who reported abuse?  Are those the 218 people that

 7          were referred to in the Houston Chronicle article?

 8     A.   No.

 9     Q.   Who were they?

10     A.   Those who reported abuse?

11     Q.   Yeah.

12     A.   Could have been anybody.

13     Q.   But you're the interim president now.  Who are

14          these people?

15     A.   I'm not specific -- or I'm not aware of specifics.

16     Q.   Well, sir, you --

17     A.   I mean there are several mentioned in here.

18     Q.   Who are you referring to?

19     A.   The people that mentioned -- Like I mean it could

20          have been anyone that is mentioned in the Guidepost

21          report.

22     Q.   It says also that, it's fair to say that, "over the

23          years, the existence of these reports of abuse were

24          not shared with EC Trustees."

25               Do you see that?
```

1   A.   I do.

2   Q.   Is that true?

3   A.   According to the report.

4   Q.   Were you yourself involved in not sharing abuse

5        allegations with the trustees?

6   A.   No.

7   Q.   At no time?

8   A.   No.

9   Q.   Would you agree, sir, that the main concern -- or

10       one of the main concerns of the Guidepost

11       investigation was to the response of the full-time

12       staff to allegations of abuse?

13  A.   Yes.

14  Q.   Do you agree, sir, with the statement that the

15       parameters of the external investigation do not

16       include any allegations of sexual abuse or

17       mishandling of abuse at the local church level?

18  A.   I'm -- Can you restate that?

19  Q.   Do you agree with the statement, sir, that the

20       parameters of the external investigation by

21       Guidepost did not include any allegations of sexual

22       abuse or mishandling of abuse at the local church

23       level?

24  A.   The parameters of the investigation were clearly

25       outlined in 3.1 of the scope of engagement.

MAGNA

LEGAL SERVICES

1  Q.  And, specifically, that the investigation did

2      not -- to repeat, did not include allegations of

3      abuse at the local church level?

4  A.  That is not included -- local church level abuse is

5      not included in the scope of engagement.

6          MR. MacGILL:  Could you read his answer

7      back, please.

8          (The last answer was read back from

9      Page 188, Lines 4 and 5, inclusive.)

10          MR. MacGILL:  Thank you.

11  Q.  (BY MR. MacGILL)  And the local church level was

12      included, only to the extent allegations of abuse

13      against local church pastors impacted or were

14      impacted by the words or actions of the Executive

15      Committee; is that right?

16  A.  Or known by the Executive Committee.

17         So if the allegations had been made to the

18      Executive Committee and mishandled, that was part

19      of the scope of engagement.

20         Or if victims had contacted the Executive

21      Committee and were mistreated, that was part of the

22      scope of the engagement.

23         Or if victims were intimidated or -- by the

24      members or staff of the Executive Committee, that

25      was included.

MAGNA○
LEGAL SERVICES

1          Or if there were any cases of abuse by

2    Executive Committee members, for any time period

3    between January 1, 2000 to June 14th of 2021, that

4    was included.

5          And then, finally, any resistence --

6  Q.  And where did that time period come from, sir, that

7    you just gave?

8  A.  It's the time and scope of the motion.

9  Q.  Time and scope of the motion?

10  A.  Yeah.

11          MR. MacGILL:  I'm going to propose we do

12    one more exhibit, then we'll take a break.

13          (Ms. Nokes nodded her head.)

14  Q.  (BY MR. MacGILL)  Sir, I'm going to put up

15    Exhibit 35.

16          Do you have that in front of you?

17  A.  I do.

18  Q.  And is this an August 11th, 2021, Request for

19    Qualifications that was issued by the Southern

20    Baptist Convention task force?

21  A.  It appears to be.

22  Q.  Have you seen this before?

23  A.  Yes.

24  Q.  And this was sent to your -- to the SBC by

25    Guidepost?

```
 1   A.   It looks like it was sent to Bruce Frank by

 2        Guidepost, chairman of the task force.

 3   Q.   Okay.  And if you look at Page 2, sir, there's

 4        reference here to, specifically, the "proposal to

 5        assist the Sexual Abuse Task Force appointed by the

 6        president of Southern Baptist Convention."

 7            Do you see that?

 8   A.   I do.

 9   Q.   And confirming here, "The task force was appointed

10        by President Litton."

11            Do you see that?

12   A.   I do.

13   Q.   And then you see -- we've talked about this before

14        a little bit.  We've got here -- In terms of the

15        proposal, we've got the five bullet points that

16        we've seen before; is that correct?

17   A.   Correct.

18   Q.   Now, if you will go to Section 3.2 of the

19        engagement letter, sir.  We're going back to

20        Exhibit 2, exhibit -- specifically Section 3.2,

21        which appears on Page 5.

22            And do you see the certain best practices that

23        are referenced?

24   A.   Are we looking at Exhibit 35 or Exhibit 2?

25   Q.   Exhibit 2.
```

1   A.   Okay.

2   Q.   Section 3.2.

3   A.   Gotcha.

4   Q.   Was Pastor -- was Johnny Hunt a pastor on the day

5        of this incident?

6   A.   Was he a pastor?

7   Q.   Yes, sir.

8   A.   He was.

9   Q.   Where?

10  A.   First Baptist Woodstock.

11  Q.   So Pastor Johnny Hunt was a pastor -- he was the

12       pastor at the time at First Baptist Woodstock in

13       July 2010; is that right?

14  A.   Correct.

15  Q.   And he was a pastor of the First Baptist Church

16       there in Woodstock at the time of the incident

17       that's the subject of the Guidepost report?

18  A.   Correct.

19  Q.   Now, did you understand, sir -- Just let me back

20       up.

21            So, in terms of just basic principles of

22       governance in the Baptist faith, is it true that

23       the Southern Baptist Convention, generally

24       speaking, as you understand it, has no authority,

25       sir, to monitor or investigate the actions within a

```
 1        particular church or its pastor?

 2   A.   Just one minute.

 3   Q.   Sir, are you looking at some document here?

 4   A.   Exhibit 58.

 5   Q.   Why are you looking at Exhibit 58?

 6   A.   Because I wanted to get the wording right.

 7   Q.   Tell the Court what Exhibit 58 is.

 8   A.   That's the SBC Convention -- or Constitution.

 9   Q.   Okay.  Which portion are you looking at?

10   A.   Article IV.

11   Q.   Okay.  Let's take a look at Article IV.

12   A.   So, if you wouldn't mind restating your question.

13   Q.   Okay.

14            MR. MacGILL:  Please reread the question.

15            (The question was read back from

16        Page 191, Lines 19 through 25, inclusive and

17        Page 192, Line 1.)

18   A.   I would disagree with that.

19   Q.   (BY MR. MacGILL)  Okay.  Why would you disagree

20        with that, sir?

21   A.   I'd say that we do not exercise any authority over

22        any Baptist body, whether church, auxiliary

23        organizations, associations, or the Convention.

24   Q.   And would that include -- Do you understand,

25        generally speaking, that the Southern Baptist
```

1      Convention has no authority to take action with

2      respect to allegations as against any particular

3      pastor?

4  A.   I would say that we do not exercise any authority

5      over any Baptist body, church, auxiliary

6      organizations, associations, or convention.

7  Q.   Including that the Southern Baptist Convention has

8      no authority, sir -- to repeat, no authority to

9      monitor or investigate the actions within a

10     particular church or allegations against its

11     pastor?

12  A.   I would simply say that we will not exercise any

13     authority over any Baptist body, whether church,

14     auxillary organizations, associations, or

15     convention.

16  Q.   So you will not tell this jury that the Convention

17     has no authority over an individual pastor in a

18     Baptist church?

19          MS. NOKES:  Objection; asked and answered

20     three times.

21  A.   Yeah.  I would say that we have no authority to --

22     or we cannot exercise any authority over any

23     Baptist body, whether church, auxillary

24     organizations, associations, or convention.

25  Q.   (BY MR. MacGILL)  Okay.  You're leaving out pastor

```
 1        in your answer, aren't you?

 2   A.   Pastor is not included in Article IV of the

 3        Convention Constitution.

 4   Q.   All right.  Let's look at the next exhibit.

 5             (Marked Exhibit No. 63, SBC FAQ

 6        Document.)

 7   Q.   (BY MR. MacGILL)  Sir, we're going to put up

 8        Exhibit 63.

 9            Do you have Exhibit 63 in front of you?

10   A.   Uh-huh.

11   Q.   What is Exhibit 63?

12   A.   It appears to be an FAQ.

13   Q.   And who publishes this?

14   A.   The Convention Executive Committee.

15   Q.   And this is something that your office has taken

16        responsibility for?

17   A.   Apparently -- I mean, yes.

18   Q.   Okay.  So, yes, your office, particularly your

19        function as vice president of communications --

20   A.   Uh-huh.

21   Q.   -- you had responsibility for 63?

22   A.   Uh-huh.

23   Q.   Yes?  You said "uh-huh."

24   A.   Yes.  Yes, I'm sorry.  Yes.

25   Q.   All right.  And so you approved this document,
```

MAGNA○
LEGAL SERVICES

```
 1          Exhibit 63, prior to the time it was published;

 2          right?

 3     A.   No.

 4     Q.   I'm sorry?

 5     A.   This would have been published by my predecessor.

 6     Q.   By your predecessor?

 7     A.   Yeah.

 8     Q.   And when did he publish this?

 9     A.   I do not know.

10     Q.   Did you -- did you ever make any changes to this,

11          sir?

12     A.   I have not made changes to this.

13     Q.   So you've -- have you -- did you review this at the

14          time you took your job, as vice president of

15          communications, to confirm that the SBC is

16          described in this document correctly?

17     A.   Yes.

18     Q.   And you had no changes to offer this -- in this

19          exhibit?

20     A.   I've not made any changes.

21     Q.   All right.  And could you tell the Court exactly

22          what this document is?  Where is this -- where can

23          I find this document?  If I wanted to go to my

24          computer, where do I find it?

25     A.   SBC.net.
```

1 Q. Is that the SBC website?

2 A. Yes.

3 Q. All right.  And this is the website that drives

4   about, what, 300,000 page views per month?

5 A. That's correct.

6 Q. All right.  So if there was something wrong here,

7   you -- knowing that some 300 page views occurred

8   with respect to this each month, you would have

9   corrected it; is that right?

10 A. I've not noted that there's anything wrong here.

11 Q. Well, let me make sure I hear that.

12    I have not noted that there is not anything

13   wrong with it.  Is that your testimony?

14 A. I've not noted that there's anything wrong here.

15 Q. All right.  I have not noted that anything is wrong

16   here, in Exhibit 63?

17 A. Correct.

18 Q. All right.  Sir, turn to Page 3 of 7.  There is, "I

19   believe our pastor (or my church) has acted

20   inappropriately.  What can the SBC do about it?"

21    Do you see that?

22 A. Uh-huh, I do.

23 Q. All right.  And then this is a part of the answer

24   that -- you've read this document before and had no

25   objections to it; right?

```
 1    A.   I've read this document before.

 2    Q.   And you have voiced -- you had no changes or --

 3    A.   I've not made any changes to it.

 4    Q.   Not made any changes.

 5              So this is accurate, as far as you're

 6         concerned, what's written here?

 7    A.   I've not made any changes to it.

 8    Q.   Do you have any reason to believe this is not

 9         accurate?

10    A.   I haven't read it in a while, and I'm not very

11         familiar with it right now, so...

12    Q.   Okay.

13    A.   For example, the second -- second paragraph needs

14         to be updated.  These ministries are outlined in 42

15         ministry statements.  That number may be 43 or 44

16         now.  I'm not sure.

17    Q.   Let's read what I've been asking you about.

18    A.   Okay.

19    Q.   First paragraph.  It says, "Since each local

20         Baptist church is autonomous, the Convention has no

21         authority to monitor, investigate the actions

22         within that church or allegations against its

23         pastor or any member of the church."

24              That's what this document says?

25    A.   It does.
```

1    Q.    300,000 people a month, or 3.6 million people a

2          year could have read this in a page view; right?

3                MS. NOKES:  Objection --

4    Q.    (BY MR. MacGILL)  Is that right, sir?

5                MS. NOKES:  -- to the form of the

6          question.

7    A.    Uh-huh.

8    Q.    (BY MR. MacGILL)  You may answer.

9    A.    That's correct.

10   Q.    Do you agree with this statement as being true,

11         that the commission -- the Convention, Southern

12         Baptist Convention, "has no authority to monitor or

13         investigate the actions within that church or

14         allegations against its pastor"?

15   A.    In the context of what is written, correct.

16   Q.    Okay.

17   A.    That responsibility lies with the local church.

18   Q.    Now, the SBC is not a church.  You agree with that

19         statement?

20   A.    Yes.

21   Q.    It "has no authority to renounce, censure,

22         investigate, or otherwise attempt to discipline

23         members of any local church."

24               You see that?

25   A.    That is correct.

MAGNA
LEGAL SERVICES

```
 1   Q.   That's also accurate?

 2   A.   Yes.

 3   Q.   You also agree with the statement, With respect to

 4        these matters that we've just reviewed, the SBA has

 5        no invoice in this matter.

 6             Do you see that, that "The SBC has no voice in

 7        any of these matters"?

 8             Do you see that?

 9   A.   No.

10   Q.   Okay.  Look at the third --

11   A.   Oh, I see it.  I had to scroll.

12   Q.   Let's look at the words on the SBC website.

13   A.   Yes.

14   Q.   "The SBC has no voice in any of these matters";

15        right?

16   A.   In the matters of selection of staff, compensation

17        of staff, adoption of personnel policies, adoption

18        of business and financial plans, and participation

19        in all ministries it chooses.

20   Q.   "The Convention has no authority to monitor or

21        investigate the actions within that church or

22        allegations against its pastor or any member of the

23        church."

24             Do you see that?

25   A.   I do.
```

MAGNA
LEGAL SERVICES

1   Q.   And just two paragraphs below it said here, "The

2        SBC has no voice in any of these matters."

3            Do you see that?

4   A.   Those matters referred to the selection of staff,

5        compensation of staff, adoption of personnel

6        policies, adoption of business and financial plans,

7        and participation in all ministries it chooses.

8   Q.   It continues, sir, notwithstanding what you say --

9   A.   Uh-huh.

10  Q.   -- what you want to read, let's look at what it

11       actually says, sir.

12           It also says, "It cannot, and does not, lay

13       claim to or take any steps of involvement in the

14       internal matters of any local church."

15           Do you see that?

16  A.   I do.

17  Q.   You can see that with your own eyes here this

18       morning, can't you?

19           MS. NOKES:  Objection to the form.  Stop

20       badgering the witness.

21  Q.   (BY MR. MacGILL)  You can see that with your own

22       eyes here, can't you, sir?

23  A.   I can.

24  Q.   "It has no oversight."  Do you see those words?

25  A.   I do.

MAGNA
LEGAL SERVICES

1   Q.   "It cannot and does not keep records of complaints

2       or document the inner workings of any church."

3          Do you see that?

4   A.   I do.

5             MR. MacGILL:  Let's go ahead and take a

6       break.

7             THE VIDEOGRAPHER:  Okay.  We're going off

8       the record.  The time is 12:13 p.m.

9          (A noon recess was taken from 12:13 p.m.

10      to 1:16 p.m.)

11           THE VIDEOGRAPHER:  We are returning to

12      the record.  The time is 1:16 p.m.

13  Q.  (BY MR. MacGILL)  Welcome back, sir.

14  A.  Thank you.

15  Q.  So I want to go back to Exhibit 59.

16       Do you have that in front of you?

17  A.  I do.

18  Q.  And could you tell the Court again what Exhibit 59

19     is?

20  A.  That is the motion to create the task force, to

21     authorize the task force.

22  Q.  All right.  This is an FAQ document?

23  A.  Yes, from the task force website.

24  Q.  All right.  And did you prepare this -- did your

25     team prepare this?

MAGNA
LEGAL SERVICES

1   A.   It did not.

2   Q.   Who prepared Exhibit 59?

3   A.   The task force.

4   Q.   All right.  And who at the task force was --

5        prepared this?

6   A.   I am unaware.

7   Q.   You're unaware.

8             So did -- did you review and approve this

9        before it was sent?

10  A.   I did not.

11  Q.   Have you reviewed it at any time?

12  A.   I have reviewed it.

13  Q.   You have?

14  A.   Yes.

15  Q.   When did you review it?

16  A.   I would have reviewed it whenever -- Wait.  How are

17       we defining "review"?  I apologize.

18  Q.   Just in the normal course, how would you -- Let's

19       have you define the word "review" and then --

20  A.   I was using it in it the, I've read it.

21  Q.   Okay.  When did you read it?

22  A.   Whenever it was published.

23  Q.   Okay.  Was it accurate, as far as you were

24       concerned?

25  A.   As far as I'm concerned, it is.

```
 1   Q.   Okay.  And when was this published, sir?

 2   A.   I am unsure.  It would have been after August the

 3        12th, 2021.

 4   Q.   Okay.  And was it your -- which -- were you vice

 5        president of communications at that time of the

 6        SBCEC?

 7   A.   I was.  I was.

 8   Q.   Okay.  So would this have been something that was

 9        published by your department?

10   A.   No, it would not be.

11   Q.   It would have been, as you said before, just the

12        Sexual Abuse Task Force of the SBC?

13   A.   Correct.  They publish this.

14   Q.   But they published it; you reviewed it?

15   A.   I read it --

16   Q.   You read it?

17   A.   -- when it went online.  I did not review it prior

18        to publication.

19   Q.   Okay.  You read it online.

20             And do you remember when you read it?

21   A.   The day it was published.

22   Q.   Okay.  And you don't remember what -- you just have

23        no orientation as to month or time of publication?

24   A.   I don't.

25   Q.   Okay.
```

MAGNA○
LEGAL SERVICES

204

```
 1   A.   It would have been -- I mean just based on Page 1,
 2        it would have been after August the 12th of 2021.
 3   Q.   And why do you say after August 12th?
 4   A.   Because it notes in the third question on Page 1
 5        that they had accepted proposals until August 12th,
 6        2021.
 7   Q.   Okay, great.
 8             Now -- so, you know, as you understood it,
 9        this was -- the audience for this document was to
10        give a particular audience an update as to the task
11        force proceedings?
12   A.   It would assume so -- or it would appear so.
13   Q.   Where was this published, sir?
14   A.   At the Sex Abuse Task Force website.
15   Q.   All right.  And was that -- was that an individual
16        website or was that part of the SBC?
17   A.   That was something that the task force put up on
18        their own.
19   Q.   All right.  Were links to this included on the SBC
20        website?
21   A.   I'm unsure about the SBC website, if we included
22        links to this or not.
23   Q.   Were links to this included anywhere else?
24   A.   "Baptist Press" would have linked to it in a story.
25   Q.   "Baptist Press" did put a link to this?
```

MAGNA
LEGAL SERVICES

```
 1    A.    If it wrote a story, it would have linked to this.

 2    Q.    Okay.  Did "Baptist Press" link to this?

 3    A.    I am unsure.

 4    Q.    Unsure?  Okay.

 5          Are you unsure as to whether the SBC put this

 6          on its website?

 7    A.    I am unsure.

 8    Q.    Okay.  So -- But was this -- the FAQ's are

 9          frequently asked questions; right?

10    A.    Correct.

11    Q.    So you would want -- would this be aimed at

12          informing Baptists across the United States as to

13          the work of the Sexual Abuse Task Force?

14    A.    You would have to ask the Sexual Abuse Task Force

15          what their aim was in this.

16    Q.    As vice president of communications, what steps did

17          you take to make sure that Baptists across the

18          nation were informed as to the efforts of the

19          Sexual Abuse Task Force?  What did you do?

20    A.    We wrote stories at "Baptist Press" about the work

21          of the task force and their updates.

22    Q.    And do you recall linking this document at any

23          time?

24    A.    As I said earlier, I'm unsure --

25    Q.    You're unsure?
```

```
 1   A.   -- if we linked to this specifically or not.  I'd

 2        have to review those stories.

 3   Q.   Is it likely that you would have, sir?

 4   A.   If we did a story on this, it's likely that we

 5        would have.

 6   Q.   Okay.  And we'll get to some of those documents

 7        this afternoon, as you might imagine, but I want to

 8        ask you a couple of things about this.

 9        So the -- just so we're clear on the scope of

10        the investigation -- and we covered this before the

11        break at lunchtime -- but the scope of the

12        investigation, as you understood it, by Guidepost,

13        the scope of the investigation -- Let me start

14        over.

15        The scope of the investigation by Guidepost

16        did not include specifically any allegations of

17        sexual abuse or mishandling of abuse at the local

18        church level; is that fair?

19   A.   Unless they related to the other points in the

20        scope.

21   Q.   Well, what other points in the scope might they

22        relate to?

23   A.   Like had they been -- the allegation's been made to

24        the Executive Committee?  Had the allegations --

25        had they included allegations of mistreatment made
```

```
 1          to the Executive Committee?  Had they included

 2          patterns of intimidation to the victims at the

 3          Executive Committee?  Or had they included

 4          resistence to reforms on behalf of the Executive

 5          Committee or allegations of abuse by Executive

 6          Committee members?

 7   Q.     And what are you reading from, sir?

 8   A.     The -- I'm sorry, the engagement letter.

 9   Q.     I see.

10   A.     What is it, Exhibit 2.

11   Q.     Okay.  Well, let's look at Exhibit 59 on Page 3 on

12          the scope of the investigation.

13              Would you turn to Page -- Do you see the,

14          "What is the scope of investigation?"

15   A.     I'm there.

16   Q.     All right.  And it says, "As seen in the motion,

17          the scope is both broad and narrow."

18              Do you see that?

19   A.     I do.

20   Q.     "It is broad, in that it covers 21 years, but

21          narrow in that it is investigating Executive

22          Committee members' and staff actions"; is that

23          true?

24   A.     Yes.

25   Q.     So the investigation included Executive Committee
```

1      members; right?

2   A.   Correct.

3   Q.   It included staff actions; correct?

4   A.   Correct.

5   Q.   It did not include local church members?

6   A.   Unless that related to those first two that we just

7        agreed upon.

8   Q.   Unless what?

9   A.   Unless it -- unless it related to them being an

10       Executive Committee member or mishandling of abuse

11       of allegations, or allegations of mistreatment to

12       victims by the Executive Committee or patterns of

13       intimidation towards victims or resistence to

14       sexual abuse reforms.

15  Q.   Okay.  Now, you're reading -- you're switching

16       documents; are you not?

17  A.   To Title 2, yes.

18  Q.   All right.

19  A.   Exhibit 2.

20  Q.   So I just wanted the jury to know what you just

21       did.  You went from Exhibit 59, and you started

22       then reading from the engagement letter; did you

23       not?

24  A.   Correct.

25  Q.   Okay.  I just want to focus on what your -- what

```
 1          the Executive Committee said.  Strike that.
 2              I want to focus on what the SBC said the scope
 3          of the investigation was.  And what the SBC said is
 4          the following:  "The parameters of the external
 5          investigation do not include any allegations of
 6          sexual abuse or mishandling of abuse at the local
 7          church level."
 8              Do you see that?
 9     A.   I do.
10     Q.   And that is true, isn't it?
11     A.   That is what the SBC Sexual Abuse Task Force wrote
12          in this FAQ.
13     Q.   And that's true, as you understood it; right?
14     A.   That's what they wrote in this FAQ.
15     Q.   Is it true or not?
16     A.   It says it right there in the FAQ.
17     Q.   So it is true?
18     A.   It says -- states it in what you said, as stated in
19          the FAQ.
20     Q.   Okay.  So you're admitting it's true?  Just so
21          we're clear, are you admitting --
22              MS. NOKES:  I would object, because
23          you're selectively quoting from the document.
24     Q.   (BY MR. MacGILL)  Are you admitting or not --
25              MR. BUNDREN:  Hold on.  Hold on a second.
```

```
1          She has an objection.

2                    MR. MacGILL:  Are you done?

3                    MS. NOKES:  No.  You're selectively

4          quoting from the document.

5                    MR. MacGILL:  Objection to form is all

6          you get to say.  Objection to form.

7                    MR. BUNDREN:  Technically, in this

8          jurisdiction, objection to form may not suffice.

9                    MR. MacGILL:  It doesn't suffice in this

10         case.  I would urge you to stop doing the coaching.

11                   MR. BUNDREN:  I would urge you to read

12         the rules.

13                   MR. MacGILL:  I've read them all.

14                   MR. BUNDREN:  Okay.

15                   MR. MacGILL:  Form only is what you may

16         say, ma'am.

17                   MR. BUNDREN:  That's false.

18                   MR. MacGILL:  Well, you go ahead and

19         brief it to the Court.

20                   Do you have anything else to say beyond

21         form?

22                   MS. NOKES:  I object to form because you

23         are not quoting the entire section and the scope of

24         the investigation.  So I'd ask that the witness

25         read that entire section and then you proceed with
```

MAGNA
LEGAL SERVICES

```
 1        your question.

 2                MR. MacGILL:  This is exactly why you may

 3        not make the statements on the record that you are.

 4                MR. BUNDREN:  That is false.

 5                MR. MacGILL:  This is exactly -- and

 6        we'll bring this to the Court.  You may not do what

 7        you just did.

 8                MS. NOKES:  Pleases do.

 9                MR. MacGILL:  There's no jurisdiction in

10        the country, including the Eastern District of

11        Tennessee, that allows that.

12                MS. NOKES:  We're in the Middle District.

13                MS. KLEIN:  We're not in the Eastern

14        District.

15                MR. MacGILL:  Middle District.  My

16        mistake.

17   Q.   (BY MR. MacGILL)  "The parameters of the external

18        investigation do not include any allegations of

19        sexual abuse or mishandling of abuse at the local

20        church level."

21            Does it say that, in part, sir?

22   A.   "Except to the extent --"

23   Q.   Does it say that, in part, sir?

24   A.   Except to the extent that those allegations were

25        impacted by the words and actions of the Executive
```

MAGNA○
LEGAL SERVICES

```
 1       Committee.
 2   Q.  Okay.  Did I read that correctly?
 3   A.  You left off the last phrase in that sentence.
 4   Q.  Now, you're responding to what counsel said.
 5   A.  No.  I'm reading --
 6   Q.  What you did is --
 7   A.  I am reading Exhibit 59.
 8   Q.  Let's make sure --Let's make sure we understand
 9       what you just did.
10           Counsel made a statement on the record and you
11       followed her suggestion in your answer; did you
12       not?
13   A.  I did not.
14   Q.  Sir, you just --
15   A.  I finished --
16   Q.  You just did that.
17           Did you not listen to her objection and then
18       decide to testify, based on what she said on the
19       record?
20   A.  I did not.
21   Q.  All right.  Now, my question:  Does this or does
22       this not say in pertinent part, "The parameters of
23       the external investigation do not include any
24       allegations of sexual abuse or mishandling of abuse
25       at the local church level."
```

```
 1              Does it say that, in part?
 2    A.    It does not say that in full.
 3    Q.    All right.  It says it in part, and it continues,
 4          does it not?  "Except to the extent that those
 5          allegations against local church pastors impacted
 6          or were impacted by the words and actions of the
 7          Executive Committee."
 8              Do you see that?
 9    A.    I do.
10    Q.    As far as Pastor Johnny Hunt was concerned, what
11          specifically was impacted by Pastor Johnny Hunt in
12          terms of the words and actions of the Executive
13          Committee, sir?
14    A.    Pastor Hunt was a member of the Executive
15          Committee.
16    Q.    Well, I didn't ask you that, sir.  I asked you to
17          refer to the exact language that counsel coached
18          you on.  And I'm asking you specifically to
19          testify, sir, specifically, as far as Pastor Johnny
20          Hunt is concerned.
21              With respect to Pastor Johnny Hunt, how was he
22          impacted by the words and actions of the Executive
23          Committee, sir?
24    A.    He was --
25              MS. NOKES:  Object to form.
```

```
 1              THE WITNESS:  Okay, sorry.
 2    Q.   (BY MR. MacGILL)  How was -- Let me restate.
 3            How fast Pastor Johnny Hunt affected, sir, by
 4         the words and actions of the Executive Committee?
 5    A.   His action would not have been included in that
 6         second part of that paragraph, but in the first
 7         part.  The actions of the Executive Committee --
 8         I'm sorry, the Executive Committee members and
 9         staff actions.
10    Q.   How did the staff and the Executive Committee
11         specifically affect the actions of Pastor Johnny
12         Hunt?
13    A.   He would not have been included in that part.  He
14         would have been included in the first part of the
15         statement, in the first part of the scope.
16    Q.   The first part of statement says, "The parameters
17         of the external investigation do not include any
18         allegations of sexual abuse or mishandling of abuse
19         at the local church level"; right?
20    A.   The sentence before that.
21    Q.   It does not include what I just read, does it?
22    A.   I'm unclear of what you mean.
23    Q.   You've admitted, sir, just a few minutes ago on
24         this record, that Pastor Johnny Hunt was a pastor
25         at the -- at his church in Georgia in July of 2021.
```

MAGNA
LEGAL SERVICES

1   A.   That's correct.

2   Q.   Or, I'm sorry, in July of 2010 --

3   A.   That's correct.

4   Q.   -- right?

5        Now, sir, I want the jury and the Court to

6        hear what you did, and those acting in concert,

7        what you did in connection with this particular

8        exhibit, 59.

9        Did you delete this from your website, sir?

10               MS. NOKES:  Object; outside of the scope

11       of the 30(b)(6) notice.

12  Q.   (BY MR. MacGILL)  Did you or did you not delete

13       Exhibit 59 from the website of the Sexual Abuse

14       Task Force?

15  A.   I did not.

16  Q.   Did the SBC Executive Committee take any steps to

17       delete Exhibit 59?

18  A.   We did not.

19               MS. NOKES:  Objection; outside the scope.

20               THE WITNESS:  Oh, sorry.

21  A.   We did not.

22  Q.   (BY MR. MacGILL)  You have no knowledge as to

23       whether Exhibit 59 was removed from any website by

24       any party?

25  A.   I do not.

MAGNA

LEGAL SERVICES

```
 1   Q.   Okay.  Now, if you were to go to -- Could you find

 2        this on your computer, if you were to go today,

 3        could you find Exhibit 59?

 4                 MS. NOKES:  Objection; outside the scope.

 5   A.   I don't know, because I have not looked it up.  The

 6        Sexual Abuse Task Force website was not under

 7        control of the Executive Committee.  Never was,

 8        never has been.

 9   Q.   (BY MR. MacGILL)  Okay.  But, sir, are you aware,

10        as you sit here today, you have a broad

11        responsibility to act for the SBC; do you not?

12   A.   I do.

13                 MS. NOKES:  Object to form and outside

14        the scope.

15   Q.   (BY MR. MacGILL)  Well, let's make sure we -- the

16        jury hears again about the scope of your

17        responsibilities at the SBCEC.

18            The responsibilities of the Executive

19        Committee include providing public relations and

20        news services; right?

21   A.   Correct.

22   Q.   It says the SBC, this reference here, is part of

23        SBC's public relations and news services; is it

24        not?

25   A.   It is not.
```

MAGNA
LEGAL SERVICES

```
 1              MS. NOKES:  Object to form.
 2    Q.   (BY MR. MacGILL)  You're saying that the frequently
 3         asked questions is not a part of the SBC's public
 4         relations and news services?
 5    A.   No, sir.
 6              MS. NOKES:  Object to form.
 7              THE WITNESS:  I'm sorry.
 8    Q.   (BY MR. MacGILL)  How would you characterize this,
 9         then, if it's not part of the public relations and
10         news services of the SBC?
11              MS. NOKES:  Object to form.
12    A.   This was never a website under control of the
13         Executive Committee, nor my office.
14    Q.   (BY MR. MacGILL)  Well, how could it -- Who's under
15         control of this, sir, if it's not you?  You said
16         that you manage the operations and affairs between
17         meetings of the SBC; did you not?
18              MS. NOKES:  Object to form.
19    A.   The Executive Committee does.  This was a standing
20         committee of the Convention that put up its own
21         website, that maintained and kept its own website
22         updated --
23    Q.   (BY MR. MacGILL)  But they don't --
24    A.   -- outside of the scope of the Executive Committee.
25    Q.   But, sir, we know the footprint of the Executive
```

```
 1        Committee.  We know that one of the

 2        responsibilities of the Executive Committee is to,

 3        quote, provide public relations and news services,

 4        unquote; right?

 5             MS. NOKES:  Object to form; asked and

 6        answered.

 7   A.   We do that through Baptist Prest and the SBC

 8        official websites.

 9   Q.   (BY MR. MacGILL)  Well, and it's not just that, but

10        to be even more specific, the Executive Committee,

11        quote, shall be the fiduciary of the fiscal and the

12        executive entity of the Convention in all its

13        affairs, not specifically committed to some other

14        board or entity; right?

15   A.   Correct.

16   Q.   That's a fact, isn't it, sir?

17   A.   Yes.

18   Q.   And with respect to this website, it was the

19        Executive Committee that had responsibility to

20        remove it or not remove it, as the case may be;

21        right?

22   A.   That is not --

23             MS. NOKES:  Object to form.

24   Q.   (BY MR. MacGILL)  I misspoke.  I'll restate.

25             With respect to this FAQ document, making
```

1       reference to the portions that we just read, it was

2       the responsibility of the Executive Committee to

3       determine whether that website would remain

4       published or that particular FAQ would remain

5       published on a website; right?

6              MS. NOKES:  Objection to form.

7    A.   Okay.  We done?

8              Incorrect.

9    Q.   (BY MR. MacGILL)  Whose responsibility would it

10       have been -- who, at the SBC, would have the

11       responsibility to remove that website, if at all,

12       or that FAQ from the web?

13   A.   This website and this FAQ was the sole

14       responsibility of the Sexual Abuse Task Force.

15   Q.   Okay.  So let's name names.  All right?

16              The Sexual Abuse Task Force, let's go through

17       the list and I want you to tell us who the person

18       is responsible on that task force to remove the FAQ

19       or not.

20              Let's go through each name with the members of

21       the Sexual Abuse Task Force.

22   A.   Oh, you're asking me?

23   Q.   Yes, I am.

24   A.   Bruce Frank.

25   Q.   Okay.  Let's start there.

220

```
 1          Did Mr. Frank have responsibility to remove or
 2      not remove the FAQ?
 3   A.  I do --
 4          MS. NOKES:  Objection to form and outside
 5      the scope of the Executive Committee's 30(b)(6)
 6      deposition.
 7   Q.  (BY MR. MacGILL)  You may answer.
 8   A.  Okay.  I am unsure of his responsibilities as
 9      regards to the SATF website.
10   Q.  Well, but -- why can't you -- why can't you answer
11      that?  You've said that it was their
12      responsibility.  You were the one that just said
13      it.
14          You testified to this Court and jury it was
15      the responsibility of Sexual Abuse Task Force to
16      remove or not remove that FAQ; right?
17          MS. NOKES:  Objection to form and outside
18      the scope.
19   A.  It was their responsibility for any -- I'm sorry,
20      scratch that.
21          The website was put up by the Sex Abuse Task
22      Force.
23   Q.  (BY MR. MacGILL)  So was this a website, this FAQ,
24      of the Sexual Abuse Task Force?
25   A.  It was on their website.
```

MAGNA
LEGAL SERVICES

```
 1   Q.   Okay.  Did they remove the website from the

 2        internet?

 3   A.   I'm not sure --

 4             MS. NOKES:  Objection to form and outside

 5        the scope.

 6   A.   I am unsure as to who removed the website, if it is

 7        removed at all.

 8   Q.   (BY MR. MacGILL)  You don't know one way or

 9        another?

10   A.   I don't.

11   Q.   How about Mr. Blalock, did he have any role in

12        deciding whether to remove the FAQ from the

13        internet?

14   A.   I'm un --

15             MS. NOKES:  Objection to form and outside

16        the scope.

17   A.   I'm unsure of Mr. Blalock's involvement with the

18        website.

19   Q.   (BY MR. MacGILL)  How about if I ask you the same

20        with Mr. Damon, Ms. Even, Ms. Evans, Mr. H?bert, or

21        Mr. Sterling, would the answer be the same --

22             MS. NOKES:  Same objection, as to form.

23   Q.   (BY MR. MacGILL)  -- you don't know if they had any

24        role?

25   A.   I don't know whose role it was to do -- to maintain
```

```
 1          the website.
 2   Q.     You don't no whose role it was within the Sexual
 3          Abuse Task Force?
 4   A.     That's correct.
 5   Q.     But your testimony is, unequivocally, it was not
 6          your responsibility at the EC, it was the
 7          responsibility of members of the task force to
 8          remove or not remove the FAQ from the internet?
 9                MS. NOKES:  Object to form.
10   A.     It was not the role of the Executive Committee or
11          my role at the Executive Committee.
12   Q.     (BY MR. MacGILL)  But your testimony is, look to
13          them; right?  It's their responsibility.
14                MS. NOKES:  Object to form; misstates the
15          testimony.
16   A.     The responsibility of the Sex Abuse Task Force
17          website was strictly theirs, not the Executive
18          Committee's.
19   Q.     (BY MR. MacGILL)  Strictly the members of the
20          Sexual Abuse Task Force?
21   A.     Correct.
22   Q.     Now, one more question:  Do you have any knowledge
23          as to who -- what these men or women did in
24          connection with removing that FAQ from the
25          internet?
```

MAGNA
LEGAL SERVICES

```
 1            MS. NOKES:  Object to form and outside
 2       the scope.
 3   A.   I'm unsure if it is removed.  And if it was, I do
 4       not know who or what the knowledge was.
 5   Q.   (BY MR. MacGILL)  No knowledge?  No information one
 6       way or another?
 7   A.   That's correct.
 8   Q.   Sir, we're going to pull up the next exhibit.
 9            There was an embargo of the Guidepost report
10       at some point; was there not?
11   A.   There was.
12            MR. MacGILL:  Let's pull up Exhibit 64.
13            (Marked Exhibit No. 64, May 21, 2022
14       Email from Bruce Frank to Jonathan Howe.)
15   Q.   (BY MR. MacGILL)  Do you have that in front of you?
16   A.   I do.
17   Q.   This is an email from Mr. Frank to you; is that
18       correct?
19   A.   That is correct.
20   Q.   And this was -- the date of this was what?
21   A.   May 21st, 2022.
22   Q.   Is this the first time that you received the
23       Guidepost's final report?
24   A.   It is.
25   Q.   And its appendices?
```

224

1    A.   It is.

2    Q.   And this is the -- this what you reviewed, as you

3         testified earlier?

4    A.   This is correct.

5    Q.   And you understood that this was to be embargoed

6         until 1:00 p.m. Pacific Time on Sunday, May 22nd;

7         is that right?

8    A.   That is correct.

9    Q.   Now, sir, as you sit here this afternoon, are you

10        aware that every post from the Sexual Abuse Task

11        Force relating to the Guidepost investigation was

12        removed from the internet?

13             MS. NOKES:  Object to scope and form.

14   A.   I have no knowledge of the workings of the website

15        by the Sex Abuse Task Force.

16   Q.   (BY MR. MacGILL)  I'm sorry, say that again.

17   A.   I have no knowledge of the workings of the website

18        of the Sex Abuse Task Force.

19   Q.   And no one has told you why the Sexual Abuse Task

20        Force posts were removed from the internet?

21   A.   I have no --

22             MS. NOKES:  Objection to form and outside

23        the scope.

24   A.   I have no knowledge of the workings of the Sex

25        Abuse Task Force website.

1   Q.   (BY MR. MacGILL)  Now, are you aware that a little

2        over $2 million was expended by the Executive

3        Committee for the Guidepost report?

4   A.   I am.

5   Q.   Let me back up on this document, this email.

6             With respect to the Guidepost report that you

7        reviewed, you made no suggestions for changes; is

8        that right?

9   A.   The Executive Committee had no authority or ability

10       to question, edit, or direct the report in any way.

11  Q.   Who did?

12  A.   Guidepost Solutions.

13  Q.   Well, the Executive Committee, in fact, made no

14       changes to Guidepost's May 15th, 2024, version of

15       the report, did they?

16            MS. NOKES:  Object to the form and

17       outside the scope.

18            MS. KLEIN:  Object to the form.

19  A.   I never saw a May 15th version.  So the Executive

20       Committee has no knowledge of what was in a

21       previous version, except for the final version.

22  Q.   (BY MR. MacGILL)  Well, the date on the first -- on

23       the front of the Guidepost report is May 15th,

24       2024; correct?

25  A.   Okay.

MAGNA
LEGAL SERVICES

1   Q.   Yes?

2   A.   It is.

3   Q.   And, to your knowledge, the Executive Committee

4        made no changes to that particular report -- to

5        that particular version of the report, did it?

6             MS. NOKES:  Object to form and outside of

7        the scope.

8   A.   If this is, in fact, the final version that I

9        received on the 21st, it did not.

10  Q.   (BY MR. MacGILL)  Okay.  And in looking -- the

11       exhibit you were just referring to is --

12  A.   I'm sorry, Exhibit 8.

13  Q.   -- Exhibit 8?

14            And this is the report that you received, is

15       it not, from Mr. Frank?

16  A.   I assume so.

17  Q.   Okay.  Are you aware of any changes to the report

18       by the Executive Committee that were made at any

19       time to the Guidepost final report?

20  A.   The Executive Committee had no authority or ability

21       to make any edits or changes to the report.

22  Q.   Okay.  Which entity did?

23  A.   To my knowledge there's no entity that had the

24       ability to change or question or edit the report.

25  Q.   So Guidepost had a free rein to write whatever it

```
 1          wanted, as far as the SBC Executive Committee was

 2          concerned?

 3                    MS. NOKES:  Object to form.

 4                    MS. KLEIN:  Object to form.

 5     A.   Guidepost was commissioned to provide a report

 6          within the scope of the engagement, and that report

 7          sits before us in Exhibit 8.

 8     Q.   (BY MR. MacGILL)  So to your -- you're testifying

 9          to this Court and to this jury, that the Executive

10          Committee had no authority at any time, as you

11          understood it, to make any edits to the Guidepost

12          report?

13     A.   The Executive Committee had no -- neither the

14          ability, nor the authority, to make changes, edits

15          or even to question the Guidepost report.

16     Q.   And did -- Or even question.

17               Did the Committee on Cooperation have any

18          authority to make any edits or suggestions to the

19          report by Guidepost?

20     A.   The Committee on Cooperation was authorized to

21          check the facts, the polity, and the grammar of the

22          report.  Not to question, edit, or change the

23          report.

24                    MR. MacGILL:  Could you read his answer

25          back, please?
```

```
 1              (The answer was read from Page 228,
 2         Lines 14 through 17, inclusive.)
 3    Q.   (BY MR. MacGILL)  When you say "check the facts,"
 4         what do you mean, sir, in terms of the Committee on
 5         Cooperation's role?
 6    A.   Factual information contained in the report, like
 7         names, places, dates.
 8    Q.   What about conclusions?
 9    A.   No.  Those were solely the responsibility of
10         Guidepost, as the report author.
11    Q.   You say polity.  What do you mean, "polity"?
12    A.   Southern Baptist polity.
13    Q.   Which means what, sir?
14    A.   Which means how we are structured, how we are set
15         up.  That refers more to the -- in this sense of
16         the report would refer more to the recommendations
17         contained in the report and how they would or could
18         be enacted in concordance -- or in accordance with
19         and in conjunction with Southern Baptist polity.
20    Q.   And would polity include, sir, the scope of the
21         report?
22    A.   I don't believe so.
23    Q.   Well, how would -- So they had free rein to do
24         whatever they wanted within Guidepost, as you
25         understood it?
```

```
 1                    MS. NOKES:  Objection to --
 2                    MS. KLEIN:  Object to form.
 3                    MS. NOKES:  Objection to form.
 4   A.    Within the scope of the engagement letter Guidepost
 5         was charged with providing a report matching the
 6         scope of the engagement to the Convention.
 7   Q.    (BY MR. MacGILL)  So if they did not match the --
 8         if they did not match the scope of the report,
 9         according to the scope of the engagement, did you
10         believe that the Committee on Cooperation had
11         authority to engage on that issue and object?
12   A.    The Committee on Cooperation had the ability to
13         check the facts, polity, and grammar.
14   Q.    And polity would include the Guidepost publishing a
15         report -- or proposing to publish a report that was
16         beyond its scope?
17                    MS. NOKES:  Object to form.
18   A.    That's not what I said.
19   Q.    (BY MR. MacGILL)  Well, let's make sure we get an
20         answer from you, if we can, sir.
21             If -- to repeat, if the scope of the report
22         was beyond the engagement given by the SBC
23         Executive Committee, would the Committee on
24         Cooperation, or any entity, have authority to step
25         in and say, you're, for example, beyond the scope
```

```
 1        of your engagement?

 2                MS. NOKES:  Object to form.

 3   A.   That is not outlined in the scope of the engagement

 4        as it relates to the Committee on Cooperation.

 5   Q.   (BY MR. MacGILL)  So that means that if they

 6        exceeded their scope, that the SBC Executive

 7        Committee would do nothing?

 8                MS. NOKES:  Object to form.

 9   A.   The SBC Executive Committee had no ability to edit

10        or alter the report in any way.

11   Q.   (BY MR. MacGILL)  Well -- But isn't it a fact that

12        the Committee on Cooperation specifically had the

13        right -- Strike that.

14            It's a fact, isn't it, that the Committee on

15        Cooperation had the authority to confirm the

16        accuracy of the factual information presented in

17        the report, relied upon the report, or related to

18        matters contained in the report?

19                MS. NOKES:  Object to form.

20   A.   What would you be reading from?

21   Q.   (BY MR. MacGILL)  That's my question, sir.  Answer

22        my question, if you would.

23   A.   Okay.

24                MR. MacGILL:  Please restate the

25        question.
```

231

```
 1              (The question was read from Page 230,
 2         Lines 11 through 18, inclusive.)
 3    A.   Per 3.5 of the engagement, that is correct.
 4    Q.   (BY MR. MacGILL)  Again, you're reading from a
 5         document?
 6    A.   Yes.
 7    Q.   And what are you reading from, sir?
 8    A.   The engagement letter.
 9    Q.   What's the exhibit number?
10    A.   Two.
11    Q.   No. 2?
12    A.   Two.
13    Q.   Okay.  So the section you were referring to is
14         section what?
15    A.   3.5.
16    Q.   Thank you.  All right, let me get there.  Hold on.
17         Section 3.5, sir?
18    A.   Yes.
19    Q.   Okay.  Let's read it together.
20         So there's no question in your mind, sir, and
21         there will be no equivocation on your part, that
22         you understood at all times that the Committee on
23         Cooperation could review the report, is that
24         right --
25              MS. NOKES:  Object to form.
```

MAGNA®
LEGAL SERVICES

1   Q.  (BY MR. MacGILL)  -- the draft report from

2       Guidepost?

3          MS. NOKES:  Objection to form.

4   A.  They had the ability to review it 35 days prior to

5       submission.

6   Q.  (BY MR. MacGILL)  Well, in fact, we can just read

7       with our own eyes here what you just quoted --

8   A.  We can.

9   Q.  -- sir.  Is the quote, "The Committee on

10      Cooperation may review the draft with Guidepost";

11      is that right?

12   A.  That is correct.

13   Q.  And the Committee on Cooperation -- Let me slow

14      down.

15         No. 2.  The Committee on Cooperation could

16      review the draft Guidepost report, together with

17      any supporting documents"; is that right?

18   A.  That is correct.

19   Q.  Third.  "The Committee on Cooperation could review

20      the draft with Guidepost, together with any

21      supporting documents and/or any information to

22      confirm the accuracy of the factual information";

23      is that right?

24   A.  That is correct.

25   Q.  Fourth.  "The Committee on Cooperation could also

MAGNA
LEGAL SERVICES

```
 1        review the draft with Guidepost to review any

 2        supporting documents, to confirm the accuracy of

 3        the factual information presented in or relied upon

 4        in the report"; right?

 5    A.  That's correct.

 6    Q.  No. 5.  Not only could the committee do those four

 7        things, but there was a fifth thing the committee

 8        could do.  "The committee could also review the

 9        draft with Guidepost, together with any supporting

10        documents, to confirm the accuracy of the factual

11        information presented on, relied upon, or related

12        to matters and/or issues contained in the draft

13        report"; right?

14    A.  That's correct.

15    Q.  So with respect to the Committee on Cooperation,

16        did the Committee on Cooperation specifically make

17        an analysis of the accuracy of the factual

18        information, sir?

19             MS. NOKES:  Object to form and outside

20        the scope of the EC 30(b)(6).

21    A.  Can you restate, please?

22    Q.  (BY MR. MacGILL)  Did the Committee on Cooperation

23        review the accuracy of the factual information in

24        the Guidepost report?

25             MS. NOKES:  Same objection.
```

MAGNA
LEGAL SERVICES

1    A.    I'm unaware of the details of the review of the

2          Committee on Cooperation, as the EC staff was not

3          in the room or present for the review.

4    Q.    (BY MR. MacGILL)  Well, sir, the Committee on

5          Cooperation was staffed entirely by Executive

6          Committee members; was it not?

7    A.    It was comprised of Executive Committee members.

8    Q.    It was comprised 100 percent of Executive Committee

9          members; was it not?

10              MS. NOKES:  Objection; form.  Asked and

11         answered.

12   A.    That is correct.

13   Q.    (BY MR. MacGILL)  So 100 percent of the Committee

14         on Cooperation was Executive Committee members.

15              And did those Executive Committee members,

16         sir, review the factual accuracy of the information

17         presented by Guidepost?

18   A.    I'm un --

19              MS. NOKES:  Objection to form.

20   A.    I'm unsure of how -- or the details of the review

21         of the draft.

22   Q.    (BY MR. MacGILL)  Now, let's look at the second

23         component of what the Committee on Cooperation had

24         the right to review, and that is information relied

25         upon -- to repeat, relied upon by Guidepost.  Do

```
 1        you understand what I'm referring to in context?

 2   A.   Yes.

 3   Q.   Now, these five members of the Committee on

 4        Cooperation, all of whom were members of the

 5        Executive Committee, what specifically did they do

 6        to verify the accuracy of the information relied

 7        upon by Guidepost?

 8             MS. NOKES:  Objection to form; outside

 9        the scope.

10   A.   I'm unsure of the details and the arrangements of

11        the review process by the Committee on Cooperation.

12   Q.   (BY MR. MacGILL)  All right.  But you, sir, were

13        the gentleman who published this to the world by

14        pressing the button, as we've said in the prior

15        testimony?

16             MS. NOKES:  Object to form.

17   Q.   (BY MR. MacGILL)  Did you for your part, as the

18        interim president of the Executive Committee, did

19        you determine whether there was a single witness to

20        corroborate what Mr. ████ ████ said in

21        connection with this report?

22             MS. NOKES:  Object to form; outside of

23        the scope.

24   A.   It was not the Executive Committee's

25        responsibility, as the subject of the report, to --
```

```
1       or ability, not just responsibility, but ability to

2       question or edit the report.

3   Q.  (BY MR. MacGILL)  Well, wait a minute.

4   A.  It was our responsibility to publish the report.

5   Q.  Now, sir, you just cited -- you took this jury and

6       this Court back to Section 3.5 in response to

7       questions that I was asking you about a few minutes

8       ago; did you not?

9           Did you not yourself pick up the engagement

10      letter and refer to Section 3.5 a few minutes ago?

11  A.  Earlier, yes.

12  Q.  Yes, you did.

13          And, in fact, Section 3.5 is very specific in

14      terms of the Executive Committee's responsibilities

15      in terms of this Committee on Cooperation, isn't

16      it?

17              MS. NOKES:  Object to form.

18  A.  The Committee on Cooperation was not a committee of

19      the Executive Committee.  It was just comprised of

20      Executive Committee members.

21  Q.  (BY MR. MacGILL)  Oh, I see.

22          So your testimony is that the 100 percent

23      membership on the Committee on Cooperation, by

24      Executive Committee members, somehow does not bring

25      the Executive Committee into the Committee on
```

```
 1        Cooperation; is that your testimony?
 2              MS. NOKES:  Object to form; outside the
 3        scope of the 30(b)(6).
 4   Q.   (BY MR. MacGILL)  Let me restate.  Let me withdraw.
 5           So the Committee on Cooperation had the right
 6        to review the draft with Guidepost, including to
 7        confirm the, quote, accuracy of the factual
 8        information, unquote, relied upon by Guidepost;
 9        right?
10              MS. NOKES:  Object to form.
11   A.   I'm sorry.
12   Q.   (BY MR. MacGILL)  Let's read it together.  Could
13        you please refer to Section 3.5 again.
14   A.   Yeah.
15   Q.   All right.  Do you have it in front of you?
16   A.   Yeah.
17   Q.   All right.  So the Committee on Cooperation had the
18        right to review the Guidepost draft; right?
19   A.   Had the ability to review.
20   Q.   Yep.  Okay.  So it had the ability to review the
21        draft with Guidepost, including the supporting
22        documents; right?
23   A.   Correct.
24   Q.   Including -- to confirm -- quote, to confirm the
25        accuracy of the factual information presented and
```

238

1          relied upon or related to.

2              Do you see that?

3    A.    I do.

4    Q.    Can you tell this Court and jury specifically what

5          the Committee on Cooperation did, sir, to confirm

6          the accuracy of the information -- of the factual

7          information relied upon by Guidepost?

8              MS. NOKES:  Objection to form, and

9          outside the scope of the EC 30(b)(6).

10   A.    The Executive Committee is unaware of the

11         particulars and the specifics of how and what the

12         Committee on Cooperation did in their review.

13   Q.    (BY MR. MacGILL)  What edits, comments, feedback or

14         suggestions were provided by the Executive

15         Committee or the Committee on Cooperation to

16         Guidepost on any version of this report?

17   A.    The Executive Committee did not provide any edits

18         or recommended edits to the report.

19             I'm unsure about the Committee on Cooperation,

20         because the Executive Committee has no knowledge of

21         the review process or the editing process the

22         Committee on Cooperation partook of in their

23         review.

24   Q.    What edits, comments, feedback or other suggestions

25         did the Cooperation Committee provide to Guidepost

MAGNA
LEGAL SERVICES

```
 1        on any version the report?

 2                MS. NOKES:  Object to form; outside the

 3        scope of the EC 30(b)(6).

 4  A.    The Executive Committee has no knowledge of those

 5        edits or suggestions.

 6  Q.    (BY MR. MacGILL)  But, sir, you came here to

 7        testify on this topic.  This is Topic 8.  It reads,

 8        "All edits, comments, feedback and/or suggestions

 9        provided by any member of the Executive Committee,

10        the SBC, the task force, and the Cooperation

11        Committee to Guidepost on any version of the report

12        and Guidepost's response to same."

13            You understood that was one of the topics you

14        were to testify on?

15                MR. BUNDREN:  Rob --

16                MS. NOKES:  Object to form, and I'd refer

17        to our objections that were marked as an exhibit at

18        the beginning of this deposition.

19                MR. BUNDREN:  Do you remember our

20        agreement that we put in the record --

21                MR. MacGILL:  Yeah, you can instruct him

22        not to talk about -- we can dispute it.

23                MR. BUNDREN:  -- about reserving

24        objections?

25                MR. MacGILL:  We can dispute it.  But if
```

1      you're going to instruct him not to answer, that's

2      up to you, but I'm asking my questions here today.

3      And if you want to move -- make a motion in

4      relation to this --

5             MR. BUNDREN:  So your agreement that you

6      made with us about reserving objections was a lie;

7      is that what you're saying?

8             MR. MacGILL:  No, I'm not saying anything

9      like that.

10             MR. BUNDREN:  Okay.  Well, then what are

11      you saying?

12             MR. MacGILL:  You had a responsibility to

13      file a motion for protective order.  You did not.

14      We said, in order to get this proceeding going

15      specifically, we'll put a witness in the chair and

16      see where we go.

17             He had a responsibility to answer this.

18      You have not interposed a proper objection.  If you

19      want to instruct him not to answer, you can

20      instruct him not to answer.

21             MR. BUNDREN:  Okay.

22             MR. MacGILL:  But I'm going to ask my

23      questions and we're going to make a record.

24             MR. BUNDREN:  You can make your record,

25      but I distinctly remember that you said we did not

1    have to file a motion for a protective order and

2    that we were reserving all rights.

3         MR. MacGILL:  We did say that.

4         MR. BUNDREN:  Did you lure us into your

5    trap; is that what you're saying?

6         MR. MacGILL:  There's no trap here.  Just

7    do your job.  If you want to instruct him not to

8    answer, instruct him not to answer.

9         We made an agreement.  It's expressly

10   written in the document and filed with the Court.

11        MR. BUNDREN:  You are completely

12   unethical in what you've represented to us and to

13   the Court, which we will address in due course.

14        MR. MacGILL:  Okay.  You only get to say

15   that kind of thing once.  Okay?

16        MR. BUNDREN:  Oh, I've said.  It that's

17   enough.

18        MR. MacGILL:  You've said it, and --

19        MR. BUNDREN:  Your actions in this case

20   are abhorrent.

21        MR. MacGILL:  Keep going.

22        MR. BUNDREN:  That's enough.

23        MR. MacGILL:  What else would you like to

24   say?

25        MR. BUNDREN:  Why don't you continue with

1         your deposition.

2                    MR. MacGILL:  No.  I want to make sure

3         you get to say everything you want to say.

4                    MR. BUNDREN:  No, that's all I need to

5         say.

6                    MR. MacGILL:  Unethical and abhorrent.

7                    MR. BUNDREN:  Yep.

8                    MR. MacGILL:  What else would you like to

9         say?

10                   MR. BUNDREN:  That's what I want to say.

11                   MR. MacGILL:  Anything else?

12                   MR. BUNDREN:  Right now, no.  We'll let

13        the -- we'll tell the Court and we'll provide this

14        transcript to the Court, if we need to.

15                   MR. MacGILL:  Okay.  Last opportunity.

16                   Anything else you want to say, other than

17        claiming unethical and abhorrent behavior?

18                   MR. BUNDREN:  No, other than you tried

19        to -- you have told us falsehoods about -- leading

20        us into this deposition about what rights were

21        reserved.

22                   MR. MacGILL:  Anything else?

23                   MR. BUNDREN:  Nothing that I'm willing to

24        share right now.

25                   MR. MacGILL:  Okay.  You're welcome at

MAGNA
LEGAL SERVICES

```
 1          any time to make these accusations --

 2                    MR. BUNDREN:  I will.

 3                    MR. MacGILL:  -- and ad hominem attacks.

 4          You just -- you keep it up you, do what you want to

 5          do, and we'll just make note of it --

 6                    MR. BUNDREN:  Sure.

 7                    MR. MacGILL:  -- and we'll deal with it

 8          as appropriate.  Okay?

 9                    MR. BUNDREN:  All right.  That's fine.

10   Q.    (BY MR. MacGILL)  All right, sir, now, with respect

11          to Topic No. 8, are you willing to give --

12   A.    What document are you on?

13   Q.    I'm sorry?

14   A.    What document are you on?

15   Q.    I'm referring to the notice of deposition.

16   A.    Hold on.  Do you have that?

17   Q.    All right.  Do you have it in front of you?

18   A.    I don't.

19   Q.    Yeah, it's on the computer, sir.

20   A.    Which number?

21   Q.    No. 8.  Exhibit 47.

22   A.    Oh, that's what I was asking.  47?  All right.  All

23          the way back to the top.  Okay.

24   Q.    Do you see that topic?

25   A.    Hold on.  Yeah.
```

1    Q.    All right, sir, my question to you is:  Do you --

2          can you testify as to the edits, comments,

3          feedback, or suggestions provided by any member of

4          the Cooperation Committee to Guidepost on any

5          version of the report and Guidepost's response to

6          the same?

7                MS. NOKES:  Objection to form; outside

8          the scope of the EC 30(b)(6).

9    A.    Can you restate the question?

10   Q.    (BY MR. MacGILL)  You may answer unless they

11         instruct you not to answer.

12   A.    Can you restate the question, please?

13   Q.    I'm just referring to Topic No. 8.

14   A.    Uh-huh.

15   Q.    "All edits, comments, feedback or suggestions

16         provided by any member of the Cooperation Committee

17         to Guidepost on any version of the report and

18         Guidepost's response to the same."

19             Can you provide that information, sir?

20   A.    I cannot.

21               MS. NOKES:  Objection to form and outside

22         the scope of the EC 30(b)(6).

23   A.    The Cooperation --

24   Q.    (BY MR. MacGILL)  You say --

25   A.    The Cooperation Committee is not a committee of the

```
 1         Executive Committee.  I've no knowledge of the
 2         edits or feedback or suggestions provided by any
 3         member of the Cooperation Committee.
 4    Q.   Sir, when you did -- when you prepared to give
 5         testimony today, did you make any inquiries of any
 6         kind to determine what the Cooperation Committee --
 7         what edits, feedback, comments or suggestions the
 8         Cooperation Committee to Guidepost made, if any, to
 9         any version of the report?
10    A.   The Executive --
11              MS. NOKES:  Objection to form and outside
12         the scope.
13    A.   The Executive Committee has no knowledge or
14         standing with the Cooperation Committee.
15    Q.   (BY MR. MacGILL)  Has no knowledge?
16           Well, with respect to the members of the
17         Executive Committee, let's just go through them.
18           So the members of the Executive Committee, did
19         you make any inquiries of any members of the
20         Executive Committee prior to coming here today?
21              MS. NOKES:  Objection to form; outside
22         the scope as objected to.
23              MR. MacGILL:  Let me restate.
24    Q.   (BY MR. MacGILL)  Did you make any inquiry of
25         Mr. Litton pertaining to this Topic 8?
```

1   A.   No.

2                MS. NOKES:  Object to form; outside the

3        scope.

4   Q.   (BY MR. MacGILL)  No?

5   A.   No.

6   Q.   Did you make any inquiries of Mr. Batts pertaining

7        Topic 8?

8   A.   No, sir.

9                MS. NOKES:  Objection to form and outside

10       the scope.

11  A.   I did not.

12  Q.   (BY MR. MacGILL)  Did you make any inquiry of

13       Ms. Spalding, Chris DuPree or to Mike Keahbone in

14       relation to Topic 8 prior to coming here today?

15  A.   No.

16               MS. NOKES:  Objection to form and outside

17       the scope.

18  A.   I did not.

19               (Marked Exhibit No. 65, May 6 Task Force

20       Update.)

21  Q.   (BY MR. MacGILL)  Sir, we're going to put up the

22       next exhibit, and I'm first going to ask you if

23       you've seen this document before?

24  A.   What number is this?

25  Q.   So this is Exhibit 65.

```
 1   A.   Okay.  All right.

 2   Q.   Do you have Exhibit 65 in front of you?

 3   A.   I do.

 4   Q.   All right.  Now, have you seen this before?

 5   A.   Do you mind giving me just a minute to read it?

 6   Q.   No.  Take your time.

 7   A.   (The witness reviewed the document.)  Okay.

 8   Q.   All right.  Had you seen this before, sir?

 9   A.   I have.

10   Q.   And when did you see it?

11   A.   This would have been May of 2022.

12   Q.   All right.  And did you see this in connection with

13        your role as -- What was your job at the time you

14        saw this?

15   A.   I would have been vice president for

16        communications.

17   Q.   And did you approve this publication before it went

18        out?

19   A.   I did not.

20   Q.   This was an SBC publication?

21   A.   It was a publication of the Sexual Abuse Task

22        Force.

23   Q.   Of the SBC?

24   A.   Yes.

25   Q.   All right.  Now, sir, the evidence will be in this
```

1       case -- by the time that your testimony will be

2       played to this jury, the jury will have heard that

3       this particular update was removed from the

4       internet.

5           Do you know why this was removed from the

6       internet?

7              MS. NOKES:  Object to form; outside of

8       the scope.

9  A.   The Sex Abuse Task Force is outside of my purview

10      as vice president.

11  Q.   (BY MR. MacGILL)  Do you have any knowledge as to

12      why this document was removed from the internet?

13             MS. NOKES:  Object to form and outside

14      the scope.

15  A.   The existence of this online is outside of my scope

16      as vice president then, and president now.

17  Q.   (BY MR. MacGILL)  Okay.  So no -- you can't give us

18      any insight or knowledge as to why this was removed

19      from the internet?

20             MS. NOKES:  Same objection as to form and

21      outside the scope.

22  A.   The Executive Committee never had any purview or

23      oversight of this website.

24  Q.   (BY MR. MacGILL)  The post here, sir, describes the

25      process for reviewing the report.  Are you aware of

```
1       that?

2   A.  I am.

3   Q.  And did you understand, sir, at all times in the

4       year 2022 -- Strike that.

5           Did you understand during the year of 2022

6       that a copy of the factual portion of the Guidepost

7       report was to be provided to the Committee on

8       Cooperation for a factual review five days prior to

9       the submission to the task force?  Did you

10      understand that?

11  A.  I did.  That was outlined in the engagement letter.

12  Q.  And it was also shown here; was it not?

13  A.  It is.

14  Q.  And there was a procedure that the Committee on

15      Cooperation or its designated delegates will only

16      be able to review the factual portion of the report

17      in a designated room.

18          Did you understand that?

19  A.  I did.

20  Q.  And that that would be with a task force member or

21      Guidepost representative that is a monitor; right?

22  A.  Correct.

23  Q.  And did you understand that all photographs or

24      photos copies of the factual portion of the report

25      will be permitted?  That no photocopies would be
```

MAGNA
LEGAL SERVICES

1     permitted?

2   A.   I do understand that.  Did.

3   Q.   And did you understand that the Committee on

4        Cooperation members would agree not to disclose any

5        portion of the report to anyone, in any form,

6        including on social media?

7   A.   I did.

8   Q.   Did you understand that if notes were to be taken

9        by the Committee on Cooperation, the notes must be

10       handwritten and would be collected by the monitor

11       at the end of each review?

12  A.   I did.

13  Q.   And was it an understanding, on your part, that the

14       notes would, by any Committee on Cooperation member

15       or delegate, would be destroyed at the conclusion

16       of the review?

17  A.   I did.

18  Q.   Sir, it says here, "Guidepost personnel will meet

19       with the Committee on Cooperation at the conclusion

20       of their review to discuss any factual issues where

21       the CoC believes correction is necessary."

22            Did you understand that to be the process?

23  A.   I did.

24  Q.   Did you understand that once the Committee on

25       Cooperation concluded their review and factual

1      changes, if any, are made, that the report will be

2      finalized and submitted to the task force on

3      May 15th?

4   A.  I did.

5   Q.  Can you tell the Court why Guidepost provided the

6       draft of any factual information to the Committee

7       on Cooperation?

8           MS. NOKES:  Object to form and outside of

9       the scope.

10  A.  That would be a question for Guidepost.

11  Q.  (BY MR. MacGILL)  Was the portion of the report on

12      Pastor Johnny Hunt included in the draft sent to

13      the Committee on Cooperation?

14          MS. NOKES:  Object to form; outside the

15      scope of the EC 30(b)(6).

16  A.  The Executive Committee never saw a draft before

17      the final was produced, so I'm unsure -- or the

18      Executive Committee is unsure of what was in the

19      previous drafts.

20          MR. MacGILL:  Thank you.

21  Q.  (BY MR. MacGILL)  Sir, Topic 9 of the notice today

22      says, "All deliberations and communications

23      regarding the decision to include allegations

24      against Plaintiff in the Report."

25          Do you see that?

1  A.  I do.

2  Q.  What steps did you take to inform yourself of the

3      deliberations -- all deliberations and

4      communications described here?

5            MS. NOKES:  Object to form.

6  A.  As regards to communications and deliberations, the

7      Executive Committee had no knowledge or ability to

8      alter or edit the report prior to publication or

9      post-publication.

10 Q.  (BY MR. MacGILL)  Who did?

11 A.  Who did --

12           MS. NOKES:  Object to form.

13 A.  Who did what?

14 Q.  (BY MR. MacGILL)  Who had the authority to edit --

15     or suggest edits to the report, Guidepost report?

16 A.  All right.  Per Exhibit 65, Guidepost alone had the

17     ability and the permission to make any language

18     changes to the final report.  It was at their sole

19     discretion.

20 Q.  Who -- who -- did the Committee on Cooperation have

21     the right to review and discuss any factual issues

22     where the Committee on Cooperation believed a

23     correction was necessary?

24 A.  They had that right.

25 Q.  Okay.  And so could you identify the people who had

1      that right, as you understood it?

2   A.   It would have been the members of the Committee on

3        Cooperation.

4   Q.   Mr. Litton, Mr. Batts, Ms. Spalding, Chris DuPree,

5        and Mike Keahbone?

6   A.   That is correct.

7   Q.   And I think you confirmed earlier, you didn't speak

8        with any of those five prior to coming here today?

9   A.   Correct.

10              MS. NOKES:  Object to form; outside the

11       scope.

12              THE WITNESS:  Sorry.

13              MS. NOKES:  I'd like to take a break --

14              MR. MacGILL:  Okay.  That's fine.

15              MS. NOKES:  -- before we month on to

16       another topic.

17              MR. MacGILL:  Yeah, that's fine.

18              THE VIDEOGRAPHER:  Okay.  Going off the

19       record.  The time is 2:12 p.m.

20              (A recess was taken from 2:12 p.m. to

21       2:20 p.m.)

22              THE VIDEOGRAPHER:  We are returning to

23       the record.  The time is 2:23 p.m.

24   Q.   (BY MR. MacGILL)  Sir, I want to bring into context

25       some of the things you said before the break.  I

```
 1          just wanted to make sure that you'll confirm again

 2          to the jury that the Committee on Cooperation, sir,

 3          was created as a means of assuring that the

 4          investigation into the Executive Committee's

 5          handling of sexual abuse is able to proceed as

 6          planned and that the Executive Committee trustees

 7          are represented throughout the process.  Fair

 8          statement?

 9                MS. NOKES:  Object to form.

10   A.     The Committee on Cooperation had two main roles.

11          1.  To assist in the resolutions of any issues and;

12          2.  To make sure that the bills got paid for the

13          investigation.

14   Q.     (BY MR. MacGILL)  Is what I said correct or not

15          correct in my question, sir?

16   A.     What you said was taken from Exhibit 61, I believe.

17   Q.     I'm just asking you:  Is what I said correct, sir?

18          It's an easy question.

19                Is what I said correct or not?

20                MS. NOKES:  Object to form.

21   A.     You're quoting from 61.  So if you want to assume

22          that's correct, then go ahead.

23   Q.     (BY MR. MacGILL)  I'm not assuming anything, sir.

24          I'm asking you to testify to the jury -- Let me

25          give you one more opportunity to answer this
```

MAGNA

LEGAL SERVICES

```
 1          question.

 2               Is it true or not that, "The Committee on

 3          Cooperation was created as a means of assuring the

 4          investigation into the Executive Committee's

 5          handling of sexual abuse is able to proceed as

 6          planned and that the Executive Committee trustees

 7          are represented throughout the process"?

 8     A.   The Committee on Cooperation, their work was

 9          twofold.  The primary role, to assist in a

10          resolution of any issues that arise.  And, second,

11          to make sure that the expenses were approved and

12          paid.

13     Q.   Okay.  So you deny the truth of what I just read

14          into the record?

15               MS. NOKES:  Object to form;

16          mischaracterizes the testimony.

17     A.   I did not say that.

18     Q.   (BY MR. MacGILL)  So what I said is true?  What I

19          wrote -- what I questioned you about, you agree

20          with; do you not?

21               MS. NOKES:  Object to form.

22     A.   What you said, I would say that instead, it is --

23          the role of Committee on Cooperation was to assist

24          in a resolution of any issues and to facilitate the

25          payments for the investigation.
```

```
 1   Q.   (BY MR. MacGILL)  So you would say instead -- your

 2        testimony was instead of what I questioned you

 3        about, you would answer it a different way?

 4   A.   I would.

 5             MS. NOKES:  Object to form.

 6             THE WITNESS:  I'm sorry.

 7   Q.   (BY MR. MacGILL)  Let's turn to how the -- how this

 8        was represented in Exhibit 60.

 9         Could you turn to Exhibit 60, please?  Or 61.

10   A.   Okay.

11   Q.   Do you see the first paragraph?

12   A.   I do.

13   Q.   And what the first paragraph says is, "The

14        Committee on Cooperation was created as a means of

15        assuring the investigation into the EC's handling

16        of sexual abuse is able to proceed as planned and

17        the EC trustees are represented throughout the

18        process."

19         Those are the words written by the chairman of

20        this committee; is that right?

21   A.   Those are written apparently by the entire

22        committee.

23   Q.   Okay.  And do you have any reason to dispute what

24        the entire committee wrote in that sentence?

25   A.   I would say that Paragraph 3 is the more important
```

1        paragraph in that opening.

2    Q.    Do you dispute anything that the entire committee

3          wrote in Paragraph 1, sir?

4    A.    I do not dispute it.  I'm just saying that

5          Paragraph 3 is the primary focus of this email.

6    Q.    Now, the entire committee, sir, if we look at what

7          the entire committee said as compared to you -- I'm

8          now referring to the Committee on Cooperation.

9          Okay, let me restate.

10             The entire Committee on Cooperation also said,

11          quote, Finally our committee represents you in this

12          process, and we are available, willing, and open to

13          hearing from you.

14             They said that, too, as well?

15                  MS. NOKES:  Object to form.

16   A.    They did write that.

17   Q.    (BY MR. MacGILL)  And do you quarrel with that,

18          sir, any of these words from the entire committee

19          here?

20                  MS. NOKES:  Object to form.

21   A.    I would say that the third paragraph is the

22          important paragraph in this letter.

23   Q.    (BY MR. MacGILL)  Well, the committee is --

24   A.    It specifically outlines the scope of what the

25          Committee on Cooperation was there for.  Twofold

```
 1        purpose.  1.  To assist in a resolution of any
 2        issues.  And, 2.  To facilitate the payments to
 3        Guidepost for the investigation.
 4   Q.   Okay.  So you -- Now, you, as the interim president
 5        of the Executive Committee, are characterizing what
 6        you think is the most important and what the
 7        committee, as a whole, wrote in Exhibit 61; is that
 8        right?
 9             MS. NOKES:  Object to form.
10             THE VIDEOGRAPHER:  We may need to -- I'm
11        sorry.  Did you answer?
12             THE WITNESS:  I'm waiting on you.  You
13        interrupted.
14             THE VIDEOGRAPHER:  I'm sorry to
15        interrupt.  We lost the Zoom.
16             MR. MacGILL:  Okay.  Okay.
17             THE VIDEOGRAPHER:  We need to take a
18        break.
19             Off the record at 2:27 p.m.
20             (A discussion was held off the record.)
21             THE VIDEOGRAPHER:  We are returning to
22        the record.  The time is 2:29 p.m.
23             (The pending question was read back from
24        Page 258, Lines 4 through 8, inclusive.)
25   A.   I am not characterizing this in my role, I'm simply
```

MAGNA
LEGAL SERVICES

```
 1          stating what they stated as their primary role.

 2              First, their primary role was to assist in the

 3          resolution of any that issues that arose during the

 4          course of the investigation.  And, secondarily,

 5          they're responsible for approving expenses related

 6          to the investigation.

 7    Q.    (BY MR. MacGILL)  Now, sir, with respect to this

 8          particular exhibit, Exhibit 61, the entire

 9          committee copied you on this email; did they not?

10    A.    They did.

11    Q.    They copied Jeff Pearson?

12    A.    Uh-huh.

13    Q.    They copied Willie McLaurin; right?

14    A.    Correct.

15    Q.    And these -- Mr. McLaurin is referenced here as the

16          Executive Committee executive staff?  Or is that

17          referring to all of you?

18    A.    That would be all of us.

19    Q.    And what was Mr. Pearson's role?

20    A.    He was the CFO at the time.

21    Q.    All right.  And who else was copied on this,

22          Mr. Frank, Mr. Blalock?

23    A.    Correct.

24    Q.    Mr. Besen?

25    A.    Correct.
```

MAGNA
LEGAL SERVICES

1  Q.  Scarlett Nokes?

2  A.  Correct.

3  Q.  They are the lawyers that are representing the SBC

4      Executive Committee; is that right?

5  A.  That is correct.

6  Q.  Julia Wood, who's that?  Or Julie Wood.

7  A.  Julie Wood.

8  Q.  Who is that, sir?

9  A.  That is -- she was with Guidepost.

10 Q.  And Krista Tongring, who's that?

11 A.  She's also with Guidepost.

12 Q.  So the entire committee communicated with this

13     group -- This was to the entire -- This was sent to

14     the trustees, with a copy sent to the people we

15     just identified; right?

16 A.  That's correct.

17 Q.  Now, in Paragraph 1 here of Exhibit 61, the entire

18     committee is writing to the entire board of

19     trustees with copies to lawyers, Guidepost, staff,

20     that the -- saying the Committee on Cooperation was

21     created as a means for assuring the investigation

22     into the EC's handling of sexual abuse is to

23     proceed as planned.

24         Do you see that portion of that sentence?

25 A.  I do.

MAGNA
LEGAL SERVICES

```
 1    Q.    And in terms of assuring the investigation was

 2          proceeding as planned, what role did you have in

 3          that role -- or in that connection of making sure

 4          this investigation proceeded as planned?

 5    A.    Are you speaking to me as --

 6    Q.    You individually.

 7    A.    -- vice president --

 8    Q.    Yes, sir.

 9    A.    -- or the Executive Committee as a whole?

10    Q.    You, as interim president.

11    A.    I was not interim president at that time.

12    Q.    Okay.  When you became interim president -- Strike

13          that.

14             So when you got a copy of this, your role was

15          vice president of communications?

16    A.    That's correct.

17    Q.    Did you take any steps or have any response to

18          this?

19    A.    In what manner?

20    Q.    Did you respond in any way to this email?

21    A.    I am unsure if I responded or not.

22    Q.    Why was counsel involved in November -- on

23          November 27th, 2021, in this matter?

24             MS. NOKES:  Object to form, and instruct

25          the witness not to answer as to any privileged
```

```
 1        communications.

 2               MR. MacGILL:  That's fair.

 3   Q.   (BY MR. MacGILL)  So do you know why counsel was

 4        involved on this -- or copied or this email?

 5               MS. NOKES:  You can answer that question,

 6        you just can't get into any privilege conversation.

 7               THE WITNESS:  Okay.

 8               MR. MacGILL:  Agreed.

 9   A.   I'm little confused with the objection.

10   Q.   (BY MR. MacGILL)  We'll move to the next question.

11               Now, certain things you are aware of.  You are

12        aware of different versions of the report that were

13        given to the Committee on Cooperation; are you not?

14               MS. NOKES:  Object to form; outside the

15        scope of the EC 30(b)(6).

16   A.   The Executive Committee only saw the final report.

17        I am unaware of how many or what was contained in

18        any previous versions of the report.

19   Q.   (BY MR. MacGILL)  Well, sir, you were aware -- I

20        think we just covered this in Exhibit 61.  You were

21        made aware in November of 20 -- in November of

22        which year?

23               (A discussion was had between Plaintiff's

24        counsel out of the hearing of the reporter.)

25   Q.   (BY MR. MacGILL)  You were aware in November of
```

1     2021, in your role of the Executive Committee for

2     the SBC, that the Committee on Cooperation was

3     going to be involved in making sure or, in their

4     words, assuring the investigation would proceed as

5     planned; right?

6          MS. NOKES:  Object to form.

7  A.   That's correct.

8  Q.   (BY MR. MacGILL)  Okay.  So, as you went -- as you

9     did your work at the SBC Executive Committee, did

10    you become aware that different versions of the

11    report had been circulated --

12         MS. KLEIN:  Object to form.

13  Q.   (BY MR. MacGILL)  -- to the Committee on

14    Cooperation?

15  A.   The Executive Committee only has knowledge of the

16    final report, not what was or was not in any

17    previous drafts or how many drafts there were.

18  Q.   All right.  Well, let's see if -- Let me give you

19    some documents and see if you remember anything any

20    these documents.

21       Let's look at tab -- the next document.

22        (Marked Exhibit No. 66, Confidential

23    Report of the Independent Investigation.)

24  Q.   (BY MR. MacGILL)  This is Exhibit 66.  Do you have

25    that in front of you?

1  A.   I pushed a button.  Hold on.

2       Okay.  All right.

3  Q.   All right.  And Exhibit 66 says at the top,

4       "Confidential - Draft.  Factual Findings for

5       Committee on Cooperation Only.  Do Not

6       Disseminate."

7       Was this document ever disseminated to you?

8            MS. NOKES:  Object.  Objection; outside

9       the scope of the EC 30(b)(6).

10 A.   I have never seen this document.

11 Q.   (BY MR. MacGILL)  Okay.  Do you know now, sitting

12      here with the knowledge that you have, that Pastor

13      Johnny was not included in this version of the

14      report?

15 A.   I've not read --

16           MS. NOKES:  Object to form, and outside

17      the scope of the EC 30(b)(6).

18 A.   I've not read this report.  I do not know what it

19      contains or does not contain.

20 Q.   (BY MR. MacGILL)  If you would turn to Page 113 of

21      the report.  112, I'm sorry.

22           MS. KLEIN:  I'm going to object.  This

23      document has been identified as, "Attorneys Eyes

24      Only.  Highly Confidential."

25           So, to the extent that you're going to

MAGNA
LEGAL SERVICES

```
1        read from the document --
2                MR. MacGILL:  We're not going to read
3        from it.
4                MS. KLEIN:  Well, to the extent you're
5        going to read from the document, then Mr. Hunt
6        needs to be placed in a breakout room before we
7        proceed.
8    Q.  (BY MR. MacGILL)  Sir, are you on Page 112?
9    A.  Well, I was on 113.
10   Q.  That's okay.  Go back one page.
11   A.  Okay.
12   Q.  And it's Bates number GP 9906.  Are you there?
13   A.  Oh.  Yes.
14   Q.  Do you have any knowledge of why this material was
15       redacted?
16               MS. NOKES:  Object to form.  Outside the
17       scope of the EC 30(b)(6).
18   A.  The material at the top, is that what you're
19       talking about?
20   Q.  (BY MR. MacGILL)  Yes, sir.
21   A.  I do not know.
22   Q.  All right, sir, separate and apart from the
23       document I have some questions for you.
24           Did you become aware at any time, sir, that
25       Mr. Frank Page was included in a Guidepost report?
```

MAGNA
LEGAL SERVICES

1       MS. NOKES:  Object to form.  Outside the

2       scope of the EC 30(b)(6).

3   A.  Included in what way?

4   Q.  (BY MR. MacGILL)  In writing.

5   A.  Mentioned?

6   Q.  Yes.

7   A.  Yes.

8   Q.  Did you come to -- Did you have knowledge,

9       separate and apart from this document, as to

10      whether Mr. Pressler was included in a Guidepost

11      draft?

12  A.  In which --

13      MS. NOKES:  Object to form.  Outside the

14      scope of the EC 30(b)(6).

15  A.  In which document?

16  Q.  (BY MR. MacGILL)  At any time, from Guidepost.

17  A.  At any time?

18  Q.  Yes, sir.

19  A.  In what draft?  I'm sorry.

20  Q.  Any draft, sir.

21  A.  Any draft?  That Pressler was --

22  Q.  Included.

23  A.  Included?  Yes.

24  Q.  Yes?

25      What was your answer?

1    A.    Yes.

2    Q.    All right.  Did you have any knowledge as to

3          whether Mr. Page was included at any time in any

4          draft of the report?

5                MS. NOKES:  Objection to form, and

6          outside the scope of the EC 30(b)(6).

7    A.    Yes.

8    Q.    (BY MR. MacGILL)  Do you have any knowledge as to

9          why Mr. Page was not included in the final report?

10                MS. NOKES:  Objection to form.  Outside

11         the scope of the EC 30(b)(6).

12   A.    He was mentioned in the final report.

13   Q.    (BY MR. MacGILL)  Okay.  Was Mr. Pressler mentioned

14         in the final report?

15   A.    I'd have to review, but I believe so.

16   Q.    Was Mr. Page referenced in the final report?

17   A.    I do believe he was.

18   Q.    Now, in the final report is there a section

19         entitled, "Allegations of Abuse Committed by

20         Executive Committee Members"?

21   A.    I would have to consult the final report.

22   Q.    Okay.  Which exhibit do you have in your hand?

23   A.    Eight.

24   Q.    Okay.

25   A.    What was the question again?

```
 1   Q.   Take a look at Exhibit 8 in the section involving,
 2        "Allegations of Abuse Committed by Executive
 3        Committee Members."
 4   A.   Okay.
 5   Q.   Sir, are you on -- If you would look at page --
 6        beginning on Page 149.  Do you see the Section,
 7        "Allegations of abuse committed by Executive
 8        Committee members"?
 9   A.   I'm getting there.  I do.
10   Q.   Was Mr. Page included in this section of this final
11        report?
12   A.   He is not.
13   Q.   Is Mr. Pressler included in this section of the
14        report entitled, "Allegations of Abuse Committed by
15        Executive Committee Members"?
16   A.   He is not.
17   Q.   Is Mr. Page included in this version of the report?
18   A.   In total?
19   Q.   I'm sorry, I misspoke.
20            Is Mr. Paige Patterson included in this
21        portion of the report?
22   A.   (The witness reviewed the document.)  He's not.
23   Q.   Can you tell the Court why Mr. Paige was not
24        included in this section entitled, "Allegations of
25        Abuse Committed by Executive Committee Members"?
```

```
 1              MS. NOKES:  Objection to form.  Outside
 2         the scope of the EC's 30(b)(6).
 3    A.   The Executive Committee has no knowledge why
 4         certain items were or were not included in the
 5         report, as we had no input on the final draft of
 6         the report or any other draft.
 7    Q.   (BY MR. MacGILL)  Was Mr. Pressler included in the
 8         final report?
 9    A.   At all?
10    Q.   In the section entitled, "Allegations of Abuse
11         Committed by Executive Committee Members"?
12    A.   He was not.
13    Q.   Was Paige Patterson included in the final report?
14    A.   In the entire report?
15    Q.   In this section entitled, "Allegations of Abuse
16         Committed by Executive Committee Members"?
17    A.   He was not.
18    Q.   Do you have any reason -- Do you know why any one
19         of these three people were not included in the
20         allegations of abuse committed by Executive
21         Committee members?
22    A.   The Executive --
23              MS. NOKES:  Objection to form.  Outside
24         the scope of the 30(b)(6).
25    A.   The Executive Committee has no knowledge why
```

1      things -- or allegations were or were not included

2      in the report.

3 Q.  (BY MR. MacGILL) As you sit here today, sir, do

4      you have any knowledge as to whether or not the

5      Committee on Cooperation asked for these three

6      names to be removed?

7          MS. NOKES: Objection to form. Outside

8      the scope of the EC 30(b)(6).

9 A.  The Executive Committee has no knowledge of any

10     requests made by the Committee on Cooperation.

11 Q.  (BY MR. MacGILL) When you say the "Executive

12     Committee," who are you referring to?

13 A.  The Executive Committee, the staff.

14 Q.  Okay. The staff?

15 A.  Yeah.

16 Q.  So let's make sure we understand what you're really

17     saying.

18        You're saying -- you're testifying as to the

19     knowledge of the staff associated with this issue

20     as to whether Page (ph), Pressler, and Patterson

21     were included; right?

22          MS. NOKES: Objection to form.

23 A.  Correct.

24 Q.  (BY MR. MacGILL) Does the Executive Committee,

25     sir, have knowledge, to your understanding, of

```
 1        whether the Committee on Cooperation asked for

 2        these names to be removed?

 3               MS. NOKES:  Objection to form and outside

 4        the scope.

 5   A.   The Executive Committee has no knowledge whether or

 6        not that the Committee on Cooperation asked that.

 7   Q.   (BY MR. MacGILL)  Say that again, please.

 8   A.   The Executive Committee has no knowledge whether or

 9        not that request was made by the Committee on

10        Cooperation.

11   Q.   Well, wouldn't Mr. Litton know?

12               MS. NOKES:  Objection to form.  Outside

13        the scope.

14   A.   Mr. Litton is not the Executive Committee.

15   Q.   (BY MR. MacGILL)  He was at the time, sir.

16   A.   He was a member of the Executive Committee.

17   Q.   Right.

18           And he was -- Was he a member of the Committee

19        on Cooperation?

20   A.   He was.

21   Q.   Okay.  Would he have knowledge, as an Executive

22        Committee member, as to what the Committee on

23        Cooperation did?

24               MS. NOKES:  Objection to form.

25   A.   That would be a question for Mr. Litton.
```

272

```
 1   Q.   (BY MR. MacGILL)  Would Mr. Batts have knowledge as

 2        to what the Committee on Cooperation did with

 3        respect to the removal of these names?

 4             MS. NOKES:  Objection to form.

 5   A.   That be would a question for Mr. Batts.

 6   Q.   (BY MR. MacGILL)  So he might have that knowledge,

 7        might not have that knowledge?

 8             MS. NOKES:  Objection to form.

 9   A.   May or may not.

10   Q.   (BY MR. MacGILL)  Okay.  And with respect to the

11        other members, Spalding, DuPree, and --

12   A.   Keahbone.

13   Q.   Thank you.  -- did those three members of the

14        Executive Committee, would they have knowledge as

15        to why, if at all, the Committee on Cooperation

16        asked for these names to be removed?

17             MS. NOKES:  Objection to form.

18   A.   That would be a question for them individually.

19   Q.   (BY MR. MacGILL)  But, in any event, you didn't

20        make contact with any five members of the -- Strike

21        that.

22             In any event, you didn't ask any one of these

23        five members of the Executive Committee as to

24        whether the Committee on Cooperation asked for

25        these names to be removed; right?
```

MAGNA
LEGAL SERVICES

```
 1              MS. NOKES:  Objection to form.  Outside
 2         the scope of the EC 30(b)(6).
 3    A.   The Executive Committee has no knowledge of what
 4         was in the previous drafts, if there were previous
 5         drafts, which apparently there are, per No. 66.
 6    Q.   (BY MR. MacGILL)  Well, you're saying -- Again,
 7         sir, let's make sure we understand what you're
 8         saying.
 9              You've already confirmed that you're referring
10         to the Executive Committee staff.  I'm asking about
11         five members of the Executive Committee who were
12         members of the Committee on Cooperation.
13              Why didn't you go ask -- simply ask those five
14         members of the Executive Committee what they did in
15         their work on the Committee on Cooperation?
16              MS. NOKES:  Objection to form.  Outside
17         the scope.
18    A.   Members of the Committee on Cooperation were acting
19         not as representatives of the Executive Committee.
20    Q.   (BY MR. MacGILL)  All right.  Sir, we've read
21         Exhibit 61.  You're going to maintain your position
22         that, notwithstanding what's written -- and we've
23         seen with our own eyes repeatedly today in
24         Exhibit 61 -- you're saying that the Executive
25         Committee is entirely distinct from the Committee
```

MAGNA
LEGAL SERVICES

```
 1          on Cooperation, is that what you're telling this

 2          Court?

 3                   MS. NOKES:  Objection to form and outside

 4          the scope.

 5   A.     The Committee on Cooperation was comprised of

 6          members of the Executive Committee, but not a

 7          formal committee of the Executive Committee doing

 8          its work.

 9   Q.     (BY MR. MacGILL)  It was appointed by the Executive

10          Committee; was it not --

11                   MS. NOKES:  Objection to form.

12   Q.     (BY MR. MacGILL)  -- and the Sexual Abuse Task

13          Force; was it not?

14                   MS. NOKES:  Objection to form.

15   Q.     (BY MR. MacGILL)  The Committee on Cooperation had

16          three members that had been appointed by the

17          Executive Committee; right?

18                   MS. NOKES:  Objection to form.

19   A.     Incorrect.

20   Q.     (BY MR. MacGILL)  How many?

21   A.     Two.

22   Q.     Two?

23              And where were the other two from?

24   A.     One was the SBC president.  Two were appointed by

25          the Sexual Abuse Task Force.
```

```
 1    Q.    Okay.  So five members.  SBC president and two
 2          members of the Executive Committee.  Two members
 3          appointed by the Executive Committee; right?
 4    A.    Correct.
 5    Q.    And two members appointed by the Sexual Abuse Task
 6          Force; right?
 7    A.    Correct.
 8    Q.    And, as you've covered before, all five members of
 9          the Committee on Cooperation were, in fact, members
10          of the SBC Executive Committee; right?
11    A.    Correct.
12    Q.    Not withstanding those facts, what you're
13          representing to the Court on your oath, is that the
14          Committee on Cooperation is entirely distinct from
15          the Executive Committee of the SBC --
16                MS. NOKES:  Objection to form.
17    Q.    (BY MR. MacGILL)  -- right?
18                MS. NOKES:  Objection to form.
19    A.    The Committee on Cooperation was made up of five
20          members of the Executive Committee and were not to
21          disclose any part of the report to anyone at the
22          Executive Committee.
23                MR. MacGILL:  Sir, we'll mark the next
24          exhibit as 67.
25
```

MAGNA
LEGAL SERVICES

```
 1                    (Marked Exhibit No. 67, May 13, 2022
 2            Email from Christina Bischoff to Julie Myers Wood
 3            and Krista Tongring.)
 4       Q.   (BY MR. MacGILL)  And do you see on Exhibit 67,
 5            sir -- this is an email from Christina Bischoff.
 6                    Do you see that?
 7       A.   I do.
 8       Q.   Do you know who she is?
 9       A.   I do not.
10       Q.   Have you seen this document before?
11       A.   I have not.  No one on this document is a member --
12       Q.   Do you see the attachments, Draft Hunt section for
13            CoC.docx.
14       A.   I see that.
15       Q.   Do you know whether the Committee on Cooperation
16            provided any comments on the Hunt section of the
17            report to Guidepost?
18                    MS. NOKES:  Objection to form.  Outside
19            the scope of the EC 30(b)(6).
20       A.   The Executive Committee has no knowledge of any
21            edits or suggested edits made by the Committee on
22            Cooperation.
23       Q.   (BY MR. MacGILL)  And, again, as before, with
24            respect to this particular document, you made no
25            inquiry of the five members of the Committee on
```

MAGNA
LEGAL SERVICES

```
 1        Cooperation; is that right?
 2                MS. NOKES:  Objection to form.
 3   A.   That's correct.
 4   Q.   (BY MR. MacGILL)  Are you aware, sir, of any
 5        concerns raised by any member of the Committee on
 6        Cooperation regarding the allegations against
 7        Pastor Johnny Hunt in this draft of the report?
 8                MS. NOKES:  Objection to form and outside
 9        the scope.
10   A.   The Executive Committee is not aware of any
11        concerns because, per the guidelines of the
12        Committee on Cooperation, they were not to disclose
13        information about the report.
14   Q.   (BY MR. MacGILL)  Are you, sir, aware of any
15        concerns raised by anyone on the Committee on
16        Cooperation or anyone on that committee regarding
17        the allegations associated with Pastor Johnny Hunt
18        in the report?
19                MS. NOKES:  Objection to form.  Outside
20        the scope.
21   A.   I'm not aware of any objections made by members of
22        the Committee on Cooperation, because they were
23        instructed not to discuss or disclose the contents
24        of the draft.
25   Q.   (BY MR. MacGILL)  To your knowledge, did any member
```

```
 1          of the Committee on Cooperation ask to see any,

 2          quote, corroborating evidence associated with the

 3          allegations against Pastor Johnny Hunt?

 4                   MS. NOKES:  Objection to form.  Outside

 5          the scope of the 30(b)(6).

 6    A.    The Executive Committee has no knowledge of any

 7          requests made by the Committee on Cooperation

 8          regarding the draft of the report.

 9    Q.    (BY MR. MacGILL)  Do you have any knowledge, sir,

10          of any member of the cooperation -- Committee on

11          Cooperation asking to seeing any corroborating

12          evidence?

13                   MS. NOKES:  Objection to form and outside

14          the scope.

15    A.    I have no knowledge of any member of the Committee

16          on Cooperation making any requests for

17          corroborating evidence.

18                   MR. MacGILL:  Okay.  Let's go with the

19          next exhibit.

20                   Sir, we'll mark as the next exhibit the

21          Exhibit 68.

22                   (Marked Exhibit No. 68, May 17, 2022

23          Email from Sunny Lee to Samantha Kilpatrick.)

24    Q.    (BY MR. MacGILL)  Do you see this email from Sunny

25          Lee to Samantha Kilpatrick, with a copy to
```

MAGNA
LEGAL SERVICES

1          Mr. Holske?

2    A.    I see the email.

3    Q.    And have you seen this before?

4    A.    I have not.

5    Q.    There's a reference here.  "Can you guys read the

6          TF edit suggestion and let me know what you think?"

7                I'm going to tell you that, assuming that "TF"

8          stands for task force, does this refresh your

9          memory or jog anything in your mind about

10         communications at this point in time, May 17th, or

11         thereabouts, pertaining to edits from the task

12         force?

13               MS. NOKES:  Objection to form and outside

14         the scope of the EC 30(b)(6).

15   A.    The EC has no knowledge of this email, as no one

16         from the Executive Committee or on the Executive

17         Committee was copied or received this email.

18   Q.    (BY MR. MacGILL)  Okay.  And you've not seen this

19         since?

20   A.    I've never seen it at all.

21   Q.    Okay.  You've never seen this document, Exhibit 68?

22   A.    Correct.

23   Q.    Now, separate and apart from this document, did you

24         come to understand that the Sexual Abuse Task Force

25         of the SBC had had concerns that they expressed to

MAGNA
LEGAL SERVICES

```
1      Guidepost concerning Dr. Hunt and his involvement

2      here?

3              MS. NOKES:  Objection to form.  Outside

4      the scope of the EC 30(b)(6).

5  A.  The Executive Committee has no knowledge of any

6      communications between the task force and Guidepost

7      that it was not copied on or informed of.

8  Q.  (BY MR. MacGILL)  Did you work with Sunny Lee at

9      any time?

10 A.  I may have met Sunny.  You'd need to define "work

11     with."

12 Q.  What interactions did you have with Sunny Lee?

13 A.  Like I said, I may have met her.  I met two people

14     from Guidepost whenever I did my personal interview

15     with them.  I do not remember who they were.  I

16     believe Sunny was one of them, but I am uncertain.

17 Q.  Was she employed by Guidepost?

18 A.  She is -- or was.  I don't know if she still is.

19     Sorry.

20 Q.  Sir, we'll pull up the next exhibit.

21              (Marked Exhibit No. 69, Typos &

22     Redactions, Errors Document.)

23 Q.  (BY MR. MacGILL)  Sir, we've pulled up Exhibit 69.

24     Have you seen this before?

25              MS. KLEIN:  I'm going to raise, again --
```

1    this document's been identified as "Highly

2    Confidential and Attorneys Eyes Only."

3              To the extent that you're going to read

4    from the document, we'll need to take a break and

5    have Mr. Hunt exit the proceedings.

6    Q.   (BY MR. MacGILL)  Have you seen Exhibit 69 before?

7    A.   I have not.

8    Q.   Do you know whether the SBC Task Force provided

9    comments to Guidepost on any draft of the report?

10             MS. NOKES:  Objection to form.  Outside

11   the scope of the EC 30(b)(6).

12   A.   Could you restate the question, please?

13   Q.   (BY MR. MacGILL)  Are you aware of any comments

14   given by the SBC Task Force to Guidepost at any

15   time?

16             MS. NOKES:  Objection to form.  Outside

17   the scope.

18   A.   The Executive Committee is unaware of any

19   communications regarding edits or suggestions to

20   the report.  The Executive Committee only has

21   knowledge of the final report.

22   Q.   (BY MR. MacGILL)  So you identified previously,

23   several times, the membership of the Committee on

24   Cooperation.  Do you recall that line of testimony?

25   A.   Yes.

```
 1   Q.   And Mr. Bruce Frank, what was his role in the

 2        Guidepost report?

 3             MS. NOKES:  Object to form.  Outside the

 4        scope.

 5   A.   Define "role."

 6   Q.   (BY MR. MacGILL)  How was he involved with the

 7        Guidepost report?

 8   A.   He was the chairman of the Sex Abuse Task Force.

 9   Q.   Did Guidepost send, to your knowledge, a draft of

10        the Guidepost report to Mr. Bruce Frank?

11             MS. NOKES:  Object to form.  Outside the

12        scope of the EC 30(b)(6).

13   A.   The Executive Committee has no knowledge of any

14        previous drafts, other than the final draft.

15   Q.   (BY MR. MacGILL)  Okay.  Now, sir, just as an

16        administrative matter, you're going to be giving

17        testimony on behalf of the SBC?

18   A.   That is the plan.

19   Q.   Yeah.  And so when it comes time to look at, for

20        example, this letter or this exhibit and the one

21        prior, you will be able, in the context of your SBC

22        testimony, to be able to give information about the

23        Sexual Abuse Task Force and their responses; is

24        that right?

25             MS. NOKES:  Object to form.  Outside the
```

MAGNA
LEGAL SERVICES

1     scope of this deposition.

2  A.   That's a question for another day.

3  Q.   (BY MR. MacGILL)  What do you mean it's a "question

4     for another day"?

5         MS. NOKES:  Object to form.  Outside the

6     scope of this deposition to be planning for a

7     different deposition.

8  Q.   (BY MR. MacGILL)  Do you have knowledge, sir --

9     You'll be representing the SBC.

10     Do you have knowledge of this document in

11     connection with your designated role as the SBC

12     testifier in the 30(b)(6)?

13         MS. NOKES:  Object to form.  Outside the

14     scope of this deposition.

15  A.   That would be a question for the other deposition.

16  Q.   (BY MR. MacGILL)  Do you or do you not have that

17     knowledge?

18         MS. NOKES:  Same objection as to form and

19     outside the scope.

20         MR. PIETSCH:  I'm going to pose an

21     objection on behalf of the SBC to the extent that

22     you're asking him about his role in testifying for

23     the SBC --

24         MR. MacGILL:  Right, we are.

25  Q.   (BY MR. MacGILL)  Do you have that knowledge, sir?

```
 1              MS. NOKES:  Same objection.

 2     A.    That's a question for another deposition.

 3     Q.    (BY MR. MacGILL)  You're making an objection?

 4           I'm just asking you:  Do you have that

 5           knowledge or not?  I'm not asking you to answer,

 6           I'm just saying, do you have that knowledge of this

 7           exhibit, in your role as the -- Exhibit 69, will

 8           you be able to testify to that in your separate

 9           deposition for the SBC?

10              MS. NOKES:  Objection to form.  Outside

11           the scope of this deposition.

12     A.    That's for another deposition.

13     Q.    (BY MR. MacGILL)  I'm sorry?

14     A.    That answer's for another deposition.

15     Q.    Are you aware, sir -- looking at Exhibit 69, are

16           you aware of whether Guidepost sent this to -- sent

17           this version to Mr. Frank's specifically?

18              MS. NOKES:  Objection to form.  Outside

19           the scope of this deposition.

20     A.    The Executive Committee has no knowledge of any

21           communications between Pastor Frank and Guidepost

22           that do not include the Executive Committee.

23     Q.    (BY MR. MacGILL)  Do you have any knowledge of that

24           yourself, sir?

25              MS. NOKES:  Same objections.
```

```
 1    A.    I have no knowledge of any communications between

 2          Pastor Frank and the Guidepost that I was not

 3          copied on or included on.

 4    Q.    (BY MR. MacGILL)  So you have no knowledge of any

 5          kind -- of any communication between Guidepost, on

 6          the one hand, and Mr. Frank on the other?

 7                MS. NOKES:  Object to form.  Outside the

 8          scope.

 9    A.    Correct.

10    Q.    (BY MR. MacGILL)  Did Mr. Frank communicate with

11          Julie Myers Wood about Pastor Johnny Hunt?

12                MS. NOKES:  Object to form.  Outside the

13          scope of the EC 30(b)(6).

14    A.    The Executive Committee has no knowledge of Pastor

15          Franks.

16    Q.    (BY MR. MacGILL)  Do you have any knowledge -- any

17          such knowledge of Julie Myers Wood communicating

18          with Pastor Johnny?

19                MS. NOKES:  Object to form.  Outside the

20          scope.

21    A.    The Executive Committee has no knowledge of any

22          communication it was not included or copied on.

23    Q.    (BY MR. MacGILL)  What did you do to determine that

24          the, quote, Executive Committee had no knowledge of

25          communications between Julie Myers Woods -- or
```

```
 1        about communication between Julie Myers Wood and

 2        Pastor Johnny?

 3   A.   Counsel ran search terms on archived emails from

 4        the -- from/with the Executive Committee.  I don't

 5        know what the right phrases there.  The emails at

 6        the Executive Committee.

 7   Q.   I'm sorry?  Emails what?

 8   A.   The EC emails.  They ran search terms on the

 9        archive of the EC emails.

10   Q.   Okay.  And then what -- who did that?  You say

11        counsel did.  Is this the counsel in the room here?

12   A.   Yes.

13   Q.   And which counsel?

14   A.   I believe it was Bradley.

15   Q.   The Bradley firm?

16   A.   Yes.

17   Q.   Okay.  So they ran search terms that involved which

18        parties or entities or people; do you know?

19   A.   Pastor Hunt and anything like related to the

20        deposition today.

21   Q.   Well, anything related to the deposition, what do

22        you mean, the Executive Committee?

23   A.   I'm sorry?

24   Q.   They did search terms of communications between

25        Pastor Hunt and whom?
```

MAGNA

LEGAL SERVICES

1   A.   No, not between him, related to emails about the

2        Guidepost report and Pastor Hunt.

3   Q.   Okay.  And did those search terms include

4        communications that had been involving Mr. Litton?

5            MS. NOKES:  Object to form.

6   A.   They may have.

7   Q.   (BY MR. MacGILL)  Do you know?

8   A.   I read 1100 pages of emails.  I don't exactly

9        remember every one of them.

10   Q.   When did you read the 1100 pages of emails?

11   A.   In the last week.

12   Q.   In the last week?

13   A.   Uh-huh.

14   Q.   And how long did it take you to review those

15        emails?

16   A.   A few hours.

17   Q.   A few hours?

18        How many, can you estimate?

19   A.   Four.

20   Q.   Four?  About 250 emails an hour?

21   A.   Well, 250 pages.

22   Q.   Okay.  1100 emails, 250 pages?

23   A.   No, no.  No, no, no, no.  1100 pages of emails.

24   Q.   I'm sorry, my mistake.

25   A.   Yes.

288

1   Q.   You read 1100 pages of emails --

2   A.   Yes.

3   Q.   -- over the past week or so?

4   A.   Yes, correct.

5   Q.   All right.  And you read about 250 pages of emails

6        per hour?

7   A.   If that's what you want to average it out to, sure.

8   Q.   Well, four hours into 1100 is about, what, 260 --

9   A.   275.

10  Q.   Yeah, that's right, 275.  Yeah.

11            So you looked -- in preparation for the

12       testimony you read about 275 pages of emails over

13       four -- in each of four hours to prepare?

14  A.   Roughly, yeah.

15  Q.   Okay.  And where did you get these emails?

16  A.   They were provided to me by counsel.

17  Q.   By counsel?

18  A.   Uh-huh.

19  Q.   Were they provided to you in a book or --

20  A.   PDF.

21  Q.   In a book?

22  A.   A PDF.

23  Q.   A PDF?

24  A.   Yeah.

25  Q.   And these 1100 pages of emails, they were provided

MAGNA
LEGAL SERVICES

```
 1        to you by the Bradley firm; is that right?

 2   A.   That's correct.

 3               (A discussion was had between Plaintiff's

 4        counsel out of the hearing of the reporter.)

 5               (Marked Exhibit No. 70, May 13, 2022

 6        Julie Myers Wood Screenshot of a Text Message.)

 7   Q.   (BY MR. MacGILL)  Sir, I'm going to give you the

 8        next exhibit.  This is Exhibit 70.

 9        Have you seen Exhibit 70 before?

10   A.   I have not.

11   Q.   Sir, this is a screenshot of a text message

12        involving Julie Myers Wood, the CEO of Guidepost,

13        and there's a reference here.

14        Do you know whether this was sent to Bruce

15        Frank?

16               MS. NOKES:  Objection to form.  Outside

17        the scope of the EC 30(b)(6).

18   A.   That is -- The EC is not included on this text

19        message.  I do not know who the recipients are.

20   Q.   (BY MR. MacGILL)  Well, beneath you see "Julie

21        Myers Wood, Per Dr. Frank."

22        Do you see that?

23   A.   I do.

24   Q.   Do you have any idea of who Dr. Frank would be?

25   A.   Not conclusively.
```

```
 1   Q.   Do you think that might be Bruce Frank, sir?

 2   A.   That would be a question for Julie.

 3   Q.   Or Bruce Frank?

 4   A.   Or Bruce Frank.

 5   Q.   Okay.  Then you see Russ Holske saying, "Hunt

 6        resigned."  Do you see that?

 7   A.   I see that.

 8   Q.   Then above that there's, "Just an FYI.  Our POI

 9        resigned this morning from NAMB and pastor emeritus

10        role."

11            Do you see that?

12   A.   I do.

13   Q.   He told them he, quote, was going to be in the

14        report, unquote.

15            Do you see that?

16   A.   I do.

17   Q.   Do you know what "POI" refers to, sir?

18                MS. NOKES:  Object to form.  Outside the

19        scope.

20   A.   I'm unsure what -- Is this an email -- I'm sorry.

21            Can I ask you a question?

22   Q.   (BY MR. MacGILL)  No.

23   A.   Okay.  Then never mind.

24   Q.   You don't know what POI refers to?

25   A.   I don't know who wrote the text message that we're
```

1          seeing here.  This is a screenshot from --

2               THE WITNESS:  Bless you.

3     A.    It's a screenshot from Julie Myers Wood --

4               THE WITNESS:  Bless you again.

5     A.    -- and you would have to ask the author of this

6          what their meaning of "POI" is.

7     Q.    (BY MR. MacGILL)  I want you to assume -- and the

8          jury will hear this by the time you testify, sir --

9          that "POI" means person of interest.

10    A.    Okay.

11    Q.    Was Pastor Johnny Hunt a, quote, person of

12         interest, unquote?

13              MS. NOKES:  Objection to form.  Outside

14         the scope of the EC 30(b)(6).

15    A.    You would have to ask the author of the text

16         message --

17    Q.    (BY MR. MacGILL)  Had you seen --

18    A.    -- whether or not it was.

19    Q.    Had you seen -- and, you know, just as an example,

20         sir, in the 11,000 -- pardon me, in the 1100 pages

21         of emails that you reviewed to prepare to give

22         testimony, did you see any reference to this

23         phrase, person of interest, in any one of those

24         pages?

25              MS. NOKES:  Objection to form.  Outside

1    the scope.

2    A.   I did not.

3    Q.   (BY MR. MacGILL)  Okay.  Sir, would it be a fair

4         and balanced presentation to be designating a

5         particular person as a, quote, person of interest,

6         unquote, in a report or an endeavor such as this,

7         in your judgment?

8              MS. NOKES:  Objection to form.  Outside

9         the scope of the EC 30(b)(6).

10   A.   Since the EC was not the author of this, you would

11        have to ask the author of the message what their

12        intent was --

13   Q.   (BY MR. MacGILL)  Okay.

14   A.   -- or the propriety of it.

15   Q.   Now, Mr. Bruce Frank, was he at any point a member

16        of the Executive Committee of the SBC?

17   A.   I do not believe he has ever been a member of the

18        Executive Committee.

19   Q.   Do you know whether Mr. Frank communicated with

20        ████  █████ at any time associated with this

21        Guidepost investigation?

22             MS. NOKES:  Objection to form.  Outside

23        the scope of the EC 30(b)(6).

24   A.   The Executive Committee would only know if

25        Mr. Frank and -- what was the other name, I'm

```
 1      sorry?
 2   Q.  (BY MR. MacGILL)  ████  ████
 3   A.  -- Mr. ████ had communicated if we were copied on
 4       it, and we have -- I've not seen any communications
 5       with those two.
 6   Q.  Did any member of the Committee on Cooperation
 7       communicate with ████  ████ before Mr. ████
 8       brought his allegations against Pastor Johnny Hunt?
 9            MS. NOKES:  Objection to form.  Outside
10       the scope of the EC 30(b)(6).
11   A.  The Executive Committee would only have knowledge
12       of any communications if we were included on it.
13   Q.  (BY MR. MacGILL)  And do you have any knowledge
14       about that?
15   A.  I do not.
16            MS. NOKES:  Objection to form.  Outside
17       the scope.
18            THE WITNESS:  Sorry.
19   Q.  (BY MR. MacGILL)  Now, the engagement, sir, in this
20       matter called for a liaison between -- to be
21       elected between the Executive Committee and
22       Guidepost.
23            Do you remember that?
24   A.  I do.
25   Q.  And who was the liaison appointed?
```

1    A.    That was Pastor Litton.

2    Q.    And so he was the Executive Committee

3          representative to be the liaison?

4    A.    He was the Committee on Cooperation liaison.

5    Q.    Well, sir, I didn't ask you about the Committee on

6          Cooperation, I asked you specifically something

7          different, and I think you're aware of that.

8                I asked you as to whether there was a call for

9          a liaison to be elected between the Executive

10         Committee and Guidepost.

11               Do you recall that?

12   A.    I do.

13               MS. NOKES:  Objection to form.

14   Q.    (BY MR. MacGILL)  And, in fact, the engagement

15         called for exactly that, didn't it?

16   A.    Uh-huh.

17               MS. NOKES:  Objection to form.

18   A.    It did.

19   Q.    (BY MR. MacGILL)  And it said Executive Committee

20         and Guidepost, not Committee on Cooperation and

21         Guidepost; right?

22               MS. NOKES:  Objection to form.

23   A.    It did.

24   Q.    (BY MR. MacGILL)  You're laughing.  Is there

25         something amusing here?

1   A.   Yeah, actually.

2   Q.   What's amusing, sir?

3   A.   All right.  Here we go.

4   Q.   Tell us what is amusing, sir.

5   A.   Just the line of questioning.

6   Q.   What's amusing about the line of questioning?

7   A.   All right.  So --

8   Q.   Tell the Court what is amusing, sir, about the line

9        of questioning, when I've asked you about the

10       liaison elected between the EC and Guidepost.

11  A.   What point of Exhibit 2 are you discussing?

12  Q.   There's a question pending, sir.

13           I'd like you to tell this Court and jury

14       what's amusing about my question about the liaison

15       and the election of that liaison between the

16       Executive Committee and Guidepost.  What is amusing

17       about that?

18  A.   Nothing.

19               MS. NOKES:  Objection to form.

20  Q.   (BY MR. MacGILL)  I'm sorry?

21  A.   Nothing.

22  Q.   Well, the engagement letter, sir, calls for a

23       liaison; does it not?

24  A.   What point are you --

25  Q.   It calls for a liaison; does it not?

```
 1   A.   It does.

 2   Q.   And specifically it calls for a liaison to be

 3        elected between the Executive Committee and

 4        Guidepost; right?

 5   A.   That's true.

 6   Q.   Is that right?

 7   A.   Correct.

 8   Q.   Read out loud the portion of the engagement letter

 9        that makes that specific provision, if you would.

10   A.   It's Exhibit 2.

11   Q.   All right.

12   A.   2.3, second bullet.  "Electing, in cooperation with

13        the Task Force, a liaison between the Executive

14        Committee and Guidepost Solutions to insure a

15        smooth flow of information and response to

16        information requests."

17   Q.   And that's on Bates No. EC 13; is it not?

18   A.   Yes.

19   Q.   And so that liaison between the Executive

20        Committee, on the one hand, and Guidepost, that's

21        what you just referred to in your testimony --

22   A.   It is.

23   Q.   -- is that right?

24   A.   It is.

25   Q.   And Mr. Litton was elected to be the liaison for
```

MAGNA

LEGAL SERVICES

```
 1        the Executive Committee; is that right?

 2   A.   I believe so.

 3   Q.   And there were going to be communications

 4        between that liaison of the Executive Committee and

 5        Mr. Litton concerning the plaintiff in the report;

 6        right?

 7             MS. NOKES:  Objection to form.  Outside

 8        the scope.

 9   A.   Could you restate the question?

10   Q.   (BY MR. MacGILL)  I'm referring now, sir, to the

11        role of the Executive Committee, specifically the

12        Executive Committee and its liaison, Mr. Litton.

13             Do you understand that context?

14   A.   Uh-huh.

15   Q.   With respect to that particular context, where the

16        Executive Committee was acting to be a liaison with

17        Guidepost, what specifically did Mr. Litton do in

18        that role concerning Pastor Johnny Hunt in the

19        report?

20             MS. NOKES:  Objection to form.

21   A.   That would be a question for Mr. Litton.  His role

22        was to insure the smooth flow of information and

23        response to information requests.

24   Q.   (BY MR. MacGILL)  Well, sir, you're here to testify

25        on behalf of the Executive Committee.  Its liaison
```

1      is Mr. Litton, and we're asking you questions about

2      Mr. Litton's role in that capacity.  You understand

3      that context?

4   A.  Uh-huh.

5   Q.  With respect to that context, sir, his role, the

6      Executive Committee liaison provided for in this in

7      engagement letter, did Guidepost provide Mr. Litton

8      with any updates on its investigation of Pastor

9      Johnny Hunt?

10  A.  The Executive --

11          MS. NOKES:  Objection to form and outside

12      the scope.

13  A.  The Executive Committee has no knowledge of any

14      updates provided from Guidepost to Pastor Litton.

15  Q.  (BY MR. MacGILL)  Concerning Pastor Johnny Hunt?

16  A.  In general.

17  Q.  Did you make any inquiries, sir, in your role as

18      being the Executive Committee representative, of

19      what Mr. Litton did or didn't do with respect to

20      the investigation associated with Johnny -- Pastor

21      Johnny Hunt?

22          MS. NOKES:  Objection to form.  Outside

23      the scope as outlined in our objections.

24  A.  I did not.

25  Q.  (BY MR. MacGILL)  Now, when did you last speak to

```
 1          Mr. Litton?

 2     A.   I'm unsure.

 3     Q.   All right.  Well, looking at Exhibit 2, which is

 4          the engagement letter, right, and you read from

 5          Exhibit 2 on Page No. 13.

 6               You understood, prior to coming here, that

 7          Mr. Litton had been elected to be the liaison for

 8          the Executive Committee; right?

 9     A.   That's correct.

10     Q.   And so coming into this deposition you knew that

11          reality existed, that Mr. Litton was an Executive

12          Committee liaison with Guidepost; correct?

13     A.   That's correct.

14     Q.   And you didn't call Mr. Litton to get any

15          information about his role?

16     A.   I did not.  Mr. Litton was not listed in the

17          initial disclosures document.

18     Q.   You say the "initial disclosures document."  What

19          you referring to?

20     A.   (Indicated.)

21     Q.   What do you have in your hand?

22     A.   The initial disclosures document.

23     Q.   May I see it?  Where did you get this?

24     A.   It was provided by counsel.

25               MR. MacGILL:  Let's go ahead and mark
```

```
 1      that.
 2                (Marked Exhibit No. 71, Executive
 3      Committee Rule 26(a)(1) Disclosures.)
 4   Q.  (BY MR. MacGILL)  Did you bring Exhibit 71 with
 5      you?
 6   A.  I did.
 7   Q.  What else did you bring with you here today?
 8   A.  Copies of the report, the engagement letter, and
 9      other documents filed in the case.
10   Q.  May I see the other documents filed in the case?
11   A.  (The witness complied with the request.)
12   Q.  Thank you.
13                MR. BUNDREN:  This one, too.
14                Did you mark the disclosures as 71?
15                MR. SANDERS:  Yes.
16                MR. BUNDREN:  Thank you.
17   A.  That's just the unbound report.  Here you go.
18   Q.  (BY MR. MacGILL)  Sir, I've got in my hand
19      exhibit -- we've marked as Exhibit 1 -- pardon me,
20      we've marked as Exhibit 71, the Executive Committee
21      Rule 26(a)(1) disclosures.
22          You just gave testimony, saying that you
23      didn't follow-up with Mr. Litton, the Executive
24      Committee liaison with Guidepost, because he was
25      not in the disclosures, Exhibit 71; is that right?
```

MAGNA®
LEGAL SERVICES

1   A.   Correct.

2   Q.   Now, Topic 25 of your deposition note of 30 -- of

3        the deposition notice says, "The role of the

4        liaison between Guidepost and the Executive

5        Committee regarding the plaintiff."

6             Were you aware that was one of your topics?

7   A.   I was.

8   Q.   I'm sorry?

9   A.   I was.  Thank you.

10  Q.   All right.  Do you want to go -- do you want to

11       take a look at it?

12  A.   Yeah.  He just pulled it up.

13  Q.   All right.  Do you see that?

14  A.   Uh-huh.

15  Q.   Now, tell us what you did to inform yourself about

16       the role of the liaison between Guidepost and the

17       Executive Committee, meaning Mr. Litton?  What did

18       do you to inform yourself prior to coming here

19       today on Topic 25?

20  A.   I would have looked at the engagement and what the

21       role was lined out to be.

22  Q.   Okay.  Well, you didn't contact Mr. -- you didn't

23       contact Mr. Litton to determine the metes and

24       bounds of that role?

25             MS. NOKES:  Object to form.

MAGNA
LEGAL SERVICES

1    A.    I studied the engagement letter and what the role

2          was scoped out to be, per the engagement.

3    Q.    (BY MR. MacGILL)  Well, sir, you were laughing just

4          a minute ago about my questions about the liaison;

5          were you not?

6                MS. NOKES:  Object to form.

7    A.    I was not laughing about your questions.

8    Q.    (BY MR. MacGILL)  All right.  Well -- and I want to

9          know -- and this maybe goes to the counsel, but

10         we're not going to litigate with the counsel here

11         today.

12             But do you have any -- do you have any

13         knowledge as to why Mr. Litton was not disclosed on

14         Exhibit 71 as somebody with knowledge?

15               MS. NOKES:  Object to form.  Outside the

16         scope of the EC 30(b)(6) deposition.

17   Q.    (BY MR. MacGILL)  Do you know, sir?

18   A.    I do not.

19   Q.    Well, you've read with your own eyes here this

20         afternoon that he is expressly referred to as the

21         liaison; right?

22   A.    Yeah.

23               MS. NOKES:  I ask that we take another

24         break whenever we're at a good stopping point.

25               MR. MacGILL:  Yeah, just two questions.

1      Famous last words; right?

2    Q.  (BY MR. MacGILL)  So did you come to learn that

3        Guidepost's investigative team in this matter were

4        focused on creating an impact from their report?

5             MS. NOKES:  Object to form.

6             MS. KLEIN:  Object to form.

7             MS. NOKES:  Outside the scope.

8    A.  The Executive Committee has no knowledge of that.

9    Q.  (BY MR. MacGILL)  I'm sorry?

10   A.  The Executive Committee has no knowledge of that.

11   Q.  Well, sir, let me ask one follow-up question on

12       this.

13       Have you seen, with your own eyes, some

14       statements by the investigative team, in commenting

15       on the draft of the report that the draft, as it

16       then existed, lacked, quote, impact, unquote?

17            MS. KLEIN:  Object to form.

18            MS. NOKES:  Object to form.  Outside the

19       scope of the EC 30(b)(6).

20   A.  The Executive Committee had no knowledge of any

21       internal Guidepost emails or communications.

22   Q.  (BY MR. MacGILL)  Did anyone at Guidepost, sir,

23       tell you yourself that Mr. ████ ███████ had

24       complained about the report to Guidepost after its

25       publication, saying it was misleading?

```
 1                    MS. NOKES:  Object to form.
 2     A.    The Executive Committee has no knowledge of any
 3           communications between Mr. ████ and Guidepost.
 4     Q.    (BY MR. MacGILL)  In the 1100 pages of emails that
 5           you read in preparation for this deposition, did
 6           you read any May 2022 email from ████ ████
 7           complaining that the Guidepost report was
 8           misleading?
 9                    MS. NOKES:  Object to form.  Outside the
10           scope.
11     A.    The Executive Committee has no knowledge of any
12           emails from ████ ████ regarding the report.
13     Q.    (BY MR. MacGILL)  And you saw no such email dated
14           in May 2022 from ████ ████ in your preparations?
15                    MS. NOKES:  Object to form.  Outside the
16           scope.
17     A.    The Executive Committee has no knowledge of any
18           emails from ████ ████ regarding the report.
19     Q.    (BY MR. MacGILL)  Did you see any such emails in
20           your preparation, sir?
21                    MS. NOKES:  Object to form.  Outside the
22           scope.
23     A.    Did not.
24     Q.    (BY MR. MacGILL)  Did not?
25                    MR. MacGILL:  Let's take a break.
```

```
1              THE VIDEOGRAPHER:  Okay.  We're going off

2         the record.  The time is 3:24 p.m.

3              (A recess was taken from 3:24 p.m. to

4         3:39 p.m.)

5              THE VIDEOGRAPHER:  We are returning to

6         the record.  The time is 3:39 p.m.

7              (Marked Exhibit No. 72, May 17, 2022

8         Email by Amy Thompson to EC Members.)

9    Q.   (BY MR. MacGILL)  Sir, I want to turn to the next

10        exhibit.

11             As we're calling that up, do you recall an

12        Executive Committee meeting on May 19th regarding

13        the report?

14   A.   I do.

15   Q.   And what was the purpose of that meeting?

16   A.   That meeting was a preliminary meeting before the

17        report was to be published.

18   Q.   And was there -- Yeah, let's go ahead and call that

19        up at this point.  This will be 71 --

20             THE REPORTER:  72.

21             MR. MacGILL:  72.  My mistake.  Thank

22        you.

23   Q.   (BY MR. MacGILL)  Do you have Exhibit 72 in front

24        of you?

25   A.   I do.
```

MAGNA®
LEGAL SERVICES

```
 1   Q.   And is this an email sent by Amy Thompson?

 2   A.   The original email, yes.

 3   Q.   And this was directed to whom?

 4   A.   That was to the Executive Committee members.

 5   Q.   And that would be some 80 people?

 6   A.   Roughly.

 7   Q.   And did you approve this email before it went out?

 8   A.   I did not.

 9   Q.   And do you know who did?

10   A.   This was written by Chairman Slade.

11   Q.   All right.  And -- But at the top of this you show

12        from Jonathan Howe to Scarlett Nokes.  You sent

13        this on July 25th, 2023.  Do you see that?

14   A.   I do.

15   Q.   All right.  And do you remember why you did so?

16   A.   I don't.

17   Q.   But, in any event, you sent this along to your

18        counsel on the 25th of July; is that right?

19   A.   Yes.  Hum.

20   Q.   Now, what was Amy Thompson's role at the time she

21        sent this?

22   A.   She's the director of corporate relations.

23   Q.   And this is a message -- this is a message from

24        whom?

25   A.   From Chairman Slade of the Executive Committee.
```

MAGNA○
LEGAL SERVICES

307

```
1   Q.   And this was an informational call for the entire

2        EC membership; is that right?

3   A.   That is correct.

4   Q.   Did you participate in the call?

5   A.   I was on the call.

6   Q.   What was discussed?

7   A.   The report that was about to be released.

8   Q.   And what's -- was -- were the contents disclosed?

9   A.   No, sir.

10  Q.   Did anyone mention the allegations against Pastor

11       Johnny Hunt in the report?

12  A.   No, sir.

13  Q.   Did Johnny Hunt's name come up during this

14       communication on May 19th?

15  A.   It did not.

16  Q.   Now, Mr. Slade also asked for a full EC meeting on

17       Tuesday, May 24th, at, what is it, 10 a.m. Eastern?

18  A.   11:00 a.m. Eastern.

19  Q.   11:00 a.m. Eastern.

20            Did that -- To review the report.  Did you

21       hear that?  Or strike that.

22            Do you see that?

23  A.   I do.

24  Q.   And was there -- did you attend the meeting?

25  A.   I did.
```

MAGNA
LEGAL SERVICES

```
 1   Q.   Were the allegations against Pastor Johnny Hunt in

 2        the report discussed?

 3   A.   I don't believe they were.  It's possible -- It's

 4        possible, but that was not the focus of that

 5        meeting.

 6   Q.   What was the focus of that call?

 7   A.   That call, on the 11th -- I'm sorry, on the 24th at

 8        11:00 a.m. Eastern, focused mostly on former EC

 9        staff, as well as the -- what do you call it -- the

10        information that was released in the report related

11        to a list of persons who had been arrested or

12        accused or otherwise had a new story online that

13        had been collected.  A collection of news stories

14        over the years at the EC.  That the EC staff had

15        collected.

16   Q.   When you say it focused on the EC staff, what was

17        said?  What was discussed?

18   A.   Primarily it was involving former Executive

19        Committee President D. August Boto.

20   Q.   Could you spell the name, please?

21   A.   D, period, August, Boto, B-O-T-O.

22   Q.   And what was discussed about Mr. Boto?

23   A.   It was primarily discussed about -- what the

24        allegations in the report as it related to him and

25        his response within the report.
```

1    Q.    And can you summarize for us what was discussed?

2    A.    It had been the allegations of kind of stonewalling

3          or resisting reforms, as well as the existence of

4          that list of articles that I mentioned before.

5    Q.    The Houston Chronicle articles?

6    A.    No, no, no.  I'm sorry.  The list -- the other list

7          that they had kept internally of articles related

8          to arrests, and lawsuits or allegations of sexual

9          abuse involving Baptist churches.

10   Q.    Arrests, lawsuits -- arrests and lawsuits

11         associated with sexual abuse?

12   A.    And allegations.

13   Q.    And was there a list of those -- the people

14         involved in the arrest, the lawsuits or the

15         allegations that was discussed during the meeting?

16   A.    There was.

17   Q.    And who was on the list?

18   A.    Oh, no, I'm sorry, those individuals were not

19         discussed.  I'm sorry for misstating that.

20             It was a list that was collated at the

21         Executive Committee of people who had been

22         arrested, sued or alleged to have committed sexual

23         abuse.  Those were a collection of news stories

24         that had been kept at the Executive Committee and

25         that existence came to light in the report.

310

```
 1   Q.   Was Pastor Johnny Hunt mentioned in connection with

 2        this particular conversation or discussion?

 3   A.   He was not.

 4   Q.   Sir, I want to switch topics and talk about some

 5        details here.

 6             At the time that you arranged for the

 7        publication of the Guidepost report, did you have

 8        an understanding, at least generally speaking, that

 9        this would -- this report would generate national

10        publicity?

11   A.   I think that's fair to say.

12   Q.   Yeah.

13             And what made you have the understanding, at

14        least generally speaking, that once you published

15        this Guidepost report, that it would have

16        potentially national publicity?

17   A.   I'd say just the understanding of the -- and

18        anticipation of the report.  It was well-known and

19        widespread.

20   Q.   And were you aware that as of February of 2022 that

21        Guidepost had not identified any new allegations of

22        sexual abuse compared to what it had already known?

23             MS. KLEIN:  Object to form.

24             MS. NOKES:  Object to form and outside

25        the scope of the EC 30(b)(6).
```

```
 1   A.   The Executive Committee had no knowledge of any

 2        previous versions or drafts or contents prior to

 3        the full report being published.

 4   Q.   (BY MR. MacGILL)  Did you come to -- have you come

 5        to understand, sir, that -- specifically that

 6        Mr. Frank was told in February of 2022 that

 7        Guidepost did not have a single -- to repeat, a

 8        single new allegation of sexual abuse at that time?

 9             MS. KLEIN:  Object to form.

10             MS. NOKES:  Object to the form.  Outside

11        the scope of the EC 30(b)(6).

12   A.   The Executive Committee is not aware of any

13        communications regarding Pastor Frank and

14        Guidepost --

15   Q.   (BY MR. MacGILL)  Okay.  So even --

16   A.   -- in February of '22.

17   Q.   Okay.  So even as you sit here today, you don't --

18        you don't even have the most basic understanding

19        that as of February 2022 that Guidepost had not

20        identified a single new allegation of sexual abuse?

21             MS. KLEIN:  Object to form.

22             MS. NOKES:  Object to form.  Outside the

23        scope.  Already asked and answered.

24   A.   The Executive Committee had no knowledge of any

25        communications between Pastor Frank and Guidepost.
```

MAGNA
LEGAL SERVICES

```
1   Q.   (BY MR. MacGILL)  Okay.  Now, let me ask you a

2        couple of things that I think you might find

3        important --

4   A.   Okay.

5   Q.   -- or the Court and jury might.

6             Now, had you known, sir, that Guidepost, for

7        its part, based on months of work, as of February

8        of 2022 had not identified a single new allegation

9        of sexual abuse, would that have concerned you,

10       sir, in your role at the SBC Executive Committee?

11            MS. KLEIN:  Object to form.

12            MS. NOKES:  Object to form.  Outside the

13       scope of the EC 30(b)(6).

14  A.   The Executive Committee remains concerned about any

15       and all allegations of sexual abuse, whether known

16       or not known.

17  Q.   (BY MR. MacGILL)  So -- Right.  And so to put a

18       very sharp point on it, sir, just as a reasonable

19       person living life, had you known in February of

20       2022 that Guidepost did not have a single new

21       allegation of sexual abuse, you, for your part at

22       the Executive Committee of the SBC, would have

23       raised -- that would have raised a red flag to you,

24       right, as vice president of communications?

25            MS. KLEIN:  Object to form.
```

313

```
 1              MS. NOKES:  Object to form.  Outside the
 2         scope of the EC 30(b)(6).
 3    A.   The Executive Committee would have still been
 4         concerned about the allegations that it knew about
 5         prior to the publication of the report.
 6    Q.   (BY MR. MacGILL)  Right.
 7              But wouldn't that have raised a red flag to
 8         you, sir, that there had not been a new allegation
 9         of sexual abuse identified by Guidepost some four
10         months into its work?
11              MS. KLEIN:  Object to form.
12              MS. NOKES:  Object to form.  Outside the
13         scope of the EC 30(b)(6).
14    A.   That was not the Executive Committee's
15         responsibility, to adjudicate the report, but to
16         receive the report.
17    Q.   (BY MR. MacGILL)  But you were going to -- if the
18         Executive Committee were going to take the
19         responsibility to make sure that they -- there was
20         a smooth flow of information relative to the
21         report, wouldn't that send up a red flag to you, as
22         the vice president of communications at Guidepost,
23         that, Hey, if there's no new allegation identified
24         four months into this, we ought to be careful,
25         something like that?
```

MAGNA

LEGAL SERVICES

```
 1              MS. KLEIN:  Object to form.

 2              MS. NOKES:  Object to form.  Outside the

 3      scope of the EC 30(b)(6).

 4  A.  I'm sorry, could you restate the first part?

 5  Q.  (BY MR. MacGILL)  Yeah.  Yeah, so -- I'm just

 6      asking you as an ordinary citizen now.

 7          If you came to understand, sir, specifically

 8      that Guidepost had not identified a single new

 9      allegation of sexual abuse four months into its

10      report, wouldn't that have caused you some pause

11      before you published this to the world in May of

12      '22?

13              MS. KLEIN:  Object to form.

14              MS. NOKES:  Object to form.  Outside the

15      scope of the EC 30(b)(6).

16  A.  It would not have, because it was not the Executive

17      Committee's responsibility, nor place, to object to

18      the publication, but to publish it in accordance

19      with the motion that was passed by the Messengers

20      in 2021.

21  Q.  (BY MR. MacGILL)  Not have been even the slightest

22      bit of concern to you, sir, at the EC?

23              MS. NOKES:  Object to form.  Outside the

24      scope of the EC 30(b)(6).

25  A.  No.
```

MAGNA

LEGAL SERVICES

```
1    Q.   (BY MR. MacGILL)  Now, sir, just as vice president

2         of communications, are you familiar with the

3         phrase, "ambush interview"?

4    A.   How do you define that?

5    Q.   How would you define "ambush interview," from a

6         journalist's standpoint?

7    A.   I'm not quite sure.

8    Q.   Well, you're vice president -- you've been vice

9         president of communications; right?  You understand

10        this concept of an ambush interview, don't you?

11             MS. NOKES:  Object to form.

12   A.   It depends on how you're defining that.

13   Q.   (BY MR. MacGILL)  All right.  How would you define

14        ambush interview?

15   A.   That does not sound like a journalistic practice

16        that we would be either familiar with or use at

17        "Baptist Press."

18   Q.   Have you seen 60 Minutes over the years where

19        somebody -- Mike Wallace, many years ago, or

20        others, show up a place of business and put a

21        microphone into the witness's or the person's face,

22        essentially, and ask them questions?  You're aware

23        of that?

24             MS. NOKES:  Object to form.  Outside the

25        scope.
```

```
 1   A.   I'd be familiar with that, yes.

 2   Q.   (BY MR. MacGILL)  Yeah.

 3            And so that --

 4   A.   So that's how we're going to define it?

 5   Q.   Yeah, I'm going to define that as an "ambush

 6        interview."  Okay?

 7   A.   (The witness nodded his head.)

 8   Q.   An "ambush interview" would be also, for purposes

 9        of my question, where you don't inform the person

10        ahead of time of the topic of your questioning.

11        Fair enough?

12            MS. NOKES:  Object to form.  Outside the

13        scope.

14   A.   We can agree upon that.

15   Q.   (BY MR. MacGILL)  Okay.  Using those definitions,

16        as we've described them --

17   A.   Okay.

18   Q.   -- are you aware as to whether Guidepost, for its

19        part, conducted an ambush interview of Pastor

20        Johnny Hunt?

21            MS. KLEIN:  Object to form.

22            MS. NOKES:  Object to form.  Outside the

23        scope of the EC 30(b)(6).

24   A.   The Executive Committee has no knowledge of the

25        tactics or the types of interviews that it used in
```

```
 1        its investigation.

 2   Q.   (BY MR. MacGILL)  Wouldn't you -- don't you find

 3        that at a basic level, sir, as vice president of

 4        communications at the time, that you should have

 5        taken at least some steps to determine the

 6        practices of Guidepost, in terms of whether they

 7        were going to use a, quote, ambush interview tactic

 8        in connection with its work after February of 2022?

 9                MS. KLEIN:  Object to form.

10                MS. NOKES:  Object to form.  Outside the

11        scope of the EC 30(b)(6).

12   A.   The Executive Committee had no knowledge or purview

13        over the investigative tactics that Guidepost were

14        to use in its interview process.

15   Q.   (BY MR. MacGILL)  You had no knowledge or purview,

16        you said?

17   A.   That's correct.

18   Q.   Wouldn't it be the business of the Executive

19        Committee to determine whether proper investigative

20        practices, at least at a basic level, were being

21        followed by Guidepost?

22                MS. KLEIN:  Object to form.

23                MS. NOKES:  Object to form.  Outside the

24        scope of the EC 30(b)(6).

25   A.   It was not the Executive Committee's role to
```

318

```
 1        instruct Guidepost on how to conduct their

 2        investigation.

 3   Q.   (BY MR. MacGILL)  Prior to the time you published

 4        this worldwide, made sure that it was put on the

 5        Amazon server, as you did, did you determine, for

 6        your own part, how many interviews there had been

 7        of Johnny Hunt by Guidepost?

 8             MS. NOKES:  Object to form.  Outside the

 9        scope of EC 30(b)(6).

10   A.   The Executive Committee had no knowledge of the

11        number of interviews Guidepost conducted with

12        anyone.

13   Q.   (BY MR. MacGILL)  Did you?  We're talking about you

14        now.

15   A.   Oh, personally?

16   Q.   Did you personally, you personally, prior to the

17        time that you executed the order, so to speak, of

18        the Executive Committee to publish this worldwide,

19        did you, for your part, have any understanding as

20        to how many interviews there had been of Pastor

21        Johnny Hunt?

22             MS. NOKES:  Object to form.  Outside the

23        scope.

24   A.   I had no knowledge of any of the investigation

25        interviews, outside of my own.
```

MAGNA○
LEGAL SERVICES

```
 1   Q.   (BY MR. MacGILL)  Did you have any knowledge of the

 2        manner in which Pastor Johnny Hunt was interviewed,

 3        prior to the time that you published this to the

 4        Amazon server?

 5             MS. NOKES:  Objection to form.  Outside

 6        the scope of the EC 30(b)(6).

 7   A.   I have no knowledge of the investigative tactics or

 8        techniques used by Guidepost, outside of my own

 9        interview.

10   Q.   (BY MR. MacGILL)  Prior to the -- your putting this

11        in a worldwide publication mode through the Amazon

12        server, do you know, by contrast, how many times

13        the Guidepost, quote, investigators, unquote,

14        interviewed the ███████

15             MS. KLEIN:  Object to form.

16             MS. NOKES:  Objection to form.  Outside

17        the scope of the EC 30(b)(6).

18   A.   I have no knowledge of any of the -- the number of

19        interviews conducted outside of my own.

20   Q.   (BY MR. MacGILL)  Sir, I've asked my colleague,

21        Mr. Sanders, to remind me of how many interviews

22        the Guidepost had of the ███████

23             MR. MacGILL:  Yeah, thank you.

24   Q.   (BY MR. MacGILL)  So Mr. Sanders has responded, so

25        let me ask the question.
```

320

```
 1          Sir, prior to the time that you arranged for
 2     the publication worldwide of this information, were
 3     you aware that Guidepost had conducted at least
 4     nine interviews of the ███████ before the report
 5     was published?  Were you aware of that?
 6               MS. KLEIN:  Object to form.
 7               MS. NOKES:  Objection to form.  Outside
 8     the scope of the EC 30(b)(6).
 9  A.  I had no knowledge of any interviews outside of my
10     own.
11  Q.  (BY MR. MacGILL)  Do you know whether Guidepost,
12     for its part, took an approach where they advised
13     the ███████ in advance of their interviews of the
14     topics for those interviews?
15               MS. KLEIN:  Object to form.
16               MS. NOKES:  Objection to form.  Outside
17     the scope of the EC 30(b)(6).
18  A.  I have no idea of any interviews outside of my own.
19  Q.  (BY MR. MacGILL)  Now, sir, we've talked about your
20     expectation about this report being national news.
21          Did you expect that it would be on the NBC
22     network, national news?  Did you expect that?
23  A.  I don't know if "expectation" is the right word.  I
24     knew there was a high likelihood.
25  Q.  Did you know there was a high livelihood that ABC's
```

MAGNA
LEGAL SERVICES

```
 1        national network news would cover this story?

 2   A.   Yes.

 3   Q.   Did you have the expectation, sir, that CBS

 4        national news would cover this?

 5   A.   Not sure about expectation, but, likelihood, yes.

 6   Q.   Okay.  So for your part, in terms of the three

 7        major national news networks, you assumed, or had

 8        an expectation, I should say, that each of the

 9        three national news broadcasts would include

10        something about this report?

11   A.   Not an expectation, but I knew the likelihood was

12        high.

13   Q.   Likelihood was high.

14             So with that likelihood in mind, did you feel

15        that there was a need to be cautious with respect

16        to what was provided in this Guidepost report

17        publically?

18   A.   The Executive Committee had no oversight or editing

19        capabilities in the report.  We were simply

20        publishing the report as directed by the

21        Messengers.

22   Q.   But the Executive Committee does assist churches in

23        the Baptist faith by providing a news service; is

24        that right?

25   A.   It does.
```

MAGNA
LEGAL SERVICES

322

1    Q.   You provide, as you've described earlier, regular

2         news releases about Southern Baptists; right?

3    A.   That's correct.

4    Q.   You serve -- you, the Executive Committee -- serves

5         as the Convention's press representatives; right?

6    A.   That is also correct.

7    Q.   You're -- the Executive Committee coordinates news

8         operations for annual meetings of the Southern

9         Baptist Convention?

10   A.   That's correct.

11   Q.   Sir, at some point did you, through the "Baptist

12        Press," did the Executive Committee arrange for the

13        publication of an article entitled, "Criticism of

14        Johnny Hunt.  Restoration Grows.  Preaching Slot

15        Canceled?"

16   A.   I don't have that story in front of me.

17   Q.   You don't have any recollection of doing that?

18   A.   I mean it sounds familiar.  I know we did a story

19        on that.  I'm not sure of the exact title because I

20        don't have that in front of me.

21   Q.   Well, wasn't the Executive Committee not only the

22        reporter of this event regarding Pastor Johnny

23        Hunt's preaching slot, but also the instigator of

24        the criticisms?

25             MS. NOKES:  Object to form.

MAGNA®
LEGAL SERVICES

```
 1                   MR. MacGILL:  Let me state it better.
 2   Q.   (BY MR. MacGILL)  So the Executive Committee was
 3        the instigator of the dispute, and the reporter of
 4        the dispute, in connection with Pastor Johnny
 5        Hunt's further preaching; was it not?
 6                   MS. NOKES:  Object to form.
 7   A.   I would disagree with the "instigator" part.
 8   Q.   (BY MR. MacGILL)  Well, don't you recall that
 9        Guidepost wrote Mr. Gene Besen a request that
10        something be done about Pastor Johnny Hunt's
11        preaching?
12                   MS. KLEIN:  Object to form.
13                   MS. NOKES:  Object to form.  Outside the
14        scope of the EC 30(b)(6).
15   A.   Was the Executive Committee included on that email?
16   Q.   (BY MR. MacGILL)  Well, wait a minute, sir.  Don't
17        you realize, as you sit here today, that Guidepost
18        wrote Mr. Gene Besen asking to him intervene in
19        this matter pertaining to preaching by Pastor
20        Johnny Hunt?
21                   MS. KLEIN:  Object to form.
22                   MS. NOKES:  Objection to form.  Outside
23        the scope of the EC 30(b)(6).
24   A.   If the Executive Committee was not included on the
25        email, we would have no knowledge of it.
```

```
 1   Q.   (BY MR. MacGILL)  The Executive Committee, you will

 2        admit, won't you, sir -- since we're seated here

 3        today on your oath and you're giving testimony to

 4        this Court and jury -- you will admit the Executive

 5        Committee intervened on certain preaching

 6        activities of Pastor Johnny Hunt; right?

 7                   MS. NOKES:  Object to form.

 8   A.   The Executive Committee did not intervene on

 9        certain preaching activities of Johnny Hunt.

10   Q.   (BY MR. MacGILL)  Did the Executive Committee

11        intervene or act in any way in connection with

12        preaching of Pastor Johnny Hunt after May 22nd,

13        2022?

14                   MS. NOKES:  Objection to form.

15   A.   The Executive Committee did not.

16                   (Marked Exhibit No. 73, "Baptist Press"

17        Article, "Criticism of Johnny Hunt 'restoration'

18        Grows; Preaching Slot Canceled.")

19   Q.   (BY MR. MacGILL)  Sir, I'm going hand you

20        Exhibit 73 -- or I'm going to put it on your

21        screen.

22   A.   Okay.

23   Q.   Is this a publication in the "Baptist Press"?

24   A.   It appears to be.

25   Q.   Okay.  And is this an article that you approved
```

```
 1        prior to its publication?

 2   A.   I would have reviewed it.

 3   Q.   Who authored this report?

 4   A.   It appears to be authored by Laura Erlanson.

 5   Q.   And is that a member of the Executive Committee

 6        staff?

 7   A.   She is.

 8   Q.   And so she, as an Executive Committee member,

 9        supplied this article and had it included in the

10        "Baptist Press"; is that right?

11   A.   That is correct.

12   Q.   Now, in this article, Exhibit 73, it states,

13        "Guidepost Solutions revealed that Hunt had been

14        credibly accused of sexually assaulting a woman in

15        2010, shortly after the completion of his two-year

16        stint as SBC president"; right?

17   A.   That is correct.

18   Q.   So this event, what you're describing, what the

19        "Baptist Press" and SBC is describing, is that this

20        event occurred after he was the SBC president; is

21        that right?

22   A.   That is correct.

23   Q.   So, according to this report here in Exhibit 73,

24        the "Baptist Press" is saying that he was no longer

25        a member of the Executive Committee at that time;
```

```
 1        right?

 2   A.   That is correct.

 3   Q.   Now, sir, this "Baptist Press" article written by a

 4        member of the Executive Committee said that

 5        Guidepost Solutions revealed that Hunt had been

 6        credibly accused.

 7            Do you see that?

 8   A.   I do.

 9   Q.   And the word "revealed" is used, not the word

10        "reported."

11            Do you see that?

12   A.   I do.

13   Q.   Now -- So you're now -- the "Baptist Press" is now

14        indicating that this was a revelation rather than a

15        report; right?

16   A.   That would be just a synonymous word choice.

17   Q.   You're calling that synonymous?

18   A.   Yes.

19   Q.   You're saying a revelation is the same as a report?

20   A.   I'm saying in this context both words could be

21        used.

22   Q.   Okay.  Now, would you expect that the normal reader

23        would say that -- or would conclude that, okay,

24        this is only a report given by Guidepost or that

25        this is a revolution -- revelation that is, in
```

MAGNA○
LEGAL SERVICES

1     fact, a revelation of an event that occurred?

2  A.   I'm not quite sure I follow the question.  I'm

3     sorry.

4  Q.   All right.  So you -- you approved this article

5     before it was published; did you not?

6  A.   Correct.

7  Q.   And when you approved it, what basis did you have

8     to say -- for your part, sir, what basis did you

9     have to say that he was credibly accused?

10         MS. NOKES:  Object to form.

11  A.   That would be the report itself.  They found the

12     accuser to be credible.

13  Q.   (BY MR. MacGILL)  Well, wait a minute.  You

14     affirmed that he had been credibly accused.

15        Is the sole basis for that the report?

16  A.   That is correct.

17  Q.   How could you approve this, as the editor of this

18     article, sir, to say that Guidepost had reported

19     that he had been credibly accused, when you didn't

20     have any knowledge as to the corroborations, if

21     any, for the Guidepost report?

22         MS. NOKES:  Object to form.

23  A.   The Executive Committee is not in the place of

24     calling into question the report, just reporting on

25     what was included in the report.

328

1    Q.    (BY MR. MacGILL)  Well, sir, you were then -- Let's
2          be candid here, sir.  You are reporting -- The
3          "Baptist Press," and you're the Executive Committee
4          of the SBC, is reporting a revelation, sir.  You
5          weren't referencing a report.
6                You said, "Guidepost Solutions revealed Hunt
7          had been credibly accused."
8                When you made -- when you approved that as the
9          editor of this article, you were affirming, were
10         you not, that, in fact, that this report revealed
11         something that had occurred; right?
12                MS. NOKES:  Objection to form.
13   A.    I would say that the article accurately represents
14         what was included in the report.
15   Q.    (BY MR. MacGILL)  Well, sir, it uses the word --
16         the word that you approved, as editor, was
17         "revealed"; right?
18   A.    That's true.
19   Q.    Yes?
20   A.    Yeah.  That information was unknown before the
21         report and known afterwards.
22   Q.    Sir, just looking at, even at the most basic level,
23         a dictionary definition of the word "reveal," one
24         definition is to make something secret or hidden
25         publicly or generally known.

         1              Did you understand that to be the definition

         2         of "reveal" at the time that you approved this

         3         language?

         4              MS. NOKES:  Objection to form.  Outside

         5         the scope of the EC 30(b)(6).  There are multiple

         6         definitions of the word.

         7    Q.   (BY MR. MacGILL)  Did you understand that, sir?

         8    A.   The allegations against Pastor Hunt were unknown

         9         before the report and known after.

        10    Q.   Well, sir, you didn't say allegations, you said the

        11         report revealed that he had been credibly accused;

        12         right?

        13    A.   The report -- or the credibly accused of sexually

        14         assaulting a woman in 2010 was unknown before the

        15         report and known after.  If you want to define that

        16         as "revealed," you're free to do so.

        17    Q.   Sir, let's talk about you now, just you for a

        18         minute.

        19    A.   Uh-huh.

        20    Q.   When we look at you and your approval of this

        21         language, what basis did you have, other than the

        22         report itself, to say that Pastor Johnny Hunt had

        23         been credibly accused of sexually assaulting a

        24         woman?

        25              MS. NOKES:  Objection to form.  Outside

```
 1          the scope.  Already asked and answered.

 2    A.    The Executive Committee was not in a place to

 3          question or edit the report.  We accepted the

 4          report and reported as such.

 5                    MR. MacGILL:  May I have the answer back,

 6          please?

 7                    (The last answer was read from Page 330,

 8          Lines 2 through 4, inclusive.)

 9    Q.    (BY MR. MacGILL)  Had Dr. Hunt, as of the time of

10          the publication of this report, confessed to a

11          sexual assault?

12    A.    That would be a question for Pastor Hunt.

13    Q.    To your knowledge had he confessed to a sexual

14          assault, sir?

15    A.    The Executive Committee has no knowledge of what

16          Mr. Hunt may or may not have confessed to.

17    Q.    We're not asking about the Executive.  We're

18          talking about you and you alone now, sir.  It's

19          only about you now.

20                You edited and approved this report -- this

21          publication; did you not?

22    A.    I reviewed the report.

23    Q.    And you approved it; did you not?

24    A.    Yes.

25    Q.    At the time you approved this statement, this
```

331

1       statement here that, "Guidepost Solutions revealed

2       that Hunt had been credibly accused of sexually

3       assaulting a woman in 2010."

4              When you approved that, sir, had Pastor Johnny

5       Hunt confessed to a sexual assault?

6                   MS. NOKES:  Objection to form.  Outside

7       the scope.

8   Q.  (BY MR. MacGILL)  To your knowledge?

9   A.  To my knowledge, I am unaware of what Pastor Hunt

10      has or has not confessed to regarding this event.

11  Q.  You had no information that indicated that he had

12      confessed to anything pertaining to Mrs. ███████ is

13      that right?

14  A.  I had the information provided in the report.

15  Q.  Right.

16             And there was no confession referenced in the

17      report; right?

18                  MS. NOKES:  Objection to form.  Outside

19      the scope.

20  A.  I had the information provided in the report.

21  Q.  (BY MR. MacGILL)  All right.  And there was no

22      confession there, was there, sir?

23                  MS. NOKES:  Objection to form.  Outside

24      the scope.  Asked and answered.

25  A.  I had the report -- or I had the information

```
 1          provided in the report.

 2   Q.    (BY MR. MacGILL)  Okay.  And are you just playing

 3          games here with the answer?

 4               You don't -- The report says nothing, sir,

 5          about a confession by anyone, does it?

 6               MS. NOKES:  Objection to form.  He's

 7          asked and answered.  This is outside the scope of

 8          his 30(b)(6) deposition.  I think we should move

 9          on.

10   A.    I have the information that was provided in the

11          report.

12   Q.    (BY MR. MacGILL)  Okay.  Now -- And you had, at the

13          time you approved this language, that Pastor --

14          that Guidepost Solution revealed Hunt had been

15          credibly accused of sexually assaulting a woman.

16               Did you have any information that Pastor

17          Johnny Hunt had been convicted in a court of law of

18          sexual abuse -- or sexual assault?

19               MS. NOKES:  Objection to the form.

20   A.    I have no information on that.

21   Q.    (BY MR. MacGILL)  Did you have any information at

22          the time you approved this statement, "Guidepost

23          revealed Hunt had been credibly accused of sexually

24          assaulting a woman."

25               At the time you approved that, had there been
```

333

```
1       a civil judgment rendered against Pastor Johnny

2       Hunt pertaining to this alleged assault?

3               MS. NOKES:  Objection to form.

4    A.  Not to my knowledge.

5    Q.  (BY MR. MacGILL)  Okay.  Now, with respect to a

6       confession, a conviction, and a civil judgment.

7           You understood at the time that you approved

8       this language in Exhibit 73, you understood

9       specifically the SBC itself had reported that

10      confession, conviction or civil judgment were

11      requirements in order to determine whether somebody

12      is credibly accused of a sexual offense; right?

13              MS. NOKES:  Objection to form.  Outside

14      the scope.

15   A.  Correct.

16   Q.  (BY MR. MacGILL)  Now -- But, nevertheless, you

17      approved this Exhibit 73; did you not?

18   A.  I did.

19   Q.  Sir, I'm going to refer you to this exhibit that

20      we've now just be referencing in relation to your

21      conduct individually, and I'm going to refer to

22      what will be Exhibit 74.

23              (Marked Exhibit No. 74, January 20, 2023

24      Confidential Statement of Assignment by the

25      Credentials Committee.)
```

MAGNA
LEGAL SERVICES

334

1    Q.   (BY MR. MacGILL)  Sir, do you have Exhibit 74 in

2         front of you?

3    A.   I do.

4    Q.   And this includes certain blacked out portions that

5         you're -- There's certain redactions here; is that

6         right?

7    A.   It appears to be.

8              (A discussion was had between Plaintiff's

9         counsel out of the hearing of the reporter.)

10   Q.   (BY MR. MacGILL)  Now, sir, I want to look at

11        Exhibit 74.  Do you see that there is a

12        reference -- there's a submitted church name that

13        is New Seasons Church?

14   A.   I do see that.

15   Q.   And do you see that there's a section, "Please

16        explain briefly why you believe the church is not

17        in friendly cooperation with the SBC"?

18   A.   I do.

19   Q.   And it says specifically, "New Seasons Church is

20        knowingly platforming and helping facilitate the

21        return to ministry of Dr. Johnny Hunt."

22             Do you see that?

23   A.   I do.

24   Q.   And it next says, "Hunt" is credibly accused "-- is

25        a 'credibly accused' abuser and meets the

```
 1        definition of credibly accused voted on during the

 2        SATF report at the SBC annual meeting in Anaheim."

 3             Do you see that?

 4   A.   I do.

 5   Q.   When did you see this document, sir?

 6   A.   This was one of the documents I reviewed last week.

 7   Q.   And had you see it before that?

 8   A.   I had not.

 9   Q.   Okay.  Let's go to the next exhibit.

10   A.   All right.

11             (Marked Exhibit No. 75, June 8, 2022 Task

12        Force Challenges and Formal Recommendations.)

13   Q.   (BY MR. MacGILL)  Sir, you now have Exhibit 75 in

14        front of you?

15   A.   I do.

16   Q.   All right.  And have you seen Exhibit 75 before?

17   A.   I have.

18   Q.   And tell the Court and jury what Exhibit 75 is.

19   A.   This would be the recommendations -- I'm trying to

20        get it back up to the top.  I'm sorry.  Give me a

21        second.

22             Yeah, the formal recommendations that the task

23        force brought in June of '22 at the Convention.

24   Q.   In June of 2022?

25   A.   Yes.
```

```
 1   Q.   And that was roughly a month after the publication
 2        of the Guidepost report?
 3   A.   That's correct.
 4   Q.   And this was a document that had been -- this is a
 5        document that's been published.  This was -- this
 6        is a document that was voted on during that
 7        meeting, at the SBC annual meeting in Anaheim?
 8   A.   That's correct.
 9   Q.   Okay.  And this was a proposal by the Sexual Abuse
10        Task Force for approval?
11   A.   That's correct.
12   Q.   And during the SBC annual meeting in Anaheim in
13        2022 did the SBC approve of this definition of
14        sexual abuse?
15   A.   Which definition would you be referring to?
16   Q.   Well, did they make -- did they make a definition
17        of who would constitute a credibly accused --
18        Strike that.
19            During the SBC annual meeting in Anaheim in
20        June of 2022 did the SBC approve the definition of
21        a "credibly accused pastor"?
22   A.   They approved Recommendations 1 and 2, which
23        include a footnote with that definition in it.
24   Q.   All right.  So Recommendations 1 and 2 incorporate
25        the definition of a credibly accused pastor, which
```

MAGNA
LEGAL SERVICES

1          appears in Note 8?

2     A.   That's correct.

3     Q.   All right.  So was the -- So the definition of a,

4          quote, credibly accused pastor adopted by the SBC

5          is here in Note 8?

6     A.   That is correct.

7     Q.   And the definition approved by the SBC at its

8          annual meeting in Anaheim says, "A credibly accused

9          pastor, denominational worker, or ministry employee

10         or volunteer includes one who has confessed in a

11         non-privileged setting, who has been convicted in a

12         court of law, or who has a civil judgment rendered

13         against them."

14              Do you see that?

15    A.   I see it.

16    Q.   And that is the definition of a "credibly accused

17         pastor"?

18    A.   That is part of the definition.

19    Q.   It's part of the definition; is that right?

20    A.   That is correct.

21    Q.   Additionally, it continues, "An independent

22         third-party who has been hired by any church or

23         other Baptist" party "may determine, by

24         preponderance of the evidence following an inquiry,

25         that a pastor, denominational worker, or ministry

1   employee or volunteer is credibly accused."

2    Is that correct, sir?

3 A. It does state that, yes.

4 Q. And it continues, "A 'preponderance of the

5   evidence' is the legal standard for a civil

6   judgment."  Right?

7 A. It says that.

8 Q. Do you understand, sir, that at a most basic level

9   that "credibly accused" is distinct from, and

10   different than, the preponderance of the evidence?

11    MS. NOKES:  Object to form.

12 A. I'm sorry, could you restate?

13 Q. (BY MR. MacGILL)  Do you understand there's a

14   difference, sir, between being, quote, credibly

15   accused and that something be established by a

16   preponderance of the evidence following an inquiry?

17    MS. NOKES:  Object to form.

18 A. Per this definition, it appears not.

19 Q. (BY MR. MacGILL)  Appears not?

20    Well, if there's -- Why would you have the

21   additional phrase, sir, about preponderance of the

22   evidence, if you -- why would you have that

23   language if they are not distinct concepts?

24    MS. NOKES:  Object to the form.

25 A. That would be a question for the Sex Abuse Task

MAGNA
LEGAL SERVICES

```
 1        Force.

 2   Q.   (BY MR. MacGILL)  Okay.  But, in any event, this is

 3        what the -- this is what was approved by the SBC at

 4        its annual meeting, this language; is that right?

 5   A.   That is correct.

 6   Q.   And then, in terms of sexual abuse, Paragraph 9,

 7        the definition was -- of sexual abuse was also

 8        approved by the SBC in its annual meeting in

 9        Anaheim 2022; is that right?

10   A.   That's correct.

11   Q.   And in this case sexual abuse is defined

12        specifically; is that right?

13   A.   It is.

14   Q.   "Sexual abuse is defined as any sexual act that

15        could result in criminal charges or civil liability

16        in the jurisdiction where it occurred"; is that

17        right?

18   A.   That's correct.

19   Q.   Now, the alleged abuse here occurred in the state

20        of Florida; is that right?

21   A.   Per the report, it is.

22   Q.   Now -- Sir, going back to Exhibit 73.

23   A.   Okay.

24   Q.   When you edited and approved Exhibit 73 stating,

25        "Guidepost revealed that Johnny Hunt has been
```

MAGNA
LEGAL SERVICES

```
 1        credibly accused of sexually assaulting a woman,"
 2        did you use the definition of "assault" that's
 3        contained in the language that was approved by the
 4        SBC in June of 2022?
 5   A.   Hold one minute.  We used the language that was
 6        included in the report itself.
 7   Q.   Well, sir, this -- when did you -- when was
 8        Exhibit 73 approved?
 9   A.   Exhibit 73?
10   Q.   Yeah.  When was it published, I should say?
11   A.   Looks like December 1st or 2nd of '23.
12   Q.   Okay.
13   A.   There's not a date on it.  But, based on contextual
14        clues --
15   Q.   So this would have been approved --
16   A.   -- it appears to have been the first week of
17        December.
18   Q.   Okay.  So that would have been approximately
19        18 months after the SBC approved the language of
20        the --
21   A.   I'm sorry, it should have been '22, not '23.
22   Q.   Okay.  So Exhibit 73, you believe, was approved --
23   A.   It was published.
24   Q.   Strike that.
25            It was published -- Exhibit 73, that you
```

1     edited and approved, was published, you believe,

2     December 1st or 2nd of 2022?

3  A.  Correct.

4  Q.  And that was approximately five to six months after

5     the SBC approved the "credibly accused" language we

6     just reviewed?

7  A.  That's correct.

8  Q.  And when and you approved this Exhibit 73, you made

9     reference to the Guidepost report and not to the

10    action of the SBC at its annual meeting; is that

11    right?

12 A.  That is correct.

13 Q.  Yeah.  So, we're going to display to you another

14    exhibit.

15 A.  Okay.

16 Q.  And this, sir, is just to affirm the December 1st

17    date.

18 A.  Okay.

19          (Marked Exhibit No. 76, Article Entitled,

20    "Criticism of Johnny Hunt 'restoration' grows:

21    preaching slot canceled.")

22 Q.  (BY MR. MacGILL)  Sir, do you have Exhibit 76 in of

23    you?

24 A.  I do now.

25 Q.  And do you see that this -- consistent with what

```
 1        you said, this is a December 1 publication by

 2        "Baptist Press," and specifically the SBC Executive

 3        Committee?

 4   A.   I do.

 5   Q.   And this is the article that we've just been

 6        referring to that you approved; right?

 7   A.   That's correct.

 8   Q.   Sir, did you understand that Pastor Johnny Hunt's

 9        name was being removed from certain churches or

10        charities?

11   A.   It depends on how you define churches and

12        charities.

13   Q.   Did you understand that his naming rights had been

14        affected by the publication of this Guidepost

15        report?

16   A.   I am aware of that.

17   Q.   And how many times was that -- was he affected by

18        that, to your knowledge?

19   A.   To my knowledge distinctly, I would say at least

20        two, but maybe more.

21   Q.   Okay.  And when you pressed the button, so to

22        speak, when you published this report worldwide,

23        you, at the SBC Executive Committee, and those

24        acting in concert with you, sir, when you published

25        this Guidepost report worldwide, did you have the
```

MAGNA
LEGAL SERVICES

1       expectation that his naming rights would have been

2       interfered with at the time of your publication?

3              MS. NOKES:  Objection to form.

4    A.  Pastor Hunt's naming rights were not a concern of

5       the Executive Committee.

6    Q.  (BY MR. MacGILL)  And they weren't a concern to you

7       either, were they?

8    A.  No.

9              MS. NOKES:  Objection to form.

10   Q.  (BY MR. MacGILL)  No.  And someone like you doesn't

11      care about that.  You are interested in

12      communications and doing what you want to do, in

13      terms of what you think -- what you think is

14      appropriate; right?

15             MS. NOKES:  Objection to form and outside

16      the scope of the EC 30(b)(6).

17   A.  We were carrying out the motion to publish the

18      report, unredacted and unedited.

19   Q.  (BY MR. MacGILL)  You were completely indifferent,

20      sir, to the effects on Pastor Johnny Hunt and his

21      family by virtue of the report that you were

22      releasing to the Amazon servers you have described.

23      Fair statement?

24             MS. NOKES:  Objection to form and outside

25      the scope of the EC 30(b)(6).

MAGNA

LEGAL SERVICES

```
 1    A.   Absolutely not a fair statement.
 2    Q.   (BY MR. MacGILL)  Well, you came to understand that
 3         as one example, the Southeastern Seminary removed
 4         his -- Pastor Johnny Hunt's name from being
 5         associated with them; is that right?
 6    A.   I do believe.
 7    Q.   Any other seminaries that removed his name?
 8    A.   Not that I'm aware of.  It's possible.
 9    Q.   Any other entity that removed his name?
10    A.   It's possible.  I'm not aware of those at this
11         time.  I was aware of the Southeastern.
12    Q.   Are you aware of the news articles reporting
13         churches disassociating with Pastor Johnny Hunt?
14    A.   It depends on how you define "disassociating."
15    Q.   Well, making sure they weren't associated with his
16         name.
17    A.   I don't know how you define that.
18    Q.   All right.  Well, let's just focus on a few more
19         things --
20    A.   Okay.
21    Q.   -- about you and your activities and those that
22         acting in concert with you.
23    A.   Okay.
24    Q.   You also became aware of individuals that had
25         reached out to the Executive Committee that were
```

```
 1         concerned with Pastor Johnny Hunt preaching; right?
 2    A.   I'm not quite sure about anyone reaching out
 3         directly to the Executive Committee about that --
 4    Q.   Okay.
 5    A.   -- unless you have documentation.
 6    Q.   Sir, I'm going to put in front of you Exhibit 77.
 7         Do you see that?
 8              (Marked Exhibit No. 77, May 25, 2022
 9         Email from Pastor Rolland Slade to Jon Wilke.)
10    A.   Pulling it up.  Okay.
11    Q.   (BY MR. MacGILL)  This is an email to -- from
12         Pastor Rolland Slade.
13              Do you see that?
14    A.   It is.
15    Q.   And he's a member of the Executive Committee; is
16         that right?
17    A.   He was at that time.
18    Q.   And at that time -- This was three days after the
19         publication of the report; is that correct?
20    A.   That's correct.
21    Q.   And he was describing coverage this week; right?
22    A.   He was responding to the coverage.
23    Q.   All right.  And this is -- Who's Jon Wilke?
24    A.   Jon Wilke was the media relations director for the
25         Executive Committee.
```

346

```
1    Q.    Did he work for you at the time?

2    A.    He did.

3    Q.    And was he responding to an email?

4    A.    Who?  Who's "he?"

5    Q.    Well, let's back up.

6          Do you see on May 25th, 2022 --

7    A.    Uh-huh.

8    Q.    -- where Jon Wilke wrote, "not an exhaustive list

9          of coverage this week," but then he lists different

10         coverages.

11         Do you see that?

12   A.    I do.

13   Q.    "Houston Chronicle," one example?

14   A.    Yes.

15   Q.    "Christianity Today," another example?

16   A.    Yes.

17   Q.    "The Religion News," another example?

18   A.    Yes.

19   Q.    "The AP," another example?

20   A.    Yes.

21   Q.    "The Tennessean," another example?

22   A.    Yes.

23   Q.    "Washington Post," another example?

24   A.    Yes.

25   Q.    And then your own in-house publication, the
```

MAGNA
LEGAL SERVICES

```
 1         "Baptist Press"; right?
 2    A.   Yes.
 3    Q.   And then you get Pastor Slade writing back.  "Thank
 4         you."  He says, "Thank you, Jon."
 5              Do you see that?
 6    A.   I do.
 7    Q.   And you're copied on this --
 8    A.   I am.
 9    Q.   -- correct?
10              So mission accomplished, as far as you're
11         concerned?
12                   MS. NOKES:  Object to form.  Outside the
13         scope.
14    Q.   (BY MR. MacGILL)  Was this mission accomplished, as
15         far as you were concerned?
16                   MS. NOKES:  Object to form.  Outside the
17         scope.
18    A.   Mission accomplished for what?
19    Q.   (BY MR. MacGILL)  Yeah.  That's my question, sir.
20              This was all aimed at making -- putting press
21         coverage out as a result of an investigation by
22         Guidepost, wasn't it?
23                   MS. NOKES:  Objection to form.  Outside
24         the scope of the EC 30(b)(6).
25    A.   Absolutely not.  This was just a recap of stories
```

1       that had been done.

2   Q.  (BY MR. MacGILL)  Why was that relevant to the

3       Executive Committee member at the time, Pastor

4       Slade?  Why was that relevant to him that there had

5       been extensive press coverage this week?

6               MS. NOKES:  Objection to form.  Outside

7       the scope.

8   A.  This was not -- When we have major news, we

9       typically catalog all the stories to see how things

10      are being reported.

11  Q.  (BY MR. MacGILL)  Well, sir, the SBC Executive

12      Committee is in the business of religion; is it

13      not?

14  A.  It is in the business of serving churches.

15  Q.  Now, how are you serving churches by describing

16      this series of events, sir, in the communications

17      involving you and your lawyers?  How is that

18      serving churches; sir?

19  A.  There is --

20              MS. NOKES:  Objection to form.

21              THE WITNESS:  Sorry.

22              MS. NOKES:  Outside the scope of the

23      30(b)(6).

24  A.  There's no description.  This is simply a list of

25      the stories that were covered that week.

```
 1   Q.   (BY MR. MacGILL)  Why, sir, why did Pastor Slade
 2        copy Mr. Besen on this?
 3             MS. NOKES:  Object to form.  Outside the
 4        scope.
 5   A.   It's likely he was replying all, because Jon would
 6        send this to everyone and he reapplied all,
 7        including the carbon copies --
 8   Q.   (BY MR. MacGILL)  All right.
 9   A.   -- thanking Jon for sending the list.
10   Q.   Well, all right, then answer this.  The gentleman
11        who's working for you, did you tell Mr. Wilke to
12        send this coverage along?
13   A.   I did not.
14   Q.   Do you know why Mr. Wilke copied not only you, but
15        Mr. Besen, Ms. Nokes, Mr. McLaurin?  Do you know
16        why he did that?
17             MS. NOKES:  Objection to form.  Outside
18        the scope.
19   A.   He would have been keeping us apprized of the
20        coverage of the report.
21   Q.   (BY MR. MacGILL)  Well, why in the world, sir, did
22        your direct report, Mr. Wilke, decide to cover --
23        decide to copy Mr. Besen and Ms. Nokes at the law
24        firm?
25             MS. NOKES:  Objection.  Outside the scope
```

1          and to the form of the question.

2    A.    It's part of the routine process of when we have

3          major media news, to keep legal involved and

4          informed.

5    Q.    (BY MR. MacGILL)  Well, these weren't even -- Why

6          did you have the Bradley firm involved in this

7          point, sir?  Nobody had made any claims about your

8          publication as of yet, had they?

9                MS. NOKES:  Objection to form.  Outside

10         the scope.

11   A.    At that time Bradley was serving as the interim

12         legal counsel to the Executive Committee.

13   Q.    (BY MR. MacGILL)  Why was the Executive Committee

14         involving legal counsel at this time, sir, in

15         May -- specifically May 25th, 2022, three days

16         after the report?

17               MS. NOKES:  Objection to form.  Outside

18         the scope of the EC 30(b)(6).

19   A.    It's part of the routine practice to keep legal

20         appraised of major media coverage.

21   Q.    (BY MR. MacGILL)  You did that prior to May of

22         2022?

23               MS. NOKES:  Objection to form.  Outside

24         the scope.

25   A.    Yes.

```
 1   Q.   (BY MR. MacGILL)  Oh, you did?

 2            Who would you copy on your correspondence

 3        prior to May of '22?

 4              MS. NOKES:  Objection to form.  Outside

 5        the scope.

 6   A.   If it would have been after November of '21, it

 7        would have been Bradley.  Before that it would have

 8        been Guenther & Jordan.

 9   Q.   (BY MR. MacGILL)  Sir, we're going to hand

10        you Exhibit 70 -- or we're going put on your screen

11        Exhibit 78.

12            (Marked Exhibit No. 78, November 30, 2022

13        Email to Credentials.)

14   Q.   (BY MR. MacGILL)  Have you seen Exhibit 78 before?

15   A.   Give me a moment and let me review it.

16            (The witness reviewed the document.)  I have.

17   Q.   And it says in the -- This is pertaining to

18        Fellowship Church; is it not?

19   A.   It is.

20   Q.   And this is in relation to -- is this in relation

21        to Pastor Johnny Hunt?

22   A.   Give me a moment.  He is named in the email.

23   Q.   And how was he involved in this church, sir?

24   A.   They had scheduled him to speak at a "Great

25        Commission Weekend" at the church.
```

MAGNA

LEGAL SERVICES

352

1   Q.   Okay.  And who was -- And so this was from somebody

2        at that church; is that right?

3   A.   That is not clear, as the submitter's information

4        is redacted.

5   Q.   All right.  It says here, "Please explain

6        briefly --" It says, "In the 2022 annual meeting of

7        the Convention meeting overwhelmingly passed a

8        resolution declaring that pastors guilty of sexual

9        abuse are permanently disqualified from ministry."

10         Do you see that?

11   A.   I do.

12   Q.   Is that true?

13   A.   The submitter has their date wrong.

14   Q.   All right.  What was the date?

15   A.   The 2021 annual meeting.

16   Q.   Now, there's a paragraph here that it says -- Do

17        you see on the second page it says, "Johnny Hunt

18        was named as a sexual abuser towards the wife of

19        another pastor."

20         Do you see that?

21   A.   I see it.

22   Q.   And so did you -- Remind me, did you see this

23        document at the time or did you see it in

24        preparation for today?

25   A.   In preparation for today.

MAGNA
LEGAL SERVICES

1  Q.  All right.  And do you see that at least the person

2      reporter -- Strike that.

3          Do you see that, at least in terms of report

4      by this person, that this person had concluded that

5      the Guidepost report specifically had said that

6      Johnny Hunt was named as a sexual abuser towards

7      the wife of another pastor?

8          Do you see that?

9  A.  I see that.

10 Q.  And you understood at the time that you read the

11     report, prior to its publication, that the light

12     that Pastor Johnny Hunt was cast in was that of a

13     sexual abuser; is that right?

14 A.  Restate that again.

15 Q.  You understood at the time that you read the

16     Guidepost report in May of 2022, prior to its

17     publication, that Pastor Johnny Hunt was cast in

18     the light of being a sexual abuser?

19 A.  Per the report, they found him not to be credible

20     when it came to the interviews that they had with

21     him regarding --

22 Q.  I'm talking about you --

23 A.  -- the abuse allegations.

24 Q.  I'm talking about you now, just you.

25          You understood that that Guidepost report had

MAGNA
LEGAL SERVICES

1          cast Pastor Johnny Hunt in the light of being a

2          sexual abuser; right?

3                    MS. KLEIN:  Object to form.

4                    MS. NOKES:  Object to form.  Outside of

5          scope.

6     A.   Can you repeat it?  I'm sorry.

7     Q.   (BY MR. MacGILL)  You, for your part --

8     A.   It distract a little bit.  I'm sorry.

9     Q.   You, for your part, when you read the Guidepost

10         report prior to its publication, understood,

11         without any equivocation or not, that Pastor Johnny

12         Hunt was cast in the light of being a sexual abuser

13         by the Guidepost report?

14                   MS. KLEIN:  Object to form.

15                   MS. NOKES:  Object to form.

16    A.   I understood, by reading the report, that they had

17         found him not to be credible in denying the

18         acquisitions and they found the accuser credible in

19         making those allegations of sexual assault.

20    Q.   (BY MR. MacGILL)  And that -- you understood, for

21         your part, that the light he had been cast in is

22         that of a sexual abuser?

23                   MS. KLEIN:  Object to form.

24                   MS. NOKES:  Object to form.

25    A.   I found that the report showed him not to be

 1       credible, in light of the allegations.  And it

 2       found the accuser to be a credible -- to make

 3       credible accusations.

 4   Q.  (BY MR. MacGILL)  And then so -- and now your

 5       lawyers, when they gave you 1,100 pages to read in

 6       preparation for this deposition, included -- these

 7       lawyers did -- they included this document,

 8       Exhibit 73; right?

 9   A.  It was included.

10   Q.  I'm sorry, 78.

11   A.  Yes, 78 was included.

12   Q.  Okay.  And so when you read what your lawyers gave

13       you in preparation for the deposition, you saw that

14       the light that Pastor Johnny Hunt had been cast in

15       is exactly what my question just asked you about,

16       that is, this submitter said that Johnny Hunt was

17       named as a sexual abuser towards the wife of

18       another pastor.  You see that?

19           MS. NOKES:  Object to form.

20   A.  I see it.

21   Q.  (BY MR. MacGILL)  So this person -- this person

22       reading what you can now see with your own eyes,

23       felt that the light he had been cast in is that of

24       a sexual abuser; right?

25           MS. NOKES:  Objection to form.

1   A.   Per their statement there, they characterized

2        Johnny Hunt as being named as a sexual abuser

3        toward the wife of another pastor.

4   Q.   (BY MR. MacGILL)  And that, sir, is consistent with

5        what you thought when you read that report in May

6        of 2022; right?

7             MS. NOKES:  Objection to form.  Outside

8        the scope of the EC 30(b)(6).

9   A.   Upon reading the report, I found that the report

10       stated that Dr. Hunt would not be credible and that

11       that the accuser was credible in her assault

12       accusations --

13  Q.   (BY MR. MacGILL)  Now --

14  A.   -- allegations.  I'm sorry, not accusations.

15  Q.   Sir, with respect to the Hiland Baptist -- the

16       Hiland Park Baptist Church, are you aware of some

17       communications involving the Hiland Park Baptist

18       Church?

19  A.   I am.

20  Q.   And let's show you the next exhibit.

21  A.   Okay.

22             (Marked Exhibit No. 79, January 18, 2023

23       Email to Credentials.)

24  Q.   (BY MR. MacGILL)  Sir, this is Exhibit 79.  Have

25       you seen this before?

1   A.   I did.  Or I have.  Sorry.

2   Q.   And is this part of the 1100 pages the lawyers gave

3       you?

4   A.   It was.

5   Q.   Who made these reports, do you know?

6   A.   I do not know who made this report.  The

7       information is redacted.

8   Q.   This report, Exhibit 79, from this submitter is

9       pertaining to -- the submitted church name is the

10      Hiland Park Baptist Church; is that right?

11   A.   That is correct.

12   Q.   It says, "Pastor Johnny Hunt has been, quote,

13      credibly accused of sexual assault/abuse by the

14      standard voted on at the 2022 annual" convention.

15         Do you see that?

16   A.   I see that.

17   Q.   Sir, we put on your screen Exhibit 46.  Have you

18      seen this document before?

19   A.   I have.

20   Q.   When did you see this document, sir?

21   A.   Last week when we were reviewing the documents.

22   Q.   And so, again, when you say "last week," this was

23      amongst the 1100 pages given to you by lawyers?

24   A.   That's correct.

25   Q.   And this is -- is this a letter that was sent to

1      Hiland Park Church, as you understand it, the

2      Hiland Park Baptist Church by the SBC credentials

3      committee?

4    A.  It appears to be.

5    Q.  Who is Todd Benkert?

6    A.  Todd Benkert is a pastor in Indiana.

7    Q.  Where in Indiana?

8    A.  I'm unsure.  I think in the South Bend area.

9    Q.  Was he a member of the SBC abuse task force?

10   A.  He was not a member of the SBC abuse task force --

11      or Sexual Abuse Task Force, I'm sorry.

12   Q.  I'm sorry, I misspoke.  Yeah.

13          He was not a member of the Sexual Abuse Task

14      Force, to your knowledge?

15   A.  Correct, he was not.

16   Q.  Did Mr. Benkert report Johnny Hunt for preaching

17      after the report was issued?

18   A.  I believe he did.

19          (Marked Exhibit No. 80, Article Entitled,

20      "Todd Benkert leaves SBC abuse task force after

21      conflict over pastor's resignation.")

22   Q.  (BY MR. MacGILL)  Okay.  Sir, I've put on your

23      screen Exhibit 80.  Do you have that in front of

24      you?

25   A.  Hold on just a second.  Let me pull it up.  I do.

MAGNA
LEGAL SERVICES

1   Q.   So have you seen this article before?

2   A.   This is not a "Baptist Press" article, so give me a

3       minute.  I'll need to review it.

4         (The witness reviewed the document.)  Okay.

5   Q.   Have you seen this before?

6   A.   I've seen it now.

7   Q.   To your knowledge had the SBC considered whether to

8       expel churches for allowing Pastor Johnny Hunt to

9       preach?

10         MS. NOKES:  Objection to form.  Outside

11      the scope of the EC 30(b)(6).

12   A.   Could you restate the question?

13   Q.   (BY MR. MacGILL)  To your knowledge had the

14      Executive Committee or the SBC threatened to expel

15      churches from the SBC for not -- for allowing

16      Pastor Johnny Hunt to preach?

17         MS. NOKES:  Objection to form.  Outside

18      the scope.

19   A.   No.

20   Q.   (BY MR. MacGILL)  The report here says that Hiland

21      Park -- "Leaders at Hiland Park wrote to the

22      credentials committees this week claiming there was

23      no proof Hunt had been abusive and objected to

24      Benkert's actions, accusing him of acting as both

25      an activist and a task force member."

MAGNA

LEGAL SERVICES

1               Do you see that?

2    A.    I'm trying to track along.  Where are you on this?

3    Q.    Page 2 of 3.

4    A.    Okay.  Okay, I see it now.  Go ahead.

5    Q.    Do you have any knowledge about that, sir?  About

6          the response of the leaders of Hiland Park?

7    A.    Yeah.  They provided an open letter to the

8          credentials committee.  I do remember that.

9    Q.    And they were claiming, for their part, there was

10         no proof -- to repeat, no proof that Hunt had been

11         abusive and objecting to the actions of

12         Mr. Benkert?

13                   MS. NOKES:  Object to form.

14   A.    We don't that have in front of us, so I can't speak

15         to that specific letter.

16   Q.    (BY MR. MacGILL)  You haven't seen the Hiland Park

17         response?

18   A.    I've seen it, but I don't want to quote on it.

19   Q.    When did you see it?

20   A.    It was -- Well, I mean it was part of the document

21         production last week, as well as whenever we -- it

22         came out.

23   Q.    So what is the Ministry Check Initiative?

24   A.    The Ministry --

25                   MS. NOKES:  Object to form.

```
 1                    THE WITNESS:  Oh, sorry.

 2    A.   The Ministry Check Initiative would be the second

 3         part of the recommendation that was passed at the

 4         '22 SBC annual meeting that includes the database

 5         of abusers, to put it in kind of a condensed

 6         version there.

 7    Q.   (BY MR. MacGILL)  And was Guidepost initially hired

 8         to run the website, that is, the Ministry Check

 9         Initiative?

10    A.   I think they were initially contracted for that,

11         but that -- or at least decided that they were

12         going to do it, but that did not end up happening.

13    Q.   Was Guidepost ultimately fired?

14                    MS. NOKES:  Objection to form.

15    A.   That is not an answer that I have.  That would be a

16         question for the Abuse Reform Implementation Task

17         Force.

18    Q.   (BY MR. MacGILL)  Were their services terminated,

19         to your knowledge?

20                    MS. NOKES:  Objection to form.

21    A.   They are currently not working with the SBC or the

22         ARITF on the Ministry Check --

23    Q.   (BY MR. MacGILL)  Do you know why?

24    A.   That is a question for the ARITF.

25    Q.   Do you have any knowledge about that, sir?
```

1   A.   That is not something that the Executive Committee

2        has knowledge of.

3   Q.   Do you have knowledge about that?

4   A.   It's not something that I have knowledge of.

5        That's a question for the ARITF.

6   Q.   Sir, you reviewed discovery responses in connection

7        with your preparation?

8   A.   I did.

9   Q.   And can you confirm, sir -- can you confirm that

10       the Executive Committee did not conduct any

11       investigation into the actions of the Committee on

12       Cooperation?

13            MS. NOKES:  Objection to form.

14  A.   To my knowledge the Executive Committee has not

15       conducted any investigations into the Committee on

16       Cooperation and their actions.

17  Q.   (BY MR. MacGILL)  Did the -- Has the Executive

18       Committee conducted any investigation of the

19       actions of the Sexual Abuse Task Force of the SBC?

20            MS. NOKES:  Objection to form.

21  A.   The Executive Committee has not conducted any

22       investigations into the Sexual Abuse Task Force of

23       the SBC.

24            MR. MacGILL:  Okay.  Why don't we take a

25       five-minute break.  I just want to review my notes.

MAGNA
LEGAL SERVICES

1          I think we're finished.  Very close to it.

2                    THE WITNESS:  Thank you.

3                    THE VIDEOGRAPHER:  Off the record at

4          4:49 p.m.

5                    (A recess was taken from 4:49 p.m. to

6          4:57 p.m.)

7                    THE VIDEOGRAPHER:  We're returning to the

8          recorded.  Time is 4:57 p.m.

9     Q.   (BY MR. MacGILL)  Now, sir, I want to ask you:  You

10         had mentioned earlier Mr. Keahbone was a member of

11         the Executive Committee; is that right?

12    A.   That's right.

13    Q.   He was also a member of the Committee on

14         Cooperation?

15    A.   That's correct.

16    Q.   Are you familiar with certain tweets that he sent

17         out pertaining to his role with the Executive

18         Committee?

19    A.   Pertaining to his role?

20    Q.   Yes, sir.

21                   MS. NOKES:  Objection to form.

22    Q.   (BY MR. MacGILL)  Or responsibility?

23    A.   Sir?

24    Q.   Are you familiar with Mr. Keahbone describing his

25         own responsibilities as a member of the SBC

```
 1        Executive Committee?

 2   A.   Slightly.

 3   Q.   When you say "slightly," what do you mean?

 4   A.   It would be helpful to see exactly what you're

 5        talking about.

 6   Q.   Do you remember anything about that?

 7   A.   I know that Mike is active on Twitter, so, you

 8        know, it could be.

 9             (Marked Exhibit No. 81, October 3, 2021

10        Tweet of Mike Keahbone.)

11   Q.   (BY MR. MacGILL)  Okay.  Now, let's take a look at

12        the next exhibit.  This will be Exhibit 81.

13             Do you have that in front of you?

14   A.   Yeah.

15   Q.   Do you recognize this as a tweet from Mr. Keahbone?

16   A.   Right.  It appears to be a tweet.

17   Q.   All right.  And have you seen this before?

18   A.   I have not.

19   Q.   Okay.  And this is dated October 3rd, 2021; is it

20        not?

21   A.   It is.

22   Q.   That's some five -- it's some period of months,

23        maybe six or seven months, prior to the Guidepost

24        report; is that correct?

25   A.   That's correct.
```

MAGNA
LEGAL SERVICES

1   Q.   He states, "My spiritual fiduciary responsibility

2        as a believer, pastor, and SBC Executive Committee

3        member will always be my first priority."

4           Do you see that?

5   A.   I do.

6              (Marked Exhibit No. 82, January 17, 2023

7        Tweet of Mike Keahbone.)

8   Q.   (BY MR. MacGILL)  Okay.  Now, let's turn to the

9        next exhibit.

10   A.   It will be 82 or --

11   Q.   Yep, 82.

12          Do you see Exhibit 82?  Is this another tweet

13        thread from Executive Committee member, Mike

14        Keahbone?

15   A.   It appears to be a tweet.

16   Q.   Of January 17th.  Have you seen this before?

17   A.   I have not.

18   Q.   Okay.  In what year was this, do you know?

19   A.   I do not know.  Well, it appears to be January 17th

20        of 2023, per the date on the tweet provided.

21   Q.   Okay.  At the bottom?

22   A.   Yeah.

23   Q.   Okay.  And it shows that there were some 17,700

24        views?

25   A.   That appears to be correct.

MAGNA®
LEGAL SERVICES

366

```
 1   Q.   And his first tweet in this line says, "It grieves

 2        me deeply that Johnny Hunt would not have the

 3        spiritual and emotional intelligence to realize the

 4        deep trauma he is causing."

 5             Do you see that?

 6   A.   I do.

 7   Q.   "Not only to the victim of his abuse, but also to

 8        all survivors who are watching and reliving their

 9        pain as they watch him return."

10             Do you see that?

11   A.   I do.

12   Q.   Now, did you talk to Mr. Keahbone about this?

13   A.   I did not.

14   Q.   He writes here for his part -- Just so we know who

15        he is and what he -- you know, what he's writing

16        about.  He's a member of the Executive Committee of

17        the SBC at the time he writes this tweet; is that

18        right?

19   A.   If these dates are accurate and that his tweet,

20        yes.

21   Q.   He's also a member of the Committee on Cooperation

22        as one the appointees of who?

23   A.   Well, not at the time of this publication.

24   Q.   So the Committee on Cooperation no longer exists?

25   A.   That's correct.
```

```
 1   Q.   It was finished as of May of 2022?

 2   A.   When the report came out, yes, its work was

 3        finished.  Once the scope of the engagement was

 4        finished.

 5   Q.   No need to cooperate further after May of 2022

 6        because there had already been cooperation between

 7        the Executive Committee or the Committee on

 8        Cooperation and Guidepost; right?

 9   A.   Guidepost had completed their report and submitted

10        it for publication.

11   Q.   And they already had the cooperation of the

12        Committee on Cooperation prior to the publication

13        of the report; right?

14   A.   That's correct.

15             MS. NOKES:  Object to form.

16   A.   That's correct.

17   Q.   (BY MR. MacGILL)  He then says, "He'll never preach

18        in my church.  He'll never preach in an SBC

19        sponsored event."

20          Do you see that?

21   A.   I will have to find that.  (The witness reviewed

22        the document.)  I see that tweet.

23   Q.   At the time he wrote that, he remained a member of

24        the Executive Committee of the SBC?

25   A.   If the dates are correct, yes.
```

1   Q.  Do you know when he made that tweet whether he had

2        any evidence of any kind himself which gave him

3        firsthand knowledge of what occurred as between

4        Mrs. ███ and Pastor Johnny Hunt?

5           MS. NOKES:  Object to form.  Outside of

6        the scope of the EC 30(b)(6).

7   A.  That would be a question for Mr. Keahbone.

8   Q.  (BY MR. MacGILL)  Let's just talk about him for a

9        minute.

10        Would he have any basis, any firsthand

11        knowledge himself, about anything that occurred

12        between Mrs. ███ on the one hand, and Pastor

13        Johnny Hunt on the other, in 2010?

14           MS. NOKES:  Objection to form.  Outside

15        the scope of the EC 30(b)(6).

16   A.  That would be a question for Mr. Keahbone.

17   Q.  (BY MR. MacGILL)  One more question, sir, on this

18        line and with respect to this gentleman,

19        Mr. Keahbone, who's writing these comments.

20        He's writing on January 17th of 2023, is that

21        right, this tweet in Exhibit 82?

22   A.  It appears to be so.

23   Q.  And that would be, sir, how many years after the

24        alleged incident involving Mrs. ███

25           MS. NOKES:  Objection to form.

```
 1   A.   Roughly twelve and a half.

 2   Q.   (BY MR. MacGILL)  Twelve and a half.

 3        So this gentlemen, a representative of the

 4        Executive Committee of the SBC, is writing

 5        something 12 and a half years later, according to

 6        you, about an alleged sexual abuse that occurred

 7        some 12 and a half years prior; is that right?

 8             MS. NOKES:  Objection to form.

 9   A.   I would object to some of the statements that you

10        made in your question.

11   Q.   (BY MR. MacGILL)  All right.  I don't want you to

12        be objecting.

13   A.   No, I'm just saying like I disagree --

14   Q.   No, I want to make sure you're comfortable in

15        truthful testimony here.

16   A.   Okay.

17   Q.   So tell the jury how many -- Did he have any

18        evidence of actual abuse, to your knowledge?

19   A.   That would be a question --

20             MS. NOKES:  Objection to form.  Outside

21        the scope of the EC 30(b)(6).

22   A.   That would be a question for Mr. Keahbone.

23   Q.   (BY MR. MacGILL)  But, in any event, you can admit

24        that he's making a comment on January 17, 2023,

25        about an event in July of 2010, some 12 and a half
```

```
 1      years prior; right?

 2              MS. NOKES:  Objection to form and outside

 3      the scope.

 4  A.  It would appear that way.

 5  Q.  (BY MR. MacGILL)  As the operational arm of the

 6      SBC, did you take any steps to stop this kind of

 7      behavior and indicate something generally like,

 8      "You can't do this"?

 9              MS. NOKES:  Objection to form.  Outside

10      the scope.

11  A.  We do not -- The Executive Committee does not

12      reprimand people for Twitter or make the calls on

13      what they tweet.

14  Q.  (BY MR. MacGILL)  But he's acting, sir, as a

15      representative of the Executive Committee of the

16      SBC and he's tweeting these things in January of

17      2023.

18          There's no procedure to stop this kind of

19      behavior at the SBC Executive Committee?

20              MS. NOKES:  Objection to form.  Outside

21      the scope of the EC 30(b)(6).

22  A.  You would need to talk to Mr. Keahbone if he was

23      acting as a representative of the Executive

24      Committee.

25  Q.  (BY MR. MacGILL)  But you're president of the SBC
```

MAGNA
LEGAL SERVICES

```
 1        Executive Committee.
 2             Why didn't you take any steps to stop this or
 3        indicate, "You can't --" something like, "You can't
 4        say things like this."  Why didn't you take any
 5        steps along that line, sir?
 6             MS. NOKES:  Objection to form.  And
 7        outside the scope.
 8    A.  At this time I was not president of the Executive
 9        Committee.
10    Q.  (BY MR. MacGILL)  You were not president what?
11    A.  Of the Executive Committee.
12    Q.  What was your role in January of 2023?
13    A.  Vice president of communications.
14    Q.  Vice president?  Okay.
15             Let's go one more document, sir.  Let's look
16        at Exhibit 83.
17                  (Marked Exhibit No. 83, December 5, 2022
18        Bart Barber Tweet.)
19    Q.  (BY MR. MacGILL)  Have you seen Exhibit 83 before?
20    A.  Yes.
21    Q.  All right.  When did you first see this?
22    A.  December of 2022.
23    Q.  And did you -- You just follow Mr. Barber on
24        Twitter?
25    A.  I do.
```

```
 1   Q.   And so you saw this --

 2   A.   Yes.

 3   Q.   -- December 5th, 2022?

 4   A.   Uh-huh.

 5   Q.   What was your reaction to this, sir?

 6   A.   I do not remember my reaction to this.

 7   Q.   He says, "Hunt was the subject of a third-party

 8        investigation in response to allegations that he

 9        sexually assaulted a woman half his age."

10             Do you see that?

11   A.   I do.

12   Q.   That's part of what Mr. Barber wrote; is that

13        right?

14   A.   It is -- it appears to be.

15   Q.   Mr. Barber, at the time, was the president of the

16        SBC; is that correct?

17   A.   That is correct.

18   Q.   All right.  And he continues.  "He sexually

19        assaulted a woman half his age in ways that would,

20        to my knowledge, constitute a felony in any

21        jurisdiction in the United States."

22             Do you see that?

23   A.   I do.

24   Q.   By your interpretation, did you see that

25        Mr. Barber, the president of the SBC, was stating
```

```
 1        that Pastor Johnny Hunt had engaged in criminal

 2        activity with Mrs. ████.

 3               MS. NOKES:  Object to form.

 4   A.   I see that Bart is saying that.

 5   Q.   (BY MR. MacGILL)  Yeah.

 6        Sir, are you familiar with Pastor Jeremy

 7        Morton?

 8   A.   I am.

 9   Q.   And who is Pastor Jeremy Morton?

10   A.   He is the current pastor at First Baptist Church in

11        Woodstock, Georgia.

12   Q.   And what role, if any, did he have in relation to

13        Pastor Johnny Hunt?

14   A.   He was his successor at First Baptist Woodstock.

15   Q.   Did he take any steps to strip Pastor Johnny Hunt

16        of his emeritus status at the FBC Woodstock?

17               MS. NOKES:  Objection to form.  Outside

18        the scope.

19   A.   You would have to ask Pastor Jeremy what his

20        involvement in that was.

21   Q.   (BY MR. MacGILL)  What do you know about that, sir?

22   A.   The Executive Committee has no authority over local

23        churches and their actions, as we stated earlier

24        today.

25   Q.   Well, wait a minute, sir.  You have commissioned a
```

```
 1          report involving a pastor of the First Baptist

 2          Church, Pastor Johnny Hunt.

 3               It's in the report; is it not?

 4               MS. NOKES:  Objection to form.

 5     A.   We commissioned a report on the mishandling of

 6          Executive -- the mishandling of abuse allegations,

 7          as well as abuse allegations against members of the

 8          Executive Committee.

 9     Q.   (BY MR. MacGILL)  Well, but, sir, you've already

10          confirmed Pastor Johnny Hunt was a pastor at the

11          time of the alleged incident; right?

12     A.   Yes.

13     Q.   And, you know, what -- you commissioned a report

14          which included the activity -- which reported on

15          the alleged activities of the pastor of the First

16          Baptist Church at Woodstock; right?

17     A.   We commissioned a report that provided details on

18          allegations against Executive Committee members of

19          sexual abuse.

20     Q.   Did you predict, sir, or assume that, as a result

21          of this Guidepost report, that Pastor Johnny Hunt's

22          emeritus status at the First Baptist Church at

23          Woodstock would be rescinded or taken away from

24          him?

25     A.   Did I predict?
```

1    Q.    Yes, sir.

2    A.    I did not.

3    Q.    Is that a logical result of what you were involved

4          with, sir?

5    A.    That's a question --

6                MS. NOKES:  Objection to form.

7    A.    That's a question for the First Baptist Church of

8          Woodstock, Georgia.

9    Q.    (BY MR. MacGILL)  One last thing, sir.  I'm going

10         to put up one last exhibit.

11   A.    All right.

12               (Marked Exhibit No. 84, June 1, 2022

13         Email from John Yeats to Rolland Slade.)

14   Q.    (BY MR. MacGILL)  This is Exhibit 84.  Your counsel

15         produced this to us, I believe, last night.

16   A.    Okay.

17   Q.    Have you seen Exhibit 84 before?

18   A.    Give me a moment, please.

19            (The witness reviewed the document.)  I have.

20   Q.    All right.  And this is an email from John Yeats to

21         the -- Mr. Slade, the chairman of this -- or one of

22         the members of the committee?

23   A.    He was the chairman of the Executive Committee at

24         the time --

25   Q.    Okay.

MAGNA

LEGAL SERVICES

```
 1   A.   -- that's correct.

 2   Q.   And this is nine days after the report, is that

 3        right, nine or ten days after the report?

 4   A.   If the time stamps are correct, that's true.

 5   Q.   And then he asked for a retraction -- or correction

 6        to the report; right?

 7   A.   I'm sorry, I'm caught over here.  Let's see.

 8             John Yeats?

 9   Q.   Yes, sir.

10   A.   I do not see an ask.

11   Q.   Well, who is John Yeats?  Is he -- was he a member

12        of the Executive Committee?

13   A.   He was an ex-officio member of the Executive

14        Committee at the time, due to his role as the

15        recording secretary of the Convention.

16   Q.   All right.  And he is writing to the chairman of

17        the SBC Executive Committee saying what he says

18        here, right, We need to make a correction, right,

19        to correct an error?

20   A.   He does not say that we need to correct an error.

21   Q.   He says, quote --

22   A.   Oh, I'm sorry.  I'm sorry.  We really do need --

23        I'm sorry, I was looking at the second -- the next

24        sentence.  I apologize.

25   Q.   "The simple thing to do is correct the error --"
```

MAGNA
LEGAL SERVICES

1   A.   Yes, I see that now.

2   Q.   "-- by eliminating the paragraph"; right?

3   A.   I see that.

4   Q.   He said that eight or nine days after the report

5         was issued; right?

6   A.   That's correct.

7   Q.   And did the report get corrected at his request?

8   A.   That would be a question for Guidepost.

9   Q.   Do you know?

10   A.   I'm not certain.

11   Q.   On May 30 of 2022, ███ ████ wrote Guidepost and

12        indicated that the report had mischaracterized

13        certain events.

14           Are you aware of that?

15           MS. NOKES:  Objection to form --

16           MS. KLEIN:  Object to form.

17           MS. NOKES:  -- and outside the scope of

18        the EC 30(b)(6).

19   A.   I'm unaware of any communication between Pastor

20        ████ and Guidepost.

21   Q.   (BY MR. MacGILL)  Are you aware of any corrections

22        that were made on ███ ████ -- based on his

23        email of wanting -- of indicating that certain

24        events had been mischaracterized in the Guidepost

25        report?

MAGNA
LEGAL SERVICES

```
 1                 MS. KLEIN:  Object to form.

 2                 MS. NOKES:  Objection to form.  Outside

 3        the scope of the EC 30(b)(6).

 4   A.   I'm unaware of any corrections as a result of that.

 5   Q.   (BY MR. MacGILL)  This exhibit, Exhibit 80 --

 6                 MS. NOKES:  Four.

 7   Q.   (BY MR. MacGILL)  -- what is it, 84?

 8           And this is an email that was sent in the

 9        ordinary course of business at the Executive

10        Committee of the SBC?

11   A.   This was an email between Executive Committee

12        members.

13   Q.   And this has been part of your business records,

14        sir, in this case -- associated with this case?

15                 MS. NOKES:  Object to the form.

16   A.   I do not see the Executive Committee copied on

17        this.

18   Q.   (BY MR. MacGILL)  How did you get this email?

19   A.   I was provided it by counsel --

20   Q.   And they provided --

21   A.   -- as part of the documents.

22   Q.   When did you get this?

23   A.   Last week.

24   Q.   Last week?

25   A.   Uh-huh.
```

1    Q.   And is this -- this is an email exchanged among

2         Executive Committee members of the SBC?

3                   MS. NOKES:  Objection to form.

4    A.   It is.

5                   MR. MacGILL:  That's all we have, sir.

6         That you very much.

7                   MR. BUNDREN:  The witness will read and

8         sign.

9                   THE VIDEOGRAPHER:  Okay.  No more

10        questions?

11                  MR. MacGILL:  No more questions.

12                  THE VIDEOGRAPHER:  Okay.  That concludes

13        today's testimony.  We're off the record at

14        5:12 p.m.

15

16

17

18

19

20

21

22

23

24

25

MAGNA
LEGAL SERVICES

380

```
 1

 2

 3

 4

 5                              _____
                                     JONATHAN HOWE
 6

 7

 8        State of Tennessee        )

 9        County of _____    )

10

11        Subscribed and sworn to before me this _____

12        day of _____, 2024.

13

14

15                              _____
                                      Notary Public
16

17

18        My Commission Expires:

19

20

21

22

23

24

25
```

```
 1                    REPORTER'S CERTIFICATE

 2

 3        STATE OF TENNESSEE  )
          COUNTY OF MAURY     )
 4

 5
              I, MARTA G. HARRA, LCR #468 and CCR #0317,
 6        a licensed court reporter in and for the State
          of Tennessee, do hereby certify that I recorded
 7        to the best of my skill and ability by machine
          shorthand all the proceedings in the foregoing
 8        transcript, and that said transcript is a true,
          accurate, and complete transcript of my
 9        shorthand notes.

10
              I further certify that I am not related to
11        nor an employee of counsel or any of the
          parties connected with the action, nor am I in
12        any way financially interested in the outcome
          of this case.
13

14            I further certify that I am duly licensed by
          the Tennessee Board of Court Reporting as a
15        Licensed Court Reporter as evidenced by the LCR
          number and expiration date following my name below.
16

17

18

19            SIGNED this 11th day of MARCH 2024.

20

21

22            _____
              MARTA G. HARRA
23            Licensed Court Reporter #468
              Certified Court Reporter #0317
24            Expiration Date: 6/30/2024

25
```

MAGNA

LEGAL SERVICES



# Magna
## Key Contacts

**Schedule a Deposition:**
Scheduling@MagnaLS.com | 866-624-6221

**Order a Transcript:**
CustomerService@MagnaLS.com | 866-624-6221

**General Billing Inquiries:**
ARTeam@MagnaLS.com | 866-624-6221

**Scheduling Operations Manager:**
Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)

**Customer Care:**
Cari Hartley (E: CHartley@MagnaLS.com | C: 843-814-0841)

**Director of Production Services:**
Ron Hickman (E:RHickman@MagnaLS.com | C: 215-982-0810)

**National Director of Discovery Support Services:**
Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)

**Billing Manager:**
Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)

**Director of Sales Operations:**
Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)

# MAGNA ⊳
## LEGAL SERVICES

## A

**a.m**
2024:39 2032:10
2116:52 2117:4,6
2117:10 2148:50,52
2149:4,8 2182:50
2182:52 2183:4,8
2330:36,38,40
2331:18

**ABC's**
2343:52

**abhorrent**
2264:42 2265:14,36

**ability**
2204:44 2248:20
2249:42,50 2250:30
2252:26 2253:20
2255:10 2259:4,4
2260:40,42 2275:16
2275:36 2404:16

**able**
2169:24 2178:22,48
2272:34 2277:12
2278:12 2279:34
2305:44,46 2307:18

**absolutely**
2086:42 2367:4
2370:52

**abuse**
2029:26 2031:22
2051:32 2084:38
2092:18,36 2096:42
2098:6,16,24,34
2099:8,14 2100:46
2101:10,26,30,44
2101:50 2102:20
2131:4 2137:18
2142:30 2155:50
2156:18,22,38
2157:32,38 2158:30
2161:38 2163:12
2164:8,16 2170:44
2173:6,16,38,48
2174:6,10 2175:50
2178:22,48 2181:4

2181:14,20,34,42
2181:46,52 2182:4
2182:10,12,20,30
2193:16 2194:20,22
2194:24,24 2197:10
2200:26 2202:4,18
2202:50 2205:24
2206:12,26 2208:8
2208:52 2209:14,22
2209:48 2210:10,26
2210:34,36,46,46
2211:8,10,26
2212:4 2213:12
2226:26 2227:30
2228:28,30,40
2229:36,36 2230:12
2231:22,30 2232:14
2232:14,24 2234:40
2234:40 2235:50,50
2237:38,38 2238:28
2239:14 2242:30,34
2242:44 2243:32,44
2243:50 2245:8,34
2245:42 2247:22,32
2247:38,40,52
2270:44 2271:20
2277:12 2278:12
2279:34 2283:46
2290:40 2291:6,16
2291:30,52 2292:22
2292:32,42 2297:26
2297:52 2298:12
2302:50 2305:18,48
2332:20,24,48
2333:46 2334:18,42
2335:20,32,44
2336:20 2337:20
2355:38 2359:20,30
2361:52 2362:14,16
2362:24,30,40
2375:20 2376:48
2381:20,22,24,28
2381:42 2384:34
2385:40,46 2389:16
2392:14,38 2397:14
2397:16,40

**abused**
2208:40

**abuser**
2357:52 2375:38
2376:14,28,38
2377:6,26,46
2378:36,50 2379:6

**abusers**
2193:6,44 2194:4,14
2194:16,38 2384:12

**abusive**
2382:48 2383:24

**accepted**
2227:12 2353:8

**access**
2048:32 2094:32,34
2094:44 2118:42
2187:42

**accessing**
2122:12

**accomplished**
2370:22,30,38

**accounts**
2081:14 2106:30
2115:50

**accumulation**
2113:48

**accuracy**
2131:24 2133:20,36
2139:8 2253:34
2255:46 2256:6,22
2256:36,48 2257:34
2258:14 2260:16,52
2261:14

**accurate**
2048:6 2072:24,26
2131:18 2132:10,28
2204:30 2220:12,20
2222:4 2225:48
2389:40 2404:19

**accurately**
2199:52 2200:6
2351:28

**accusations**
2266:4 2378:8
2379:26,30

**accused**
2331:26 2348:30
2349:14 2350:20,30
2350:40 2351:16
2352:24,28,48
2354:6 2355:32,48
2356:26 2357:50
2358:4 2359:36,44
2359:52 2360:10,18
2360:34 2361:4,20
2361:32 2363:4
2364:12 2380:28

**accused'**
2357:52

**accuser**
2350:26 2377:38
2378:6 2379:24

**accusing**
2382:50

**acquisitions**
2377:38

**act**
2070:12 2102:48
2239:24 2347:24
2362:30

**acted**
2219:40

**acting**
2101:22,28 2173:14
2173:16,22 2238:14
2296:38 2320:34
2365:50 2367:46
2382:50 2393:30,48

**action**
2145:44,48 2208:44
2209:6 2216:4
2237:12 2364:22
2404:25

**actions**
2093:40 2094:18
2139:16 2158:52
2159:34 2160:6,22
2193:50 2211:30
2214:52 2216:20
2220:44 2221:28
2222:44 2230:46

MAGNA○
LEGAL SERVICES

2231:8 2234:52
2236:14,26,46
2237:10,16,20,24
2264:40 2382:50
2383:24 2385:24,34
2385:40 2396:48
**active**
2387:16
**activist**
2382:52
**activities**
2182:34 2347:14,20
2367:44 2397:32
**activity**
2182:22 2396:6
2397:30
**acts**
2166:24,24
**actual**
2121:38 2392:38
**ad**
2102:52 2266:8
**Adam**
2066:26
**adapt**
2204:46
**added**
2183:40 2188:20
**addition**
2039:44 2081:52
2098:46 2116:26,28
**additional**
2361:44
**Additionally**
2360:44
**address**
2264:28
**addressed**
2197:4
**adjudicate**
2205:46 2336:32
**administrative**
2305:34
**admit**
2133:10 2202:40,44
2202:46 2347:6,10

2392:48
**admitted**
2237:48
**admitting**
2232:42,44,50
**adopted**
2360:10
**adoption**
2222:36,36 2223:12
2223:14
**Adron**
2066:26
**advance**
2343:28
**advances**
2181:26,32,36,48
**advice**
2063:26
**advised**
2343:26
**advisor**
2063:20,24 2186:8
**affairs**
2166:50 2168:42
2240:34 2241:28
**affect**
2237:24
**affiliated**
2195:36 2196:16
**affirm**
2364:34
**affirmative**
2093:32
**affirmed**
2350:30
**affirming**
2351:20
**afternoon**
2043:52 2044:30
2095:30 2229:16
2247:20 2325:42
**age**
2395:20,40
**aggregate**
2065:22
**AgileLaw**

2048:24,30
**ago**
2149:30 2162:38
2237:48 2259:18,22
2325:10 2338:40
**agree**
2210:20,30,40
2221:22,38 2222:8
2273:10 2278:40
2339:30
**agreed**
2027:30 2169:50
2189:36 2231:16
2285:18
**agreement**
2071:28,34 2190:48
2262:42 2263:12
2264:20
**Ah**
2107:26
**ahead**
2046:14 2116:44
2141:40 2182:44
2206:48 2224:12
2233:38 2277:46
2322:52 2328:38
2339:22 2383:10
**aim**
2228:32
**aimed**
2078:20 2228:24
2370:42
**al**
2032:20
**Alex**
2026:16 2048:40
**allegation**
2163:12 2195:26
2334:18,42 2335:18
2335:44 2336:18,48
2337:20
**allegation's**
2229:48
**allegations**
2142:30 2161:38
2164:6,16 2194:38

2194:52 2195:12,18
2195:30,34,40,42
2196:6,14,22,42,50
2201:40 2202:6,18
2202:52 2205:24
2206:12,26 2208:8
2210:12,26,34,44
2211:6,26,36
2216:6,22 2220:46
2221:30 2222:46
2229:34,50,52
2230:12 2231:24,24
2232:12 2234:38,50
2235:50 2236:12
2237:38 2274:48
2290:40 2291:6,16
2291:30,50 2292:22
2292:32,42 2293:4
2300:14,36 2301:8
2316:18 2330:22
2331:4,50 2332:6
2332:18,26,32
2333:44 2335:32
2336:10 2352:18,22
2376:48 2377:40
2378:4 2379:30
2395:18 2397:14,16
2397:38
**alleged**
2332:46 2356:6
2362:40 2391:50
2392:14 2397:24,32
**allocated**
2107:14,18
**allocations**
2104:36 2108:12
**allowing**
2382:18,32
**allows**
2234:24
**alter**
2253:22 2275:18
**Amazon**
2093:18,22,24,36,46
2094:42 2095:8,20
2095:44 2118:38,40

2118:44 2341:12
2342:10,24 2366:46
**ambush**
2338:8,12,22,30
2339:12,18,40
2340:16
**Amended**
2028:26,33 2034:40
2046:24
**American**
2084:18 2085:40,46
2086:4,16 2087:30
2087:42 2105:16,22
2108:28 2109:14,28
2112:36
**amount**
2113:16
**amounts**
2112:16 2116:32,36
2116:36
**amusing**
2317:52 2318:6,10
2318:14,18,30,34
**Amy**
2029:33 2030:32
2127:38 2128:10
2168:18 2176:48,48
2185:50 2328:18
2329:4,42
**Anaheim**
2358:6 2359:16,26
2359:40 2360:18
2362:20
**analysis**
2117:22 2256:36
**and/or**
2255:44 2256:26
2262:18
**Anderson**
2025:44 2037:20,46
2037:50 2038:18
2040:42 2041:20
2042:20
**Anderson's**
2037:30
**Andrew**

2164:50
**Angela**
2185:46
**Announcements**
2080:36
**annual**
2029:27 2050:16
2051:14 2079:26
2103:4,20,22,26,42
2104:8 2109:36,44
2115:22 2156:42
2157:40,50 2165:36
2166:28 2169:8,32
2345:18 2358:6
2359:16,26,40
2360:18 2362:10,18
2364:22 2375:14,32
2380:30 2384:10
**annually**
2107:16 2109:48
2111:24 2113:36,48
2152:32 2170:6
**annuity**
2106:18,20,20,24,24
2108:22
**answer**
2122:36 2126:8
2132:20 2133:32,44
2134:10,24,28
2195:52 2211:14,18
2217:4 2219:48
2221:18 2235:24
2243:16,22 2244:44
2250:50 2251:4
2252:42 2253:44
2263:4,36,40,42
2264:18,18 2267:22
2267:24 2277:52
2279:8 2281:24
2284:52 2285:12
2289:52 2307:12
2353:12,16 2355:8
2372:22 2384:32
**answer's**
2307:30
**answered**

2132:18,36 2134:6
2140:46 2189:48
2216:40 2241:14
2257:24 2334:48
2353:4 2354:50
2355:16
**anticipate**
2034:12,16
**anticipated**
2055:24
**anticipation**
2333:38
**anybody**
2123:32 2129:24
2209:26
**AP**
2369:40
**apart**
2288:46 2289:20
2302:48
**apologies**
2068:18
**apologize**
2081:34 2225:36
2399:50
**apparently**
2217:36 2279:44
2296:12
**appear**
2203:12 2227:26
2393:10
**appearances**
2025:4 2026:4
2032:40
**appeared**
2034:50
**appears**
2048:4 2072:32,40
2138:12 2178:6
2179:30 2212:44
2213:44 2217:26
2347:50 2348:10
2357:16 2360:4
2361:38,40 2363:34
2381:10 2387:34
2388:32,40,52

2391:46 2395:30
**appendices**
2100:12 2204:24
2246:52
**appointed**
2101:12,40,46,48
2102:16 2156:6,24
2171:26 2174:14
2184:4 2213:12,20
2297:20,34,50
2298:8,12 2316:52
**appointees**
2389:46
**appointment**
2080:30 2086:20,22
2086:28
**appointments**
2102:6 2156:8
**appraised**
2373:42
**appreciate**
2106:36
**apprized**
2372:40
**approach**
2099:16 2343:26
**approaches**
2099:10
**appropriate**
2266:18 2366:30
**appropriately**
2201:44
**approval**
2352:42 2359:22
**approve**
2034:24 2075:46
2187:14 2225:18
2270:36 2329:16
2350:36 2359:28,42
**approved**
2158:40 2159:30
2165:48 2186:48
2217:52 2278:24
2347:52 2350:10,16
2351:18,34 2352:6
2353:42,48,52

2354:10 2355:28,46
2355:52 2356:16,36
2359:46 2360:16
2362:8,18,50
2363:8,18,32,40,46
2364:4,12,18
2365:14
**approving**
2282:12
**approximate**
2113:16 2115:38
**approximately**
2032:10 2057:14
2059:16 2060:16
2062:50,52 2074:22
2075:16 2103:44
2104:22 2107:6,38
2107:50 2109:34
2110:28 2111:28
2113:10 2114:48
2116:14 2117:40,52
2121:26 2122:16,52
2124:8 2170:4
2363:38 2364:10
**ARANT**
2025:25,32 2027:18
**archive**
2309:20
**archived**
2309:8
**archives**
2158:22
**area**
2381:18
**ARITF**
2384:46,50 2385:12
**Arkansas**
2053:22,24,28
**arm**
2393:12
**arose**
2050:24 2282:8
**arrange**
2345:26
**arranged**
2333:14 2343:4

**arrangements**
2258:22
**arrest**
2332:30
**arrested**
2331:24 2332:46
**arrests**
2332:18,22,22
**article**
2030:36,48 2031:21
2150:48 2151:12,14
2151:46 2152:12
2162:22 2197:6,24
2197:26,38 2198:6
2198:34,46,48
2199:14,40,40,50
2209:16 2215:22,24
2217:6 2345:28
2347:36,52 2348:20
2348:26 2349:8
2350:10,38 2351:20
2351:28 2364:40
2365:12 2381:40
2382:4,6
**articles**
2073:40,44 2074:14
2074:22,42,48
2075:16,28,34,46
2332:10,12,16
2367:26
**ascertain**
2117:16
**asked**
2094:16 2134:22
2146:8,8,12
2189:46 2216:40
2228:20 2236:34
2240:8 2241:12
2257:22 2293:12
2294:4,14 2295:34
2295:50 2317:14,18
2318:20 2330:34
2334:48 2342:42
2353:4 2354:50
2355:16 2378:32
2399:12

**asking**
2098:28,38 2110:52
2126:52 2139:28
2186:32 2202:38
2220:36 2236:38
2242:46 2259:16
2263:6 2266:46
2277:36,50 2296:22
2301:24 2306:46
2307:10,12 2321:4
2337:14 2346:38
2353:36
**assault**
2353:24,30 2354:12
2355:38 2356:6
2363:6 2377:40
2379:24
**assault/abuse**
2380:28
**assaulted**
2395:20,40
**assaulting**
2348:30 2352:30,48
2354:8 2355:32,50
2363:4
**assembled**
2190:50
**assess**
2188:10
**assessing**
2175:48
**Assignment**
2030:41 2356:50
**assist**
2213:12 2277:24
2278:20,48 2281:4
2282:6 2344:46
**assistant**
2185:48
**assisting**
2038:28
**associate**
2056:34,46,48
**associated**
2051:40,52 2052:44
2052:46 2055:32

2058:28 2083:22
2084:46 2137:32
2138:12 2140:6
2196:36 2293:40
2300:36 2301:6
2315:42 2321:42
2332:24 2367:12,32
2401:30
**associations**
2151:26 2215:48
2216:14,30,50
**assume**
2100:44 2227:26
2249:34 2277:44
2314:16 2397:42
**assumed**
2100:42 2344:16
**assuming**
2178:18 2277:48
2302:16
**assuring**
2178:20,46 2277:8
2278:8 2279:32
2283:44 2284:4
2286:10
**attached**
2177:18
**attachments**
2299:26
**attacks**
2266:8
**attempt**
2060:34 2151:22
2221:46
**attend**
2330:50
**Attorneys**
2287:48 2304:6
**audience**
2227:20,22
**Augie**
2207:20,42,46,46
**Augie'**
2205:26
**August**
2033:50 2054:20

**MAGNA**
LEGAL SERVICES

2055:6,8 2064:50
2071:20 2127:50
2128:42 2129:38
2205:26 2207:22,46
2212:38 2226:6
2227:6,8,12
2331:40,44
**author**
2251:22 2314:12,32
2315:22,24
**authored**
2348:8,10
**authority**
2097:26 2150:12
2151:4,14,22,40,50
2166:48 2168:40
2214:50 2215:44
2216:4,10,18,18,28
2216:36,44,46
2220:44 2221:26,44
2222:42 2248:20
2249:42 2250:22,30
2250:38 2252:24,50
2253:32 2275:30
2396:46
**authorization**
2096:12 2150:20
2157:22 2159:46,50
**Authorizations**
2157:12
**authorize**
2224:44
**authorized**
2054:26 2059:30,32
2059:40,42,46
2060:12 2061:34
2096:8,18,24,26,34
2096:50 2097:4,8
2097:12 2101:18
2156:4,44,46,52
2157:30 2158:28
2159:12,16,32
2172:22,30,34,36
2172:40,50 2173:20
2173:28,32,36,48
2174:14 2250:42

**authorizing**
2029:26 2060:8
2157:26,38 2158:8
**autonomous**
2220:42
**auxiliary**
2105:4 2151:26
**auxillary**
2215:46 2216:12,30
2216:48
**available**
2094:10 2095:48
2178:36 2180:22
2280:26
**Avenue**
2025:35 2026:11,17
2026:28
**average**
2074:14 2128:50
2311:16
**aware**
2046:6 2065:42
2107:24 2197:12,14
2209:32 2239:20
2247:22 2248:4
2249:36 2271:52
2285:24,26,40,44
2285:52 2286:22
2288:50 2300:10,22
2300:30,44 2304:28
2307:32,34 2317:16
2324:14 2333:42
2334:26 2338:46
2339:38 2343:8,12
2365:34 2367:18,22
2367:24,26,50
2379:34 2400:30,44
**awareness**
2188:28

―――――――――
**B**
―――――――――
**B**
2028:18 2029:4
2030:4 2031:4
2187:4
**B-I-A-N-C-H-I**

2035:38
**B-O-T-O**
2331:44
**B-R-A-M-L-E-T-T**
2067:34
**B/W**
2188:22
**back**
2069:22 2072:22
2078:10 2117:12,14
2134:26 2137:48,50
2162:30 2170:48
2178:44 2179:16
2180:36 2186:50
2211:16,18 2213:40
2214:40 2215:32
2224:28,32 2248:12
2250:52 2259:14
2266:48 2281:48
2288:22 2353:12
2358:42 2362:46
2369:12 2370:8
**background**
2047:14
**badgering**
2223:42
**balanced**
2315:10
**Baptist**
2024:15,18,31
2026:25 2027:10
2028:27,31 2030:36
2032:18,20 2033:6
2033:10,34,40
2034:44 2035:24
2036:48 2044:14
2046:20 2056:36,50
2059:50 2060:6
2073:6,12,20,26,40
2073:42 2074:4,8
2074:12,20,28,40
2075:18 2076:14
2077:16 2078:18,24
2078:40,52 2079:24
2080:36,52 2083:42
2083:44,52 2084:6

2084:36,42 2085:52
2087:6 2088:12,28
2088:28,38,44,46
2088:52 2089:30,38
2089:44,50 2090:12
2090:24 2092:28,32
2093:4,52 2107:4
2118:34 2119:10
2123:16 2126:4
2130:14 2143:22
2145:52 2149:18,38
2151:24,48,50
2155:44 2158:28
2166:28 2167:44
2168:36,50 2169:22
2169:52 2171:46
2175:38 2177:36,38
2189:24,42 2192:50
2194:52 2197:46
2199:10,44 2200:42
2201:14,44 2212:42
2213:14 2214:22,26
2214:32,46,48
2215:46,52 2216:12
2216:16,28,38,48
2220:42 2221:26
2227:50,52 2228:6
2228:42 2241:16
2251:26,40 2332:20
2338:36 2344:48
2345:20,24 2347:34
2347:48 2348:22,40
2348:50 2349:8,28
2351:8 2360:48
2365:6 2370:4
2379:32,34,36
2380:22 2381:6
2382:6 2396:22,30
2397:4,34,46
2398:16
**Baptist-related**
2080:34
**Baptistpress.com**
2118:22,26,30
2119:4 2121:4,8,10
2121:26,30 2122:10



2122:20,46 2123:4
2124:8,46
**Baptists**
2070:14 2071:12
2073:34 2079:10,16
2085:4,8,30,38
2193:18,30 2228:26
2228:36 2345:6
**Barber**
2031:32 2090:40
2138:18,46,48,50
2139:4,14,20,26,28
2139:34 2140:4,16
2140:48 2142:26,46
2143:22 2153:20,34
2154:4,20,34,46
2155:6,36 2161:48
2394:38,48 2395:26
2395:32,52
**Barber's**
2089:6 2090:22,52
2138:32,44 2140:10
2140:28 2141:32
2155:18
**Bart**
2031:32 2089:6
2143:22 2394:38
2396:10
**based**
2045:32 2050:22
2054:24 2055:30
2069:38 2076:38
2151:34 2169:24,36
2187:4 2227:4
2235:38 2335:16
2363:28 2400:46
**basic**
2214:44 2334:38
2340:8,42 2351:46
2361:18
**basis**
2085:12 2169:34
2350:16,18,32
2352:44 2391:22
**Bates**
2288:26 2319:36

**bathroom**
2148:38
**Batts**
2175:28 2183:34
2269:14 2276:10
2295:4,12
**bbundren@bradle...**
2025:30
**becoming**
2055:44 2124:28
**began**
2069:28 2079:44
2154:4,46
**beginning**
2053:48 2155:8
2262:38 2291:14
**behalf**
2027:12 2076:52
2099:4,30 2101:28
2103:38 2104:14,24
2106:30 2119:46
2166:24,26,26
2173:16 2230:10
2305:36 2306:44
2320:52
**behavior**
2265:36 2393:16,40
**believe**
2038:20 2053:22
2070:10,28,40,46
2081:10 2125:20
2130:44 2143:10,28
2152:28 2162:20
2171:18 2185:10
2187:42 2219:40
2220:18 2251:46
2252:22 2277:34
2290:32,36 2303:34
2309:30 2315:36
2320:6 2331:8
2357:34 2363:46
2364:4 2367:14
2381:38 2398:32
**believed**
2275:46
**believer**

2388:6
**believes**
2273:44
**Bend**
2381:18
**beneath**
2312:42
**Benkert**
2031:21 2381:12,14
2381:34,42 2383:26
**Benkert's**
2382:50
**Besen**
2025:34 2037:18,28
2037:48 2040:38
2041:8,10 2042:20
2076:48 2077:6,12
2077:30 2282:50
2346:20,38 2372:6
2372:32,48
**best**
2052:50 2053:4
2060:38 2070:12
2079:14 2213:46
2404:16
**bet**
2147:46
**better**
2346:4
**beyond**
2233:42 2252:34,46
2252:52
**Bianchi**
2035:30,38
**bible**
2108:46
**bibles**
2108:46
**big**
2065:8
**biggest**
2079:40
**billion**
2104:10 2107:8,12
2108:18,50 2110:34
2111:14,34,52

2113:16,28 2115:38
2116:34 2169:32,40
2169:44 2170:6
**bills**
2187:14 2277:26
**Bischoff**
2030:14 2299:6,12
**bit**
2047:12 2060:42
2072:38 2213:30
2337:46 2377:18
**blacked**
2357:10
**BLAIR**
2026:26
**Blalock**
2164:32 2244:24
2282:46
**Blalock's**
2244:36
**blank**
2037:36 2061:16
2068:18
**blanks**
2067:26
**Bless**
2314:6,10
**board**
2050:20,20,26
2056:36 2057:4,6
2057:32,34,36,44
2060:48,50,52
2065:50,52 2066:8
2066:10,30,36,44
2066:52 2068:28,34
2084:18 2085:42,48
2086:6,16 2087:32
2087:44 2096:32
2097:8,26 2105:18
2105:18,24,24
2106:18,20,22,26
2108:28,30,34
2109:14,16,28,40
2112:38,42 2166:38
2166:52 2167:8
2168:42 2241:30

2283:38 2404:31
**boards**
2105:16 2162:28
**body**
2151:24 2215:46
2216:12,28,48
**bold**
2158:10
**book**
2311:40,44
**books**
2108:14,46
**Boto**
2205:26 2207:20,22
2207:42,46,46
2331:40,44,46
**bottom**
2388:44
**BOULT**
2025:25,32 2027:18
**bounce**
2141:16
**bounds**
2324:50
**Box**
2025:46
**Bradley**
2025:25,32 2027:18
2032:28 2039:44
2040:20,24,26
2044:26 2076:44,46
2309:30,32 2312:4
2373:14,24 2374:16
**Bramlett**
2067:34 2068:8
**Brandon**
2025:26 2032:52
2040:16 2042:18
2077:36,40
**breadth**
2121:22
**break**
2114:16 2116:46
2148:38 2182:42,46
2212:26 2224:14
2229:24 2276:28,52

2281:38 2304:10
2325:50 2327:52
2385:52
**breakout**
2288:14
**brief**
2053:36 2233:40
**briefing**
2079:46
**briefly**
2357:34 2375:14
**bring**
2108:10 2115:4
2234:14 2259:50
2276:50 2323:10,16
**brings**
2108:22
**broad**
2230:36,42 2239:22
**broadcast**
2129:10
**broadcasts**
2344:20
**broadly**
2119:46
**Broadway**
2025:27 2032:30
**Brotherhood**
2038:36,40,44,46
2039:4,30
**brought**
2115:32 2159:20
2316:18 2358:48
**Bruce**
2029:43 2100:20
2164:28 2165:6,14
2172:42 2173:4
2213:4 2242:50
2246:30 2305:4,22
2312:30 2313:4,8
2313:10 2315:32
**Bucas**
2165:8,12,14
**budge**
2109:44
**budget**

2102:38 2169:8
**budget's**
2109:36
**budgets**
2104:6
**bullet**
2161:32 2164:14
2190:46 2191:50,52
2213:32 2319:26
**Bundren**
2025:26 2033:4
2042:18 2048:14,20
2048:28,36 2133:50
2134:6,16 2206:38
2232:52 2233:16,24
2233:30,36 2234:10
2262:32,40,48
2263:12,22,44,50
2264:10,24,34,40
2264:46,52 2265:10
2265:16,22,26,38
2265:48 2266:6,14
2266:20 2323:28,34
2402:16
**business**
2070:32,34 2102:38
2122:4 2123:14
2222:38 2223:14
2338:42 2340:38
2371:26,30 2401:20
2401:28
**button**
2097:50 2203:52
2258:30 2287:4
2365:44
**Bylaw**
2145:8,10,20
**bylaws**
2029:30 2145:8,22
2162:18 2167:30,42
2167:46
––––––––––––––
**C**
––––––––––––––
**C**
2026:27 2069:10
**C-U-M-M-I-N-G-S**

2067:42
**call**
2034:20 2037:24
2053:36 2097:34
2105:48 2119:26
2317:18 2322:30
2328:38 2330:4,10
2330:12 2331:14,16
2331:20
**called**
2033:18 2034:16,18
2082:50 2127:52
2145:4,10,12,16
2165:22,24,26,40
2316:42 2317:32
**calling**
2328:24 2349:36
2350:50
**calls**
2318:46,52 2319:6
2393:26
**canceled**
2030:37,49 2345:32
2347:38 2364:44
**candid**
2351:6
**candidacy**
2080:36
**candidates**
2068:22
**Cane**
2069:10
**capabilities**
2344:40
**capacity**
2161:52 2321:6
**caption**
2027:22
**carbon**
2372:16
**care**
2366:24
**careful**
2336:50
**Carolina**
2127:44

**Carolyn**
2066:26
**carrying**
2366:36
**case**
2032:26 2035:10,14
2162:48 2179:4,10
2233:22 2241:42
2264:40 2271:4
2323:20,22 2362:24
2401:30,30 2404:27
**cases**
2212:4
**cast**
2376:26,36 2377:4
2377:26,44 2378:30
2378:48
**catalog**
2371:20
**caught**
2399:16
**caused**
2337:22
**causing**
2389:10
**cautious**
2344:32
**CBS**
2344:8
**CCR**
2024:50 2404:13
**censure**
2221:44
**CEO**
2033:42,48,52
2034:14 2312:26
**certain**
2039:20 2041:48
2044:44 2045:46
2047:34 2056:40
2065:26 2077:28
2082:42 2083:22
2094:44 2112:20
2116:24 2141:36
2142:52 2143:24
2152:44 2153:14

2191:8 2193:4
2213:46 2285:24
2292:10 2347:12,20
2357:10,12 2365:20
2386:34 2400:22,28
2400:48
**certificate**
2027:24 2404:4
**Certified**
2027:32 2404:49
**certify**
2404:15,23,30
**cetera**
2027:24
**CFO**
2282:42
**chair**
2067:52 2068:6
2102:18 2183:42
2263:32
**chairman**
2066:16,20 2067:16
2067:28,30,38,46
2067:50 2068:16
2071:24 2100:46
2101:10 2171:32
2173:6,10 2213:6
2279:40 2305:18
2329:22,52 2398:44
2398:48 2399:34
**chairmen**
2066:24
**challenges**
2030:44 2196:50
2358:26
**change**
2079:42 2249:50
2250:46
**changes**
2079:42 2218:22,26
2218:38,42 2220:6
2220:8,10,16
2248:16,30 2249:10
2249:36,44 2250:30
2274:4 2275:38
**characterize**

2169:46 2200:4,6
2240:18
**characterized**
2208:38 2379:4
**characterizing**
2281:12,52
**charged**
2190:38 2191:8
2192:20 2252:12
**charges**
2362:32
**charities**
2365:22,26
**Charleston**
2025:47
**charter**
2149:24
**chase**
2079:34
**check**
2125:18 2132:40
2250:44 2251:8
2252:28 2383:48
2384:6,18,46
**checked**
2125:24
**chief**
2035:42
**child**
2193:6,20,34
2194:14,36 2195:4
2195:14,42 2196:22
2196:44
**choice**
2349:34
**chooses**
2222:40 2223:16
**chosen**
2175:4,10
**Chris**
2175:24 2184:8,8,14
2184:24 2269:28
2276:10
**Christian**
2106:8 2129:52
**Christianity**

2369:32
**Christina**
2030:14 2299:6,12
**Christy**
2035:30
**Chronicle**
2197:8,28 2198:6,32
2198:46 2199:22,40
2199:52 2201:12
2209:16 2332:12
2369:28
**church**
2088:28,46 2089:38
2090:14 2127:44
2151:24,50,52
2185:42 2193:8,46
2200:42 2210:36,46
2211:8,10,24,28
2214:32 2215:4,46
2216:12,22,28,38
2216:48 2219:40
2220:42,46,48
2221:28,36,38,48
2222:44,48 2223:30
2224:6 2229:38
2231:12 2232:16
2234:42 2235:52
2236:12 2237:40,52
2357:26,28,34,40
2360:46 2374:38,48
2374:52 2375:6
2379:34,38 2380:20
2380:22 2381:4,6
2390:38 2396:22
2397:6,34,46
2398:16
**churches**
2036:6,22 2089:44
2089:44 2102:34
2103:32 2104:42
2144:36,46 2149:38
2195:38 2196:16
2197:46 2199:10,44
2201:16,44 2332:20
2344:46 2365:20,24
2367:28 2371:30,32

2371:38 2382:18,32 2396:48

**circulated**
2286:24

**circumstance**
2200:18

**cited**
2259:12

**citizen**
2337:14

**civil**
2027:20 2356:4,14 2356:22 2360:26 2361:12 2362:32

**claim**
2151:20,48 2223:28

**claimed**
2070:52

**claiming**
2265:36 2382:46 2383:20

**claims**
2193:4 2373:16

**clarification**
2074:38

**clarify**
2050:46

**clear**
2058:24 2071:52 2229:20 2232:44 2375:8

**clearly**
2210:50

**click**
2118:46 2135:20 2141:6

**close**
2386:4

**clues**
2363:30

**coached**
2236:36

**coaching**
2233:22

**CoC**
2178:16,44 2187:6

2187:44,44 2188:8 2188:8,18 2273:44

**CoC.docx**
2299:28

**cohosted**
2127:48

**collated**
2332:42

**colleague**
2342:42

**collected**
2273:22 2331:28,32

**collection**
2045:12 2197:36 2331:28 2332:48

**combined**
2122:46 2123:4

**come**
2050:40 2058:18 2061:14 2062:30 2075:34 2083:48 2102:36 2127:22 2200:46 2212:14 2289:18 2302:50 2326:6 2330:28 2334:10,10

**comes**
2099:26 2305:40

**comfortable**
2140:38 2392:30

**coming**
2121:52 2148:28 2268:42 2269:30 2276:18 2322:14,22 2324:38

**comment**
2392:50

**commenting**
2326:30

**comments**
2186:16 2261:28,50 2262:18 2267:6,32 2268:16 2299:34 2304:20,28 2391:40

**commissariat**
2065:44

**commission**
2054:44,50 2057:4 2059:6 2105:46 2221:24 2374:52 2403:38

**commissioned**
2058:52 2061:30 2063:6 2125:44,52 2250:12 2396:52 2397:12,28,36

**committed**
2168:42 2241:28 2290:40 2291:6,16 2291:30,52 2292:24 2292:34,42 2332:46

**committee**
2024:17,30 2025:24 2025:42 2027:10 2028:27,31 2029:30 2030:29,33,41 2032:16 2033:4,34 2033:40,48 2034:24 2034:38,44 2035:24 2035:32,34,40,44 2035:50 2036:46 2037:20,32 2038:30 2040:6 2042:38 2046:4,20,52 2048:10 2049:6 2050:16,34 2051:30 2051:36,42 2052:34 2054:6,28 2055:44 2056:28 2057:38,44 2058:14,32 2059:26 2061:4,26,52 2062:18,22,30,40 2062:52 2063:18,20 2063:30 2064:18,26 2065:10,24 2066:4 2066:14,24,32 2067:38,46,50 2068:16,22 2070:6 2071:6 2072:8,14 2073:18,24,28,30 2073:38 2074:4,10 2074:20,36,44

2075:20,26,36
2077:48 2080:32
2084:36 2088:24
2092:16,26,40,48
2093:30,44 2094:20
2096:6,32 2097:10
2097:26 2099:4,30
2101:12,34,50
2102:18,32,44,46
2103:6,8,12,38
2104:14,20,22
2105:12,22 2106:40
2106:48 2110:22
2113:26 2114:26,30
2116:12 2119:48
2120:52 2126:22
2127:30,32 2129:42
2130:50 2131:12
2132:8,48 2133:16
2136:46 2140:26,40
2144:50,52 2145:4
2145:6,12,16,18,24
2145:24,28,40,46
2145:48 2146:38
2148:10 2149:12
2151:36 2152:52
2154:22,26 2155:8
2155:14,30,40
2156:24 2159:4,38
2160:12,20,32
2161:40,46,50
2162:10,28,40
2163:4,12,40,42
2164:8,18 2166:16
2166:16,24,38,46
2167:12,16,32,42
2167:48 2168:32,50
2169:6 2170:10,18
2170:24,28,28,30
2170:36,38,44
2171:8,10,10,12,14
2171:16,22,24,32
2171:38,40,42,44
2171:46,48,48,52
2172:4,10,14,16,16
2172:18,20,22,22

Case 3:23-cv-00243     Document 214-14     Filed 05/03/25     Page 392 of 482 PageID #: 9570

MAGNA
LEGAL SERVICES

2172:26,28,50
2173:8,12,22,24,28
2173:34,38,46,50
2174:18,20,26,28
2174:36,42,52
2175:6,14,36,40,46
2176:4,8,16,18,20
2177:4,18,40
2178:4,10,16,34
2179:24,26,32,38
2179:44,44 2180:8
2180:8,20,52
2183:14,16,18,26
2183:28,34,36,42
2183:48,48 2184:10
2184:20,26,30,32
2184:36,42,46,52
2185:24 2187:28
2188:14,50 2189:4
2189:12,16,18,22
2189:28,38,40,50
2190:18,20,38,48
2191:8,20,40,42,44
2192:4,8,18,52
2193:20,32,42,52
2194:44 2200:24
2202:8,20,24
2203:4 2204:44
2206:10 2207:48
2211:32,34,38,44
2211:50 2212:6
2217:30 2229:50
2230:4,8,12,14,46
2230:52 2231:22,26
2232:4 2235:4
2236:16,28,32,48
2237:10,16,18,22
2238:34 2239:16,40
2240:28,40,42,50
2241:4,6,22,40
2242:6 2245:22,24
2248:8,20,28,42
2249:8,38,42
2250:4,22,28,36,42
2251:10 2252:22,26
2252:48,48 2253:10

2253:16,20,26,30
2254:46 2255:20,28
2255:32,40,52
2256:14,16,18,32
2256:34,46 2257:6
2257:10,14,16,18
2257:28,30,32,48
2258:8,12,24,38
2259:32,38,38,40
2259:42,48,50,52
2259:52 2260:12,36
2261:12,22,26,32
2261:32,36,40,42
2261:46,52 2262:10
2262:20,24 2267:10
2267:34,52,52
2268:4,8,14,18,28
2268:30,36,38,42
2271:46 2272:16,30
2273:8,20,30,40,50
2274:14,28,34,38
2275:16,42,46
2276:6 2277:6,14
2277:22 2278:6,14
2278:18,48 2279:30
2279:42,46,50
2280:6,14,16,18,22
2280:24,38,48,52
2281:12,16 2282:20
2282:34 2283:10,26
2283:38,42 2284:20
2285:28,34 2286:4
2286:6,20,28,32
2287:12 2290:42
2291:8,18,32,52
2292:8,24,34,44,52
2293:12,20,22,26
2293:28,50 2294:4
2294:12,14,18,20
2294:30,34,38,46
2294:46 2295:6,30
2295:32,48,50
2296:8,22,24,26,30
2296:32,38,40,52
2296:52 2297:12,14
2297:16,16,22,32

2297:36 2298:6,8
2298:20,22,30,32
2298:40,42,46
2299:32,42,44,52
2300:12,22,26,32
2300:34,46 2301:4
2301:14,16,22,32
2302:34,36 2303:12
2304:38,42,48
2305:28 2307:42,46
2308:30,44,50
2309:10,14,46
2315:34,38,50
2316:14,24,44
2317:6,10,12,22,40
2317:42 2318:34
2319:8,30,42
2320:4,10,24,26,34
2320:52 2321:14,28
2321:38 2322:18,26
2323:8,42,50
2324:12,36 2326:18
2326:22,42 2327:6
2327:24,36 2328:26
2329:10,52 2331:40
2332:44,50 2334:4
2334:26,50 2335:22
2335:30,46 2336:8
2336:38 2339:50
2340:26,40 2341:22
2341:38 2344:38,46
2345:10,16,26,44
2346:6,32,50
2347:4,12,18,22,32
2348:12,18,52
2349:10 2350:48
2351:8 2353:6,32
2356:52 2365:8,48
2366:12 2367:52
2368:8,32,52
2371:8,26 2373:26
2373:28 2381:8
2382:30 2383:18
2385:4,22,24,30,32
2385:38,44 2386:24
2386:28,38 2387:4

2388:6,28 2389:34
2389:44,50 2390:16
2390:16,26,50
2392:10 2393:24,32
2393:40,50 2394:4
2394:20,24 2396:46
2397:18,38 2398:46
2398:48 2399:26,30
2399:36 2401:22,24
2401:34 2402:6
**Committee's**
2175:50 2181:12
2189:30,34 2202:4
2202:16,50 2205:22
2243:12 2245:38
2258:50 2259:30
2277:10 2278:10
2336:30 2337:36
2340:52
**committees**
2382:46
**communicate**
2308:22 2316:16
**communicated**
2283:26 2315:40
2316:8
**communicating**
2308:36
**communication**
2308:12,46 2309:4
2330:30 2400:40
**communications**
2034:38 2053:32
2075:10,14,40
2077:26 2078:8
2082:4 2093:12,28
2093:42 2094:18
2124:44 2127:40,42
2131:32 2196:34,42
2200:12,28,48
2217:40 2218:32
2226:12 2228:34
2270:34 2274:46
2275:10,14 2284:32
2285:4 2302:22
2303:14 2304:40

**MAGNA**
**LEGAL SERVICES**

2307:44 2308:4,52
2309:50 2310:10
2316:10,26 2320:8
2326:44 2327:8
2334:28,52 2335:50
2336:46 2338:6,20
2340:10 2366:26
2371:34 2379:36
2394:28
**company**
2036:6 2038:28,32
2038:34 2039:6,34
2125:50
**compare**
2163:24
**compared**
2280:16 2333:46
**compensation**
2071:42 2222:34
2223:12
**complained**
2326:50
**complaining**
2327:16
**Complaint**
2042:36
**complaints**
2224:4
**complete**
2127:34 2404:19
**completed**
2027:38 2390:20
**completely**
2264:24 2366:40
**completion**
2059:12 2348:32
**complied**
2323:24
**component**
2257:48
**comprised**
2068:34 2257:16,18
2259:40 2297:12
**compromise**
2188:36
**computer**

2047:28 2094:34
2129:34 2136:14
2218:50 2239:6
2266:40
**concentration**
2081:42
**concept**
2338:22
**concepts**
2361:48
**concern**
2051:16,20 2055:28
2210:20 2337:46
2366:10,14
**concerned**
2052:30 2064:32
2133:22 2143:36
2193:16,30 2194:4
2204:28 2220:14
2225:50,52 2236:22
2236:42 2250:6
2335:20,30 2336:10
2368:4 2370:24,32
**concerning**
2303:4 2320:12,38
2321:32
**concerns**
2051:38 2054:24
2064:38 2210:22
2300:12,24,32
2302:52
**concert**
2238:14 2365:50
2367:46
**conclude**
2349:48
**concluded**
2273:52 2376:10
**concludes**
2402:26
**conclusion**
2273:32,40
**conclusions**
2251:18
**conclusively**
2312:52

**concordance**
2251:38
**condensed**
2384:12
**conduct**
2102:38 2139:46
2341:4 2356:44
2385:22
**conducted**
2131:16 2339:40
2341:24 2342:40
2343:8 2385:32,38
2385:44
**conference**
2087:14
**conferences**
2087:12,20
**confessed**
2353:22,28,34
2354:12,22,26
2360:22
**confession**
2354:34,46 2355:12
2356:14,22
**Confidential**
2030:10,40 2286:46
2287:10,50 2304:6
2356:50
**confirm**
2218:32 2253:32
2255:46 2256:6,22
2260:16,50,50
2261:12 2277:4
2385:20,20
**confirmed**
2204:8 2276:16
2296:20 2397:22
**confirming**
2213:20
**conflict**
2031:22 2381:44
**confused**
2285:20
**confusion**
2201:6
**conglomerate**

2172:8
**conjunction**
2251:40
**connected**
2404:25
**connection**
2058:20 2059:28
2064:24 2148:36
2238:16 2245:50
2258:44 2270:26
2284:8 2306:24
2333:4 2340:18
2346:10 2347:24
2385:14
**consented**
2182:6,14
**consented-to**
2182:20,32
**consider**
2080:40
**considered**
2080:16,44 2382:16
**consist**
2149:36
**consistent**
2150:50 2151:46
2152:28 2187:22,52
2188:4,12 2192:24
2364:52 2379:10
**constitute**
2359:36 2395:42
**constitution**
2029:23 2150:34,38
2150:46,50 2162:18
2162:20,24 2215:18
2217:8
**consult**
2208:26 2290:44
**consultancy**
2036:12,16
**consumption**
2074:16
**contact**
2098:20,24,36,48
2187:44 2295:42
2324:46,48

contacted
2192:52 2193:42
  2211:42
contacting
2193:18,32
contain
2287:40
contained
2120:10 2131:26,40
  2132:42 2133:20
  2140:30 2206:6
  2251:14,36 2253:38
  2256:26 2285:36
  2363:8
contains
2287:40
content
2075:42,46
contents
2133:8,26,40
  2300:48 2330:18
  2334:6
context
2221:32 2258:4
  2276:50 2305:44
  2320:28,32 2321:8
  2321:12 2349:42
contextual
2363:28
continue
2054:8 2154:6
  2264:52
continued
2026:4 2154:48
continues
2161:38 2188:34
  2223:18 2236:8
  2360:44 2361:10
  2395:38
continuing
2152:28 2178:32
contract
2188:20,48
contracted
2035:48 2384:22
contrast

2342:26
control
2239:16 2240:26,32
convention
2024:15,18,31
  2026:25 2027:10
  2028:28 2032:18,20
  2033:6,10,36,40
  2034:44 2035:26
  2036:48 2044:14
  2059:44,50 2060:6
  2084:36 2092:24,28
  2092:32 2102:40,50
  2102:52 2103:30,34
  2103:36,40 2105:4
  2106:8,18,30
  2107:6 2108:42
  2119:10 2126:4,28
  2126:34,42,46,48
  2144:44 2145:6
  2149:18,36,40
  2151:20,28,48
  2152:14 2156:50
  2157:18,30 2158:28
  2162:26 2166:28
  2167:44 2168:36
  2169:16,24,34,42
  2169:48 2170:4
  2173:44 2177:36
  2189:24,42 2191:28
  2192:28,52 2194:52
  2196:48,52 2203:50
  2212:42 2213:14
  2214:48 2215:18,48
  2216:4,14,16,32,34
  2216:50 2217:8,30
  2220:42 2221:24,26
  2222:42 2240:42
  2241:26 2252:14
  2345:20 2358:48
  2375:16 2380:30
  2399:32
Convention's
2028:32 2046:20
  2145:8 2155:46
  2162:24 2168:52

2345:12
conventions
2104:34
conversation
2187:4 2285:14
  2333:6
convicted
2197:46,52 2198:8
  2198:10,20,38
  2199:12,22,46
  2200:20 2201:16
  2355:36 2360:24
conviction
2356:14,22
cooperate
2390:12
cooperating
2089:44
cooperation
2149:38 2170:20,24
  2170:28,36,38,42
  2171:8,10,14,22,24
  2171:40 2172:10,16
  2172:28,50 2173:22
  2173:28,48 2174:18
  2174:26,36,52,52
  2175:14,36,46
  2176:4,20 2177:20
  2178:10,16 2179:24
  2180:8,50 2183:14
  2183:18,50 2184:30
  2184:34,42,46,52
  2185:24 2187:46
  2188:14,52 2189:16
  2189:38,50 2190:18
  2190:50 2191:8,18
  2191:42 2192:4,20
  2192:24 2250:36,42
  2252:22,26,50
  2253:10,26,32
  2254:48 2255:22,28
  2255:32,40,52
  2256:32,34,46
  2257:6,12,30,48
  2258:10,24 2259:32
  2259:38,48 2260:4

2260:12,36 2261:12
  2261:26,32,40,46
  2261:52 2262:22
  2267:10,34,48,52
  2268:8,14,18,30
  2272:18,32 2273:10
  2273:20,30,40,52
  2274:16,28 2275:42
  2275:46 2276:8
  2277:6,22 2278:8
  2278:18,48 2279:30
  2280:18,22,52
  2283:42 2285:28
  2286:6,30 2287:12
  2293:12,22 2294:4
  2294:14,22,40,48
  2295:6,32,50
  2296:26,32,38
  2297:4,12,32
  2298:20,30,40
  2299:32,46 2300:4
  2300:14,26,34,46
  2301:4,16,22,24,34
  2304:50 2316:14
  2317:10,14,42
  2319:26 2357:36
  2385:26,34 2386:30
  2389:44,50 2390:14
  2390:18,24,26
Cooperation's
2171:52 2251:12
cooperative
2105:50 2106:6
  2189:12,52 2191:46
coordinates
2345:16
copied
2185:46 2282:20,24
  2282:28,44 2285:10
  2302:36 2303:16
  2308:8,46 2316:8
  2370:16 2372:30
  2401:34
copies
2272:50 2283:40
  2323:18 2372:16

**copy**
2048:14 2091:46,50
2092:8,8 2095:38
2100:30 2177:8,12
2272:14 2283:30
2284:30 2301:52
2372:6,48 2374:6
**Corey**
2069:10
**corporate**
2150:12 2151:4
2166:46 2176:52
2329:46
**corporation**
2149:18 2156:16,20
2156:22,34 2166:18
2166:50
**Corporation's**
2166:52
**correct**
2035:46 2036:34
2039:36,42,48,52
2040:32,36 2041:12
2041:28,50 2044:18
2044:38 2045:16
2046:50 2050:32,36
2052:14 2053:44,46
2054:14 2055:12,40
2056:4,16,22
2057:52 2060:20,24
2061:32,36,48
2063:8 2064:18,20
2064:44,46,52
2066:48 2069:34
2070:26 2072:10,12
2072:20,44 2073:10
2073:16 2074:24,46
2075:38,50 2076:4
2076:10 2077:4,10
2078:46,50 2083:20
2083:26 2085:10
2088:42,50 2089:34
2090:26 2091:52
2092:12,38 2093:38
2097:42 2102:4,10
2102:12,14,22,26

2104:26 2105:26
2106:50 2110:26
2113:4 2114:36
2116:16,18,40
2119:32,36 2120:8
2120:14,30,46
2121:6,14,20
2123:10 2124:30
2127:14,36 2128:8
2130:28 2133:4,38
2137:8,12 2138:52
2141:50 2142:38
2143:48 2145:32,42
2146:42,50 2149:20
2149:28,42 2151:38
2152:4,26,36,38
2153:10 2154:30,44
2154:50,52 2155:10
2155:16,22,30,40
2156:10,12,26,30
2156:36 2157:14,34
2158:32 2160:10,18
2160:28 2163:10,18
2163:22,30 2164:10
2164:12,30,44,48
2165:6,38,44
2166:6,22,30
2167:12 2169:10,44
2170:8,16,20
2173:26,52 2174:46
2174:50 2175:8,12
2175:22,26,30,34
2179:14 2180:42,46
2183:32,38,44,52
2184:6,12,22,28,48
2187:48 2189:26
2190:28,46 2191:16
2191:24 2192:48
2193:48 2194:32
2195:18,38 2196:4
2196:10,20 2197:38
2201:46 2204:16,22
2204:26 2207:4
2213:34,36 2214:30
2214:38 2219:12,36
2221:20,32,52

2226:28 2228:22
2231:6,8,10,50
2238:4,8 2239:44
2241:32 2245:10,44
2246:16,38,40
2247:10,18 2248:50
2254:8 2255:26,38
2255:50 2256:12,30
2257:26 2260:48
2272:46 2276:14,20
2277:30,32,36,40
2277:46 2282:30,48
2282:52 2283:6,12
2283:34 2284:34
2286:16 2293:48
2298:10,16,24
2300:8 2302:46
2308:20 2311:10
2312:6 2319:16
2322:20,26,28
2324:4 2330:8
2340:36 2345:8,14
2345:22 2348:24,36
2348:46 2349:6
2350:14,34 2356:32
2359:8,18,24
2360:6,14,42
2361:6 2362:12,22
2362:38 2364:8,16
2364:26 2365:16
2368:40,42 2370:20
2380:24,50 2381:32
2386:32 2387:50,52
2388:52 2389:52
2390:30,34,52
2395:34,36 2399:4
2399:10,40,42,52
2400:14
**corrected**
2219:20 2400:16
**correction**
2273:44 2275:48
2399:12,38
**corrections**
2400:44 2401:10
**correctly**

2218:34 2235:6
**correspondence**
2374:6
**corroborate**
2258:42
**corroborating**
2301:6,24,36
**corroborations**
2350:42
**counsel**
2032:40 2035:20,22
2035:24,26 2036:32
2036:38,40,42,44
2036:48 2037:18,32
2038:28 2040:6,28
2040:34 2063:26,36
2072:36 2076:12,22
2076:24,28,34
2077:16,28 2134:42
2136:4 2160:52
2205:28,32 2207:48
2235:10,22 2236:36
2284:46 2285:8,50
2309:8,24,24,28
2311:34,36 2312:10
2322:50 2325:20,22
2329:38 2357:20
2373:26,30 2398:30
2401:40 2404:24
**countries**
2094:44
**country**
2234:22
**County**
2403:20 2404:9
**couple**
2069:22 2229:18
2335:6
**course**
2122:4 2123:14
2180:36 2225:38
2264:28 2282:10
2401:20
**court**
2024:4 2027:32,32
2032:22,36,44

MAGNA◯
LEGAL SERVICES

2035:4 2036:36
2045:34 2058:48
2059:24 2060:28
2070:28,46 2073:12
2076:28 2080:38
2093:10 2095:18
2116:10,20 2117:32
2125:22,38 2126:16
2136:28,38 2137:26
2137:52 2167:40
2204:10 2215:16
2218:44 2224:38
2233:40 2234:14
2238:12 2243:30
2250:20 2259:14
2261:10 2264:22,28
2265:28,30 2274:12
2291:48 2297:6
2298:28 2318:18,28
2335:12 2347:10
2355:36 2358:38
2360:26 2404:14,31
2404:32,48,49
**cover**
2087:8 2088:12
2089:36 2090:34
2091:8,22 2130:8
2146:10 2344:4,10
2372:46
**coverage**
2085:52 2086:22
2130:14 2368:44,46
2369:20 2370:44
2371:12 2372:26,42
2373:42
**coverages**
2369:22
**covered**
2083:48 2084:20
2087:10 2088:20,26
2088:38,40,44
2089:4,6 2090:22
2138:44 2140:28
2146:4 2208:10,20
2229:22 2285:42
2298:18 2371:52

**covering**
2080:38 2083:52
2131:22,38
**covers**
2230:42
**create**
2094:50 2156:50
2224:42
**created**
2156:40,48 2174:12
2175:46 2176:6
2178:16,46 2179:34
2196:46 2277:8
2278:8 2279:30
2283:44
**creating**
2158:6,10 2326:10
**creation**
2156:52 2157:24,28
2157:30 2158:30
2165:24 2172:6
**creations**
2157:12
**credential**
2145:24,46 2146:38
**credentials**
2030:41 2031:15,18
2035:34 2144:48,52
2145:4,16,48
2356:52 2374:28
2379:48 2381:6
2382:46 2383:18
**credible**
2350:26 2376:40
2377:36,38 2378:4
2378:6,8 2379:22
2379:24
**credibly**
2348:30 2349:14
2350:20,30,40
2351:16 2352:24,28
2352:48 2354:6
2355:32,48 2356:26
2357:50,52 2358:4
2359:36,44,52
2360:10,18,34

2361:4,20,30
2363:4 2364:12
2380:28
**crimes**
2195:36 2196:14,24
2196:46 2197:48
2198:4,10,38,52
2199:12,24,48
2200:22 2201:18,42
**criminal**
2362:32 2396:4
**Criticism**
2030:36,48 2345:28
2347:36 2364:42
**criticisms**
2345:50
**Cummings**
2025:25,32 2027:18
2067:42
**current**
2066:30 2396:22
**currently**
2066:10,12,38,46
2068:38,50,52
2074:52 2077:52
2083:8 2106:6
2384:44
**custom**
2128:16

———————————
**D**
**D**
2028:4 2205:26
2207:22 2331:40,44
**D-U-D-D-L-E-S-T-...**
2066:28
**daily**
2073:4,32 2079:22
2079:28 2081:10,46
**Dallas**
2025:36 2040:24,28
2040:48 2041:4,38
2045:22
**Damon**
2164:38 2244:42
**data**

2121:38 2124:4
**database**
2384:10
**date**
2032:6 2135:42
2136:24 2146:44
2147:42 2148:4
2163:32,34 2246:42
2248:46 2363:28
2364:36 2375:28,30
2388:42 2404:33,50
**dated**
2327:28 2387:40
**dates**
2053:40 2059:36
2163:24 2251:16
2389:40 2390:52
**David**
2027:14 2032:34
**day**
2042:50,52 2043:34
2090:36 2155:14
2214:10 2226:44
2306:6,10 2403:26
2404:40
**day-to-day**
2166:32
**days**
2102:34 2165:34
2255:10 2272:18
2368:38 2373:32
2399:6,8 2400:10
**deal**
2266:16
**dealings**
2056:42 2070:32,34
2071:48 2097:36
**Dear**
2177:16
**debate**
2131:24
**decades**
2193:16
**December**
2028:46,49 2031:32
2076:32,42,44

2077:18 2081:28,30
2090:20 2140:50
2142:8,12,22
2363:24,36 2364:6
2364:34 2365:4
2394:36,46 2395:8
**decide**
2235:38 2372:46,48
**decided**
2085:34 2384:24
**deciding**
2244:26
**decision**
2057:32 2058:8
2077:34 2092:42
2274:48
**decisions**
2080:38 2158:52
2159:36 2160:6,22
**declared**
2089:18
**declaring**
2375:18
**dedicated**
2074:12
**deep**
2389:10
**deeply**
2389:6
**defamatory**
2076:8,16
**Defendant**
2025:24,42 2026:8
2026:25 2033:4
**Defendants**
2024:20
**defending**
2076:50
**defense**
2039:34
**define**
2063:24 2073:22
2078:22 2079:8
2080:4,12 2103:50
2103:52 2195:8
2202:22,30 2225:40

2303:22 2305:12
2338:10,12,28
2339:10,12 2352:32
2365:24 2367:30,36
**defined**
2160:16,24 2194:26
2362:24,30
**defining**
2225:36 2338:26
**definition**
2099:14 2351:48,50
2352:4 2358:4
2359:28,32,34,42
2359:48,52 2360:8
2360:16,34,38,40
2361:38 2362:16
2363:6
**definitions**
2339:32 2352:14
**defunct**
2082:36
**degrees**
2070:52
**delegate**
2273:32
**delegates**
2272:32
**delete**
2238:20,26,36
**deliberations**
2274:46 2275:8,8,14
**delivery**
2100:36
**denominational**
2360:20,52
**deny**
2202:44 2278:28
**denying**
2377:36
**department**
2226:20
**depend**
2203:6
**depended**
2076:26 2085:32
**depending**

2103:16
**depends**
2085:14 2103:50
2104:4 2108:4,8
2338:26 2365:24
2367:30
**deposition**
2024:30 2027:8,38
2028:26 2032:14,28
2034:42 2076:50
2109:22 2134:18
2243:14 2262:38
2265:4,42 2266:32
2306:4,14,16,30,32
2307:6,20,24,26,30
2307:40 2309:42,44
2322:22 2324:6,8
2325:34 2327:12
2355:18 2378:14,28
**Depositions**
2028:34 2046:24
**describe**
2058:48 2073:52
2085:34 2102:30
**described**
2040:6,8,34 2041:26
2041:48 2043:8
2045:34 2055:52
2056:14 2058:30
2069:30 2072:4
2081:14 2093:34
2106:36 2111:20
2112:52 2114:46
2115:4,42 2116:10
2149:44,48 2153:12
2153:26 2156:14,42
2163:14 2169:26,30
2170:20 2179:26,34
2183:20 2184:42
2189:18 2218:34
2275:10 2339:34
2345:4 2366:46
**describes**
2179:38 2271:50
**describing**
2348:38,40 2368:44

2371:32 2386:50
**description**
2079:14 2080:46
2106:38 2113:6,12
2113:18 2158:26
2180:50 2371:50
**deserved**
2085:50
**designated**
2064:24 2108:26
2109:10,12 2272:32
2272:36 2306:24
**designating**
2315:10
**designation**
2104:38
**destroyed**
2273:32
**detail**
2204:12,30
**details**
2050:10 2257:4,42
2258:22 2333:12
2397:36
**determination**
2077:28
**determine**
2076:12 2117:22
2121:40 2125:24,40
2130:6 2131:18,44
2132:8,50 2242:8
2258:40 2268:14
2308:48 2324:48
2340:12,40 2341:12
2356:24 2360:48
**determined**
2130:6,14 2136:32
**devices**
2129:32
**devotes**
2079:4
**dictionary**
2351:48
**difference**
2098:42 2361:30
**different**

2111:4 2149:46
2157:18,18 2161:32
2184:36 2279:8
2285:26 2286:22
2306:16 2317:16
2361:22 2369:20
**diligence**
2131:16
**dinner**
2044:10
**direct**
2028:14 2033:22
2065:4 2248:22
2372:46
**directed**
2161:28 2329:8
2344:42
**direction**
2166:52
**directly**
2052:18 2091:24
2113:38 2115:14
2203:12 2368:8
**director**
2056:34,50 2127:40
2127:42 2129:50,50
2176:52 2329:46
2368:50
**disagree**
2158:16 2179:32,42
2180:4,14 2215:38
2215:40 2346:16
2392:28
**disassociating**
2367:28,30
**discharge**
2184:46
**discharging**
2070:4
**discipline**
2221:46
**disclose**
2273:10 2298:44
2300:26,48
**disclosed**
2088:6 2325:28

2330:18
**disclosures**
2030:29 2322:36,38
2322:46 2323:8,30
2323:44,52
**discovery**
2035:12 2385:14
**discretion**
2114:42 2115:28,44
2116:38 2275:40
**discuss**
2273:42 2275:44
2300:48
**discussed**
2085:18 2330:14
2331:6,36,46,48
2332:4,32,40
**discussing**
2318:24
**discussion**
2072:34 2134:40
2135:52 2160:50
2281:42 2285:48
2312:8 2333:6
2357:18
**discussions**
2188:46
**display**
2047:34 2364:28
**displayed**
2048:20
**dispute**
2262:46,52 2279:48
2280:6,10 2346:8
2346:10
**disqualified**
2375:20
**Disseminate**
2287:14
**disseminated**
2287:16
**disseminating**
2100:50
**distinct**
2098:24,36 2110:14
2296:52 2298:30

2361:20,48
**distinctly**
2263:52 2365:40
**distract**
2377:18
**distribute**
2104:36,40,40,42,46
2104:48 2105:42,44
2111:26 2115:6
**distributes**
2110:22 2115:12
**distribution**
2105:52 2115:14
**District**
2024:4,5 2032:22,24
2234:22,26,30,32
**Division**
2024:6 2032:24
**Dockery**
2066:20
**document**
2029:40 2047:44
2072:32 2099:28
2135:26 2142:36
2151:8 2176:34,42
2176:48 2179:48
2192:6 2203:14,16
2203:18 2215:8
2217:14,52 2218:34
2218:46,48 2219:50
2220:4,50 2224:6
2224:46 2227:20
2228:46 2232:48
2233:10 2241:52
2248:12 2254:12
2264:22 2266:26,30
2269:48 2270:16
2271:26 2286:44
2287:16,22,48
2288:4,12,48
2289:20,32 2291:46
2299:22,24,50
2302:44,48 2303:46
2304:10 2306:22
2322:36,38,46
2358:12 2359:10,12

2359:14 2374:34
2375:48 2378:16
2380:38,42 2382:10
2383:42 2390:46
2394:32 2398:40
**document's**
2304:4
**documentation**
2368:12
**documents**
2035:10,14 2036:26
2041:48 2042:26,30
2044:44 2063:46
2229:14 2231:34
2255:36,44 2256:6
2256:22 2260:46
2286:40,42 2323:20
2323:22 2358:14
2380:44 2401:44
**doing**
2138:24 2233:22
2297:16 2345:36
2366:26
**dollars**
2104:10 2107:8,12
2108:16 2110:34
2111:14,52 2113:52
2115:38 2169:32,40
2169:46 2170:6
**Dr**
2139:50 2140:20
2143:30 2303:4
2312:44,50 2353:20
2357:44 2379:22
**draft**
2072:16 2099:34
2255:4,22,34,42
2256:4,20,26
2257:44 2260:14,38
2260:44 2274:14,26
2274:34 2287:10
2289:24,40,42,44
2290:10 2292:12,14
2299:26 2300:16,50
2301:18 2304:20
2305:20,30 2326:32

MAGNA○
LEGAL SERVICES

2326:32
**drafts**
2274:40 2286:36,36
  2296:10,12 2305:30
  2334:6
**drawing**
2037:36 2061:16
  2067:26 2068:18
**Drew**
2069:12
**drive**
2208:32,36
**driven**
2202:6,18,52
  2205:24 2208:30
**drives**
2219:8
**Drumel**
2027:14 2032:34
**Duddleston**
2066:28
**due**
2050:50 2062:14
  2091:30 2203:50
  2264:28 2399:30
**duly**
2033:20 2404:30
**DuPree**
2175:24 2184:8,24
  2269:28 2276:10
  2295:24
**duties**
2049:50 2070:4
  2096:26

**E**

**E**
2028:4,7,18 2029:4
  2030:4 2031:4
**E-Y**
2069:10
**earlier**
2067:40 2072:24
  2149:44,52 2150:20
  2152:6,48 2153:14
  2162:36 2167:52

2169:20 2170:20
2181:26 2228:50
2247:8 2259:24
2276:16 2345:4
2386:22 2396:48
**early**
2090:16,18
**East**
2025:14,45
**Eastern**
2095:40 2234:22,28
  2330:36,38,40
  2331:18
**easy**
2277:38
**EC**
2036:44,46 2039:40
  2039:46 2040:28,34
  2049:38 2073:14
  2076:52 2148:12
  2177:16 2178:24,50
  2181:10 2187:16,44
  2188:6,20,22
  2189:52 2205:24,28
  2205:28 2207:30,38
  2207:52 2208:30
  2209:50 2245:14
  2256:42 2257:6
  2261:20 2262:8
  2267:18,46 2274:32
  2279:36 2285:32
  2287:20,36 2288:36
  2289:6,30 2290:14
  2290:24 2293:18
  2296:6 2299:40
  2302:30,32 2303:10
  2304:24 2305:26
  2308:28 2309:18,20
  2312:36,38 2314:30
  2315:20,22,48
  2316:22 2318:22
  2319:36 2325:34
  2326:40 2328:18
  2330:6,34 2331:18
  2331:30,30,34
  2333:52 2334:24

2335:28 2336:6,28
2337:8,32,46,50
2339:48 2340:24,50
2341:20 2342:14,36
2343:18,36 2346:30
2346:48 2352:12
2366:34,52 2370:50
2373:38 2379:18
2382:24 2391:14,32
2392:44 2393:44
2400:38 2401:8
**EC's**
2178:20,48 2180:52
  2206:4 2279:32
  2283:46 2292:6
**Ed**
2029:36 2101:20
  2102:8 2153:42
  2175:14 2185:14,22
  2185:38,42
**edit**
2204:46 2248:22
  2249:50 2250:46
  2253:20 2259:6
  2275:18,30 2302:14
  2353:8
**edited**
2353:42 2362:50
  2364:4
**editing**
2261:44 2344:38
**editor**
2350:36 2351:20,34
**edits**
2249:44 2250:24,30
  2250:38 2261:28,36
  2261:38,50 2262:12
  2262:18 2267:6,32
  2268:6,16 2275:32
  2299:44,44 2302:24
  2304:40
**educational**
2047:14
**effect**
2093:40,48 2094:22
**effects**

2366:42
**efforts**
2092:34 2228:38
**eight**
2290:48 2400:10
**Eighty-six**
2062:44,48 2066:40
  2066:42
**either**
2064:34 2095:24
  2338:34 2366:16
**elect**
2102:36
**elected**
2067:14,16,32
  2152:32,34 2154:14
  2154:32,34 2167:18
  2184:14 2316:44
  2317:20 2318:22
  2319:8,52 2322:16
**Electing**
2191:18 2319:26
**election**
2067:8 2154:24,28
  2318:32
**electronic**
2048:16,18
**electronically**
2047:34
**eliminating**
2400:6
**Elizabeth**
2025:13
**elizabeth.merritt@...**
2025:19
**email**
2029:33,36,43
  2030:14,18,32
  2031:11,15,18,35
  2053:36 2079:42,44
  2079:46,48 2168:18
  2185:14 2246:30,36
  2248:12 2280:12
  2282:20 2284:42
  2285:10 2299:6,12
  2301:48,50 2302:6

2302:32,36 2313:42
2327:14,28 2328:18
2329:4,6,16
2346:32,52 2368:20
2368:24 2369:8
2374:28,46 2379:48
2398:28,42 2400:48
2401:18,24,38
2402:4
**emails**
2063:44 2309:8,12
2309:16,18,20
2310:4,18,22,32,42
2310:46,48 2311:4
2311:12,26,32,52
2314:44 2326:44
2327:10,26,38,40
**embargo**
2246:20
**embargoed**
2091:46,50 2092:8
2095:38 2100:28
2247:12
**emeritus**
2313:20 2396:34
2397:46
**emotional**
2389:8
**employed**
2033:32 2035:44,52
2037:44 2038:10,18
2039:30 2056:32
2077:46 2145:38
2193:8,46 2200:34
2303:36
**employee**
2035:50 2187:46
2188:6 2360:20
2361:4 2404:24
**employees**
2074:12,18,26,30,32
2074:34,42 2075:28
2075:36 2106:32
**employer**
2036:8
**employs**

2073:30
**enacted**
2251:38
**endeavor**
2315:14
**engage**
2058:10 2252:24
**engaged**
2054:10 2194:20,22
2396:4
**engagement**
2035:18 2053:50
2088:26 2161:8,18
2161:26 2170:40
2172:36 2179:40
2187:52 2190:16
2210:52 2211:12,40
2211:46 2213:40
2230:18 2231:46
2250:14 2252:10,14
2252:20,46 2253:4
2253:8 2254:8,18
2259:20 2272:24
2316:40 2317:30
2318:46 2319:18
2321:16 2322:10
2323:18 2324:42
2325:4,6 2390:8
**engaging**
2201:36
**ensure**
2188:52 2189:4
2192:22
**entire**
2099:46,52 2179:48
2233:48,52 2279:44
2279:50 2280:6,14
2280:16,22,38
2282:18 2283:26,28
2283:36,38 2292:30
2330:4
**entirely**
2138:22 2180:12
2257:12 2296:52
2298:30
**entities**

2104:8,48,52 2105:4
2105:42,48 2106:4
2107:32 2110:10,12
2111:18,28,42
2112:16,20,26,48
2112:50 2113:14,36
2113:44,50 2114:38
2115:18,24,26,42
2115:52 2116:22,30
2169:48,52 2309:38
**entitle**
2137:16
**entitled**
2030:48 2031:21
2197:10 2290:40
2291:30,50 2292:22
2292:32 2345:28
2364:40 2381:40
**entity**
2060:52 2073:28,30
2073:36 2092:22
2102:50 2104:50
2108:4,6,8 2145:4
2145:10 2168:34,44
2171:40,52 2241:26
2241:30 2249:46,48
2252:50 2367:20
**episode**
2128:18,22 2129:4
2129:30 2130:40
2136:34 2138:12,30
2141:30
**episodes**
2138:28
**equivocation**
2133:12 2202:46
2254:44 2377:24
**Eric**
2067:42
**Erlanson**
2348:10
**error**
2399:40,42,52
**Errors**
2030:22 2303:46
**essentially**

2094:48 2095:46
2338:46
**established**
2149:22 2170:38
2361:32
**establishes**
2145:10,14,14
**estimate**
2122:6 2310:38
**estimation**
2103:48
**et**
2027:24 2032:20
**Ethics**
2105:44
**evaluated**
2160:22
**Evan**
2164:42
**evangelism**
2084:20 2085:48
2086:6 2087:20
**Evans**
2164:44 2244:42
**event**
2039:28 2085:32,50
2295:40,46 2329:36
2345:46 2348:38,42
2350:4 2354:22
2362:6 2390:40
2392:48,52
**events**
2045:18 2080:20,24
2084:20,44,48
2085:28,36 2087:6
2088:12 2089:8,30
2371:34 2400:28,50
**Everybody**
2206:42
**evidence**
2165:22 2270:52
2301:6,26,36
2360:50 2361:22,34
2361:46 2391:6
2392:38
**evidence'**

MAGNA
LEGAL SERVICES

2361:12
**evidenced**
2404:32
**Ex**
2028:25,30,36,39,42
  2028:45,48 2029:10
  2029:13,16,19,22
  2029:25,29,32,35
  2029:39,42,46
  2030:9,13,17,21,24
  2030:28,31,35,39
  2030:43,47 2031:10
  2031:14,17,20,25
  2031:28,31,34
**ex-officio**
2160:40,44,46
  2161:50 2162:8,40
  2163:48 2183:28
  2399:28
**exact**
2236:36 2345:40
**exactly**
2086:34,34 2103:46
  2150:6 2193:26
  2218:44 2234:6,12
  2310:18 2317:32
  2378:32 2387:10
**Examination**
2028:14 2033:22
**example**
2108:10 2197:6
  2220:28 2252:52
  2305:42 2314:40
  2367:8 2369:28,32
  2369:36,40,44,48
**exceeded**
2253:14
**exchanged**
2402:4
**Excuse**
2183:8
**executed**
2071:30 2341:36
**executive**
2024:17,30 2025:24
  2025:42 2027:8

2028:27,31 2029:30
2030:29,33 2032:16
2033:4,34,38,48
2034:24,38,42
2035:22,32,40,44
2035:48 2036:46
2037:20,32 2038:30
2040:6 2042:38
2046:4,18,52
2048:10 2049:4
2050:14,34 2051:30
2051:34,42 2052:32
2054:6,26 2055:44
2056:26,34,50
2057:38,44 2058:12
2058:32 2059:26
2061:4,26,52
2062:16,22,28,40
2062:52 2063:18,20
2063:30 2064:16,26
2065:8,24 2066:4
2066:14,32 2068:22
2070:4 2071:4
2072:8,14 2073:18
2073:28,38 2074:4
2074:10,18,36,44
2075:20,26,36
2077:48 2084:36
2088:24 2092:16,40
2092:48 2093:30,44
2094:20 2096:6,32
2097:10,26 2099:4
2099:30 2102:32,42
2102:46 2103:4,8
2103:12,38 2104:14
2104:20,20 2105:10
2105:22 2106:38,48
2110:20 2113:26
2114:24,30 2116:12
2119:48 2120:52
2126:22 2127:30,30
2127:42 2129:42
2130:48 2131:12
2132:8,48 2133:16
2136:46 2140:26,40
2145:28,38 2148:10

2149:12 2151:36
2152:50 2154:22,24
2155:8,12,30,40
2159:4,38 2160:12
2160:20,30 2161:40
2161:46,50 2162:10
2162:28,40 2163:4
2163:12,40,42
2164:8,16 2166:14
2166:16,24,38,46
2167:10,16,32,42
2167:46 2168:32,34
2168:48 2169:6
2170:10,30,44
2171:10,14,32,46
2171:48 2172:4,18
2172:22,24 2173:8
2173:24,34,38,50
2174:20,28,42
2175:4,40,50
2176:6,14,20
2177:4,38,52
2179:44 2180:6,6
2181:12 2183:14,28
2183:36,42,46
2184:8,18,24,36
2187:28 2189:4,10
2189:18,20,28,28
2189:32,40 2190:20
2191:20,44 2192:52
2193:20,32,42,52
2194:44 2200:24
2202:4,8,16,20,24
2202:50,52 2204:44
2205:22 2206:10
2207:48 2211:30,34
2211:38,42,50
2212:6 2217:30
2229:50 2230:4,8
2230:10,12,44,52
2231:22,26 2232:4
2234:52 2236:16,26
2236:30,46 2237:10
2237:16,18,22
2238:34 2239:16,38
2240:28,40,50,52

2241:6,22,26,40
2242:6 2243:12
2245:22,24,36
2248:6,20,28,40
2249:8,38,42
2250:4,20,28
2252:48 2253:14,20
2257:12,16,18,30
2257:32 2258:12,38
2258:50 2259:30,40
2259:42,50,52
2261:22,30,36,42
2262:10,20 2268:4
2268:22,28,36,38
2268:42 2271:46
2274:34,38 2275:16
2277:10,14 2278:10
2278:14 2281:12
2282:34,34 2283:10
2284:20 2285:34
2286:4,20,32
2290:42 2291:6,16
2291:32,52 2292:8
2292:24,34,42,46
2292:52 2293:20,24
2293:28,50 2294:12
2294:18,30,34,44
2295:30,48 2296:8
2296:22,24,30,40
2296:50 2297:14,16
2297:20,36 2298:6
2298:8,22,32,42,46
2299:42 2300:22
2301:14 2302:34,34
2303:12 2304:38,42
2305:28 2307:42,46
2308:30,44,50
2309:10,14,46
2315:34,38,50
2316:24,44 2317:6
2317:20,40 2318:34
2319:8,28,40
2320:4,10,24,26,34
2320:52 2321:14,22
2321:28,38 2322:18
2322:24 2323:6,42

2323:48 2324:10,36
2326:18,22,42
2327:6,24,36
2328:26 2329:10,52
2331:38 2332:44,50
2334:4,26,50
2335:22,30,46
2336:8,30,38
2337:34 2339:50
2340:26,38,52
2341:22,38 2344:38
2344:46 2345:10,16
2345:26,44 2346:6
2346:32,50 2347:4
2347:10,18,22,32
2348:12,18,52
2349:10 2350:48
2351:8 2353:6,32
2353:36 2365:6,48
2366:12 2367:52
2368:8,32,52
2371:8,24 2373:26
2373:28 2382:30
2385:4,22,30,36,44
2386:24,36 2387:4
2388:6,28 2389:34
2390:16,50 2392:10
2393:24,32,40,48
2394:4,18,24
2396:46 2397:14,18
2397:38 2398:48
2399:26,28,36
2401:20,24,34
2402:6
**exercise**
2151:22 2215:44
2216:10,26,46
**exercised**
2166:48
**exhaustive**
2369:18
**exhibit**
2034:40,48 2045:38
2046:18,28,30,48
2047:18,46 2048:52
2072:50,52 2135:6

2135:16,22,24,30
2136:6,12,14,30,32
2136:38 2137:10,48
2137:52 2138:4,10
2138:14 2140:50
2141:6,18,42
2142:12,18 2144:14
2144:14,16,20
2146:20,26,34,52
2147:8,16,18,26,34
2147:38,48 2148:4
2148:18 2150:28,32
2150:40,40,44
2157:36,44,46
2161:4,6,10
2167:22,30,34,40
2168:12,14,16,24
2170:48 2176:28,28
2185:8,12,16
2190:6,8,16
2203:26,26,28,36
2203:36,40 2212:26
2212:32 2213:42,42
2213:50,50,52
2215:10,12,16
2217:10,12,18,20
2217:24 2218:4,40
2219:34 2224:32,38
2225:6 2230:22,24
2231:40,44 2235:16
2238:18,28,36,48
2239:8 2246:18,26
2246:28 2249:24,26
2249:28 2250:16
2254:20 2262:36
2266:44 2269:40,46
2269:52 2270:6
2275:34 2277:34
2279:18,20 2281:16
2282:18,18 2283:36
2285:42 2286:46,50
2287:8 2290:46
2291:4 2296:44,50
2298:50 2299:4,10
2301:40,42,44,46
2302:44 2303:42,44

2303:48 2304:14
2305:42 2307:16,16
2307:32 2312:12,18
2312:18,20 2318:24
2319:22 2322:8,12
2323:6,10,40,40,42
2323:52 2325:30
2328:16,22,48
2347:34,42 2348:26
2348:48 2356:18,36
2356:40,46,48
2357:4,24 2358:20
2358:24,28,34,38
2362:46,50 2363:18
2363:20,46,52
2364:18,30,40,46
2368:14,18 2374:22
2374:24,26,30
2378:18 2379:42,46
2379:50 2380:18,36
2381:40,48 2387:20
2387:26,26 2388:14
2388:20,26 2391:44
2394:34,36,40
2398:22,26,30,36
2401:12,12
**exhibits**
2047:36 2048:34
**existed**
2190:32 2322:24
2326:34
**existence**
2209:48 2271:32
2332:8,52
**exists**
2389:50
**exit**
2304:12
**expect**
2034:22,32,36
2078:10 2343:44,46
2349:46
**expectation**
2094:8 2343:42,48
2344:8,12,18,24
2366:4

**expected**
2034:10 2122:44,50
**expel**
2382:18,30
**expend**
2116:36
**expended**
2114:48 2248:6
**expenditures**
2109:12 2114:38,44
2169:22
**expenses**
2278:24 2282:12
**experience**
2072:48
**experienced**
2200:14
**expiration**
2404:33,50
**Expires**
2403:38
**explain**
2357:34 2375:12
**express**
2052:16 2055:28
**expressed**
2051:36 2302:52
**expressly**
2189:36 2264:20
2325:42
**extensive**
2371:12
**extent**
2124:14 2211:26
2234:46,50 2236:10
2287:52 2288:10
2304:8 2306:44
**external**
2210:32,42 2232:10
2234:36 2235:48
2237:36
**eyes**
2206:32 2223:36,46
2255:16 2287:48
2296:48 2304:6
2325:40 2326:28

2378:46

**F**

**F-L-O-Y-D**
2049:26,30
**F-O**
2049:28
**face**
2338:44
**faced**
2196:6,14,26
**faces**
2061:14
**facilitate**
2092:52 2093:14
2170:42 2187:26
2278:50 2281:6
2357:42
**facilitated**
2093:6 2100:34
**facing**
2194:52 2195:12,18
2195:24,30,34,40
2196:42
**fact**
2127:32 2132:40
2193:40 2201:22
2241:34 2248:28
2249:18 2253:24,30
2255:14 2259:28
2298:20 2317:30
2350:4 2351:22
**facts**
2132:50,50 2250:44
2251:8 2252:28
2298:26
**factual**
2139:34 2251:14
2253:34 2255:46
2256:8,22,36,48
2257:34 2260:16,52
2261:14 2272:14,18
2272:34,50 2273:42
2273:52 2274:14
2275:44 2287:10
**failing**

2088:6
**failure**
2088:4
**fair**
2048:46 2111:44
2139:38,42 2166:34
2176:14,18 2192:50
2193:12,22 2196:28
2201:52 2202:14
2206:38 2209:46
2229:38 2277:16
2285:6 2315:8
2333:24 2339:24
2366:48 2367:4
**fairly**
2078:52
**faith**
2197:10 2214:46
2344:48
**faith-based**
2078:24
**fallout**
2084:22,26,30
**false**
2233:36 2234:10
**falsehoods**
2265:40
**familiar**
2155:18 2170:18,22
2220:24 2338:6,34
2339:4 2345:38
2386:34,50 2396:14
**family**
2366:44
**Famous**
2326:4
**FAQ**
2029:40 2217:12,26
2224:46 2232:26,30
2232:34,40 2241:52
2242:10,26,28,38
2243:6,34,48
2244:26 2245:18,50
**FAQ's**
2228:18
**far**

2052:28 2133:22
2193:52 2204:28
2220:12 2225:48,52
2236:22,40 2250:4
2370:22,32
**fast**
2237:8
**FBC**
2396:34
**features**
2080:4,8,10 2081:8
**February**
2024:36 2027:16
2029:11,14 2032:6
2037:6,6,10,16
2044:40 2045:4,10
2045:24,26 2046:40
2055:6 2056:18
2064:50 2144:16
2146:20,46 2197:18
2197:20 2200:36
2333:42 2334:14,34
2334:40 2335:16,40
2340:18
**Federal**
2027:20
**feedback**
2261:28,50 2262:18
2267:8,32 2268:6
2268:16
**feel**
2045:34 2052:4,38
2052:50 2344:30
**fell**
2135:14
**Fellowship**
2374:38
**felony**
2395:42
**felt**
2049:48 2052:8,8
2378:48
**fewer**
2080:10
**fiduciary**
2049:50 2052:4,10

2052:38 2070:4
2102:48 2168:32
2188:22 2189:6,22
2189:32,40 2190:20
2241:24 2388:4
**Fifteen**
2057:16 2059:18
**fifth**
2256:16
**file**
2118:50,52 2263:28
2264:4
**filed**
2032:22 2046:8
2264:22 2323:20,22
**files**
2142:30
**filing**
2088:20,40
**final**
2062:24 2099:36
2194:12,34 2203:42
2246:48 2248:44
2249:18,40 2274:36
2275:38 2285:34
2286:34 2290:20,26
2290:30,34,38,44
2291:22 2292:12,18
2292:28 2304:44
2305:30
**finalized**
2092:4 2274:6
**finalizing**
2100:50
**finally**
2178:34 2180:20
2212:12 2280:24
**finances**
2035:34 2036:18
**financial**
2035:42 2036:4,22
2102:48 2106:10
2168:52 2169:16
2191:14 2222:38
2223:14
**financially**

2404:26

**find**
2168:6 2201:34
2218:48,50 2239:4
2239:8 2335:6
2340:6 2390:44

**findings**
2127:8 2287:10

**fine**
2266:20 2276:30,36

**finished**
2127:18 2128:34
2235:32 2386:4
2390:4,8,10

**fired**
2384:28

**firm**
2037:46,50 2038:4
2038:14,22 2039:28
2039:40,44,46
2205:34 2309:32
2312:4 2372:50
2373:14

**first**
2033:20 2034:48
2037:16,34 2038:42
2040:8,22 2055:26
2081:22 2119:50,50
2152:20 2154:32
2172:44 2178:44
2197:24,26,38
2198:4,34,46
2214:22,26,32
2220:40 2231:14
2237:14,30,32,34
2246:46 2248:46
2269:46 2279:24,28
2282:6 2337:10
2363:34 2388:8
2389:4 2394:44
2396:22,30 2397:4
2397:32,46 2398:16

**firsthand**
2391:8,22

**fiscal**
2168:34 2241:24

**fit**
2089:18

**five**
2114:18 2134:8
2161:32 2174:36
2184:34 2213:32
2258:8 2272:18
2276:18 2295:42,48
2296:24,28 2298:4
2298:18,40 2299:52
2364:10 2387:46

**five-minute**
2182:40 2385:52

**flag**
2335:48 2336:16,44

**Floor**
2026:17

**Florida**
2362:42

**flow**
2103:24,28 2319:32
2320:46 2336:42

**Floyd**
2049:12,22,32,34,46
2051:36 2053:20,32
2054:24 2057:20,24
2057:48 2058:26
2069:32,38 2070:12
2070:22

**focus**
2055:14 2058:24
2060:10 2139:44
2145:34 2197:52
2198:30 2199:6,14
2199:20,22,38,42
2199:50 2200:4,6
2201:48 2231:52
2232:6 2280:12
2331:10,14 2367:38

**focused**
2069:52 2081:6,6
2192:38,42 2198:20
2201:12 2326:10
2331:18,34

**focusing**
2060:26 2081:44

2153:12 2193:50

**follow**
2350:6 2394:48

**follow-up**
2073:48 2323:48
2326:24

**followed**
2032:42 2070:20
2235:24 2340:44

**following**
2043:4,16 2050:12
2089:30 2158:50
2190:40 2193:14
2202:48 2205:20
2232:10 2360:50
2361:34 2404:33

**follows**
2033:20

**footnote**
2359:48

**footprint**
2240:52

**force**
2029:26,47 2030:44
2031:22 2092:20,36
2096:42 2100:48
2101:10,26,30,44
2101:52 2102:20
2137:18 2155:46,48
2155:50 2156:4,14
2156:18,24,32,38
2156:40,52 2157:32
2157:38 2158:6,8
2158:10,22,30
2164:26 2165:24,34
2170:46 2173:6,18
2173:40,50 2174:10
2174:10 2175:10
2184:14 2191:18
2212:42 2213:6,12
2213:20 2224:42,44
2224:48 2225:8,10
2226:26 2227:24,30
2227:36 2228:28,30
2228:40,44 2232:24
2238:30 2239:14

2242:30,34,38,44
2243:32,46,50
2245:8,16,34,42
2247:24,32,38,42
2247:52 2262:22
2269:40 2270:46
2271:20 2272:20,42
2274:6 2297:28,52
2298:14 2302:18,26
2302:50 2303:14
2304:18,30 2305:18
2305:48 2319:28
2358:26,48 2359:22
2362:4 2381:20,22
2381:24,30,42
2382:52 2384:36
2385:40,46

**force's**
2165:52

**fore**
2050:42

**forefront**
2050:42

**foregoing**
2404:17

**form**
2027:26 2126:6,12
2143:32 2165:50
2196:8 2206:48
2221:12 2223:40
2233:12,14,18,32
2233:44,46 2236:52
2239:28 2240:4,14
2240:24,38 2241:12
2241:48 2242:14
2243:10,36 2244:10
2244:32,46 2245:20
2245:30 2246:4
2247:28,46 2248:34
2248:38 2249:14
2250:8,10 2252:6,8
2252:36 2253:6,18
2253:40 2254:52
2255:8 2256:40
2257:22,40 2258:18
2258:34,46 2259:36

2260:6,22 2261:18
2262:6,34 2267:16
2267:44 2268:24,44
2269:6,20,34
2271:16,28,42
2273:12 2274:18,30
2275:12,26 2276:22
2277:20,42 2278:32
2278:44 2279:12
2280:32,42 2281:20
2284:50 2285:30
2286:14,26 2287:34
2288:34 2289:4,28
2290:12,22 2292:4
2292:48 2293:16,46
2294:8,26,50
2295:10,18,36
2296:4,34 2297:8
2297:24,30,38
2298:34,38 2299:38
2300:6,18,40
2301:10,28 2302:28
2303:8 2304:22,34
2305:8,24,52
2306:12,28,38
2307:22,38 2308:16
2308:26,40 2310:12
2312:34 2313:38
2314:28,52 2315:18
2315:46 2316:20,34
2317:28,36,46
2318:40 2320:16,42
2321:24,46 2324:52
2325:14,32 2326:12
2326:14,36,38
2327:4,20,32,44
2333:48,50 2334:20
2334:22,44,46
2335:24,26,52
2336:4,24,26
2337:4,6,28,30,48
2338:24,50 2339:26
2339:44,46 2340:20
2340:22,46,48
2341:18,46 2342:12
2342:32,34 2343:14

2343:16,32,34
2345:52 2346:14,26
2346:28,44,46
2347:16,30 2350:22
2350:46 2351:26
2352:10,52 2354:14
2354:38,48 2355:14
2355:40 2356:8,28
2361:24,36,50
2366:8,20,32,50
2370:26,34,48
2371:14,42 2372:8
2372:36 2373:4,20
2373:36,48 2374:10
2377:8,10,30,32,48
2377:50 2378:40,52
2379:16 2382:22,36
2383:28,52 2384:30
2384:42 2385:28,42
2386:44 2390:32
2391:12,30,52
2392:18,42 2393:6
2393:20,42 2394:14
2396:8,36 2397:10
2398:14 2400:32,34
2401:4,6,32 2402:8
**formal**
2030:44 2297:16
2358:26,46
**formalities**
2027:22
**formally**
2137:4
**formed**
2156:32
**former**
2148:10 2331:18,38
**forth**
2173:12
**forward**
2055:36 2141:16
**forwarding**
2177:32 2186:14
**found**
2350:24 2376:40
2377:36,38,52

2378:6 2379:20
**foundation**
2131:36
**founded**
2155:52
**Fountain**
2025:33 2066:26
**four**
2035:20 2036:30
2041:40 2045:20
2061:22 2066:24
2074:12,18,26,42
2075:28 2089:12,18
2089:30 2091:14
2198:18 2256:14
2310:40,42 2311:18
2311:28,28 2336:20
2336:50 2337:20
2401:14
**Fourth**
2255:52
**Frank**
2029:43 2100:20,22
2100:26,38 2101:4
2101:16,22 2102:18
2164:28 2172:42,48
2173:14 2213:4
2242:50 2243:4
2246:30,36 2249:32
2282:46 2288:52
2305:4,22 2307:44
2308:6,14,22
2312:32,44,50
2313:4,8,10
2315:32,40,52
2334:14,28,52
**Frank's**
2307:36
**Franks**
2308:32
**fraud**
2070:50 2071:4,10
**free**
2249:52 2251:48
2352:34
**frequently**

2228:20 2240:6
**Friday**
2042:52 2043:38,40
2044:32,34 2045:4
2046:40 2128:18
**friendly**
2357:36
**friends**
2128:14
**from/with**
2309:10
**front**
2039:16,24 2047:28
2047:48 2072:26
2136:18 2143:24
2146:30 2150:40
2153:50 2161:10
2176:30 2185:16
2203:32 2212:34
2217:20 2224:34
2246:32 2248:48
2260:32 2266:36
2270:6 2286:52
2328:48 2345:34,42
2357:6 2358:30
2368:14 2381:48
2383:30 2387:28
**fulfilling**
2189:30
**fulfills**
2189:6,22,40
2190:20
**full**
2069:46,50 2081:40
2081:40 2094:4
2111:34 2119:44
2165:50 2236:6
2330:34 2334:8
**full-time**
2210:24
**fully**
2189:12,52 2191:44
**function**
2074:10 2217:40
**funded**
2105:50

**funds**
2105:44 2106:6
  2108:26 2109:10,12
  2109:24,26,30
**further**
2133:44 2134:10
  2198:42 2346:12
  2390:12 2404:23,30
**FYI**
2313:18

### G

**G**
2024:50 2027:30
  2404:13,47
**gain**
2126:38
**games**
2355:8
**Gateway**
2105:40
**gathering**
2102:34
**gbesen@bradley.c...**
2025:37
**Gene**
2025:34 2037:18
  2040:16 2042:18
  2076:48 2346:20,38
**general**
2038:52 2078:52
  2103:42 2124:40
  2149:14 2166:44
  2167:52 2168:8,22
  2173:30 2205:28
  2207:48 2321:34
**generally**
2062:12,14 2071:10
  2075:48 2106:46
  2110:18 2111:24,34
  2117:28 2120:22
  2124:38,48 2138:38
  2143:10 2149:34
  2150:10 2152:42
  2168:30 2214:48
  2215:52 2333:18,30

2351:52 2393:16
**generate**
2109:28 2112:10,16
  2112:22,26,48
  2113:14,38 2116:22
  2170:4 2333:20
**generated**
2112:36 2113:36
  2115:24,48,48
  2144:48
**generates**
2108:48 2109:42
  2110:34 2111:52
  2112:12 2113:8
  2116:32
**generators**
2109:6
**gentleman**
2063:10 2069:50
  2070:20 2071:18,52
  2072:4 2102:6
  2258:28 2372:22
  2391:38
**gentlemen**
2392:8
**Georgia**
2149:18,26 2237:52
  2396:24 2398:18
**getting**
2092:52 2093:6,14
  2100:28 2291:20
**gifts**
2103:24,28
**give**
2035:6 2045:36
  2058:42 2060:34
  2063:26,26,36
  2072:30 2133:44
  2134:10 2227:22
  2266:24 2268:10
  2271:36 2277:52
  2286:38 2305:46
  2312:16 2314:44
  2358:42 2374:32,46
  2382:6 2398:38
**given**

2061:22 2091:50
  2123:14,26,28
  2150:18 2159:48
  2194:12 2252:46
  2285:28 2304:30
  2349:50 2380:48
**giving**
2077:16 2270:12
  2305:34 2347:8
**go**
2038:16 2046:14
  2055:36 2069:22
  2076:20,30 2078:10
  2091:12 2107:52
  2108:28 2114:8
  2115:50 2116:44
  2117:14,40 2123:40
  2123:44,46 2135:8
  2136:10 2137:48
  2141:40 2144:12
  2146:24 2148:46
  2161:4,6 2162:30
  2168:12 2179:16
  2180:36 2182:44
  2185:8 2186:50
  2198:42 2206:48
  2213:38 2218:48
  2224:12,32 2233:38
  2239:4,6 2242:34
  2242:42 2263:34
  2268:36 2277:46
  2288:22 2296:28
  2301:38 2318:8
  2322:52 2323:36
  2324:22 2328:38
  2358:20 2383:10
  2394:32
**goes**
2111:18 2325:20
**going**
2034:46 2046:26
  2047:12,22,34
  2072:22 2088:8
  2090:46 2092:10,14
  2092:18,30 2094:20
  2095:46 2109:20

2114:16 2116:50
  2119:26 2126:30
  2127:32 2128:36
  2134:4,24,44,48,52
  2135:6 2142:16
  2146:24 2147:14,46
  2157:42 2161:6
  2167:22 2168:12,20
  2176:26,28 2178:44
  2182:50 2190:8
  2201:6 2202:42
  2203:10 2212:24,30
  2213:40 2217:16
  2224:16 2246:18
  2263:4,30,46,48
  2264:44 2269:44,46
  2276:38 2286:8
  2287:46,52 2288:6
  2288:12 2296:44
  2302:16 2303:52
  2304:8 2305:34
  2306:42 2312:16
  2313:28 2320:8
  2325:22 2328:4
  2336:36,38 2339:10
  2339:12 2340:16
  2347:40,42 2356:40
  2356:44 2362:46
  2364:28 2368:14
  2374:20,22 2384:26
  2398:20
**GOLD**
2026:15
**Golden**
2061:12
**good**
2032:4 2033:24,26
  2080:46 2118:8
  2186:18 2188:36
  2325:50
**goodness**
2069:8
**gosh**
2037:36 2067:26,44
  2087:28 2129:4
**Gotcha**
2073:36

MAGNA
LEGAL SERVICES

2214:8

**gotten**
2113:6,12 2141:38

**governance**
2214:46

**governed**
2166:38

**GP**
2187:40 2188:8,22
2288:26

**grammar**
2250:44 2252:28

**granted**
2149:24

**great**
2054:44,50 2116:4
2227:16 2374:50

**Greear**
2154:18

**Gregory**
2067:42

**grieves**
2389:4

**group**
2101:42,48 2184:40
2190:50 2283:28

**grows**
2030:37,49 2345:30
2347:38 2364:42

**Guenther**
2076:34 2205:32,34
2374:18

**guess**
2037:22 2181:32

**guide**
2093:14 2106:12

**guidelines**
2300:24

**Guidepost**
2024:16 2026:8
2033:14 2035:16
2051:10 2053:48
2054:10 2058:52
2059:6,12,38,48
2072:10,16 2086:40
2088:10 2089:48

2091:32,34 2092:16
2092:30 2093:14,34
2093:44 2094:22,52
2095:20,46 2096:10
2097:24,52 2098:12
2117:16,18 2118:28
2118:36 2119:28
2120:12,34,42,50
2121:10,18 2122:12
2124:52 2125:26,40
2125:50 2126:24
2127:16,32 2130:22
2130:42,52 2131:18
2131:34,38,46
2132:10,24,28,52
2133:16,20,26,36
2134:48 2135:46
2139:8,36 2144:46
2148:12 2159:14,48
2161:26,30 2170:40
2174:22,30,32
2176:22 2187:30
2191:22 2193:40
2194:34,50 2195:10
2195:20,22,24,32
2196:12 2201:26,36
2201:48 2203:20,42
2205:6 2209:42
2210:22,44 2212:52
2213:6 2214:36
2229:26,32 2246:20
2247:24 2248:8,14
2248:26,48 2249:40
2249:52 2250:12,24
2250:32,40 2251:22
2251:50 2252:10,30
2255:6,22,34,42
2256:4,20,50
2257:36,52 2258:16
2260:14,18,38,44
2261:16,34,52
2262:24 2267:10,36
2268:18 2272:14,44
2273:38 2274:12,22
2275:32,34 2281:8
2283:20,24,40

2288:52 2289:22,34
2299:36 2303:4,14
2303:30,36 2304:20
2304:30 2305:6,16
2305:20,22 2307:34
2307:44 2308:6,12
2310:6 2312:26
2315:44 2316:46
2317:22,42,44
2318:22,34 2319:10
2319:30,42 2320:36
2321:16,30 2322:26
2323:50 2324:10,34
2326:44,46,50
2327:8,16 2333:16
2333:32,44 2334:16
2334:30,40,52
2335:14,42 2336:20
2336:46 2337:18
2339:38 2340:14,28
2340:44 2341:4,16
2341:24 2342:18,28
2342:46 2343:8,24
2344:34 2346:20,36
2348:28 2349:12,50
2350:38,44 2351:14
2354:4 2355:30,46
2359:6 2362:52
2364:20 2365:30,52
2370:46 2376:12,34
2376:52 2377:20,28
2384:16,28 2387:48
2390:18,20 2397:44
2400:18,24,42,50

**Guidepost's**
2176:10 2246:48
2248:30 2262:26
2267:12,38 2326:8

**GuideServe**
2036:4,8

**GuideStone**
2106:10,14,16,18
2108:20 2109:6

**guilty**
2197:48 2198:50
2199:12,24,46

2200:20 2201:18
2375:18

**guys**
2302:12

---

**H**

**H**
2028:18 2029:4
2030:4 2031:4

**H-A-R-I**
2061:12

**H?bert**
2164:50,52 2165:4
2244:42

**half**
2111:14 2115:38
2116:34 2392:4,6
2392:12,16,52
2395:20,40

**hand**
2034:46 2046:26
2047:22 2167:22
2176:26 2204:40
2290:46 2308:14
2319:42 2322:44
2323:38 2347:40
2374:20 2391:26

**handling**
2051:32 2084:38
2175:50 2178:20,48
2180:52 2181:14
2277:12 2278:12
2279:32 2283:46

**handwritten**
2273:22

**happen**
2080:20

**happened**
2143:40

**happening**
2384:26

**happens**
2107:46 2113:34
2115:10

**happy**
2055:36

**harassing**
2134:16,20
**hard**
2080:6,8,10,12,16,26
  2080:40,44 2081:6
  2088:34
**Hari**
2061:12 2067:40,50
  2068:6
**Harra**
2024:50 2027:30
  2032:38 2404:13,47
**hated**
2188:20
**He'll**
2390:36,38
**head**
2212:28 2339:16
**headline**
2158:18,20 2197:28
**hear**
2038:42 2102:38
  2119:24 2126:10
  2219:24 2238:14
  2314:18 2330:44
**heard**
2271:6
**hearing**
2027:28 2048:42
  2072:36 2088:34
  2134:42 2136:4
  2160:52 2178:38
  2180:24 2280:28
  2285:50 2312:10
  2357:20
**hears**
2239:34
**Heather**
2164:46
**held**
2281:42
**helpful**
2387:10
**helping**
2357:42
**Henry**

2040:38
**Hey**
2142:20 2336:48
**hiatus**
2127:50
**hidden**
2351:50
**high**
2145:52 2343:50,52
  2344:26,28
**high-profile**
2144:42
**Highly**
2287:50 2304:4
**Hiland**
2088:28,28,46
  2089:38 2090:12
  2379:32,34,36
  2380:22 2381:4,6
  2382:42,44 2383:14
  2383:34
**hired**
2057:18,46 2085:40
  2085:46 2086:4
  2194:50 2195:10,20
  2195:24,32 2196:12
  2360:46 2384:16
**hiring**
2087:28
**historically**
2130:8 2208:6
**history**
2194:12
**hit**
2135:34
**hold**
2152:32 2232:52,52
  2254:34 2266:34,52
  2287:4 2363:12
  2381:52
**Holske**
2302:4 2313:12
**hominem**
2266:8
**honest**
2069:42,50 2070:30

2070:30
**honestly**
2038:6
**host**
2127:52 2128:44
**hosted**
2128:4 2139:48
**hostility**
2194:42
**hour**
2310:42 2311:14
**hours**
2041:40,44 2043:26
  2100:4 2204:18
  2310:34,36 2311:18
  2311:28
**house**
2091:42
**Houston**
2197:8,28 2198:4,32
  2198:46 2199:20,38
  2199:40,52 2201:12
  2209:16 2332:12
  2369:28
**Howe**
2024:33 2027:12
  2028:10 2029:44
  2032:14 2033:16,30
  2246:30 2329:26
  2403:13
**Howe's**
2028:37 2047:18
**Hughes**
2069:6
**Hum**
2329:40
**hundreds**
2113:50
**Hunt**
2024:10 2026:36
  2030:37,48 2032:20
  2032:50 2083:30,34
  2083:38,46 2084:4
  2084:46,48 2086:26
  2087:12,22,48
  2088:14 2089:18

2090:12 2091:26
2130:20,34 2131:20
2132:14,30 2133:22
2137:18 2138:20
2140:8 2142:28,46
2143:30,30 2144:36
2144:42 2146:36,38
2147:4 2148:12
2155:20,26,34
2160:30 2162:30,38
2163:40 2214:10,24
2236:22,24,30,42
2236:44 2237:8,26
2237:50 2274:26
2288:12 2299:26,34
2300:16,36 2301:8
2303:4 2304:12
2308:24 2309:40,52
2310:6 2313:12
2314:24 2316:18
2320:38 2321:20,32
2321:44 2330:24
2331:4 2333:4
2339:42 2341:16,44
2342:6 2345:30
2346:42 2347:14,20
2347:26,36 2348:28
2349:12 2351:14
2352:18,46 2353:20
2353:26,34 2354:6
2354:12,20 2355:30
2355:36,48 2356:6
2357:44,50 2362:52
2364:42 2366:42
2367:28 2368:4
2374:44 2375:36
2376:14,26,36
2377:4,26 2378:30
2378:34 2379:6,22
2380:26 2381:34
2382:18,34,48
2383:22 2389:6
2391:10,28 2395:16
2396:4,28,32
2397:6,22
**Hunt's**

**MAGNA○**
**LEGAL SERVICES**

2085:28,36 2138:32
2139:50 2141:32,34
2143:36 2145:52
2330:28 2345:48
2346:12,22 2365:18
2366:10 2367:10
2397:44
**Hurney**
2037:38,38,40,44
2038:8 2041:20
**husband**
2186:12

— I —

**I-E**
2049:20
**idea**
2312:50 2343:38
**identified**
2072:24 2283:32
2287:48 2304:4,46
2333:44 2334:42
2335:18 2336:20,48
2337:18
**identify**
2061:42 2134:44,50
2135:8 2142:18
2275:52
**identities**
2060:30
**ignored**
2195:4,14,26,34
2208:42,46 2209:4
**III**
2150:48
**imagine**
2229:16
**Immediate**
2071:36,40
**impact**
2326:10,34
**impacted**
2211:28,30 2234:52
2236:12,14,24,46
**Implementation**
2384:34

**importance**
2086:8
**important**
2086:10,12 2279:52
2280:46 2281:14
2335:8
**improperly**
2195:4,12
**in-house**
2369:52
**inappropriately**
2219:42
**inaudible**
2200:26
**incident**
2162:48 2163:8,28
2214:12,34 2391:50
2397:24
**include**
2083:38 2089:28
2098:44,46 2099:6
2099:8,10,14,20
2158:52 2159:34
2181:34 2182:6,14
2182:20,32 2210:34
2210:44 2211:6
2215:50 2229:34
2231:12 2232:12
2234:38 2235:48
2237:36,44 2239:40
2251:42 2252:30
2274:48 2307:46
2310:8 2344:20
2359:48
**included**
2164:26 2175:4,14
2183:18 2197:38
2198:6,48 2211:10
2211:12,26,52
2212:10 2217:6
2227:40,44,48
2229:52 2230:4,8
2230:52 2231:8
2237:12,28,30
2274:26 2287:28
2288:52 2289:8,22

2289:46,48 2290:8
2290:20 2291:22,28
2291:36,42,50
2292:10,16,28,40
2293:4,44 2308:8
2308:46 2312:38
2316:26 2346:32,50
2348:20 2350:52
2351:30 2363:14
2378:14,16,20,24
2397:30
**includes**
2158:48 2357:10
2360:22 2384:10
**including**
2035:16 2110:40,44
2129:30 2205:8
2216:16 2234:22
2260:14,44,50
2273:14 2372:16
**inclusive**
2134:32 2211:20
2215:34 2251:6
2254:6 2281:50
2353:18
**income**
2108:34 2110:52
**inconsistent**
2122:24
**incorporate**
2359:50
**incorporated**
2166:18
**incorrect**
2188:4 2242:18
2297:40
**increase**
2073:6 2079:26
2081:16,20,44
**independence**
2174:32
**independent**
2030:10 2131:28
2140:14 2151:18
2286:48 2360:44
**independently**

2132:48
**Indiana**
2025:15 2381:14,16
**Indianapolis**
2025:15
**indicate**
2072:52 2393:16
2394:8
**indicated**
2060:16 2084:28
2110:20 2158:36,42
2161:44 2162:36
2322:42 2354:24
2400:26
**indicates**
2164:4
**indicating**
2162:8 2349:30
2400:48
**indifferent**
2366:40
**Indirectly**
2052:24
**individual**
2103:32 2115:52
2151:50 2216:36
2227:32
**individually**
2064:22 2097:46
2284:14 2295:38
2356:44
**individuals**
2061:44 2332:38
2367:50
**influence**
2046:42
**inform**
2275:6 2324:32,38
2339:20
**information**
2035:32 2187:40
2188:10 2192:8,22
2246:12 2251:14
2253:34 2255:44,46
2256:8,24,38,48
2257:34,50 2258:14

2260:18,52 2261:14
2261:16 2267:40
2274:14 2300:28
2305:46 2319:32,34
2320:46,48 2322:32
2331:22 2336:42
2343:6 2351:42
2354:24,30,42,52
2355:22,34,42,44
2375:8 2380:16
**informational**
2330:4
**informed**
2087:38 2228:38
2303:16 2373:10
**informing**
2228:26
**initial**
2154:50 2188:20
2199:38 2201:10
2322:36,38,46
**initially**
2055:20 2384:16,22
**Initiative**
2383:48 2384:6,20
**initiatives**
2129:50,52
**inner**
2224:6
**input**
2046:52 2047:8
2292:12
**inquiries**
2146:40 2268:12,40
2269:14 2321:36
**inquiry**
2268:50 2269:26
2299:52 2360:50
2361:34
**insight**
2271:38
**installment**
2198:34 2199:38
2201:10
**instance**
2084:8 2157:14,16

**instigator**
2345:48 2346:8,16
**institutions**
2104:16
**instruct**
2262:44 2263:4,40
2263:42 2264:16,18
2267:24 2284:50
2341:4
**instructed**
2300:48
**insurance**
2037:22 2038:26,32
2038:34 2039:4,12
2039:14,18,34
2106:32,34 2108:20
**insure**
2189:10,20,38,50
2190:18 2319:30
2320:46
**integrity**
2069:46,52 2070:40
2070:48 2071:18
2072:6
**intelligence**
2389:8
**intent**
2315:26
**intentional**
2188:36
**intentionality**
2079:48
**interactions**
2303:26
**interest**
2080:24 2085:4,8,28
2085:36 2089:46
2091:28 2137:14
2314:20,26,48
2315:12
**interested**
2094:28 2366:24
2404:26
**interesting**
2079:36
**interests**

2070:14
**interfered**
2366:6
**interim**
2033:42,44,46,52
2034:4,8 2035:42
2054:16,22,38,40
2054:52 2055:4,10
2055:28,46 2056:18
2057:18,28 2058:12
2064:42 2078:6
2083:12,16 2102:52
2124:28,42 2127:50
2128:6 2151:34
2169:12,38 2205:28
2206:8,22,28,40
2207:8,30,52
2209:28 2258:38
2281:10 2284:22,24
2284:26 2373:24
**internal**
2223:30 2326:44
**internally**
2332:16
**International**
2105:18,24 2108:30
2109:16,40 2112:42
**internet**
2244:6,28 2245:18
2245:52 2247:26,42
2271:10,14,26,40
**interposed**
2045:52 2263:38
**interpretation**
2395:50
**interrogatories**
2042:38
**interrupt**
2114:14 2281:32
**interrupted**
2281:28
**intervene**
2346:38 2347:18,24
**intervened**
2347:12
**interview**

2303:30 2338:8,12
2338:22,30 2339:14
2339:18,40 2340:16
2340:30 2342:20
**interviewed**
2342:6,30
**interviews**
2339:52 2341:14,24
2341:42,52 2342:40
2342:44 2343:10,20
2343:28,30,38
2376:42
**intimidated**
2211:48
**intimidation**
2230:6 2231:28
**investigate**
2051:30,40 2161:30
2214:52 2216:20
2220:44 2221:28,46
2222:44
**investigating**
2230:44
**investigation**
2030:11 2050:14
2051:10 2052:34,48
2054:12,26 2055:32
2058:50 2059:6,28
2059:32,38,42,46
2060:14 2061:30
2064:34 2084:34
2158:50 2159:34,50
2175:48 2178:20,46
2201:38,50 2210:24
2210:32,42,50
2211:4 2229:22,26
2229:28,32 2230:26
2230:30,52 2232:8
2232:12 2233:50
2234:38 2235:48
2237:36 2247:24
2277:10,28 2278:10
2278:52 2279:32
2281:8 2282:10,14
2283:44 2284:4,10
2286:10,48 2315:44

2321:18,42 2340:4
2341:6,50 2370:44
2385:24,38 2395:18
**investigations**
2385:32,46
**investigative**
2326:8,30 2340:28
2340:40 2342:16
**investigators**
2342:28
**invitations**
2144:34
**Invites**
2146:36,38
**invoice**
2222:12
**involve**
2051:8
**involved**
2058:8 2063:40
2077:34 2082:6,10
2082:24,26,40
2083:22,30,32,46
2083:52 2084:42,44
2084:48 2120:40
2128:12 2130:20,24
2131:14 2140:30
2141:26 2149:46
2188:46 2210:10
2284:46 2285:10
2286:8 2305:14
2309:36 2332:30
2373:8,14 2374:48
2398:8
**involvement**
2064:6,16 2088:4
2089:48 2091:30
2223:28 2244:36
2303:4 2396:42
**involving**
2084:44,48 2130:32
2139:48 2291:4
2310:10 2312:26
2331:38 2332:20
2371:36 2373:30
2379:36 2391:50

2397:4
**irresponsible**
2052:46
**issuance**
2193:12
**issue**
2050:24,40,50
2051:8,16,50
2052:28 2055:30
2058:30 2162:48
2188:8 2252:24
2293:40
**issued**
2136:44 2212:40
2381:36 2400:12
**issues**
2142:26,46 2196:46
2256:26 2273:42
2275:44 2277:24
2278:22,50 2281:6
2282:8
**issuing**
2138:18
**item**
2085:14
**items**
2079:10 2292:10
**IV**
2151:12,14,46
2215:22,24 2217:6

---
**J**
---

**J.D**
2154:18
**Jackson**
2025:43 2038:10,16
2038:22,26 2039:28
**JACOBSON**
2026:9
**James**
2205:32,32
**janderson@jackso...**
2025:48
**January**
2030:40 2031:18,29
2036:50 2037:6

2056:10,12,24
2090:20 2159:4,6
2159:38 2160:24,32
2164:18 2192:44
2212:8 2356:48
2379:46 2388:14,34
2388:40 2391:42
2392:50 2393:34
2394:26
**Jeff**
2282:24
**Jeremy**
2396:14,20,40
**Jim**
2067:42
**job**
2033:38 2124:26
2189:10,30,34
2218:30 2264:16
2270:28
**jobs**
2169:6,12 2188:52
**jog**
2302:20
**John**
2031:35 2164:38
2175:28 2398:28,42
2399:18,24
**Johnny**
2024:10 2026:36
2030:36,48 2032:20
2032:48 2083:30,34
2083:38,46 2084:4
2084:46,48 2085:26
2085:36 2086:26
2087:46 2088:14
2090:12 2130:20
2131:20 2132:14,30
2133:22 2138:20
2140:6 2141:34
2143:30 2144:36
2147:4 2148:12
2155:20,26,34
2160:30 2162:30,38
2162:38 2163:40
2214:10,24 2236:22

2236:24,40,44
2237:8,24,50
2274:26 2287:28
2300:16,36 2301:8
2308:24,38 2309:6
2314:24 2316:18
2320:38 2321:20,32
2321:42,44 2330:24
2330:28 2331:4
2333:4 2339:42
2341:16,44 2342:6
2345:30,46 2346:10
2346:22,42 2347:14
2347:20,26,36
2352:46 2354:10
2355:36 2356:4
2357:44 2362:52
2364:42 2365:18
2366:42 2367:10,28
2368:4 2374:44
2375:36 2376:14,26
2376:36 2377:4,24
2378:30,34 2379:6
2380:26 2381:34
2382:18,34 2389:6
2391:10,28 2396:4
2396:28,32 2397:6
2397:22,44
**joint**
2035:22 2036:40,42
2043:4,16,20
2173:4
**Jon**
2025:44 2031:12
2037:20 2040:16
2042:20 2368:20,48
2368:50 2369:18
2370:10 2372:12,20
**Jon's**
2037:22
**Jonathan**
2024:33 2027:12
2028:10,37 2029:44
2032:14 2033:16,30
2047:18 2246:30
2329:26 2403:13

**MAGNA**
**LEGAL SERVICES**

**Jordan**
2076:34 2205:32,34
 2374:18
**Joshua**
2029:37 2185:14,28
 2185:30
**journalist's**
2338:14
**journalistic**
2338:32
**judgment**
2085:6,12,26
 2089:26 2143:52
 2146:14 2315:16
 2356:4,14,22
 2360:26 2361:14
**Julia**
2283:14
**Julie**
2030:15,26 2283:14
 2283:16 2299:6
 2308:24,36,52
 2309:4 2312:14,26
 2312:42 2313:6
 2314:8
**July**
2156:6 2162:50
 2163:28,32,36
 2214:28 2237:52
 2238:6 2329:28,38
 2392:52
**June**
2030:44 2031:35
 2059:44 2060:8,14
 2060:22,28,32
 2061:28,44 2062:4
 2063:6 2067:6,8,10
 2067:14,16 2127:24
 2127:26,26 2153:38
 2153:46 2154:4,6,8
 2154:28,32,34,36
 2154:40,42,48,48
 2155:8,14 2156:4
 2159:40 2160:24,34
 2160:46,48 2162:42
 2162:42 2164:20

2166:8 2192:28,46
 2212:8 2358:24,48
 2358:50 2359:42
 2363:10 2398:26
**jurisdiction**
2233:18 2234:20
 2362:34 2395:44
**jury**
2045:34 2050:48
 2058:48 2070:46
 2073:12 2076:28
 2093:10 2095:18
 2116:12,20 2117:32
 2119:44 2121:48
 2125:22,38 2126:16
 2136:28,38 2137:26
 2203:24 2204:10,18
 2216:34 2231:42
 2238:12 2239:34
 2243:30 2250:20
 2259:12 2261:10
 2271:6,6 2277:6,50
 2314:18 2318:28
 2335:12 2347:10
 2358:38 2392:36

---

## K

**Katharine**
2026:10
**Kathy**
2033:12
**Keahbone**
2031:26,29 2175:20
 2184:18 2269:28
 2276:12 2295:26
 2386:22,50 2387:22
 2387:32 2388:16,30
 2389:26 2391:16,34
 2391:40 2392:46
 2393:46
**keep**
2147:22,28 2224:4
 2264:44 2266:10
 2373:8,40
**keeping**
2372:40

**Keith**
2186:10
**Kelly**
2025:43 2038:14,16
 2038:22,26 2039:28
**kept**
2110:8 2113:42
 2240:44 2332:16,50
**Kilpatrick**
2030:19 2301:48,52
**kind**
2036:12 2129:20
 2131:46 2264:32
 2268:14 2308:12
 2332:6 2384:12
 2391:6 2393:14,38
**kklein@rjfirm.com**
2026:13
**Klein**
2026:10,16 2033:12
 2033:12 2048:48
 2126:6 2234:28
 2248:38 2250:10
 2252:6 2286:26
 2287:46 2288:10
 2303:52 2326:14,36
 2333:48 2334:20,44
 2335:24,52 2336:24
 2337:4,28 2339:44
 2340:20,46 2342:32
 2343:14,32 2346:26
 2346:44 2377:8,30
 2377:48 2400:34
 2401:4
**klein@mintzandgo...**
2026:19
**knew**
2199:18,20 2322:22
 2336:10 2343:50
 2344:24
**know**
2037:52 2039:18
 2049:46 2078:30
 2079:34,36,38
 2080:32 2082:16
 2095:26 2100:38,48

2107:14 2108:22
 2123:36 2124:32,40
 2135:42,48 2137:46
 2139:4,16,22,26,30
 2139:30 2141:36,52
 2150:6 2158:20
 2163:34 2181:32
 2207:36 2208:12,12
 2208:20,46 2218:20
 2227:18 2231:42
 2239:12 2240:52
 2241:4 2244:18,48
 2244:52 2246:10
 2271:12 2285:8
 2287:24,38 2288:44
 2292:38 2294:24
 2299:18,32 2302:14
 2303:38 2304:18
 2309:12,38 2310:16
 2312:30,40 2313:36
 2313:50,52 2314:40
 2315:40,50 2325:20
 2325:36 2329:20
 2342:26 2343:24,48
 2343:52 2345:38
 2367:36 2372:30,32
 2380:12,14 2384:48
 2387:16,18 2388:38
 2388:40 2389:30,32
 2391:4 2396:44
 2397:28 2400:20
**knowing**
2219:16
**knowingly**
2357:42
**knowledge**
2047:4,6,8 2063:40
 2063:42 2064:4,4
 2064:14 2109:50
 2139:32 2188:44
 2201:20 2208:34
 2238:46 2245:46
 2246:10,12 2247:30
 2247:36,50 2248:42
 2249:8,48 2261:42
 2262:10 2268:4,28

2268:32 2271:24,38
2275:16 2286:32
2287:26 2288:30
2289:18 2290:6,18
2292:8,52 2293:10
2293:20,40,52
2294:12,18,44
2295:4,14,16,30
2296:8 2299:42
2300:52 2301:14,20
2301:32 2302:32
2303:12 2304:44
2305:20,28 2306:18
2306:22,36,52
2307:12,14,42,48
2308:4,10,30,34,36
2308:44,50 2316:24
2316:28 2321:28
2325:28,30 2326:18
2326:22,42 2327:6
2327:24,36 2334:4
2334:50 2339:50
2340:26,32 2341:22
2341:50 2342:4,16
2342:38 2343:20
2346:52 2350:42
2353:28,32 2354:18
2354:20 2356:10
2365:38,40 2381:30
2382:16,28 2383:12
2384:40,52 2385:6
2385:8,10,30
2391:8,24 2392:38
2395:42

**known**
2035:12 2211:34
2333:46 2335:14,32
2335:34,40 2351:44
2351:52 2352:20,32

**knows**
2206:42

**Krista**
2030:15 2283:22
2299:8

────── **L** ──────

**L**
2025:44 2027:4

**lacked**
2326:34

**Landry**
2069:12

**language**
2099:12,20,22
2118:10 2158:50
2236:36 2275:36
2352:8,44 2355:28
2356:18 2361:48
2362:10 2363:8,12
2363:40 2364:12

**Lanier**
2063:12

**Lanier's**
2064:6,14

**largely**
2202:6,18,52
2205:24

**Late**
2043:52 2044:30

**laughing**
2317:50 2325:8,16

**Laura**
2348:10

**Laurin**
2058:20

**law**
2027:16 2039:38,44
2039:44 2166:18
2355:36 2360:26
2372:48

**lawsuit**
2088:20,40

**lawsuits**
2080:44 2332:18,22
2332:22,30

**lawyers**
2037:50 2045:12,20
2046:48 2077:14
2188:20 2283:8,40
2371:36 2378:12,16
2378:26 2380:6,48

**lay**

2223:26

**LCR**
2024:50 2404:13,32

**lead**
2146:38

**leader**
2144:42

**leaders**
2382:44 2383:14

**leading**
2087:12,22 2097:38
2265:40

**learn**
2071:16,22 2125:12
2326:6

**leaves**
2031:21 2381:42

**leaving**
2216:52

**Lee**
2025:45 2030:18
2301:48,52 2303:18
2303:26

**left**
2049:42 2235:8

**legal**
2032:36,38 2076:12
2076:22,24,28,34
2102:50 2361:12
2373:8,26,30,40

**legislature**
2149:24

**legitimate**
2187:16

**let's**
2036:36 2059:8
2060:10 2067:6
2085:20 2091:10
2109:36 2115:34
2116:6 2119:42
2121:48 2133:50
2137:48,50 2139:44
2141:4 2144:12
2148:46 2151:12
2161:4 2163:24
2180:36 2182:44

2185:8 2186:46,50
2190:8 2191:50
2197:52 2198:30,42
2206:38 2215:24
2217:10 2220:36
2222:26 2223:22
2224:12 2225:38
2230:24 2235:18,18
2239:32 2242:32,34
2242:42,52 2246:26
2252:40 2254:40
2257:46 2260:26
2268:36 2279:16
2286:38,44 2293:34
2296:16 2301:38
2322:52 2327:52
2328:38 2351:4
2352:36 2358:20
2367:38 2369:12
2379:42 2387:24
2388:18 2391:18
2394:32,32 2399:16

**letter**
2035:18 2161:8
2170:40 2172:36
2177:34 2179:40
2187:52 2190:16
2213:40 2230:18
2231:46 2252:10
2254:18 2259:22
2272:24 2280:46
2305:42 2318:46
2319:18 2321:16
2322:10 2323:18
2325:4 2380:52
2383:16,32

**level**
2065:28,32 2210:36
2210:48 2211:8,10
2211:24 2229:38
2232:16 2234:42
2235:52 2237:40
2340:8,42 2351:46
2361:18

**liability**
2362:32

**liaison**
2191:20,26 2316:42
   2316:52 2317:8,10
   2317:20 2318:22,30
   2318:32,48,52
   2319:6,28,40,52
   2320:10,26,34,52
   2321:14 2322:16,26
   2323:50 2324:10,34
   2325:10,44
**Liberty**
2105:46
**licensed**
2027:32 2404:14,30
   2404:32,48
**lie**
2263:14
**lies**
2221:36
**life**
2335:40
**Lifeway**
2106:8 2108:10,38
   2108:38,40,48
   2109:4 2112:28
   2129:52 2200:36,38
**light**
2332:52 2376:24,38
   2377:4,26,44
   2378:4,30,48
**likelihood**
2343:50 2344:12,24
   2344:28,30
**limited**
2098:44
**limits**
2039:10,12,12
**line**
2114:24 2134:32,34
   2152:8 2161:52
   2215:36 2304:50
   2318:12,14,18
   2389:4 2391:38
   2394:12
**lined**
2324:44

**Lines**
2134:32 2211:20
   2215:34 2251:6
   2254:6 2281:50
   2353:18
**link**
2093:52 2094:4,10
   2118:46,52 2119:4
   2119:40,40 2120:4
   2120:10,16,34,48
   2120:52 2121:8,16
   2124:52 2125:26,40
   2227:52 2228:6
**linked**
2077:6 2121:10
   2227:50 2228:4
   2229:4
**LinkedIn**
2028:37 2047:20,24
   2047:52 2048:6
   2072:22,50 2079:20
**linking**
2228:46
**links**
2227:40,46,48
**list**
2105:6 2132:26
   2242:36 2331:24
   2332:10,14,14,28
   2332:36,42 2369:18
   2371:50 2372:20
**listed**
2045:38 2066:44
   2107:26,32 2116:20
   2152:44 2198:18
   2322:34
**listen**
2235:36
**listeners**
2128:50
**lists**
2161:30 2369:20
**literally**
2119:42
**litigate**
2325:22

**little**
2047:12 2058:24
   2060:42 2072:38
   2213:30 2248:4
   2285:20 2377:18
**Litton**
2029:36 2101:20
   2102:8,16 2153:20
   2153:42 2154:16,40
   2156:8 2171:28
   2175:16 2183:20
   2185:14,22,38,42
   2186:14,48 2191:30
   2213:22 2268:52
   2276:10 2294:24,30
   2294:52 2310:10
   2317:4 2319:52
   2320:12,26,36,44
   2321:4,16,30,40
   2322:4,16,24,30,34
   2323:48 2324:36,48
   2325:28
**Litton's**
2321:6
**livelihood**
2343:52
**living**
2335:40
**Liz**
2164:42
**LLC**
2024:16 2026:8
**LLP**
2025:25,32 2026:15
   2027:18
**local**
2210:36,46 2211:8
   2211:10,24,28
   2220:40 2221:36,48
   2223:30 2229:36
   2231:12 2232:14
   2234:40 2235:52
   2236:12 2237:40
   2396:46
**located**
2032:30

**logic**
2052:44
**logical**
2398:8
**long**
2041:38,42 2042:22
   2043:26 2055:4
   2056:6 2099:52
   2154:10 2310:30
**long-serving**
2205:30
**longer**
2049:48 2348:50
   2389:50
**look**
2058:40 2065:26
   2117:38 2121:38
   2129:24 2141:4
   2144:12 2150:48
   2151:12 2160:6
   2170:52 2180:18
   2203:18,20 2204:52
   2205:14 2213:8
   2215:24 2217:10
   2222:22,26 2223:22
   2230:24 2245:26
   2257:46 2280:14
   2286:44 2291:4,12
   2305:40 2324:24
   2352:42 2357:22
   2387:24 2394:32
**looked**
2039:22 2041:48
   2120:32 2125:38
   2239:12 2311:24
   2324:42
**looking**
2040:4 2045:18
   2104:4,6 2117:34
   2120:40 2121:22
   2177:50 2180:52
   2191:50 2208:28
   2213:50 2215:8,12
   2215:20 2249:22
   2307:32 2322:8
   2351:46 2399:48

**looks**
2136:40 2186:18
  2213:4 2363:24
**lost**
2281:32
**lot**
2055:20 2080:42
**loud**
2319:18
**low**
2072:40
**lunch**
2044:10
**lunchtime**
2229:24
**lure**
2264:10

**M**

**M**
2024:10
**M-c-L-A-U-R-I-N**
2054:34
**ma'am**
2233:34
**MacGill**
2025:11,12 2028:14
  2032:46,46 2033:22
  2034:46 2045:44,52
  2046:6,26 2047:22
  2048:16,30,40,46
  2048:50,52 2072:38
  2109:24 2111:12
  2114:20,22 2116:44
  2117:12 2122:26
  2126:8 2132:14,20
  2132:46 2133:10,30
  2134:4,10,26,38,44
  2135:20,22,24,34
  2136:10 2138:16
  2139:16,44 2141:4
  2141:22,46 2142:16
  2144:24 2146:24
  2147:12,22,28,36
  2147:52 2148:46
  2149:10 2150:36

2157:42 2161:4
2167:24,28,34
2168:20 2179:50
2182:44 2183:10
2185:16 2190:6
2199:32 2203:18
2206:46,50 2211:14
2211:22,24 2212:24
2212:30 2215:30,40
2216:52 2217:16
2221:10,18 2223:44
2224:12,28 2232:50
2233:6,12,20,28,32
2233:38 2234:6,12
2234:20,32,36
2237:6 2238:26,46
2239:20,32 2240:6
2240:18,30,48
2241:20,50 2242:20
2243:16,48 2244:18
2244:40,48 2245:26
2245:40 2246:12,26
2246:32 2247:34
2248:4,46 2249:22
2250:18,50 2251:8
2252:16,40 2253:12
2253:24,44,50
2254:10 2255:4,14
2256:46 2257:10,28
2257:46 2258:26,36
2259:8,44 2260:10
2260:26 2261:28
2262:14,44,52
2263:18,26,46
2264:8,14,30,38,44
2264:48 2265:6,14
2265:18,24,32,46
2265:52 2266:8,16
2266:22 2267:22,50
2268:32,48,50
2269:10,26,44
2271:24,36,50
2274:24,42,44
2275:22,30 2276:30
2276:36,50 2277:30
2277:48 2278:38

2279:4,16 2280:36
2280:48 2281:34
2282:16 2285:6,8
2285:18,22,40,52
2286:18,28,50
2287:24,42 2288:6
2288:18,42 2289:10
2289:34 2290:18,28
2292:16 2293:8,24
2293:50 2294:16,32
2295:4,14,22,40
2296:14,42 2297:20
2297:26,32,42
2298:36,48 2299:10
2299:48 2300:10,30
2300:52 2301:20,38
2301:50 2302:38
2303:18,48 2304:14
2304:28,46 2305:14
2305:32 2306:8,18
2306:34,50,52
2307:8,28,48
2308:10,22,34,48
2310:16 2312:16,42
2313:46 2314:16,36
2315:8,28 2316:6
2316:28,40 2317:30
2317:40,50 2318:42
2320:22,50 2321:32
2321:52 2322:52
2323:10,38 2325:8
2325:18,36,52
2326:6,20,46
2327:10,28,40,50
2327:52 2328:20,44
2328:48 2334:10,32
2335:4,36 2336:14
2336:36 2337:12,44
2338:4,28 2339:6
2339:32 2340:6,32
2341:8,28 2342:4
2342:22,42,48,50
2343:24,40 2346:4
2346:6,18,34
2347:4,22,40
2350:28 2351:4,32

2352:16 2353:12,20
2354:18,44 2355:6
2355:26,44 2356:12
2356:34 2357:4,22
2358:28 2361:28,40
2362:6 2364:46
2366:14,22,40
2367:6 2368:24
2370:30,40 2371:6
2371:24 2372:4,18
2372:44 2373:12,28
2373:44 2374:4,20
2374:30 2377:16,42
2378:10,44 2379:10
2379:28,50 2381:46
2382:28,42 2383:34
2384:16,38,48
2385:36,50 2386:20
2386:46 2387:24
2388:18 2390:36
2391:18,36 2392:6
2392:24,48 2393:12
2393:30,52 2394:22
2394:40 2396:12,44
2397:20 2398:20,30
2400:44 2401:12,16
2401:38 2402:12,24
**machine**
2404:16
**Magna**
2032:36,38
**main**
2210:20,22 2277:22
**maintain**
2244:52 2296:44
**maintained**
2240:44
**maintaining**
2174:30
**major**
2344:16 2371:18
  2373:8,42
**making**
2086:40 2092:42
  2094:22 2120:32
  2143:44 2241:52

2284:8 2286:8
2301:34 2307:8
2367:32 2370:42
2377:40 2392:50
**man**
2069:42,46,52
2070:30,40,48
2071:18
**manage**
2240:34
**managed**
2166:50
**manages**
2166:32
**manner**
2284:40 2342:6
**March**
2029:17,20 2034:18
2034:22,28,34
2059:30,32 2147:8
2147:48 2148:6
2404:40
**MARCHETTI**
2026:26
**mark**
2046:16 2063:12
2298:48 2301:42
2322:52 2323:30
**marked**
2034:40,48 2046:18
2047:18 2135:16
2136:6 2140:50
2142:12 2144:16
2146:20 2147:8,48
2150:32 2157:36
2167:30 2168:16
2185:12 2217:12
2246:28 2262:36
2269:40 2286:46
2299:4 2301:46
2303:44 2312:12
2323:6,40,42
2328:16 2347:34
2356:48 2358:24
2364:40 2368:18
2374:26 2379:46

2381:40 2387:20
2388:14 2394:36
2398:26
**Market**
2025:14
**Marshall**
2164:32 2187:4
2188:18
**Marta**
2024:50 2027:30
2032:38 2404:13,47
**Martin**
2060:40,46 2061:10
**match**
2252:16,18
**matching**
2252:12
**material**
2288:30,38
**Matt**
2026:27 2033:8
2040:16 2042:18
2044:12
**matt@tpmblaw.com**
2026:30
**matter**
2032:18 2080:26
2084:32,32 2089:38
2091:28 2133:30
2190:4 2191:46
2222:12 2284:48
2305:34 2316:42
2326:8 2346:40
**matters**
2079:6 2083:24
2168:40 2222:10,16
2222:30,34 2223:6
2223:10,30 2253:38
2256:26
**MAURY**
2404:9
**McLaurin**
2054:30,34 2055:14
2055:22,26 2057:46
2058:10,20 2064:42
2065:28 2070:24,30

2070:42,48 2071:16
2071:26 2072:4
2096:50 2097:6
2282:28,32 2372:32
**McLaurin's**
2056:26
**mean**
2036:46 2052:42
2078:34 2098:18
2104:28 2108:6
2181:20,42,46,48
2186:32 2194:6,18
2197:24 2202:30
2203:6 2208:40
2209:36,40 2217:36
2227:4 2237:46
2251:10,24 2306:8
2309:46 2345:38
2383:42 2387:8
**meaning**
2200:16 2314:14
2324:36
**means**
2104:30 2132:4
2175:48 2178:18,18
2178:46 2251:28,30
2253:12 2277:8
2278:8 2279:30
2283:44 2314:20
**meant**
2081:34,36 2098:6
**Measured**
2081:24
**media**
2032:12 2082:38
2100:30 2129:30
2273:14 2368:50
2373:8,42
**meet**
2273:38
**meeting**
2029:27 2034:18,24
2034:28 2037:16,34
2040:4,8,12,14,18
2040:22,28,42,46
2041:24,34,38,42

2041:46 2042:6,12
2042:16,22,26,48
2042:50 2043:4,8
2043:10,16,16,20
2043:44,46 2044:16
2044:20,24,42
2048:22 2050:18
2051:14 2156:42
2157:40,50 2165:36
2328:26,32,34,34
2330:34,50 2331:12
2332:32 2358:6
2359:16,16,26,40
2360:18 2362:10,18
2364:22 2375:14,16
2375:32 2384:10
**meetings**
2036:50 2041:52
2045:20 2240:36
2345:18
**meets**
2357:52
**Melissa**
2061:12
**member**
2050:20,20,26
2060:48 2063:18
2101:6 2154:22,24
2155:6,12,28,38
2160:30,40,44,46
2161:50 2162:8,10
2162:26,40,42
2163:6,42,48
2173:22 2183:28,36
2183:46 2184:8,18
2184:24 2185:38,40
2220:48 2222:46
2231:22 2236:30
2262:20 2267:8,34
2268:8 2272:42
2273:30 2294:34,38
2294:46 2299:24
2300:12,52 2301:22
2301:32 2315:32,36
2316:14 2348:12,18
2348:52 2349:10

2368:32 2371:8
2381:20,22,28
2382:52 2386:22,28
2386:52 2388:8,28
2389:34,44 2390:48
2399:24,28
**members**
2030:33 2058:32,38
2059:26 2060:50,52
2061:26,52 2062:30
2062:38 2063:4,10
2066:36 2073:30
2101:50 2149:38
2159:4,36 2160:12
2160:20 2161:40,46
2163:14 2164:8,18
2164:26 2167:10,16
2167:18 2171:46
2172:24 2174:38,42
2175:4,10 2177:16
2178:10 2189:16
2202:8,20 2203:4
2205:8,26 2208:30
2211:50 2212:6
2221:48 2230:14
2231:4,12 2237:18
2242:42 2245:16,40
2257:14,16,20,30
2257:32 2258:8,10
2259:42,50 2268:34
2268:38,40 2273:10
2276:6 2290:42
2291:8,18,32,52
2292:24,34,44
2295:24,28,42,48
2296:24,26,30,38
2297:14,34 2298:4
2298:6,6,12,18,20
2298:42 2299:52
2300:44 2328:18
2329:10 2397:16,38
2398:46 2401:26
2402:6
**members'**
2230:46
**membership**

2129:12,16,18
2259:48 2304:48
2330:6
**memo**
2185:22
**memorandum**
2177:36 2181:22
2186:26,30
**memory**
2302:20
**men**
2245:48
**mention**
2144:44 2330:22
**mentioned**
2067:40 2108:14
2181:24 2209:36,40
2209:42 2289:12
2290:26,28 2332:10
2333:4 2386:22
**mentions**
2181:28
**Merritt**
2025:13
**message**
2030:25 2312:14,24
2312:40 2313:52
2314:34 2315:24
2329:48,48
**messenger**
2165:20 2166:8
**messengers**
2029:27 2059:42,50
2060:6 2104:38
2125:44,52 2126:44
2149:36,46,48
2150:14,20 2151:6
2157:38,48 2159:20
2189:8,24,44
2190:22 2192:26
2203:48 2337:40
2344:44
**met**
2035:20 2036:30,36
2036:40,50 2037:10
2042:4 2044:4,12

2045:10,18 2194:40
2303:22,28,28
**metes**
2324:48
**microphone**
2135:14 2338:44
**Middle**
2024:5 2032:24
2234:26,32
**Midwestern**
2105:38
**Mike**
2031:26,29 2035:30
2175:20 2184:18
2269:28 2276:12
2338:40 2387:16,22
2388:16,28
**Mike's**
2035:36
**million**
2103:16,16,36,44
2104:18,22 2106:50
2107:40,50 2108:16
2108:18,24 2109:38
2109:44 2110:24,48
2111:26 2114:32,48
2115:6,22 2116:16
2122:16 2221:4
2248:6
**millions**
2113:52
**mind**
2099:26 2138:6
2141:16 2158:26
2162:12 2181:52
2215:26 2254:42
2270:12 2302:20
2313:48 2344:30
**ministries**
2103:40 2107:24
2200:42 2220:30
2222:40 2223:16
**ministry**
2074:8 2078:20,22
2089:20 2107:22
2114:10 2115:16

2138:34 2141:34
2220:32 2357:44
2360:20,52 2375:20
2383:48,50 2384:6
2384:18,46
**MINTZ**
2026:15
**minute**
2097:46 2139:46
2145:36 2153:12
2162:32,38 2215:6
2259:8 2270:12
2325:10 2346:34
2350:28 2352:38
2363:12 2382:8
2391:20 2396:52
**minutes**
2042:24 2055:16
2114:18 2237:48
2259:16,22 2338:38
**mischaracterized**
2400:26,50
**mischaracterizes**
2199:28 2278:34
**mishandled**
2211:38
**mishandling**
2164:16 2210:36,46
2229:36 2231:22
2232:14 2234:40
2235:50 2237:38
2397:12,14
**misleading**
2326:52 2327:18
**mission**
2056:36 2057:6
2084:18 2085:42,46
2086:6,16 2087:32
2087:44 2105:16,16
2105:18,24,24
2108:6,28,30
2109:14,16,28,40
2112:38,42 2370:22
2370:30,38
**missions**
2103:40 2107:22,24

MAGNA
LEGAL SERVICES

2114:10 2115:16
**misspoke**
2241:50 2291:40
2381:26
**misstated**
2059:36
**misstatement**
2171:12 2179:12
**misstates**
2245:30
**misstating**
2332:40
**mistake**
2049:32 2165:18
2201:4 2234:34
2310:50 2328:44
**mistreated**
2211:44
**mistreatment**
2229:52 2231:24
**mix**
2079:32,50 2080:4
2130:12
**mixed**
2068:4
**mixing**
2114:44
**Mobile**
2185:44
**Mobilization**
2054:46,50
**mode**
2342:24
**molestation**
2195:6,14,42
2196:24,44
**molesters**
2193:6,20,34
2194:14,36
**Molly**
2066:28
**moment**
2072:30 2138:36
2374:32,46 2398:38
**money**
2104:12,34 2106:38

2114:6
**monies**
2109:48 2113:28,40
2114:26
**monitor**
2032:8 2214:52
2216:20 2220:44
2221:26 2222:42
2272:44 2273:22
**month**
2036:40 2078:14
2117:42,52 2118:14
2118:18 2120:26
2121:28 2122:18
2123:8,50,52
2124:6,8,36
2126:28,32,40
2219:10,18 2221:4
2226:48 2276:32
2359:4
**monthly**
2120:22 2191:34
2192:6
**months**
2335:16 2336:22,50
2337:20 2363:40
2364:10 2387:46,48
**moral**
2088:4,6
**morning**
2032:4 2033:24,26
2044:4,10 2079:44
2095:28 2152:30
2179:46 2201:8
2223:38 2313:20
**Morton**
2396:16,20
**motion**
2029:26 2051:12,24
2051:26,26,30,40
2052:52 2053:6
2059:52 2060:8
2126:44 2157:26,36
2157:48,52 2158:6
2158:8,10,34,40,42
2158:48,48 2159:30

2161:30 2163:16
2165:20,48 2166:8
2192:26,34,36,44
2203:48 2212:18,20
2224:42 2230:34
2263:8,28 2264:4
2337:40 2366:36
**move**
2133:52 2263:8
2285:22 2355:18
**moving**
2166:14
**mugshots**
2197:36
**multiple**
2352:12
**mumbling**
2119:18,20,22,26
**Murray**
2025:13
**Mutual**
2038:36,40,44,46
2039:4
**Myers**
2030:15,26 2299:6
2308:24,36,52
2309:4 2312:14,26
2312:44 2314:8

---

**N**

**N**
2027:4 2028:4,7
**NAMB**
2087:24 2130:34
2137:20 2313:20
**name**
2033:28 2035:36
2037:36 2038:4,42
2058:4 2063:12,44
2067:20 2077:42
2083:6 2171:34
2172:44 2242:32,42
2315:52 2330:28
2331:42 2357:26
2365:20 2367:10,16
2367:20,34 2380:20

2404:33
**named**
2374:46 2375:38
2376:14 2378:36
2379:6
**names**
2061:14,16,22
2105:32 2242:32
2251:16 2293:14
2294:6 2295:8,34
2295:52
**naming**
2365:28 2366:4,10
**Nancy**
2069:12 2175:32
2183:46
**narrow**
2230:36,44
**Nashville**
2024:6 2025:28
2026:12,29 2032:24
2032:30 2040:26
2041:24,42 2043:20
2043:46 2045:12
2076:40 2177:26
**nation**
2228:38
**national**
2104:48,50,52,52
2333:20,34 2343:42
2343:46 2344:4,10
2344:16,20
**nature**
2099:12 2131:46
2153:28
**NBC**
2343:44
**Neal**
2069:6
**necessarily**
2123:52
**necessary**
2273:44 2275:48
**need**
2114:16 2143:38
2182:40 2265:10,30

**MAGNA**
**LEGAL SERVICES**

2281:22,36 2303:22
2304:10 2344:32
2382:8 2390:12
2393:46 2399:38,42
2399:46
**needed**
2076:18 2077:20,22
2077:30 2096:12
2143:30 2170:46
**needing**
2196:52
**needs**
2220:28 2288:14
**negotiations**
2188:48
**neither**
2172:6 2250:28
**network**
2343:46 2344:4
**networks**
2344:16
**never**
2050:6 2151:22
2172:30 2239:16,18
2240:26 2248:40
2271:46 2274:34
2287:22 2302:42,44
2313:48 2390:36,38
**nevertheless**
2356:34
**new**
2026:18,18 2034:20
2034:26 2105:38
2331:26 2333:44
2334:18,42 2335:18
2335:42 2336:18,48
2337:18 2357:28,40
**news**
2073:32 2079:8,14
2080:6,8,10,12,16
2080:20,26,40,44
2081:6 2083:42
2090:34,36 2091:6
2091:48 2130:14
2131:24 2144:38,40
2145:50 2170:12

2239:42,48 2240:10
2240:22 2241:8
2331:28 2332:48
2343:42,46 2344:4
2344:10,16,20,48
2345:6,16 2367:26
2369:36 2371:18
2373:8
**Nick**
2069:6
**night**
2095:26 2398:32
**nine**
2065:6 2343:10
2399:6,8 2400:10
**nodded**
2212:28 2339:16
**Nokes**
2025:26 2032:52,52
2040:14 2042:18
2046:14 2076:48,50
2077:12,30 2109:20
2111:8 2122:22
2132:12,16,34
2133:6,24 2139:12
2139:40 2140:44
2167:26 2179:48
2189:46 2199:28
2203:10 2212:28
2216:40 2221:8,12
2223:40 2232:46
2233:8,46 2234:18
2234:26 2236:52
2238:22,40 2239:10
2239:28 2240:4,14
2240:24,38 2241:12
2241:48 2242:14
2243:10,36 2244:10
2244:32,46 2245:20
2245:30 2246:4
2247:28,46 2248:34
2249:14 2250:8
2252:4,8,36 2253:6
2253:18,40 2254:52
2255:8 2256:40,52
2257:22,40 2258:18

2258:34,46 2259:36
2260:6,22 2261:18
2262:6,34 2267:16
2267:44 2268:24,44
2269:6,20,34
2271:16,28,42
2274:18,30 2275:12
2275:26 2276:22,28
2276:32 2277:20,42
2278:32,44 2279:12
2280:32,42 2281:20
2283:4 2284:50
2285:12,30 2286:14
2287:18,34 2288:34
2289:4,28 2290:12
2290:22 2292:4,48
2293:16,46 2294:8
2294:26,50 2295:10
2295:18,36 2296:4
2296:34 2297:8,24
2297:30,38 2298:34
2298:38 2299:38
2300:6,18,40
2301:10,28 2302:28
2303:8 2304:22,34
2305:8,24,52
2306:12,28,38
2307:4,22,38,52
2308:16,26,40
2310:12 2312:34
2313:38 2314:28,52
2315:18,46 2316:20
2316:34 2317:28,36
2317:46 2318:40
2320:16,42 2321:24
2321:46 2324:52
2325:14,32,48
2326:12,16,38
2327:4,20,32,44
2329:26 2333:50
2334:22,46 2335:26
2336:4,26 2337:6
2337:30,48 2338:24
2338:50 2339:26,46
2340:22,48 2341:18
2341:46 2342:12,34

2343:16,34 2345:52
2346:14,28,46
2347:16,30 2350:22
2350:46 2351:26
2352:10,52 2354:14
2354:38,48 2355:14
2355:40 2356:8,28
2361:24,36,50
2366:8,20,32,50
2370:26,34,48
2371:14,42,46
2372:8,32,36,48,52
2373:20,36,48
2374:10 2377:10,32
2377:50 2378:40,52
2379:16 2382:22,36
2383:28,52 2384:30
2384:42 2385:28,42
2386:44 2390:32
2391:12,30,52
2392:18,42 2393:6
2393:20,42 2394:14
2396:8,36 2397:10
2398:14 2400:32,36
2401:6,14,32
2402:8
**non-privileged**
2360:24
**Nonreligious**
2078:36
**noon**
2224:20
**normal**
2225:38 2349:46
**north**
2084:18 2085:40,46
2086:4,14 2087:30
2087:42 2105:16,22
2108:16,28 2109:14
2109:28 2112:36
2127:44
**Notary**
2403:33
**note**
2266:12 2324:6
2360:4,12

noted
2219:22,26,30,32
notes
2227:10 2273:18,20
2273:30 2385:52
2404:20
notice
2027:22 2028:26,33
2034:42,50 2035:8
2046:24 2129:24
2134:22 2142:24
2238:24 2266:32
2274:44 2324:8
noticed
2129:28
notified
2071:24
noting
2192:6
notwithstanding
2223:18 2296:46
November
2029:33 2031:15
2168:16 2176:44
2177:12,32,34
2284:46,48 2285:44
2285:44,52 2374:14
2374:26
number
2028:21 2029:7
2030:7 2031:7
2203:26 2220:32
2254:20 2266:42
2269:50 2288:26
2341:24 2342:38
2404:33
numbers
2062:50 2081:28,30
2123:46

O

O
2027:4
oath
2298:28 2347:8
object

2109:20 2126:6
2180:42,46 2203:10
2204:42 2205:50
2206:6,48 2232:46
2233:46 2236:52
2238:22 2239:28
2240:4,14,24,38
2241:12,48 2245:20
2245:30 2246:4
2247:28 2248:34,38
2249:14 2250:8,10
2252:6,24,36
2253:6,18,40
2254:52 2256:40
2258:34,46 2259:36
2260:6,22 2262:6
2262:34 2269:6
2271:16,28 2274:18
2274:30 2275:12,26
2276:22 2277:20,42
2278:32,44 2279:12
2280:32,42 2281:20
2284:50 2285:30
2286:14,26 2287:18
2287:34,46 2288:34
2289:4,28 2305:8
2305:24,52 2306:12
2306:28 2308:16,26
2308:40 2310:12
2313:38 2324:52
2325:14,32 2326:12
2326:14,36,38
2327:4,20,32,44
2333:48,50 2334:20
2334:22,44,46
2335:24,26,52
2336:4,24,26
2337:4,6,28,30,36
2337:48 2338:24,50
2339:26,44,46
2340:20,22,46,48
2341:18,46 2342:32
2343:14,32 2345:52
2346:14,26,28,44
2347:16 2350:22,46
2361:24,36,50

2370:26,34 2372:8
2377:8,10,30,32,48
2377:50 2378:40
2383:28,52 2390:32
2391:12 2392:20
2396:8 2400:34
2401:4,32
objected
2268:46 2382:48
objecting
2383:24 2392:26
objection
2111:8 2122:22
2126:12 2132:12,16
2132:34 2133:6,24
2139:12,40 2140:44
2189:46 2199:28
2216:40 2221:8
2223:40 2233:4,12
2233:14,18 2235:36
2238:40 2239:10
2242:14 2243:10,36
2244:10,32,46
2247:46 2252:4,8
2255:8 2256:52
2257:22,40 2258:18
2261:18 2263:38
2267:16,44 2268:24
2268:44 2269:20,34
2271:42 2285:20
2287:18 2290:12,22
2292:4,48 2293:16
2293:46 2294:8,26
2294:50 2295:10,18
2295:36 2296:4,34
2297:8,24,30,38
2298:34,38 2299:38
2300:6,18,40
2301:10,28 2302:28
2303:8 2304:22,34
2306:38,44 2307:4
2307:8,22,38
2312:34 2314:28,52
2315:18,46 2316:20
2316:34 2317:28,36
2317:46 2318:40

2320:16,42 2321:24
2321:46 2342:12,34
2343:16,34 2346:46
2347:30 2351:26
2352:10,52 2354:14
2354:38,48 2355:14
2355:40 2356:8,28
2366:8,20,32,50
2370:48 2371:14,42
2372:36,52 2373:20
2373:36,48 2374:10
2378:52 2379:16
2382:22,36 2384:30
2384:42 2385:28,42
2386:44 2391:30,52
2392:18,42 2393:6
2393:20,42 2394:14
2396:36 2397:10
2398:14 2400:32
2401:6 2402:8
objections
2027:26 2028:32
2045:46 2046:6,22
2219:52 2262:36,50
2263:14 2300:44
2307:52 2321:48
objective
2075:52
obligations
2189:6,22,42
2190:22 2191:10
obviously
2188:34,34
occasions
2036:30 2082:46
occur
2044:28 2081:20
2087:34
occurred
2136:30 2162:50
2219:16 2348:42
2350:4 2351:24
2362:34,40 2391:8
2391:24 2392:14
occurring
2195:36 2196:16

**October**
 2029:36 2031:26
  2049:42 2050:42
  2053:42 2058:26
  2062:24,30 2069:32
  2070:22 2185:12
  2186:52 2387:20,40
**offense**
 2356:26
**offer**
 2218:38
**office**
 2025:46 2027:16
  2080:38 2136:50
  2137:4,6 2152:32
  2160:40 2177:28
  2217:32,38 2240:28
**officer**
 2035:42 2067:8
  2153:18
**officers**
 2057:32,36 2066:8
  2066:10,30,50
  2102:36 2152:6,12
  2152:30,42,44,48
  2152:50 2153:6,14
  2153:24,28
**offices**
 2040:24
**official**
 2172:14 2174:20,28
  2241:18
**officially**
 2034:30
**oh**
 2037:4,36 2044:4
  2047:26 2048:20
  2057:28 2065:26
  2067:26,44 2069:8
  2080:42 2086:42
  2087:28 2123:46
  2126:14 2129:4
  2147:24,30 2186:32
  2195:50 2222:24
  2238:42 2242:46
  2259:44 2264:34

 2266:46 2288:28
 2332:38 2341:32
 2374:4 2384:4
 2399:46
**okay**
 2036:20 2040:4,46
  2041:52 2045:10
  2047:12,16,38,42
  2048:28,36,40,46
  2049:32 2054:4,16
  2054:22,52 2055:18
  2057:8,40 2058:8
  2058:46 2059:8,36
  2059:46 2060:42,44
  2061:6,18 2064:22
  2064:42 2065:8,22
  2067:4,24,36
  2068:12 2069:26
  2071:46,52 2072:46
  2073:46,50 2074:38
  2078:18 2079:20,52
  2080:50 2083:38,44
  2084:30 2085:16,50
  2091:10 2093:28
  2094:48 2095:16
  2097:20 2098:40,46
  2098:52 2100:6,14
  2100:18,44 2103:42
  2105:14 2107:34,44
  2108:48 2109:40,46
  2111:48 2112:14,46
  2112:50 2113:40
  2114:6,12,20,46
  2115:8,50 2116:8
  2116:42 2117:46
  2118:8,18,34,48
  2119:8 2120:48
  2121:22 2122:36,40
  2122:50 2123:12,50
  2124:40 2125:12,22
  2126:10,38,52
  2127:26 2128:16,44
  2129:18,46 2130:18
  2130:30,46 2132:4
  2134:38 2135:4,50
  2136:44 2137:26

 2138:12,16,42
 2139:4,22,44
 2140:12,18,38
 2141:4,12,20,44
 2144:10,22 2145:34
 2146:18,24,28
 2147:20 2148:44
 2149:30 2150:10,18
 2150:26,30 2151:12
 2152:42,48 2153:6
 2153:22,30 2154:40
 2156:14,46 2157:4
 2157:12,52 2159:28
 2162:30 2163:24,36
 2165:18 2168:12,28
 2169:30,44,50
 2170:48 2171:20,24
 2172:48 2173:42,46
 2175:44 2176:4,40
 2176:42 2177:50
 2178:8,32 2179:10
 2179:52 2180:14
 2181:34 2182:48
 2185:8,46 2186:10
 2186:14,40,46
 2194:22 2195:42,52
 2196:22 2197:6,24
 2198:44 2200:42
 2201:32 2203:8
 2204:8,48 2205:16
 2207:22,44 2213:8
 2214:4 2215:20,24
 2215:28,40 2216:52
 2217:38 2220:26,38
 2221:34 2222:22
 2224:16 2225:44,48
 2226:4,10,18,40,46
 2226:52 2227:16
 2228:6,10,18
 2229:14 2230:24
 2231:32,52 2232:42
 2233:30 2235:6
 2237:4 2239:4,20
 2242:16,32,52
 2243:18 2244:4
 2248:52 2249:22,36

 2249:46 2253:48
 2254:28,40 2260:42
 2263:22,44 2264:30
 2264:32 2265:32,52
 2266:18,48 2270:4
 2270:16 2271:36
 2275:52 2276:30,38
 2278:28 2279:22,48
 2280:20 2281:10,34
 2281:34 2284:26
 2285:16 2286:18
 2287:6,24 2288:22
 2288:24 2290:28,46
 2290:50 2291:10
 2293:30 2294:44
 2295:22 2298:4
 2301:38 2302:38,44
 2305:32 2309:22,36
 2310:8,46 2311:32
 2313:12,48 2314:22
 2315:8,28 2324:46
 2328:4 2334:32,36
 2335:4,10 2339:14
 2339:32,36 2344:14
 2347:46,52 2349:46
 2349:48 2355:6,26
 2356:12 2358:20
 2359:20 2362:6,48
 2363:26,38,46
 2364:32,38 2365:44
 2367:42,48 2368:10
 2368:22 2375:4
 2378:26 2379:44
 2381:46 2382:10
 2383:10,10 2385:50
 2387:24,40 2388:18
 2388:38,44,48
 2392:34 2394:30
 2398:34,52 2402:20
 2402:26
**once**
 2036:40,40,42
  2054:10 2057:48
  2061:28 2127:34,50
  2264:32 2273:50
  2333:30 2390:8

**one-year**
2153:48 2154:12
**ones**
2088:30 2107:26
2155:32,34 2196:52
**online**
2092:52 2093:6,16
2126:36,40 2226:36
2226:40 2271:32
2331:26
**open**
2178:36 2180:22
2280:26 2383:16
**opening**
2280:4
**operates**
2167:48
**operating**
2169:8
**operation**
2188:12
**operational**
2393:12
**operations**
2101:42 2166:34
2240:34 2345:18
**opportunity**
2265:32 2277:52
**opposed**
2157:12,22
**order**
2263:28,30 2264:4
2341:36 2356:24
**ordinary**
2121:52 2123:12
2337:14 2401:20
**organization**
2172:52
**organizations**
2148:34 2151:26
2215:48 2216:14,30
2216:50
**orientation**
2226:48
**original**
2329:6

**originally**
2106:24
**originates**
2150:12 2151:6
**Orleans**
2105:40
**Otchy**
2026:16 2048:44
**otchy@intzandgol...**
2026:20
**ought**
2336:50
**outcome**
2404:26
**Outed**
2130:34
**outflow**
2110:52 2111:12
**outlets**
2091:48 2100:30
**outlined**
2052:50 2053:6
2210:52 2220:30
2253:8 2272:24
2321:48
**outlines**
2280:50
**outright**
2194:42
**outset**
2165:20,46 2199:18
2199:36
**outside**
2109:22 2111:8
2139:12,40 2205:30
2238:22,40 2239:10
2239:28 2240:50
2243:10,36 2244:10
2244:32 2246:4
2247:46 2248:36
2249:14 2256:40
2258:18,46 2260:6
2261:20 2262:6
2267:16,44 2268:24
2268:44 2269:6,20
2269:34 2271:16,20

2271:28,32,44
2274:18,30 2276:22
2285:30 2287:18,34
2288:34 2289:4,28
2290:14,22 2292:4
2292:48 2293:16
2294:8,26 2296:4
2296:34 2297:8
2299:38 2300:18,40
2301:10,28 2302:28
2303:8 2304:22,34
2305:8,24,52
2306:12,28,40
2307:22,38 2308:16
2308:26,40 2312:34
2313:38 2314:28,52
2315:18,46 2316:20
2316:34 2320:16
2321:24,46 2325:32
2326:16,38 2327:20
2327:32,44 2333:50
2334:22,46 2335:26
2336:4,26 2337:6
2337:30,48 2338:50
2339:26,46 2340:22
2340:48 2341:18,46
2341:52 2342:12,18
2342:34,40 2343:16
2343:20,34,38
2346:28,46 2352:10
2352:52 2354:14,38
2354:48 2355:16
2356:28 2366:32,50
2370:26,34,48
2371:14,46 2372:8
2372:36,52 2373:20
2373:36,48 2374:10
2377:10 2379:16
2382:22,36 2391:12
2391:30 2392:42
2393:6,20,42
2394:16 2396:36
2400:36 2401:6
**overhaul**
2079:28 2080:52
**overhauled**

2072:52 2079:22
2081:44
**overhauling**
2081:10
**oversee**
2101:14
**oversight**
2191:14 2223:50
2271:48 2344:38
**overwhelmingly**
2375:16
**owner**
2036:4

**P**

**P**
2027:4
**P-O-R-T-E-R**
2077:44
**p.m**
2095:40 2224:18,20
2224:22,26 2247:14
2276:40,42,44,48
2281:40,46 2328:6
2328:8,10,14
2386:10,12,14,18
2402:30
**Pacific**
2247:14
**page**
2028:12,21 2029:7
2030:7 2031:7
2117:48,50,50
2118:16,18,46
2120:22,28,32,34
2120:42 2121:28,32
2121:34 2122:42
2124:6 2134:32,34
2136:26 2168:8
2170:52 2194:34,46
2203:22 2204:52
2205:10 2208:52
2211:20 2213:8,44
2215:34,36 2219:10
2219:16,38 2221:6
2227:4,10 2230:24

2230:28 2251:4
2254:4 2281:50
2287:42 2288:18,22
2288:52 2290:8,20
2290:34 2291:12,14
2291:22,36 2293:42
2322:12 2353:16
2375:36 2383:8
**pages**
2100:6,10 2310:18
2310:22,44,46,48
2311:4,12,26,52
2314:42,50 2327:10
2378:12 2380:6,48
**paid**
2071:42 2129:16
2277:26 2278:26
**Paige**
2291:42,48 2292:28
**pain**
2389:20
**Pam**
2066:22
**paragraph**
2178:32,44 2179:36
2179:50 2180:4,10
2180:18,48 2205:12
2205:14 2208:50
2209:10 2220:28,40
2237:14 2279:24,28
2279:52 2280:4,8
2280:12,44,46
2283:36 2362:14
2375:34 2400:6
**paragraphs**
2223:4
**parameters**
2210:32,42,50
2232:10 2234:36
2235:46 2237:34
**pardon**
2055:42 2176:16
2177:38 2185:28
2314:42 2323:40
**Park**
2088:28,46 2089:38

2090:12 2379:34,36
2380:22 2381:4,6
2382:44,44 2383:14
2383:34
**part**
2051:24 2052:38
2067:8 2068:44
2070:12 2073:14
2077:12,14 2079:40
2087:22 2092:22
2096:26 2098:34
2100:52 2101:8,32
2101:40 2102:16
2105:50 2110:32
2116:14 2124:26,34
2126:44 2129:12,12
2131:10 2133:18
2145:28 2170:40
2171:50,52 2172:10
2172:52 2173:32,34
2176:6 2179:40
2191:36 2192:14
2198:8,36 2211:38
2211:44 2219:48
2227:34 2234:44,48
2235:46 2236:4,8
2237:14,16,28,30
2237:32,34 2239:46
2240:8,20 2254:44
2258:36 2273:28
2298:44 2335:16,44
2337:10 2339:40
2341:14,40 2343:26
2344:14 2346:16
2350:18 2360:38,40
2373:6,40 2377:16
2377:20,44 2380:6
2383:20,42 2384:8
2389:30 2395:26
2401:28,44
**participants**
2041:30
**participate**
2330:10
**participated**
2068:20 2135:38

2141:48 2144:28
2147:38
**participation**
2147:42 2222:38
2223:16
**particular**
2072:50 2097:34
2116:32 2130:52
2150:38 2160:8
2215:4 2216:6,22
2227:22 2238:16
2242:10 2249:10,12
2271:8 2282:18
2299:50 2315:12
2320:32 2333:6
**particularly**
2205:26 2207:22
2217:38
**particulars**
2261:24
**parties**
2309:38 2404:25
**Partly**
2079:32
**partook**
2261:46
**party**
2238:50 2360:48
**pass**
2102:36
**passed**
2050:16 2051:12,24
2059:52 2060:8
2126:44 2157:26,48
2158:34 2192:26,34
2203:48 2337:40
2375:16 2384:8
**pastor**
2031:11 2032:48
2083:28,34,38,46
2084:4 2085:26,34
2086:26 2087:12,46
2088:14 2089:18
2090:10 2091:26
2130:20 2131:20
2132:14,28 2138:20

2140:6 2141:32
2143:30,36 2144:36
2144:42 2145:52
2146:52 2155:20,26
2155:34,36 2160:30
2162:30,38 2163:40
2185:42 2214:10,10
2214:14,24,24,26
2214:32 2215:4
2216:8,24,36,52
2217:6 2219:40
2220:48 2221:30
2222:46 2236:22,24
2236:30,40,44
2237:8,24,50,50
2274:26 2287:26
2300:16,36 2301:8
2307:44 2308:6,24
2308:30,38 2309:6
2309:40,52 2310:6
2313:20 2314:24
2316:18 2317:4
2320:38 2321:18,30
2321:32,42 2330:22
2331:4 2333:4
2334:28,52 2339:40
2341:42 2342:6
2345:46 2346:10,22
2346:40 2347:14,26
2352:18,46 2353:26
2354:10,20 2355:28
2355:34 2356:4
2359:44,52 2360:10
2360:20,36,52
2365:18 2366:10,42
2367:10,28 2368:4
2368:20,26 2370:8
2371:8 2372:4
2374:44 2375:40
2376:16,26,36
2377:4,24 2378:30
2378:38 2379:8
2380:26 2381:14
2382:18,34 2388:6
2391:10,26 2396:4
2396:14,20,22,28

MAGNA
LEGAL SERVICES

2396:32,40 2397:4
2397:6,22,22,32,44
2400:40
**pastor's**
2031:22 2381:44
**pastors**
2089:14,18 2091:14
2106:32 2211:28
2236:12 2375:18
**Patrick**
2025:12 2032:46
**patrick.sanders@...**
2025:17
**patterns**
2230:6 2231:26
**Patterson**
2291:42 2292:28
2293:42
**pause**
2337:22
**pay**
2065:28,32,38,44,48
**payments**
2278:52 2281:6
**payroll**
2065:22
**PC**
2025:11
**PDF**
2311:42,46,48
**Pearson**
2282:24
**Pearson's**
2282:40
**pending**
2134:30 2281:48
2318:26
**Pensacola**
2088:30
**people**
2041:14 2059:10
2073:32 2101:42,48
2117:18,40,52
2122:8,18 2123:16
2123:36 2124:34,44
2184:34 2197:42

2198:8,36,50
2199:8,8,22,42
2200:20 2201:14
2209:14,30,40
2221:4,4 2275:52
2283:30 2292:40
2303:28 2309:38
2329:12 2332:28,44
2393:26
**percent**
2062:52 2073:6
2079:26 2081:14,28
2081:42 2257:18,28
2259:46
**period**
2060:26 2064:48
2097:38 2117:34
2122:26 2128:46
2160:8,16,24,32
2163:14 2192:38,42
2212:6,14 2331:44
2387:46
**periodic**
2191:34 2192:6
**permanent**
2034:20
**permanently**
2375:20
**permission**
2275:36
**permitted**
2272:52 2273:4
**perpetrate**
2071:10
**perpetrated**
2070:50 2071:4
**person**
2077:24 2128:10
2242:36 2314:20,24
2314:48 2315:12,12
2335:40 2339:20
2376:4,10,10
2378:44,44
**person's**
2338:44
**personal**

2303:30
**personally**
2341:32,34,34
**personnel**
2222:36 2223:12
2273:38
**persons**
2060:30 2331:24
**pertaining**
2155:20,34 2268:52
2269:14 2302:24
2346:40 2354:26
2356:6 2374:36
2380:20 2386:36,40
**pertinent**
2235:46
**Peters**
2035:30
**ph**
2293:42
**phenomenon**
2081:48
**Philip**
2066:20 2069:10
2071:24
**phone**
2041:14 2053:36
2097:34
**photocopies**
2272:52
**photographs**
2272:48
**photos**
2272:50
**phrase**
2235:8 2314:48
2338:8 2361:44
**phrases**
2309:12
**pick**
2259:20
**picture**
2146:52
**Pietsch**
2026:27 2033:8,8
2042:18 2044:12,16

2044:22 2306:42
**PIGUE**
2026:26
**pin**
2048:26,32
**place**
2025:33 2111:16
2206:4,4 2337:36
2338:42 2350:48
2353:6
**placed**
2288:14
**places**
2251:16
**plain**
2202:40
**plainly**
2172:28
**plaintiff**
2024:12 2025:10
2027:14 2032:32,48
2274:50 2320:12
2324:12
**Plaintiff's**
2028:33 2046:22
2072:34 2134:40
2135:52 2160:50
2285:48 2312:8
2357:18
**plan**
2305:38
**planned**
2178:22,50 2277:14
2278:14 2279:34
2283:48 2284:6,10
2286:12
**planning**
2306:14
**plans**
2222:38 2223:14
**platforming**
2357:42
**platforms**
2079:44 2129:32
**play**
2135:20

**played**
2135:30 2138:10
2141:18,42 2144:20
2147:18,26,34
2271:6
**playing**
2141:12 2147:22,28
2355:6
**PLC**
2026:9
**pleaded**
2197:46 2198:50
2200:20
**please**
2032:40 2033:28
2049:24 2060:30,42
2075:24 2078:22
2105:20 2135:36
2136:14 2141:14
2177:16 2190:8
2211:16 2215:30
2250:52 2253:50
2256:44 2260:28
2267:26 2279:20
2294:16 2304:26
2331:42 2353:14
2357:32 2375:12
2398:38
**Pleases**
2234:18
**pled**
2199:12,24,46
2201:16
**PLLC**
2025:43 2026:26
**plus**
2100:12 2105:4
**podcast**
2028:40,46 2029:11
2029:17 2082:36
2127:48,52 2128:4
2128:20,38,44
2129:14,26,32
2130:10,12,30,32
2130:52 2131:14
2135:8,18,38

2136:24,30 2137:32
2137:38,42 2138:10
2138:16,26 2139:48
2140:52 2141:8,18
2141:26,42,48
2144:10,18,20,28
2144:34 2146:6,10
2147:10,12,18,26
2147:34,36 2148:16
**podcasts**
2082:6,10,16,18,22
2082:24,26,42
2083:22,32,40
2084:44 2129:36
2130:20 2134:50
2148:26
**POI**
2313:18,36,50
2314:14,20
**point**
2034:12 2048:18
2063:16 2067:32
2109:22 2137:6
2141:38 2164:14
2186:24 2191:50,52
2246:22 2302:22
2315:32 2318:24,50
2325:50 2328:40
2335:38 2345:24
2373:16
**points**
2161:32 2190:46
2213:32 2229:40,44
**policies**
2039:22 2222:36
2223:14
**policy**
2039:16
**polity**
2157:6,10 2250:44
2251:24,24,26,40
2251:42 2252:28,30
**Porter**
2077:36,40
**portion**
2034:10 2204:42

2215:20 2272:14,34
2272:50 2273:12
2274:24 2283:50
2291:44 2319:18
**portions**
2242:4 2357:10
**pose**
2306:42
**posed**
2196:50
**position**
2296:44
**possible**
2138:22 2331:8,10
2367:18,22
**possibly**
2143:18,22,22
2150:6 2196:30
**post**
2025:46 2028:43,49
2029:14,20 2095:36
2135:32 2136:8
2142:14 2146:22
2147:50 2247:22
2271:50 2369:48
**post-publication**
2275:20
**posted**
2119:4
**Poston**
2026:28
**posts**
2247:42
**potentially**
2333:34
**power**
2150:12 2151:4
2167:52 2208:42
2209:6
**powers**
2166:44,46 2168:8
**practice**
2052:50 2053:4
2338:32 2373:40
**practices**
2213:46 2340:14,42

**preach**
2144:36 2382:20,34
2390:36,38
**preaching**
2030:37,49 2089:42
2345:30,48 2346:12
2346:24,40 2347:12
2347:20,26,38
2364:44 2368:4
2381:34
**precise**
2159:24 2162:32
**predecessor**
2153:40 2207:16
2218:12,14
**predecessors**
2208:34
**predict**
2397:42,52
**preliminary**
2328:34
**preparation**
2046:42 2311:24
2327:12,42 2375:50
2375:52 2378:14,28
2385:16
**preparations**
2045:32 2327:30
**prepare**
2035:6 2036:24
2073:40 2224:50,52
2311:28 2314:44
**prepared**
2045:36 2046:48
2225:6,12 2268:10
**prepares**
2073:42
**preponderance**
2360:50 2361:10,22
2361:34,44
**present**
2026:35 2037:18
2155:14 2257:8
**presentation**
2315:10
**presented**

2165:34 2253:34
2256:8,24 2257:36
2260:52
**presidency**
2086:14 2087:22
**president**
2033:42,44,46
2034:4,14,20,26,36
2048:10 2049:4,8
2049:38 2050:30
2051:34 2054:6,16
2054:22,36,38,40
2054:44,48,52
2055:4,10,30,46,50
2056:6,14,18
2057:18,28,46
2058:10,12 2064:44
2065:30 2068:22,30
2068:36 2072:6,14
2075:10,12,40
2077:26 2078:6
2080:32 2082:4
2083:12,18 2084:16
2084:18 2085:48
2086:6 2090:30,32
2093:12,28,42
2094:18 2096:28
2101:14,16,36,46
2101:48 2123:22
2124:28,42,42
2127:50 2128:6
2129:40 2130:48
2131:10,30 2138:44
2138:46,48,48
2139:26,28 2140:10
2140:16,26,48
2148:10 2151:36
2152:20,22 2153:20
2153:20,34,44
2156:28 2160:42
2162:24 2169:12,38
2171:28 2174:16,48
2183:22 2191:28
2196:34,40 2200:12
2200:28,48 2205:30
2206:8,22,28,40

2207:10,30,40,52
2209:28 2213:14,22
2217:40 2218:30
2226:12 2228:34
2258:38 2270:32
2271:22,34,34
2281:10 2284:16,22
2284:24,26,32
2297:50 2298:4
2331:40 2335:50
2336:46 2338:4,18
2338:20 2340:8
2348:34,42 2393:52
2394:18,22,28,30
2395:32,52
**president's**
2068:40,44
**press**
2030:36 2073:6,14
2073:20,26,40,42
2074:6,8,14,20,28
2074:40 2075:18
2076:14 2077:18
2078:18,24,40
2079:4 2081:4
2083:42,44,52
2084:6,42 2085:52
2087:8 2088:12,40
2088:44,52 2089:30
2089:52 2090:24
2093:4,52 2123:4
2123:16 2130:14
2143:22 2145:52
2227:50,52 2228:6
2228:42 2338:36
2345:12,26 2347:34
2347:48 2348:22,40
2348:50 2349:8,28
2351:8 2365:6
2370:4,42 2371:12
2382:6
**Press,'**
2079:24
**pressed**
2203:52 2365:44
**pressing**

2258:30
**Pressler**
2289:22,44 2290:28
2291:28 2292:16
2293:42
**Prest**
2241:16
**previous**
2248:44 2274:40
2285:38 2286:36
2296:10,10 2305:30
2334:6
**previously**
2128:12 2194:28
2204:10 2304:46
**Price**
2205:34
**primarily**
2331:38,48
**primary**
2278:20 2280:12
2282:4,6
**principles**
2214:44
**prior**
2043:10 2048:12
2049:6 2055:44
2056:24,44 2059:12
2074:48 2076:32
2086:50,52 2090:46
2091:34 2095:36,38
2099:28 2100:40,52
2121:50 2124:26
2126:28,32,42
2130:16 2131:48
2133:12 2148:26
2165:34 2193:4,12
2218:4 2226:36
2255:10 2258:30
2268:42 2269:30
2272:18 2275:18
2276:18 2305:44
2322:14 2324:38
2334:6 2336:12
2341:8,34 2342:8
2342:22 2343:4

2348:4 2373:44
2374:8 2376:24,34
2377:22 2387:48
2390:26 2392:16
2393:4
**priority**
2388:8
**privilege**
2050:12,24,40,50
2051:6,10,22,38,52
2052:6,12,34,46
2055:30 2058:30
2062:14,16,20
2285:14
**privileged**
2284:52
**problem**
2148:42 2196:26
**problems**
2196:36
**procedure**
2027:20 2272:30
2393:38
**proceed**
2063:28 2150:22
2178:22,50 2233:52
2277:12 2278:12
2279:34 2283:48
2286:10 2288:16
**proceeded**
2154:16 2284:10
**proceeding**
2263:30 2284:6
**proceedings**
2086:38 2227:24
2304:12 2404:17
**process**
2114:30 2176:10,22
2178:26,36,52
2180:22 2187:14
2258:24 2261:44,44
2271:52 2273:46
2277:16 2278:16
2279:38 2280:26
2340:30 2373:6
**processes**

2103:38 2104:14,22
2104:28 2106:26,28
2106:40 2114:26,32
**produce**
2074:14,20 2075:28
**produced**
2274:36 2398:32
**production**
2073:4 2079:22,30
2081:12,46 2383:44
**products**
2108:14,22
**profile**
2028:37 2047:20,24
2047:52 2048:6
2072:22,26 2146:4
**program**
2105:50 2106:6
**proof**
2382:48 2383:22,22
**proper**
2058:4 2158:26
2263:38 2340:40
**properly**
2191:6 2201:42
**proposal**
2213:10,32 2359:20
**proposals**
2227:12
**propose**
2212:24
**proposing**
2252:32
**propriety**
2064:34 2315:30
**protective**
2263:28 2264:4
**provide**
2039:34 2106:34
2120:16 2123:32
2124:52 2131:24
2170:12 2175:38
2241:8 2250:12
2261:36,52 2265:28
2267:40 2321:16
2345:4

**provided**
2035:10 2039:10,18
2063:46 2074:42
2075:20 2091:46
2093:52 2096:40
2125:40 2131:40
2132:22 2177:52
2203:16,40 2261:30
2262:20 2267:8,34
2268:6 2272:16
2274:12 2299:34
2304:18 2311:34,40
2311:52 2321:14,30
2322:50 2344:34
2354:30,42 2355:4
2355:22 2383:16
2388:42 2397:36
2401:40,42
**provider**
2108:40
**provides**
2039:6
**providing**
2094:8 2239:40
2252:12 2344:48
**provision**
2319:20
**public**
2074:16 2088:8
2094:24,24 2145:50
2165:26,50 2170:12
2196:26,46 2200:16
2239:40,48 2240:8
2240:20 2241:8
2403:33
**public-at-large**
2094:12
**publically**
2344:36
**publication**
2073:4 2074:50
2078:20,26,40,44
2079:22 2080:18,28
2080:50,52 2081:12
2081:46 2090:10
2092:50 2094:26

2095:36,40 2096:34
2096:44,48 2097:4
2097:52 2098:32
2117:14 2165:26,40
2200:26 2226:38,48
2270:36,42,44
2275:18 2326:52
2333:16 2336:12
2337:38 2342:24
2343:6 2345:28
2347:48 2348:4
2353:22,44 2359:4
2365:4,30 2366:6
2368:40 2369:52
2373:18 2376:24,36
2377:22 2389:48
2390:22,26
**publication/review**
2098:14
**publications**
2076:14 2077:16
2079:4
**publicity**
2333:22,34
**publicly**
2351:52
**publish**
2092:42 2096:10
2120:48 2125:46
2126:4,24,28,32,40
2127:16,34 2185:6
2218:18 2226:28
2252:32 2259:10
2337:38 2341:38
2366:36
**published**
2072:10 2075:18
2091:36 2092:10,14
2092:18,32 2097:22
2098:50 2119:6,30
2119:48,52 2120:52
2121:16,24 2125:26
2142:44 2146:48
2184:52 2197:8
2201:24 2203:36,46
2203:50 2204:50

2206:50 2218:4,12
2225:46 2226:4,20
2226:30,44 2227:28
2242:10,12 2258:28
2328:36 2333:30
2334:8 2337:24
2341:8 2342:8
2343:12 2350:12
2359:12 2363:22,48
2363:52 2364:4
2365:46,50
**publishes**
2217:28
**publishing**
2137:10 2252:30
2344:42
**pull**
2246:18,26 2303:42
2381:52
**pulled**
2303:48 2324:26
**Pulling**
2368:22
**pulpit**
2147:4 2193:8,44
**purpose**
2184:38 2185:4
2187:6 2281:4
2328:32
**purposes**
2027:18 2122:10
2201:36 2339:18
**pursuant**
2034:50 2035:6
2051:12
**purview**
2271:20,46 2340:26
2340:32
**pushed**
2097:50 2287:4
**put**
2094:50 2118:28,34
2118:36,38,40,44
2133:46 2134:12,52
2142:40,50 2147:52
2157:42 2173:12

2176:28 2212:30
2217:16 2227:36,52
2228:12 2240:42
2243:44 2262:42
2263:32 2269:44
2335:36 2338:42
2341:10 2347:42
2368:14 2374:22
2380:36 2381:46
2384:12 2398:22
**puts**
2162:22
**putting**
2134:20 2143:50
2342:22 2370:42

---

**Q**

**Q's**
2082:28,30,34
**Q-S**
2082:32
**Qualifications**
2212:40
**qualified**
2152:34
**quarrel**
2280:36
**quarter**
2108:16,18,48
**question**
2053:8,10 2122:34
2122:36 2133:32,34
2133:46 2134:6,12
2134:26,30 2139:14
2139:20 2168:22
2195:46 2198:26,30
2199:34 2204:44
2215:26,30,32
2221:14 2227:10
2234:4 2235:44
2245:46 2248:22
2249:50 2250:32,34
2250:46 2253:44,46
2253:52 2254:4,42
2259:6 2267:4,20
2267:26 2274:22

2277:32,38 2278:4
2281:48 2285:12,22
2290:52 2294:52
2295:12,38 2304:26
2306:6,8,32 2307:6
2313:6,44 2318:26
2318:30 2320:20,44
2326:24 2339:20
2342:52 2350:6,50
2353:8,26 2361:52
2370:40 2373:4
2378:32 2382:26
2384:34,50 2385:12
2391:16,34,36
2392:22,40,46
2398:12,16 2400:18
**questioned**
2278:40 2279:6
**questioning**
2318:12,14,20
2339:22
**questions**
2027:26 2228:20
2240:8 2259:16
2263:6,48 2288:48
2321:4 2325:10,16
2325:52 2338:46
2402:22,24
**quick**
2148:38
**quite**
2038:4 2142:52
2143:24 2338:16
2350:6 2368:6
**quote**
2053:4 2072:52
2084:30 2094:22
2098:6,16 2132:50
2138:20 2139:50
2142:28,48 2143:8
2143:32,50,50
2159:34 2167:10
2181:18 2182:10,30
2186:16 2192:22
2193:34,44 2194:4
2194:14,16,24,36

2198:10,36 2199:44
2201:16 2202:16,48
2241:8,24 2255:20
2260:16,50 2280:24
2301:6 2308:50
2313:28 2314:24
2315:12 2326:34
2340:16 2342:28
2360:10 2361:30
2380:26 2383:38
2399:44
**quoted**
2255:16
**quotes**
2142:40,50 2143:52
**quoting**
2143:16,20 2203:14
2232:48 2233:10,48
2277:44

---

**R**

**R**
2025:26,34 2026:10
**raise**
2204:40 2303:52
**raised**
2300:12,32 2335:48
2335:48 2336:16
**Raleigh-Durham**
2127:44
**ran**
2197:28 2309:8,18
2309:36
**range**
2103:12
**ranged**
2103:14
**rape**
2195:26 2196:6,24
2196:44
**reach**
2187:44
**reached**
2367:52
**reaching**
2368:6

**reaction**
2090:52 2091:6
2202:34 2395:12,14
**read**
2092:8 2099:46,46
2099:52 2100:14,38
2134:26,30 2177:46
2179:48 2180:36,48
2181:20,40 2182:12
2182:18,28 2190:8
2190:10 2191:50
2202:42 2204:10,32
2204:36,38 2205:50
2211:14,18 2215:32
2219:50 2220:4,22
2220:36 2221:6
2223:22 2225:42,44
2226:32,34,40,42
2233:24,28,52
2235:6 2237:44
2242:4 2250:50
2251:4 2254:4,40
2255:14 2260:26
2270:12 2278:28
2281:48 2287:32,38
2288:4,6,12
2296:42 2302:12
2304:8 2310:18,22
2311:4,12,26
2319:18 2322:10
2325:40 2327:12,14
2353:16 2376:22,32
2377:20 2378:12,26
2379:12 2402:16
**reader**
2349:46
**reading**
2027:36 2094:28
2203:12 2204:20
2205:48 2208:50
2209:8 2230:16
2231:32,46 2235:12
2235:16 2253:42
2254:10,16 2377:34
2378:46 2379:20
**reads**

2262:16

**real**
2091:6

**reality**
2322:24

**realize**
2346:36 2389:8

**really**
2104:4 2115:46
2172:6 2293:34
2399:46

**reapplied**
2372:14

**reason**
2143:28 2220:18
2279:48 2292:38

**reasonable**
2335:38

**reasoning**
2053:14

**reasons**
2082:12

**recall**
2036:26 2042:30
2045:22 2050:52
2053:40 2062:36
2069:16,36 2075:30
2084:40 2086:38
2089:24 2107:8
2121:46 2138:24,26
2138:30,42 2144:24
2161:52 2162:44
2168:4 2175:44
2228:46 2304:50
2317:24 2328:24
2346:18

**recap**
2370:52

**receipt**
2165:52 2191:34

**receive**
2104:34 2106:6
2116:34 2336:34

**received**
2115:40,46 2204:50
2246:46 2249:20,30

2302:36

**receiving**
2095:28,38

**reception**
2079:12

**recess**
2117:4 2148:52
2182:52 2224:20
2276:42 2328:8
2386:12

**recipients**
2312:40

**recitation**
2175:44

**recited**
2193:38

**recognize**
2141:22,46 2177:50
2387:32

**recollection**
2138:38 2143:6
2345:36

**recommend**
2034:26 2169:8

**recommendation**
2384:8

**recommendations**
2030:45 2251:34
2358:26,40,46
2359:46,50

**recommended**
2261:38

**record**
2032:6,42 2033:28
2045:44,48 2116:50
2117:10 2148:46,48
2149:8 2182:50
2183:8 2224:18,26
2234:8 2235:22,40
2237:50 2262:42
2263:48,50 2276:40
2276:48 2278:30
2281:40,42,46
2328:6,14 2386:8
2402:28

**recorded**

2032:14 2130:40
2138:30 2141:30
2162:50 2386:18
2404:15

**recording**
2152:22 2399:32

**records**
2224:4 2401:28

**red**
2335:48 2336:16,44

**redacted**
2288:32 2375:10
2380:16

**Redaction**
2030:22

**redactions**
2303:46 2357:12

**Redemption**
2185:42

**Reed**
2066:22

**reelected**
2154:8

**refer**
2136:14 2144:10
2150:26 2236:36
2251:34 2259:22
2260:28 2262:34
2356:40,44

**reference**
2084:6 2086:20,28
2086:40,44,46
2120:42 2131:4,48
2133:14 2143:14,44
2167:52 2178:14
2181:10 2186:48
2198:6,8 2200:18
2207:8 2209:12
2213:10 2239:46
2242:4 2302:12
2312:28 2314:46
2357:26 2364:20

**referenced**
2130:26 2153:32
2181:10 2198:34
2213:48 2282:32

2290:34 2354:34

**references**
2047:40 2083:32
2152:12 2178:8

**referencing**
2155:32 2351:12
2356:42

**referred**
2137:52 2143:12
2167:8 2209:16
2223:10 2319:44
2325:42

**referring**
2051:28 2081:48
2138:48 2207:16,18
2207:20,38 2209:38
2249:24 2254:28
2258:4 2266:32
2267:28 2280:18
2282:36 2293:26
2296:20 2320:22
2322:40 2359:32
2365:14

**refers**
2251:32 2313:36,50

**Reform**
2384:34

**reforms**
2230:10 2231:30
2332:8

**refresh**
2302:18

**regarding**
2058:28 2089:8
2138:18,32 2141:32
2185:22 2274:48
2300:14,34 2301:18
2304:40 2324:12
2327:26,38 2328:26
2334:28 2345:46
2354:22 2376:44

**regards**
2243:20 2275:14

**registration**
2152:22

**regular**

**MAGNA○**
**LEGAL SERVICES**

2345:4
**rein**
2249:52 2251:48
**relate**
2229:46
**related**
2070:50 2091:24
2119:6 2229:40
2231:14,20 2253:36
2256:24 2261:4
2282:12 2309:40,44
2310:4 2331:22,50
2332:16 2404:23
**relates**
2253:10
**relating**
2247:24
**relation**
2133:44 2134:48
2194:8,10 2263:10
2269:30 2356:42
2374:42,42 2396:26
**relations**
2054:46,50 2170:12
2176:52 2196:26,46
2200:16 2239:40,48
2240:10,20 2241:8
2329:46 2368:50
**relationship**
2056:42 2069:40
2073:24 2102:30
2174:22,30 2183:12
2187:26 2190:28
**relative**
2336:42
**release**
2090:40 2091:12,14
2091:18 2128:18,22
2130:42 2142:24
**released**
2089:8,12 2130:34
2137:18 2142:26
2330:16 2331:22
**releases**
2090:32 2345:6
**releasing**

2366:46
**relevant**
2371:6,10
**relied**
2253:36 2256:8,24
2257:50,52 2258:14
2260:18 2261:4,16
**relief**
2106:24
**religion**
2369:36 2371:26
**religious**
2078:44 2079:6,10
2079:12 2080:18,26
2082:18,20,22
2083:24 2084:32
2089:40 2091:28
2105:46
**reliving**
2389:18
**remain**
2242:8,10
**remainder**
2113:34 2114:40
2115:10,12 2123:6
**remained**
2155:12 2390:48
**remains**
2335:30
**remember**
2043:34 2065:28
2089:50 2095:30
2130:32,34 2144:12
2150:4,22 2152:8
2152:44 2153:16
2179:4 2197:26,32
2226:42,46 2262:40
2263:52 2286:40
2303:32 2310:20
2316:48 2329:32
2383:18 2387:14
2395:14
**remind**
2148:16 2200:46
2203:24 2342:44
2375:46

**removal**
2295:8
**remove**
2241:42,42 2242:24
2242:38 2243:4,6
2243:34,34 2244:4
2244:26 2245:18,18
**removed**
2238:48 2244:14,16
2246:8 2247:26,42
2271:8,12,26,38
2293:14 2294:6
2295:34,52 2365:20
2367:8,16,20
**removing**
2245:50
**rendered**
2356:4 2360:26
**renew**
2103:22
**renounce**
2221:44
**repeat**
2054:8 2132:6
2189:4 2199:20
2211:6 2216:18
2252:44 2257:52
2334:16 2377:14
2383:22
**repeatedly**
2296:48
**replaced**
2034:12,16 2068:8
**replying**
2372:12
**report**
2030:10 2035:16
2042:36 2059:12
2063:4 2072:10,16
2084:22,28,32
2086:40 2088:10
2089:48 2091:32,34
2091:44 2092:16,30
2092:50 2093:6,14
2093:16,22,24,34
2093:46 2094:4,22

2094:26,28,52
2095:20,42,46
2096:10,34,40,46
2097:4,24,52
2098:10,14,18,50
2099:34,34,48,52
2100:32,34,40,50
2101:14 2117:16,18
2118:28,34,36
2119:6,28,40,48,52
2120:4,12,34,44,50
2121:4,10,18
2122:12 2124:52
2125:26,28,42,46
2126:4,24,28,32,40
2126:52 2127:6,16
2127:34 2130:32,42
2130:52 2131:18,22
2131:26,36,50,52
2132:10,22,28,40
2132:42,52 2133:8
2133:16,22,28,36
2133:42 2134:36,48
2137:18 2139:10,18
2139:36 2144:46
2159:20,48 2162:50
2164:4 2165:26,32
2165:50 2166:4
2193:14,20,24,32
2194:10,12,14,34
2201:22,26 2203:22
2203:42,42,50
2204:12,24,28,30
2204:38,42,46,50
2204:50 2205:20,42
2205:46,52 2206:6
2206:50 2208:10,20
2208:26,38,52
2209:44 2210:8
2214:36 2246:20,48
2248:8,14,22,32,48
2249:10,12,30,36
2249:40,44,50
2250:12,14,26,32
2250:40,46,48
2251:14,22,34,36

MAGNA
LEGAL SERVICES

2251:44 2252:12,18
2252:32,32,44
2253:22,36,36,38
2254:48 2255:4,34
2256:10,28,50
2258:44,52 2259:6
2259:10 2261:34,38
2262:4,24 2267:12
2267:36 2268:20
2271:52 2272:16,34
2272:50 2273:12
2274:4,24,50
2275:18,32,32,38
2285:26,34,38
2286:24,34,48
2287:30,38,44
2288:52 2290:10,20
2290:26,30,34,38
2290:44 2291:24,30
2291:36,44 2292:12
2292:14,18,28,30
2293:6 2298:44
2299:36 2300:16,28
2300:38 2301:18
2304:20,42,44
2305:6,16,22
2310:6 2313:30
2315:14 2320:12,40
2323:18,36 2326:10
2326:32,50 2327:16
2327:26,38 2328:28
2328:36 2330:16,24
2330:42 2331:6,22
2331:50,52 2332:52
2333:16,20,32,38
2334:8 2336:12,32
2336:34,44 2337:22
2343:10,42 2344:22
2344:34,40,42
2348:8,48 2349:32
2349:40,50 2350:24
2350:32,44,50,52
2351:12,22,30,44
2352:20,24,28,32
2352:46 2353:8,10
2353:22,42,46

2354:30,36,42,52
2355:4,10,24
2358:6 2359:6
2362:44 2363:14
2364:20 2365:32,46
2365:52 2366:38,44
2368:40 2372:42,46
2373:34 2376:8,12
2376:24,34,40,52
2377:22,28,34,52
2379:12,20,20
2380:14,18 2381:34
2381:36 2382:42
2387:50 2390:6,20
2390:28 2397:4,8
2397:12,28,36,44
2399:6,8,14
2400:10,16,26,52
**reported**
2024:48 2064:44,48
2072:50 2131:46,52
2132:22,52 2133:8
2133:26,40 2134:36
2134:36 2140:10,12
2140:16,48 2180:6
2195:22 2208:52
2209:14,22 2349:22
2350:38 2353:10
2356:20 2371:22
2397:30
**reporter**
2027:32,34 2032:36
2032:44 2072:36
2134:42 2136:4
2160:52 2285:50
2312:10 2328:42
2345:46 2346:8
2357:20 2376:6
2404:14,32,48,49
**REPORTER'S**
2404:4
**reporters**
2208:38
**reporting**
2089:40 2091:30
2140:20,40 2143:40

2144:6 2145:44
2350:50 2351:6,10
2367:26 2404:31
**reports**
2065:4 2102:38
2123:12,14 2195:4
2195:14,26,34
2209:48 2380:12
**representative**
2032:16 2272:44
2317:8 2321:38
2392:8 2393:32,48
**representatives**
2296:40 2345:12
**represented**
2176:8,16,20
2178:24,52 2264:26
2277:16 2278:16
2279:18,36
**representing**
2032:48 2033:4,8,12
2039:40,46 2283:8
2298:28 2306:20
**represents**
2178:34 2180:20
2280:24 2351:28
**reprimand**
2393:26
**request**
2032:32 2212:38
2294:20 2323:24
2346:20 2400:16
**requests**
2192:8 2293:22
2301:16,34 2319:34
2320:48
**requirements**
2356:24
**reread**
2215:30
**rescinded**
2397:48
**reserve**
2110:8
**reserved**
2027:28 2265:44

**reserves**
2113:48
**reserving**
2262:48 2263:14
2264:6
**resides**
2053:22
**resign**
2063:16
**resignation**
2031:23 2050:6,22
2053:34,42 2057:48
2058:26 2069:30
2070:22 2087:30,34
2087:38 2381:44
**resignations**
2059:8,10 2060:18
2062:28,42 2064:28
2064:30
**resigned**
2049:42,46,48
2050:4,50 2054:24
2058:34,38,46,50
2059:4,26 2060:12
2060:30 2061:28,44
2062:4 2063:4,10
2067:52 2068:8
2071:26 2087:48
2313:14,20
**resistence**
2194:40 2212:12
2230:10 2231:28
**resisting**
2332:8
**resolution**
2278:22,50 2281:4
2282:8 2375:18
**resolutions**
2277:24
**resource**
2108:40,44
**Resources**
2106:10,10 2130:4
**respect**
2044:42 2055:26
2083:28 2089:28

2091:10 2107:12,34 2109:4 2116:10,30 2120:20 2121:8 2130:30 2139:10 2155:44 2156:38 2166:44 2168:22 2192:34 2194:36 2207:28 2216:6 2219:18 2222:8 2236:44 2241:38,52 2248:14 2256:32 2266:22 2268:34 2282:16 2295:8,22 2299:50 2320:32 2321:12,40 2344:32 2356:12 2379:32 2391:38

**respects**
2072:28

**respond**
2201:40 2206:26 2208:6 2284:42

**responded**
2192:24 2201:42 2206:10 2208:14,16 2284:44 2342:50

**responding**
2235:10 2368:46 2369:8

**response**
2144:48 2202:4,16 2202:22,24,30,32 2202:50 2203:6 2205:22 2210:24 2259:14 2262:26 2267:12,38 2284:36 2319:32 2320:48 2331:52 2383:14,36 2395:18

**responses**
2028:32 2046:22 2305:48 2385:14

**responsibilities**
2168:48 2184:38 2185:4 2187:8,50 2189:32 2239:36,38

2241:6 2243:18 2259:30 2386:52

**responsibility**
2052:4,40 2131:30 2169:26,36 2170:12 2188:22 2189:20 2191:36 2192:14,22 2217:34,44 2221:36 2239:24 2241:40 2242:6,20,24,30 2243:4,26,32,40 2245:14,16,28,34 2251:20 2258:52 2259:4,10 2263:26 2263:36 2336:32,40 2337:36 2386:46 2388:4

**responsible**
2052:10,32 2100:48 2106:28 2137:10 2191:40,42 2192:4 2242:38 2282:12

**restate**
2075:22 2125:36 2158:38 2182:8,24 2184:40,50 2191:4 2199:34 2202:10 2210:38 2237:6 2241:50 2253:50 2256:44 2260:10 2267:20,26 2268:48 2280:20 2304:26 2320:20 2337:10 2361:26 2376:30 2382:26

**restating**
2215:26

**restoration**
2138:20 2139:50,50 2142:28,40,48,50 2143:8,32,38,52 2345:30

**restoration'**
2030:37,49 2347:36 2364:42

**result**

2058:50 2059:4 2200:18 2362:32 2370:44 2397:42 2398:8 2401:10

**resulting**
2073:6 2079:24

**retained**
2038:26 2115:14,26 2115:30

**retirement**
2106:28

**retraction**
2399:12

**retrieved**
2124:4

**return**
2034:36 2138:34 2141:34 2357:44 2389:20

**returning**
2117:8 2149:6 2183:6 2224:24 2276:46 2281:44 2328:12 2386:16

**reveal**
2351:48 2352:6

**revealed**
2348:28 2349:12,20 2351:14,22,36 2352:24,34 2354:4 2355:30,48 2362:52

**revelation**
2349:30,40,52 2350:4 2351:10

**revenue**
2103:20,26 2107:48 2109:6,46 2112:22 2112:26,48 2114:44 2115:24 2169:42

**revenues**
2103:4,12,42,50,52 2107:6,14,30 2112:36 2113:8,14 2113:34 2115:48 2116:24 2169:22,32 2170:4

**review**
2042:26,34 2044:44 2068:20 2074:48 2075:42 2091:34,40 2100:52 2101:6 2148:26 2164:6 2168:50 2169:14 2218:28 2225:18,32 2225:36,40 2226:36 2229:6 2254:48 2255:10,22,34,40 2256:4,4,18,48 2257:4,8,34,42,50 2258:24 2260:14,38 2260:40,42 2261:26 2261:44,48 2272:18 2272:34 2273:24,34 2273:42,52 2275:44 2290:32 2310:30 2330:42 2374:32 2382:8 2385:52

**reviewed**
2035:10,14 2036:24 2042:30 2072:18,30 2099:32,38 2135:26 2151:8 2165:22 2222:10 2225:24,26 2225:34 2226:30 2247:6 2248:16 2270:16 2291:46 2314:44 2348:6 2353:46 2358:14 2364:14 2374:34 2382:10 2385:14 2390:44 2398:40

**reviewing**
2122:18 2271:52 2380:44

**revolution**
2349:52

**right**
2033:32,44 2034:8 2034:32 2035:4 2037:10,12,34,44 2037:48 2038:18,32 2039:38,40,50

2040:34 2041:46
2043:8,20,44
2044:42 2045:8,42
2046:12 2048:6,36
2048:52 2051:46
2053:10 2054:12
2056:20 2057:12,14
2057:50 2061:10,30
2061:46 2063:6
2066:46 2068:14,20
2070:16,24 2072:18
2072:42,44 2073:8
2073:14 2074:8,48
2075:36 2076:52
2077:8 2078:48
2079:6 2086:18,36
2087:6,46 2088:48
2089:32,36 2090:18
2090:22,24 2095:52
2096:30,52 2097:32
2097:40,44 2099:38
2101:8,38,44
2102:24,28 2103:30
2104:24 2105:10,44
2110:28,38,46
2111:28 2112:28,32
2112:38,52 2113:16
2114:52 2115:8,30
2115:46 2117:50
2119:38,42 2120:6
2120:12,36,44
2121:4,12,44,48
2122:28 2124:28,36
2127:26,52 2128:6
2130:22 2133:48
2134:14 2136:22,36
2137:22,32,42,48
2138:6,36 2145:40
2146:8,48 2147:30
2147:42 2148:6
2149:34,46 2150:44
2150:48 2151:44,52
2152:24 2153:8
2154:46 2156:18
2160:8,12,16,26
2161:40,44 2162:6

2162:12 2163:4,8
2163:52 2164:28,36
2164:40 2165:28,36
2165:42 2166:4,10
2166:20 2167:4
2168:52 2170:6,14
2170:24,30 2174:44
2175:16,32 2176:46
2177:6 2179:28
2180:18,38 2181:14
2183:22,30,36,42
2183:50 2184:10,20
2184:40 2185:34
2186:24 2189:8
2190:6 2192:38,46
2193:34,46 2195:6
2195:16,28,42
2196:8,18 2197:16
2197:48 2199:16,26
2199:32,48 2200:10
2201:28,44 2203:28
2204:4,24,36,52
2206:28,46 2207:6
2207:14,24,28,36
2208:18,28 2211:32
2214:28 2215:14
2217:10,52 2218:6
2218:44 2219:8,14
2219:20,32,38,48
2219:52 2220:24
2221:6,10 2222:32
2224:46,50 2225:10
2227:32,40 2228:20
2230:34 2231:4,38
2232:28,34 2235:44
2236:8 2237:40
2238:10 2239:42
2241:10,30,44
2242:12,32 2243:34
2245:28 2247:16
2248:18 2253:28
2254:34,50 2255:24
2255:36,48 2256:10
2256:28 2257:50
2258:26 2260:12,20
2260:32,36,38,38

2260:46 2265:26,50
2266:20,22,36,46
2267:4 2270:4,10
2270:18,26,52
2272:44 2275:34,44
2275:50 2276:4
2279:42 2281:18
2282:28,44 2283:10
2283:32 2286:12,38
2287:6,8 2288:46
2290:6 2293:44
2294:36 2295:52
2296:42 2297:36
2298:8,14,22,36
2300:4 2305:50
2306:50 2309:12
2311:12,22 2312:4
2317:44 2318:8,16
2319:10,14,24,48
2320:4,14 2322:8
2322:10,18 2323:52
2324:22,28 2325:18
2325:44 2326:4
2329:24,32,38
2330:6 2335:36,50
2336:14 2338:20,28
2343:48 2344:50
2345:6,12 2347:14
2348:22,34,44
2349:4,32 2350:10
2351:24,36 2352:26
2354:28,32,36,44
2356:26 2357:14
2358:22,34 2359:50
2360:8,40 2361:14
2362:10,20,26,36
2362:42 2364:24
2365:14 2366:30
2367:12,38 2368:4
2368:34,44,48
2370:4 2372:18,22
2375:6,12,30
2376:4,28 2377:6
2378:18,50 2379:14
2380:22 2386:24,26
2387:34,36 2389:38

2390:18,28 2391:44
2392:16,24 2393:4
2394:44 2395:28,38
2397:24,34 2398:24
2398:42 2399:8,14
2399:34,38,38
2400:6,12
**rights**
2264:6 2265:42
2365:28 2366:4,10
**RILEY**
2026:9
**Rob**
2032:46 2061:12
2067:46 2133:50
2262:32
**Robert**
2025:12
**robert.macgill@m...**
2025:16
**Robertson**
2066:20 2069:10
2071:24
**Robin**
2061:12 2067:38,50
2068:6
**Robinson**
2066:26
**Rod**
2060:40,46 2061:10
**Rogers**
2069:8
**role**
2034:32,36 2035:40
2037:30 2038:22
2054:10,42 2055:50
2056:8,26 2058:20
2060:46 2064:24
2073:46,52 2074:4
2075:10,14 2077:50
2078:10 2082:4
2092:46,46 2102:28
2102:42,46 2113:26
2124:44 2127:28
2128:12 2129:40,46
2131:22 2132:40,42

**MAGNA**
**LEGAL SERVICES**

2140:20,38 2151:34
2160:38 2173:8
2184:30,44 2186:4
2186:6 2189:30
2200:48 2244:24,50
2244:52 2245:6,22
2245:24 2251:12
2270:28 2278:20,48
2281:52 2282:4,6
2282:40 2284:6,8
2284:30 2286:4
2305:4,12 2306:24
2306:46 2307:16
2313:22 2320:24,38
2320:44 2321:6,12
2321:36 2322:32
2324:8,34,44,50
2325:4 2329:42
2335:22 2340:52
2386:36,40 2394:26
2396:26 2399:30
**roles**
2173:4 2184:36
2277:22
**Rolland**
2031:11,36 2067:18
2171:28,32 2172:42
2172:46 2173:8
2183:40 2368:20,26
2398:28
**Ron**
2057:48
**Ronnie**
2049:12,14,34
2057:20,24,52
2058:4,26 2069:30
**room**
2108:32 2257:8
2272:36 2288:14
2309:24
**Ross**
2025:35
**rough**
2062:50
**roughly**
2041:40,44 2044:30

2053:50,52 2056:40
2059:20 2065:20
2128:22 2141:52
2142:4 2311:30
2329:14 2359:4
2392:4
**round**
2114:22
**routine**
2373:6,40
**Rowell**
2185:46
**Rule**
2024:30 2027:8
2028:33 2030:29
2046:24 2323:8,44
**rules**
2027:20 2134:18
2233:26
**run**
2384:18
**Russ**
2313:12
███████
2258:42 2315:42
2316:6,16 2326:48
2327:14,26,30,38
2400:24,46

---

**S**

**S**
2025:26 2027:4,4
2028:7,7,18 2029:4
2030:4 2031:4
**S-A-N-D-E-F-U-R**
2069:8
**S-L-A-D-E**
2067:22 2171:36
**S3**
2093:18,22,26,36,46
2095:8,20 2118:38
2118:40,44
**Samantha**
2030:18 2301:48,52
**Sandefur**
2069:6

**Sanders**
2025:12 2032:48
2048:24 2323:32
2342:44,50
**Sarah**
2069:8
**SATF**
2130:32 2243:20
2358:6
**savings**
2106:30
**saw**
2090:52 2125:16
2248:40 2270:30
2274:34 2285:34
2327:28 2378:28
2395:4
**saying**
2048:42 2088:36
2090:48 2111:50
2114:6 2119:24
2139:22 2142:26
2148:10 2153:22
2186:16 2207:44
2240:6 2263:16,18
2263:24 2264:12
2280:10 2283:42
2293:36,38 2296:14
2296:18,50 2307:14
2313:12 2323:46
2326:52 2348:50
2349:40,42 2392:28
2396:10 2399:36
**says**
2151:18 2158:10,34
2158:34 2161:26
2171:8 2177:16
2178:34 2186:16
2187:14,26,40
2188:18 2190:16
2193:26 2194:34
2205:42 2206:28,34
2207:22,28 2208:28
2209:46 2220:40,50
2223:24,26 2230:34
2232:34,38 2236:8

2237:34 2239:46
2273:38 2274:46
2279:28 2287:8
2324:8 2355:10
2357:40,50 2360:18
2361:16 2370:10
2374:36 2375:12,14
2375:34,36 2380:26
2382:42 2389:4
2390:36 2395:16
2399:36,44
**SBA**
2222:10
**SBC**
2028:40,43,46,49
2029:11,14,17,20
2029:23,27,30,40
2031:21 2046:52
2047:8 2049:4
2050:16,34 2051:12
2051:36 2054:6,26
2055:44 2056:26
2057:46 2058:12,32
2060:12 2061:26
2062:4 2063:4,36
2064:6,16 2065:22
2068:24 2070:6
2071:4 2072:8,14
2073:38 2074:26,30
2074:32,44 2075:20
2075:26,34 2076:36
2080:32 2082:48,50
2090:30,32 2091:10
2092:40,48 2093:30
2094:4,20 2096:6
2096:34 2097:10,26
2099:4,30 2101:8,8
2101:12,24,32,34
2101:40,46,48,50
2102:18,32,32,34
2102:42,46 2103:4
2103:20,22,24,24
2103:28,44 2104:8
2104:8,20,24
2109:50,52 2110:6
2110:14,20,32

2111:52 2112:12,16
2112:20,50 2113:8
2113:14,24,36,50
2114:40 2115:24
2116:22,30 2117:36
2119:14,30,46
2120:6,10,16,20,26
2120:40,50,52
2122:10,18,44,52
2124:22,34 2125:42
2126:22 2127:30,52
2129:26,42 2130:50
2131:12,32 2132:8
2132:48 2133:16
2135:16,30 2136:6
2136:22,36,40,46
2137:16 2138:50
2140:26,38,52
2142:14 2144:18
2145:22,24,30,38
2145:46,48 2146:22
2147:10,50 2148:8
2148:12 2149:10,12
2150:12,32,46,50
2151:36,40 2152:8
2153:6,12,14,24,36
2155:6,28,38
2156:24,28,42
2157:40,50 2160:42
2161:28 2166:16,26
2167:18,32 2171:16
2171:42,42 2172:4
2172:4,12,14,18,30
2172:34 2173:8,14
2173:16,24,32,32
2173:36,38,48,50
2174:4,12,14,16,48
2183:22 2184:14,20
2189:6,12,52
2190:22 2191:44
2192:26 2193:18,32
2194:50 2195:10,10
2195:24,24,32,36
2196:6,12,16,26,42
2201:40 2208:42
2209:4 2212:50

2215:18 2217:12
2218:32 2219:4,42
2221:38 2222:14,26
2222:30 2223:6
2226:26 2227:34,40
2227:44 2228:12
2232:6,8,24
2238:34 2239:24,46
2240:22,36 2241:16
2242:22 2250:4
2252:46 2253:14,20
2262:22 2270:42,48
2283:8 2286:6,20
2297:50 2298:4,22
2298:32 2302:52
2304:18,30 2305:36
2305:44 2306:20,24
2306:44,48 2307:20
2315:34 2335:22,46
2348:34,40,42
2351:10 2356:20
2357:36 2358:6
2359:16,26,28,40
2359:42 2360:10,16
2362:8,18 2363:10
2363:40 2364:12,22
2365:6,48 2371:24
2381:6,20,22,42
2382:16,30,32
2384:10,44 2385:40
2385:48 2386:52
2388:6 2389:36
2390:38,50 2392:10
2393:14,34,40,52
2395:34,52 2399:36
2401:22 2402:6

**SBC's**
2205:30 2239:48
2240:8
**SBC.net**
2119:12 2218:52
**SBCEC**
2226:14 2239:36
**Scarlett**
2025:26 2032:52
2040:14 2042:18

2076:48 2283:4
2329:26
**scheduled**
2374:50
**scope**
2109:22 2111:10
2139:12,40 2161:16
2161:24 2200:16
2201:48 2210:52
2211:12,40,46
2212:18,20 2229:20
2229:24,28,32,42
2229:44 2230:26,30
2230:36 2232:6
2233:48 2237:32
2238:22,40 2239:10
2239:30,34 2240:50
2243:12,38 2244:12
2244:34 2246:6
2247:28,48 2248:36
2249:16 2250:14
2251:42 2252:10,14
2252:18,20,34,44
2252:52 2253:8,14
2256:42 2258:20,48
2260:8 2261:20
2262:8 2267:18,46
2268:26,46 2269:8
2269:22,36 2271:18
2271:30,32,44
2274:20,32 2276:24
2280:50 2285:32
2287:20,36 2288:36
2289:6,30 2290:14
2290:24 2292:6,50
2293:18 2294:10,28
2296:6,36 2297:10
2299:40 2300:20,42
2301:12,30 2302:30
2303:10 2304:24,36
2305:10,26 2306:4
2306:14,30,40
2307:24,40 2308:18
2308:28,42 2312:36
2313:40 2314:30
2315:4,20,48

2316:22,36 2320:18
2321:26,48 2325:34
2326:16,40 2327:22
2327:34,46 2333:52
2334:24,48 2335:28
2336:6,28 2337:8
2337:32,50 2338:52
2339:28,48 2340:24
2340:50 2341:20,48
2342:14,36 2343:18
2343:36 2346:30,48
2352:12 2353:4
2354:16,40,50
2355:16 2356:30
2366:34,52 2370:28
2370:36,50 2371:16
2371:46 2372:10,38
2372:52 2373:22,38
2373:50 2374:12
2377:12 2379:18
2382:24,38 2390:8
2391:14,32 2392:44
2393:8,22,44
2394:16 2396:38
2400:36 2401:8
**scoped**
2325:6
**Scott**
2025:13 2026:16
2048:40
**scott.murray@ma...**
2025:18
**scrape**
2138:6
**scratch**
2243:42
**screen**
2047:44 2134:52
2157:44 2167:36
2347:44 2374:22
2380:36 2381:48
**screenshot**
2030:25 2312:14,24
2314:4,8
**scroll**
2222:24

seals
2142:28
search
2068:30,36,40,46
2309:8,18,36,50
2310:8
Seasons
2357:28,40
seated
2347:6
SEC
2190:52
second
2040:12,14,18,26
2041:24 2152:20
2154:8 2196:8
2205:18 2220:28,28
2232:52 2237:14
2257:46 2278:22
2319:26 2358:44
2375:36 2381:52
2384:6 2399:48
secondarily
2282:10
secret
2351:50
secretary
2066:22 2067:26,44
2152:22,24 2399:32
section
2168:4 2170:52
2190:10 2191:6
2213:38,42 2214:6
2233:48,52 2254:28
2254:30,36 2259:14
2259:22,28 2260:28
2290:38 2291:4,14
2291:22,28,50
2292:22,32 2299:26
2299:34 2357:32
secular
2078:32,34,40
2082:12,18,24,26
see
2038:8 2046:38,38
2047:28 2061:14

2066:6 2067:12
2068:44 2107:28
2109:36 2111:44
2112:18 2113:46
2117:40 2136:36
2137:50 2140:4
2142:32 2150:50
2151:12,30 2152:16
2158:12 2159:8,42
2161:32 2162:22
2164:22 2168:8
2170:52 2171:38
2176:42,46 2177:18
2177:22,42 2178:8
2178:14,28,30,40
2179:10,38 2180:26
2180:34,48 2181:6
2185:18 2186:20,24
2186:30,38 2187:10
2187:18,32 2188:24
2188:40 2190:24,42
2191:52 2192:10,30
2194:4,46,48
2205:36 2206:32,34
2206:36 2207:8,24
2207:32 2209:52
2213:16,24,28,46
2219:44 2221:50
2222:14,18,24,50
2223:8,32,36,44,50
2224:8 2230:20,28
2230:38 2232:18
2236:18 2259:44
2261:6 2263:34
2266:50 2270:22,26
2274:52 2279:24
2283:50 2286:38,40
2291:14 2299:10,14
2299:26,30 2301:4
2301:50 2302:6
2312:42,46 2313:12
2313:14,16,24,32
2314:46 2322:48
2323:22 2324:28
2327:40 2329:28
2330:46 2349:16,24

2357:24,30,32,46
2358:8,12,16
2360:30,32 2364:52
2368:16,28 2369:14
2369:24 2370:12
2371:20 2375:22,36
2375:42,44,46,48
2376:4,8,18,20
2378:38,42,46
2380:32,34,42
2383:4,10,40
2387:10 2388:10,26
2389:12,22 2390:42
2390:46 2394:44
2395:22,46,50
2396:10 2399:16,22
2400:4,8 2401:34
seeing
2151:10 2301:24
2314:4
seek
2187:46
seeking
2187:40
seen
2046:30 2063:44
2120:34 2176:34
2186:36,40 2212:46
2213:34 2230:34
2269:48 2270:10,18
2287:22 2296:48
2299:22 2302:8,38
2302:42,44 2303:50
2304:14 2312:20
2314:36,40 2316:10
2326:28 2338:38
2358:34 2374:30
2379:52 2380:38
2382:4,12,14
2383:34,38 2387:36
2388:34 2394:40
2398:36
selection
2222:34 2223:10
selectively
2232:48 2233:8

sell
2108:14
seminaries
2105:30 2108:32
2367:16
Seminary
2105:36,36,38,38,40
2105:40 2367:8
send
2104:30 2107:36
2114:40 2187:16
2305:20 2336:44
2372:14,26
sending
2107:38,44 2113:28
2372:20
sends
2106:42 2113:28
2114:28,34 2116:14
senior
2202:6,18,52
2205:24 2208:30
sense
2129:8 2251:32
sent
2048:24 2087:42
2098:12,30 2100:18
2177:6 2185:28
2212:50 2213:4
2225:20 2274:26
2283:28,30 2307:34
2307:34 2312:30
2329:4,26,36,44
2380:52 2386:34
2401:18
sentence
2205:18,52 2235:8
2237:42 2279:50
2283:50 2399:50
separate
2036:30,44 2045:20
2110:14 2153:6
2156:16,20,34
2288:46 2289:20
2302:48 2307:18
separately

2039:38 2044:12
**separation**
2071:36,40,48
**September**
2129:44 2200:50
2201:10
**sequence**
2045:18
**series**
2197:10 2371:34
**serve**
2049:38 2055:4
2067:14,16 2101:50
2102:50 2154:6
2345:10
**served**
2056:12 2153:48
2154:40 2183:26,34
2183:48
**server**
2093:18,22,26,36,46
2094:32,36,38
2095:8,22,44
2118:38,42,44
2341:12 2342:10,26
**servers**
2366:46
**serves**
2345:10
**service**
2344:48
**services**
2032:36,38 2036:22
2106:34 2170:14
2239:42,48 2240:10
2240:22 2241:8
2384:38
**serving**
2055:28 2154:4,48
2371:30,32,38
2373:24
**sessions**
2166:28,34
**set**
2034:28,30 2104:36
2251:30

**sets**
2065:48
**setting**
2360:24
**seven**
2041:44 2043:26
2069:18 2167:24,26
2387:48
**sex**
2137:18 2195:36
2196:14,24,46
2197:48 2198:4,10
2198:38,50 2199:12
2199:24,46 2200:22
2201:18,42 2227:30
2243:44 2245:34
2247:32,38,50
2271:20 2305:18
2361:52
**sexual**
2029:26 2051:32
2084:38 2092:18,34
2096:40 2098:6,16
2098:20,22,24,34
2098:36,48 2099:8
2099:10,12,14,22
2100:46 2101:10,24
2101:28,42,50
2102:20 2131:4
2155:50 2156:16,22
2156:38 2157:32,38
2158:30 2170:44
2173:6,16,38,48
2174:4,10 2175:50
2178:22,48 2181:4
2181:14,18,26,34
2181:36,40,42,46
2181:52 2182:4,6
2182:10,10,14,20
2182:30 2194:20,22
2194:24,24 2202:4
2202:16,50 2205:22
2206:12,26 2208:6
2210:34,44 2213:12
2226:26 2228:28,30
2228:40 2229:36

2231:30 2232:14,24
2234:40 2235:50
2237:38 2238:28
2239:14 2242:30,34
2242:44 2243:32,50
2245:6,42 2247:22
2247:40 2270:44
2277:12 2278:12
2279:34 2283:46
2297:26,52 2298:12
2302:50 2305:48
2332:18,24,46
2333:46 2334:18,42
2335:20,32,44
2336:20 2337:20
2353:24,28 2354:12
2355:38,38 2356:26
2359:20,30 2362:14
2362:16,24,30,30
2375:18,38 2376:14
2376:28,38 2377:6
2377:26,40,46
2378:36,50 2379:6
2380:28 2381:24,28
2385:40,46 2392:14
2397:40
**sexual-related**
2182:22,32
**sexually**
2348:30 2352:28,48
2354:6 2355:32,48
2363:4 2395:20,38
**share**
2265:50
**shared**
2209:50
**sharing**
2210:10
**sharp**
2335:38
**short**
2114:16
**shorthand**
2404:17,20
**shortly**
2348:52

**show**
2147:46 2329:24
2338:42 2379:42
**showed**
2377:52
**Showers**
2061:12 2067:48
**showing**
2136:26
**shown**
2158:36 2272:26
**shows**
2148:4 2388:48
**sic**
2040:38
**side**
2109:46
**sign**
2402:18
**signed**
2172:38 2404:40
**signing**
2027:36
**Sills**
2142:28
**simple**
2399:52
**simply**
2050:28,28 2140:20
2140:30,40 2143:40
2216:26 2281:52
2296:28 2344:40
2371:50
**single**
2258:40 2334:16,18
2334:42 2335:18,42
2337:18
**sir**
2033:24,32 2034:46
2035:36 2036:14
2042:10 2046:26,46
2047:6,10,12,30,52
2048:8 2049:10
2052:22,26 2053:16
2053:18 2054:18
2057:30 2059:20

2060:26 2062:8,10
2063:14,22,34,38
2063:50 2064:12,24
2064:36,40 2065:18
2065:34,36 2066:18
2069:4,22 2070:36
2071:16 2072:22
2075:32 2077:42
2078:4,12,16
2079:28 2080:24
2082:4,14 2083:6
2083:30,40 2084:10
2084:52 2085:12
2088:18 2089:38
2090:50 2091:20
2092:6 2093:32
2095:16,42 2096:10
2097:48 2098:10,28
2098:32 2099:32
2103:10 2105:8,28
2105:34 2106:22,36
2108:38 2110:4
2114:22 2117:12,20
2123:22 2124:50
2125:48 2126:16
2128:52 2131:10,28
2132:4,26 2133:10
2134:44 2135:8,14
2135:24,34,38
2136:10 2137:36
2138:18,24,30
2139:34 2140:34
2141:4,10,22
2143:4,14 2144:24
2146:44 2147:12,44
2148:32 2149:10
2150:36 2151:34
2157:42 2158:34
2159:18,52 2161:10
2163:20,32 2164:10
2165:22 2166:14,32
2167:22,34 2168:12
2168:20,48 2171:20
2176:4,26 2177:46
2178:8 2179:42
2180:4,44 2182:30

2183:10 2185:16
2189:14,36 2192:18
2194:6,10 2197:26
2197:52 2198:22,42
2199:6,32 2201:24
2201:48 2202:14,40
2202:46 2203:26,44
2205:6,40,44
2206:32 2208:14,22
2209:34 2210:20,30
2210:40 2212:14,30
2213:8,40 2214:16
2214:40,52 2215:8
2215:42 2216:18
2217:16 2218:24
2219:38 2221:10
2223:18,24,46
2224:28 2226:4
2227:28 2229:8
2230:16 2234:44,48
2235:30 2236:28,34
2236:40,48 2237:8
2237:48 2238:12,20
2239:20 2240:12,32
2240:52 2241:34
2246:18 2247:20
2251:10,28,42
2252:42 2253:44
2254:16,36,42
2255:20 2256:38
2257:10,34 2258:26
2259:12 2261:12
2262:14 2266:22,40
2267:4,40 2268:10
2269:18,44 2270:18
2270:52 2271:50
2272:8 2273:38
2274:44 2276:50
2277:6,32,36,48
2280:8,14,38
2282:16 2283:18
2284:18 2285:40
2288:18,42,46,50
2289:38,42 2291:12
2293:8,52 2294:32
2296:16,42 2298:48

2299:12 2300:10,30
2301:20,42 2303:42
2303:48 2305:32
2306:18,52 2307:32
2307:50 2312:16,24
2313:4,36 2314:18
2314:42 2315:8
2316:40 2317:12
2318:6,10,18,26,46
2320:22,50 2321:12
2321:36 2323:38
2325:8,36 2326:24
2326:46 2327:42
2328:20 2330:20,26
2333:10 2334:12
2335:14,22,38
2336:18 2337:16,46
2338:4 2340:8
2342:42 2343:4,40
2344:8 2345:24
2346:34 2347:6,40
2349:8 2350:18,38
2351:4,6,10,32,46
2352:16,22,36
2353:30,38 2354:10
2354:46 2355:10
2356:40 2357:4,22
2358:12,28 2361:6
2361:18,30,44
2362:46 2363:16
2364:34,46 2365:18
2365:50 2366:42
2368:14 2370:40
2371:24,34,38
2372:4,44 2373:16
2373:30 2374:20,48
2379:10,32,50
2380:36,42 2381:46
2383:12 2384:52
2385:14,20 2386:20
2386:42,48 2391:36
2391:48 2393:30
2394:12,32 2395:12
2396:14,44,52
2397:20,42 2398:4
2398:10,20 2399:20

2401:30 2402:12
**sit**
2086:36 2139:6
2179:46 2239:22
2247:20 2293:8
2334:36 2346:36
**sits**
2084:24,28 2250:16
**sitting**
2287:24
**six**
2105:30 2134:22
2364:10 2387:48
**six-part**
2197:8
**skill**
2404:16
**Slade**
2031:11,36 2067:18
2171:28,32 2172:42
2172:48 2173:20
2183:40 2184:4
2329:22,52 2330:34
2368:20,26 2370:8
2371:10 2372:4
2398:28,44
**Slade's**
2172:44
**slant**
2079:12
**slightest**
2337:44
**slightly**
2387:6,8
**slot**
2030:37,49 2345:30
2345:48 2347:38
2364:44
**slow**
2060:42 2105:20
2255:28
**smart**
2129:32
**smooth**
2319:32 2320:46
2336:42

**snokes@bradley.c....**
2025:29
**social**
2082:28,30,34,38
2129:30 2273:14
**sole**
2242:28 2275:38
2350:32
**solely**
2251:20
**solution**
2188:10 2355:30
**Solutions**
2024:16 2026:8
2033:14 2035:16
2174:22 2191:22
2248:26 2319:30
2348:28 2349:12
2351:14 2354:4
**somebody**
2118:42 2129:24
2143:16,44 2144:6
2325:30 2338:40
2356:24 2375:4
**sorry**
2034:22 2036:46
2037:4,4,8 2038:38
2039:26 2040:52
2042:14 2044:50
2046:34 2051:20
2054:32 2057:22,28
2057:42 2060:4,36
2061:8,20 2062:46
2067:52 2071:38
2077:38 2081:32
2083:48 2084:16,42
2091:12 2097:16
2106:26 2108:18
2110:42 2114:14
2118:24,36,50
2122:32 2126:10
2132:38 2133:40
2145:14 2151:10
2154:32 2158:38
2161:22 2165:10,18
2176:38 2186:32

2198:16 2208:40
2217:50 2218:10
2230:18 2237:4,18
2238:6,42 2240:16
2243:40 2247:34
2249:26 2260:24
2266:28 2276:26
2279:14 2281:24,30
2287:44 2289:40
2291:40 2303:40
2307:28 2309:16,48
2310:50 2313:42
2316:4,38 2318:42
2324:18 2326:20
2331:16 2332:14,38
2332:40 2337:10
2350:8 2358:42
2361:26 2363:44
2371:44 2377:14,18
2378:22 2379:30
2380:4 2381:24,26
2384:4 2399:16,46
2399:46,48
**sought**
2192:22
**sound**
2338:32
**sounds**
2345:38
**sources**
2108:34
**South**
2381:18
**Southeastern**
2105:36 2367:8,24
**Southern**
2024:15,18,31
2026:25 2027:10
2028:27,31 2032:18
2032:20 2033:6,10
2033:34,40,48
2034:44 2035:24
2036:48 2044:14
2046:20 2059:50
2060:6 2073:34
2079:8,16 2080:34

2080:36 2084:34
2085:4,8,28,36
2089:42 2092:26,32
2105:36 2107:4
2119:10 2125:52
2149:16 2151:48
2155:44 2158:28
2166:26 2167:44
2168:34,50 2169:22
2169:52 2171:44
2175:38 2177:36,38
2189:24,42 2192:50
2193:18,30,40
2194:52 2197:44
2201:42 2212:40
2213:14 2214:48
2215:52 2216:16
2221:24 2251:26,40
2345:6,18
**Southwestern**
2105:38
**sovereign**
2151:18
**Spalding**
2069:12 2175:32
2183:46 2269:28
2276:10 2295:24
**speak**
2090:40 2097:50
2100:22 2144:48
2163:20 2172:28
2204:4,40 2276:16
2321:52 2341:36
2365:46 2374:50
2383:30
**speaking**
2053:50,52 2059:20
2071:12 2075:48
2085:22 2088:26,46
2089:36 2090:12
2111:26,36 2120:24
2131:34 2141:52
2142:4 2168:30
2203:44 2214:50
2215:52 2284:12
2333:18,30

**special**
2101:12,34 2104:38
2108:26
**specially-appointed**
2092:26
**specific**
2053:40 2096:42
2126:20 2135:42
2142:42 2150:18
2159:46 2163:34
2169:26 2171:48
2184:32 2191:10
2192:18,36 2198:42
2209:32 2241:22
2259:28 2319:20
2383:32
**specifically**
2035:28 2041:8
2051:38 2060:10,26
2062:6 2073:52
2083:30 2089:24
2090:10 2092:34
2097:6 2124:32
2125:50 2126:26
2134:46 2138:26
2151:4,44 2152:10
2159:32 2161:26,28
2164:14 2165:32
2168:42 2173:36
2178:14 2179:6
2183:16 2184:44,52
2190:38 2193:38,52
2198:36 2201:26
2204:12 2208:22
2211:4 2213:10,42
2229:4,34 2236:24
2236:38,40 2237:24
2241:28 2253:26
2256:34 2258:12
2261:10 2263:32
2280:50 2307:36
2317:14 2319:6
2320:24,36 2334:12
2337:16 2356:20
2357:40 2362:26
2365:6 2373:32

2376:12
**specifics**
2095:32 2121:46
2209:32 2261:24
**spell**
2049:14,24 2067:20
2077:42 2331:42
**spelled**
2171:34
**spend**
2111:34 2114:10
**spent**
2107:20,22 2109:48
2110:6,10,12,50
2115:26,32,40,48
2204:18
**sphear**
2151:20
**spiritual**
2388:4 2389:8
**spoke**
2050:6
**spoken**
2035:28 2170:22
**sponsored**
2390:40
**Springdale**
2053:22,26,28
**Springville**
2053:24
**Stacy**
2067:34 2068:8
**staff**
2035:28,30 2055:42
2065:8 2101:42
2158:52 2159:36
2160:14 2185:38,40
2187:28 2193:8,46
2202:8,20 2203:4
2205:8,26 2208:30
2210:26 2211:50
2222:34,36 2223:10
2223:12 2230:46
2231:8 2237:20,22
2257:6 2282:34
2283:40 2293:28,30

2293:40 2296:22
2331:20,30,34
2348:14
**staffed**
2257:12
**stamps**
2399:10
**standard**
2361:12 2380:30
**standing**
2066:24 2067:46,48
2068:16 2145:6,12
2145:16 2180:46
2240:40 2268:30
**standpoint**
2126:22 2338:14
**standpoints**
2070:10
**stands**
2302:18
**start**
2067:6 2105:10
2229:28 2242:52
**started**
2128:20,32 2137:44
2231:44
**Starting**
2128:20
**state**
2027:34 2032:40
2033:28 2056:34
2104:34 2149:24
2169:40 2191:6
2346:4 2361:8
2362:40 2403:18
2404:8,14
**stated**
2078:52 2153:50
2184:38 2204:34
2232:38 2282:4
2379:22 2396:48
**statement**
2030:40 2087:42
2089:6 2090:22,32
2090:42 2091:4
2138:18,32,44

2140:10 2141:32
2142:26,46 2151:38
2162:6 2166:34
2180:30 2187:36,48
2188:44 2190:28,48
2210:30,40 2221:22
2221:40 2222:8
2235:22 2237:32,34
2277:18 2353:52
2354:4 2355:46
2356:50 2366:48
2367:4 2379:4
**statements**
2139:36 2140:28
2168:52 2169:16
2220:32 2234:8
2326:30 2392:20
**states**
2024:4 2032:22
2070:14 2071:12
2151:52 2228:26
2232:38 2348:26
2388:4 2395:44
**stating**
2282:4 2362:50
2395:52
**status**
2396:34 2397:46
**step**
2094:50 2095:42
2096:8 2132:26
2252:50
**steps**
2075:50 2076:6
2093:32 2131:44
2132:6,6,46
2133:18,34 2139:8
2139:52 2140:14
2223:28 2228:34
2238:34 2275:6
2284:36 2340:12
2393:14 2394:6,12
2396:32
**Sterling**
2165:6,8 2244:44
**stint**

2348:34
**stonewalling**
2194:42 2332:6
**stop**
2135:34 2223:40
2233:22 2393:14,38
2394:6
**stopping**
2325:50
**stories**
2079:32,34 2130:8
2228:42 2229:6
2331:28 2332:48
2370:52 2371:20,52
**story**
2079:32,50 2080:4
2119:6 2130:12
2227:50 2228:4
2229:10 2331:26
2344:4 2345:34,38
**storytelling**
2081:8
**straight**
2108:28
**strategic**
2129:50,52
**strategy**
2073:4 2079:24,42
2079:50 2080:50,52
2081:12,46
**streams**
2107:48
**Street**
2025:14,45
**strictly**
2080:34 2245:36,40
**strike**
2080:12 2113:10
2126:18 2127:8
2140:22 2161:46
2170:24 2174:6
2178:18 2181:52
2196:36 2232:4
2253:28 2272:10
2284:26 2295:42
2330:44 2359:38

2363:50 2376:6
**strip**
2396:32
**structure**
2148:34 2166:14
**structured**
2251:30
**studied**
2325:4
**studies**
2108:46
**subject**
2144:34 2214:36
2258:52 2395:16
**submission**
2255:12 2272:20
**submitted**
2274:6 2357:26
2380:20 2390:20
**submitter**
2375:28 2378:34
2380:18
**submitter's**
2375:8
**subscribe**
2129:10
**Subscribed**
2403:24
**subscribers**
2129:6
**subsequent**
2050:14
**successor**
2396:30
**successors**
2152:34 2154:12
**sued**
2332:46
**sues**
2148:12
**suffice**
2233:18,20
**suggest**
2139:28 2188:10
2275:32
**suggested**

2299:44
**suggestion**
2235:24 2302:14
**suggestions**
2248:16 2250:38
2261:30,50 2262:12
2262:18 2267:8,32
2268:6,16 2304:40
**suggestive**
2099:12,22
**suit**
2142:30
**Suite**
2025:14,27,35,45
**summarize**
2332:4
**summary**
2187:6
**Summit**
2127:42 2186:8
**Sunday**
2042:14,14,30,34,48
2043:8,10 2247:14
**Sunny**
2030:18 2301:48,50
2303:18,22,26,34
**supplied**
2348:20
**support**
2073:18,22
**supporting**
2255:36,44 2256:6
2256:20 2260:44
**Supreme**
2080:38
**sure**
2038:4 2055:24
2074:40 2075:50
2076:6 2085:20
2086:34 2097:14
2100:28 2110:16
2111:44 2116:6
2121:42,48 2147:46
2148:42 2155:4
2162:32 2183:12
2201:4 2206:34

2219:24 2220:34
2228:36 2235:18,18
2239:32 2244:8
2252:40 2265:6
2266:14 2277:4,26
2278:24 2284:8
2286:8 2293:34
2296:16 2311:16
2336:40 2338:16
2341:10 2344:12
2345:40 2350:6
2367:32 2368:6
2392:30
**survivors**
2193:16,28 2389:18
**swear**
2027:34
**swearing**
2032:44
**switch**
2148:32 2333:10
**switching**
2231:32
**sworn**
2033:20 2403:24
**synonymous**
2349:34,36

---

**T**

**T**
2027:4,4 2028:7,18
2029:4 2030:4
2031:4
**tab**
2286:44
**tactic**
2340:16
**tactics**
2339:52 2340:28
2342:16
**take**
2075:50 2076:6
2096:8 2099:52
2104:30,32 2106:46
2106:48 2107:36
2114:16 2116:46

2119:42 2132:4
2139:52 2151:12
2182:40,44 2188:8
2204:52 2205:14
2208:42 2209:6
2212:26 2215:24
2216:4 2223:28
2224:12 2228:36
2238:34 2270:14
2275:6 2276:28
2281:36 2284:36
2291:4 2304:10
2310:30 2324:24
2325:48 2327:52
2336:38 2385:50
2387:24 2393:14
2394:6,10 2396:32
**taken**
2027:12 2032:28
2117:4 2139:6
2148:52 2182:52
2217:32 2224:20
2273:18 2276:42
2277:34 2328:8
2340:12 2386:12
2397:48
**takes**
2106:40 2107:6
2110:22 2114:26,34
2116:14
**talk**
2059:8 2064:22
2097:44 2100:26,32
2148:32 2149:10
2262:46 2333:10
2352:36 2389:26
2391:18 2393:46
**talked**
2109:4 2152:38
2153:18,26 2213:28
2343:40
**talking**
2097:18 2104:12
2118:8 2150:8
2151:10 2152:50
2205:8 2288:40

2341:28 2353:38
2376:46,50 2387:12
**task**
2029:26,47 2030:44
2031:22 2092:20,36
2096:42 2100:48
2101:10,26,30,44
2101:52 2102:20
2137:18 2155:46,48
2155:50 2156:4,14
2156:18,24,32,38
2156:40,50 2157:32
2157:38 2158:6,8
2158:10,22,30
2164:26 2165:24,34
2165:52 2170:44
2173:6,16,38,50
2174:10,10 2175:10
2184:14 2191:18
2212:42 2213:6,12
2213:20 2224:42,44
2224:48 2225:8,10
2226:26 2227:22,30
2227:36 2228:28,30
2228:40,44 2232:24
2238:30 2239:14
2242:30,34,38,44
2243:32,44,50
2245:8,16,34,42
2247:22,32,38,40
2247:52 2262:22
2269:40 2270:44
2271:20 2272:20,42
2274:6 2297:26,52
2298:12 2302:18,24
2302:50 2303:14
2304:18,30 2305:18
2305:48 2319:28
2358:24,46 2359:22
2361:52 2381:20,22
2381:24,28,42
2382:52 2384:34
2385:40,46
**TAYLOR**
2026:26
**team**

2068:30,36,40,46
2100:52 2224:52
2326:8,30
**Technically**
2233:16
**techniques**
2342:18
**telephone**
2077:6
**tell**
2034:8 2035:4
2036:36 2051:46
2059:24 2060:28
2070:28,46 2076:28
2093:10 2095:18
2117:32 2122:42
2125:22,38 2126:16
2136:22,28,38
2137:26,50 2156:48
2157:46 2167:40
2170:34 2205:6
2215:16 2216:34
2218:44 2224:38
2242:36 2261:10
2265:28 2274:12
2291:48 2302:16
2318:10,18,28
2324:32 2326:48
2358:38 2372:24
2392:36
**telling**
2297:4
**ten**
2061:40,42 2105:48
2111:30,32 2114:18
2115:40 2399:8
**Tennessean**
2369:44
**Tennessee**
2024:5 2025:28
2026:12,29 2027:34
2032:24,30 2056:36
2056:50 2166:18
2234:24 2403:18
2404:8,15,31
**term**

2049:40 2078:30,32
2098:6,16 2142:40
2153:48 2154:8,10
2154:50 2156:46
2181:18
**terminate**
2134:18
**terminated**
2384:38
**termination**
2071:28,34
**terms**
2037:48,50 2039:4
2061:44 2063:26
2071:34 2072:48
2078:52 2094:26
2098:18 2102:28
2103:42 2106:40
2113:26 2114:32,38
2121:24 2131:34
2149:14 2153:50
2154:12 2159:14,48
2173:30 2188:50
2192:36,42 2207:36
2213:30 2214:44
2236:26 2251:10
2259:30,32 2284:4
2309:8,18,36,50
2310:8 2340:14
2344:14 2362:14
2366:28 2376:8
**testified**
2033:20 2045:14
2053:44 2075:26
2106:46 2107:4
2110:32 2150:52
2152:6,42,48
2206:44 2243:30
2247:8
**testifier**
2306:26
**testify**
2201:8 2235:38
2236:40 2262:16,30
2267:6 2277:50
2307:18 2314:18

2320:50
**testifying**
2086:38 2250:18
2293:38 2306:46
**testimony**
2035:6 2045:36
2050:52 2069:28
2073:48 2077:8
2110:16 2113:24
2114:24 2119:34
2122:24 2149:44
2150:18 2152:8,30
2155:4 2161:48,52
2162:34,36 2169:20
2194:30 2199:30
2219:28 2245:12,26
2245:32 2258:32
2259:46 2260:4
2268:12 2271:4
2278:34 2279:6
2304:50 2305:36,46
2311:26 2314:46
2319:44 2323:46
2347:8 2392:32
2402:28
**Texas**
2025:36
**text**
2030:25 2053:36
2312:14,24,38
2313:52 2314:32
**TF**
2302:14,16
**thank**
2038:50 2041:22
2045:30 2048:38,48
2068:12 2069:14,20
2074:38 2078:38
2116:48 2147:32
2182:48 2200:52
2211:22 2224:30
2254:34 2274:42
2295:28 2323:26,34
2324:20 2328:44
2342:48 2370:8,10
2386:6

**thanking**
2372:20
**theirs**
2245:36
**thereabouts**
2302:24
**thing**
2119:50 2135:10
2181:24 2256:16
2264:32 2398:20
2399:52
**things**
2051:18 2069:24
2072:46 2080:34,42
2102:48 2111:4
2119:52 2134:46
2157:18 2190:40
2199:6 2208:24,36
2229:18 2256:16
2276:52 2285:24
2293:4 2335:6
2367:40 2371:20
2393:34 2394:10
**think**
2037:22 2042:52
2043:36 2072:40
2079:40 2088:30
2098:40,40,44
2135:12 2171:40
2179:12,14 2196:32
2196:34,40,50
2204:8,18 2276:16
2281:14 2285:42
2302:14 2313:4
2317:16 2333:24
2335:6 2355:18
2366:28,28 2381:18
2384:22 2386:4
**third**
2026:17 2028:26,33
2034:40 2046:22
2209:10 2222:22
2227:10 2255:40
2280:44
**third-party**
2360:46 2395:16

**Thirty**
2042:24
**Thompson**
2029:33 2030:32
2168:18 2176:48,50
2177:26 2179:20
2328:18 2329:4
**Thompson's**
2329:42
**thought**
2107:34,36 2186:38
2379:12
**thoughts**
2052:16
**thread**
2388:28
**threatened**
2382:30
**three**
2133:46 2134:12
2216:42 2292:40
2293:12 2295:28
2297:34 2344:14,20
2368:38 2373:32
**tie**
2116:6 2183:12
**time**
2032:8 2035:22
2042:4 2050:22
2054:42 2056:32
2060:28 2062:38,40
2065:12,30 2067:4
2072:8,16 2074:12
2075:4 2076:26
2085:34 2087:48
2088:34 2090:30
2091:36 2096:46
2097:22,32,38,48
2098:12,30,50
2099:28 2101:4,16
2101:24 2116:52
2117:10,34 2122:26
2125:18 2128:18,46
2130:50 2131:12,48
2133:12,14 2136:50
2139:6 2143:12,32

2148:50 2149:8
2155:28 2160:8,32
2163:6,14,44,48
2172:48 2173:12,20
2175:36,38 2177:46
2179:14 2180:38,48
2181:20,40 2182:6
2182:12,18,28,50
2183:8,20,26,34,48
2186:4,6 2192:36
2192:42 2194:40,40
2194:50 2195:10,20
2195:22,32 2196:12
2200:24,30 2201:22
2202:42 2203:50
2205:50 2206:20,42
2210:16 2212:6,14
2212:18,20 2214:26
2214:34 2218:4,30
2224:18,26 2225:24
2226:12,48 2228:48
2246:46 2247:14
2249:40 2250:22
2266:4 2270:14,28
2271:4 2276:40,48
2281:46 2282:42
2284:24 2288:50
2289:34,36 2290:8
2294:32 2302:22
2303:20 2304:32
2305:40 2314:18
2315:42 2328:6,14
2329:42 2333:14
2334:18 2339:22
2340:10 2341:8,36
2342:8 2343:4
2348:52 2352:6
2353:20,52 2355:28
2355:46,52 2356:16
2366:6 2367:24
2368:36,38 2369:4
2371:8 2373:24,30
2375:48 2376:22,32
2386:18 2389:36,48
2390:48 2394:18
2395:32 2397:24

2398:50 2399:10,30
**timeframe**
2096:42
**times**
2035:20,20 2036:50
2125:48 2133:30,46
2134:8,12,24
2151:46 2174:4,8
2216:42 2254:46
2272:8 2304:48
2342:26 2365:36
**timing**
2148:16
**title**
2034:10 2146:36
2231:36 2345:40
**today**
2037:24 2047:40
2055:22 2077:8
2086:36 2121:52
2139:6 2148:28
2152:40 2239:6,22
2263:6 2268:12,42
2269:30 2274:44
2276:18 2293:8
2296:48 2309:42
2323:16 2324:40
2325:24 2334:36
2346:36 2347:8
2369:32 2375:50,52
2396:50
**today's**
2032:6 2402:28
**Todd**
2031:21 2381:12,14
2381:42
**told**
2050:48 2204:18
2208:42 2209:4
2247:40 2265:40
2313:28 2334:14
**Tom**
2037:36,38 2040:16
**Tongring**
2030:15 2283:22
2299:8

**Tony**
2066:20
**top**
2088:32 2176:48
2266:48 2287:8
2288:38 2329:24
2358:42
**topic**
2162:34 2262:16,16
2266:24,50 2267:28
2268:52 2269:16,30
2274:44 2276:34
2324:6,40 2339:22
**topics**
2045:36 2148:32
2262:28 2324:14
2333:10 2343:30
**total**
2104:6 2107:30
2113:20,22 2122:8
2174:38 2291:38
**touching**
2181:26,42 2182:6
2182:14
**track**
2117:28 2383:6
**traffic**
2073:8 2079:26
2117:24
**trained**
2200:14
**transcript**
2265:30 2404:18,18
2404:19
**trap**
2264:12,14
**trauma**
2389:10
**treasurer**
2152:24
**tried**
2265:38
**trouble**
2057:26
**true**
2131:42,46 2187:36

2205:40,44 2208:48
2210:6 2214:46
2221:22 2230:48
2232:22,28,32,36
2232:42 2278:6,38
2319:12 2351:38
2375:26 2399:10
2404:18
**trustee**
2187:46 2188:6
**trustees**
2065:50,52 2066:8
2066:14,30,36,44
2066:50,52 2068:28
2068:34 2096:32
2097:8,28 2166:40
2167:4,8 2175:40
2176:8 2177:40
2178:4,24,50
2179:46 2180:8
2184:40,44 2187:28
2209:50 2210:12
2277:14 2278:14
2279:36 2283:30,40
**truth**
2131:36 2202:40
2278:28
**truthful**
2392:32
**try**
2060:38
**trying**
2042:52 2043:36
2358:40 2383:6
**Tuesday**
2024:36 2027:16
2330:36
**tuition**
2108:32
**turn**
2070:20 2137:50
2170:48 2190:6
2219:38 2230:28
2279:16,20 2287:42
2328:20 2388:18
**tweet**

2031:26,29,32
2387:22,32,34
2388:16,26,32,42
2389:4,36,40
2390:46 2391:4,44
2393:28 2394:38
**tweeting**
2393:34
**tweets**
2155:18,26,36,36
2386:34
**twelve**
2392:4,6
**twice**
2037:10 2194:30
**Twitter**
2387:16 2393:26
2394:50
**two**
2035:20 2036:50
2077:14 2098:42
2100:12 2102:34
2105:16 2106:4
2110:52 2144:36
2162:20 2175:4,10
2193:14 2197:52
2198:14,20 2223:4
2231:14 2254:22,26
2277:22 2297:44,46
2297:48,50 2298:4
2298:6,12 2303:28
2316:12 2325:52
2365:42
**two-year**
2348:32
**twofold**
2278:20 2280:52
**type**
2036:16 2080:22,24
2099:20
**types**
2079:32 2339:52
**typically**
2077:32 2130:12
2371:20
**Typos**

2030:22 2303:44

---

**U**

---

**U**
2027:4
**uh-huh**
2036:28 2037:14
2040:44 2041:32
2043:32 2049:36
2056:52 2058:6
2059:22 2082:52
2089:34 2093:8
2095:14 2096:4
2100:16 2106:52
2107:10,42 2110:30
2112:24,30,44
2114:50 2115:36
2119:16 2124:16
2126:50 2128:28
2136:20 2148:20
2161:20 2164:34
2178:42 2181:44
2183:24 2190:36
2193:36 2197:22
2200:40 2217:22,42
2217:46,48 2219:46
2221:16 2223:20
2267:30 2282:26
2310:28 2311:38
2317:34 2320:30
2321:10 2324:30
2352:40 2369:16
2395:10 2401:52
**ultimately**
2384:28
**un**
2244:30 2257:38
**unaware**
2065:40,46 2225:14
2225:16 2257:4
2261:22 2285:36
2304:38 2354:20
2400:40 2401:10
**unbound**
2323:36
**uncertain**

2180:16 2303:34
**unclear**
2237:46
**uncomfortable**
2140:18,24,32
**understand**
2038:24 2050:8,8,38
  2050:38 2051:6,46
  2051:50 2052:8,28
  2069:40 2073:46
  2078:32 2085:20
  2087:46 2090:46
  2092:40 2094:24
  2096:18 2098:16,22
  2098:30,34 2110:16
  2111:24,46 2118:10
  2120:38 2124:50
  2125:48 2126:30
  2127:6 2131:4
  2149:16,22,34
  2150:10 2151:38,44
  2155:4 2161:24
  2168:30 2172:12
  2181:18 2182:10,18
  2182:28 2194:6,16
  2198:12,26,32,48
  2198:52 2209:12
  2214:40,50 2215:50
  2235:18 2258:4
  2272:8,12,22,38,48
  2273:6,8,18,46,50
  2293:34 2296:16
  2302:50 2320:28
  2321:6 2334:12
  2337:16 2338:20
  2352:4,16 2361:18
  2361:28 2365:18,28
  2367:6 2381:4
**understanding**
2037:28 2038:52
  2049:52 2052:42
  2053:12 2054:4
  2061:50 2087:52
  2096:24,30,38
  2097:36 2098:4
  2119:44 2125:8

2126:20,38 2127:12
  2127:22 2149:16
  2159:12 2169:36
  2187:22 2196:30
  2200:14 2273:28
  2293:52 2333:18,28
  2333:36 2334:38
  2341:40
**understands**
2073:12 2121:50
**understood**
2051:18 2055:38
  2069:38 2092:14,30
  2092:48 2094:16,48
  2095:44 2096:48
  2097:22,48 2098:48
  2101:4,22 2127:28
  2130:46,48 2159:30
  2165:46 2173:30
  2174:4,8 2181:12
  2181:34,40,46
  2182:4 2188:14
  2198:4 2199:6,36
  2201:8,38 2227:18
  2229:26 2232:28
  2247:12 2250:24
  2251:52 2254:46
  2262:28 2276:4
  2322:14 2356:16,18
  2376:22,32,52
  2377:22,34,42
**unedited**
2366:38
**unequivocally**
2245:12
**unethical**
2264:26 2265:14,36
**Unit**
2032:12
**United**
2024:4 2032:22
  2070:14 2071:12
  2151:52 2228:26
  2395:44
**unknown**
2351:42 2352:18,30

**unquote**
2098:6,18 2132:52
  2139:52 2142:28,48
  2143:32 2167:10
  2181:20 2182:12,30
  2193:34,46 2194:6
  2194:38 2198:38,50
  2199:46 2201:18
  2241:10 2260:18
  2313:30 2314:26
  2315:14 2326:34
  2342:28
**unredacted**
2366:38
**unsure**
2086:30 2117:38
  2149:50 2226:6
  2227:44 2228:8,10
  2228:12,16,50,52
  2243:18 2244:14,36
  2246:8 2257:42
  2258:22 2261:40
  2274:36,38 2284:44
  2313:42 2322:6
  2381:18
**unwanted**
2098:20,22,36,48
  2099:10,16 2181:26
**unwilling**
2054:8,8
**update**
2029:47 2177:18,52
  2227:22 2269:42
  2271:8
**updated**
2220:30 2240:46
**updates**
2175:38 2191:34
  2192:6 2228:44
  2321:18,30
**upload**
2093:32,44 2094:52
  2095:42 2142:16
**uploaded**
2093:18,20,24
  2095:20 2096:46

2099:28,36
**urge**
2233:22,24
**use**
2048:30 2078:30
  2115:34 2119:18
  2156:46 2167:28
  2338:34 2340:16,30
  2363:6
**uses**
2351:32

---

        **V**

**v**
2032:20 2152:12
**V(3)**
2162:22
**vacant**
2067:32
**various**
2041:30
**verbal**
2181:28,30,48
**verification**
2140:14
**verified**
2139:34
**verify**
2131:32 2132:26
  2133:18,36 2139:8
  2139:18 2140:6
  2258:14
**version**
2099:36 2248:30,40
  2248:44,44 2249:12
  2249:18 2261:34
  2262:4,24 2267:12
  2267:36 2268:20
  2287:28 2291:36
  2307:36 2384:14
**versions**
2285:26,38 2286:22
  2334:6
**vice**
2034:36 2054:44,48
  2055:50 2056:6,14

2066:20 2067:28,30
2067:52 2068:6
2075:10,12,40
2077:26 2078:6
2082:4 2083:12
2084:18 2085:48
2086:6,14 2087:22
2093:12,28,42
2094:18 2096:28
2123:22,24 2124:42
2129:40 2130:48
2131:10,30 2140:26
2152:20 2196:32,40
2200:12,28,48
2205:28 2217:40
2218:30 2226:10
2228:34 2270:32
2271:22,34 2284:16
2284:32 2335:50
2336:46 2338:4,18
2338:18 2340:8
2394:28,30
**victim**
2389:16
**victims**
2197:30 2211:42,48
2230:6 2231:26,28
**video**
2032:8,12 2089:12
2091:12,18
**videographer**
2032:4,34 2114:14
2116:50 2117:8
2135:12 2148:48
2149:6 2182:38,48
2183:6 2224:16,24
2276:38,46 2281:22
2281:30,36,44
2328:4,12 2386:8
2386:16 2402:20,26
**videotaped**
2027:14
**view**
2117:50 2120:32,42
2180:32 2188:38
2221:6

**viewed**
2117:18 2122:8
**views**
2117:48,48 2118:16
2118:18 2120:22,28
2121:28,32,34
2122:42,52 2124:6
2219:10,16 2388:50
**Virginia**
2025:47
**virtue**
2160:40 2366:44
**visit**
2055:20 2117:52
2124:44
**visited**
2123:16
**visiting**
2123:36 2124:34
**visitors**
2117:36 2121:24
**voice**
2072:38 2222:14,30
2223:6
**voiced**
2220:6
**volume**
2135:28
**volunteer**
2360:22 2361:4
**volunteered**
2197:44 2199:10,44
2201:14
**vote**
2062:16,20,24
**voted**
2358:4 2359:14
2380:30
**vs**
2024:13

---

**W**

**W**
2028:7
**wait**
2042:14 2186:32

2225:34 2259:8
2346:34 2350:28
2396:52
**waiting**
2281:26
**waive**
2052:6,10,34,46
2062:16,20
**waived**
2027:24,38
**waiver**
2050:12,22,40,50
2051:6,22,52
2055:30 2058:28
2062:14
**waiving**
2051:10,38
**Wallace**
2338:40
**want**
2055:14 2064:22
2069:22 2070:20
2082:16 2083:28
2097:44 2105:6
2117:14 2119:44
2124:32 2139:26,30
2144:10 2145:34
2147:14 2148:32,32
2149:10 2159:24
2162:30 2183:10
2201:48 2223:22
2224:32 2228:24
2229:16 2231:52
2232:6 2238:12
2242:36 2263:8,40
2264:16 2265:6,8
2265:22,34 2266:10
2276:50 2277:44
2311:16 2314:16
2324:22,22 2325:18
2328:20 2333:10
2352:32 2357:22
2366:26 2383:38
2385:52 2386:20
2392:24,30
**wanted**

2072:46 2124:40
2215:14 2218:48
2231:42 2250:4
2251:50 2277:4
**wanting**
2115:20 2400:48
**warning**
2182:40
**Washington**
2369:48
**wasn't**
2053:4 2063:42
2097:32 2143:36
2189:14,36 2206:40
2345:44 2370:46
**watch**
2389:20
**watching**
2389:18
**way**
2051:48 2076:16
2081:12 2087:30
2098:8,10 2111:20
2130:24 2140:24
2174:18,26 2179:26
2179:30,32 2180:44
2202:36 2206:12
2244:18 2246:14
2248:22 2253:22
2266:48 2279:8
2284:42 2289:8
2347:24 2393:10
2404:26
**ways**
2129:28 2157:20
2395:40
**we'll**
2045:46 2055:20
2135:6 2144:12
2212:26 2229:14
2234:14 2263:32
2265:26,28,28
2266:12,16 2285:22
2298:48 2301:42
2303:42 2304:10
**we're**

MAGNA
LEGAL SERVICES

2047:34 2048:42
2074:40 2097:18
2114:16 2117:8
2118:8 2119:24
2134:20,52 2135:6
2142:16 2146:24
2149:6 2161:6
2168:26 2176:26
2208:28 2213:40
2217:16 2224:16
2229:20 2232:44
2234:26,28 2246:18
2263:48 2269:44
2288:6 2313:52
2321:4 2325:22,50
2328:4,24 2339:10
2341:28 2347:6
2353:36,36 2364:28
2374:20,22 2386:4
2386:16 2402:28

**we've**
2113:6,12 2136:12
2153:18,26 2165:22
2170:22 2189:18
2213:28,30,32,34
2222:10 2258:30
2296:42,46 2303:48
2323:40,42 2339:34
2343:40 2356:42
2365:12

**Weaver**
2185:28

**web**
2117:24 2142:24
2242:26

**webpage**
2136:40,44

**website**
2028:43,49 2029:14
2029:20 2094:6
2117:24,28,36,42
2118:20 2119:12,14
2119:30 2120:4,6
2120:10,16,20,26
2120:40,50 2121:4
2122:10,20,20,44

2122:46,52 2123:4
2123:18,38 2124:10
2124:22,36,46
2125:4,10,14,16,28
2125:30,32,34
2126:24,26 2135:32
2136:8,42 2142:14
2146:22 2147:50
2219:4,8 2222:26
2224:48 2227:30,34
2227:42,44 2228:14
2238:20,28,48
2239:14 2240:26,44
2240:44 2241:38
2242:8,12,24,28
2243:20,44,48,52
2244:4,14,38
2245:4,36 2247:30
2247:36,52 2271:48
2384:18

**websites**
2241:18

**week**
2028:40,43,46,49
2029:11,14,17,20
2036:42,42 2043:18
2043:30,36,36
2074:16,22,42
2075:16,28,34
2082:48,50 2100:52
2128:4,24,26,46
2129:26 2130:16
2135:18,32,44
2136:8,24,36,42
2137:16 2140:52
2142:14 2143:42
2144:18,38,40
2145:50 2146:22
2147:10,50 2165:52
2310:24,26 2311:8
2358:14 2363:34
2368:44 2369:20
2371:12,52 2380:44
2380:46 2382:46
2383:44 2401:48,50

**Weekend**

2374:52

**weekly**
2083:4,8 2128:50

**weigh**
2131:22

**welcome**
2117:12 2224:28
2265:52

**well-known**
2333:38

**went**
2045:22 2226:36
2231:44 2270:36
2286:18 2329:16

**weren't**
2200:30 2351:12
2366:14 2367:32
2373:12

**West**
2025:47 2026:11

**Wester**
2029:37 2185:14,30
2185:36 2186:52

**whatsoever**
2064:38

**Whitfield**
2127:38 2128:10
2185:50 2186:10

**wide**
2103:30,34,36

**widespread**
2333:40

**wife**
2375:38 2376:16
2378:36 2379:8

**Wilke**
2031:12 2368:20,48
2368:50 2369:18
2372:24,30,46

**Willie**
2054:30,34 2070:24
2070:42,46 2096:50
2282:28

**willing**
2178:36 2180:22
2265:48 2266:24

2280:26

**Winter**
2090:18

**wisdom**
2064:32

**withdraw**
2260:10

**withstanding**
2298:26

**witness**
2027:36,38 2032:44
2033:18 2045:50
2064:26 2072:30
2132:38 2135:26
2151:8 2192:6
2203:16 2206:40
2223:42 2233:50
2237:4 2238:42
2240:16 2258:40
2263:32 2270:16
2276:26 2279:14
2281:26 2284:52
2285:16 2291:46
2314:6,10 2316:38
2323:24 2339:16
2371:44 2374:34
2382:10 2384:4
2386:6 2390:44
2398:40 2402:16

**witness's**
2338:44

**woman**
2348:30 2352:30,50

2354:8 2355:32,50
2363:4 2395:20,40
**women**
2245:48
**Wood**
2030:15,26 2283:14
2283:14,16 2299:6
2308:24,36 2309:4
2312:14,26,44
2314:8
**Woods**
2308:52
**Woodstock**
2214:22,26,34
2396:24,30,34
2397:34,48 2398:18
**word**
2115:30,46 2119:18
2143:4,8,50
2181:32 2225:40
2343:48 2349:20,20
2349:34 2351:32,34
2351:48 2352:14
**wording**
2215:14
**words**
2102:30 2115:34
2197:52 2198:14,18
2198:20 2201:24
2211:30 2222:26
2223:50 2234:52
2236:14,26,46
2237:10 2279:40
2280:38 2286:10
2326:4 2349:42
**work**
2037:52 2058:18
2073:32 2074:28
2101:24 2127:46
2148:36 2159:14
2176:10 2228:28,42
2278:18 2286:20
2296:32 2297:18
2303:18,22 2335:16
2336:22 2340:18
2369:4 2390:6

**worked**
2199:8 2201:14
**worker**
2360:20,52
**working**
2176:22 2197:44
2199:42 2372:24
2384:44
**workings**
2224:6 2247:30,36
2247:50
**works**
2157:6,10 2177:26
**world**
2094:30 2097:24
2099:32 2137:14
2201:24 2203:38,46
2258:28 2337:24
2372:44
**worldwide**
2095:48 2096:48
2097:50 2098:14,32
2341:10,38 2342:24
2343:6 2365:46,52
**wouldn't**
2044:46 2215:26
2294:24 2336:16,44
2337:22 2340:6,38
**write**
2158:20 2179:20
2249:52 2280:34
**writes**
2389:30,36
**writing**
2186:14 2283:38
2289:10 2370:8
2389:32 2391:40,42
2392:10 2399:34
**written**
2165:32 2171:20
2188:6,28 2220:14
2221:32 2264:22
2279:40,44 2296:46
2329:22 2349:8
**wrong**
2180:30,34 2219:14

2219:22,28,30,32
2375:28
**wrote**
2137:22,28 2142:44
2143:34,38 2179:22
2179:44 2187:4
2228:4,42 2232:24
2232:30 2278:40
2279:50 2280:8
2281:16 2313:52
2346:20,38 2369:18
2382:44 2390:48
2395:26 2400:24
**Wyatt**
2066:28

---

**X**

**X**
2028:4,18 2029:4
2030:4 2031:4

---

**Y**

**yeah**
2038:12,16,48
2039:14 2041:6
2043:24,28,32
2044:6 2045:6,24
2045:50 2057:10,16
2075:24 2080:10,48
2080:48 2081:18,26
2082:16,32 2084:14
2085:24 2086:24
2087:4,20 2094:32
2094:40 2096:16
2099:18,42,50
2100:8,12 2101:28
2106:44 2107:26
2108:8,52 2109:32
2110:14 2111:22
2112:34,40 2128:32
2136:48 2137:8
2139:30 2142:10,22
2153:4 2159:24
2162:20 2176:40
2177:14,24 2180:40
2185:32 2186:36,42

2189:50 2190:14
2200:44 2201:20
2202:26 2204:6
2209:24 2212:22
2216:44 2218:16
2260:30,34 2262:44
2266:40,52 2276:36
2293:32 2305:40
2311:22,22,30,50
2318:4 2324:26
2325:46,52 2328:38
2333:26 2337:12,12
2339:6,12 2342:48
2351:42 2358:46
2363:22 2364:28
2370:40 2381:26
2383:16 2387:30
2388:46 2396:12
**year**
2062:42 2064:30
2066:52 2067:4
2068:10 2081:22,24
2081:32,38,38,40
2081:40 2087:26
2099:44 2102:36
2103:36,44 2104:10
2104:24 2106:50
2107:8,12 2108:16
2108:24,50 2109:34
2109:38,44 2110:34
2111:28,36 2112:4
2112:10 2113:30
2114:32,48 2115:40
2116:16,24 2123:6
2124:14 2127:28
2129:38 2153:50
2154:20 2159:22
2221:6 2272:10,12
2285:46 2388:38
**year-end**
2081:24
**years**
2056:38 2057:14
2086:30 2103:14
2149:30 2193:4
2197:30 2201:52

MAGNA
LEGAL SERVICES

2202:14,48 2205:22
2209:48 2230:42
2331:30 2338:38,40
2391:48 2392:12,16
2393:4

**Yeats**
2031:35 2398:28,42
2399:18,24

**Yep**
2136:16 2167:38
2177:10 2260:42
2265:16 2388:24

**yesterday**
2042:12 2048:26

**York**
2026:18,18

**Z**

**zero**
2112:12

**Zoom**
2025:13,34,44
2026:16,36 2041:16
2041:18 2042:12,16
2048:22 2077:8
2281:32

**0**

**0317**
2024:50 2404:13,49

**1**

**1**
2031:35 2032:4
2033:4 2034:4
2035:4 2036:4
2037:4 2038:4
2039:4 2040:4
2041:4 2042:4
2043:4 2044:4
2045:4 2046:4
2047:4 2048:4
2049:4 2050:4
2051:4 2052:4
2053:4 2054:4
2055:4 2056:4

2057:4 2058:4
2059:4 2060:4
2061:4 2062:4
2063:4 2064:4
2065:4 2066:4
2067:4 2068:4
2069:4 2070:4
2071:4 2072:4
2073:4 2074:4
2075:4 2076:4
2077:4 2078:4
2079:4 2080:4
2081:4 2082:4
2083:4 2084:4
2085:4 2086:4
2087:4 2088:4
2089:4 2090:4
2091:4 2092:4
2093:4 2094:4
2095:4 2096:4
2097:4 2098:4
2099:4 2100:4
2101:4 2102:4
2103:4 2104:4
2105:4 2106:4
2107:4 2108:4
2109:4 2110:4
2111:4 2112:4
2113:4 2114:4
2115:4 2116:4
2117:4 2118:4
2119:4 2120:4
2121:4 2122:4
2123:4 2124:4
2125:4 2126:4
2127:4 2128:4
2129:4 2130:4
2131:4 2132:4
2133:4 2134:4,34
2135:4 2136:4
2137:4 2138:4
2139:4 2140:4
2141:4 2142:4
2143:4 2144:4
2145:4 2146:4
2147:4 2148:4

2149:4 2150:4
2151:4 2152:4
2153:4 2154:4
2155:4 2156:4
2157:4 2158:4
2159:4,4,38 2160:4
2160:24,32 2161:4
2162:4 2163:4
2164:4,18 2165:4
2166:4 2167:4
2168:4 2169:4
2170:4 2171:4
2172:4 2173:4
2174:4 2175:4
2176:4 2177:4
2178:4 2179:4,36
2179:50 2180:4,4
2180:10,48 2181:4
2182:4 2183:4
2184:4 2185:4
2186:4 2187:4
2188:4 2189:4
2190:4 2191:4
2192:4,44 2193:4
2194:4 2195:4
2196:4,44 2197:4
2198:4 2199:4
2200:4 2201:4
2202:4 2203:4
2204:4 2205:4
2206:4 2207:4
2208:4 2209:4
2210:4 2211:4
2212:4,8 2213:4
2214:4 2215:4,36
2216:4 2217:4
2218:4 2219:4
2220:4 2221:4
2222:4 2223:4
2224:4 2225:4
2226:4 2227:4,4,10
2228:4 2229:4
2230:4 2231:4
2232:4 2233:4
2234:4 2235:4
2236:4 2237:4

2238:4 2239:4
2240:4 2241:4
2242:4 2243:4
2244:4 2245:4
2246:4 2247:4
2248:4 2249:4
2250:4 2251:4
2252:4 2253:4
2254:4 2255:4
2256:4 2257:4
2258:4 2259:4
2260:4 2261:4
2262:4 2263:4
2264:4 2265:4
2266:4 2267:4
2268:4 2269:4
2270:4 2271:4
2272:4 2273:4
2274:4 2275:4
2276:4 2277:4,24
2278:4 2279:4
2280:4,8 2281:4,4
2282:4 2283:4,36
2284:4 2285:4
2286:4 2287:4
2288:4 2289:4
2290:4 2291:4
2292:4 2293:4
2294:4 2295:4
2296:4 2297:4
2298:4 2299:4
2300:4 2301:4
2302:4 2303:4
2304:4 2305:4
2306:4 2307:4
2308:4 2309:4
2310:4 2311:4
2312:4 2313:4
2314:4 2315:4
2316:4 2317:4
2318:4 2319:4
2320:4 2321:4
2322:4 2323:4,40
2324:4 2325:4
2326:4 2327:4
2328:4 2329:4

**MAGNA◉**
LEGAL SERVICES

| | | | |
|---|---|---|---|
| 2330:4 2331:4 | 2033:2,22 2034:22 | 2125:22 2126:22 | 2217:22 2218:22 |
| 2332:4 2333:4 | 2035:22 2036:22 | 2127:22 2128:22 | 2219:22 2220:22 |
| 2334:4 2335:4 | 2037:22 2038:22 | 2129:22 2130:22 | 2221:22 2222:22 |
| 2336:4 2337:4 | 2039:22 2040:22 | 2131:22 2132:22 | 2223:22 2224:22 |
| 2338:4 2339:4 | 2041:22 2042:22 | 2133:22 2134:22 | 2225:22 2226:22 |
| 2340:4 2341:4 | 2043:22 2044:22 | 2135:22 2136:22 | 2227:22 2228:22 |
| 2342:4 2343:4 | 2045:22 2046:22 | 2137:22 2138:22 | 2229:22 2230:22 |
| 2344:4 2345:4 | 2047:22 2048:22 | 2139:22 2140:22 | 2231:22 2232:22 |
| 2346:4 2347:4 | 2049:22 2050:22 | 2141:22 2142:22 | 2233:22 2234:22 |
| 2348:4 2349:4 | 2051:22 2052:22 | 2143:22 2144:22 | 2235:22 2236:22 |
| 2350:4 2351:4 | 2053:22 2054:22 | 2145:22 2146:22 | 2237:22 2238:22 |
| 2352:4 2353:4 | 2055:22 2056:22 | 2147:22 2148:22 | 2239:22 2240:22 |
| 2354:4 2355:4 | 2057:22 2058:22 | 2149:22 2150:22 | 2241:22 2242:22 |
| 2356:4 2357:4 | 2059:22 2060:22 | 2151:22 2152:22 | 2243:22 2244:22 |
| 2358:4 2359:4,46 | 2061:22 2062:22 | 2153:22 2154:22 | 2245:22 2246:22 |
| 2359:50 2360:4 | 2063:22 2064:22 | 2155:22 2156:22 | 2247:22 2248:22 |
| 2361:4 2362:4 | 2065:22 2066:22 | 2157:22 2158:22 | 2249:22 2250:22 |
| 2363:4 2364:4 | 2067:22 2068:22 | 2159:22 2160:22 | 2251:22 2252:22 |
| 2365:4,4 2366:4 | 2069:22 2070:22 | 2161:22 2162:22 | 2253:22 2254:22 |
| 2367:4 2368:4 | 2071:22 2072:22 | 2163:22 2164:22 | 2255:22 2256:22 |
| 2369:4 2370:4 | 2073:22 2074:22 | 2165:22 2166:22 | 2257:22 2258:22 |
| 2371:4 2372:4 | 2075:22 2076:22 | 2167:22 2168:22 | 2259:22 2260:22 |
| 2373:4 2374:4 | 2077:22 2078:22 | 2169:22 2170:22 | 2261:22 2262:22 |
| 2375:4 2376:4 | 2079:22 2080:22 | 2171:22 2172:22 | 2263:22 2264:22 |
| 2377:4 2378:4 | 2081:22 2082:22 | 2173:22 2174:22 | 2265:22 2266:22 |
| 2379:4 2380:4 | 2083:22 2084:22 | 2175:22 2176:22 | 2267:22 2268:22 |
| 2381:4 2382:4 | 2085:22 2086:22 | 2177:22 2178:22 | 2269:22 2270:22 |
| 2383:4 2384:4 | 2087:22 2088:22 | 2179:22 2180:22 | 2271:22 2272:22 |
| 2385:4 2386:4 | 2089:22 2090:22 | 2181:22 2182:22 | 2273:22 2274:22 |
| 2387:4 2388:4 | 2091:22 2092:22 | 2183:22 2184:22 | 2275:22 2276:22 |
| 2389:4 2390:4 | 2093:22 2094:22 | 2185:22 2186:22 | 2277:22 2278:22 |
| 2391:4 2392:4 | 2095:22 2096:22 | 2187:22 2188:22 | 2279:22 2280:22 |
| 2393:4 2394:4 | 2097:22 2098:22 | 2189:22 2190:22 | 2281:22 2282:22 |
| 2395:4 2396:4 | 2099:22 2100:22 | 2191:22 2192:22 | 2283:22 2284:22 |
| 2397:4 2398:4,26 | 2101:22 2102:22 | 2193:22 2194:22 | 2285:22 2286:22 |
| 2399:4 2400:4 | 2103:22 2104:22 | 2195:22 2196:22 | 2287:22 2288:22 |
| 2401:4 2402:4 | 2105:22 2106:22 | 2197:22 2198:22 | 2289:22 2290:22 |
| 2403:4 2404:4 | 2107:22 2108:22 | 2199:22 2200:22 | 2291:22 2292:22 |
| **1,100** | 2109:22 2110:22 | 2201:22 2202:22 | 2293:22 2294:22 |
| 2378:12 | 2111:22 2112:22 | 2203:22 2204:22 | 2295:22 2296:22 |
| **1:00** | 2113:22 2114:22 | 2205:22 2206:22 | 2297:22 2298:22 |
| 2247:14 | 2115:22 2116:22 | 2207:22 2208:22 | 2299:22 2300:22 |
| **1:16** | 2117:22 2118:22 | 2209:22 2210:22 | 2301:22 2302:22 |
| 2224:22,26 | 2119:22 2120:22 | 2211:22 2212:22 | 2303:22 2304:22 |
| **10** | 2121:22 2122:22 | 2213:22 2214:22 | 2305:22 2306:22 |
| 2028:14 2032:22 | 2123:22 2124:22 | 2215:22 2216:22 | 2307:22 2308:22 |

MAGNA
LEGAL SERVICES

| | | | |
|---|---|---|---|
| 2309:22 2310:22 | 2401:22 2402:22 | 2062:24 2063:24 | 2154:24 2155:24 |
| 2311:22 2312:22 | 2403:22 2404:22 | 2064:24 2065:24 | 2156:24 2157:24 |
| 2313:22 2314:22 | **10:35** | 2066:24 2067:24 | 2158:24 2159:24 |
| 2315:22 2316:22 | 2148:50,52 | 2068:24 2069:24 | 2160:24 2161:24 |
| 2317:22 2318:22 | **10:38** | 2070:24 2071:24 | 2162:24 2163:24 |
| 2319:22 2320:22 | 2149:4,8 | 2072:24 2073:24 | 2164:24 2165:24 |
| 2321:22 2322:22 | **100** | 2074:24 2075:24 | 2166:24 2167:24 |
| 2323:22 2324:22 | 2108:24 2123:2 | 2076:24 2077:24 | 2168:16,24 2169:24 |
| 2325:22 2326:22 | 2257:18,28 2259:46 | 2078:24 2079:24 | 2170:24 2171:24 |
| 2327:22 2328:22 | **10016** | 2080:24 2081:24 | 2172:24 2173:24 |
| 2329:22 2330:22,36 | 2026:18 | 2082:24 2083:24 | 2174:24 2175:24 |
| 2331:22 2332:22 | **101** | 2084:24 2085:24 | 2176:24 2177:24 |
| 2333:22 2334:22 | 2124:2 | 2086:24 2087:24 | 2178:24 2179:24 |
| 2335:22 2336:22 | **102** | 2088:24 2089:24 | 2180:24 2181:24 |
| 2337:22 2338:22 | 2125:2 | 2090:24 2091:24 | 2182:24 2183:24 |
| 2339:22 2340:22 | **103** | 2092:24 2093:24 | 2184:24 2185:24 |
| 2341:22 2342:22 | 2126:2 | 2094:24 2095:24 | 2186:24 2187:24 |
| 2343:22 2344:22 | **104** | 2096:24 2097:24 | 2188:24 2189:24 |
| 2345:22 2346:22 | 2127:2 | 2098:24 2099:24 | 2190:24 2191:24 |
| 2347:22 2348:22 | **105** | 2100:24 2101:24 | 2192:24 2193:24 |
| 2349:22 2350:22 | 2128:2 | 2102:24 2103:24 | 2194:24 2195:24 |
| 2351:22 2352:22 | **106** | 2104:24 2105:24 | 2196:24 2197:24 |
| 2353:22 2354:22 | 2129:2 | 2106:24 2107:24 | 2198:24 2199:24 |
| 2355:22 2356:22 | **107** | 2108:24 2109:24 | 2200:24 2201:24 |
| 2357:22 2358:22 | 2130:2 | 2110:24 2111:24 | 2202:24 2203:24 |
| 2359:22 2360:22 | **108** | 2112:24 2113:24 | 2204:24 2205:24 |
| 2361:22 2362:22 | 2131:2 | 2114:24 2115:24 | 2206:24 2207:24 |
| 2363:22 2364:22 | **109** | 2116:24 2117:24 | 2208:24 2209:24 |
| 2365:22 2366:22 | 2132:2 2134:32 | 2118:24 2119:24 | 2210:24 2211:24 |
| 2367:22 2368:22 | **11** | 2120:24 2121:24 | 2212:24 2213:24 |
| 2369:22 2370:22 | 2028:25 2029:33 | 2122:24 2123:24 | 2214:24 2215:24 |
| 2371:22 2372:22 | 2032:24 2033:24 | 2124:24 2125:24 | 2216:24 2217:24 |
| 2373:22 2374:22 | 2034:2,24 2035:24 | 2126:24 2127:24 | 2218:24 2219:24 |
| 2375:22 2376:22 | 2036:24 2037:24 | 2128:24 2129:24 | 2220:24 2221:24 |
| 2377:22 2378:22 | 2038:24 2039:24 | 2130:24 2131:24 | 2222:24 2223:24 |
| 2379:22 2380:22 | 2040:24 2041:24 | 2132:24 2133:24 | 2224:24 2225:24 |
| 2381:22 2382:22 | 2042:24 2043:24 | 2134:24 2135:24 | 2226:24 2227:24 |
| 2383:22 2384:22 | 2044:24 2045:24 | 2136:24 2137:24 | 2228:24 2229:24 |
| 2385:22 2386:22 | 2046:24 2047:24 | 2138:24 2139:24 | 2230:24 2231:24 |
| 2387:22 2388:22 | 2048:24 2049:24 | 2140:24 2141:24 | 2232:24 2233:24 |
| 2389:22 2390:22 | 2050:24 2051:24 | 2142:24 2143:24 | 2234:24 2235:24 |
| 2391:22 2392:22 | 2052:24 2053:24 | 2144:24 2145:24 | 2236:24 2237:24 |
| 2393:22 2394:22 | 2054:24 2055:24 | 2146:24 2147:24 | 2238:24 2239:24 |
| 2395:22 2396:22 | 2056:24 2057:24 | 2148:24 2149:24 | 2240:24 2241:24 |
| 2397:22 2398:22 | 2058:24 2059:24 | 2150:24 2151:24 | 2242:24 2243:24 |
| 2399:22 2400:22 | 2060:24 2061:24 | 2152:24 2153:24 | 2244:24 2245:24 |

MAGNA
LEGAL SERVICES

2246:24 2247:24
2248:24 2249:24
2250:24 2251:24
2252:24 2253:24
2254:6,24 2255:24
2256:24 2257:24
2258:24 2259:24
2260:24 2261:24
2262:24 2263:24
2264:24 2265:24
2266:24 2267:24
2268:24 2269:24
2270:24 2271:24
2272:24 2273:24
2274:24 2275:24
2276:24 2277:24
2278:24 2279:24
2280:24 2281:24
2282:24 2283:24
2284:24 2285:24
2286:24 2287:24
2288:24 2289:24
2290:24 2291:24
2292:24 2293:24
2294:24 2295:24
2296:24 2297:24
2298:24 2299:24
2300:24 2301:24
2302:24 2303:24
2304:24 2305:24
2306:24 2307:24
2308:24 2309:24
2310:24 2311:24
2312:24 2313:24
2314:24 2315:24
2316:24 2317:24
2318:24 2319:24
2320:24 2321:24
2322:24 2323:24
2324:24 2325:24
2326:24 2327:24
2328:24 2329:24
2330:24 2331:24
2332:24 2333:24
2334:24 2335:24
2336:24 2337:24

2338:24 2339:24
2340:24 2341:24
2342:24 2343:24
2344:24 2345:24
2346:24 2347:24
2348:24 2349:24
2350:24 2351:24
2352:24 2353:24
2354:24 2355:24
2356:24 2357:24
2358:24 2359:24
2360:24 2361:24
2362:24 2363:24
2364:24 2365:24
2366:24 2367:24
2368:24 2369:24
2370:24 2371:24
2372:24 2373:24
2374:24 2375:24
2376:24 2377:24
2378:24 2379:24
2380:24 2381:24
2382:24 2383:24
2384:24 2385:24
2386:24 2387:24
2388:24 2389:24
2390:24 2391:24
2392:24 2393:24
2394:24 2395:24
2396:24 2397:24
2398:24 2399:24
2400:24 2401:24
2402:24 2403:24
2404:24
**11,000**
2314:42
**11:00**
2330:38,40 2331:18
**11:20**
2182:50,52
**11:25**
2183:4,8
**11:35**
2183:8
**110**
2133:2 2134:34

**1100**
2310:18,22,46,48
  2311:4,18,52
  2314:42 2327:10
  2380:6,48
**111**
2134:2
**112**
2028:39,42 2135:2
  2287:44 2288:18
**113**
2136:2 2287:42
  2288:20
**114**
2137:2
**115**
2138:2
**116**
2139:2
**117**
2028:45 2140:2
**118**
2141:2
**119**
2028:48 2142:2
**11th**
2212:38 2331:16
  2404:40
**12**
2032:26 2033:26
  2034:26 2035:2,26
  2036:26 2037:26
  2038:26 2039:26
  2040:26 2041:26
  2042:26 2043:26
  2044:26 2045:26
  2046:26 2047:26
  2048:26 2049:26
  2050:26 2051:26
  2052:26 2053:26
  2054:26 2055:26
  2056:26 2057:26
  2058:26 2059:26
  2060:26 2061:26
  2062:26 2063:26
  2064:26 2065:26

2066:26 2067:26
2068:26 2069:26
2070:26 2071:26
2072:26 2073:26
2074:26 2075:26
2076:26 2077:26
2078:26 2079:26
2080:26 2081:26
2082:26 2083:26
2084:26 2085:26
2086:26 2087:26
2088:26 2089:26
2090:26 2091:26
2092:26 2093:26
2094:26 2095:26
2096:26 2097:26
2098:26 2099:26
2100:26 2101:26
2102:26 2103:16,26
2104:26,52 2105:26
2106:26 2107:26
2108:26 2109:26
2110:26 2111:26,28
2111:30,32 2112:26
2112:48 2113:26
2114:26 2115:26,40
2116:26 2117:26
2118:26 2119:26
2120:26 2121:26
2122:26 2123:26
2124:26 2125:26
2126:26 2127:26
2128:26 2129:26
2130:26 2131:26
2132:26 2133:26
2134:26 2135:26
2136:26 2137:26
2138:26 2139:26
2140:26 2141:26
2142:26 2143:26
2144:26 2145:26
2146:26 2147:26
2148:26 2149:26
2150:26 2151:26
2152:26 2153:26
2154:26 2155:26

MAGNA
LEGAL SERVICES

2156:26 2157:26
2158:26 2159:26
2160:26 2161:26
2162:26 2163:26
2164:26 2165:26
2166:26 2167:26
2168:26 2169:26
2170:26 2171:26
2172:26 2173:26
2174:26 2175:26
2176:26 2177:26
2178:26 2179:26
2180:26 2181:26
2182:26 2183:26
2184:26 2185:26
2186:26 2187:26
2188:26 2189:26
2190:26 2191:26
2192:26 2193:26
2194:26 2195:26
2196:26 2197:26
2198:26 2199:26
2200:26 2201:26
2202:26 2203:26
2204:26 2205:26
2206:26 2207:26
2208:26 2209:26
2210:26 2211:26
2212:26 2213:26
2214:26 2215:26
2216:26 2217:26
2218:26 2219:26
2220:26 2221:26
2222:26 2223:26
2224:26 2225:26
2226:26 2227:26
2228:26 2229:26
2230:26 2231:26
2232:26 2233:26
2234:26 2235:26
2236:26 2237:26
2238:26 2239:26
2240:26 2241:26
2242:26 2243:26
2244:26 2245:26
2246:26 2247:26

2248:26 2249:26
2250:26 2251:26
2252:26 2253:26
2254:26 2255:26
2256:26 2257:26
2258:26 2259:26
2260:26 2261:26
2262:26 2263:26
2264:26 2265:26
2266:26 2267:26
2268:26 2269:26
2270:26 2271:26
2272:26 2273:26
2274:26 2275:26
2276:26 2277:26
2278:26 2279:26
2280:26 2281:26
2282:26 2283:26
2284:26 2285:26
2286:26 2287:26
2288:26 2289:26
2290:26 2291:26
2292:26 2293:26
2294:26 2295:26
2296:26 2297:26
2298:26 2299:26
2300:26 2301:26
2302:26 2303:26
2304:26 2305:26
2306:26 2307:26
2308:26 2309:26
2310:26 2311:26
2312:26 2313:26
2314:26 2315:26
2316:26 2317:26
2318:26 2319:26
2320:26 2321:26
2322:26 2323:26
2324:26 2325:26
2326:26 2327:26
2328:26 2329:26
2330:26 2331:26
2332:26 2333:26
2334:26 2335:26
2336:26 2337:26
2338:26 2339:26

2340:26 2341:26
2342:26 2343:26
2344:26 2345:26
2346:26 2347:26
2348:26 2349:26
2350:26 2351:26
2352:26 2353:26
2354:26 2355:26
2356:26 2357:26
2358:26 2359:26
2360:26 2361:26
2362:26 2363:26
2364:26 2365:26
2366:26 2367:26
2368:26 2369:26
2370:26 2371:26
2372:26 2373:26
2374:26 2375:26
2376:26 2377:26
2378:26 2379:26
2380:26 2381:26
2382:26 2383:26
2384:26 2385:26
2386:26 2387:26
2388:26 2389:26
2390:26 2391:26
2392:12,16,26,52
2393:26 2394:26
2395:26 2396:26
2397:26 2398:26
2399:26 2400:26
2401:26 2402:26
2403:26 2404:26
**12:13**
2224:18,20
**120**
2143:2
**1200**
2025:14
**121**
2029:10 2144:2
**122**
2145:2
**1221**
2025:27 2032:30
**123**

2029:13 2146:2
**124**
2029:16,19 2147:2
**125**
2148:2
**126**
2149:2
**127**
2029:22 2150:2
**128**
2151:2
**129**
2152:2
**12th**
2226:8 2227:6,8,12
**13**
2030:14,25 2032:28
　2033:28 2034:28
　2035:28 2036:2,28
　2037:28 2038:28
　2039:28 2040:28
　2041:28 2042:28
　2043:28 2044:28
　2045:28 2046:28
　2047:28 2048:28
　2049:28 2050:28
　2051:28 2052:28
　2053:28 2054:28
　2055:28 2056:28
　2057:28 2058:28
　2059:28 2060:28
　2061:28 2062:28
　2063:28 2064:28
　2065:28 2066:28
　2067:28 2068:28
　2069:28 2070:28
　2071:28 2072:28
　2073:28 2074:28
　2075:28 2076:28
　2077:28 2078:28
　2079:28 2080:28
　2081:28 2082:28
　2083:28 2084:28
　2085:28 2086:28
　2087:28 2088:28
　2089:28 2090:28

MAGNA◉
LEGAL SERVICES

| | | | |
|---|---|---|---|
| 2091:28 2092:28 | 2183:28 2184:28 | 2275:28 2276:28 | 2367:28 2368:28 |
| 2093:28 2094:28 | 2185:28 2186:28 | 2277:28 2278:28 | 2369:28 2370:28 |
| 2095:28 2096:28 | 2187:28 2188:28 | 2279:28 2280:28 | 2371:28 2372:28 |
| 2097:28 2098:28 | 2189:28 2190:28 | 2281:28 2282:28 | 2373:28 2374:28 |
| 2099:28 2100:28 | 2191:28 2192:28 | 2283:28 2284:28 | 2375:28 2376:28 |
| 2101:28 2102:28 | 2193:28 2194:28 | 2285:28 2286:28 | 2377:28 2378:28 |
| 2103:28 2104:28 | 2195:28 2196:28 | 2287:28 2288:28 | 2379:28 2380:28 |
| 2105:28 2106:28 | 2197:28 2198:28 | 2289:28 2290:28 | 2381:28 2382:28 |
| 2107:28 2108:28 | 2199:28 2200:28 | 2291:28 2292:28 | 2383:28 2384:28 |
| 2109:28 2110:28 | 2201:28 2202:28 | 2293:28 2294:28 | 2385:28 2386:28 |
| 2111:28 2112:28 | 2203:28 2204:28 | 2295:28 2296:28 | 2387:28 2388:28 |
| 2113:28 2114:28 | 2205:28 2206:28 | 2297:28 2298:28 | 2389:28 2390:28 |
| 2115:28 2116:28 | 2207:28 2208:28 | 2299:4,28 2300:28 | 2391:28 2392:28 |
| 2117:28 2118:28 | 2209:28 2210:28 | 2301:28 2302:28 | 2393:28 2394:28 |
| 2119:28 2120:28 | 2211:28 2212:28 | 2303:28 2304:28 | 2395:28 2396:28 |
| 2121:28 2122:28 | 2213:28 2214:28 | 2305:28 2306:28 | 2397:28 2398:28 |
| 2123:28 2124:28 | 2215:28 2216:28 | 2307:28 2308:28 | 2399:28 2400:28 |
| 2125:28 2126:28 | 2217:28 2218:28 | 2309:28 2310:28 | 2401:28 2402:28 |
| 2127:28 2128:28 | 2219:28 2220:28 | 2311:28 2312:12,28 | 2403:28 2404:28 |
| 2129:28 2130:28 | 2221:28 2222:28 | 2313:28 2314:28 | **130** |
| 2131:28 2132:28 | 2223:28 2224:28 | 2315:28 2316:28 | 2153:2 |
| 2133:28 2134:28 | 2225:28 2226:28 | 2317:28 2318:28 | **131** |
| 2135:28 2136:28 | 2227:28 2228:28 | 2319:28,36 2320:28 | 2154:2 |
| 2137:28 2138:28 | 2229:28 2230:28 | 2321:28 2322:12,28 | **132** |
| 2139:28 2140:28 | 2231:28 2232:28 | 2323:28 2324:28 | 2155:2 |
| 2141:28 2142:28 | 2233:28 2234:28 | 2325:28 2326:28 | **133** |
| 2143:28 2144:28 | 2235:28 2236:28 | 2327:28 2328:28 | 2156:2 |
| 2145:28 2146:28 | 2237:28 2238:28 | 2329:28 2330:28 | **134** |
| 2147:28 2148:28 | 2239:28 2240:28 | 2331:28 2332:28 | 2029:25 2157:2 |
| 2149:28 2150:28 | 2241:28 2242:28 | 2333:28 2334:28 | **135** |
| 2151:28 2152:28 | 2243:28 2244:28 | 2335:28 2336:28 | 2158:2 |
| 2153:28 2154:28 | 2245:28 2246:28 | 2337:28 2338:28 | **136** |
| 2155:28 2156:28 | 2247:28 2248:28 | 2339:28 2340:28 | 2159:2 |
| 2157:28 2158:28 | 2249:28 2250:28 | 2341:28 2342:28 | **137** |
| 2159:28 2160:28 | 2251:28 2252:28 | 2343:28 2344:28 | 2160:2 |
| 2161:28 2162:28 | 2253:28 2254:28 | 2345:28 2346:28 | **138** |
| 2163:28 2164:28 | 2255:28 2256:28 | 2347:28 2348:28 | 2161:2 |
| 2165:28 2166:28 | 2257:28 2258:28 | 2349:28 2350:28 | **139** |
| 2167:28 2168:28 | 2259:28 2260:28 | 2351:28 2352:28 | 2162:2 |
| 2169:28 2170:28 | 2261:28 2262:28 | 2353:28 2354:28 | **13th** |
| 2171:28 2172:28 | 2263:28 2264:28 | 2355:28 2356:28 | 2087:36,40 |
| 2173:28 2174:28 | 2265:28 2266:28 | 2357:28 2358:28 | **14** |
| 2175:28 2176:28 | 2267:28 2268:28 | 2359:28 2360:28 | 2032:30 2033:30 |
| 2177:28 2178:28 | 2269:28 2270:28 | 2361:28 2362:28 | 2034:30 2035:30 |
| 2179:28 2180:28 | 2271:28 2272:28 | 2363:28 2364:28 | 2036:30 2037:2,30 |
| 2181:28 2182:28 | 2273:28 2274:28 | 2365:28 2366:28 | 2038:30 2039:30 |

MAGNA
LEGAL SERVICES

| | | | |
|---|---|---|---|
| 2040:30 2041:30 | 2132:30 2133:30 | 2224:30 2225:30 | 2316:30 2317:30 |
| 2042:30 2043:30 | 2134:30 2135:30 | 2226:30 2227:30 | 2318:30 2319:30 |
| 2044:30 2045:30 | 2136:30 2137:30 | 2228:30 2229:30 | 2320:30 2321:30 |
| 2046:30 2047:30 | 2138:30 2139:30 | 2230:30 2231:30 | 2322:30 2323:30 |
| 2048:30 2049:30 | 2140:30 2141:30 | 2232:30 2233:30 | 2324:30 2325:30 |
| 2050:30 2051:30 | 2142:30 2143:30 | 2234:30 2235:30 | 2326:30 2327:30 |
| 2052:30 2053:30 | 2144:30 2145:30 | 2236:30 2237:30 | 2328:30 2329:30 |
| 2054:30 2055:30 | 2146:30 2147:30 | 2238:30 2239:30 | 2330:30 2331:30 |
| 2056:30 2057:30 | 2148:30 2149:30 | 2240:30 2241:30 | 2332:30 2333:30 |
| 2058:30 2059:30 | 2150:30 2151:30 | 2242:30 2243:30 | 2334:30 2335:30 |
| 2060:30 2061:30 | 2152:30 2153:30 | 2244:30 2245:30 | 2336:30 2337:30 |
| 2062:30 2063:30 | 2154:30 2155:30 | 2246:30 2247:30 | 2338:30 2339:30 |
| 2064:30 2065:30 | 2156:30 2157:30 | 2248:30 2249:30 | 2340:30 2341:30 |
| 2066:30 2067:30 | 2158:30 2159:30 | 2250:30 2251:6,30 | 2342:30 2343:30 |
| 2068:30 2069:30 | 2160:30 2161:30 | 2252:30 2253:30 | 2344:30 2345:30 |
| 2070:30 2071:30 | 2162:30 2163:30 | 2254:30 2255:30 | 2346:30 2347:30 |
| 2072:30 2073:30 | 2164:30 2165:30 | 2256:30 2257:30 | 2348:30 2349:30 |
| 2074:30 2075:30 | 2166:30 2167:30 | 2258:30 2259:30 | 2350:30 2351:30 |
| 2076:30 2077:30 | 2168:30 2169:30 | 2260:30 2261:30 | 2352:30 2353:30 |
| 2078:30 2079:30 | 2170:30 2171:30 | 2262:30 2263:30 | 2354:30 2355:30 |
| 2080:30 2081:30 | 2172:30 2173:30 | 2264:30 2265:30 | 2356:30 2357:30 |
| 2082:30 2083:30 | 2174:30 2175:30 | 2266:30 2267:30 | 2358:30 2359:30 |
| 2084:30 2085:30 | 2176:30 2177:30 | 2268:30 2269:30 | 2360:30 2361:30 |
| 2086:30 2087:30 | 2178:30 2179:30 | 2270:30 2271:30 | 2362:30 2363:30 |
| 2088:30 2089:30 | 2180:30 2181:30 | 2272:30 2273:30 | 2364:30 2365:30 |
| 2090:30 2091:30 | 2182:30 2183:30 | 2274:30 2275:30 | 2366:30 2367:30 |
| 2092:30 2093:30 | 2184:30 2185:30 | 2276:30 2277:30 | 2368:30 2369:30 |
| 2094:30 2095:30 | 2186:30 2187:30 | 2278:30 2279:30 | 2370:30 2371:30 |
| 2096:30 2097:30 | 2188:30 2189:30 | 2280:30 2281:30 | 2372:30 2373:30 |
| 2098:30 2099:30 | 2190:30 2191:30 | 2282:30 2283:30 | 2374:30 2375:30 |
| 2100:30 2101:30 | 2192:30 2193:30 | 2284:30 2285:30 | 2376:30 2377:30 |
| 2102:30 2103:30 | 2194:30 2195:30 | 2286:30 2287:30 | 2378:30 2379:30 |
| 2104:30 2105:30 | 2196:30 2197:30 | 2288:30 2289:30 | 2380:30 2381:30 |
| 2106:30 2107:30 | 2198:30 2199:30 | 2290:30 2291:30 | 2382:30 2383:30 |
| 2108:30 2109:30 | 2200:30 2201:30 | 2292:30 2293:30 | 2384:30 2385:30 |
| 2110:30 2111:30 | 2202:30 2203:30 | 2294:30 2295:30 | 2386:30 2387:30 |
| 2112:30 2113:30 | 2204:30 2205:30 | 2296:30 2297:30 | 2388:30 2389:30 |
| 2114:30 2115:30 | 2206:30 2207:30 | 2298:30 2299:30 | 2390:30 2391:30 |
| 2116:30 2117:30 | 2208:30 2209:30 | 2300:30 2301:30 | 2392:30 2393:30 |
| 2118:30 2119:30 | 2210:30 2211:30 | 2302:30 2303:30 | 2394:30 2395:30 |
| 2120:30 2121:30 | 2212:30 2213:30 | 2304:30 2305:30 | 2396:30 2397:30 |
| 2122:30 2123:30 | 2214:30 2215:30 | 2306:30 2307:30 | 2398:30 2399:30 |
| 2124:30 2125:30 | 2216:30 2217:30 | 2308:30 2309:30 | 2400:30 2401:30 |
| 2126:30 2127:30 | 2218:30 2219:30 | 2310:30 2311:30 | 2402:30 2403:30 |
| 2128:30 2129:30 | 2220:30 2221:30 | 2312:30 2313:30 | 2404:30 |
| 2130:30 2131:30 | 2222:30 2223:30 | 2314:30 2315:30 | **140** |

**MAGNA**
LEGAL SERVICES

| | | | |
|---|---|---|---|
| 2163:2 | 2070:32 2071:32 | 2162:32 2163:32 | 2254:32 2255:32 |
| **141** | 2072:32 2073:32 | 2164:32 2165:32 | 2256:32 2257:32 |
| 2164:2 | 2074:32 2075:32 | 2166:8,32 2167:32 | 2258:32 2259:32 |
| **142** | 2076:32 2077:32 | 2168:32 2169:32 | 2260:32 2261:32 |
| 2165:2 | 2078:32 2079:32 | 2170:32 2171:32 | 2262:32 2263:32 |
| **143** | 2080:32 2081:32 | 2172:32 2173:32 | 2264:32 2265:32 |
| 2166:2 | 2082:32 2083:32 | 2174:32 2175:32 | 2266:32 2267:32 |
| **144** | 2084:32 2085:32 | 2176:32 2177:32 | 2268:32 2269:32 |
| 2029:29 2167:2 | 2086:32 2087:32 | 2178:32 2179:32 | 2270:32 2271:32 |
| **1445** | 2088:32 2089:32 | 2180:32 2181:32 | 2272:32 2273:32 |
| 2025:35 | 2090:32 2091:32 | 2182:32 2183:32 | 2274:32 2275:32 |
| **145** | 2092:32 2093:32 | 2184:32 2185:32 | 2276:32 2277:32 |
| 2029:32 2168:2 | 2094:32 2095:32 | 2186:32 2187:32 | 2278:32 2279:32 |
| **146** | 2096:32 2097:32 | 2188:32 2189:32 | 2280:32 2281:32 |
| 2169:2 | 2098:32 2099:32 | 2190:32 2191:32 | 2282:32 2283:32 |
| **147** | 2100:32 2101:32 | 2192:32 2193:32 | 2284:32 2285:32 |
| 2170:2 | 2102:32 2103:32 | 2194:32 2195:32 | 2286:32 2287:32 |
| **148** | 2104:32 2105:32 | 2196:32 2197:32 | 2288:32 2289:32 |
| 2171:2 | 2106:32 2107:32 | 2198:32 2199:32 | 2290:32 2291:32 |
| **149** | 2108:32 2109:32 | 2200:32 2201:32 | 2292:32 2293:32 |
| 2172:2 2291:14 | 2110:32 2111:32 | 2202:32 2203:32 | 2294:32 2295:32 |
| **14th** | 2112:32 2113:32 | 2204:32 2205:32 | 2296:32 2297:32 |
| 2159:6,40 2160:24 | 2114:32 2115:32 | 2206:32 2207:32 | 2298:32 2299:32 |
| 2160:34 2164:20 | 2116:32 2117:32 | 2208:32 2209:32 | 2300:32 2301:32 |
| 2192:46 2212:8 | 2118:32 2119:32 | 2210:32 2211:32 | 2302:32 2303:32 |
| **15** | 2120:32 2121:32 | 2212:32 2213:32 | 2304:32 2305:32 |
| 2032:32 2033:32 | 2122:32 2123:32 | 2214:32 2215:32 | 2306:32 2307:32 |
| 2034:32 2035:32 | 2124:32 2125:32 | 2216:32 2217:32 | 2308:32 2309:32 |
| 2036:32 2037:32 | 2126:32 2127:32 | 2218:32 2219:32 | 2310:32 2311:32 |
| 2038:2,32 2039:32 | 2128:32 2129:32 | 2220:32 2221:32 | 2312:32 2313:32 |
| 2040:32 2041:32 | 2130:32 2131:32 | 2222:32 2223:32 | 2314:32 2315:32 |
| 2042:32 2043:32 | 2132:32 2133:32 | 2224:32 2225:32 | 2316:32 2317:32 |
| 2044:32 2045:32 | 2134:32 2135:32 | 2226:32 2227:32 | 2318:32 2319:32 |
| 2046:32 2047:32 | 2136:32 2137:32 | 2228:32 2229:32 | 2320:32 2321:32 |
| 2048:32 2049:32 | 2138:32 2139:32 | 2230:32 2231:32 | 2322:32 2323:32 |
| 2050:32 2051:32 | 2140:32 2141:32 | 2232:32 2233:32 | 2324:32 2325:32 |
| 2052:32 2053:32 | 2142:32 2143:32 | 2234:32 2235:32 | 2326:32 2327:32 |
| 2054:32 2055:32 | 2144:32 2145:32 | 2236:32 2237:32 | 2328:32 2329:32 |
| 2056:32,40 2057:32 | 2146:32 2147:32 | 2238:32 2239:32 | 2330:32 2331:32 |
| 2058:32 2059:24,32 | 2148:32 2149:32 | 2240:32 2241:32 | 2332:32 2333:32 |
| 2060:16,32 2061:32 | 2150:32 2151:32 | 2242:32 2243:32 | 2334:32 2335:32 |
| 2061:40,42,52 | 2152:32 2153:32 | 2244:32 2245:32 | 2336:32 2337:32 |
| 2062:28,32 2063:32 | 2154:32 2155:32 | 2246:32 2247:32 | 2338:32 2339:32 |
| 2064:28,32 2065:32 | 2156:32 2157:32 | 2248:32 2249:32 | 2340:32 2341:32 |
| 2066:32 2067:32 | 2158:32 2159:32 | 2250:32 2251:32 | 2342:32 2343:32 |
| 2068:32 2069:32 | 2160:32 2161:32 | 2252:32 2253:32 | 2344:32 2345:32 |

MAGNA LEGAL SERVICES

| | | | |
|---|---|---|---|
| 2346:32 2347:32 | **158** | 2108:34 2109:34 | 2200:34 2201:34 |
| 2348:32 2349:32 | 2181:2 | 2110:34 2111:34 | 2202:34 2203:34 |
| 2350:32 2351:32 | **159** | 2112:34 2113:34 | 2204:34 2205:34 |
| 2352:32 2353:32 | 2182:2 | 2114:34 2115:34 | 2206:34 2207:34 |
| 2354:32 2355:32 | **15th** | 2116:34 2117:34 | 2208:34 2209:34 |
| 2356:32 2357:32 | 2248:30,40,48 | 2118:34 2119:34 | 2210:34 2211:34 |
| 2358:32 2359:32 | 2274:8 | 2120:34 2121:34 | 2212:34 2213:34 |
| 2360:32 2361:32 | **16** | 2122:34 2123:34 | 2214:34 2215:34 |
| 2362:32 2363:32 | 2032:34 2033:34 | 2124:34 2125:34 | 2216:34 2217:34 |
| 2364:32 2365:32 | 2034:34 2035:34 | 2126:34 2127:34 | 2218:34 2219:34 |
| 2366:32 2367:32 | 2036:34 2037:34 | 2128:34 2129:34 | 2220:34 2221:34 |
| 2368:32 2369:32 | 2038:34 2039:2,34 | 2130:34 2131:34 | 2222:34 2223:34 |
| 2370:32 2371:32 | 2040:34 2041:34 | 2132:34 2133:34 | 2224:34 2225:34 |
| 2372:32 2373:32 | 2042:34 2043:34 | 2134:34 2135:34 | 2226:34 2227:34 |
| 2374:32 2375:32 | 2044:34 2045:34 | 2136:34 2137:34 | 2228:34 2229:34 |
| 2376:32 2377:32 | 2046:34 2047:34 | 2138:34 2139:34 | 2230:34 2231:34 |
| 2378:32 2379:32 | 2048:34 2049:34 | 2140:34 2141:34 | 2232:34 2233:34 |
| 2380:32 2381:32 | 2050:34 2051:34 | 2142:34 2143:34 | 2234:34 2235:34 |
| 2382:32 2383:32 | 2052:34 2053:34 | 2144:34 2145:34 | 2236:34 2237:34 |
| 2384:32 2385:32 | 2054:34 2055:34 | 2146:34 2147:34 | 2238:34 2239:34 |
| 2386:32 2387:32 | 2056:34 2057:34 | 2148:34 2149:34 | 2240:34 2241:34 |
| 2388:32 2389:32 | 2058:34 2059:34 | 2150:34 2151:34 | 2242:34 2243:34 |
| 2390:32 2391:32 | 2060:34 2061:34 | 2152:34 2153:34 | 2244:34 2245:34 |
| 2392:32 2393:32 | 2062:34 2063:34 | 2154:34 2155:34 | 2246:34 2247:34 |
| 2394:32 2395:32 | 2064:34 2065:34 | 2156:34 2157:34 | 2248:34 2249:34 |
| 2396:32 2397:32 | 2066:34 2067:34 | 2158:34 2159:34 | 2250:34 2251:34 |
| 2398:32 2399:32 | 2068:34 2069:34 | 2160:34 2161:34 | 2252:34 2253:34 |
| 2400:32 2401:32 | 2070:34 2071:34 | 2162:34 2163:34 | 2254:34 2255:34 |
| 2402:32 2403:32 | 2072:34 2073:34 | 2164:34 2165:34 | 2256:34 2257:34 |
| 2404:32 | 2074:34 2075:34 | 2166:8,34 2167:34 | 2258:34 2259:34 |
| **150** | 2076:34 2077:34 | 2168:34 2169:34 | 2260:34 2261:34 |
| 2108:24 2173:2 | 2078:34 2079:34 | 2170:34 2171:34 | 2262:34 2263:34 |
| **151** | 2080:34 2081:34 | 2172:34 2173:34 | 2264:34 2265:34 |
| 2174:2 | 2082:34 2083:34 | 2174:34 2175:34 | 2266:34 2267:34 |
| **152** | 2084:34 2085:34 | 2176:34 2177:34 | 2268:34 2269:34 |
| 2175:2 | 2086:34 2087:34 | 2178:34 2179:34 | 2270:34 2271:34 |
| **153** | 2088:34 2089:34 | 2180:34 2181:34 | 2272:34 2273:34 |
| 2176:2 | 2090:34 2091:34 | 2182:34 2183:34 | 2274:34 2275:34 |
| **154** | 2092:34 2093:34 | 2184:34 2185:34 | 2276:34 2277:34 |
| 2177:2 | 2094:34 2095:34 | 2186:34 2187:34 | 2278:34 2279:34 |
| **155** | 2096:34 2097:34 | 2188:34 2189:34 | 2280:34 2281:34 |
| 2178:2 | 2098:34 2099:34 | 2190:34 2191:34 | 2282:34 2283:34 |
| **156** | 2100:34 2101:34 | 2192:34 2193:34 | 2284:34 2285:34 |
| 2025:14 2179:2 | 2102:34 2103:34 | 2194:34 2195:34 | 2286:34 2287:34 |
| **157** | 2104:34 2105:34 | 2196:34 2197:34 | 2288:34 2289:34 |
| 2180:2 | 2106:34 2107:34 | 2198:34 2199:34 | 2290:34 2291:34 |

**MAGNA**
**LEGAL SERVICES**

| | | | |
|---|---|---|---|
| 2292:34 2293:34 | 2384:34 2385:34 | 2054:36 2055:36 | 2146:36 2147:36 |
| 2294:34 2295:34 | 2386:34 2387:34 | 2056:36 2057:36 | 2148:36 2149:36 |
| 2296:34 2297:34 | 2388:34 2389:34 | 2058:36 2059:36 | 2150:36 2151:36 |
| 2298:34 2299:34 | 2390:34 2391:34 | 2060:36 2061:36 | 2152:36 2153:36 |
| 2300:34 2301:34 | 2392:34 2393:34 | 2062:36 2063:36 | 2154:36 2155:36 |
| 2302:34 2303:34 | 2394:34 2395:34 | 2064:36 2065:36 | 2156:36 2157:36 |
| 2304:34 2305:34 | 2396:34 2397:34 | 2066:36 2067:36 | 2158:36 2159:36 |
| 2306:34 2307:34 | 2398:34 2399:34 | 2068:36 2069:36 | 2160:36 2161:36 |
| 2308:34 2309:34 | 2400:34 2401:34 | 2070:36 2071:36 | 2162:36 2163:36 |
| 2310:34 2311:34 | 2402:34 2403:34 | 2072:36 2073:36 | 2164:36 2165:36 |
| 2312:34 2313:34 | 2404:34 | 2074:36 2075:36 | 2166:36 2167:36 |
| 2314:34 2315:34 | **160** | 2076:36 2077:36 | 2168:36 2169:36 |
| 2316:34 2317:34 | 2183:2 | 2078:36 2079:36 | 2170:36 2171:36 |
| 2318:34 2319:34 | **1600** | 2080:36 2081:36 | 2172:36 2173:36 |
| 2320:34 2321:34 | 2025:45 | 2082:36 2083:36 | 2174:36 2175:36 |
| 2322:34 2323:34 | **161** | 2084:36 2085:36 | 2176:36 2177:36 |
| 2324:34 2325:34 | 2184:2 | 2086:36 2087:36 | 2178:36 2179:36 |
| 2326:34 2327:34 | **162** | 2088:36 2089:36 | 2180:36 2181:36 |
| 2328:34 2329:34 | 2029:35 2185:2 | 2090:36 2091:36 | 2182:36 2183:36 |
| 2330:34 2331:34 | **163** | 2092:36 2093:36 | 2184:36 2185:36 |
| 2332:34 2333:34 | 2186:2 | 2094:36 2095:36 | 2186:36 2187:36 |
| 2334:34 2335:34 | **164** | 2096:36 2097:36 | 2188:36 2189:36 |
| 2336:34 2337:34 | 2187:2 | 2098:36 2099:36 | 2190:36 2191:36 |
| 2338:34 2339:34 | **165** | 2100:36 2101:36 | 2192:36 2193:36 |
| 2340:34 2341:34 | 2188:2 | 2102:36 2103:36 | 2194:36 2195:36 |
| 2342:34 2343:34 | **166** | 2104:36 2105:36 | 2196:36 2197:36 |
| 2344:34 2345:34 | 2189:2 | 2106:36 2107:36 | 2198:36 2199:36 |
| 2346:34 2347:34 | **167** | 2108:36 2109:36 | 2200:36 2201:36 |
| 2348:34 2349:34 | 2190:2 | 2110:36 2111:36 | 2202:36 2203:36 |
| 2350:34 2351:34 | **168** | 2112:36 2113:36 | 2204:36 2205:36 |
| 2352:34 2353:34 | 2191:2 | 2114:36 2115:36 | 2206:36 2207:36 |
| 2354:34 2355:34 | **169** | 2116:36 2117:36 | 2208:36 2209:36 |
| 2356:34 2357:34 | 2192:2 | 2118:36 2119:36 | 2210:36 2211:36 |
| 2358:34 2359:34 | **17** | 2120:36 2121:36 | 2212:36 2213:36 |
| 2360:34 2361:34 | 2030:18,32 2031:29 | 2122:36 2123:36 | 2214:36 2215:36 |
| 2362:34 2363:34 | 2032:36 2033:36 | 2124:36 2125:36 | 2216:36 2217:36 |
| 2364:34 2365:34 | 2034:36 2035:36 | 2126:36 2127:36 | 2218:36 2219:36 |
| 2366:34 2367:34 | 2036:36 2037:36 | 2128:36 2129:36 | 2220:36 2221:36 |
| 2368:34 2369:34 | 2038:36 2039:36 | 2130:36 2131:36 | 2222:36 2223:36 |
| 2370:34 2371:34 | 2040:2,36 2041:36 | 2132:36 2133:36 | 2224:36 2225:36 |
| 2372:34 2373:34 | 2042:36 2043:36 | 2134:36 2135:36 | 2226:36 2227:36 |
| 2374:34 2375:34 | 2044:36 2045:36 | 2136:36 2137:36 | 2228:36 2229:36 |
| 2376:34 2377:34 | 2046:36 2047:36 | 2138:36 2139:36 | 2230:36 2231:36 |
| 2378:34 2379:34 | 2048:36 2049:36 | 2140:36 2141:36 | 2232:36 2233:36 |
| 2380:34 2381:34 | 2050:36 2051:36 | 2142:36 2143:36 | 2234:36 2235:36 |
| 2382:34 2383:34 | 2052:36 2053:36 | 2144:36 2145:36 | 2236:36 2237:36 |

**MAGNA**
LEGAL SERVICES

| | | | |
|---|---|---|---|
| 2238:36 2239:36 | 2330:36 2331:36 | **173** | 2085:38 2086:38 |
| 2240:36 2241:36 | 2332:36 2333:36 | 2196:2 | 2087:38 2088:38 |
| 2242:36 2243:36 | 2334:36 2335:36 | **174** | 2089:38 2090:38 |
| 2244:36 2245:36 | 2336:36 2337:36 | 2197:2 | 2091:38 2092:38 |
| 2246:36 2247:36 | 2338:36 2339:36 | **175** | 2093:38 2094:38 |
| 2248:36 2249:36 | 2340:36 2341:36 | 2109:36 2198:2 | 2095:38 2096:38 |
| 2250:36 2251:6,36 | 2342:36 2343:36 | **176** | 2097:38 2098:38 |
| 2252:36 2253:36 | 2344:36 2345:36 | 2199:2 | 2099:38 2100:38 |
| 2254:36 2255:36 | 2346:36 2347:36 | **177** | 2101:38 2102:38 |
| 2256:36 2257:36 | 2348:36 2349:36 | 2200:2 | 2103:38 2104:38 |
| 2258:36 2259:36 | 2350:36 2351:36 | **178** | 2105:38 2106:38 |
| 2260:36 2261:36 | 2352:36 2353:36 | 2201:2 | 2107:38 2108:38 |
| 2262:36 2263:36 | 2354:36 2355:36 | **179** | 2109:38 2110:38 |
| 2264:36 2265:36 | 2356:36 2357:36 | 2202:2 | 2111:38 2112:38 |
| 2266:36 2267:36 | 2358:36 2359:36 | **17th** | 2113:38 2114:38 |
| 2268:36 2269:36 | 2360:36 2361:36 | 2033:50 2071:20 | 2115:38 2116:38 |
| 2270:36 2271:36 | 2362:36 2363:36 | 2302:22 2388:34,40 | 2117:38 2118:38 |
| 2272:36 2273:36 | 2364:36 2365:36 | 2391:42 | 2119:38 2120:38 |
| 2274:36 2275:36 | 2366:36 2367:36 | **18** | 2121:38 2122:38 |
| 2276:36 2277:36 | 2368:36 2369:36 | 2031:18 2032:38 | 2123:38 2124:38 |
| 2278:36 2279:36 | 2370:36 2371:36 | 2033:38 2034:38 | 2125:38 2126:38 |
| 2280:36 2281:36 | 2372:36 2373:36 | 2035:38 2036:38 | 2127:38 2128:38 |
| 2282:36 2283:36 | 2374:36 2375:36 | 2037:38 2038:38 | 2129:38 2130:38 |
| 2284:36 2285:36 | 2376:36 2377:36 | 2039:38 2040:38 | 2131:38 2132:38 |
| 2286:36 2287:36 | 2378:36 2379:36 | 2041:2,38 2042:38 | 2133:38 2134:38 |
| 2288:36 2289:36 | 2380:36 2381:36 | 2043:38 2044:38 | 2135:38 2136:38 |
| 2290:36 2291:36 | 2382:36 2383:36 | 2045:38 2046:38 | 2137:38 2138:38 |
| 2292:36 2293:36 | 2384:36 2385:36 | 2047:38 2048:38 | 2139:38 2140:38 |
| 2294:36 2295:36 | 2386:36 2387:36 | 2049:38 2050:38 | 2141:38 2142:38 |
| 2296:36 2297:36 | 2388:14,36 2389:36 | 2051:38 2052:38 | 2143:38 2144:38 |
| 2298:36 2299:36 | 2390:36 2391:36 | 2053:38 2054:38 | 2145:38 2146:38 |
| 2300:36 2301:36,46 | 2392:36,50 2393:36 | 2055:38 2056:38 | 2147:38 2148:38 |
| 2302:36 2303:36 | 2394:36 2395:36 | 2057:38 2058:38 | 2149:38 2150:38 |
| 2304:36 2305:36 | 2396:36 2397:36 | 2059:38 2060:38 | 2151:38 2152:38 |
| 2306:36 2307:36 | 2398:36 2399:36 | 2061:38 2062:38 | 2153:38 2154:38 |
| 2308:36 2309:36 | 2400:36 2401:36 | 2063:38 2064:38 | 2155:38 2156:38 |
| 2310:36 2311:36 | 2402:36 2403:36 | 2065:38 2066:38 | 2157:38 2158:38 |
| 2312:36 2313:36 | 2404:36 | 2067:38 2068:38 | 2159:38 2160:38 |
| 2314:36 2315:36 | **17,700** | 2069:38 2070:38 | 2161:38 2162:38 |
| 2316:36 2317:36 | 2388:48 | 2071:38 2072:38 | 2163:38 2164:38 |
| 2318:36 2319:36 | **170** | 2073:38 2074:38 | 2165:38 2166:38 |
| 2320:36 2321:36 | 2193:2 | 2075:38 2076:38 | 2167:38 2168:38 |
| 2322:36 2323:36 | **171** | 2077:38 2078:38 | 2169:38 2170:38 |
| 2324:36 2325:36 | 2194:2 | 2079:38 2080:38 | 2171:38 2172:38 |
| 2326:36 2327:36 | **172** | 2081:38 2082:38 | 2173:38 2174:38 |
| 2328:16,36 2329:36 | 2195:2 | 2083:38 2084:38 | 2175:38 2176:38 |

MAGNA
LEGAL SERVICES

| | | | |
|---|---|---|---|
| 2177:38 2178:38 | 2269:38 2270:38 | 2361:38 2362:38 | 2034:40 2035:40 |
| 2179:38 2180:38 | 2271:38 2272:38 | 2363:38,40 2364:38 | 2036:40 2037:40 |
| 2181:38 2182:38 | 2273:38 2274:38 | 2365:38 2366:38 | 2038:40 2039:40 |
| 2183:38 2184:38 | 2275:38 2276:38 | 2367:38 2368:38 | 2040:40 2041:40 |
| 2185:38 2186:38 | 2277:38 2278:38 | 2369:38 2370:38 | 2042:2,40 2043:40 |
| 2187:38 2188:38 | 2279:38 2280:38 | 2371:38 2372:38 | 2044:40 2045:40 |
| 2189:38 2190:38 | 2281:38 2282:38 | 2373:38 2374:38 | 2046:40 2047:40 |
| 2191:38 2192:38 | 2283:38 2284:38 | 2375:38 2376:38 | 2048:40 2049:40 |
| 2193:38 2194:38 | 2285:38 2286:38 | 2377:38 2378:38 | 2050:40 2051:40 |
| 2195:38 2196:38 | 2287:38 2288:38 | 2379:38,46 2380:38 | 2052:40 2053:40 |
| 2197:38 2198:38 | 2289:38 2290:38 | 2381:38 2382:38 | 2054:40 2055:40 |
| 2199:38 2200:38 | 2291:38 2292:38 | 2383:38 2384:38 | 2056:40 2057:40 |
| 2201:38 2202:38 | 2293:38 2294:38 | 2385:38 2386:38 | 2058:40 2059:40 |
| 2203:38 2204:38 | 2295:38 2296:38 | 2387:38 2388:38 | 2060:40 2061:40 |
| 2205:38 2206:38 | 2297:38 2298:38 | 2389:38 2390:38 | 2062:40 2063:40 |
| 2207:38 2208:38 | 2299:38 2300:38 | 2391:38 2392:38 | 2064:40 2065:40 |
| 2209:38 2210:38 | 2301:38 2302:38 | 2393:38 2394:38 | 2066:40 2067:40 |
| 2211:38 2212:38 | 2303:38 2304:38 | 2395:38 2396:38 | 2068:40 2069:40 |
| 2213:38 2214:38 | 2305:38 2306:38 | 2397:38 2398:38 | 2070:40 2071:40 |
| 2215:38 2216:38 | 2307:38 2308:38 | 2399:38 2400:38 | 2072:40 2073:40 |
| 2217:38 2218:38 | 2309:38 2310:38 | 2401:38 2402:38 | 2074:40 2075:40 |
| 2219:38 2220:38 | 2311:38 2312:38 | 2403:38 2404:38 | 2076:40 2077:40 |
| 2221:38 2222:38 | 2313:38 2314:38 | **180** | 2078:40 2079:40 |
| 2223:38 2224:38 | 2315:38 2316:38 | 2203:2 | 2080:40 2081:34,36 |
| 2225:38 2226:38 | 2317:38 2318:38 | **181** | 2081:40,40 2082:40 |
| 2227:38 2228:38 | 2319:38 2320:38 | 2204:2 | 2083:40 2084:40 |
| 2229:38 2230:38 | 2321:38 2322:38 | **182** | 2085:40 2086:40 |
| 2231:38 2232:38 | 2323:38 2324:38 | 2205:2 | 2087:40 2088:40 |
| 2233:38 2234:38 | 2325:38 2326:38 | **183** | 2089:40 2090:40 |
| 2235:38 2236:38 | 2327:38 2328:38 | 2206:2 | 2091:40 2092:40 |
| 2237:38 2238:38 | 2329:38 2330:38 | **184** | 2093:40 2094:40 |
| 2239:38 2240:38 | 2331:38 2332:38 | 2207:2 | 2095:40 2096:40 |
| 2241:38 2242:38 | 2333:38 2334:38 | **1845** | 2097:40 2098:40 |
| 2243:38 2244:38 | 2335:38 2336:38 | 2149:30,32 | 2099:40 2100:40 |
| 2245:38 2246:38 | 2337:38 2338:38 | **185** | 2101:40 2102:40 |
| 2247:38 2248:38 | 2339:38 2340:38 | 2208:2 | 2103:40 2104:40 |
| 2249:38 2250:38 | 2341:38 2342:38 | **186** | 2105:40 2106:40 |
| 2251:38 2252:38 | 2343:38 2344:38 | 2209:2 | 2107:40 2108:40 |
| 2253:38 2254:6,38 | 2345:38 2346:38 | **187** | 2109:40 2110:40 |
| 2255:38 2256:38 | 2347:38 2348:38 | 2210:2 | 2111:40 2112:40 |
| 2257:38 2258:38 | 2349:38 2350:38 | **188** | 2113:40 2114:40 |
| 2259:38 2260:38 | 2351:38 2352:38 | 2211:2,20 | 2115:40 2116:40 |
| 2261:38 2262:38 | 2353:38 2354:38 | **189** | 2117:40 2118:40 |
| 2263:38 2264:38 | 2355:38 2356:38 | 2212:2 | 2119:40 2120:40 |
| 2265:38 2266:38 | 2357:38 2358:38 | **19** | 2121:40 2122:40 |
| 2267:38 2268:38 | 2359:38 2360:38 | 2032:40 2033:40 | 2123:40 2124:40 |

**MAGNA**
LEGAL SERVICES

| | | | |
|---|---|---|---|
| 2125:40 2126:40 | 2217:40 2218:40 | 2309:40 2310:40 | 2401:40 2402:40 |
| 2127:40 2128:40 | 2219:40 2220:40 | 2311:40 2312:40 | 2403:40 2404:40 |
| 2129:40 2130:40 | 2221:40 2222:40 | 2313:40 2314:40 | **190** |
| 2131:40 2132:40 | 2223:40 2224:40 | 2315:40 2316:40 | 2213:2 |
| 2133:40 2134:40 | 2225:40 2226:40 | 2317:40 2318:40 | **1906** |
| 2135:40 2136:40 | 2227:40 2228:40 | 2319:40 2320:40 | 2026:11 |
| 2137:40 2138:40 | 2229:40 2230:40 | 2321:40 2322:40 | **191** |
| 2139:40 2140:40 | 2231:40 2232:40 | 2323:40 2324:40 | 2214:2 2215:34 |
| 2141:40 2142:40 | 2233:40 2234:40 | 2325:40 2326:40 | **192** |
| 2143:40 2144:40 | 2235:40 2236:40 | 2327:40 2328:40 | 2215:2,36 |
| 2145:40 2146:40 | 2237:40 2238:40 | 2329:40 2330:40 | **193** |
| 2147:40 2148:40 | 2239:40 2240:40 | 2331:40 2332:40 | 2216:2 |
| 2149:40 2150:40 | 2241:40 2242:40 | 2333:40 2334:40 | **194** |
| 2151:40 2152:40 | 2243:40 2244:40 | 2335:40 2336:40 | 2029:39 2217:2 |
| 2153:40 2154:40 | 2245:40 2246:40 | 2337:40 2338:40 | **195** |
| 2155:40 2156:40 | 2247:40 2248:40 | 2339:40 2340:40 | 2218:2 |
| 2157:40 2158:40 | 2249:40 2250:40 | 2341:40 2342:40 | **196** |
| 2159:40 2160:40 | 2251:40 2252:40 | 2343:40 2344:40 | 2219:2 |
| 2161:40 2162:40 | 2253:40 2254:40 | 2345:40 2346:40 | **197** |
| 2163:40 2164:40 | 2255:40 2256:40 | 2347:40 2348:40 | 2220:2 |
| 2165:40 2166:40 | 2257:40 2258:40 | 2349:40 2350:40 | **198** |
| 2167:40 2168:40 | 2259:40 2260:40 | 2351:40 2352:40 | 2221:2 |
| 2169:40 2170:40 | 2261:40 2262:40 | 2353:40 2354:40 | **199** |
| 2171:40 2172:40 | 2263:40 2264:40 | 2355:40 2356:40 | 2222:2 |
| 2173:40 2174:40 | 2265:40 2266:40 | 2357:40 2358:40 | **19th** |
| 2175:40 2176:40 | 2267:40 2268:40 | 2359:40 2360:40 | 2328:26 2330:30 |
| 2177:40 2178:40 | 2269:40 2270:40 | 2361:40 2362:40 | **1st** |
| 2179:40 2180:40 | 2271:40 2272:40 | 2363:40 2364:40 | 2363:24 2364:6,34 |
| 2181:40 2182:40 | 2273:40 2274:40 | 2365:40 2366:40 | |
| 2183:40 2184:40 | 2275:40 2276:40 | 2367:40 2368:40 | ——— **2** ——— |
| 2185:40 2186:40 | 2277:40 2278:40 | 2369:40 2370:40 | **2** |
| 2187:40 2188:40 | 2279:40 2280:40 | 2371:40 2372:40 | 2028:46 2032:6 |
| 2189:40 2190:40 | 2281:40 2282:40 | 2373:40 2374:40 | 2033:6 2034:6 |
| 2191:40 2192:40 | 2283:40 2284:40 | 2375:40 2376:40 | 2035:6 2036:6 |
| 2193:40 2194:40 | 2285:40 2286:40 | 2377:40 2378:40 | 2037:6 2038:6 |
| 2195:40 2196:40 | 2287:40 2288:40 | 2379:40 2380:40 | 2039:6 2040:6 |
| 2197:40 2198:40 | 2289:40 2290:40 | 2381:40 2382:40 | 2041:6 2042:6 |
| 2199:40 2200:40 | 2291:40 2292:40 | 2383:40 2384:40 | 2043:6 2044:6 |
| 2201:40 2202:40 | 2293:40 2294:40 | 2385:40 2386:40 | 2045:6 2046:6 |
| 2203:40 2204:40 | 2295:40 2296:40 | 2387:40 2388:40 | 2047:6 2048:6 |
| 2205:40 2206:40 | 2297:40 2298:40 | 2389:40 2390:40 | 2049:6 2050:6 |
| 2207:40 2208:40 | 2299:40 2300:40 | 2391:40 2392:40 | 2051:6 2052:6 |
| 2209:40 2210:40 | 2301:40 2302:40 | 2393:40 2394:40 | 2053:6 2054:6 |
| 2211:40 2212:40 | 2303:40 2304:40 | 2395:40 2396:40 | 2055:6 2056:6 |
| 2213:40 2214:40 | 2305:40 2306:40 | 2397:40 2398:40 | 2057:6 2058:6 |
| 2215:34,40 2216:40 | 2307:40 2308:40 | 2399:40 2400:40 | 2059:6 2060:6 |

**MAGNA**
LEGAL SERVICES

| | | | |
|---|---|---|---|
| 2061:6 2062:6 | 2153:6 2154:6 | 2243:6 2244:6 | 2335:6 2336:6 |
| 2063:6 2064:6 | 2155:6 2156:6 | 2245:6 2246:6 | 2337:6 2338:6 |
| 2065:6 2066:6 | 2157:6 2158:6 | 2247:6 2248:6,6 | 2339:6 2340:6 |
| 2067:6 2068:6 | 2159:6 2160:6 | 2249:6 2250:6 | 2341:6 2342:6 |
| 2069:6 2070:6 | 2161:6,6,10 2162:6 | 2251:6 2252:6 | 2343:6 2344:6 |
| 2071:6 2072:6 | 2163:6 2164:6,14 | 2253:6 2254:6,24 | 2345:6 2346:6 |
| 2073:6 2074:6 | 2165:6 2166:6 | 2255:6,32 2256:6 | 2347:6 2348:6 |
| 2075:6 2076:6 | 2167:6 2168:6 | 2257:6 2258:6 | 2349:6 2350:6 |
| 2077:6 2078:6 | 2169:6 2170:6,48 | 2259:6 2260:6 | 2351:6 2352:6 |
| 2079:6 2080:6 | 2171:6 2172:6 | 2261:6 2262:6 | 2353:6,18 2354:6 |
| 2081:6 2082:6 | 2173:6 2174:6 | 2263:6 2264:6 | 2355:6 2356:6 |
| 2083:6 2084:6 | 2175:6 2176:6 | 2265:6 2266:6 | 2357:6 2358:6 |
| 2085:6 2086:6 | 2177:6 2178:6 | 2267:6 2268:6 | 2359:6,46,50 |
| 2087:6 2088:6 | 2179:6 2180:6 | 2269:6 2270:6 | 2360:6 2361:6 |
| 2089:6 2090:6 | 2181:6 2182:6 | 2271:6 2272:6 | 2362:6 2363:6 |
| 2091:6 2092:6 | 2183:6 2184:6 | 2273:6 2274:6 | 2364:6 2365:6 |
| 2093:6 2094:6 | 2185:6 2186:6 | 2275:6 2276:6 | 2366:6 2367:6 |
| 2095:6 2096:6 | 2187:6 2188:6 | 2277:6,26 2278:6 | 2368:6 2369:6 |
| 2097:6 2098:6 | 2189:6 2190:6,8 | 2279:6 2280:6 | 2370:6 2371:6 |
| 2099:6 2100:6 | 2191:6 2192:6 | 2281:6,6 2282:6 | 2372:6 2373:6 |
| 2101:6 2102:6 | 2193:6 2194:6 | 2283:6 2284:6 | 2374:6 2375:6 |
| 2103:6 2104:6 | 2195:6 2196:6,44 | 2285:6 2286:6 | 2376:6 2377:6 |
| 2105:6 2106:6 | 2197:6 2198:6 | 2287:6 2288:6 | 2378:6 2379:6 |
| 2107:6 2108:6 | 2199:6 2200:6 | 2289:6 2290:6 | 2380:6 2381:6 |
| 2109:6 2110:6 | 2201:6 2202:6 | 2291:6 2292:6 | 2382:6 2383:6,8 |
| 2111:6 2112:6 | 2203:6 2204:6 | 2293:6 2294:6 | 2384:6 2385:6 |
| 2113:6 2114:6 | 2205:6,14 2206:6 | 2295:6 2296:6 | 2386:6 2387:6 |
| 2115:6 2116:6 | 2207:6 2208:6 | 2297:6 2298:6 | 2388:6 2389:6 |
| 2117:6 2118:6 | 2209:6 2210:6 | 2299:6 2300:6 | 2390:6 2391:6 |
| 2119:6 2120:6 | 2211:6 2212:6 | 2301:6 2302:6 | 2392:6 2393:6 |
| 2121:6 2122:6 | 2213:6,8,42,50,52 | 2303:6 2304:6 | 2394:6 2395:6 |
| 2123:6 2124:6 | 2214:6 2215:6 | 2305:6 2306:6 | 2396:6 2397:6 |
| 2125:6 2126:6 | 2216:6 2217:6 | 2307:6 2308:6 | 2398:6 2399:6 |
| 2127:6 2128:6 | 2218:6 2219:6 | 2309:6 2310:6 | 2400:6 2401:6 |
| 2129:6 2130:6 | 2220:6 2221:6 | 2311:6 2312:6 | 2402:6 2403:6 |
| 2131:6 2132:6 | 2222:6 2223:6 | 2313:6 2314:6 | 2404:6 |
| 2133:6 2134:6 | 2224:6 2225:6 | 2315:6 2316:6 | **2.1** |
| 2135:6 2136:6 | 2226:6 2227:6 | 2317:6 2318:6,24 | 2170:52 |
| 2137:6 2138:6 | 2228:6 2229:6 | 2319:6,22 2320:6 | **2.2** |
| 2139:6 2140:6,50 | 2230:6,22 2231:6 | 2321:6 2322:6,8,12 | 2170:52 |
| 2141:6 2142:6 | 2231:36,40 2232:6 | 2323:6 2324:6 | **2.3** |
| 2143:6 2144:6 | 2233:6 2234:6 | 2325:6 2326:6 | 2190:10,16 2191:6 |
| 2145:6 2146:6 | 2235:6 2236:6 | 2327:6 2328:6 | 2319:26 |
| 2147:6 2148:6 | 2237:6 2238:6 | 2329:6 2330:6 | **2:12** |
| 2149:6 2150:6 | 2239:6 2240:6 | 2331:6 2332:6 | 2276:40,42 |
| 2151:6 2152:6 | 2241:6 2242:6 | 2333:6 2334:6 | **2:20** |

**MAGNA**
**LEGAL SERVICES**

| | | | |
|---|---|---|---|
| 2276:44 | 2103:42 2104:42 | 2195:42 2196:42 | 2287:42 2288:42 |
| **2:23** | 2105:42 2106:42 | 2197:28,42 2198:42 | 2289:42 2290:42 |
| 2276:48 | 2107:42 2108:42 | 2199:42 2200:42 | 2291:42 2292:42 |
| **2:27** | 2109:42 2110:42 | 2201:42 2202:42 | 2293:42 2294:42 |
| 2281:40 | 2111:42 2112:42 | 2203:42 2204:42 | 2295:42 2296:42 |
| **2:29** | 2113:42 2114:42 | 2205:42 2206:42 | 2297:42 2298:42 |
| 2281:46 | 2115:42 2116:42 | 2207:42 2208:42 | 2299:42 2300:42 |
| **20** | 2117:42 2118:42 | 2209:42 2210:42 | 2301:42 2302:42 |
| 2030:40 2032:42 | 2119:42 2120:42 | 2211:42 2212:42 | 2303:42 2304:42 |
| 2033:42 2034:42 | 2121:42 2122:42 | 2213:42 2214:42 | 2305:42 2306:42 |
| 2035:42 2036:42 | 2123:42 2124:42 | 2215:42 2216:42 | 2307:42 2308:42 |
| 2037:42 2038:42 | 2125:42 2126:42 | 2217:42 2218:42 | 2309:42 2310:42 |
| 2039:42 2040:42 | 2127:42 2128:42 | 2219:42 2220:42 | 2311:42 2312:42 |
| 2041:42 2042:42 | 2129:42 2130:42 | 2221:42 2222:42 | 2313:42 2314:42 |
| 2043:2,42 2044:42 | 2131:42 2132:42 | 2223:42 2224:42 | 2315:42 2316:42 |
| 2045:42 2046:42 | 2133:42 2134:42 | 2225:42 2226:42 | 2317:42 2318:42 |
| 2047:42 2048:42 | 2135:42 2136:42 | 2227:42 2228:42 | 2319:42 2320:42 |
| 2049:42 2050:42 | 2137:42 2138:42 | 2229:42 2230:42 | 2321:42 2322:42 |
| 2051:42 2052:42 | 2139:42 2140:42 | 2231:42 2232:42 | 2323:42 2324:42 |
| 2053:42 2054:42 | 2141:42 2142:42 | 2233:42 2234:42 | 2325:42 2326:42 |
| 2055:42 2056:42 | 2143:42 2144:42 | 2235:42 2236:42 | 2327:42 2328:42 |
| 2057:14,16,42 | 2145:42 2146:42 | 2237:42 2238:42 | 2329:42 2330:42 |
| 2058:42 2059:18,26 | 2147:42 2148:42 | 2239:42 2240:42 | 2331:42 2332:42 |
| 2059:42 2060:18,42 | 2149:42 2150:42 | 2241:42 2242:42 | 2333:42 2334:42 |
| 2061:42,52 2062:28 | 2151:42 2152:42 | 2243:42 2244:42 | 2335:42 2336:42 |
| 2062:42,52 2063:42 | 2153:42 2154:42 | 2245:42 2246:42 | 2337:42 2338:42 |
| 2064:28,42 2065:42 | 2155:42 2156:42 | 2247:42 2248:42 | 2339:42 2340:42 |
| 2066:42 2067:42 | 2157:42 2158:42 | 2249:42 2250:42 | 2341:42 2342:42 |
| 2068:42 2069:42 | 2159:42 2160:42 | 2251:42 2252:42 | 2343:42 2344:42 |
| 2070:42 2071:42 | 2161:42 2162:42 | 2253:42 2254:42 | 2345:42 2346:42 |
| 2072:42 2073:42 | 2163:42 2164:42 | 2255:42 2256:42 | 2347:42 2348:42 |
| 2074:42 2075:42 | 2165:42 2166:42 | 2257:42 2258:42 | 2349:42 2350:42 |
| 2076:42 2077:42 | 2167:42 2168:42 | 2259:42 2260:42 | 2351:42 2352:42 |
| 2078:42 2079:42 | 2169:42 2170:42 | 2261:42 2262:42 | 2353:42 2354:42 |
| 2080:42 2081:34,36 | 2171:42 2172:42 | 2263:42 2264:42 | 2355:42 2356:42,48 |
| 2081:40,42 2082:42 | 2173:42 2174:42 | 2265:42 2266:42 | 2357:42 2358:42 |
| 2083:42 2084:42 | 2175:42 2176:42 | 2267:42 2268:42 | 2359:42 2360:42 |
| 2085:42 2086:42 | 2177:32,42 2178:42 | 2269:42 2270:42 | 2361:42 2362:42 |
| 2087:42 2088:42 | 2179:42 2180:42 | 2271:42 2272:42 | 2363:42 2364:42 |
| 2089:42 2090:42 | 2181:42 2182:42 | 2273:42 2274:42 | 2365:42 2366:42 |
| 2091:42 2092:42 | 2183:42 2184:42 | 2275:42 2276:42 | 2367:42 2368:42 |
| 2093:42 2094:42 | 2185:42 2186:42 | 2277:42 2278:42 | 2369:42 2370:42 |
| 2095:42 2096:42 | 2187:42 2188:42 | 2279:42 2280:42 | 2371:42 2372:42 |
| 2097:42 2098:42 | 2189:42 2190:42 | 2281:42 2282:42 | 2373:42 2374:42 |
| 2099:42 2100:42 | 2191:42 2192:42 | 2283:42 2284:42 | 2375:42 2376:42 |
| 2101:42 2102:42 | 2193:42 2194:42 | 2285:42,44 2286:42 | 2377:42 2378:42 |

MAGNA○
LEGAL SERVICES

2379:42 2380:42
2381:42 2382:42
2383:42 2384:42
2385:42 2386:42
2387:42 2388:42
2389:42 2390:42
2391:42 2392:42
2393:42 2394:42
2395:42 2396:42
2397:42 2398:42
2399:42 2400:42
2401:42 2402:42
2403:42 2404:42
**200**
2100:6 2199:8
2223:2
**2000**
2159:6,38 2160:24
2160:34 2164:18
2192:44 2212:8
**2008**
2160:48 2162:42
**201**
2224:2
**2010**
2160:48 2162:42,52
2163:28,36 2214:28
2238:6 2348:32
2352:30 2354:8
2391:28 2392:52
**2011**
2128:14
**2015**
2128:20,30,32
2129:38,46
**2019**
2049:40 2081:48
2129:44,44,48
2197:16,18,20
2198:6,46 2199:8
2199:18,36 2200:34
2200:36,50 2201:10
**202**
2225:2
**2020**
2056:10,12,24

2081:48 2083:16
**2021**
2029:27,33,36
2031:26 2049:44
2050:16,44 2051:12
2051:24,26 2053:42
2058:26 2059:30,34
2059:44 2060:8,14
2060:22,28,32
2061:28,46 2062:4
2062:26,30,42
2063:6 2064:30
2065:14,16 2066:52
2067:6,14 2069:32
2070:24 2076:32,42
2076:44 2077:18
2081:22,28 2082:40
2083:32 2084:14,16
2126:46 2127:10,24
2127:28 2150:22
2153:46 2154:32,40
2156:4,6,40
2157:40,50 2159:6
2159:40 2160:26,34
2164:20 2166:10
2168:16 2177:12,34
2185:12 2186:52
2192:28,46 2193:4
2203:48 2212:8,38
2226:8 2227:6,14
2237:52 2284:48
2286:4 2337:42
2375:32 2387:20,40
**2022**
2028:40,43,46,49
2029:43 2030:14,18
2030:25,32,44
2031:11,15,32,35
2055:6 2056:20
2064:50 2081:22,30
2087:36,40 2088:14
2088:16 2097:38
2099:32 2117:34
2120:18 2121:12,18
2122:42 2123:6
2124:50 2125:24,42

2135:16,30,40
2136:6 2140:50
2142:12,22 2153:38
2154:20,28,38,42
2154:48 2155:8,14
2165:36,40 2206:52
2246:28,44 2270:24
2272:10,12 2299:4
2301:46 2312:12
2327:14,30 2328:16
2333:42 2334:14,40
2335:18,42 2340:18
2347:28 2358:24,50
2359:28,42 2362:20
2363:10 2364:6
2368:18 2369:14
2373:32,46 2374:26
2375:14 2376:34
2379:14 2380:30
2390:4,12 2394:36
2394:46 2395:8
2398:26 2400:24
**2023**
2029:11,14,17,20
2030:40 2031:18,29
2033:50 2054:20
2055:6,8 2064:50
2071:20 2129:38
2144:16 2146:20,46
2147:8,48 2148:6
2148:24 2154:6,8
2329:28 2356:48
2379:46 2388:14,42
2391:42 2392:50
2393:36 2394:26
**2024**
2024:36 2027:16
2032:8 2034:18,22
2034:34 2248:30,50
2403:26 2404:40
**203**
2226:2
**204**
2227:2
**205**
2228:2

**206**
2229:2
**207**
2230:2
**208**
2231:2
**209**
2232:2
**21**
2029:43 2032:44
2033:44 2034:44
2035:44 2036:44
2037:44 2038:44
2039:44 2040:44
2041:44 2042:44
2043:44 2044:2,44
2045:44 2046:44
2047:44 2048:44
2049:44 2050:44
2051:44 2052:44
2053:44 2054:44
2055:44 2056:44
2057:44 2058:44
2059:44 2060:44
2061:44 2062:44
2063:44 2064:44
2065:44 2066:44
2067:16,44 2068:44
2069:44 2070:44
2071:44 2072:44
2073:44 2074:44
2075:44 2076:44
2077:44 2078:44
2079:44 2080:44
2081:44 2082:44
2083:44 2084:44
2085:44 2086:44
2087:44 2088:44
2089:44 2090:44
2091:44 2092:44
2093:44 2094:44
2095:44 2096:44
2097:44 2098:44
2099:44 2100:44
2101:44 2102:44
2103:44 2104:44

MAGNA
LEGAL SERVICES

| | | | |
|---|---|---|---|
| 2105:44 2106:44 | 2197:44 2198:44 | 2289:44 2290:44 | 2381:44 2382:44 |
| 2107:44 2108:44 | 2199:44 2200:44 | 2291:44 2292:44 | 2383:44 2384:44 |
| 2109:44 2110:44 | 2201:44 2202:44 | 2293:44 2294:44 | 2385:44 2386:44 |
| 2111:44 2112:44 | 2203:44 2204:44 | 2295:44 2296:44 | 2387:44 2388:44 |
| 2113:44 2114:44 | 2205:44 2206:44 | 2297:44 2298:44 | 2389:44 2390:44 |
| 2115:44 2116:44 | 2207:44 2208:44 | 2299:44 2300:44 | 2391:44 2392:44 |
| 2117:44 2118:44 | 2209:44 2210:44 | 2301:44 2302:44 | 2393:44 2394:44 |
| 2119:44 2120:44 | 2211:44 2212:44 | 2303:44 2304:44 | 2395:44 2396:44 |
| 2121:44 2122:44 | 2213:44 2214:44 | 2305:44 2306:44 | 2397:44 2398:44 |
| 2123:44 2124:44 | 2215:44 2216:44 | 2307:44 2308:44 | 2399:44 2400:44 |
| 2125:44 2126:44,48 | 2217:44 2218:44 | 2309:44 2310:44 | 2401:44 2402:44 |
| 2127:44 2128:44 | 2219:44 2220:44 | 2311:44 2312:44 | 2403:44 2404:44 |
| 2129:44 2130:44 | 2221:44 2222:44 | 2313:44 2314:44 | **210** |
| 2131:44 2132:44 | 2223:44 2224:44 | 2315:44 2316:44 | 2233:2 |
| 2133:44 2134:44 | 2225:44 2226:44 | 2317:44 2318:44 | **211** |
| 2135:44 2136:44 | 2227:44 2228:44 | 2319:44 2320:44 | 2234:2 |
| 2137:44 2138:44 | 2229:44 2230:42,44 | 2321:44 2322:44 | **212** |
| 2139:44 2140:44 | 2231:44 2232:44 | 2323:44 2324:44 | 2235:2 |
| 2141:44 2142:44 | 2233:44 2234:44 | 2325:44 2326:44 | **213** |
| 2143:44 2144:44 | 2235:44 2236:44 | 2327:44 2328:44 | 2236:2 |
| 2145:44 2146:44 | 2237:44 2238:44 | 2329:44 2330:44 | **214** |
| 2147:44 2148:44 | 2239:44 2240:44 | 2331:44 2332:44 | 2237:2 |
| 2149:44 2150:44 | 2241:44 2242:44 | 2333:44 2334:44 | **215** |
| 2151:44 2152:44 | 2243:44 2244:44 | 2335:44 2336:44 | 2238:2 |
| 2153:44 2154:44 | 2245:44 2246:28,44 | 2337:44 2338:44 | **216** |
| 2155:44 2156:44 | 2247:44 2248:44 | 2339:44 2340:44 | 2239:2 |
| 2157:44 2158:44 | 2249:44 2250:44 | 2341:44 2342:44 | **217** |
| 2159:44 2160:44 | 2251:44 2252:44 | 2343:44 2344:44 | 2240:2 |
| 2161:44 2162:44 | 2253:44 2254:44 | 2345:44 2346:44 | **218** |
| 2163:44 2164:44 | 2255:44 2256:44 | 2347:44 2348:44 | 2197:42 2199:8 |
| 2165:44 2166:44 | 2257:44 2258:44 | 2349:44 2350:44 | 2201:12 2209:14 |
| 2167:44 2168:44 | 2259:44 2260:44 | 2351:44 2352:44 | 2241:2 |
| 2169:44 2170:44 | 2261:44 2262:44 | 2353:44 2354:44 | **219** |
| 2171:44 2172:44 | 2263:44 2264:44 | 2355:44 2356:44 | 2242:2 |
| 2173:44 2174:44 | 2265:44 2266:44 | 2357:44 2358:44 | **21st** |
| 2175:44 2176:44,44 | 2267:44 2268:44 | 2359:44 2360:44 | 2095:24,28 2099:38 |
| 2177:44 2178:44 | 2269:44 2270:44 | 2361:44 2362:44 | 2099:42 2246:44 |
| 2179:44 2180:44 | 2271:44 2272:44 | 2363:44 2364:44 | 2249:20 |
| 2181:44 2182:44 | 2273:44 2274:44 | 2365:44 2366:44 | **22** |
| 2183:44 2184:44 | 2275:44 2276:44 | 2367:44 2368:44 | 2032:46 2033:46 |
| 2185:44 2186:44 | 2277:44 2278:44 | 2369:44 2370:44 | 2034:46 2035:46 |
| 2187:44 2188:44 | 2279:44 2280:44 | 2371:44 2372:44 | 2036:46 2037:46 |
| 2189:44 2190:44 | 2281:44 2282:44 | 2373:44 2374:14,44 | 2038:46 2039:46 |
| 2191:44 2192:44 | 2283:44 2284:44 | 2375:44 2376:44 | 2040:46 2041:46 |
| 2193:44 2194:44 | 2285:44 2286:44 | 2377:44 2378:44 | 2042:46 2043:46 |
| 2195:44 2196:44 | 2287:44 2288:44 | 2379:44 2380:44 | 2044:46 2045:2,46 |

**MAGNA**
LEGAL SERVICES

| | | | |
|---|---|---|---|
| 2046:46 2047:46 | 2136:46 2137:46 | 2227:46 2228:46 | 2319:46 2320:46 |
| 2048:46 2049:46 | 2138:46 2139:46 | 2229:46 2230:46 | 2321:46 2322:46 |
| 2050:46 2051:46 | 2140:46 2141:46 | 2231:46 2232:46 | 2323:46 2324:46 |
| 2052:46 2053:46 | 2142:8,46 2143:46 | 2233:46 2234:46 | 2325:46 2326:46 |
| 2054:46 2055:46 | 2144:46 2145:46 | 2235:46 2236:46 | 2327:46 2328:46 |
| 2056:46 2057:46 | 2146:46 2147:46 | 2237:46 2238:46 | 2329:46 2330:46 |
| 2058:46 2059:46 | 2148:46 2149:46 | 2239:46 2240:46 | 2331:46 2332:46 |
| 2060:46 2061:46 | 2150:46 2151:46 | 2241:46 2242:46 | 2333:46 2334:34,46 |
| 2062:46 2063:46 | 2152:46 2153:46 | 2243:46 2244:46 | 2335:46 2336:46 |
| 2064:46 2065:46 | 2154:4,34,46 | 2245:46 2246:46 | 2337:26,46 2338:46 |
| 2066:46 2067:46 | 2155:46 2156:46 | 2247:46 2248:46 | 2339:46 2340:46 |
| 2068:46 2069:46 | 2157:46 2158:46 | 2249:46 2250:46 | 2341:46 2342:46 |
| 2070:46 2071:46 | 2159:46 2160:46 | 2251:46 2252:46 | 2343:46 2344:46 |
| 2072:46 2073:46 | 2161:46 2162:46 | 2253:46 2254:46 | 2345:46 2346:46 |
| 2074:46 2075:46 | 2163:46 2164:46 | 2255:46 2256:46 | 2347:46 2348:46 |
| 2076:46 2077:46 | 2165:46 2166:46 | 2257:46 2258:46 | 2349:46 2350:46 |
| 2078:46 2079:46 | 2167:46 2168:46 | 2259:46 2260:46 | 2351:46 2352:46 |
| 2080:46 2081:46 | 2169:46 2170:46 | 2261:46 2262:46 | 2353:46 2354:46 |
| 2082:46 2083:46 | 2171:46 2172:46 | 2263:46 2264:46 | 2355:46 2356:46 |
| 2084:46 2085:46 | 2173:46 2174:46 | 2265:46 2266:46 | 2357:46 2358:46,48 |
| 2086:46 2087:46 | 2175:46 2176:46 | 2267:46 2268:46 | 2359:46 2360:46 |
| 2088:46 2089:46 | 2177:46 2178:46 | 2269:46 2270:46 | 2361:46 2362:46 |
| 2090:18,20,46 | 2179:46 2180:46 | 2271:46 2272:46 | 2363:44,46 2364:46 |
| 2091:46 2092:46 | 2181:46 2182:46 | 2273:46 2274:46 | 2365:46 2366:46 |
| 2093:46 2094:46 | 2183:46 2184:46 | 2275:46 2276:46 | 2367:46 2368:46 |
| 2095:46 2096:46 | 2185:46 2186:46 | 2277:46 2278:46 | 2369:46 2370:46 |
| 2097:46 2098:46 | 2187:46 2188:46 | 2279:46 2280:46 | 2371:46 2372:46 |
| 2099:46 2100:46 | 2189:46 2190:46 | 2281:46 2282:46 | 2373:46 2374:8,46 |
| 2101:46 2102:46 | 2191:46 2192:46 | 2283:46 2284:46 | 2375:46 2376:46 |
| 2103:46 2104:46 | 2193:46 2194:46 | 2285:46 2286:46 | 2377:46 2378:46 |
| 2105:46 2106:46 | 2195:46 2196:46 | 2287:46 2288:46 | 2379:46 2380:46 |
| 2107:46 2108:46 | 2197:46 2198:46 | 2289:46 2290:46 | 2381:46 2382:46 |
| 2109:46 2110:46 | 2199:46 2200:46 | 2291:46 2292:46 | 2383:46 2384:10,46 |
| 2111:46 2112:46 | 2201:46 2202:46 | 2293:46 2294:46 | 2385:46 2386:46 |
| 2113:46 2114:46 | 2203:46 2204:46 | 2295:46 2296:46 | 2387:46 2388:46 |
| 2115:46 2116:46 | 2205:46 2206:46 | 2297:46 2298:46 | 2389:46 2390:46 |
| 2117:46 2118:46 | 2207:46 2208:46 | 2299:46 2300:46 | 2391:46 2392:46 |
| 2119:46 2120:46 | 2209:46 2210:46 | 2301:46 2302:46 | 2393:46 2394:46 |
| 2121:26,30,46 | 2211:46 2212:46 | 2303:46 2304:46 | 2395:46 2396:46 |
| 2122:26,46 2123:46 | 2213:46 2214:46 | 2305:46 2306:46 | 2397:46 2398:46 |
| 2124:46 2125:46 | 2215:46 2216:46 | 2307:46 2308:46 | 2399:46 2400:46 |
| 2126:46 2127:4,46 | 2217:46 2218:46 | 2309:46 2310:46 | 2401:46 2402:46 |
| 2128:46 2129:46 | 2219:46 2220:46 | 2311:46 2312:46 | 2403:46 2404:46 |
| 2130:46 2131:46 | 2221:46 2222:46 | 2313:46 2314:46 | **220** |
| 2132:46 2133:46 | 2223:46 2224:46 | 2315:46 2316:46 | 2243:2 |
| 2134:32,46 2135:46 | 2225:46 2226:46 | 2317:46 2318:46 | **221** |

MAGNA
LEGAL SERVICES

2244:2
**222**
2245:2
**223**
2029:42 2246:2
**224**
2247:2
**225**
2248:2
**226**
2249:2
**227**
2250:2
**228**
2251:2,4
**229**
2252:2
**22nd**
2089:32 2095:26,30
2099:40 2120:18
2121:18 2186:52
2247:14 2347:26
**23**
2028:30 2029:36
2032:48 2033:48
2034:48 2035:48
2036:48 2037:48
2038:48 2039:48
2040:48 2041:48
2042:48 2043:48
2044:48 2045:48
2046:2,48 2047:48
2048:48 2049:48
2050:48 2051:48
2052:48 2053:48
2054:48 2055:48
2056:48 2057:48
2058:48 2059:48
2060:48 2061:48
2062:48 2063:48
2064:48 2065:48
2066:48 2067:48
2068:48 2069:48
2070:48 2071:48
2072:48 2073:48
2074:48 2075:48

2076:48 2077:48
2078:48 2079:48
2080:48 2081:48
2082:48 2083:48
2084:48 2085:48
2086:48 2087:48
2088:48 2089:48
2090:18,18,20,48
2091:48 2092:48
2093:48 2094:48
2095:48 2096:48
2097:48 2098:48
2099:48 2100:48
2101:48 2102:48
2103:48 2104:48
2105:48 2106:48
2107:48 2108:48
2109:48 2110:48
2111:48 2112:48
2113:48 2114:48
2115:48 2116:48
2117:48 2118:48
2119:48 2120:48
2121:48 2122:48
2123:48 2124:48
2125:48 2126:48
2127:48 2128:42,48
2129:48 2130:48
2131:48 2132:48
2133:48 2134:48
2135:48 2136:48
2137:48 2138:48
2139:48 2140:48
2141:48 2142:48
2143:48 2144:48
2145:48 2146:48
2147:48 2148:48
2149:48 2150:48
2151:48 2152:48
2153:48 2154:48,50
2155:48 2156:48
2157:48 2158:48
2159:48 2160:48
2161:48 2162:48
2163:48 2164:48
2165:48 2166:48

2167:48 2168:48
2169:48 2170:48
2171:48 2172:48
2173:48 2174:48
2175:48 2176:48
2177:48 2178:48
2179:48 2180:48
2181:48 2182:48
2183:48 2184:48
2185:12,48 2186:48
2187:48 2188:48
2189:48 2190:48
2191:48 2192:48
2193:48 2194:48
2195:48 2196:48
2197:48 2198:48
2199:48 2200:48
2201:48 2202:48
2203:48 2204:48
2205:48 2206:48
2207:48 2208:48
2209:48 2210:48
2211:48 2212:48
2213:48 2214:48
2215:48 2216:48
2217:48 2218:48
2219:48 2220:48
2221:48 2222:48
2223:48 2224:48
2225:48 2226:48
2227:48 2228:48
2229:48 2230:48
2231:48 2232:48
2233:48 2234:48
2235:48 2236:48
2237:48 2238:48
2239:48 2240:48
2241:48 2242:48
2243:48 2244:48
2245:48 2246:48
2247:48 2248:48
2249:48 2250:48
2251:48 2252:48
2253:48 2254:48
2255:48 2256:48
2257:48 2258:48

2259:48 2260:48
2261:48 2262:48
2263:48 2264:48
2265:48 2266:48
2267:48 2268:48
2269:48 2270:48
2271:48 2272:48
2273:48 2274:48
2275:48 2276:48
2277:48 2278:48
2279:48 2280:48
2281:48 2282:48
2283:48 2284:48
2285:48 2286:48
2287:48 2288:48
2289:48 2290:48
2291:48 2292:48
2293:48 2294:48
2295:48 2296:48
2297:48 2298:48
2299:48 2300:48
2301:48 2302:48
2303:48 2304:48
2305:48 2306:48
2307:48 2308:48
2309:48 2310:48
2311:48 2312:48
2313:48 2314:48
2315:48 2316:48
2317:48 2318:48
2319:48 2320:48
2321:48 2322:48
2323:48 2324:48
2325:48 2326:48
2327:48 2328:48
2329:48 2330:48
2331:48 2332:48
2333:48 2334:48
2335:48 2336:48
2337:48 2338:48
2339:48 2340:48
2341:48 2342:48
2343:48 2344:48
2345:48 2346:48
2347:48 2348:48
2349:48 2350:48

MAGNA⊙
LEGAL SERVICES

| | | | |
|---|---|---|---|
| 2351:48 2352:48 | **239** | 2110:50 2111:50 | 2201:50 2202:50 |
| 2353:48 2354:48 | 2262:2 | 2112:50 2113:50 | 2203:50 2204:50 |
| 2355:48 2356:48 | **23rd** | 2114:50 2115:50 | 2205:50 2206:50 |
| 2357:48 2358:48 | 2044:48,50 2045:4 | 2116:50 2117:50 | 2207:50 2208:50 |
| 2359:48 2360:48 | 2045:10 2046:40 | 2118:50 2119:50 | 2209:50 2210:50 |
| 2361:48 2362:48 | **24** | 2120:50 2121:50 | 2211:50 2212:50 |
| 2363:24,44,48 | 2028:36 2029:17,20 | 2122:50 2123:50 | 2213:50 2214:50 |
| 2364:48 2365:48 | 2032:50 2033:50 | 2124:50 2125:50 | 2215:50 2216:50 |
| 2366:48 2367:48 | 2034:50 2035:50 | 2126:50 2127:50 | 2217:50 2218:50 |
| 2368:48 2369:48 | 2036:50 2037:50 | 2128:50 2129:50 | 2219:50 2220:50 |
| 2370:48 2371:48 | 2038:50 2039:50 | 2130:50 2131:50 | 2221:50 2222:50 |
| 2372:48 2373:48 | 2040:50 2041:50 | 2132:50 2133:50 | 2223:50 2224:50 |
| 2374:48 2375:48 | 2042:50 2043:50 | 2134:50 2135:50 | 2225:50 2226:50 |
| 2376:48 2377:48 | 2044:50 2045:50 | 2136:50 2137:50 | 2227:50 2228:50 |
| 2378:48 2379:48 | 2046:50 2047:2,50 | 2138:50 2139:50 | 2229:50 2230:50 |
| 2380:48 2381:48 | 2048:50 2049:50 | 2140:50 2141:50 | 2231:50 2232:50 |
| 2382:48 2383:48 | 2050:50 2051:50 | 2142:50 2143:50 | 2233:50 2234:50 |
| 2384:48 2385:48 | 2052:50 2053:50 | 2144:50 2145:50 | 2235:50 2236:50 |
| 2386:48 2387:48 | 2054:50 2055:50 | 2146:50 2147:8,48 | 2237:50 2238:50 |
| 2388:48 2389:48 | 2056:50 2057:50 | 2147:50 2148:50 | 2239:50 2240:50 |
| 2390:48 2391:48 | 2058:50 2059:50 | 2149:50 2150:50 | 2241:50 2242:50 |
| 2392:48 2393:48 | 2060:50 2061:50 | 2151:50 2152:50 | 2243:50 2244:50 |
| 2394:48 2395:48 | 2062:50 2063:50 | 2153:50 2154:50 | 2245:50 2246:50 |
| 2396:48 2397:48 | 2064:50 2065:50 | 2155:50 2156:50 | 2247:50 2248:50 |
| 2398:48 2399:48 | 2066:50 2067:50 | 2157:50 2158:50 | 2249:50 2250:50 |
| 2400:48 2401:48 | 2068:50 2069:50 | 2159:50 2160:50 | 2251:50 2252:50 |
| 2402:48 2403:48 | 2070:50 2071:50 | 2161:50 2162:50 | 2253:50 2254:50 |
| 2404:48 | 2072:50 2073:50 | 2163:50 2164:50 | 2255:50 2256:50 |
| **230** | 2074:50 2075:50 | 2165:50 2166:50 | 2257:50 2258:50 |
| 2253:2 2254:4 | 2076:50 2077:50 | 2167:50 2168:50 | 2259:50 2260:50 |
| **231** | 2078:50 2079:50 | 2169:50 2170:50 | 2261:50 2262:50 |
| 2254:2 | 2080:50 2081:50 | 2171:50 2172:50 | 2263:50 2264:50 |
| **232** | 2082:50 2083:50 | 2173:50 2174:50 | 2265:50 2266:50 |
| 2255:2 | 2084:50 2085:50 | 2175:50 2176:50 | 2267:50 2268:50 |
| **233** | 2086:50 2087:50 | 2177:50 2178:50 | 2269:50 2270:50 |
| 2256:2 | 2088:50 2089:50 | 2179:50 2180:50 | 2271:50 2272:50 |
| **234** | 2090:50 2091:50 | 2181:50 2182:50 | 2273:50 2274:50 |
| 2257:2 | 2092:50 2093:50 | 2183:50 2184:50 | 2275:50 2276:50 |
| **235** | 2094:50 2095:50 | 2185:50 2186:50 | 2277:50 2278:50 |
| 2258:2 | 2096:50 2097:50 | 2187:50 2188:50 | 2279:50 2280:50 |
| **236** | 2098:50 2099:50 | 2189:50 2190:50 | 2281:50 2282:50 |
| 2259:2 | 2100:50 2101:50 | 2191:50 2192:50 | 2283:50 2284:50 |
| **237** | 2102:50 2103:50 | 2193:50 2194:50 | 2285:50 2286:50 |
| 2260:2 | 2104:50 2105:50 | 2195:50 2196:50 | 2287:50 2288:50 |
| **238** | 2106:50 2107:50 | 2197:50 2198:50 | 2289:50 2290:50 |
| 2261:2 | 2108:50 2109:50 | 2199:50 2200:50 | 2291:50 2292:50 |

| | | | |
|---|---|---|---|
| 2293:50 2294:50 | 2385:50 2386:50 | 2051:52 2052:52 | 2143:52 2144:52 |
| 2295:50 2296:50 | 2387:50 2388:50 | 2053:52 2054:52 | 2145:52 2146:52 |
| 2297:50 2298:50 | 2389:50 2390:50 | 2055:52 2056:52 | 2147:52 2148:52 |
| 2299:50 2300:50 | 2391:50 2392:50 | 2057:52 2058:52 | 2149:52 2150:52 |
| 2301:50 2302:50 | 2393:50 2394:50 | 2059:52 2060:52 | 2151:52 2152:52 |
| 2303:50 2304:50 | 2395:50 2396:50 | 2061:52 2062:52 | 2153:52 2154:52 |
| 2305:50 2306:50 | 2397:50 2398:50 | 2063:52 2064:52 | 2155:52 2156:52 |
| 2307:50 2308:50 | 2399:50 2400:50 | 2065:20,52 2066:52 | 2157:52 2158:52 |
| 2309:50 2310:50 | 2401:50 2402:50 | 2067:52 2068:52 | 2159:52 2160:52 |
| 2311:50 2312:50 | 2403:50 2404:50 | 2069:52 2070:52 | 2161:52 2162:52 |
| 2313:50 2314:50 | **240** | 2071:52 2072:52 | 2163:52 2164:52 |
| 2315:50 2316:50 | 2263:2 | 2073:52 2074:52 | 2165:52 2166:52 |
| 2317:50 2318:50 | **2400** | 2075:52 2076:52 | 2167:52 2168:52 |
| 2319:50 2320:50 | 2025:27 | 2077:52 2078:52 | 2169:52 2170:52 |
| 2321:50 2322:50 | **241** | 2079:52 2080:52 | 2171:52 2172:52 |
| 2323:50 2324:50 | 2264:2 | 2081:52 2082:52 | 2173:52 2174:52 |
| 2325:50 2326:50 | **242** | 2083:52 2084:52 | 2175:52 2176:52 |
| 2327:50 2328:50 | 2265:2 | 2085:52 2086:52 | 2177:52 2178:52 |
| 2329:50 2330:50 | **243** | 2087:52 2088:52 | 2179:52 2180:52 |
| 2331:50 2332:50 | 2266:2 | 2089:52 2090:52 | 2181:52 2182:52 |
| 2333:50 2334:50 | **244** | 2091:52 2092:52 | 2183:52 2184:52 |
| 2335:50 2336:50 | 2267:2 | 2093:52 2094:52 | 2185:52 2186:52 |
| 2337:50 2338:50 | **245** | 2095:52 2096:52 | 2187:52 2188:52 |
| 2339:50 2340:50 | 2268:2 | 2097:52 2098:52 | 2189:52 2190:52 |
| 2341:50 2342:50 | **246** | 2099:52 2100:52 | 2191:52 2192:52 |
| 2343:50 2344:50 | 2029:46 2269:2 | 2101:52 2102:52 | 2193:52 2194:52 |
| 2345:50 2346:50 | **247** | 2103:52 2104:52 | 2195:52 2196:52 |
| 2347:50 2348:50 | 2270:2 | 2105:52 2106:52 | 2197:52 2198:52 |
| 2349:50 2350:50 | **248** | 2107:52 2108:52 | 2199:52 2200:52 |
| 2351:50 2352:50 | 2271:2 | 2109:52 2110:52 | 2201:52 2202:52 |
| 2353:50 2354:50 | **249** | 2111:52 2112:52 | 2203:52 2204:52 |
| 2355:50 2356:50 | 2272:2 | 2113:52 2114:52 | 2205:52 2206:52 |
| 2357:50 2358:50 | **24th** | 2115:52 2116:52 | 2207:52 2208:52 |
| 2359:50 2360:50 | 2148:6,24 2330:36 | 2117:52 2118:52 | 2209:52 2210:52 |
| 2361:50 2362:50 | 2331:16 | 2119:52 2120:52 | 2211:52 2212:52 |
| 2363:50 2364:50 | **25** | 2121:52 2122:52 | 2213:52 2214:52 |
| 2365:50 2366:50 | 2031:11 2032:52 | 2123:52 2124:52 | 2215:34,52 2216:52 |
| 2367:50 2368:50 | 2033:52 2034:52 | 2125:52 2126:52 | 2217:52 2218:52 |
| 2369:50 2370:50 | 2035:52 2036:52 | 2127:52 2128:52 | 2219:52 2220:52 |
| 2371:50 2372:50 | 2037:52 2038:52 | 2129:52 2130:52 | 2221:52 2222:52 |
| 2373:50 2374:50 | 2039:52 2040:52 | 2131:52 2132:52 | 2223:52 2224:52 |
| 2375:50 2376:50 | 2041:52 2042:52 | 2133:52 2134:32,52 | 2225:52 2226:52 |
| 2377:50 2378:50 | 2043:52 2044:52 | 2135:52 2136:52 | 2227:52 2228:52 |
| 2379:50 2380:50 | 2045:52 2046:52 | 2137:52 2138:52 | 2229:52 2230:52 |
| 2381:50 2382:50 | 2047:52 2048:2,52 | 2139:52 2140:52 | 2231:52 2232:52 |
| 2383:50 2384:50 | 2049:52 2050:52 | 2141:52 2142:52 | 2233:52 2234:52 |

MAGNA⊗
LEGAL SERVICES

2235:52 2236:52
2237:52 2238:52
2239:52 2240:52
2241:52 2242:52
2243:52 2244:52
2245:52 2246:52
2247:52 2248:52
2249:52 2250:52
2251:52 2252:52
2253:52 2254:52
2255:52 2256:52
2257:52 2258:52
2259:52 2260:52
2261:52 2262:52
2263:52 2264:52
2265:52 2266:52
2267:52 2268:52
2269:52 2270:52
2271:52 2272:52
2273:52 2274:52
2275:52 2276:52
2277:52 2278:52
2279:52 2280:52
2281:52 2282:52
2283:52 2284:52
2285:52 2286:52
2287:52 2288:52
2289:52 2290:52
2291:52 2292:52
2293:52 2294:52
2295:52 2296:52
2297:52 2298:52
2299:52 2300:52
2301:52 2302:52
2303:52 2304:52
2305:52 2306:52
2307:52 2308:52
2309:52 2310:52
2311:52 2312:52
2313:52 2314:52
2315:52 2316:52
2317:52 2318:52
2319:52 2320:52
2321:52 2322:52
2323:52 2324:6,40
2324:52 2325:52

2326:52 2327:52
2328:52 2329:52
2330:52 2331:52
2332:52 2333:52
2334:52 2335:52
2336:52 2337:52
2338:52 2339:52
2340:52 2341:52
2342:52 2343:52
2344:52 2345:52
2346:52 2347:52
2348:52 2349:52
2350:52 2351:52
2352:52 2353:52
2354:52 2355:52
2356:52 2357:52
2358:52 2359:52
2360:52 2361:52
2362:52 2363:52
2364:52 2365:52
2366:52 2367:52
2368:18,52 2369:52
2370:52 2371:52
2372:52 2373:52
2374:52 2375:52
2376:52 2377:52
2378:52 2379:52
2380:52 2381:52
2382:52 2383:52
2384:52 2385:52
2386:52 2387:52
2388:52 2389:52
2390:52 2391:52
2392:52 2393:52
2394:52 2395:52
2396:52 2397:52
2398:52 2399:52
2400:52 2401:52
2402:52 2403:52
2404:52
**250**
2100:10 2108:18
    2273:2 2310:42,44
    2310:46 2311:12
**251**
2274:2

**252**
2275:2
**253**
2276:2
**25322**
2025:47
**254**
2277:2
**255**
2278:2
**256**
2279:2
**257**
2280:2
**258**
2281:2,50
**259**
2282:2
**25th**
2026:17 2044:36,46
    2329:28,38 2369:14
    2373:32
**26**
2049:2 2073:6
    2079:26 2081:14,28
    2081:42
**26(a)(1)**
2030:29 2323:8,44
**260**
2283:2 2311:18
**261**
2284:2
**262**
2285:2
**263**
2030:9 2286:2
**264**
2287:2
**265**
2288:2
**266**
2289:2
**267**
2290:2
**268**
2291:2

**269**
2292:2
**27**
2024:36 2027:16
    2028:40,43 2050:2
    2135:16,30 2136:6
**270**
2293:2
**271**
2294:2
**272**
2295:2
**273**
2296:2
**274**
2297:2
**275**
2298:2 2311:20,22
    2311:26
**276**
2030:13 2299:2
**277**
2300:2
**278**
2030:17 2301:2
**279**
2302:2
**27th**
2032:6 2135:40
    2137:30,40 2177:34
    2284:48
**28**
2051:2
**280**
2030:21 2303:2
**281**
2304:2
**282**
2305:2
**283**
2306:2
**284**
2307:2
**285**
2308:2
**286**

| | | | |
|---|---|---|---|
| 2309:2 | 2045:8 2046:8 | 2137:8 2138:8 | 2227:8 2228:8 |
| **287** | 2047:8 2048:8 | 2139:8 2140:8 | 2229:8 2230:8,24 |
| 2310:2 | 2049:8 2050:8 | 2141:8 2142:8,12 | 2231:8 2232:8 |
| **288** | 2051:8 2052:8 | 2143:8 2144:8,16 | 2233:8 2234:8 |
| 2311:2 | 2053:8 2054:8 | 2145:8 2146:8,20 | 2235:8 2236:8 |
| **289** | 2055:8 2056:8 | 2147:8 2148:8 | 2237:8 2238:8 |
| 2030:24 2312:2 | 2057:8 2058:8 | 2149:8 2150:8 | 2239:8 2240:8 |
| **29** | 2059:8 2060:8 | 2151:8 2152:8 | 2241:8 2242:8 |
| 2052:2 | 2061:8 2062:8 | 2153:8 2154:8 | 2243:8 2244:8 |
| **290** | 2063:8 2064:8 | 2155:8 2156:8 | 2245:8 2246:8 |
| 2313:2 | 2065:8 2066:8 | 2157:8 2158:8 | 2247:8 2248:8 |
| **2908** | 2067:8 2068:8 | 2159:8 2160:8 | 2249:8 2250:8 |
| 2026:28 | 2069:8 2070:8 | 2161:8 2162:8 | 2251:8 2252:8 |
| **291** | 2071:8 2072:8 | 2163:8 2164:8 | 2253:8 2254:8 |
| 2314:2 | 2073:8 2074:8 | 2165:8 2166:8 | 2255:8 2256:8 |
| **292** | 2075:8 2076:8 | 2167:8 2168:8 | 2257:8 2258:8 |
| 2315:2 | 2077:8 2078:8 | 2169:8 2170:8 | 2259:8 2260:8 |
| **293** | 2079:8 2080:8 | 2171:8 2172:8 | 2261:8 2262:8 |
| 2316:2 | 2081:8 2082:8 | 2173:8 2174:8 | 2263:8 2264:8 |
| **294** | 2083:8 2084:8 | 2175:8 2176:8 | 2265:8 2266:8 |
| 2317:2 | 2085:8 2086:8 | 2177:8 2178:8 | 2267:8 2268:8 |
| **295** | 2087:8 2088:8 | 2179:8 2180:8 | 2269:8 2270:8 |
| 2318:2 | 2089:8 2090:8 | 2181:8 2182:8 | 2271:8 2272:8 |
| **296** | 2091:8 2092:8 | 2183:8 2184:8 | 2273:8 2274:8 |
| 2319:2 | 2093:8 2094:8 | 2185:8 2186:8 | 2275:8 2276:8 |
| **297** | 2095:8 2096:8 | 2187:8 2188:8 | 2277:8 2278:8 |
| 2320:2 | 2097:8 2098:8 | 2189:8 2190:8 | 2279:8,52 2280:8 |
| **298** | 2099:8 2100:8 | 2191:8,50,52 | 2280:12 2281:8 |
| 2321:2 | 2101:8 2102:8 | 2192:8 2193:8 | 2282:8 2283:8 |
| **299** | 2103:8 2104:8 | 2194:8,34,46 | 2284:8 2285:8 |
| 2322:2 | 2105:8 2106:8 | 2195:8 2196:8,44 | 2286:8 2287:8 |
| **2nd** | 2107:8 2108:8 | 2197:8 2198:8 | 2288:8 2289:8 |
| 2037:6 2045:24,28 | 2109:8 2110:8 | 2199:8 2200:8 | 2290:8 2291:8 |
| 2045:30 2142:22 | 2111:8 2112:8 | 2201:8 2202:8 | 2292:8 2293:8 |
| 2363:24 2364:6 | 2113:8 2114:8 | 2203:8 2204:8 | 2294:8 2295:8 |
| | 2115:8 2116:8 | 2205:8 2206:8 | 2296:8 2297:8 |
| **3** | 2117:8 2118:8 | 2207:8 2208:8 | 2298:8 2299:8 |
| **3** | 2119:8 2120:8 | 2209:8 2210:8 | 2300:8 2301:8 |
| 2028:49 2029:11,14 | 2121:8 2122:8 | 2211:8 2212:8 | 2302:8 2303:8 |
| 2031:26 2032:8 | 2123:8 2124:8 | 2213:8 2214:8 | 2304:8 2305:8 |
| 2033:8 2034:8 | 2125:8 2126:8 | 2215:8 2216:8 | 2306:8 2307:8 |
| 2035:8 2036:8 | 2127:8 2128:8 | 2217:8 2218:8 | 2308:8 2309:8 |
| 2037:8 2038:8 | 2129:8 2130:8 | 2219:8,38 2220:8 | 2310:8 2311:8 |
| 2039:8 2040:8 | 2131:8 2132:8 | 2221:8 2222:8 | 2312:8 2313:8 |
| 2041:8 2042:8 | 2133:8 2134:8 | 2223:8 2224:8 | 2314:8 2315:8 |
| 2043:8 2044:8 | 2135:8 2136:8 | 2225:8 2226:8 | 2316:8 2317:8 |

MAGNA&Ograve;
LEGAL SERVICES

2318:8 2319:8
2320:8 2321:8
2322:8 2323:8
2324:8 2325:8
2326:8 2327:8
2328:8 2329:8
2330:8 2331:8
2332:8 2333:8
2334:8 2335:8
2336:8 2337:8
2338:8 2339:8
2340:8 2341:8
2342:8 2343:8
2344:8 2345:8
2346:8 2347:8
2348:8 2349:8
2350:8 2351:8
2352:8 2353:8
2354:8 2355:8
2356:8 2357:8
2358:8 2359:8
2360:8 2361:8
2362:8 2363:8
2364:8 2365:8
2366:8 2367:8
2368:8 2369:8
2370:8 2371:8
2372:8 2373:8
2374:8 2375:8
2376:8 2377:8
2378:8 2379:8
2380:8 2381:8
2382:8 2383:8,8
2384:8 2385:8
2386:8 2387:8,20
2388:8 2389:8
2390:8 2391:8
2392:8 2393:8
2394:8 2395:8
2396:8 2397:8
2398:8 2399:8
2400:8 2401:8
2402:8 2403:8
2404:8
**3.1**
2210:52

**3.2**
2168:4 2213:38,42
2214:6
**3.5**
2254:8,32,36
2259:14,22,28
2260:28
**3.6**
2221:4
**3:23-CV-00243**
2024:13 2032:26
**3:24**
2328:6,8
**3:39**
2328:10,14
**30**
2031:15 2053:2
2065:20 2074:14,22
2074:42 2075:16,28
2075:34 2165:34
2324:6 2374:26
2400:24
**30-**
2128:22
**30-minute**
2128:18
**30(b)(6)**
2024:30 2027:8
2028:26,33 2034:42
2046:24 2238:24
2243:12 2256:42
2260:8 2261:20
2262:8 2267:18,46
2274:32 2285:32
2287:20,36 2288:36
2289:6,30 2290:14
2290:24 2292:6,50
2293:18 2296:6
2299:40 2301:12
2302:30 2303:10
2304:24 2305:26
2306:26 2308:28
2312:36 2314:30
2315:20,48 2316:22
2325:34 2326:40
2333:52 2334:24

2335:28 2336:6,28
2337:8,32,50
2339:48 2340:24,50
2341:20 2342:14,36
2343:18,36 2346:30
2346:48 2352:12
2355:18 2366:34,52
2370:50 2371:48
2373:38 2379:18
2382:24 2391:14,32
2392:44 2393:44
2400:38 2401:8
**300**
2030:28 2109:44
2219:16 2323:2
**300,000**
2120:26 2219:10
2221:4
**301**
2324:2
**302**
2325:2
**303**
2326:2
**304**
2327:2
**305**
2030:31 2328:2
**306**
2329:2
**307**
2330:2
**308**
2331:2
**309**
2332:2
**30th**
2177:12
**31**
2054:2
**310**
2333:2
**311**
2334:2
**312**
2335:2

**313**
2336:2
**314**
2337:2
**315**
2338:2
**316**
2339:2
**317**
2340:2
**318**
2341:2
**319**
2342:2
**32**
2055:2
**320**
2343:2
**321**
2344:2
**322**
2345:2
**323**
2346:2
**324**
2030:35 2347:2
**325**
2348:2
**326**
2349:2
**327**
2350:2
**328**
2351:2
**329**
2352:2
**33**
2056:2
**330**
2353:2,16
**331**
2354:2
**332**
2355:2
**333**
2030:39 2356:2

**334**
2357:2
**335**
2030:43 2358:2
**336**
2359:2
**337**
2360:2
**338**
2361:2
**339**
2362:2
**34**
2057:2
**340**
2363:2
**341**
2030:47 2364:2
**342**
2365:2
**343**
2366:2
**344**
2367:2
**345**
2031:10 2368:2
**346**
2369:2
**347**
2370:2
**348**
2371:2
**349**
2372:2
**35**
2058:2 2212:32
2213:50 2255:10
**350**
2373:2
**351**
2031:14 2374:2
**352**
2375:2
**353**
2376:2
**354**

2377:2
**355**
2378:2
**356**
2031:17 2379:2
**357**
2380:2
**358**
2031:20 2381:2
**359**
2382:2
**36**
2059:2
**360**
2383:2
**3600**
2025:35
**361**
2384:2
**362**
2385:2
**363**
2386:2
**364**
2031:25 2387:2
**365**
2031:28 2388:2
**366**
2389:2
**367**
2390:2
**368**
2391:2
**369**
2392:2
**37**
2045:38 2060:2
**370**
2393:2
**371**
2031:31 2394:2
**372**
2395:2
**37203**
2025:28 2026:12,29
**373**

2396:2
**374**
2397:2
**375**
2031:34 2398:2
**376**
2399:2
**377**
2400:2
**378**
2401:2
**379**
2402:2
**38**
2061:2
**380**
2403:2
**381**
2404:2
**39**
2062:2
**3rd**
2146:46 2387:40

---
**4**
---
**4**
2032:10 2033:10
2034:10 2035:10
2036:10 2037:10
2038:10 2039:10
2040:10 2041:10
2042:10 2043:10
2044:10 2045:10
2046:10 2047:10
2048:10 2049:10
2050:10 2051:10
2052:10 2053:10
2054:10 2055:10
2056:10 2057:10
2058:10 2059:10
2060:10 2061:10
2062:10 2063:10
2064:10 2065:10
2066:10 2067:10
2068:10 2069:10
2070:10 2071:10

2072:10 2073:10
2074:10 2075:10
2076:10 2077:10
2078:10 2079:10
2080:10 2081:10
2082:10 2083:10
2084:10 2085:10
2086:10 2087:10
2088:10 2089:10
2090:10 2091:10
2092:10 2093:10
2094:10 2095:10
2096:10 2097:10
2098:10 2099:10
2100:10 2101:10
2102:10 2103:10
2104:10 2105:10
2106:10 2107:10
2108:10 2109:10
2110:10 2111:10
2112:10 2113:10
2114:10 2115:10
2116:10 2117:10
2118:10 2119:10
2120:10 2121:10
2122:10 2123:10
2124:10 2125:10
2126:10 2127:10
2128:10 2129:10
2130:10 2131:10
2132:10 2133:10
2134:10 2135:10
2136:10 2137:10
2138:10 2139:10
2140:10 2141:10
2142:10 2143:10
2144:10 2145:10
2146:10 2147:10
2148:10 2149:10
2150:10 2151:10
2152:10 2153:10
2154:10 2155:10
2156:10 2157:10
2158:10 2159:10
2160:10 2161:10
2162:10 2163:10

MAGNA
LEGAL SERVICES

| | | | |
|---|---|---|---|
| 2164:10 2165:10 | 2255:10 2256:10 | 2347:10 2348:10 | **43** |
| 2166:10 2167:10 | 2257:10 2258:10 | 2349:10 2350:10 | 2066:2 2220:32 |
| 2168:10 2169:10 | 2259:10 2260:10 | 2351:10 2352:10 | **44** |
| 2170:10 2171:10 | 2261:10 2262:10 | 2353:10,18 2354:10 | 2067:2 2220:32 |
| 2172:10 2173:10 | 2263:10 2264:10 | 2355:10 2356:10 | **45** |
| 2174:10 2175:10 | 2265:10 2266:10 | 2357:10 2358:10 | 2068:2 |
| 2176:10 2177:10 | 2267:10 2268:10 | 2359:10 2360:10 | **45-minute** |
| 2178:10 2179:10 | 2269:10 2270:10 | 2361:10 2362:10 | 2128:22 |
| 2180:10 2181:10 | 2271:10 2272:10 | 2363:10 2364:10 | **450** |
| 2182:10 2183:10 | 2273:10 2274:10 | 2365:10 2366:10 | 2103:36,44 2104:18 |
| 2184:10 2185:10 | 2275:10 2276:10 | 2367:10 2368:10 | 2104:22 2106:50 |
| 2186:10 2187:10 | 2277:10 2278:10 | 2369:10 2370:10 | 2107:40 2108:12 |
| 2188:10 2189:10 | 2279:10 2280:10 | 2371:10 2372:10 | 2110:24,40,44 |
| 2190:10 2191:10 | 2281:10,50 2282:10 | 2373:10 2374:10 | 2111:16,26 2113:32 |
| 2192:10 2193:10 | 2283:10 2284:10 | 2375:10 2376:10 | 2114:32,48 2115:6 |
| 2194:10 2195:10 | 2285:10 2286:10 | 2377:10 2378:10 | 2116:16 |
| 2196:10 2197:10 | 2287:10 2288:10 | 2379:10 2380:10 | **46** |
| 2198:10 2199:10 | 2289:10 2290:10 | 2381:10 2382:10 | 2069:2 2380:36 |
| 2200:10 2201:10 | 2291:10 2292:10 | 2383:10 2384:10 | **46204** |
| 2202:10 2203:10,22 | 2293:10 2294:10 | 2385:10 2386:10 | 2025:15 |
| 2204:10,52 2205:10 | 2295:10 2296:10 | 2387:10 2388:10 | **468** |
| 2205:10 2206:10 | 2297:10 2298:10 | 2389:10 2390:10 | 2024:50 2404:13,48 |
| 2207:10 2208:10,52 | 2299:10 2300:10 | 2391:10 2392:10 | **47** |
| 2209:10 2210:10 | 2301:10 2302:10 | 2393:10 2394:10 | 2028:25 2034:40,48 |
| 2211:10,20 2212:10 | 2303:10 2304:10 | 2395:10 2396:10 | 2045:38 2070:2 |
| 2213:10 2214:10 | 2305:10 2306:10 | 2397:10 2398:10 | 2266:44,46 |
| 2215:10 2216:10 | 2307:10 2308:10 | 2399:10 2400:10 | **470** |
| 2217:10 2218:10 | 2309:10 2310:10 | 2401:10 2402:10 | 2138:26 |
| 2219:10 2220:10 | 2311:10 2312:10 | 2403:10 2404:10 | **48** |
| 2221:10 2222:10 | 2313:10 2314:10 | **4,000** | 2028:30 2046:16,18 |
| 2223:10 2224:10 | 2315:10 2316:10 | 2129:4 | 2046:28,30,48 |
| 2225:10 2226:10 | 2317:10 2318:10 | **4:00** | 2071:2 |
| 2227:10 2228:10 | 2319:10 2320:10 | 2043:52 2044:30 | **49** |
| 2229:10 2230:10 | 2321:10 2322:10 | 2095:40 | 2028:36 2047:18,46 |
| 2231:10 2232:10 | 2323:10 2324:10 | **4:49** | 2048:52 2072:2 |
| 2233:10 2234:10 | 2325:10 2326:10 | 2386:10,12 | |
| 2235:10 2236:10 | 2327:10 2328:10 | **4:57** | ——————— |
| 2237:10 2238:10 | 2329:10 2330:10 | 2386:14,18 | **5** |
| 2239:10 2240:10 | 2331:10 2332:10 | **40** | **5** |
| 2241:10 2242:10 | 2333:10 2334:10 | 2063:2 | 2028:2 2031:32 |
| 2243:10 2244:10 | 2335:10 2336:10 | **400** | 2032:12 2033:12 |
| 2245:10 2246:10 | 2337:10 2338:10 | 2115:22 | 2034:12 2035:12 |
| 2247:10 2248:10 | 2339:10 2340:10 | **41** | 2036:12 2037:12 |
| 2249:10 2250:10 | 2341:10 2342:10 | 2064:2 | 2038:12 2039:12 |
| 2251:10 2252:10 | 2343:10 2344:10 | **42** | 2040:12 2041:12 |
| 2253:10 2254:10 | 2345:10 2346:10 | 2065:2 2220:30 | 2042:12 2043:12 |
| | | | 2044:12 2045:12 |

| | | | |
|---|---|---|---|
| 2046:12 2047:12 | 2138:12 2139:12 | 2230:12 2231:12 | 2322:12 2323:12 |
| 2048:12 2049:12 | 2140:12 2141:12 | 2232:12 2233:12 | 2324:12 2325:12 |
| 2050:12 2051:12 | 2142:12 2143:12 | 2234:12 2235:12 | 2326:12 2327:12 |
| 2052:12 2053:12 | 2144:12 2145:12 | 2236:12 2237:12 | 2328:12 2329:12 |
| 2054:12 2055:12 | 2146:12 2147:12 | 2238:12 2239:12 | 2330:12 2331:12 |
| 2056:12 2057:12 | 2148:12 2149:12 | 2240:12 2241:12 | 2332:12 2333:12 |
| 2058:12 2059:12 | 2150:12 2151:12 | 2242:12 2243:12 | 2334:12 2335:12 |
| 2060:12 2061:12 | 2152:12 2153:12 | 2244:12 2245:12 | 2336:12 2337:12 |
| 2062:12,30 2063:12 | 2154:12 2155:12 | 2246:12 2247:12 | 2338:12 2339:12 |
| 2064:12 2065:12 | 2156:12 2157:12 | 2248:12 2249:12 | 2340:12 2341:12 |
| 2066:12 2067:12 | 2158:12 2159:12 | 2250:12 2251:12 | 2342:12 2343:12 |
| 2068:12 2069:12 | 2160:12 2161:12 | 2252:12 2253:12 | 2344:12 2345:12 |
| 2070:12 2071:12 | 2162:12 2163:12 | 2254:12 2255:12 | 2346:12 2347:12 |
| 2072:12 2073:12 | 2164:12 2165:12 | 2256:12,14 2257:12 | 2348:12 2349:12 |
| 2074:12 2075:12 | 2166:12 2167:12 | 2258:12 2259:12 | 2350:12 2351:12 |
| 2076:12 2077:12 | 2168:12 2169:12 | 2260:12 2261:12 | 2352:12 2353:12 |
| 2078:12 2079:12 | 2170:12 2171:12 | 2262:12 2263:12 | 2354:12 2355:12 |
| 2080:12 2081:12 | 2172:12 2173:12 | 2264:12 2265:12 | 2356:12 2357:12 |
| 2082:12 2083:12 | 2174:12 2175:12 | 2266:12 2267:12 | 2358:12 2359:12 |
| 2084:12 2085:12 | 2176:12 2177:12 | 2268:12 2269:12 | 2360:12 2361:12 |
| 2086:12 2087:12 | 2178:12 2179:12 | 2270:12 2271:12 | 2362:12 2363:12 |
| 2088:12 2089:12 | 2180:12 2181:12 | 2272:12 2273:12 | 2364:12 2365:12 |
| 2090:12 2091:12 | 2182:12 2183:12 | 2274:12 2275:12 | 2366:12 2367:12 |
| 2092:12 2093:12 | 2184:12 2185:12 | 2276:12 2277:12 | 2368:12 2369:12 |
| 2094:12 2095:12 | 2186:12 2187:12 | 2278:12 2279:12 | 2370:12 2371:12 |
| 2096:12 2097:12 | 2188:12 2189:12 | 2280:12 2281:12 | 2372:12 2373:12 |
| 2098:12 2099:12 | 2190:12 2191:12 | 2282:12 2283:12 | 2374:12 2375:12 |
| 2100:12 2101:12 | 2192:12 2193:12 | 2284:12 2285:12 | 2376:12 2377:12 |
| 2102:12 2103:12 | 2194:12 2195:12 | 2286:12 2287:12 | 2378:12 2379:12 |
| 2104:12 2105:12 | 2196:12 2197:12 | 2288:12 2289:12 | 2380:12 2381:12 |
| 2106:12 2107:12 | 2198:12 2199:12 | 2290:12 2291:12 | 2382:12 2383:12 |
| 2108:12 2109:12 | 2200:12 2201:12 | 2292:12 2293:12 | 2384:12 2385:12 |
| 2110:12 2111:12 | 2202:12 2203:12 | 2294:12 2295:12 | 2386:12 2387:12 |
| 2112:12 2113:12 | 2204:12 2205:12 | 2296:12 2297:12 | 2388:12 2389:12 |
| 2114:12 2115:12 | 2206:12 2207:12 | 2298:12 2299:12 | 2390:12 2391:12 |
| 2116:12 2117:12 | 2208:12 2209:12 | 2300:12 2301:12 | 2392:12 2393:12 |
| 2118:12 2119:12 | 2210:12 2211:12,20 | 2302:12 2303:12 | 2394:12,36 2395:12 |
| 2120:12 2121:12 | 2212:12 2213:12,44 | 2304:12 2305:12 | 2396:12 2397:12 |
| 2122:12 2123:12 | 2214:12 2215:12 | 2306:12 2307:12 | 2398:12 2399:12 |
| 2124:12 2125:12 | 2216:12 2217:12 | 2308:12 2309:12 | 2400:12 2401:12 |
| 2126:12 2127:12 | 2218:12 2219:12 | 2310:12 2311:12 | 2402:12 2403:12 |
| 2128:12 2129:12 | 2220:12 2221:12 | 2312:12 2313:12 | 2404:12 |
| 2130:12 2131:12 | 2222:12 2223:12 | 2314:12 2315:12 | **5:12** |
| 2132:12 2133:12 | 2224:12 2225:12 | 2316:12 2317:12 | 2402:30 |
| 2134:12 2135:12 | 2226:12 2227:12 | 2318:12 2319:12 | **50** |
| 2136:12 2137:12 | 2228:12 2229:12 | 2320:12 2321:12 | 2028:39 2073:2 |

MAGNA
LEGAL SERVICES

2135:16,24 2136:30
2136:32 2137:48,52
2138:10
**500**
2025:45 2107:50
2110:48 2115:22
**51**
2028:42 2074:2
2135:30 2136:6,12
2136:14,38 2137:10
2138:4,14
**52**
2028:45 2075:2
2140:50 2141:6,18
2141:42
**53**
2028:48 2076:2
2142:12,18
**54**
2029:10 2077:2
2144:14,16,20
**55**
2029:13 2078:2
2146:20,26,34,52
**553**
2025:46
**56**
2029:16 2079:2
2147:8,16,18,26,34
2147:38 2148:18
**57**
2029:19 2080:2
2147:48 2148:4
**58**
2029:22 2081:2
2150:32,40,44
2215:10,12,16
**59**
2029:25 2082:2
2157:36,44,46
2224:32,38 2225:6
2230:24 2231:44
2235:16 2238:18,28
2238:36,48 2239:8
**5th**
2062:26 2395:8

**6**

**6**
2029:2,47 2032:14
2033:14 2034:14
2035:14 2036:14
2037:14 2038:14
2039:14 2040:14
2041:14 2042:14
2043:14 2044:14
2045:14 2046:14
2047:14 2048:14
2049:14 2050:14
2051:14 2052:14
2053:14 2054:14
2055:14 2056:14
2057:14 2058:14
2059:14 2060:14
2061:14 2062:14
2063:14 2064:14
2065:14 2066:14
2067:14 2068:14
2069:14 2070:14
2071:14 2072:14
2073:14 2074:14
2075:14 2076:14
2077:14 2078:14
2079:14 2080:14
2081:14 2082:14
2083:14 2084:14
2085:14 2086:14
2087:14 2088:14
2089:14 2090:14
2091:14 2092:14
2093:14 2094:14
2095:14 2096:14
2097:14 2098:14
2099:14 2100:14
2101:14 2102:14
2103:14 2104:14
2105:14 2106:14
2107:14 2108:14
2109:14 2110:14
2111:14 2112:14
2113:14 2114:14
2115:14 2116:14

2117:14 2118:14
2119:14 2120:14
2121:14 2122:14
2123:14 2124:14
2125:14 2126:14
2127:14 2128:14
2129:14 2130:14
2131:14 2132:14
2133:14 2134:14
2135:14 2136:14
2137:14 2138:14
2139:14 2140:14
2141:14 2142:14
2143:14 2144:14
2145:14 2146:14
2147:14 2148:14
2149:14 2150:14
2151:14 2152:14
2153:14 2154:14
2155:14 2156:14
2157:14 2158:14
2159:14 2160:14
2161:14 2162:14
2163:14 2164:14
2165:14 2166:14
2167:14 2168:14
2169:14 2170:14
2171:14 2172:14
2173:14 2174:14
2175:14 2176:14
2177:14 2178:14
2179:14 2180:14
2181:14 2182:14
2183:14 2184:14
2185:14 2186:14
2187:14 2188:14
2189:14 2190:14
2191:14 2192:14
2193:14 2194:14
2195:14 2196:14
2197:14 2198:14
2199:14 2200:14
2201:14 2202:14
2203:14 2204:14
2205:14 2206:14
2207:14 2208:14

2209:14 2210:14
2211:14 2212:14
2213:14 2214:14
2215:14 2216:14
2217:14 2218:14
2219:14 2220:14
2221:14 2222:14
2223:14 2224:14
2225:14 2226:14
2227:14 2228:14
2229:14 2230:14
2231:14 2232:14
2233:14 2234:14
2235:14 2236:14
2237:14 2238:14
2239:14 2240:14
2241:14 2242:14
2243:14 2244:14
2245:14 2246:14
2247:14 2248:14
2249:14 2250:14
2251:14 2252:14
2253:14 2254:14
2255:14 2256:14
2257:14 2258:14
2259:14 2260:14
2261:14 2262:14
2263:14 2264:14
2265:14 2266:14
2267:14 2268:14
2269:14,40 2270:14
2271:14 2272:14
2273:14 2274:14
2275:14 2276:14
2277:14 2278:14
2279:14 2280:14
2281:14 2282:14
2283:14 2284:14
2285:14 2286:14
2287:14 2288:14
2289:14 2290:14
2291:14 2292:14
2293:14 2294:14
2295:14 2296:14
2297:14 2298:14
2299:14 2300:14

2301:14 2302:14
2303:14 2304:14
2305:14 2306:14
2307:14 2308:14
2309:14 2310:14
2311:14 2312:14
2313:14 2314:14
2315:14 2316:14
2317:14 2318:14
2319:14 2320:14
2321:14 2322:14
2323:14 2324:14
2325:14 2326:14
2327:14 2328:14
2329:14 2330:14
2331:14 2332:14
2333:14 2334:14
2335:14 2336:14
2337:14 2338:14
2339:14 2340:14
2341:14 2342:14
2343:14 2344:14
2345:14 2346:14
2347:14 2348:14
2349:14 2350:14
2351:14 2352:14
2353:14 2354:14
2355:14 2356:14
2357:14 2358:14
2359:14 2360:14
2361:14 2362:14
2363:14 2364:14
2365:14 2366:14
2367:14 2368:14
2369:14 2370:14
2371:14 2372:14
2373:14 2374:14
2375:14 2376:14
2377:14 2378:14
2379:14 2380:14
2381:14 2382:14
2383:14 2384:14
2385:14 2386:14
2387:14 2388:14
2389:14 2390:14
2391:14 2392:14

2393:14 2394:14
2395:14 2396:14
2397:14 2398:14
2399:14 2400:14
2401:14 2402:14
2403:14 2404:14
**6/30/2024**
2404:50
**60**
2029:29 2083:2
 2167:30,34,40
 2190:6 2279:18,20
 2338:38
**600**
2026:17
**600,000**
2117:44,52 2118:14
 2118:18 2121:36
**61**
2029:32 2084:2
 2168:14,16,24
 2176:28 2277:34,44
 2279:20 2281:16
 2282:18 2283:36
 2285:42 2296:44,50
**62**
2029:35 2085:2
 2185:12,16
**63**
2029:39 2086:2
 2217:12,18,20,24
 2217:44 2218:4
 2219:34
**64**
2029:42 2087:2
 2246:26,28
**65**
2029:46 2088:2
 2269:40,52 2270:6
 2275:34
**66**
2030:9 2089:2
 2286:46,50 2287:8
 2296:12
**67**
2030:13 2090:2

2298:50 2299:4,10
**68**
2030:17 2091:2
 2301:44,46 2302:44
**69**
2030:21 2092:2
 2303:44,48 2304:14
 2307:16,32

---
**7**
---
**7**
2030:2 2032:16
 2033:16 2034:16
 2035:16 2036:16
 2037:16 2038:16
 2039:16 2040:16
 2041:16 2042:16
 2043:16 2044:16
 2045:16 2046:16
 2047:16 2048:16
 2049:16 2050:16
 2051:16 2052:16
 2053:16 2054:16
 2055:16 2056:16
 2057:16 2058:16
 2059:16 2060:16
 2061:16 2062:16
 2063:16 2064:16
 2065:16 2066:16
 2067:16 2068:16
 2069:16 2070:16
 2071:16 2072:16
 2073:16 2074:16
 2075:16 2076:16
 2077:16 2078:16
 2079:16 2080:16
 2081:16 2082:16
 2083:16 2084:16
 2085:16 2086:16
 2087:16 2088:16
 2089:16 2090:16
 2091:16 2092:16
 2093:16 2094:16
 2095:16 2096:16
 2097:16 2098:16
 2099:16 2100:16

2101:16 2102:16
2103:16 2104:16
2105:16 2106:16
2107:16 2108:16
2109:16 2110:16
2111:16 2112:16
2113:16 2114:16
2115:16 2116:16
2117:16 2118:16
2119:16 2120:16
2121:16 2122:16
2123:16 2124:16
2125:16 2126:16
2127:16 2128:16
2129:16 2130:16
2131:16 2132:16
2133:16 2134:16
2135:16 2136:16
2137:16 2138:16
2139:16 2140:16
2141:16 2142:16
2143:16 2144:16
2145:16 2146:16
2147:16 2148:16
2149:16 2150:16
2151:16 2152:16
2153:16 2154:16
2155:16 2156:16
2157:16 2158:16
2159:16 2160:16
2161:16 2162:16
2163:16 2164:16
2165:16 2166:16
2167:16 2168:16
2169:16 2170:16
2171:16 2172:16
2173:16 2174:16
2175:16 2176:16
2177:16 2178:16
2179:16 2180:16
2181:16 2182:16
2183:16 2184:16
2185:16 2186:16
2187:16 2188:16
2189:16 2190:16
2191:16 2192:16

MAGNA
LEGAL SERVICES

2193:16 2194:16
2195:16 2196:16
2197:16 2198:16
2199:16 2200:16
2201:16 2202:16
2203:16 2204:16
2205:16 2206:16
2207:16 2208:16
2209:16 2210:16
2211:16 2212:16
2213:16 2214:16
2215:16 2216:16
2217:16 2218:16
2219:16,38 2220:16
2221:16 2222:16
2223:16 2224:16
2225:16 2226:16
2227:16 2228:16
2229:16 2230:16
2231:16 2232:16
2233:16 2234:16
2235:16 2236:16
2237:16 2238:16
2239:16 2240:16
2241:16 2242:16
2243:16 2244:16
2245:16 2246:16
2247:16 2248:16
2249:16 2250:16
2251:16 2252:16
2253:16 2254:16
2255:16 2256:16
2257:16 2258:16
2259:16 2260:16
2261:16 2262:16
2263:16 2264:16
2265:16 2266:16
2267:16 2268:16
2269:16 2270:16
2271:16 2272:16
2273:16 2274:16
2275:16 2276:16
2277:16 2278:16
2279:16 2280:16
2281:16 2282:16
2283:16 2284:16

2285:16 2286:16
2287:16 2288:16
2289:16 2290:16
2291:16 2292:16
2293:16 2294:16
2295:16 2296:16
2297:16 2298:16
2299:16 2300:16
2301:16 2302:16
2303:16 2304:16
2305:16 2306:16
2307:16 2308:16
2309:16 2310:16
2311:16 2312:16
2313:16 2314:16
2315:16 2316:16
2317:16 2318:16
2319:16 2320:16
2321:16 2322:16
2323:16 2324:16
2325:16 2326:16
2327:16 2328:16
2329:16 2330:16
2331:16 2332:16
2333:16 2334:16
2335:16 2336:16
2337:16 2338:16
2339:16 2340:16
2341:16 2342:16
2343:16 2344:16
2345:16 2346:16
2347:16 2348:16
2349:16 2350:16
2351:16 2352:16
2353:16 2354:16
2355:16 2356:16
2357:16 2358:16
2359:16 2360:16
2361:16 2362:16
2363:16 2364:16
2365:16 2366:16
2367:16 2368:16
2369:16 2370:16
2371:16 2372:16
2373:16 2374:16
2375:16 2376:16

2377:16 2378:16
2379:16 2380:16
2381:16 2382:16
2383:16 2384:16
2385:16 2386:16
2387:16 2388:16
2389:16 2390:16
2391:16 2392:16
2393:16 2394:16
2395:16 2396:16
2397:16 2398:16
2399:16 2400:16
2401:16 2402:16
2403:16 2404:16
**70**
2030:24 2093:2
    2312:12,18,20
    2374:22
**700**
2197:30
**71**
2030:28 2094:2
    2323:6,10,30,42,52
    2325:30 2328:40
**72**
2030:31 2095:2
    2328:16,42,44,48
**73**
2030:35 2096:2
    2347:34,42 2348:26
    2348:48 2356:18,36
    2362:46,50 2363:18
    2363:20,46,52
    2364:18 2378:18
**74**
2030:39 2097:2
    2356:46,48 2357:4
    2357:24
**75**
2030:43 2098:2
    2358:24,28,34,38
**75202**
2025:36
**76**
2030:47 2099:2
    2364:40,46

**77**
2031:10 2100:2
    2368:14,18
**78**
2031:14 2101:2
    2374:24,26,30
    2378:22,24
**79**
2031:17 2102:2
    2379:46,50 2380:18

---

**8**

**8**
2030:44 2031:2
    2032:18 2033:18
    2034:18 2035:18
    2036:18 2037:18
    2038:18 2039:18
    2040:18 2041:18
    2042:18 2043:18
    2044:18 2045:18
    2046:18 2047:18
    2048:18 2049:18
    2050:18 2051:18
    2052:18 2053:18
    2054:18 2055:18
    2056:18 2057:18
    2058:18 2059:18
    2060:18 2061:18
    2062:18 2063:18
    2064:18 2065:18
    2066:18 2067:18
    2068:18 2069:18
    2070:18 2071:18
    2072:18 2073:18
    2074:18 2075:18
    2076:18 2077:18
    2078:18 2079:18
    2080:18 2081:18
    2082:18 2083:18
    2084:18 2085:18
    2086:18 2087:18
    2088:18 2089:18
    2090:18 2091:18
    2092:18 2093:18
    2094:18 2095:18

MAGNA○
LEGAL SERVICES

| | | | |
|---|---|---|---|
| 2096:18 2097:18 | 2187:18 2188:18 | 2275:18 2276:18 | 2366:18 2367:18 |
| 2098:18 2099:18 | 2189:18 2190:18 | 2277:18 2278:18 | 2368:18 2369:18 |
| 2100:18 2101:18 | 2191:18 2192:18 | 2279:18 2280:18 | 2370:18 2371:18 |
| 2102:18 2103:16,18 | 2193:18 2194:18 | 2281:18,50 2282:18 | 2372:18 2373:18 |
| 2104:18 2105:18 | 2195:18 2196:18 | 2283:18 2284:18 | 2374:18 2375:18 |
| 2106:18 2107:18 | 2197:18 2198:18 | 2285:18 2286:18 | 2376:18 2377:18 |
| 2108:18 2109:18 | 2199:18 2200:18 | 2287:18 2288:18 | 2378:18 2379:18 |
| 2110:18 2111:18 | 2201:18 2202:18 | 2289:18 2290:18 | 2380:18 2381:18 |
| 2112:18 2113:18 | 2203:18,28,36 | 2291:4,18 2292:18 | 2382:18 2383:18 |
| 2114:18 2115:18 | 2204:18 2205:18 | 2293:18 2294:18 | 2384:18 2385:18 |
| 2116:18 2117:18 | 2206:18 2207:18 | 2295:18 2296:18 | 2386:18 2387:18 |
| 2118:18 2119:18 | 2208:18 2209:18 | 2297:18 2298:18 | 2388:18 2389:18 |
| 2120:18 2121:18 | 2210:18 2211:18 | 2299:18 2300:18 | 2390:18 2391:18 |
| 2122:18 2123:18 | 2212:18 2213:18 | 2301:18 2302:18 | 2392:18 2393:18 |
| 2124:18 2125:18 | 2214:18 2215:18 | 2303:18 2304:18 | 2394:18 2395:18 |
| 2126:18 2127:18 | 2216:18 2217:18 | 2305:18 2306:18 | 2396:18 2397:18 |
| 2128:18 2129:18 | 2218:18 2219:18 | 2307:18 2308:18 | 2398:18 2399:18 |
| 2130:18 2131:18 | 2220:18 2221:18 | 2309:18 2310:18 | 2400:18 2401:18 |
| 2132:18 2133:18 | 2222:18 2223:18 | 2311:18 2312:18 | 2402:18 2403:18 |
| 2134:18 2135:18 | 2224:18 2225:18 | 2313:18 2314:18 | 2404:18 |
| 2136:18 2137:18 | 2226:18 2227:18 | 2315:18 2316:18 | **8:00** |
| 2138:18 2139:18 | 2228:18 2229:18 | 2317:18 2318:18 | 2024:39 |
| 2140:18 2141:18 | 2230:18 2231:18 | 2319:18 2320:18 | **8:16** |
| 2142:18 2143:18 | 2232:18 2233:18 | 2321:18 2322:18 | 2032:10 |
| 2144:18 2145:8,10 | 2234:18 2235:18 | 2323:18 2324:18 | **80** |
| 2145:18,20 2146:18 | 2236:18 2237:18 | 2325:18 2326:18 | 2031:20 2103:2 |
| 2147:18 2148:18 | 2238:18 2239:18 | 2327:18 2328:18 | 2329:12 2381:40,48 |
| 2149:18 2150:18 | 2240:18 2241:18 | 2329:18 2330:18 | 2401:12 |
| 2151:18 2152:18 | 2242:18 2243:18 | 2331:18 2332:18 | **81** |
| 2153:18 2154:18 | 2244:18 2245:18 | 2333:18 2334:18 | 2031:25 2104:2 |
| 2155:18 2156:18 | 2246:18 2247:18 | 2335:18 2336:18 | 2387:20,26 |
| 2157:18 2158:18 | 2248:18 2249:18,26 | 2337:18 2338:18 | **82** |
| 2159:18 2160:18 | 2249:28 2250:16,18 | 2339:18 2340:18 | 2031:28 2105:2 |
| 2161:18 2162:18 | 2251:18 2252:18 | 2341:18 2342:18 | 2388:14,22,24,26 |
| 2163:18 2164:18 | 2253:18 2254:18 | 2343:18 2344:18 | 2391:44 |
| 2165:18 2166:18 | 2255:18 2256:18 | 2345:18 2346:18 | **83** |
| 2167:18 2168:18 | 2257:18 2258:18 | 2347:18 2348:18 | 2031:31 2106:2 |
| 2169:18 2170:18 | 2259:18 2260:18 | 2349:18 2350:18 | 2394:34,36,40 |
| 2171:18 2172:18 | 2261:18 2262:16,18 | 2351:18 2352:18 | **84** |
| 2173:18 2174:18 | 2263:18 2264:18 | 2353:18 2354:18 | 2031:34 2107:2 |
| 2175:18 2176:18 | 2265:18 2266:18,24 | 2355:18 2356:18 | 2398:26,30,36 |
| 2177:18 2178:18 | 2266:44 2267:18,28 | 2357:18 2358:18,24 | 2401:16 |
| 2179:18 2180:18 | 2268:18,52 2269:16 | 2359:18 2360:4,12 | **85** |
| 2181:18 2182:18 | 2269:18,30 2270:18 | 2360:18 2361:18 | 2108:2 |
| 2183:18 2184:18 | 2271:18 2272:18 | 2362:18 2363:18 | **86** |
| 2185:18 2186:18 | 2273:18 2274:18 | 2364:18 2365:18 | 2063:10 2109:2 |

**MAGNA&O**
LEGAL SERVICES

| | | | |
|---|---|---|---|
| **87** | 2106:20 2107:20 | 2198:20 2199:20 | 2290:20 2291:20 |
| 2110:2 | 2108:20 2109:20 | 2200:20 2201:20 | 2292:20 2293:20 |
| **88** | 2110:20 2111:20 | 2202:20 2203:20 | 2294:20 2295:20 |
| 2111:2 | 2112:20 2113:20 | 2204:20 2205:20 | 2296:20 2297:20 |
| **89** | 2114:20 2115:20 | 2206:20 2207:20 | 2298:20 2299:20 |
| 2112:2 | 2116:20 2117:20 | 2208:20 2209:20 | 2300:20 2301:20 |
| | 2118:20 2119:20 | 2210:20 2211:20 | 2302:20 2303:20 |

**9**

| | | | |
|---|---|---|---|
| **9** | 2120:20 2121:20 | 2212:20 2213:20 | 2304:20 2305:20 |
| 2032:2,20 2033:20 | 2122:20 2123:20 | 2214:20 2215:20 | 2306:20 2307:20 |
| 2034:20 2035:20 | 2124:20 2125:20 | 2216:20 2217:20 | 2308:20 2309:20 |
| 2036:20 2037:20 | 2126:20 2127:20 | 2218:20 2219:20 | 2310:20 2311:20 |
| 2038:20 2039:20 | 2128:20 2129:20 | 2220:20 2221:20 | 2312:20 2313:20 |
| 2040:20 2041:20 | 2130:20 2131:20 | 2222:20 2223:20 | 2314:20 2315:20 |
| 2042:20 2043:20 | 2132:20 2133:20 | 2224:20 2225:20 | 2316:20 2317:20 |
| 2044:20 2045:20 | 2134:20 2135:20 | 2226:20 2227:20 | 2318:20 2319:20 |
| 2046:20 2047:20 | 2136:20 2137:20 | 2228:20 2229:20 | 2320:20 2321:20 |
| 2048:20 2049:20 | 2138:20 2139:20 | 2230:20 2231:20 | 2322:20 2323:20 |
| 2050:20 2051:20 | 2140:20 2141:20 | 2232:20 2233:20 | 2324:20 2325:20 |
| 2052:20 2053:20 | 2142:20 2143:20 | 2234:20 2235:20 | 2326:20 2327:20 |
| 2054:20 2055:20 | 2144:20 2145:20 | 2236:20 2237:20 | 2328:20 2329:20 |
| 2056:20 2057:20 | 2146:20 2147:20 | 2238:20 2239:20 | 2330:20 2331:20 |
| 2058:20 2059:20 | 2148:20 2149:20 | 2240:20 2241:20 | 2332:20 2333:20 |
| 2060:20 2061:20 | 2150:20 2151:20 | 2242:20 2243:20 | 2334:20 2335:20 |
| 2062:20 2063:20 | 2152:20 2153:20 | 2244:20 2245:20 | 2336:20 2337:20 |
| 2064:20 2065:20 | 2154:20 2155:20 | 2246:20 2247:20 | 2338:20 2339:20 |
| 2066:20 2067:20 | 2156:20 2157:20 | 2248:20 2249:20 | 2340:20 2341:20 |
| 2068:20 2069:20 | 2158:20 2159:20 | 2250:20 2251:20 | 2342:20 2343:20 |
| 2070:20 2071:20 | 2160:20 2161:20 | 2252:20 2253:20 | 2344:20 2345:20 |
| 2072:20 2073:20 | 2162:20 2163:20 | 2254:20 2255:20 | 2346:20 2347:20 |
| 2074:20 2075:20 | 2164:20 2165:20 | 2256:20 2257:20 | 2348:20 2349:20 |
| 2076:20 2077:20 | 2166:20 2167:20 | 2258:20 2259:20 | 2350:20 2351:20 |
| 2078:20 2079:20 | 2168:20 2169:20 | 2260:20 2261:20 | 2352:20 2353:20 |
| 2080:20 2081:20 | 2170:20 2171:20 | 2262:20 2263:20 | 2354:20 2355:20 |
| 2082:20 2083:20 | 2172:20 2173:20 | 2264:20 2265:20 | 2356:20 2357:20 |
| 2084:20 2085:20 | 2174:20 2175:20 | 2266:20 2267:20 | 2358:20 2359:20 |
| 2086:20 2087:20 | 2176:20 2177:20 | 2268:20 2269:20 | 2360:20 2361:20 |
| 2088:20 2089:20 | 2178:20 2179:20 | 2270:20 2271:20 | 2362:14,20 2363:20 |
| 2090:20 2091:20 | 2180:20 2181:20 | 2272:20 2273:20 | 2364:20 2365:20 |
| 2092:20 2093:20 | 2182:20 2183:20 | 2274:20,44 2275:20 | 2366:20 2367:20 |
| 2094:20 2095:20 | 2184:20 2185:20 | 2276:20 2277:20 | 2368:20 2369:20 |
| 2096:20 2097:20 | 2186:20 2187:20 | 2278:20 2279:20 | 2370:20 2371:20 |
| 2098:20 2099:20 | 2188:20 2189:20 | 2280:20 2281:20 | 2372:20 2373:20 |
| 2100:20 2101:20 | 2190:20 2191:20 | 2282:20 2283:20 | 2374:20 2375:20 |
| 2102:20 2103:20 | 2192:20 2193:20 | 2284:20 2285:20 | 2376:20 2377:20 |
| 2104:20 2105:20 | 2194:20 2195:20 | 2286:20 2287:20 | 2378:20 2379:20 |
| | 2196:20 2197:20 | 2288:20 2289:20 | 2380:20 2381:20 |

**MAGNA**
LEGAL SERVICES

2382:20 2383:20
2384:20 2385:20
2386:20 2387:20
2388:20 2389:20
2390:20 2391:20
2392:20 2393:20
2394:20 2395:20
2396:20 2397:20
2398:20 2399:20
2400:20 2401:20
2402:20 2403:20
2404:20
**9:39**
2116:52 2117:4
**9:55**
2117:6,10
**90**
2113:2
**900,000**
2122:48,52 2123:6
**91**
2114:2
**92**
2115:2
**93**
2116:2
**94**
2117:2
**95**
2118:2
**96**
2119:2
**97**
2120:2
**98**
2121:2
**99**
2122:2
**9906**
2288:26

MAGNA○
LEGAL SERVICES