# EXHIBIT 18

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHNNY M. HUNT,                    )
    Plaintiff,                 )
                            )
    -vs-                       ) C.A. NO.
                            )
                            ) 3:23-cv-00243
SOUTHERN BAPTIST CONVENTION;  )
GUIDEPOST SOLUTIONS LLC; and  )
EXECUTIVE COMMITTEE OF THE    )
SOUTHERN BAPTIST CONVENTION,  )
    Defendants.                )

        30(b)(6) videotaped deposition of JOHNNY
HUNT MINISTRIES, given by JANET HUNT, taken on
behalf of the Defendants, pursuant to the
stipulations contained herein, reading and signing
of the deposition being reserved, in accordance
with the Federal Rules of Civil Procedure, before
Theresa B. Kramer, Certified Court Reporter, at
Bradley Arant Boult Cummings, LLP, Promenade Tower,
1230 Peachtree Street, N.E., Atlanta, Georgia,
30309, on the 19th day of April, 2024, commencing
at the hour of 9:08 a.m.

_____

MAGNA
LEGAL SERVICES

```
 1                APPEARANCES OF COUNSEL
    On behalf of the Plaintiff:
 2
        ROBERT D. MACGILL, ESQ.
 3      PATRICK J. SANDERS, ESQ.
        ELIZABETH L. MERRITT, ESQ. (via Zoom)
 4      MacGill PC
        156 E. Market Street
 5      Suite 1200
        Indianapolis, Indiana  46204
 6      T:  (317) 721-1253
        E:   robert.macgill@macgilllaw.com
 7           patrick.sanders@macgilllaw.com
 8           elizabeth.merritt@macgilllaw.com
 9
10  On behalf of Defendant GUIDEPOST SOLUTIONS LLC:
11      TERENCE W. MCCORMICK, ESQ.
        SCOTT A. KLEIN, ESQ
12      ALEX OTCHY, ESQ. (via Zoom)
        Mintz & Gold LLP
13      600 Third Avenue
        25th Floor
14      New York, New York  10016
        T:  (212) 696-4848
15      E:  mccormick@mintzandgold.com
            klein@mintzandgold.com
16          otchy@mintzandgold.com
17
        KATHERINE R. KLEIN, ESQ. (via Zoom)
18      Riley & Jacobson, PLC
        1906 West End Avenue
19      Nashville, Tennessee  37203
        T:  (615) 320-3700
20      E:  kklein@rjfirm.com
21
22
23
24
25
```

```
 1          APPEARANCES OF COUNSEL (continued)
 2   On behalf of Defendant EXECUTIVE COMMITTEE OF THE
     SOUTHERN BAPTIST CONVENTION:
 3
          GRETCHEN M. CALLAS, ESQ. (pro hac vice)
 4        JON L. ANDERSON, ESQ. (via Zoom)
          Jackson Kelly PLLC
 5        500 Lee Street East
          Suite 1600
 6        Charleston, West Virginia  25322
          T:  (304) 340-1000
 7        E:  gcallas@jacksonkelly.com
              jlanderson@jacksonkelly.com
 8
 9        SCARLETT SINGLETON NOKES, ESQ.
          Bradley Arant Boult Cummings LLP
10        1221 Broadway
          Suite 2400
11        Nashville, Tennessee  37203
          T:  (615) 244-3556
12        E:  snokes@bradley.com
13
          GENE R. BESEN, ESQ. (pro hac vice)
14        Bradley Arant Boult Cummings LLP
          1445 Ross Avenue
15        Suite 3600
          Dallas, Texas  75202
16        T:  (214) 257-9800
          E:  gbesen@bradley.com
17
18        MATTHEW C. PIETSCH, ESQ. (via Zoom)
          Taylor, Pique, Marchetti & Blair, PLLC
19        2908 Poston Avenue
          Nashville, Tennessee  37203
20        T:  (615) 320-3225
          E:  matt@tpmblaw.com
21
22   Also Present:
23        Josh Coleman, Videographer
          Johnny Hunt
24
25
```

1                    INDEX TO EXAMINATION

2   Examination by Mr. McCormick                    5

    Examination by Ms. Callas                      70

3   Examination by Mr. MacGill                     84

4

5                     INDEX TO EXHIBITS

6   D-1  Subpoena                                   9

7   D-2  Johnny Hunt Ministries Bylaws             13

8   D-3  2022 Form 990                             17

9   D-4  2019 Personal Returns                     22

10  D-5  2016 Form 990                             26

11  D-6  2017 Form 990                             26

12  D-7  2018 Form 990                             26

13  D-8  2019 Form 990                         26, 71

14  D-9  2020 Form 990                         26, 76

15  D-10 2021 Form 990                         26, 78

16  D-11 Expert Report of Lamar Barden            30

17  D-12 Email w/2023 Schedule                    60

18

19

20

21

22

23

24

25

1          VIDEOGRAPHER:  We are now on the record.

2          This begins the videotaped deposition of

3   the 30(b)(6) representative for Johnny Hunt

4   Ministries, Incorporated, in the matter of Johnny

5   M. Hunt versus Southern Baptist Convention,

6   Guidepost Solutions, et al., in the United States

7   District Court for the Middle District of

8   Tennessee, Nashville Division.

9          Today's date is April 19th, 2024, and the

10  time is approximately 9:08 a.m.

11         This deposition is being taken at Bradley

12  Arant Boult and Cumming at the -- at the request of

13  Bradley Arant Boult and Cumming.

14         The videographer is Josh Coleman of Magna

15  Legal Services.  The court reporter is Theresa

16  Kramer of Magna Legal Services.

17         Will -- and counsel will be noted on the

18  stenographic record.  And will the court reporter

19  please swear in the witness.

20    30(b)(6) DEPOSITION OF JOHNNY HUNT MINISTRIES

21              given by JANET HUNT,

22  having been called as a witness, was sworn and

23  testified as follows:

24         MR. MCCORMICK:  Should we

25  announce ourselves on the record or is that

1    already --

2              COURT REPORTER:  Yes, please.

3              MR. KLEIN:  You can.  But no one else

4    needs to.

5                        CROSS-EXAMINATION

6    BY MR. MCCORMICK:

7         Q.   Well, good morning, Mrs. Hunt.  Thank you

8    for being here.  My name is Terence McCormick.  I

9    am counsel for Guidepost Solutions and I'm from the

10   firm of Mintz & Gold in New York and I will be

11   taking your deposition -- depositions this morning.

12        A.   Okay.

13        Q.   Have you ever been deposed before?

14        A.   No, I have not.

15        Q.   Okay.  Then let me go over a few basic

16   ground rules so that you understand.

17             We're in a -- we're in a conference room,

18   a fairly crowded conference room.  But you'll be

19   testifying as you now know under oath.  It is the

20   same as though you were in the courtroom in

21   Nashville testifying at trial.  The video, your

22   testimony can be played out loud for the Court and

23   the jury.  So you have the same legal obligation to

24   testify fully and truthfully in response to my

25   questions.

MAGNA
LEGAL SERVICES

1          Do you understand?

2     A.   Yes, sir.

3     Q.   Very good.

4          Occasionally perhaps my colleague and

5     adversary, Mr. MacGill, may ask you on recross or

6     redirect, please tell the Court and the jury.  I

7     have never done that before.  I might even try it

8     myself.  That's why.  It's -- it's testimony in

9     court for all purposes.  You understand?

10    A.   Yes, sir.

11    Q.   Okay.  Also, as you know, there are going

12    to be two depositions where you're going to be

13    testifying in today.

14    A.   Yes.

15    Q.   This one that we are starting now is the

16    deposition of Johnny Hunt Ministries.

17    A.   Right.

18    Q.   You understand that you have been

19    designated as the corporate representative of

20    Johnny Hunt Ministries; correct?

21    A.   Yes.  Yes.

22    Q.   Therefore, anything that you say will

23    bind Johnny Hunt Ministries and you are speaking as

24    the corporation in this room.  You understand?

25    A.   Yes.  Yes.

MAGNA
LEGAL SERVICES

1    Q.    Okay.  I will ask questions.  Listen.  I

2    should look in the mirror saying that because

3    sometimes I have trouble listening.  Okay?

4          Let's have an understanding that if you

5    don't understand any of my questions, that will not

6    be the first time that problem has ever occurred.

7    Ask me to clarify.  I will do my utmost.  Okay?

8    There may be objections just as though we're in a

9    courtroom at a trial.  Okay?

10    A.    Uh-huh.

11    Q.    Your counsel, Mr. MacGill, may object.

12    You may even hear him enumerate a number of reasons

13    why he objects.  Hopefully not too many.  Hopefully

14    I won't have to get into a long colloquy with him.

15    But if you hear us do that, unless he directs you

16    not to answer on grounds of privilege or otherwise,

17    at the end of the objection, you have to answer my

18    question.  You understand?

19    A.    Yes, sir.

20    Q.    Okay.  Ma'am, have you taken any

21    medication within the last 24 hours?

22    A.    I did.  I took -- I took some Advil this

23    morning.

24    Q.    I don't doubt it.  Did you take any

25    medication that would interfere with your ability

MAGNA
LEGAL SERVICES

1    to testify truthfully?

2         A.    No, sir.

3         Q.    Nothing that would impair your ability to

4    give me a lucid answer?

5         A.    No, sir.

6         Q.    Okay.  That's fine.

7               No alcohol?

8         A.    Oh, no.

9         Q.    Okay.  You're a better man than I am

10   Gunga Din.

11              MR. MCCORMICK:  Okay.  Let's start.  I am

12   going to mark for identification Johnny Hunt

13   Ministries 1.  And I'm going to call this JHM.

14              (Defendants' Exhibit No. 1 was marked.)

15              MR. MCCORMICK:  I'll give this to the

16   witness.

17              VIDEOGRAPHER:  Could you twist the

18   camera so it --

19              MR. MACGILL:  Sure, I can.

20   BY MR. MCCORMICK:

21        Q.    Mrs. Hunt, do you understand that you are

22   here today pursuant to the service of a subpoena on

23   you?

24        A.    Yes, sir.

25        Q.    And when I say upon you, and for the

MAGNA

LEGAL SERVICES

1  present purposes, I mean upon Johnny Hunt

2  Ministries.

3      A.  Yes.

4      Q.  And do you recognize the document that I

5  have placed in front of you?

6      A.  Yes, I do.

7      Q.  That is the subpoena to Johnny Hunt

8  Ministries.

9      A.  Yes.

10      Q.  Okay.  And you will see I trust on page 7

11  there's a series of topics that I will be covering

12  this morning.  You understand that we expect that

13  you're going to be prepared to answer questions

14  about these topics?

15      A.  Yes.

16      Q.  You do.  And please try to speak up

17  whenever you can.

18          Oh, and one other thing.  In response to

19  my questions, you know, obviously you need to say

20  yes or no or hopefully something a little more

21  effusive, but nodding, uh-huh, shaking your head

22  one way or the other doesn't work because the court

23  reporter has to be able to catch that.

24      A.  Okay.

25      Q.  I should have said that earlier.  Okay.

1          Mrs. Hunt, did you do anything to educate

2    yourself to testify in this deposition on the

3    topics in that subpoena?

4          A.   Yes, I did.

5          Q.   You did.  What did you do?

6          A.   I met with my attorney last night.

7          Q.   Okay.  And without going into the

8    conversations between yourself and Mr. MacGill

9    which I will not ask you to -- to do because I may

10   not, did you consult any documents?

11         A.   Yes.

12         Q.   Can you tell me what those documents

13   were?

14         A.   I looked over the subpoena.

15         Q.   Uh-huh.

16         A.   I looked over the articles of

17   incorporation for Johnny Hunt Ministries.  And I

18   looked over the bylaws for Johnny Hunt Ministries.

19         Q.   Very good.

20              Did you look over any emails?

21         A.   No.

22         Q.   Huh.  Letters, documents of any other

23   kind?

24         A.   No, sir.

25         Q.   Tax returns?

MAGNA
LEGAL SERVICES

1      A.   No, sir.

2      Q.   If I were to question you about what

3  those tax returns say, would you nevertheless be

4  able to, based on general corporate knowledge, tell

5  the Court what they mean?

6      A.   I'll try.

7      Q.   Thank you.

8           Did you speak to any other person

9  associated with Johnny Hunt Ministries, a director,

10  officer?

11      A.   Like when?

12      Q.   Say again, please.

13      A.   When and what time frame?

14      Q.   Well, in preparation for this deposition.

15      A.   No.

16      Q.   No?

17      A.   I did not.

18      Q.   Okay.  But you are nevertheless prepared

19  you believe to give testimony on the topics in --

20  in the subpoena?

21      A.   Yes, sir.

22      Q.   Okay.  Johnny Hunt Ministries is a public

23  charity; isn't that correct?

24      A.   It is.

25      Q.   And it files its returns on Form 990?

MAGNA
LEGAL SERVICES

```
1        A.    Yes.

2        Q.    When was it formed?

3        A.    I'm sorry?

4        Q.    When was it formed?

5        A.    That I don't remember the year.  It's

6   been quite a while ago.  I don't remember the year.

7        Q.    If I were to say to you 2010, would that

8   sound just about right?

9        A.    I don't remember the year.

10        Q.    Well, let me try and help you out here.

11   Just a moment.  Just bear with me.

12              (Defendants' Exhibit No. 2 was marked.)

13              MR. KLEIN:  JHM 2.

14   BY MR. MCCORMICK:

15        Q.    I think, Mrs. Hunt, you mentioned earlier

16   that in preparation for the deposition you had

17   reviewed the certificate of incorporation and the

18   bylaws --

19        A.    Uh-huh.

20        Q.    -- of the entity.  I've just shown you

21   what has been marked for identification as JHM 2.

22   Could I direct your attention to the last page.

23              Who's James Law?

24        A.    He was a board member.

25        Q.    Uh-huh.  And was he involved in the
```

MAGNA
LEGAL SERVICES

1    organization of Johnny Hunt Ministries?

2         A.    Yes, he was.

3         Q.    And what's the date appearing on the

4    bottom of the bylaws there?

5         A.    November 20th of 2010.

6         Q.    Does that refresh your recollection?

7         A.    Yes, it does.

8         Q.    It would have been 2010?

9         A.    Yes.  Exactly.

10         Q.    Thank you.

11               At that time, was Johnny Hunt Ministries

12    a public charity?

13         A.    Yes, it was.

14         Q.    It was?  When was it recognized by the

15    IRS as a 501(c)(3)?

16         A.    I don't have that date.

17         Q.    Would 2016 sound about right?

18         A.    It should have been before.

19         Q.    Uh-huh.  Okay.  What's the announced

20    purpose of Johnny Hunt Ministries in its

21    organizational documents?

22         A.    Would you repeat that, please?

23         Q.    What's the announced purpose of Johnny

24    Hunt Ministries in -- in its certificate of

25    incorporation?

MAGNA

LEGAL SERVICES

1    A.    Well, we do a lot of mission work around

2    the world and in the States.   We give to a lot of

3    other 501(c)(3) organizations that we feel are

4    deemed to -- for our support.   That's pretty much

5    it.   A lot of mission work.

6    Q.    The propagation of the gospel of Jesus

7    Christ?

8    A.    Exactly.

9    Q.    Okay.   Getting the message out?

10    A.    Exactly.

11    Q.    Supporting church work?

12    A.    Exactly.

13    Q.    Not to enrich a -- a particular

14    individual?

15    A.    No.

16    Q.    Okay.   Who are its board of directors

17    right now?

18    A.    Okay.   Johnny Hunt is the CEO.   Virginia

19    Anspaugh is the CFO.   Sarah Hill is the secretary.

20    And then John Kissee is a member at large.

21    Q.    Okay.   You've done a terrific job of

22    telling me who three of the officers are and one

23    member at large.   Are all of those four individuals

24    directors?

25    A.    No.

MAGNA

LEGAL SERVICES

1    Q.    Okay.  Let me help you.

2    A.    I'm not sure what a director is.

3    Q.    It's okay.  Well, before I show you an

4    exhibit, are there meetings of the four individuals

5    together at any point?

6    A.    Yes.

7    Q.    You have an annual meeting?

8    A.    Yes.

9    Q.    Do you meet quarterly?

10   A.    Well, we -- depends on --

11   Q.    The needs of the corporation --

12   A.    -- the needs of -- right.  Yes.  We had

13   our last meeting in December.

14   Q.    Uh-huh.

15   A.    Of '23.

16   Q.    Uh-huh.

17   A.    And we will be having one in the next

18   couple of months.

19   Q.    And you have -- you have regular

20   meetings?

21   A.    Yes.

22   Q.    And if there's important corporate action

23   to be taken, that's taken by a vote of the people

24   who I'm going to call the directors?

25   A.    Yes.

MAGNA
LEGAL SERVICES

1    Q.    The four people you just --

2    A.    The four people that you mentioned.  Yes.

3    Q.    Okay.

4          COURT REPORTER:  Remember to speak one at

5    a time.

6          MR. MCCORMICK:  I am guilty of violating

7    my own rule.  Was just trying to help the witness.

8    Give me a moment, please.

9          I am about to mark for identification JHM

10   3.

11         (Defendants' Exhibit No. 3 was marked.)

12         MR. MCCORMICK:  (Tenders.)

13         MR. MACGILL:  Thank you.

14   BY MR. MCCORMICK:

15   Q.    Do you recognize the document that I've

16   just placed before you as JHM 3?

17   A.    Yes, I do.

18   Q.    Please identify it for the record.

19   A.    It is a Form 990 IRS for Johnny Hunt

20   Ministries.

21   Q.    Okay.  If I could direct your attention

22   to the page that's Bates numbered on the bottom

23   right JHM- -- I think that's four zeroes, 257.

24   A.    Okay.

25   Q.    And you'll see there is a Schedule Part

MAGNA
LEGAL SERVICES

1    7, Section A.

2          A.    Yes.

3          Q.    And it lists four names?

4          A.    Yes.

5          Q.    Identifies them as board members?

6          A.    Yes.

7          Q.    Those are the directors?

8          A.    Yes.

9          Q.    Yeah.

10               And there's a column next to it.  Average

11   hours per week.  And then next to that, column that

12   says see position.  First one says individual

13   trustee or director XXXX.  These are directors?

14         A.    Yes.

15         Q.    Thank you.

16               Who picks them?

17         A.    My husband and I.

18         Q.    You and your husband?

19         A.    Yes.

20         Q.    Who owns Johnny Hunt Ministries, Inc.?

21         A.    Well, technically I would say that the

22   board of directors would, that the --

23         Q.    Are there shares of the corporation?

24         A.    No.

25         Q.    No?

1    A.   No.

2    Q.   It's owned.  So it's a corporation that

3  owns itself?

4    A.   I don't understand that terminology.

5    Q.   Okay.  I'll -- I'll withdraw the

6  question.

7         But -- but you and -- and Mr. Hunt

8  select --

9    A.   Yes, we do.

10    Q.   -- pick people who are going to be on the

11  board of directors?

12    A.   Yes, we do.

13    Q.   And there's a particular term of years

14  for which during which a person will be a director?

15    A.   A person will what?

16    Q.   There's a particular term of years under

17  the bylaws when a person will be a trustee or

18  director?

19    A.   We haven't ever discussed the length of

20  time that a person would serve if that's what

21  you're asking.

22    Q.   Uh-huh.  How long have Sarah Hill, John

23  Kissee, Virginia Anspaugh and Johnny Hunt been

24  directors?

25    A.   Well, of course, Johnny Hunt's been a

MAGNA
LEGAL SERVICES

1    director from the beginning of the organization.

2    And then the other three are fairly new because we

3    did have a person to resign off of the board so we

4    needed to replace him.  So we pretty much did a

5    restructure.

6          Q.   Who resigned?

7          A.   Jim Law.

8          Q.   Why did Mr. Law resign?

9          A.   Because of the Guidepost report.

10         Q.   I see.  How did you and Mr. Hunt come to

11   select Sarah Hill, John Kissee and Virginia

12   Anspaugh?

13         A.   Well, we chose people that we felt like

14   had an interest in the ministries that we were

15   doing.

16         Q.   Uh-huh.

17         A.   And these are people that we are -- have

18   known for -- throughout the years and have also

19   been supporters of our ministries.

20         Q.   They're friends of yours?

21         A.   Yes.  They were friends.

22         Q.   And how do you -- how did you know them

23   originally?

24         A.   Well, they were all members of our church

25   that we've known --

1      Q.    First -- First Baptist Church --

2      A.    -- over the 30 --

3      Q.    -- Woodstock --

4      A.    -- years.  Yes.

5      Q.    And I just spoke over you again.  I'm

6  sorry.  Okay.  Thank you.

7            In prior years can you off memory, to the

8  extent you can, could you tell me who the -- who

9  the directors were?

10     A.    Jim Law, Greg Moss, and I can't

11 remember --

12     Q.    Were you?

13     A.    -- who else.  I may have been.

14     Q.    What about John Carswell?

15     A.    Yes.  That would have been early in the

16 formation.

17     Q.    Or Eddie Carswell?

18     A.    Possibly.  I just don't remember.

19     Q.    Pete Hixson?

20     A.    Yes.

21     Q.    Yes.  Okay.

22            Has Johnny Hunt Ministries ever had

23 employees?

24     A.    No.  We've never had employees.

25     Q.    Never had an employee?

1      A.   No.

2      Q.   Okay.  So the next question of how much

3 time per week the employees work would be a moot

4 question at this point.

5      A.   Yes.

6      Q.   Yes.  Would I be correct in understanding

7 that Mr. Hunt's speaking engagements are

8 principally run through Johnny Hunt Ministries?

9      A.   Mostly, yes.

10      Q.   Mostly.  Historically?

11      A.   Yes.

12      Q.   Presently?

13      A.   It varies.

14      Q.   It varies.  And you have anticipated my

15 next question.

16           Mrs. Hunt, I am now showing you what is

17 being marked for identification as Johnny Hunt

18 Ministries 4.

19           (Defendants' Exhibit No. 4 was marked.)

20 BY MR. MCCORMICK:

21      Q.   Do you recognize the document?  I'm

22 asking the witness, do you recognize the document,

23 Mrs. Hunt?

24      A.   Yes.  They are -- let's see what all this

25 is.  Oh, okay.  Yes.

```
 1        Q.   Can you show me -- some of the income
 2   from Mr. Hunt's speaking engagements at one church
 3   or another have been reported in past years.  Can
 4   you show me, have they been reported on the 2019
 5   return?
 6        A.   For his speaking engagements --
 7        Q.   Yes.
 8        A.   -- from different churches?
 9        Q.   Yes.
10        A.   Okay.  Let me see.  Here's one for the
11   Cross Church.
12        Q.   Right.  And how much money is that?
     ███      ███     ███████
14        Q.   All right.  And which -- which Bates
15   number, bottom of the page are you looking at right
16   now?
17        A.   2579.
18        Q.   2579.  Thank you.
19        A.   Okay.  Let's see.  Cross Church.  Answers
20   in Genesis.
21        Q.   Yes.
22        A.   2580.
23        Q.   All right.
24        A.   For -- see what the amount --
     ███      ███      ████████████████████████
```

```
6          Q.   So a few?

7          A.   Yeah.

8          Q.   A handful.

9          A.   Yes.

10         Q.   And from time to time, from one year to

11   the other on the personal returns, there might be a

12   couple of these one off speaking engagements at a

13   church?

14         A.   Yes, sir.

15         Q.   But the vast majority of the rest were

16   all part of the -- the program revenue run through

17   Johnny Hunt Ministries, Inc.?

18         A.   Exactly.

19         Q.   Just curious, how come there would be

20   like a half dozen of Mr. Hunt's speaking

21   engagements paid to him personally on the personal

22   return as opposed to Johnny Hunt Ministries?

23         A.   Well, sometimes they did not get the

24   message that we wanted -- they didn't get the W

25   whatever it is, W9, W --
```

MAGNA
LEGAL SERVICES

1      Q.   Right.

2      A.   -- whatever it is to make the checks out

3  to Johnny Hunt Ministries.

4      Q.   Okay.

5      A.   And they would make it to him personally.

6  So then he would get a 1099.

7      Q.   So there was no grand master plan.  It's

8  just the way things happened?

9      A.   Well, generally we did have the speaking

10  engagement checks made out to Johnny Hunt

11  Ministries.  That was our intent.

12      Q.   Yes.  Yes.

13      A.   For his outside speaking engagements when

14  he was employed.

15      Q.   Right.  I see.

16            VIDEOGRAPHER:  Counsel, can you move your

17  microphone to the right side?

18            MR. MCCORMICK:  To the right side?

19            VIDEOGRAPHER:  Correct.  Thank you.

20  Outside the lapel.  Or on your tie.  That's fine.

21            MR. KLEIN:  They didn't teach you this in

22  law school?

23            MR. MCCORMICK:  No.  There his -- this is

24  his diplomatic way of saying that I don't speak out

25  of both sides of my mouth.

1    (Discussion held off the record.)

2    (Defendants' Exhibit No. 5 was marked.)

3  BY MR. MCCORMICK:

4    Q.   Mrs. Hunt, I am now going to place before

5  you what have been marked for identification as JHM

6  5, the 2016 Johnny Hunt Ministries Form 990; JHM 6,

7  the 2017 990; JHM 7, the 2018 990; JHM 8, the 2019

8  990; JHM 9, the 2020 990; and JHM 10, the 2021 990.

9  And I earlier showed you the 2022 990.  So keep

10 that handy as well.

11   A.   Okay.

12        MR. MACGILL:  And, Janet, why don't you

13 hand those to me and I'll get those out of your way

14 so that you don't have too many papers in front of

15 you.

16        THE WITNESS:  Okay.

17        MR. MACGILL:  Thank you, ma'am.  I'll

18 take it.  You got -- okay.  You got everything you

19 need.

20        May I see those real quick?  And the

21 other one as well.  Thank you.

22        MR. MCCORMICK:  (Tenders.)

23        MR. MACGILL:  Thank you.

24 BY MR. MCCORMICK:

25   Q.   And this is just to button up the earlier

MAGNA
LEGAL SERVICES

1  question I had to you about employees and salaries.

2  If you look at page 1 of the 2016 return.

3       A.   Okay.

4       Q.   On that page, you don't -- you see zero

5  under expenses for salaries on line 15.

6       A.   Okay.  Tell me what page again.

7       Q.   I am sorry.  The front page of the --

8  page 2016.

9       A.   Oh, all right.  Okay.  Would you repeat

10 the question, please?

11      Q.   Yes.  It's -- I am sorry.  In my binder I

12 had it as the first page, but here you have to flip

13 to the back to see it.

14      A.   Yes.

15      Q.   So page -- line item 15.

16      A.   Yes.

17      Q.   All right.  Where it says salaries, other

18 compensation, et cetera?

19      A.   Yes.

20      Q.   Zero.

21      A.   Yes.

22      Q.   All right.  And the same would be true if

23 you look at each one of the tax returns for the

24 following years?

25      A.   It should.

1        Q.    Yes.

2              Johnny Hunt Ministries ever pay, since

3    2016, any kind of income to Mr. Hunt?

4        A.    No, sir.  No.  No income.

5        Q.    Right.  So --

6        A.    No.

7        Q.    So the tax return says salary zero, no

8    other income of any other kind, 1099 or anything

9    like that?

10       A.    Should not have as far as -- as -- I

11   mean, I can't remember that far back, but I don't

12   believe that he would ever have had a 1099 form.

13       Q.    Right.

14       A.    I could look through here and tell you,

15   but I don't recall him ever having a 1099 form.

16       Q.    I'm not going to force you to do that.  I

17   think we had some testimony yesterday and perhaps

18   just from the point of view of Johnny Hunt

19   Ministries you could confirm.  The whole idea

20   behind Johnny Hunt Ministries was as Mr. Hunt

21   mentioned yesterday, he had made enough money and

22   now he wanted to give back and he set up the JHM

23   ministries to accomplish that.

24       A.    You're exactly right.

25       Q.    That's correct.  Okay.

1           What about 2023?

2       A.    What about 2023?

3       Q.    Well, we do not have the tax return from

4    2023.

5       A.    Oh, right.  It hasn't been done yet.

6       Q.    It hasn't been completed?

7       A.    No.  It hasn't.

8       Q.    Hasn't been filed?

9       A.    No.  It hasn't.  The due date's not until

10   May 15th.

11      Q.    Right.  There are drafts though of it?

12      A.    Not yet.  I'm still in the process of

13   giving them the information.

14      Q.    Uh-huh.  Do you know on behalf of Johnny

15   Hunt Ministries the bottom line number for revenues

16   and expenses?

17      A.    No, I don't.

18      Q.    You don't.

19      A.    I don't.

20      Q.    Can you tell me whether the entity has

21   made a net profit?

22      A.    I don't have any idea.  I haven't gotten

23   that far yet.

24      Q.    Well, maybe we'll come back to that

25   later.

MAGNA
LEGAL SERVICES

1          We have asked for that to be produced.

2    We would like to have that when it is -- when it is

3    prepared.

4          A.    Yeah.   That's not a problem.

5          Q.    I would ask Mr. -- Mr. MacGill if that --

6    if that can be done.

7                MR. MACGILL:  Yeah.  Go ahead.  Ask your

8    questions.  We'll -- we'll deal with you on all --

9    all open items at the appropriate time.

10               MR. MCCORMICK:  Okay.  You'll take that

11   under advisement?

12               MR. MACGILL:  Yeah.  I don't see a

13   problem.  We'll just cover -- ask your questions of

14   this witness and let's keep moving.

15               MR. MCCORMICK:  Sure.

16               (Defendants' Exhibit No. 11 was marked.)

17   BY MR. MCCORMICK:

18         Q.    Mrs. Hunt, I want to tell you -- I've

19   just placed before you what was marked for

20   identification as JHM 12.

21         A.    This says 11.

22               SPEAKER:  Yeah, it's 11.

23   BY MR. MCCORMICK:

24         Q.    I'm sorry.  11.  Thank you.

25               I am going to acknowledge that there's no

1  particular reason that you should have seen this

2  document before.  It is not obviously a document of

3  Johnny Hunt Ministries.  I want to make sure that

4  that's well understood.

5       A.   Okay.



10      Q.   Mrs. Hunt, it's not uncommon that when

11  you make a contribution to a charitable

12  organization that the charitable organization

13  publishes some kind of report, maybe in a glossy

14  magazine to its donors.

15          I certainly have had that experience.

16  Does -- does Johnny Hunt Ministries do that?

17      A.   No, we do not.

18      Q.   You do not.

19          Looking back at the tax returns -- and

20  I'll just take the 2016 one at the top just as one

21  example --

22          MR. MACGILL:  Thank you.

23  BY MR. MCCORMICK:

24      Q.   There's a line item I'm curious about,

25  line eight on the first page where it says

1    contributions and grants.  Do you see that?

2         A.    Yes, I do.

3         Q.    And it shows that in the prior year which

4    I guess would have been 2015, somebody had paid in

5    $356,892 by way of contributions and grants.

6         A.    Yes.

7         Q.    And you see 10,000 for 2016.

8         A.    Yes.

9         Q.    Who made the contributions and grants?

10        A.    I have no idea.

11        Q.    You don't know.  Do you know who made

12   contributions and grants in the following years?

13        A.    No, I don't.

14        Q.    The program income from speaking

15   engagements however came from what?

16        A.    Churches, conventions --

17        Q.    Right.

18        A.    -- men's conferences.

19        Q.    Uh-huh.

20        A.    Any place he was speaking outside of his

21   employment.

22        Q.    If Johnny Hunt Ministries were to start

23   paying Johnny Hunt from these program revenues, who

24   would make that decision?

25        A.    He would, because he would request it.

1   But then we would go before the board.

2       Q.   Awe.   Is there a compensation committee?

3       A.   No, there's not.

4       Q.   There's not.  So this would be a decision

5   by the board as a whole?

6       A.   Yes.

7       Q.   And -- and right now, the four people we

8   spoke about earlier, Mr. Kissee, Ms. Hill and Ms.

9   Anspaugh?

10      A.   Yes.

11      Q.   And Johnny?

12      A.   Yes.

13      Q.   Yes.

14           Did the board of the -- I'm sorry.

15           Did the board of directors ever conduct

16  any kind of survey to determine what would be

17  reasonable compensation for Mr. Hunt if they -- if

18  they started to choose paying him income?

19      A.   No.

20      Q.   No.

21           Could they pay him 100 percent of program

22  revenues?

23      A.   Could they?  I have no idea.

24      Q.   Uh-huh.

25      A.   I don't -- I don't know why they would.

```
1         Q.   Has the board of directors of Johnny Hunt
2    Ministries ever, you know, put in place any
3    criteria for making the judgment?
4         A.   No.
5         Q.   No.
6              Would it be fair to say that basically
7    the board of directors of Johnny Hunt Ministries is
8    Johnny Hunt?
9         A.   No.
10        Q.   No?  Okay.
11             Would any of the members of the board of
12   directors of Johnny Hunt Ministries say no, we're
13   not going to do that?
14        A.   Probably.
15        Q.   Who?
16        A.   Any -- any of the ones on the board would
17   have that opportunity.
18        Q.   Even though they were picked by you and
19   Mr. Hunt?
20        A.   Of course.
21        Q.   Uh-huh.
22             So it's Johnny Hunt Ministries' testimony
23   then in this room just to be clear, that it stood
24   ready at a moment's notice if Johnny requested it
25   to pay thousands of dollars of program revenue to
```

1    him if he personally chose to do so?

2         A.    That's not very likely to happen.  But

3    they could because --

4         Q.    It's not likely --

5         A.    -- they're the board of directors.

6         Q.    -- to happen?

7         A.    It's not likely to happen.

8         Q.    Look again at the 990s.

9         A.    For which year?  Oh, yes.  Which year?

10        Q.    All of them.  I'm sorry.  All of them.

11             MR. MACGILL:  Well, which -- she's not

12   going to look at all of them at once.  Do you want

13   her to look at any one of them in particular?

14             MR. MCCORMICK:  Well, okay.  I'm going to

15   go one by one starting with 2016.

16             MR. MACGILL:  Okay.

17        A.    Okay.

18   BY MR. MCCORMICK:

19        Q.    Actually, before we do that, I will ask

20   you to take one more look at the expert report

21   which I previously showed you.  And, again, I am

22   not going to ask you to agree or disagree with

23   anything in the report.  And I assure you again

24   this is not a trick question.  Okay?

25             Paragraph 22 on page 6.

1       A.   Okay.

■           ■           ████████████████████████████

■     ████████████████████████████████████

■     ██████████████████████████████

■     █████████████████████████████████████     ███████

          ████████████████████████████████

■     ████████████████████████████████████████████

■     ██████████████████████████████████████

■     ████████████████████████████████████████████

■     █████████████████████████████████████████

■     ████████████████████████████████████████████

■     ██████████████████████████████████████

■     ████████████████████████████████████████

■     ███████████████████████████████     ██████████████

■     █████████████████████████████████████

■     █████████████████████████████████████

■     ████████████████████

■           ████████████████████████████████████████████

■     ██████████████████████████████████████████████

■     ███████████████████████     ████████████████████

■           ■     ████

■           ■     ██████████████████████████████████

■     ██████████████████████████████████

■           ■     ████

■           ■     ██████     ██████████████████████████████

MAGNA◆
LEGAL SERVICES

██  █████████████████████████

██      ███   ██████

3             MR. MACGILL:  Wait.  Hold on, Counsel.

4   When you say positing --

5             MR. MCCORMICK:  I'm trying to --

6             (Simultaneous speaking.)

7             MR. MCCORMICK:  Hold on.  Wait.  I

8   haven't finished my question yet.

9             MR. MACGILL:  Well, I have no idea what

10  you're talking about.  We're -- she's not here to

11  testify on the expert report, so you'd better be a

12  lot more clear about what you're asking --

13            MR. MCCORMICK:  I would -- I would be --

14  I would --

15            MR. MACGILL:  -- because we're going to

16  put an end to this right away.

17            MR. MCCORMICK:  We're not putting an

18  end --

19            MR. MACGILL:  She's not --

20            MR. MCCORMICK:  -- to anything.

21            MR. MACGILL:  Yeah, we are.

22            MR. MCCORMICK:  I haven't even finished

23  my question.  You have to wait for me to finish my

24  question before you object, please.

25            MR. MACGILL:  You --

MAGNA
LEGAL SERVICES

```
 1            MR. MCCORMICK:  Can we have --
 2            MR. MACGILL:  -- are misrepresenting --
 3            MR. MCCORMICK:  -- an ounce of civility
 4  here?
 5            MR. MACGILL:  No, no, no.  I want you to
 6  have an ounce of reality.
 7            She is a witness at here's to testify --
 8  is here to testify on behalf of Johnny Hunt
 9  Ministries.  You put an expert report in front of
10  her and question -- questioning her about an expert
11  report.
12            Now, you know better.  Now, you better be
13  real careful because I'm going to terminate this
14  deposition immediately.  Ask your question but
15  you're on notice.  Ask your question.
16            MR. MCCORMICK:  All right.  I am going to
17  ask my question.
18  BY MR. MCCORMICK:
19       Q.   All right.  I do not ask you, Mrs. Hunt,
20  to say that the program revenue would have been
21  $331,000 per year.  I will not put those words into
22  your mouth.  I do not expect Johnny Hunt Ministries
23  to say that.  My only question is, just for
24  purposes of my question, hear me carefully,
25  assuming that the number were $331,000 a year --
```

```
 1              MR. MACGILL:  What number, Counsel?

 2              MR. MCCORMICK:  Total revenue -- program

 3    revenue --

 4              MR. MACGILL:  To Johnny Hunt?

 5              MR. MCCORMICK:  Well, let me finish the

 6    question.

 7              MR. MACGILL:  No, no.  We're not doing

 8    this.  Are you tell -- you need to define your

 9    question.  We're not going to play word games here,

10    Counsel.  You know better.  And I'm sitting here

11    and --

12              MR. MCCORMICK:  Sir --

13              MR. MACGILL:  -- word games don't get

14    played when I'm in the room.

15              MR. MCCORMICK:  Sir --

16              MR. MACGILL:  I'm not letting you do it.

17              MR. MCCORMICK:  A question -- a question

18    is not a word game.

19              MR. MACGILL:  It's a word game --

20              MR. MCCORMICK:  And it hasn't even been

21    finished.

22              MR. MACGILL:  Let me be very clear, we're

23    not playing games here, sir.

24              MR. MCCORMICK:  This is another speaking

25    objection --
```

MAGNA

LEGAL SERVICES

1          MR. MACGILL:  No.  I'm --

2          MR. MCCORMICK:  -- you did this the last

3    time.

4          Mr. MACGILL:  -- talking about you.

5          You have a responsibility to the Court.

6    You have -- we gave you a deposition of this woman

7    on Johnny Hunt Ministries.  Now, if you want to ask

8    questions that have nothing to do with this, you

9    have no basis for that proceeding.  Now, I want you

10   to tell us what revenue are you talking about?

11         MR. MCCORMICK:  Well, okay.  I think if

12   we look at the paragraph that I just quoted, it

13   identifies that revenue.  Speaking engagements,

14   selling publications, conducting conferences.

15         MR. MACGILL:  Whose revenue is that,

16   Counsel?

17   BY MR. MCCORMICK:

18       Q.   Mrs. -- Mrs. Hunt, let me ask you this

19   question.  Let me back up and lay a foundation if

20   it will make it easier for you.

21         Do speaking engagements, selling

22   publications, and conducting conferences represent

23   the program revenue historically received by Johnny

24   Hunt Ministries?

25         MR. MACGILL:  Counsel, who's --

MAGNA
LEGAL SERVICES

1          MR. MCCORMICK:  Is that an objectionable

2  question?  Can I finish -- can I get an answer to

3  that question?

4          MR. MACGILL:  No, you may not.

5          You're talking about Johnny Hunt revenue

6  and you're attempting to confuse this witness

7  through your question.  It's Johnny Hunt's money --

8          SPEAKER:  (Indiscernible).

9          MR. MACGILL:  -- and you know better.

10          MR. MCCORMICK:  Sir, I'm talking about --

11          MR. MACGILL:  You know better,

12  Counselor --

13          MR. MCCORMICK:  I do not know better.

14  I'm asking the question.  Johnny Hunt Ministries --

15  BY MR. MCCORMICK:

16     Q.   Mrs. Hunt, earlier I think we had some

17  testimony where you said that speaking revenue was

18  historically booked through Johnny Hunt Ministries;

19  is that correct?

20     A.   Yes.

21     Q.   You so testified.  Would the same be true

22  of selling book publications?

23     A.   Yes.

24     Q.   Yes.  Conducting conferences?

25     A.   Yes.

1    Q.    Does that represent basically the program

2    revenue of Johnny Hunt Ministries?

3    A.    Not totally.

4    Q.    What else?

5    A.    Donations to the ministry.

6    Q.    Okay.  Let's put donations to the side

7    for a moment just to make it crystal clear.  Okay.

8    The way that Johnny Hunt Ministries does business

9    is Johnny does the sermons, Johnny writes the

10    books, the money comes in to Johnny Hunt

11    Ministries; correct?

12        MR. MACGILL:  Counsel, you know better

13    and you're intentionally misrepresenting the

14    details here.

15        MR. MCCORMICK:  Well --

16        MR. MACGILL:  We'll -- we'll --

17        MR. MCCORMICK:  The witness can answer --

18        MR. MACGILL:  -- deal with you later.

19        MR. MCCORMICK:  -- my question.

20        MR. MACGILL:  We'll deal with you later.

21    Go ahead and answer his questions.  We'll come

22    back.  We'll deal with you later.

23        MR. MCCORMICK:  Deal with me all you

24    like.

25    BY MR. MCCORMICK:

MAGNA
LEGAL SERVICES

1      Q.   Assume $331,000 in program revenue in a

2    year.  Just assume that.  Okay?  Johnny Hunt

3    Ministries reports the program revenue on the tax

4    returns every year anyway, yes?

5      A.   Yes.

6      Q.   So let's just say 331,000 just -- just

7    for purposes of laying up my question.  You with me

8    so far?

9           Looking at tax return 2016, again, page

10   1.  Line 19.  Revenue less expenses.  You see

11   that?

12     A.   What line?

13     Q.   Line 19.

14     A.   Yes.

15     Q.   What was the figure for 2016?

16     A.   Four -- $49,357.

17     Q.   Yeah.  Basic math.  That's -- that's much

18   less than $331,000, yes?

19     A.   Yes.

20     Q.   Is it likely that Johnny Hunt Ministries

21   would have paid out $331,000 to Johnny Hunt in

22   2016?

23     A.   I don't understand what you're asking.

24     Q.   Would Johnny Hunt Ministries have paid

25   $331,000 to Johnny Hunt if at the end of the day

MAGNA○
LEGAL SERVICES

1  without having done so it only realized 49,357?

2       A.   I don't understand what you're getting

3  at.

4       Q.   Well --

5       A.   They don't pay him anything.

6       Q.   If -- if -- if they had, if they had.

7       A.   They didn't.

8       Q.   I know they didn't.  I'm asking you a

9  question.

10           If they had, based on this tax return,

11  Johnny Hunt Ministries would have recognized a

12  loss; is that not correct?

13      A.   Well, if they had, I guess it would have

14  been a loss, but they didn't.

15      Q.   Right.

16           Is it likely that they would have done so

17  if -- if in the process, they would have lost over

18  $200,000?

19           MR. MACGILL:  Counsel -- Counsel, I mean,

20  this is absurd.  I mean, you --

21           MR. MCCORMICK:  This is --

22           THE WITNESS:  I don't even know what

23  that --

24           (Simultaneous speaking.)

25           MR. MACGILL:  Let me -- let me make my

MAGNA
LEGAL SERVICES

1    point.  No one can follow your logic, including the

2    witness.  You're misrepresenting the --

3            MR. MCCORMICK:  Oh, I think the

4    witness can follow my logic --

5            MR. MACGILL:  Your -- your co-counsel is

6    raising his hand and laughing.  Okay?

7            MR. KLEIN:  No.  I'm saying I understand

8    it.

9            MR. MACGILL:  No.  You're --

10           (Simultaneous speaking.)

11           MR. MACGILL:  -- you're laughing.

12           MR. KLEIN:  I understand it.

13           MR. MACGILL:  Counsel, this is not funny.

21           MR. MCCORMICK:  I did -- I did read

22   that --

23           MR. MACGILL:  You did not read that --

24           MR. MCCORMICK:  -- word for word.

25           MR. MACGILL:  -- Counsel.  Did not.

1    Now --

2            MR. MCCORMICK:  If I -- if I misread or

3    dropped a word, I do apologize, Mrs. Hunt.

4            MR. MACGILL:  You did.

5    BY MR. MCCORMICK:

6        Q.   Mrs. -- Mrs. Hunt, in a year, when you

7    had less than $331,000 of revenue -- you're on the

8    board; right?

9        A.   No.

10       Q.   No.  You're not.  I'm sorry.

11            You were on the board at some point?

12       A.   At some point.

13       Q.   Right.  Okay.

14            During a year when Johnny Hunt Ministries

15   collected less than $331,000 worth of income, would

16   it have paid $331,000 of money directly to Johnny

17   Hunt?

18            MR. MACGILL:  Object to the form.  It is

19   nonsensical, your question.

20            MR. MCCORMICK:  You can answer my

21   question.

22            THE WITNESS:  Repeat the question.

23            MR. MCCORMICK:  Do please repeat the

24   question.

25            (The Court Reporter read back the

MAGNA○
LEGAL SERVICES

1    requested portion.)

2         A.    It could have.  But it didn't.

3    BY MR. MCCORMICK:

4         Q.    What would -- what would the result have

5    been if it had?  Where would that money have come

6    from?

7         A.    I don't understand your line of

8    questioning and I don't know how to answer that

9    because I don't know what you're getting at.

10        Q.    Well, would it have --

11        A.    It sounds like a trick question.

12        Q.    It's not a trick question.  If it's -- if

13   it's not income, right, does the money have to come

14   out of assets?

15             MR. MACGILL:  Counsel, same thing.  This

16   is nonsensical.  There's -- there's no ability of

17   counsel --

18        A.    I'm not even going to answer that.

19             MR. MACGILL:  -- or the witness to

20   understand what you're saying or doing.

21             MR. MCCORMICK:  I'm sorry.  Mrs. Hunt,

22   are you --

23        A.    I don't know what you're getting at.

24             MR. MCCORMICK:  -- refusing to answer the

25   question?

MAGNA®
LEGAL SERVICES

1          MR. MACGILL:  She's not refusing.  Answer
2     what you can.
3          MR. MCCORMICK:  I think the -- I think
4     the witness just said I'm not answering that.
5          A.   I don't know how to answer that.
6          COURT REPORTER:  Please speak one at a
7     time.
8     BY MR. MCCORMICK:
9          Q.   Is it likely for Johnny Hunt Ministries
10    to pay money that it doesn't have?
11         A.   Of course not.
12         Q.   Thank you.
13              Does Johnny Hunt Ministries have a view
14    as to how people paying for conferences or sermons
15    would feel if they knew that Johnny Hunt Ministries
16    was paying Johnny Hunt's attorneys' fees for this
17    litigation?
18         A.   Repeat the question.
19              MR. MACGILL:  Object to -- object to the
20    question.  No foundation.
21    BY MR. MCCORMICK:
22         Q.   Well, if somebody who had paid money to
23    go to a Johnny Hunt conference were to call up the
24    Johnny Hunt Ministries and say, you're using my
25    money to pay Johnny Hunt's attorneys, what would

MAGNA
LEGAL SERVICES

1    you tell them?

2           A.    We pay -- we are paying expenses.

3           Q.    Uh-huh.

4           A.    For the litigation.

5           Q.    Do the people who pay to go to see Johnny

6    Hunt's sermons or to go to his conferences expect

7    that that's going to happen?

8           A.    Well, I can't answer that question for

9    what they would expect.  And everything is public.

10   We have -- it shows in our records where the money

11   goes and it would show it would be for legal

12   expenses.

13          Q.    Did the board approve that --

14          A.    Is public.  Yes.

15          Q.    It did.  How did that happen?

16          A.    On the recommendation of our tax

17   attorney.

18          Q.    Well, I don't want to -- I don't want to

19   go into attorney-client privileged communications.

20   When did that happen?

21          A.    At our board meeting last year.

22          Q.    Was there a resolution?

23          A.    There was a discussion.

24          Q.    Was there a vote?

25          A.    Yes.

MAGNA
LEGAL SERVICES

1      Q.   Yeah.  All right.  Mrs. Hunt, let's
2  switch gears for a second.
3           And you're aware that the foundation of
4  this litigation right now is based upon an
5  encounter that took place between Mr. Hunt and a
6  person whom I will refer to as Jane Doe?
7      A.   Uh-huh.
8      Q.   You and I both know who Jane Doe is?
9      A.   Absolutely.
10     Q.   I don't need to go into that.
11          Do you have -- does Johnny Hunt
12  Ministries have any awareness of having paid any
13  funds to Jane Doe or her husband --
14     A.   No.
15     Q.   -- in 2010?
16     A.   No.
17     Q.   For reimbursement for the rental of a
18  condo?
19     A.   Not that I remember.
20     Q.   Okay.
21          MR. MCCORMICK:  What was that last item I
22  had marked?
23          MR. KLEIN:  Last one is 11, I believe.  I
24  think this one is 12.
25          MR. MCCORMICK:  Numbers here are

1  different.  Let's --

2          COURT REPORTER:  Right there

3  (indicating).

4          MR. MCCORMICK:  That's why they're

5  different.

6  BY MR. MCCORMICK:

7      Q.  Mrs. Hunt, yesterday we heard some

8  testimony from Mr. Hunt --

9          (Overhead lights turn off.)

10          MR. MCCORMICK:  There we go again.

11          SPEAKER:  You got it, Johnny?

12          MR. KLEIN:  Thank you, Mr. Hunt.

13          (Discussion held off the record.)

14          MR. HUNT:  Walk into the light.

15          MR. KLEIN:  Yeah.  I can give you a

16  little pointer how to do it --

17          MR. HUNT:  Place needs light.

18  BY MR. MCCORMICK:

19      Q.  That his speaking engagements have dried

20  up in the year 2022.  Do -- do you have knowledge

21  of that?

22      A.  Yes.

23          How much of his speaking -- engagements

24  for the year 2022 have dried up.

25      A.  I couldn't say how much.

MAGNA○
LEGAL SERVICES

1    Q.   Did --

2    A.   A lot.

3    Q.   A lot.  Was he still out on the road

4  giving sermons here and there during the year 2022?

5    A.   Yes.  Some.

6         MR. MACGILL:  So now we're in her

7  personal deposition?

8         MR. MCCORMICK:  No, I'm actually asking

9  Johnny Hunt Ministries because we've --

10         MR. MACGILL:  Okay.  So --

11         MR. MCCORMICK:  -- we've had -- we've had

12  testimony --

13         MR. MACGILL:  -- ask it now and then you

14  don't need to ask it during her personal

15  deposition but this is her personal --

16         MR. BESEN:  Well, that's -- no.  That's

17  not how it works.

18         MR. MACGILL:  It is how it's going to

19  work.

20         MR. BESEN:  No, it's not, actually.

21  You're wrong and you're not in control.

22         MR. MACGILL:  I'm in charge, you're

23  not --

24         MR. MCCORMICK:  No.  I -- I am in charge.

25  Okay?

MAGNA
LEGAL SERVICES

1              MR. MACGILL:  We're in charge of --

2              (Simultaneous speaking.)

3              MR. MCCORMICK:  To quote Al Haig.

4              COURT REPORTER:  Excuse me.  One at a

5    time.

6              MR. MACGILL:  Let me just make -- explain

7    something, Gene.  We're in charge of what the

8    witness will do and not do with the questions that

9    she's going to answer.  You take your positions.

10   We're going to take ours.  But she's not going to

11   be abused here.

12             MR. BESEN:  No one's abusing --

13             MR. MACGILL:  Not going to happen.

14             MS. BESEN:  Asking her a question about

15   Johnny Hunt Ministries.  She's here as a corporate

16   rep.

17             MR. MCCORMICK:  Counsel --

18             MR. MACGILL:  Ask your --

19             MR. MCCORMICK:  Counsel --

20             MR. BESEN:  You're --

21             MR. MCCORMICK:  Counselor, I want to put

22   this on the record.

23             You know, I've been pulling my punches

24   here.  No. 1, you are not in charge here.  This is

25   my deposition and this is my deposition room.

MAGNA

LEGAL SERVICES

1          Second, the Court is in charge here

2    ultimately.  Not you.

3          Now, you can object on the grounds of

4    privilege and tell the client not to answer.  You

5    can --

6          MR. MACGILL:  That's what I'm telling

7    you.

8          MR. MCCORMICK:  -- you can give me --

9          MR. MACGILL:  You need to understand that

10   now --

11         MR. MCCORMICK:  No, no, no.  I think --

12         MR. MACGILL:  I'm telling you --

13         MR. MCCORMICK:  -- you're the one who

14   needs to understand how depositions work.

15         COURT REPORTER:  One at a time, please.

16         MR. MACGILL:  What I'm telling you is the

17   way it's going to be.  And I'm telling Gene Besen

18   the same thing.  Here's the way it's going to be.

19         MR. MCCORMICK:  Think again.

20         MR. MACGILL:  No, no.  Here's the way

21   it's going to be.

22         We are going to tell this witness --

23   we're offering this witness as Johnny Hunt

24   Ministries as agreed, No. 1.  No. 2, she's going to

25   testify individually.  You can't do both at the

1    same time.

2          MR. MCCORMICK:  I have no object of doing

3    that.  If you would please allow me to finish my

4    question, sir.

5    BY MR. MCCORMICK:

6          Q.   Mrs. Hunt, I think we've established

7    twice already with you that most of the speaking

8    engagements are run through Johnny Hunt Ministries;

9    correct?

10         A.   Yes.

11         Q.   And I am asking you as Johnny Hunt

12   Ministries here, the speaking engagements were run

13   through it, they were recorded financially through

14   Johnny Hunt Ministries?

15         A.   Yes.

16         Q.   And as we have seen, they are reported on

17   the tax returns; correct?

18         A.   Yes.

19         Q.   Okay.  I am asking Johnny Hunt Ministries

20   only right now, in 2022, there were some

21   speaking engage -- oy vey -- there were some

22   speaking engagements that did go forward.

23         A.   Some but not many.

24         Q.   Not many.  Did it pick up in 2023?

25         A.   I would have to look back at the records

1   but perhaps, maybe.

2       Q.   Perhaps.  Okay.  People are still willing
3   to ask Johnny Hunt to come and give them sermons
4   throughout the country?

5       A.   Some.

6       Q.   He did some traveling?

7       A.   A little, yes.

8       Q.   A little?

9       A.   Uh-huh.

10      Q.   How many Sundays has he been here and
11  there across the United States giving sermons this
12  year?  I'm -- now I'm in 2024 of course.

13      A.   He -- he -- he stays pretty busy, but
14  it's not --

15      Q.   Stays pretty busy?

16      A.   -- any places like he used to go.

17      Q.   Okay.

18      A.   It's changed.  The dynamics of the places
19  that he goes has entirely changed from the places
20  that he was going before 2022.

21      Q.   Okay.  I understand.

22           2019 was a gangbusters year.  We can
23  agree; right?

24      A.   I don't have 2019 --

25      Q.   Okay.  Well, if you take a look at the

1  tax returns for 2019.  This is actually a softball

2  question.

3           MR. MACGILL:  You want to hand me those

4  two?

5           MR. KLEIN:  You got that?

6  BY MR. MCCORMICK:

7      Q.  So just -- just to pick an example, line

8  nine on page 1.

9      A.  Okay.

10     Q.  454,000 and change.

11     A.  Yes, sir.

12     Q.  It was -- that was a great year.

13     A.  Yes, sir.

14     Q.  Okay.  You're saying it's not -- it's not

15  there right now?

16     A.  Definitely not.

17     Q.  Okay.  I'm going to show you what has

18  been marked for identification as JHM 12.

19           (Defendants' Exhibit No. 12 was marked.)

20  BY MR. MCCORMICK:

21     Q.  Did I -- yes.

22     A.  Okay.

23     Q.  All right.  Who's Kerry?

24     A.  Johnny's assistant.

25     Q.  For Johnny Hunt Ministries?

1    A.    Yes.

2    Q.    So this is a Johnny Hunt Ministries

3  document?

4    A.    Well, yes.

5    Q.    Okay.  And you'll see behind the email a

6  chart.

7    A.    Okay.

8    Q.    I don't know whether you personally have

9  seen that chart --

10    A.    No, I have not.

11    Q.    -- or any iteration.

12    A.    No.

13    Q.    But do -- do you recognize the -- the

14  schedule that it represents?

15    A.    Yes.

16    Q.    All right.  And -- and what does it

17  reflect?

18    A.    It looks like the places that he is

19  supposed to be.  It looks like his calendar.

20    Q.    Do you have any familiarity with whether

21  those events went -- went forward?

22    A.    No.

23    Q.    Okay.  And -- and by your answer, do you

24  mean, no, you don't have any familiarity or you

25  don't know whether they went forward?

1        A.    Is that -- that both the same thing?

2        Q.    Well, I did two.  If the answer is you

3   don't know, you don't know?

4        A.    I don't know.

5        Q.    You're not -- you're not in a position on

6   behalf of Johnny Hunt Ministries to tell me how

7   many were canceled and how many were not?

8        A.    No, I don't know.

9        Q.    You didn't explore that before --

10       A.    No.

11       Q.    -- preparing for this deposition?

12       A.    No, I didn't.

13       Q.    All right.  So what can you -- what can

14   you tell me then in terms of program revenue from

15   Johnny Hunt Ministries?

16       A.    I can tell you that the places he goes

17   now --

18       Q.    Uh-huh.

19       A.    -- the places he's invited to go --

20       Q.    Uh-huh.

21       A.    -- are a lot smaller.

22       Q.    Uh-huh.

23       A.    And I don't want to say insignificant,

24   but there were significant events that he would be

25   invited to go to which he no longer is invited to.

MAGNA

LEGAL SERVICES

```
 1              The churches are much, much smaller.
 2    Meaning the revenue for that -- what that church
 3    could pay is a lot smaller than where he was going
 4    before 2022.
 5         Q.    The program revenue nevertheless will be
 6    reflected on the 2023 tax return when it is
 7    provided to us?
 8         A.    Yes, it will.
 9         Q.    And we'll be able to make a computation?
10         A.    Oh, yes.
11         Q.    All right.  And you just came back from a
12    conference overseas, yes?
13         A.    Let's see.  No.  No.  He didn't have a
14    conference.
15         Q.    It was a speaking engagement?
16         A.    No, it was not.
17         Q.    What was it?
18         A.    It was a educational trip.
19         Q.    Uh-huh.
20         A.    Study the journeys of Paul.
21         Q.    Uh-huh.  And what was the last conference
22    he spoke at?
23         A.    I'd have to look at my calendar.
24         Q.    Was there --
25         A.    I can't keep up with where he's at all
```

MAGNA

LEGAL SERVICES

1    the time.

2         Q.    A Jubilee?

3         A.    Yes.

4         Q.    Yes.

5         A.    Yes.   Exactly.

6         Q.    So the good ship lollipop is -- is

7    sailing along?

8         A.    I don't know what --

9         Q.    He's speaking --

10        A.    -- that is.

11        Q.    He's speaking?

12        A.    Some.

13        Q.    People are listening to him?

14        A.    I hope.

15        Q.    There's an audience?

16        A.    Should be.

17        Q.    To the knowledge of Johnny Hunt

18   Ministries --

19        A.    Uh-huh.

20        Q.    -- and, again, switching gears.   After

21   the 2019 encounter between --

22             MR. KLEIN:   You said 2019.

23             MR. MCCORMICK:   Did I say 2019?

24             MR. KLEIN:   Yeah.

25             MR. MCCORMICK:   It's catching up with me.

1    BY MR. MCCORMICK:

2        Q.    The 2010 encounter --

3        A.    Yes.

4        Q.    -- between Mr. Hunt and his accuser --

5        A.    Yes.

6        Q.    -- were there any communications among

7    the officers or directors of Johnny Hunt Ministries

8    concerning any sexual harassment, sexual assault,

9    intimidation, improper fondling, improper sexual

10   conduct, unwanted touching or kissing, flirtation

11   or any -- any contact of that nature on the part of

12   Mr. Hunt?

13       A.    I explained to our board at our last

14   board meeting in '23 the details of this lawsuit.

15   So the board members do know about the accusations

16   because they have read the crazy Guidepost report.

17   And we told them -- Johnny told them what actually

18   happened.  So, yes, they do.  The board -- the

19   board members know what's happening.

20       Q.    When you -- said you reported to the

21   board members the -- the accusations.  Are you

22   saying that you reported to the board the

23   accusations as detailed in the Guidepost report?

24       A.    Well, they had read the Guidepost report

25   so we didn't have to talk about the allegations in

MAGNA
LEGAL SERVICES

1    the Guidepost report.  They read the report.  So

2    they knew what the allegations were.

3              So Johnny gave his side of the story as

4    to what actually did happen in opposition --

5         Q.   To Mr. --

6         A.   -- to what the Guidepost report said

7    which was totally false.

8         Q.   All right.  And so he was speaking to

9    Mrs. Anspaugh and Mr. --

10        A.   Yes.

11        Q.   -- Kissee and --

12        A.   Yes.

13        Q.   -- the other director?

14        A.   Yes, yes.

15        Q.   Okay.  And you said you made a report to

16   the board too.  You spoke as well.

17        A.   Well, I was there.

18        Q.   You were there.

19        A.   I was there.

20        Q.   Who was doing the speaking?

21        A.   Johnny.

22        Q.   What did Johnny say?

23        A.   He -- pretty much what he told you

24   yesterday I'm sure.  He just -- story has never

25   changed.  It's the story of what actually happened.

1    Which I don't want to go into.

2        Q.   Well, I'm afraid I hate to bring you here

3    under oath, but you have to go into it to a certain

4    extent.  But not to make too fine a point about it,

5    my question wasn't just limited also to the

6    allegations in the report.  During that

7    conversation with these other people --

8        A.   Uh-huh.  Yes.

9        Q.   -- you know, did Mr. Hunt say anything

10   about, you know, what had actually happened in his

11   mind as opposed to what was in the report?

12            MR. MACGILL:  And you're talking about

13   the -- this meeting at the end of 2023 with the

14   board of directors?

15            MR. MCCORMICK:  That's -- that was my

16   question.

17            MR. MACGILL:  Let me --

18       A.   He told them there was some unbecoming

19   behavior --

20            MR. MACGILL:  Well, let me ask you

21   this --

22       A.   -- not like --

23            MR. MACGILL:  -- was counsel -- was

24   counsel present during that meeting?

25            THE WITNESS:  No.  Counsel was not.

1          MR. MACGILL:  Okay.  All right.

2   BY MR. MCCORMICK:

3          Q.    And this is one of the topics that we

4   noticed -- you know, identified in the -- in the

5   subpoena so I was expecting that Mrs. Hunt would

6   come prepared on behalf of the organization to

7   testify what was discussed among the constituents

8   within the corporation.

9          A.    Yes.  He told them there was some

10  unbecoming behavior but not what was reported in

11  the Guidepost report.

12         Q.    All right.  What -- what did the

13  directors say?

14         A.    I don't recall what they said.

15         Q.    Did they ask any questions?

16         A.    I don't remember if they asked questions

17  or not.

18         Q.    Did the directors ask whether any conduct

19  of this sort had happened with regard to any other

20  person?

21         A.    No.

22         Q.    It didn't come up?

23         A.    No.

24         Q.    All right.  Did the directors ask for any

25  kind of verification of any statement that Mr. Hunt

MAGNA
LEGAL SERVICES

1    had made --

2         A.    No.

3         Q.    -- before them?

4               Did the board of directors consider

5    whether it was appropriate for him to step down

6    from the board?

7         A.    No.  That was never discussed.

8         Q.    Was never suggested?

9         A.    Never.

10        Q.    No.

11              Did they express any disappointment in

12   his conduct?

13        A.    Never.

14              MR. MCCORMICK:  Five-minute break?

15              MR. MACGILL:  No problem.

16              VIDEOGRAPHER:  We are now going off the

17   video record.  The time is currently 10:17 a.m.

18              (Off the record; recess.)

19              VIDEOGRAPHER:  We are now back on the

20   video record.  The time is currently 10:36 a.m.

21              MR. MCCORMICK:  Mrs. Hunt, thank you.  I

22   have nothing further at this time.

23              MR. MACGILL:  So, Gene, have you got

24   anything?

25              MS. CALLAS:  Yeah, I do.

MAGNA
LEGAL SERVICES

1          MR. MACGILL:  Oh, Gretchen?

2          MS. CALLAS:  Yeah.  Hi, Mrs. Hunt --

3          MS. KLEIN:  Oh, wait.

4          THE WITNESS:  Hello.

5          MR. KLEIN:  You need a microphone?  Oh,

6   he's ready.

7          MS. CALLAS:  Good?  Okay.

8                  CROSS-EXAMINATION

9   BY MS. CALLAS:

10     Q.   Good morning, Mrs. Hunt.

11     A.   Good morning.

12     Q.   My name is Gretchen Callas.  I am counsel

13  for the Executive Committee of the Southern Baptist

14  Convention.  I have a few questions for you in your

15  capacity as the corporate representative of Johnny

16  Hunt Ministries.

17          So one of the questions I have:  We heard

18  some testimony yesterday from your husband that he

19  has attorneys' fees that may have been paid for or

20  reimbursed by Johnny Hunt Ministries.

21          Do you have any information about that?

22     A.   As far as I can recollect, we've not

23  actually paid any attorney fees, but we've paid for

24  some deposition expenses.

25     Q.   Okay.  There is --

MAGNA
LEGAL SERVICES

1    A.    Which I think must be two different

2  things maybe.

3    Q.    I wanted your understanding.  So that's

4  helpful.

5          There are a few exhibits I'd like to talk

6  to you about.  The first one is from 2019.  It

7  looks like it's been marked Exhibit No. 8.  Can you

8  locate that exhibit?

9          MR. MACGILL:  Yep.

10         MS. CALLAS:  Thank you.

11  BY MS. CALLAS:

12   Q.    So I'm going to direct you to a

13  particular page in this document.  It is Bates

14  marked at the bottom JHM 400.  So if you'll turn

15  about halfway through.

16   A.    Okay.

17   Q.    Do you see, this has a pie chart at the

18  top and it's 2019 Johnny Hunt Ministries Income and

19  Spending Report.  Do you see that document?

20   A.    Yes, ma'am.

21   Q.    Could you tell me about the preparation

22  of this document?  Do you know how this -- this

23  particular page is prepared?

24   A.    Yes.  I use an application called

25  Banktivity and in that application, I enter all of

1  the income and expenses and then it produces the

2  report.

3      Q.   And it appears -- and we'll look at a few

4  others -- that you have used this application for

5  other years.

6      A.   Yes, I have.

7      Q.   Do you know the first year you used this?

8      A.   No, I don't.

9      Q.   So if we look at 2019, it does have

10 income summary and a total.  Do you see that

11 number?

12     A.   Yes.

13     Q.   900 and --

14     A.   Yes.

15     Q.   -- 59,000 dollars; is that right?

16     A.   Yes.

17     Q.   The very first line item is speaking.  Do

18 you see that?

19     A.   Yes.

20     Q.   Now, would you have made determinations

21 on your own as to what income would relate to a

22 speaking engagement as opposed to sales or

23 sponsorships?

24     A.   Yes.  It's broken down into different

25 categories.

MAGNA

LEGAL SERVICES

1      Q.    And my -- and my question really went to
2  who -- who decides whether income is for speaking
3  or for a sponsorship?
4      A.    I do, according to the information that I
5  receive about the amount of money.
6      Q.    Okay.  And how do you get that
7  information?  Does that come to you from an
8  accountant or --
9      A.    The deposits made into the checkbook.
10      Q.    So are you looking at checks to determine
11  who's written a check?
12      A.    Yes.
13      Q.    And then you will -- you decide that this
14  check and the entity who wrote the check to Johnny
15  Hunt Ministries was writing that check because
16  there was a speaking engagement; is that correct?
17      A.    Yes.
18      Q.    There are a few I'll call them more
19  specific items.  For example, Israel commissions.
20  Do you see that?
21      A.    Yes.  Well, no, I don't see it, but let's
22  see.  Where is it at?
23      Q.    It's about halfway down that list --
24      A.    Oh, yes.  I see it.
25      Q.    -- on page 400.

1      A.   Yes.

2      Q.   Explain just for purposes of the record,

3   what was that event or what was that income?

4      A.   Okay.  We -- we are in partnership I

5   guess you might say -- not partnership.  That's not

6   a good word.  We -- we take Israel tours and he

7   receives a bit of commission on each person who is

8   a participant.  And then if he takes some --

9   another pastor friend who takes people, he gets a

10  bit of a small commission from the company,

11  Discovery Ministries, for those people.

12     Q.   You -- you mentioned an educational trip

13  to I think was it Greece?

14     A.   Yes.

15     Q.   Would that be a trip where you might get

16  a commission?

17     A.   Well, we -- no.  Not from that trip.  No.

18     Q.   But there are some trips you take where

19  there is some commission for having additional

20  people join?

21     A.   Yes.

22     Q.   So I -- I count about 12 different income

23  categories on this 2019 document.  Would you agree

24  with me, there are about 12 different ones?

25     A.   Yes.

1    Q.   And so is it fair to say that each year,

2  Johnny Hunt Ministries derives income from a

3  variety of sources, not just one?

4    A.   Not as much as used to.  I mean, this

5  is -- this was 2019 and everything has changed

6  since 2022 after the report came out.

7    Q.   Well, we'll look at a couple others that

8  are more recent.  But your response raises the

9  question of 2023.  We've talked a little bit about

10  that today; is that right?

11    A.   Yes.

12    Q.   Have you used your application to create

13  this type of document for 2023?

14    A.   It's not complete.  All the information

15  has not been put into the computer yet.  So I can't

16  produce this until I finish putting all the

17  information in.

18    Q.   And is -- is there anything you're still

19  waiting to receive, documents --

20    A.   No.  No.

21    Q.   So --

22    A.   It's just me not taking the time to put

23  all the information in.

24    Q.   And this is a job that you've done,

25  you've not farmed it out to an accountant?

1      A.   I -- no.  I'm just the bookkeeper.  No.

2  I just do it.

3      Q.   So we've looked at 2019.  And is it

4  correct that the speaking income in 2019 was

5  $246,956?

6      A.   Yes, ma'am.

7      Q.   Okay.  Let's -- and there were -- there

8  was income from sales and some donations as well?

9      A.   Yes.

10      Q.   Let's now look at 2020.  And that is

11  Exhibit 9.

12           MR. MACGILL:  I'll take that one.

13  BY MS. CALLAS:

14      Q.   The Bates number is 229 for that same

15  income and spending report.

16      A.   Okay.

17      Q.   Just so I'm clear, at the top of this

18  page 229, you will see to the right, it says

19  2020-2021; is that correct?

20      A.   Yes.

21      Q.   Is that just the application, filling in

22  those two --

23      A.   Yes, it is.  Yes.  That's not something I

24  put.

25      Q.   So it's correct that this income and

1  spending report is simply 2020?

2       A.   Exactly.  Yes.

3       Q.   Again, we have an income summary and the

4  total income for 2020 was $1,040,000.  Is that

5  approximately right?

6       A.   That's what I see.  Yes.

7       Q.   You've again listed the income sources.

8  I see one, two, three, four, five, six, seven,

9  eight, nine, ten.

10           Do you see ten income sources in 2020?

11      A.   Yes.

12      Q.   And if you look down that list, you'll

13  see speaking is listed right in the middle as

14  opposed to the top.

15      A.   Yes.

16      Q.   Are these organized by the greatest to

17  the least?

18      A.   No.  I don't know.  Let's see.  It looks

19  like they are.  Not organized by me that way, but

20  it's showing on the sheet.

21      Q.   All right.  So in 2020, speaking appears

22  in the middle and the total is $70,000; is that

23  correct?

24      A.   Yes, ma'am.

25      Q.   All right.  Let's look at 2021 which

1    would be Exhibit 10.  Do you have that?  Oh.

2         A.   Yes.

3         Q.   Oh, okay.  Fast.

4              It's page 187.

5              And this is the summary of income and

6    spending for 2021.  Again, we have a total income

7    for Johnny Hunt Ministries at $886,000,

8    approximately; is that right?

9         A.   Yes, ma'am.

10        Q.   And, again, speaking appears as the

11   second income item and it's $179,000; is that

12   right?

13        A.   No.  No.  Mine says -- oh, I'm sorry.

14   Looking at the wrong line.  Yes.  Exactly.

15        Q.   But the number one income source for 2021

16   was sales.  Is that what you see as well?

17        A.   Yes, ma'am.

18        Q.   All right.  Let's look at one more.  That

19   is exhibit -- think it's 3.

20             MR. KLEIN:  2022?

21             MS. CALLAS:  2022.

22             MR. KLEIN:  (Indiscernible).

23             MS. CALLAS:  Yeah.

24   BY MS. CALLAS:

25        Q.   So this is the most recent summary of

1   income and expenses for Johnny Hunt Ministries that

2   we have today; is that right?

3       A.   Yes.

4       Q.   And this 2022 statement would have

5   included a period of time after the Guidepost

6   report was issued?

7       A.   Yes, ma'am.

8       Q.   So this summary shows a total income of

9   $787,000.  Is that approximately correct --

10       MR. MACGILL:  What page are you looking

11  at, Counsel?

12       MS. CALLAS:  I'm sorry.  289.

13       A.   Okay.

14  BY MS. CALLAS:

15       Q.   Did -- am I correct about the total

16   income for that year?

17       A.   Okay.  What did you say it was?

18       Q.   787,836.

19       A.   Yes, ma'am.

20       Q.   Now, is there any way for us to tell by

21   looking at this when that income came in?  Does

22   the -- the graph at the top offer any information?

23       A.   No.  I don't think so.

24       Q.   I mean, I -- I do see at the top of this

25   page, there is a bar graph.

 1      A.   Oh, yes.  The bar graph.

 2      Q.   Does that -- is that tied, do you know,

 3  to income and the date a check would have been

 4  written or received?

 5      A.   It looks like it because there's a big

 6  dip here showing after the report came out.

 7      Q.   Tell -- tell me what -- are you looking

 8  at July?

 9      A.   May.  May starts going down.  Well, it

10  starts going down January, February, March, April,

11  May it starts declining.  And then --

12      Q.   Are you looking at the -- the -- the bars

13  or the line?

14      A.   I'm looking at the bars.  I'm not looking

15  at the line.

16      Q.   Do you --

17      A.   If I look at the lines, the lines go way

18  down.

19      Q.   Do you know which one is income versus

20  expense?

21      A.   No, I don't.

22      Q.   Is it true that both the bar and the line

23  go up in August of '22?

24      A.   I'm sorry.  Repeat that question.

25      Q.   Is it true that both the line and the bar

MAGNA
LEGAL SERVICES

1    go up in August of 2022?

2        A.    It went up a little.  Yes.

3        Q.    I mean, if you look at April, I -- I just

4    would comment that the bar appears to be above the

5    zero but the line is below the zero.  Do we know

6    what those -- what that means?

7        A.    No, I don't.

8        Q.    All right.  So looking again at the

9    income summary for 2022, we have one, two, three,

10   four, five, six, seven, eight, nine, ten, 11, 12.

11   Would you agree that I counted that correctly,

12   income categories?

13       A.    Yes, ma'am.

14       Q.    So we had actually more income categories

15   than the year before; is that right?

16       A.    Yes, ma'am.

17       Q.    Can you explain the loan repayment,

18   what -- what was the 70,000-dollar loan repayment?

19       A.    I don't know.  I would have to look back

20   at my notes.

21       Q.    If you flip the page to 2 -- 290, you

22   will see a line item for attorney fees of 72,000.

23   Do you see that?

24       A.    Yes.

25       Q.    Now, I -- well, I'll ask:  Do you know

1   any of the specifics of that expense?

2       A.   Well, I think that I must have not used

3   the correct -- the correct terminology whenever I

4   put that category in.

5       Q.   Is it possible that Johnny Hunt

6   Ministries did incur attorneys' fees in 2022 or you

7   don't know?

8       A.   I don't think so.

9          MR. MACGILL:  Are you referring to this

10   case?

11          MS. CALLAS:  I don't know.  I'm asking if

12   Johnny Hunt Ministries incurred attorneys' fees --

13          MR. MACGILL:  Generally?

14          MS. CALLAS:  -- in 2022 was the question.

15       A.   I -- I think this should have been

16   expenses for depositions perhaps.  Like I say, I

17   really don't know without my information in front

18   of me.

19   BY MS. CALLAS:

20       Q.   And -- and the information you would need

21   to know the specific reason there was an attorney

22   fee expense would be --

23       A.   Invoices.

24       Q.   Okay.  Is that something you maintain?

25       A.   Yes.

MAGNA

LEGAL SERVICES

1       Q.   And how far back do those go?

2       A.   When I first started the ministry.  I

3   keep everything, so --

4       Q.   So --

5       A.   -- 2010, I guess.

6       Q.   If we look at the income summary back on

7   page 289, you'll see the speaking income appears

8   again sort of in the middle of this list.  Do you

9   see that?

10      A.   Yes, ma'am.

11      Q.   And is that -- is it $70,000 or $112,000?

12      A.   It looks like 70.

13      Q.   70.  So I misspoke earlier when I asked

14  about the loan repayment.  It should have been

15  $51,000.  Do you see that now?

16      A.   Yes.  I do see that now.

17      Q.   Okay.  But, again, you're not sure what

18  that --

19      A.   No.  I --

20      Q.   -- loan was?

21      A.   -- I don't remember.

22      Q.   Just so we're clear, since I -- I bungled

23  that a little bit, in 2022, the speaking income for

24  Johnny Hunt Ministries was $70,000; is that right?

25      A.   That's what this says.

MAGNA

LEGAL SERVICES

1    Q.   And we did look earlier that there was a
2  similar income level for speaking engagements in
3  2020.  It was $73,000.  Do you recall that from a
4  few moments ago?
5    A.   Yes.
6         MS. CALLAS:  I think that's all the
7  questions I have.  Thank you, Mrs. Hunt.
8         MR. MACGILL:  Give me one moment, if you
9  would.
10         One moment, ma'am.  I may have a question
11  here.  Let's see.
12                    DIRECT EXAMINATION
13  BY MR. MACGILL:
14    Q.   Mrs. Hunt, I have a few questions.
15         I think that both lawyers here had asked
16  you about attorneys' fees and -- and Gretchen just
17  asked you about a legal fee line of 7 -- $72,000.
18  Do you remember that?
19    A.   Yes.
20    Q.   Now, I want to -- we're going to talk
21  about Guidepost and the SBC and the SBC Executive
22  Committee for a few minutes as far as Johnny Hunt
23  Ministries is concerned.  Was -- after the
24  Guidepost report was published by Guidepost,
25  published by the SBC and the SBC Executive

```
 1   Committee, was Johnny Hunt Ministries sued?

 2            MS. CALLAS:  Object to the form.

 3       A.   Yes.

 4   BY MR. MACGILL:

 5       Q.   Now, with respect to that lawsuit that

 6   was filed against defendants including Johnny Hunt

 7   Ministries after this report by Guidepost and its

 8   publication by Guidepost, its publication by the

 9   SBC and its publication by the SBC Executive

10   Committee, did Johnny Hunt Ministries incur legal

11   fees associated with that lawsuit?

12            MS. CALLAS:  Object to form.

13       A.   Yes, we did.

14   BY MR. MACGILL:

15       Q.   Now, when -- when Ms. Callas asked you

16   about that line, when we talked -- when she asked

17   you about this particular line involving attorneys'

18   fees during the year 2022 of $72,260, was at least

19   a part of that legal fees associated with that

20   lawsuit against the ministry?

21       A.   Yes, it was --

22            MS. CALLAS:  Object to form.

23       A.   -- and that didn't even come to mind

24   until you said that 'cause I've been so focused on

25   this event that I completely forgot about the --
```

1    the lawsuit against --

2    BY MR. MACGILL:

3         Q.    Okay.

4         A.    -- Johnny Hunt Ministries.  So, yes, we

5    did have some legal fees in addition to deposition

6    expenses.

7         Q.    All right.

8         A.    So some of that would be --

9         Q.    And --

10        A.    -- legal fees to a lawyer --

11        Q.    And distinct from those legal fees that

12   were paid in connection with the lawsuit against

13   defendants including Johnny Hunt Ministries, you

14   testified about some deposition expenses that

15   ministries has paid in connection with this

16   particular lawsuit.

17        A.    Exactly yes.

18        Q.    Expenses?

19        A.    Expenses, yes.

20        Q.    Not fees?

21        A.    No.  No.  We've not paid fees in --

22        Q.    All right.

23        A.    -- in relation to this case.

24        Q.    Prior to coming here today, had you ever

25   seen the expert report prepared in -- in the Johnny

1    Hunt lawsuit?

2        A.   No, sir.

3            MR. MACGILL:  No further questions.

4            MR. MCCORMICK:  I will say on the record,

5    I'm not going to ask further questions.

6            MR. MACGILL:  All right.  You want --

7            MR. MCCORMICK:  The --

8            MR. MACGILL:  -- move to this.

9            MR. MCCORMICK:  The witness can breathe

10   easy.

11           I will say, I'm going to put on the

12   record a reservation of the right to call Johnny

13   Hunt Ministries back, if necessary, after the

14   production of the 2023 tax return.  Hopefully that

15   shall not be necessary, but as I said earlier, we

16   do want to have the return produced.  And with

17   that --

18           MR. MACGILL:  We will produce those

19   documents.  Once they're completed, we will produce

20   in their entirety the 2023 990 and related

21   documentation to -- all counsel for the defense.

22           MR. MCCORMICK:  I appreciate the

23   representation.

24           COURT REPORTER:  Mr. MacGill, does your

25   client want to read or waive signature?

1          MR. MACGILL:  She wants to sign.

2          COURT REPORTER:  And did you want to

3   order a copy of her transcript?

4          MR. MACGILL:  Of course.

5          COURT REPORTER:  And, Ms. Callas, did you

6   want to order a copy of the transcript?

7          MS. CALLAS:  Yes, please.

8          MR. MCCORMICK:  And it goes without

9   saying, so does Guidepost.

10         VIDEOGRAPHER:  Ready to go off?  We are

11  now going off --

12         MR. MACGILL:  And can I -- one other

13  item.  And I apologize.

14         I'm going to supplement our damage claim.

15         We had -- we had not included the legal

16  fees associated with the lawsuit that came as a

17  result of the Guidepost publication, the SBC

18  publication, and the Executive Committee.  I will

19  supplement to include the legal fees that have been

20  incurred in connection with that separate lawsuit

21  premised on the Guidepost report.  So I will update

22  and get you something promptly.

23         We have another update too that we --

24  based on this testimony we may give you.  We'll do

25  that promptly so you have it and we can get you

MAGNA
LEGAL SERVICES

1    additional information.  I believe, Gretchen, that

2    you had asked about it in any event so we will

3    supplement in connection with your questioning.

4              MS. CALLAS:  Okay.

5              VIDEOGRAPHER:  Okay.  All right.  We are

6    now going off the video record.  The time is

7    currently 11 a.m.

8              (Proceedings concluded at 11:45 a.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MAGNA
LEGAL SERVICES

1                E R R A T A   P A G E
2

   Pursuant to Rule 30(e) of the Federal Rules of
3  Civil Procedure and/or Georgia Code Annotated
   9-11-30(e), any  changes in form or substance which
4  you desire to make to your deposition testimony
   shall be entered upon the deposition with a
5  statement of the reasons given for making them.
6  To assist you in making any such corrections,
   please use the form below. If supplemental or
7  additional pages are necessary, please furnish same
   and attach them to this errata sheet.
8  I, the undersigned, 30(b)(6) JOHNNY HUNT MINISTRIES
   Representative, JANET HUNT, do hereby certify that
9  I have read the foregoing deposition and that, to
   the best of my knowledge, said deposition is true
10 and accurate (with the exceptions of the following
   corrections below).
11

   Page      /Line/    /Change/              /Reason/
12 _____   /____ / _____ /_____
13 _____   /____ / _____ /_____
14 _____   /____ / _____ /_____
15 _____   /____ / _____ /_____
16 _____   /____ / _____ /_____
17 _____   /____ / _____ /_____
18 _____   /____ / _____ /_____
19 _____   /____ / _____ /_____
20 _____   /____ / _____ /_____
21 _____   /____ / _____ /_____
22 _____   /____ / _____ /_____
23 _____   /____ / _____ /_____
24 _____   /____ / _____ /_____
25 _____   /____ / _____ /_____

```
 1    _____    /_____  / _____  /_____

 2    _____    /_____  / _____  /_____

 3    _____    /_____  / _____  /_____

 4    _____    /_____  / _____  /_____

 5    _____    /_____  / _____  /_____

 6    _____    /_____  / _____  /_____

 7    _____    /_____  / _____  /_____

 8    _____    /_____  / _____  /_____

 9    _____    /_____  / _____  /_____

10    _____    /_____  / _____  /_____

11    _____    /_____  / _____  /_____

12    _____    /_____  / _____  /_____

13    _____    /_____  / _____  /_____

14    _____    /_____  / _____  /_____

15    _____    /_____  / _____  /_____

16    _____    /_____  / _____  /_____

17    _____    /_____  / _____  /_____

18    _____    /_____  / _____  /_____

19

20

21            _____

              30(b)(6) JOHNNY HUNT MINISTRIES

22            Representative, JANET HUNT

              Sworn to and subscribed before me

23            _____,

              Notary Public, this _____day of

24            _____, 202_.

              My commission expires: _____

25
```

MAGNA

LEGAL SERVICES

```
 1                      DISCLOSURE
 2
 3   Pursuant to Article 10.B of the Rules and
     Regulations of the Board of Court Reporting of the
 4   Judicial Council of Georgia, I make the following
     disclosures:
 5
     I am a Georgia Certified Court Reporter.  I am here
 6   as a representative of Regency-Brentano, Inc.
     I am not disqualified for a relationship of
 7   interest under the provisions of OCGA 9-11-28(c).
 8   Regency-Brentano, Inc. was contacted by the
     offices of Magna Legal Services to provide court
 9   reporting services for this deposition.
10   Regency-Brentano, Inc. will not be taking this
     deposition under any contract that is prohibited by
11   OCGA 15-14-37 (a) and (b).
12   Regency-Brentano, Inc. has no exclusive contract to
     provide reporting services with any party to the
13   case, any counsel in the case, or any reporter or
     reporting agency from whom a referral might have
14   been made to cover this deposition.
15   Regency-Brentano, Inc. will charge its usual and
     customary rates to all parties in the case and a
16   financial discount will not be given to any party
     to this litigation.
17
18   This the 19th day of April, 2024.
19
20
21
22                      _____
                        THERESA B. KRAMER, GA CCR B-1601
23
24
25
```

MAGNA
LEGAL SERVICES

1                    C E R T I F I C A T E

2

3

4         I hereby certify that the foregoing

5    transcript was taken down as stated in the caption,

6    that the witness was first duly sworn, and the

7    questions and answers thereto were reduced to

8    typewriting under my direction; that the foregoing

9    pages 1 through 89 represent a true, correct, and

10   complete transcript of the evidence given upon said

11   hearing, and I further certify that I am not of kin

12   or counsel to the parties in the case; am not in

13   the regular employ of counsel for any of said

14   parties; nor am I in anywise interested in the

15   result of said case.

16         The witness did reserve the right to read

17   and sign the transcript.

18         This, the 26th day of April, 2024.

19

20

21

22

23         *Theresa B. Kramer* _____

                 THERESA B. KRAMER, GA CCR B-1601

24

25



# Magna
## Key Contacts

Schedule a Deposition:
**Scheduling@MagnaLS.com | 866-624-6221**

Order a Transcript:
**CustomerService@MagnaLS.com | 866-624-6221**

General Billing Inquiries:
**ARTeam@MagnaLS.com | 866-624-6221**

Scheduling Operations Manager:
**Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)**

Customer Care:
**Cari Hartley (E: CHartley@MagnaLS.com | C: 843-814-0841)**

Director of Production Services:
**Ron Hickman (E:RHickman@MagnaLS.com | C: 215-982-0810)**

National Director of Discovery Support Services:
**Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)**

Billing Manager:
**Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)**

Director of Sales Operations:
**Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)**

**MAGNA** ›
LEGAL SERVICES

**A**

**ability**
8:25 9:3 50:16
**able**
10:23 12:4 63:9
**Absolutely**
53:9
**absurd**
47:20
**abused**
56:11
**abusing**
56:12
**accomplish**
28:23
**accountant**
73:8 75:25
**accurate**
90:10
**accusations**
65:15,21,23
**accuser**
65:4
**acknowledge**
30:25
**action**
16:22
**activities**
31:12,18,19 39:12
**addition**
86:5
**additional**
74:19 89:1 90:7
**adversary**
7:5
**Advil**
8:22
**advisement**
30:11
**affiliated**
31:13
**afraid**
67:2
**agency**
92:13

**ago**
13:6 84:4
**agree**
38:22 59:23 74:23
    81:11
**agreed**
57:24
**ahead**
30:7 45:21
**al**
5:6 56:3
**alcohol**
9:7
**ALEX**
2:12
**allegations**
65:25 66:2 67:6
**allow**
58:3
**amount**
23:24 73:5
**ANDERSON**
3:4
**and/or**
90:3
**Annotated**
90:3
**announce**
5:25
**announced**
14:19,23
**annual**
16:7
**Anspaugh**
15:19 19:23 20:12
    36:9 66:9
**answer**
8:16,17 9:4 10:13
    44:2 45:17,21 49:20
    50:8,18,24 51:1,5
    52:8 56:9 57:4
    61:23 62:2
**answering**
51:4
**answers**
23:19 93:7

**anticipated**
22:14
**anyway**
46:4
**anywise**
93:14
**apologize**
49:3 88:13
**APPEARANCES**
2:1 3:1
**appearing**
14:3
**appears**
72:3 77:21 78:10
    81:4 83:7
**application**
71:24,25 72:4 75:12
    76:21
**appreciate**
87:22
**appropriate**
30:9 69:5
**approve**
52:13
**approximately**
5:10 77:5 78:8 79:9
**April**
1:19 5:9 80:10 81:3
    92:18 93:18
**Arant**
1:17 3:9,14 5:12,13
**Article**
92:3
**articles**
11:16
**asked**
30:1 68:16 83:13
    84:15,17 85:15,16
    89:2
**asking**
19:21 22:22 32:10,12
    32:14 33:6,13 40:12
    44:14 46:23 47:8
    55:8 56:14 58:11,19
    82:11
**assault**

**65:8**
**assets**
50:14
**assist**
90:6
**assistant**
60:24
**associated**
12:9 85:11,19 88:16
**assume**
46:1,2
**assuming**
41:25
**assure**
38:23
**Atlanta**
1:18
**attach**
90:7
**attempting**
44:6
**attention**
13:22 17:21 39:19
**attorney**
11:6 52:17 70:23
    81:22 82:21
**attorneys**
51:16,25 70:19 82:6
    82:12 84:16 85:17
**attorney-client**
52:19
**audience**
64:15
**August**
80:23 81:1
**Avenue**
2:13,18 3:14,19
**Average**
18:10
**aware**
33:12 53:3
**awareness**
53:12
**Awe**
36:2
**a.m**

1:20 5:10 69:17,20
89:7,8

**B**

**b**
1:16 92:11,22 93:23
**back**
27:13 28:11,22 29:24
32:24,25 33:2 34:19
43:19 45:22 49:25
58:25 63:11 69:19
81:19 83:1,6 87:13
**Banktivity**
71:25
**Baptist**
1:6,8 3:2 5:5 21:1
24:1,4,5 70:13
**bar**
79:25 80:1,22,25
81:4
**Barden**
4:16
**bars**
80:12,14
**based**
12:4 47:10 53:4
88:24
**basic**
6:15 46:17
**basically**
37:6 45:1
**basis**
32:1 43:9
**Bates**
17:22 23:14 71:13
76:14
**bear**
13:11
**beginning**
20:1
**begins**
5:2
**behalf**
1:12 2:1,10 3:2 29:14
32:11 41:8 62:6
68:6

**behavior**
67:19 68:10
**believe**
12:19 28:12 53:23
89:1
**Besen**
3:13 55:16,20 56:12
56:14,20 57:17
**best**
90:9
**better**
9:9 40:11 41:12,12
42:10 44:9,11,13
45:12
**big**
80:5
**bind**
7:23 32:12
**binder**
27:11
**bit**
74:7,10 75:9 83:23
**Blair**
3:18
**board**
13:24 15:16 18:5,22
19:11 20:3 36:1,5
36:14,15 37:1,7,11
37:16 38:5 49:8,11
52:13,21 65:13,14
65:15,18,19,21,22
66:16 67:14 69:4,6
92:3
**book**
31:19 44:22
**booked**
44:18
**bookkeeper**
76:1
**books**
45:10
**bottom**
14:4 17:22 23:15
29:15 71:14
**Boult**
1:17 3:9,14 5:12,13

**Bradley**
1:17 3:9,14 5:11,13
**break**
69:14
**breathe**
87:9
**bring**
67:2
**Broadway**
3:10
**broken**
72:24
**bungled**
83:22
**business**
45:8
**busy**
59:13,15
**button**
26:25
**bylaws**
4:7 11:18 13:18 14:4
19:17
**B-1601**
92:22 93:23

**C**

**C**
3:18 93:1,1
**calendar**
61:19 63:23
**call**
9:13 16:24 51:23
73:18 87:12
**Callas**
3:3 4:2 69:25 70:2,7
70:9,12 71:10,11
76:13 78:21,23,24
79:12,14 82:11,14
82:19 84:6 85:2,12
85:15,22 88:5,7
89:4
**called**
5:22 71:24
**camera**
9:18

**canceled**
62:7
**capacity**
70:15
**caption**
93:5
**careful**
41:13
**carefully**
41:24
**Carswell**
21:14,17
**case**
82:10 86:23 92:13,13
92:15 93:12,15
**catch**
10:23
**catching**
64:25
**categories**
72:25 74:23 81:12,14
**category**
82:4
**cause**
85:24
**CCR**
92:22 93:23
**CEO**
15:18
**certain**
67:3
**certainly**
34:15
**certificate**
13:17 14:24
**Certified**
1:16 92:5
**certify**
90:8 93:4,11
**cetera**
27:18
**CFO**
15:19
**change**
60:10 90:11
**changed**

59:18,19 66:25 75:5
**changes**
90:3
**characterizing**
39:4
**charge**
55:22,24 56:1,7,24
57:1 92:15
**charitable**
31:14 32:21 34:11,12
**charity**
12:23 14:12
**Charleston**
3:6
**chart**
61:6,9 71:17
**check**
73:11,14,14,15 80:3
**checkbook**
73:9
**checks**
25:2,10 73:10
**choose**
36:18
**chose**
20:13 31:12 38:1
**chosen**
32:1 33:9
**Christ**
15:7
**church**
15:11 20:24 21:1
23:2,11,19 24:1,4,5
24:13 63:2
**churches**
23:8 35:16 63:1
**Civil**
1:15 90:3
**civility**
41:3
**claim**
88:14
**clarify**
8:7
**clear**
37:23 40:12 42:22

45:7 76:17 83:22
**client**
57:4 87:25
**closed**
39:13
**Code**
90:3
**Coleman**
3:23 5:14
**colleague**
7:4
**collected**
49:15
**colloquy**
8:14
**column**
18:10,11
**come**
20:10 24:19 29:24
45:21 50:5,13 59:3
68:6,22 73:7 85:23
**comes**
45:10
**coming**
86:24
**commencing**
1:19
**comment**
81:4
**commission**
74:7,10,16,19 91:24
**commissions**
73:19
**committee**
1:7 3:2 36:2 70:13
84:22 85:1,10 88:18
**communications**
52:19 65:6
**company**
74:10
**compensation**
27:18 36:2,17
**complete**
75:14 93:10
**completed**
29:6 87:19

**completely**
85:25
**computation**
63:9
**computer**
75:15
**concerned**
84:23
**concerning**
65:8
**conclude**
39:6
**concluded**
89:8
**condo**
53:18
**conduct**
36:15 65:10 68:18
69:12
**conducting**
39:9 43:14,22 44:24
**conference**
6:17,18 51:23 63:12
63:14,21
**conferences**
35:18 39:9 43:14,22
44:24 51:14 52:6
**confirm**
28:19
**confuse**
44:6
**connection**
86:12,15 88:20 89:3
**consider**
69:4
**constituents**
68:7
**consult**
11:10
**contact**
65:11
**contacted**
92:8
**contained**
1:13
**continued**

3:1 39:8
**contract**
92:10,12
**contribution**
34:11
**contributions**
35:1,5,9,12
**control**
55:21
**Convention**
1:6,8 3:2 5:5 70:14
**conventions**
35:16
**conversation**
67:7
**conversations**
11:8
**copy**
88:3,6
**corporate**
7:19 12:4 16:22
56:15 70:15
**corporation**
7:24 16:11 18:23
19:2 68:8
**correct**
7:20 12:23 22:6
25:19 28:25 31:17
44:19 45:11 47:12
58:9,17 73:16 76:4
76:19,25 77:23 79:9
79:15 82:3,3 93:9
**corrections**
90:6,10
**correctly**
81:11
**Council**
92:4
**counsel**
2:1 3:1 5:17 6:9 8:11
25:16 33:4 40:3
42:1,10 43:16,25
45:12 47:19,19
48:13,16,25 50:15
50:17 56:17,19
67:23,24,25 70:12

79:11 87:21 92:13
93:12,13
**Counselor**
44:12 56:21
**count**
74:22
**counted**
81:11
**country**
59:4
**couple**
16:18 24:12 31:10
75:7
**course**
19:25 37:20 51:11
59:12 88:4
**court**
1:1,16 5:7,15,18 6:2
6:22 7:6,9 10:22
12:5 17:4 33:2 43:5
49:25 51:6 54:2
56:4 57:1,15 87:24
88:2,5 92:3,5,8
**courtroom**
6:20 8:9
**cover**
30:13 92:14
**covering**
10:11
**co-counsel**
48:5
**crazy**
65:16
**create**
75:12
**criteria**
37:3
**Cross**
23:11,19
**CROSS-EXAMIN...**
6:5 70:8
**crowded**
6:18
**crystal**
45:7
**Cumming**

5:12,13
**Cummings**
1:17 3:9,14
**curious**
24:19 34:24
**currently**
69:17,20 89:7
**customary**
92:15
**Cypress**
24:1
**C.A**
1:5

---
**D**

**D**
2:2
**Dallas**
3:15
**damage**
88:14
**date**
5:9 14:3,16 80:3
**date's**
29:9
**day**
1:19 46:25 91:23
92:18 93:18
**deal**
30:8 45:18,20,22,23
**December**
16:13
**decide**
73:13
**decides**
73:2
**decision**
35:24 36:4
**declining**
80:11
**deemed**
15:4
**defeat**
33:21
**Defendant**
2:10 3:2

**defendants**
1:8,12 9:14 13:12
17:11 22:19 26:2
30:16 60:19 85:6
86:13
**defense**
87:21
**define**
42:8
**Definitely**
60:16
**depends**
16:10
**deposed**
6:13
**deposition**
1:10,14 5:2,11,20
6:11 7:16 11:2
12:14 13:16 41:14
43:6 55:7,15 56:25
56:25 62:11 70:24
86:5,14 90:4,4,9,9
92:9,10,14
**depositions**
6:11 7:12 57:14
82:16
**deposits**
73:9
**derives**
75:2
**designated**
7:19
**desire**
90:4
**detailed**
65:23
**details**
45:14 65:14
**determinations**
72:20
**determine**
36:16 73:10
**different**
23:8 54:1,5 71:1
72:24 74:22,24
**Din**

9:10
**dip**
80:6
**diplomatic**
25:24
**direct**
13:22 17:21 31:12
39:15 48:19 71:12
84:12
**direction**
93:8
**directly**
32:2 33:9 49:16
**director**
12:9 16:2 18:13
19:14,18 20:1 66:13
**directors**
15:16,24 16:24 18:7
18:13,22 19:11,24
21:9 36:15 37:1,7
37:12 38:5 65:7
67:14 68:13,18,24
69:4
**directs**
8:15
**disagree**
38:22
**disappointment**
69:11
**DISCLOSURE**
92:1
**disclosures**
92:4
**discount**
92:16
**Discovery**
74:11
**discuss**
34:5
**discussed**
19:19 33:24 34:8
68:7 69:7
**discussion**
26:1 52:23 54:13
**disqualified**
92:6

distinct
86:11
District
1:1,1 5:7,7
Division
1:2 5:8
document
10:4 17:15 22:21,22
    31:2,2 39:23 61:3
    71:13,19,22 74:23
    75:13
documentation
87:21
documents
11:10,12,22 14:21
    75:19 87:19
Doe
53:6,8,13
doing
20:15 39:8 42:7
    50:20 58:2 66:20
dollar
39:14
dollars
37:25 72:15
donations
45:5,6 76:8
donors
34:14
doubt
8:24
dozen
24:20
drafts
29:11
dried
54:19,24
dropped
49:3
due
29:9
duly
93:6
dynamics
59:18
D-1

4:6
D-10
4:15
D-11
4:16
D-12
4:17
D-2
4:7
D-3
4:8
D-4
4:9
D-5
4:10
D-6
4:11
D-7
4:12
D-8
4:13
D-9
4:14

--- E ---

E
2:4,6,15,20 3:7,12,16
    3:20 90:1,1 93:1,1
earlier
10:25 13:15 26:9,25
    36:8 44:16 83:13
    84:1 87:15
early
21:15
easier
43:20
East
3:5
easy
87:10
Eddie
21:17
educate
11:1
educational
63:18 74:12

effusive
10:21
eight
34:25 77:9 81:10
elected
39:15 48:19
ELIZABETH
2:3
elizabeth.merritt@...
2:8
email
4:17 61:5
emails
11:20
employ
93:13
employed
25:14
employee
21:25
employees
21:23,24 22:3 27:1
employers
33:24
employment
35:21
encounter
53:5 64:21 65:2
engage
58:21
engagement
25:10 63:15 72:22
    73:16
engagements
22:7 23:2,6 24:12,21
    25:13 35:15 39:8
    43:13,21 54:19,23
    58:8,12,22 84:2
enrich
15:13
enter
71:25
entered
90:4
entirely
59:19

entirety
87:20
entities
31:13
entity
13:20 29:20 31:21
    73:14
enumerate
8:12
equals
39:14
errata
90:7
ESQ
2:2,3,3,11,11,12,17
    3:3,4,9,13,18
established
58:6
et
5:6 27:18
event
74:3 85:25 89:2
events
61:21 62:24
evidence
93:10
exactly
14:9 15:8,10,12
    24:18 28:24 64:5
    77:2 78:14 86:17
Examination
4:1,2,2,3 84:12
example
34:21 60:7 73:19
exceptions
90:10
exclusive
92:12
Excuse
56:4
Executive
1:7 3:2 70:13 84:21
    84:25 85:9 88:18
exhibit
9:14 13:12 16:4
    17:11 22:19 26:2

30:16 60:19 71:7,8
76:11 78:1,19
**exhibits**
4:5 71:5
**expect**
10:12 41:22 52:6,9
**expecting**
68:5
**expense**
80:20 82:1,22
**expenses**
27:5 29:16 46:10
52:2,12 70:24 72:1
79:1 82:16 86:6,14
86:18,19
**experience**
34:15
**expert**
4:16 32:13,17 33:6
38:20 39:2 40:11
41:9,10 48:14,15
86:25
**expires**
91:24
**explain**
56:6 74:2 81:17
**explained**
65:13
**explore**
62:9
**express**
69:11
**expressly**
48:15
**extent**
21:8 67:4

**F**

**F**
93:1
**fair**
37:6 75:1
**fairly**
6:18 20:2
**false**
66:7

**familiarity**
61:20,24
**far**
28:10,11 29:23 46:8
70:22 83:1 84:22
**farmed**
75:25
**Fast**
78:3
**February**
80:10
**Federal**
1:15 90:2
**fee**
82:22 84:17
**feel**
15:3 51:15
**fees**
51:16 70:19,23 81:22
82:6,12 84:16 85:11
85:18,19 86:5,10,11
86:20,21 88:16,19
**felt**
20:13
**figure**
46:15
**filed**
29:8 85:6
**files**
12:25
**filling**
76:21
**financial**
92:16
**financially**
58:13
**fine**
9:6 25:20 67:4
**finish**
40:23 42:5 44:2 58:3
75:16
**finished**
40:8,22 42:21
**firm**
6:10
**first**

8:6 18:12 21:1,1 24:4
27:12 33:5 34:25
71:6 72:7,17 83:2
93:6
**five**
77:8 81:10
**Five-minute**
69:14
**flip**
27:12 81:21
**flirtation**
65:10
**Floor**
2:13
**focus**
39:18
**focused**
85:24
**follow**
48:1,4
**following**
27:24 35:12 90:10
92:4
**follows**
5:23
**fondling**
65:9
**force**
28:16
**foregoing**
90:9 93:4,8
**forgot**
85:25
**form**
4:8,10,11,12,13,14
4:15 12:25 17:19
26:6 28:12,15 49:18
85:2,12,22 90:3,6
**formation**
21:16
**formed**
13:2,4
**forward**
32:1 58:22 61:21,25
**foundation**
43:19 51:20 53:3

**four**
15:23 16:4 17:1,2,23
18:3 36:7 46:16
77:8 81:10
**frame**
12:13
**friend**
74:9
**friends**
20:20,21
**front**
10:5 26:14 27:7 41:9
82:17
**fully**
6:24
**funds**
53:13
**funny**
48:13
**furnish**
90:7
**further**
69:22 87:3,5 93:11
**future**
32:2 33:9

**G**

**G**
90:1
**GA**
92:22 93:23
**game**
42:18,19
**games**
42:9,13,23
**gangbusters**
59:22
**gbesen@bradley.c...**
3:16
**gcallas@jacksonke...**
3:7
**gears**
53:2 64:20
**Gene**
3:13 56:7 57:17
69:23

MAGNA
LEGAL SERVICES

**general**
12:4
**generally**
25:9 82:13
**generated**
32:3 33:10
**Genesis**
23:20
**Georgia**
1:18 90:3 92:4,5
**getting**
15:9 47:2 50:9,23
**give**
9:4,15 12:19 15:2
17:8 28:22 54:15
57:8 59:3 84:8
88:24
**given**
1:11 5:21 90:5 92:16
93:10
**giving**
29:13 55:4 59:11
**glossy**
34:13
**go**
6:15 30:7 36:1 38:15
45:21 51:23 52:5,6
52:19 53:10 54:10
58:22 59:16 62:19
62:25 67:1,3 80:17
80:23 81:1 83:1
88:10
**goes**
52:11 59:19 62:16
88:8
**going**
7:11,12 9:12,13
10:13 11:7 16:24
19:10 26:4 28:16
30:25 31:9,25 37:13
38:12,14,22 39:3,18
40:15 41:13,16 42:9
50:18 52:7 55:18
56:9,10,10,13 57:17
57:18,21,22,24
59:20 60:17 63:3

69:16 71:12 80:9,10
84:20 87:5,11 88:11
88:14 89:6
**Gold**
2:12 6:10
**good**
6:7 7:3 11:19 64:6
70:7,10,11 74:6
**gospel**
15:6
**gotten**
29:22
**grand**
25:7
**grants**
35:1,5,9,12
**graph**
79:22,25 80:1
**great**
60:12
**greatest**
77:16
**Greece**
74:13
**Greg**
21:10
**Gretchen**
3:3 70:1,12 84:16
89:1
**ground**
6:16
**grounds**
8:16 57:3
**guess**
35:4 47:13 74:5 83:5
**Guidepost**
1:7 2:10 5:6 6:9 20:9
65:16,23,24 66:1,6
68:11 79:5 84:21,24
84:24 85:7,8 88:9
88:17,21
**guilty**
17:6
**Gunga**
9:10

**H**

**hac**
3:3,13
**Haig**
56:3
**half**
24:20
**halfway**
71:15 73:23
**hand**
26:13 48:6 60:3
**handful**
24:8
**handy**
26:10
**happen**
33:14 38:2,6,7 52:7
52:15,20 56:13 66:4
**happened**
25:8 65:18 66:25
67:10 68:19
**happening**
65:19
**harassment**
65:8
**hate**
67:2
**head**
10:21
**hear**
8:12,15 32:24 41:24
**heard**
54:7 70:17
**hearing**
93:11
**held**
26:1 54:13
**Hello**
70:4
**help**
13:10 16:1 17:7
**helpful**
71:4
**Hi**
70:2

**high**
39:10
**Hill**
15:19 19:22 20:11
36:8
**historically**
22:10 31:11 43:23
44:18
**Hixson**
21:19
**Hold**
32:23 40:3,7
**hope**
64:14
**hopefully**
8:13,13 10:20 87:14
**hour**
1:20
**hours**
8:21 18:11
**Huh**
11:22
**Hunt**
1:3,11,11 3:23 4:7
5:3,5,20,21 6:7 7:16
7:20,23 9:12,21
10:1,7 11:1,17,18
12:9,22 13:15 14:1
14:11,20,24 15:18
17:19 18:20 19:7,23
20:10 21:22 22:8,16
22:17,23 24:17,22
25:3,10 26:4,6 28:2
28:3,18,20,20 29:15
30:18 31:3,8,22
32:8,11,13,15,20
33:13,14 34:1,3,10
34:16 35:22,23
36:17 37:1,7,8,12
37:19,22 41:8,19,22
42:4 43:7,18,24
44:5,14,16,18 45:2
45:8,10 46:2,20,21
46:24,25 47:11
48:18 49:3,6,14,17
50:21 51:9,13,15,23

51:24 53:1,5,11
54:7,8,12,14,17
55:9 56:15 57:23
58:6,8,11,14,19
59:3 60:25 61:2
62:6,15 64:17 65:4
65:7,12 67:9 68:5
68:25 69:21 70:2,10
70:16,20 71:18
73:15 75:2 78:7
79:1 82:5,12 83:24
84:7,14,22 85:1,6
85:10 86:4,13 87:1
87:13 90:8,8 91:21
91:22

**Hunt's**
19:25 22:7 23:2
24:20 31:18 32:17
44:7 51:16,25 52:6

**husband**
18:17,18 53:13 70:18

_____

**I**

**idea**
28:19 29:22 33:7
35:10 36:23 40:9

**identification**
9:12 13:21 17:9
22:17 26:5 30:20
60:18

**identified**
68:4

**identifies**
18:5 43:13

**identify**
17:18

**immediately**
41:14

**impair**
9:3

**important**
16:22

**improper**
65:9,9

**include**
31:21 88:19

**included**
79:5 88:15

**including**
48:1 85:6 86:13

**income**
23:1 28:3,4,8 32:4,21
33:16,20,25 35:14
36:18 49:15 50:13
71:18 72:1,10,21
73:2 74:3,22 75:2
76:4,8,15,25 77:3,4
77:7,10 78:5,6,11
78:15 79:1,8,16,21
80:3,19 81:9,12,14
83:6,7,23 84:2

**Incorporated**
5:4

**incorporation**
11:17 13:17 14:25

**incur**
82:6 85:10

**incurred**
82:12 88:20

**INDEX**
4:1,5

**Indian**
24:4

**Indiana**
2:5

**Indianapolis**
2:5

**indicating**
54:3

**Indiscernible**
44:8 78:22

**individual**
15:14 18:12

**individually**
57:25

**individuals**
15:23 16:4

**information**
29:13 70:21 73:4,7
75:14,17,23 79:22
82:17,20 89:1

**insignificant**

62:23

**intent**
25:11 34:9

**intentionally**
45:13

**interest**
20:14 92:7

**interested**
93:14

**interfere**
8:25

**intimidation**
65:9

**invited**
62:19,25,25

**Invoices**
82:23

**involved**
13:25

**involving**
85:17

**IRS**
14:15 17:19

**Israel**
73:19 74:6

**issued**
79:6

**item**
27:15 34:24 53:21
72:17 78:11 81:22
88:13

**items**
30:9 73:19

**iteration**
61:11

_____

**J**

**J**
2:3

**Jackson**
3:4

**Jacobson**
2:18

**James**
13:23

**Jane**

53:6,8,13

**Janet**
1:11 5:21 26:12 90:8
91:22

**January**
80:10

**Jesus**
15:6

**JHM**
9:13 13:13,21 17:9
17:16,23 26:5,6,7,7
26:8,8 28:22 30:20
32:3,7 33:10 39:17
48:20 60:18 71:14

**Jim**
20:7 21:10

**jlanderson@jacks...**
3:7

**job**
15:21 75:24

**John**
15:20 19:22 20:11
21:14

**Johnny**
1:3,10 3:23 4:7 5:3,4
5:20 7:16,20,23
9:12 10:1,7 11:17
11:18 12:9,22 14:1
14:11,20,23 15:18
17:19 18:20 19:23
19:25 21:22 22:8,17
24:17,22 25:3,10
26:6 28:2,18,20
29:14 31:3,8,11,22
32:1,8,11,13,15,17
32:20 33:5,8,8,13
33:14 34:1,3,16
35:22,23 36:11 37:1
37:7,8,12,22,24
39:7,15 41:8,22
42:4 43:7,23 44:5,7
44:14,18 45:2,8,9,9
45:10 46:2,20,21,24
46:25 47:11 48:18
49:14,16 51:9,13,15
51:16,23,24,25 52:5

MAGNA
LEGAL SERVICES

53:11 54:11 55:9
56:15 57:23 58:8,11
58:14,19 59:3 60:25
61:2 62:6,15 64:17
65:7,17 66:3,21,22
70:15,20 71:18
73:14 75:2 78:7
79:1 82:5,12 83:24
84:22 85:1,6,10
86:4,13,25 87:12
90:8 91:21
**Johnny's**
60:24
**join**
74:20
**JON**
3:4
**Josh**
3:23 5:14
**journeys**
63:20
**Jubilee**
64:2
**judgment**
37:3
**Judicial**
92:4
**July**
80:8
**jury**
6:23 7:6 39:6

---

**K**

**KATHERINE**
2:17
**keep**
26:9 30:14 63:25
83:3
**Kelly**
3:4
**Kerry**
60:23
**kin**
93:11
**kind**
11:23 28:3,8 34:13

36:16 68:25
**Kissee**
15:20 19:23 20:11
36:8 66:11
**kissing**
65:10
**kklein@rjfirm.com**
2:20
**KLEIN**
2:11,17 6:3 13:13
25:21 48:7,12 53:23
54:12,15 60:5 64:22
64:24 70:3,5 78:20
78:22
**klein@mintzandgo...**
2:15
**knew**
51:15 66:2
**know**
6:19 7:11 10:19
20:22 29:14 34:9
35:11,11 36:25 37:2
41:12 42:10 44:9,11
44:13 45:12 47:8,22
48:15 50:8,9,23
51:5 53:8 56:23
61:8,25 62:3,3,4,8
64:8 65:15,19 67:9
67:10 68:4 71:22
72:7 77:18 80:2,19
81:5,19,25 82:7,11
82:17,21
**knowledge**
12:4 32:15 54:20
64:17 90:9
**known**
20:18,25
**Kramer**
1:16 5:16 92:22
93:23

---

**L**

**L**
2:3 3:4
**Lamar**
4:16

**lapel**
25:20
**large**
15:20,23
**laughing**
48:6,11
**law**
13:23 20:7,8 21:10
25:22
**lawsuit**
65:14 85:5,11,20
86:1,12,16 87:1
88:16,20
**lawyer**
86:10
**lawyers**
84:15
**lay**
43:19
**laying**
46:7
**Lee**
3:5
**legal**
5:15,16 6:23 52:11
84:17 85:10,19 86:5
86:10,11 88:15,19
92:8
**length**
19:19
**Letters**
11:22
**letting**
42:16
**let's**
8:4 9:11 22:24 23:19
24:3 30:14 32:23
45:6 46:6 53:1 54:1
63:13 73:21 76:7,10
77:18,25 78:18
84:11
**level**
84:2
**levels**
39:9
**light**

54:14,17
**lights**
54:9
**limited**
67:5
**line**
27:5,15 29:15 34:24
34:25 46:10,12,13
50:7 60:7 72:17
78:14 80:13,15,22
80:25 81:5,22 84:17
85:16,17 90:11
**lines**
80:17,17
**list**
73:23 77:12 83:8
**listed**
77:7,13
**Listen**
8:1
**listening**
8:3 64:13
**lists**
18:3
**litigation**
51:17 52:4 53:4
92:16
**little**
10:20 54:16 59:7,8
75:9 81:2 83:23
**LLC**
1:7 2:10
**LLP**
1:17 2:12 3:9,14
**loan**
81:17,18 83:14,20
**locate**
71:8
**logic**
48:1,4
**lollipop**
64:6
**long**
8:14 19:22
**longer**
62:25

MAGNA
LEGAL SERVICES

**look**
8:2 11:20 27:2,23
28:14 38:8,12,13,20
43:12 58:25 59:25
63:23 72:3,9 75:7
76:10 77:12,25
78:18 80:17 81:3,19
83:6 84:1
**looked**
11:14,16,18 76:3
**looking**
23:15 34:19 46:9
73:10 78:14 79:10
79:21 80:7,12,14,14
81:8
**looks**
61:18,19 71:7 77:18
80:5 83:12
**loss**
47:12,14
**lost**
39:11 47:17
**lot**
15:1,2,5 40:12 55:2,3
62:21 63:3
**loud**
6:22
**lucid**
9:4

— M —

**M**
1:3 3:3 5:5
**MacGill**
2:2,4 4:3 7:5 8:11
9:19 11:8 17:13
26:12,17,23 30:5,7
30:12 32:23 33:4
34:22 38:11,16 40:3
40:9,15,19,21,25
41:2,5 42:1,4,7,13
42:16,19,22 43:1,4
43:15,25 44:4,9,11
45:12,16,18,20
47:19,25 48:5,9,11
48:13,23,25 49:4,18

50:15,19 51:1,19
55:6,10,13,18,22
56:1,6,13,18 57:6,9
57:12,16,20 60:3
67:12,17,20,23 68:1
69:15,23 70:1 71:9
76:12 79:10 82:9,13
84:8,13 85:4,14
86:2 87:3,6,8,18,24
88:1,4,12
**magazine**
34:14
**Magna**
5:14,16 92:8
**maintain**
82:24
**majority**
24:15
**making**
37:3 90:5,6
**man**
9:9
**March**
80:10
**Marchetti**
3:18
**mark**
9:12 17:9
**marked**
9:14 13:12,21 17:11
22:17,19 26:2,5
30:16,19 53:22
60:18,19 71:7,14
**Market**
2:4
**master**
25:7
**math**
46:17
**matter**
5:4
**MATTHEW**
3:18
**matt@tpmblaw.com**
3:20
**ma'am**

8:20 26:17 71:20
76:6 77:24 78:9,17
79:7,19 81:13,16
83:10 84:10
**McCormick**
2:11 4:2 5:24 6:6,8
9:11,15,20 13:14
17:6,12,14 22:20
25:18,23 26:3,22,24
30:10,15,17,23
32:25 33:12,17
34:23 38:14,18 40:5
40:7,13,17,20,22
41:1,3,16,18 42:2,5
42:12,15,17,20,24
43:2,11,17 44:1,10
44:13,15 45:15,17
45:19,23,25 47:21
48:3,21,24 49:2,5
49:20,23 50:3,21,24
51:3,8,21 53:21,25
54:4,6,10,18 55:8
55:11,24 56:3,17,19
56:21 57:8,11,13,19
58:2,5 60:6,20
64:23,25 65:1 67:15
68:2 69:14,21 87:4
87:7,9,22 88:8
**mccormick@mint...**
2:15
**mean**
10:1 12:5 28:11
31:18 32:7 47:19,20
61:24 75:4 79:24
81:3
**Meaning**
63:2
**means**
81:6
**medication**
8:21,25
**meet**
16:9
**meeting**
16:7,13 52:21 65:14
67:13,24

**meetings**
16:4,20
**member**
13:24 15:20,23
**members**
18:5 20:24 37:11
65:15,19,21
**memory**
21:7
**mentioned**
13:15 17:2 28:21
74:12
**men's**
35:18
**MERRITT**
2:3
**message**
15:9 24:24
**met**
11:6
**microphone**
25:17 70:5
**middle**
1:1 5:7 77:13,22 83:8
**mind**
67:11 85:23
**Mine**
78:13
**ministries**
1:11 4:7 5:4,20 7:16
7:20,23 9:13 10:2,8
11:17,18 12:9,22
14:1,11,20,24 17:20
18:20 20:14,19
21:22 22:8,18 24:17
24:22 25:3,11 26:6
28:2,19,20,23 29:15
31:3,8,22 32:8,11
32:15,20 33:13,14
34:1,3,16 35:22
37:2,7,12,22 41:9
41:22 43:7,24 44:14
44:18 45:2,8,11
46:3,20,24 47:11
49:14 51:9,13,15,24
53:12 55:9 56:15

MAGNA
LEGAL SERVICES

57:24 58:8,12,14,19
60:25 61:2 62:6,15
64:18 65:7 70:16,20
71:18 73:15 74:11
75:2 78:7 79:1 82:6
82:12 83:24 84:23
85:1,7,10 86:4,13
86:15 87:13 90:8
91:21
**ministry**
33:22,23 45:5 83:2
85:20
**Mintz**
2:12 6:10
**minutes**
84:22
**mirror**
8:2
**miscellaneous**
24:1
**mischaracterizing**
39:5
**misread**
49:2
**misrepresenting**
41:2 45:13 48:2,14
**mission**
15:1,5 34:4
**misspoke**
83:13
**moment**
13:11 17:8 39:23
45:7 84:8,10
**moments**
84:4
**moment's**
37:24
**money**
23:12 28:21 33:22
44:7 45:10 49:16
50:5,13 51:10,22,25
52:10 73:5
**months**
16:18
**moot**
22:3

**morning**
6:7,11 8:23 10:12
70:10,11
**Moss**
21:10
**mouth**
25:25 41:22
**move**
25:16 87:8
**moving**
30:14

------- **N** -------

**name**
6:8 70:12
**names**
18:3
**Nashville**
1:2 2:19 3:11,19 5:8
6:21
**nature**
65:11
**necessarily**
34:5
**necessary**
87:13,15 90:7
**need**
10:19 26:19 33:20
34:6 42:8 53:10
55:14 57:9 70:5
82:20
**needed**
20:4
**needs**
6:4 16:11,12 54:17
57:14
**net**
29:21
**never**
7:7 21:24,25 33:16
34:8 66:24 69:7,8,9
69:13
**nevertheless**
12:3,18 63:5
**new**
2:14,14 6:10 20:2

**night**
11:6
**nine**
60:8 77:9 81:10
**nodding**
10:21
**NOKES**
3:9
**nonprofit**
31:13,21
**nonsensical**
49:19 50:16
**Notary**
91:23
**noted**
5:17
**notes**
81:20
**notice**
37:24 41:15
**noticed**
68:4
**November**
14:5
**number**
8:12 23:15 29:15
39:19,20 41:25 42:1
72:11 76:14 78:15
**numbered**
17:22
**Numbers**
53:25
**N.E**
1:18

------- **O** -------

**oath**
6:19 67:3
**object**
8:11 40:24 49:18
51:19,19 57:3 58:2
85:2,12,22
**objection**
8:17 42:25
**objectionable**
44:1

**objections**
8:8
**objects**
8:13
**obligation**
6:23
**obviously**
10:19 31:2
**Occasionally**
7:4
**occurred**
8:6
**OCGA**
92:7,11
**offer**
79:22
**offering**
57:23
**officer**
12:10
**officers**
15:22 65:7
**offices**
92:8
**oh**
9:8 10:18 22:25 27:9
29:5 38:9 48:3
63:10 70:1,3,5
73:24 78:1,3,13
80:1
**okay**
6:12,15 7:11 8:1,3,7
8:9,20 9:6,9,11
10:10,24,25 11:7
12:18,22 14:19 15:9
15:16,18,21 16:1,3
17:3,21,24 19:5
21:6,21 22:2,25
23:10,19 25:4 26:11
26:16,18 27:3,6,9
28:25 30:10 31:5
32:7 37:10 38:14,16
38:17,24 39:1,5,25
43:11 45:6,7 46:2
48:6 49:13 53:20
55:10,25 58:19 59:2

59:17,21,25 60:9,14
60:17,22 61:5,7,23
66:15 68:1 70:7,25
71:16 73:6 74:4
76:7,16 78:3 79:13
79:17 82:24 83:17
86:3 89:4,5
**once**
38:12 87:19
**ones**
37:16 74:24
**one's**
56:12
**open**
30:9
**opportunity**
37:17
**opposed**
24:22 32:21 67:11
72:22 77:14
**opposition**
66:4
**order**
31:13 88:3,6
**organization**
14:1 20:1 34:12,12
68:6
**organizational**
14:21
**organizations**
15:3
**organized**
77:16,19
**originally**
20:23
**OTCHY**
2:12
**otchy@mintzandg...**
2:16
**ounce**
41:3,6
**outside**
25:13,20 35:20
**Overhead**
54:9
**overseas**

63:12
**owned**
19:2
**owns**
18:20 19:3
**oy**
58:21

---

**P**

**P**
90:1
**page**
10:10 13:22 17:22
23:15,25 27:2,4,6,7
27:8,12,15 31:7,9
31:10 34:25 38:25
46:9 60:8 71:13,23
73:25 76:18 78:4
79:10,25 81:21 83:7
90:11
**pages**
90:7 93:9
**paid**
24:21 35:4 46:21,24
49:16 51:22 53:12
70:19,23,23 86:12
86:15,21
**papers**
26:14
**paragraph**
38:25 39:5 43:12
48:16
**paren**
39:12,13,14
**parenthesis**
39:19
**part**
17:25 24:16 65:11
85:19
**participant**
74:8
**particular**
15:13 19:13,16 31:1
38:13 71:13,23
85:17 86:16
**parties**

92:15 93:12,14
**partnership**
74:4,5
**party**
92:12,16
**pastor**
31:11 32:1 33:5,8,8
39:7,15 48:18 74:9
**PATRICK**
2:3
**patrick.sanders@...**
2:7
**Paul**
63:20
**pay**
28:2 32:20 36:21
37:25 47:5 51:10,25
52:2,5 63:3
**paying**
35:23 36:18 51:14,16
52:2
**PC**
2:4
**Peachtree**
1:18
**people**
16:23 17:1,2 19:10
20:13,17 36:7 51:14
52:5 59:2 64:13
67:7 74:9,11,20
**percent**
36:21
**period**
79:5
**person**
12:8 19:14,15,17,20
20:3 53:6 68:20
74:7
**personal**
4:9 24:11,21 55:7,14
55:15
**personally**
24:21 25:5 38:1
39:16 48:20 61:8
**Pete**
21:19

**pick**
19:10 58:24 60:7
**picked**
37:18
**picks**
18:16
**pie**
71:17
**PIETSCH**
3:18
**Pique**
3:18
**place**
26:4 35:20 37:2 53:5
54:17
**placed**
10:5 17:16 30:19
**places**
59:16,18,19 61:18
62:16,19
**Plaintiff**
1:4 2:1 32:13
**plan**
25:7
**play**
42:9
**played**
6:22 42:14
**playing**
42:23
**PLC**
2:18
**please**
5:19 6:2 7:6 10:16
12:12 14:22 17:8,18
27:10 40:24 49:23
51:6 57:15 58:3
88:7 90:6,7
**PLLC**
3:4,18
**point**
16:5 22:4 28:18
33:15 48:1 49:11,12
67:4
**pointer**
54:16

MAGNA
LEGAL SERVICES

**portion**
33:3 50:1
**positing**
39:25 40:4
**position**
18:12 62:5
**positions**
56:9
**possible**
82:5
**Possibly**
21:18
**Poston**
3:19
**premised**
88:21
**preparation**
12:14 13:16 71:21
**prepared**
10:13 12:18 30:3
  68:6 71:23 86:25
**preparing**
62:11
**present**
3:22 10:1 67:24
**Presently**
22:12
**pretty**
15:4 20:4 59:13,15
  66:23
**previously**
38:21
**principally**
22:8
**prior**
21:7 35:3 86:24
**privilege**
8:16 57:4
**privileged**
52:19
**pro**
3:3,13
**Probably**
37:14
**problem**
8:6 30:4,13 69:15

**Procedure**
1:15 90:3
**proceeding**
43:9
**Proceedings**
89:8
**proceeds**
31:14 32:4
**process**
29:12 47:17
**produce**
75:16 87:18,19
**produced**
30:1 87:16
**produces**
72:1
**production**
87:14
**profit**
29:21 39:16
**profits**
39:12 48:20
**program**
24:16 35:14,23 36:21
  37:25 39:25 41:20
  42:2 43:23 45:1
  46:1,3 62:14 63:5
**prohibited**
92:10
**Promenade**
1:17
**promptly**
88:22,25
**propagation**
15:6
**provide**
92:8,12
**provided**
63:7
**provisions**
92:7
**public**
12:22 14:12 52:9,14
  91:23
**publication**
85:8,8,9 88:17,18

**publications**
39:9 43:14,22 44:22
**published**
84:24,25
**publishes**
34:13
**publishing**
31:19
**pulling**
56:23
**punches**
56:23
**purpose**
14:20,23 33:21 39:22
**purposes**
7:9 10:1 31:14 32:22
  33:23 41:24 46:7
  74:2
**pursuant**
1:12 9:22 90:2 92:3
**put**
33:22 37:2 40:16
  41:9,21 45:6 56:21
  75:15,22 76:24 82:4
  87:11
**putting**
40:17 75:16

**Q**
**quarterly**
16:9
**question**
8:18 12:2 19:6 22:2,4
  22:15 27:1,10 31:6
  32:10,24 33:1 38:24
  39:4 40:8,23,24
  41:10,14,15,17,23
  41:24 42:6,9,17,17
  43:19 44:2,3,7,14
  45:19 46:7 47:9
  49:19,21,22,24
  50:11,12,25 51:18
  51:20 52:8 56:14
  58:4 60:2 67:5,16
  73:1 75:9 80:24
  82:14 84:10

**questioning**
41:10 50:8 89:3
**questions**
6:25 8:1,5 10:13,19
  30:8,13 32:16 43:8
  45:21 56:8 68:15,16
  70:14,17 84:7,14
  87:3,5 93:7
**quick**
26:20
**quite**
13:6
**quote**
56:3
**quoted**
43:12

**R**
**R**
2:17 3:13 90:1,1 93:1
**raises**
75:8
**raising**
48:6
**rates**
92:15
**read**
31:9 32:25 33:2 39:3
  48:17,21,23 49:25
  65:16,24 66:1 87:25
  90:9 93:16
**reading**
1:13
**ready**
37:24 70:6 88:10
**real**
26:20 41:13
**reality**
41:6
**realized**
47:1
**really**
73:1 82:17
**reason**
31:1 33:19,25 34:2
  82:21 90:11

**MAGNA**
LEGAL SERVICES

reasonable
36:17
reasons
8:12 90:5
recall
28:15 68:14 84:3
receive
32:2 33:9 73:5 75:19
received
43:23 80:4
receives
74:7
recess
69:18
recognize
10:4 17:15 22:21,22
61:13
recognized
14:14 47:11
recollect
70:22
recollection
14:6
recommendation
52:16
record
5:1,18,25 17:18 26:1
54:13 56:22 69:17
69:18,20 74:2 87:4
87:12 89:6
recorded
58:13
records
52:10 58:25
recross
7:5
redirect
7:6
reduced
93:7
refer
31:7 53:6
reference
31:8
referral
92:13

referring
82:9
reflect
61:17
reflected
63:6
refresh
14:6
refusing
50:24 51:1
regard
68:19
Regency-Brentano
92:6,8,10,12,15
regular
16:19 93:13
Regulations
92:3
reimbursed
70:20
reimbursement
53:17
relate
72:21
related
87:20
relation
86:23
relationship
92:6
remember
13:5,6,9 17:4 21:11
21:18 28:11 53:19
68:16 83:21 84:18
rental
53:17
rep
56:16
repayment
81:17,18 83:14
repeat
14:22 27:9 49:22,23
51:18 80:24
replace
20:4
report

4:16 20:9 31:7 33:7
34:13 38:20,23 39:7
40:11 41:9,11 48:14
48:15 65:16,23,24
66:1,1,6,15 67:6,11
68:11 71:19 72:2
75:6 76:15 77:1
79:6 80:6 84:24
85:7 86:25 88:21
reported
23:3,4 58:16 65:20
65:22 68:10
reporter
1:16 5:15,18 6:2
10:23 17:4 33:2
49:25 51:6 54:2
56:4 57:15 87:24
88:2,5 92:5,13
reporting
92:3,9,12,13
reports
46:3
represent
43:22 45:1 93:9
representation
87:23
representative
5:3 7:19 70:15 90:8
91:22 92:6
represents
61:14
request
5:12 35:25
requested
33:3,16,20 37:24
50:1
reservation
87:12
reserve
93:16
reserved
1:14
resign
20:3,8
resigned
20:6

resolution
52:22
respect
85:5
response
6:24 10:18 75:8
responsibility
43:5
rest
24:15
restructure
20:5
result
50:4 88:17 93:15
return
23:5 24:22 27:2 28:7
29:3 46:9 47:10
63:6 87:14,16
returns
4:9 11:25 12:3,25
24:11 27:23 34:19
46:4 58:17 60:1
revenue
24:16 31:12 32:2
33:10 37:25 39:25
41:20 42:2,3 43:10
43:13,15,23 44:5,17
45:2 46:1,3,10 49:7
62:14 63:2,5
revenues
29:15 35:23 36:22
reviewed
13:17
right
7:17 13:8 14:17
15:17 16:12 17:23
23:12,14,15,23 25:1
25:15,17,18 27:9,17
27:22 28:5,13,24
29:5,11 34:7 35:17
36:7 40:16 41:16,19
47:15 49:8,13 50:13
53:1,4 54:2 58:20
59:23 60:15,23
61:16 62:13 63:11
66:8 68:1,12,24

72:15 75:10 76:18
77:5,13,21,25 78:8
78:12,18 79:2 81:8
81:15 83:24 86:7,22
87:6,12 89:5 93:16
**Riley**
2:18
**road**
55:3
**ROBERT**
2:2
**robert.macgill@m...**
2:6
**room**
6:17,18 7:24 37:23
42:14 56:25
**Ross**
3:14
**rule**
17:7 90:2
**rules**
1:15 6:16 90:2 92:3
**run**
22:8 24:16 58:8,12

**S**

**sailing**
64:7
**salaries**
27:1,5,17 34:4,6
**salary**
28:7 33:24 34:6
**sales**
72:22 76:8 78:16
**SANDERS**
2:3
**Sarah**
15:19 19:22 20:11
**saying**
8:2 25:24 48:7 50:20
60:14 65:22 88:9
**says**
18:12,12 27:17 28:7
30:21 32:17 33:5,5
33:7,11,13 34:25
39:5 48:15 76:18

78:13 83:25
**SBC**
84:21,21,25,25 85:9
85:9 88:17
**SCARLETT**
3:9
**schedule**
4:17 17:25 61:14
**school**
25:22
**SCOTT**
2:11
**second**
32:23 39:6 53:2 57:1
78:11
**secretary**
15:19
**Section**
18:1
**see**
10:10 17:25 18:12
20:10 22:24 23:10
23:19,24 24:3,3
25:15 26:20 27:4,13
30:12 31:15 32:5
35:1,7 39:20 46:10
52:5 61:5 63:13
71:17,19 72:10,18
73:20,21,22,24
76:18 77:6,8,10,13
77:18 78:16 79:24
81:22,23 83:7,9,15
83:16 84:11
**seen**
31:1 34:3 58:16 61:9
86:25
**select**
19:8 20:11
**selling**
39:8 43:14,21 44:22
**sentence**
31:15 32:5
**sentences**
31:10
**separate**
88:20

**series**
10:11
**sermons**
45:9 51:14 52:6 55:4
59:3,11
**serve**
19:20
**service**
9:22
**services**
5:15,16 92:8,9,12
**set**
28:22
**seven**
77:8 81:10
**sexual**
65:8,8,9
**shaking**
10:21
**shares**
18:23
**sheet**
77:20 90:7
**ship**
64:6
**show**
16:3 23:1,4 52:11
60:17
**showed**
26:9 38:21
**showing**
22:16 39:22 77:20
80:6
**shown**
13:20
**shows**
35:3 52:10 79:8
**side**
25:17,18 45:6 66:3
**sides**
25:25
**sign**
39:14 88:1 93:17
**signature**
87:25
**significant**

62:24
**signing**
1:13
**similar**
84:2
**simply**
77:1
**Simultaneous**
40:6 47:24 48:10
56:2
**SINGLETON**
3:9
**sir**
7:2,10 8:19 9:2,5,24
11:24 12:1,21 24:14
28:4 31:16,20,23
42:12,15,23 44:10
58:4 60:11,13 87:2
**sitting**
42:10
**six**
77:8 81:10
**small**
74:10
**smaller**
62:21 63:1,3
**snokes@bradley.c...**
3:12
**softball**
60:1
**Solutions**
1:7 2:10 5:6 6:9
**somebody**
35:4 51:22
**sorry**
13:3 21:6 27:7,11
30:24 36:14 38:10
49:10 50:21 78:13
79:12 80:24
**sort**
68:19 83:8
**sound**
13:8 14:17
**sounds**
50:11
**source**

78:15
**sources**
75:3 77:7,10
**Southern**
1:6,8 3:2 5:5 70:13
**speak**
10:16 12:8 17:4
   25:24 51:6
**SPEAKER**
30:22 44:8 54:11
**speaking**
7:23 22:7 23:2,6
   24:12,20 25:9,13
   31:18 35:14,20 39:8
   40:6 42:24 43:13,21
   44:17 47:24 48:10
   54:19,23 56:2 58:7
   58:12,21,22 63:15
   64:9,11 66:8,20
   72:17,22 73:2,16
   76:4 77:13,21 78:10
   83:7,23 84:2
**specific**
73:19 82:21
**Specifically**
31:9
**specifics**
82:1
**spend**
34:4
**spending**
71:19 76:15 77:1
   78:6
**spoke**
21:5 36:8 63:22
   66:16
**sponsorship**
73:3
**sponsorships**
72:23
**start**
9:11 35:22
**started**
36:18 83:2
**starting**
7:15 38:15

**starts**
80:9,10,11
**stated**
93:5
**statement**
68:25 79:4 90:5
**States**
1:1 5:6 15:2 59:11
**stays**
59:13,15
**stenographic**
5:18
**step**
69:5
**stipulations**
1:13
**stood**
37:23
**story**
66:3,24,25
**Street**
1:18 2:4 3:5
**Study**
63:20
**subpoena**
4:6 9:22 10:7 11:3,14
   12:20 68:5
**subscribed**
91:22
**substance**
90:3
**sued**
85:1
**suggested**
69:8
**Suite**
2:5 3:5,10,15
**summary**
72:10 77:3 78:5,25
   79:8 81:9 83:6
**Sundays**
59:10
**supplement**
88:14,19 89:3
**supplemental**
90:6

**support**
15:4
**supporters**
20:19
**Supporting**
15:11
**supposed**
61:19
**sure**
9:19 16:2 30:15 31:3
   66:24 83:17
**survey**
36:16
**swear**
5:19
**switch**
53:2
**switching**
64:20
**sworn**
5:22 91:22 93:6

---

**T**

**T**
2:6,14,19 3:6,11,16
   3:20 90:1 93:1,1
**take**
8:24 26:18 30:10
   33:25 34:20 38:20
   56:9,10 59:25 74:6
   74:18 76:12
**taken**
1:11 5:11 8:20 16:23
   16:23 93:5
**takes**
74:8,9
**talk**
65:25 71:5 84:20
**talked**
75:9 85:16
**talking**
40:10 43:4,10 44:5
   44:10 67:12
**tax**
11:25 12:3 27:23
   28:7 29:3 34:19

46:3,9 47:10 52:16
   58:17 60:1 63:6
   87:14
**taxable**
32:4
**Taylor**
3:18
**teach**
25:21
**technically**
18:21
**tell**
7:6 11:12 12:4 21:8
   27:6 28:14 29:20
   30:18 42:8 43:10
   52:1 57:4,22 62:6
   62:14,16 71:21
   79:20 80:7,7
**telling**
15:22 57:6,12,16,17
**ten**
77:9,10 81:10
**Tenders**
17:12 26:22
**Tennessee**
1:1 2:19 3:11,19 5:8
**Terence**
2:11 6:8
**term**
19:13,16
**terminate**
41:13
**terminology**
19:4 82:3
**terms**
62:14
**terrific**
15:21
**testified**
5:23 44:21 86:14
**testify**
6:24 9:1 11:2 32:11
   32:14 40:11 41:7,8
   57:25 68:7
**testifying**
6:19,21 7:13

testimony
6:22 7:8 12:19 28:17
37:22 44:17 54:8
55:12 70:18 88:24
90:4
Texas
3:15
thank
6:7 12:7 14:10 17:13
18:15 21:6 23:18
25:19 26:17,21,23
30:24 34:22 51:12
54:12 69:21 71:10
84:7
Theresa
1:16 5:15 92:22
93:23
thereto
93:7
thing
10:18 50:15 57:18
62:1
things
25:8 71:2
think
13:15 17:23 23:25
28:17 43:11 44:16
48:3 51:3,3 53:24
57:11,19 58:6 71:1
74:13 78:19 79:23
82:2,8,15 84:6,15
thinking
33:19
Third
2:13
thousands
37:25
three
15:22 20:2 77:8 81:9
tie
25:20
tied
80:2
time
5:10 8:6 12:13 14:11
17:5 19:20 22:3

24:10,10 30:9 32:2
33:9 43:3 51:7 56:5
57:15 58:1 64:1
69:17,20,22 75:22
79:5 89:6
times
39:13
today
7:13 9:22 75:10 79:2
86:24
Today's
5:9
told
65:17,17 66:23 67:18
68:9
top
31:10 34:20 71:18
76:17 77:14 79:22
79:24
topics
10:11,14 11:3 12:19
68:3
total
42:2 72:10 77:4,22
78:6 79:8,15
totally
45:3 66:7
touching
65:10
tours
74:6
Tower
1:17
Trail
24:4
transcript
88:3,6 93:5,10,17
traveling
59:6
treat
32:3
trial
6:21 8:9
trick
31:6 38:24 50:11,12
trip

63:18 74:12,15,17
trips
74:18
trouble
8:3
true
27:22 44:21 80:22,25
90:9 93:9
trust
10:10
trustee
18:13 19:17
truthfully
6:24 9:1
try
7:7 10:16 12:6 13:10
trying
17:7 40:5
turn
54:9 71:14
twice
58:7
twist
9:17
two
7:12 60:4 62:2 71:1
76:22 77:8 81:9
type
75:13
typewriting
93:8

_____
U
_____

uh-huh
8:10 10:21 11:15
13:19,25 14:19
16:14,16 19:22
20:16 29:14 35:19
36:24 37:21 52:3
53:7 59:9 62:18,20
62:22 63:19,21
64:19 67:8
ultimately
57:2
unbecoming
67:18 68:10

uncommon
34:10
undersigned
90:8
understand
6:16 7:1,9,18,24 8:5
8:18 9:21 10:12
19:4 31:25 32:7
39:14 46:23 47:2
48:7,12,18 50:7,20
57:9,14 59:21
understanding
8:4 22:6 31:17 32:18
71:3
understood
31:4
United
1:1 5:6 59:11
unwanted
65:10
update
88:21,23
Urbancrest
24:5
use
71:24 90:6
usual
92:15
utmost
8:7

_____
V
_____

varies
22:13,14
variety
75:3
vast
24:15
verification
68:25
versus
5:5 80:19
vey
58:21
vice
3:3,13

MAGNA
LEGAL SERVICES

**video**
6:21 69:17,20 89:6
**videographer**
3:23 5:1,14 9:17
25:16,19 69:16,19
88:10 89:5
**videotaped**
1:10 5:2
**view**
28:18 33:15 51:13
**violating**
17:6
**Virginia**
3:6 15:18 19:23
20:11
**voluntarily**
31:11
**vote**
16:23 52:24
**vs**
1:5

**W**

**W**
2:11 24:24,25
**wait**
40:3,7,23 70:3
**waiting**
75:19
**waive**
87:25
**Walk**
54:14
**want**
30:18 31:3,7 34:3
38:12 41:5 43:7,9
52:18,18 56:21 60:3
62:23 67:1 84:20
87:6,16,25 88:2,6
**wanted**
24:24 28:22 71:3
**wants**
88:1
**wasn't**
67:5
**way**

10:22 25:8,24 26:13
35:5 45:8 57:17,18
57:20 77:19 79:20
80:17
**week**
18:11 22:3
**went**
61:21,21,25 73:1
81:2
**West**
2:18 3:6
**we'll**
29:24 30:8,8,13
45:16,16,20,21,22
63:9 72:3 75:7
88:24
**we're**
6:17,17 8:8 37:12
40:10,15,17 42:7,9
42:22 55:6 56:1,7
56:10 57:23 83:22
84:20
**we've**
20:25 21:24 55:9,11
55:11 58:6 70:22,23
75:9 76:3 86:21
**willing**
59:2
**withdraw**
19:5
**witness**
5:19,22 9:16 17:7
22:22 26:16 30:14
41:7 44:6 45:17
47:22 48:2,4,18
49:22 50:19 51:4
56:8 57:22,23 67:25
70:4 87:9 93:6,16
**woman**
43:6
**Woodstock**
21:3
**word**
39:3,3 42:9,13,18,19
48:24,24 49:3 74:6
**words**

41:21
**work**
10:22 15:1,5,11 22:3
55:19 57:14
**works**
55:17
**world**
15:2
**worth**
49:15
**writes**
39:2 45:9
**writing**
73:15
**written**
73:11 80:4
**wrong**
55:21 78:14
**wrote**
73:14
**w/2023**
4:17
**W9**
24:25

**X**

**XXXX**
18:13

**Y**

**Yeah**
18:9 24:7 30:4,7,12
30:22 40:21 46:17
53:1 54:15 64:24
69:25 70:2 78:23
**year**
13:5,6,9 24:10 35:3
38:9,9 39:13,20
40:1 41:21,25 46:2
46:4 49:6,14 52:21
54:20,24 55:4 59:12
59:22 60:12 72:7
75:1 79:16 81:15
85:18
**years**
19:13,16 20:18 21:4

21:7 23:3 27:24
35:12 39:11,13 72:5
**Yep**
71:9
**yesterday**
28:17,21 54:7 66:24
70:18
**York**
2:14,14 6:10

**Z**

**zero**
27:4,20 28:7 81:5,5
**zeroes**
17:23
**Zoom**
2:3,12,17 3:4,18

**$**

**$1,040,000**
77:4
**$112,000**
83:11
**$179,000**
78:11
**$200,000**
47:18
**$246,956**
76:5
**$3,000**
23:13
**$331,000**
41:21,25 46:1,18,21
46:25 49:7,15,16
**$331,252**
39:13,20 40:1
**$356,892**
35:5
**$49,357**
46:16
**$51,000**
83:15
**$70,000**
77:22 83:11,24
**$72,000**
84:17

**$72,260**
85:18
**$73,000**
84:3
**$755.30**
24:4
**$787,000**
79:9
**$886,000**
78:7

**1**

**1**
9:13,14 27:2 46:10
  56:24 57:24 60:8
  93:9
**10**
26:8 78:1
**10,000**
35:7
**10.B**
92:3
**10:17**
69:17
**10:36**
69:20
**100**
36:21
**10016**
2:14
**1099**
23:25 25:6 28:8,12
  28:15
**11**
30:16,21,22,24 53:23
  81:10 89:7
**11:45**
89:8
**12**
30:20 53:24 60:18,19
  74:22,24 81:10
**1200**
2:5
**1221**
3:10
**1230**

**1:18**
**13**
4:7
**1445**
3:14
**15**
27:5,15
**15th**
29:10
**15-14-37**
92:11
**156**
2:4
**1600**
3:5
**17**
4:8
**187**
78:4
**19**
46:10,13
**19th**
1:19 5:9 92:18
**1906**
2:18

**2**

**2**
13:12,13,21 57:24
  81:21
**20**
39:11,12
**20th**
14:5
**2010**
13:7 14:5,8 53:15
  65:2 83:5
**2015**
35:4
**2016**
4:10 14:17 26:6 27:2
  27:8 28:3 34:20
  35:7 38:15 46:9,15
  46:22
**2017**
4:11 26:7

**2018**
4:12 26:7
**2019**
4:9,13 23:4 26:7
  39:10 59:22,24 60:1
  64:21,22,23 71:6,18
  72:9 74:23 75:5
  76:3,4
**202**
91:24
**2020**
4:14 26:8 76:10 77:1
  77:4,10,21 84:3
**2020-2021**
76:19
**2021**
4:15 26:8 39:10
  77:25 78:6,15
**2022**
4:8 26:9 54:20,24
  55:4 58:20 59:20
  63:4 75:6 78:20,21
  79:4 81:1,9 82:6,14
  83:23 85:18
**2023**
29:1,2,4 58:24 63:6
  67:13 75:9,13 87:14
  87:20
**2024**
1:19 5:9 59:12 92:18
  93:18
**212**
2:14
**214**
3:16
**22**
4:9 38:25 48:16
  80:23
**229**
76:14,18
**23**
16:15 65:14
**24**
8:21
**2400**
3:10

**244-3556**
3:11
**25th**
2:13
**25322**
3:6
**257**
17:23
**257-9800**
3:16
**2579**
23:17,18
**2580**
23:22
**26**
4:10,11,12,13,14,15
**26th**
93:18
**289**
79:12 83:7
**290**
81:21
**2908**
3:19

**3**

**3**
17:10,11,16 78:19
**3,000**
24:2
**3:23-cv-00243**
1:6
**30**
4:16 21:2
**30(b)(6)**
1:10 5:3,20 90:8
  91:21
**30(e)**
90:2
**30309**
1:19
**304**
3:6
**317**
2:6
**320-3225**

3:20
**320-3700**
2:19
**331,000**
46:6
**340-1000**
3:6
**3600**
3:15
**37203**
2:19 3:11,19

---
**4**

**4**
22:18,19
**400**
71:14 73:25
**454,000**
60:10
**46204**
2:5
**49,357**
47:1

---
**5**

**5**
4:2 26:2,6 31:9
**500**
3:5
**501(c)(3)**
14:15 15:3
**59,000**
72:15

---
**6**

**6**
26:6 38:25
**6,625,040**
39:14
**60**
4:17
**600**
2:13
**615**
2:19 3:11,20
**696-4848**

2:14

---
**7**

**7**
10:10 18:1 26:7
84:17
**70**
4:2 83:12,13
**70,000-dollar**
81:18
**71**
4:13
**72,000**
81:22
**721-1253**
2:6
**75202**
3:15
**76**
4:14
**78**
4:15
**787,836**
79:18

---
**8**

**8**
26:7 71:7
**84**
4:3
**89**
93:9

---
**9**

**9**
4:6 26:8 76:11
**9-11-28(c)**
92:7
**9-11-30(e)**
90:3
**9:08**
1:20 5:10
**900**
72:13
**990**
4:8,10,11,12,13,14

4:15 12:25 17:19
26:6,7,7,8,8,8,9
87:20
**990s**
38:8