# EXHIBIT 10

UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

JOHNNY M. HUNT,

     Plaintiff,                 No. 3:23-cv-00243

V.

SOUTHERN BAPTIST CONVENTION;

GUIDEPOST SOLUTIONS LLC; and

EXECUTIVE COMMITTEE OF THE

SOUTHERN BAPTIST CONVENTION,

     Defendants.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

CHRISTOPHER BART BARBER

MARCH 19, 2024

\*\*\* HIGHLY CONFIDENTIAL PORTIONS \*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


     ORAL AND VIDEOTAPED DEPOSITION OF CHRISTOPHER BART

BARBER, produced as a witness at the instance of the

Plaintiff, taken in the above-styled and -numbered cause

on the 19th day of March, 2024, A.D., beginning at 9:19

a.m. to 3:00 p.m., before Kelly Hassell, RPR, CLR, CSR,

in and for the State of Texas, at the offices of Bradley

Arant Boult Cummings LLP, located at Fountain Place, 1445

Ross Avenue, Suite 3600, Dallas, Texas, in accordance

with the Federal Rules of Civil Procedure and the

agreement hereinafter set forth.

MAGNA
LEGAL SERVICES

```
 1                    A P P E A R A N C E S
 2   FOR THE PLAINTIFF:
 3        MR. ROBERT D. MacGILL, ESQ.
          MR. PATRICK J. SANDERS, ESQ.
 4        MS. ELIZABETH L. MERRITT, ESQ. (Via Zoom.)
          MR. SCOTT E. MURRAY, ESQ. (Via Zoom.)
 5        MacGill PC
          156 East Market Street
 6        Suite 1200
          Indianapolis, IN  46204
 7        (317) 721-1253
          robert.macgill@macgilllaw.com
 8        scott.murray@macgilllaw.com
          patrick.sanders@macgilllaw.com
 9        elizabeth.merritt@macgilllaw.com
10
     FOR THE DEFENDANT SOUTHERN BAPTIST CONVENTION AND THE
11   DEPONENT:
12        MR. MATT C. PIETSCH, ESQ.
          Taylor, Pigue, Marchetti & Blair, PLLC
13        2908 Poston Avenue
          Nashville, Tennessee  37203
14        (615) 320-3225
          matt@tpmblaw.com
15
16
17   FOR THE DEFENDANT GUIDEPOST SOLUTIONS LLC:
18        MS. KATHARINE R. KLEIN, ESQ.
          Riley & Jacobson, PLC
19        1906 West End Avenue
          Nashville, Tennessee  37203
20        (615) 320-3700
          kklein@rjfirm.com
21        -AND-
          MR. SCOTT KLEIN, ESQ. (Via Zoom.)
22        MR. ALEX OTCHY, ESQ. (Via Zoom.)
          Mintz & Gold LLP
23        600 Third Avenue
          25th Floor
24        New York, New York  10016
          klein@mintzandgold.com
25        otchy@mintzandgold.com
```

MAGNA
LEGAL SERVICES

```
 1        A P P E A R A N C E S   C O N T I N U E D
 2   FOR THE DEFENDANT EXECUTIVE COMMITTEE OF THE SOUTHERN
     BAPTIST CONVENTION:
 3
          MR. GENE R. BESEN, ESQ.
 4        Bradley Arant Boult Cummings LLP
          Fountain Place
 5        1445 Ross Avenue
          Suite 3600
 6        Dallas, Texas  75202
          (214) 257-9800
 7        gbesen@bradley.com
          -AND-
 8        MS. SCARLETT SINGLETON NOKES, ESQ. (Via Zoom.)
          MR. R. BRANDON BUNDREN, ESQ. (Via Zoom.)
 9        Bradley Arant Boult Cummings LLP
          1600 Division Street
10        Suite 700
          Nashville, Tennessee  37203
11        (615) 244-2582
          snokes@bradley.com
12        bbundren@bradley.com
          -AND-
13        MR. JON ANDERSON, ESQ. (Via Zoom.)
          Jackson Kelly PLLC
14        500 Lee Street East
          Suite 1600
15        Charleston, West Virginia  25322
          (304) 340-1000
16        jlanderson@jacksonkelly.com
17
18
19
     ALSO PRESENT:
20
          MS. ERICA TAYLOR - Videographer
21        MR. JOHNNY HUNT (Via Zoom.)
22
23
24
25
```

15      Q    Okay.  Now, without anything other than

16   allegations from              , you objected to Pastor

17   Johnny Hunt preaching again after his name appeared in

18   the Guidepost report, did you not?

19      A    I objected, yes, to his --

20      Q    Okay.

21      A    -- restoration to ministry by a church in

22   Florida.

23      Q    And you objected despite the fact, sir, there

24   was no proof by a preponderance of the evidence that he

25   been guilty under the allegations               of

1     Q     some form of sexual abuse, right?

2               MR. PIETSCH:  Object to the form.

3               MS. KLEIN:  Objection; form.

4               MR. PIETSCH:  You can answer.

5     A     What he admitted to doing in his fourth

6  statement in response to this I think disqualifies him

7  from pulpit ministry.  So, yes, I objected, but not on

8  the basis of the allegations, on the basis of his own

9  admitted behavior.

13      Q    Why is it -- why is it repugnant to restore

14  Pastor Johnny Hunt to the ministry?

15      A    Well, I think it's contrary to what the Bible

16  teaches in First Timothy and in Titus concerning pastoral

17  qualifications.  And I also think that this form of doing

18  it is contrary to Baptist practice for 400 years with

19  regard to how people wind up being ordained in the

20  ministry.  It's a departure from Baptist history and

21  Baptist belief.

22      Q    What are the -- what pastoral qualifications

23  are at issue here, sir?

24      A    Well, the -- I can -- is it okay for me to --

25  to take my iPad and just --

1       Q    No.  I just want you to tell us your memory.

2    You -- you said that it -- that this is repugnant because

3    it -- it flies in the face of pastoral qualifications.

4                 What qualifications makes this repugnant?

5       A    So I could do better if I could read the Bible

6    that talks about those qualifications.  But I -- it calls

7    upon people who are pastors to be people who are above

8    reproach, who have been tested and -- and without sin,

9    have been -- have been found -- people that are qualified

10   to be holding that office.  It -- it -- it makes a number

11   of statements.

12      Q    Well, sir, you -- you testi- -- you tweet to

13   the world that this is a repugnant act.  Well, you're

14   saying that -- you had nothing other than allegations

15                 , right?

16                 MR. PIETSCH:  Object to the form.

17                 MR. BESEN:  Object to form.

18                 MS. KLEIN:  Objection; form.

19      A    Actually, I testified contrary to that.  I said

20   that what he had admitted to in his fourth statement in

21   response to these allegations, his own statement, his own

22   confession about what he had done --

23      Q    (BY MR. MacGILL)  What were --

24      A    -- I believe is in violation of the idea that

25   he's above reproach and -- and is fit to be restored to

1      A      ministry.

2      Q      So what about his -- what about his statement

3  that -- what in his statement is repugnant?

4      A      I didn't say his statement was repugnant.  I

5  said this means of restoration is a repugnant act.

24    Q    And you wanted to defrock Johnny Hunt after
25    reading the Guidepost report because you believed

1  yourself that he was guilty of some kind of sexual abuse;

2  is that correct?

3       A    No.  After I read his fourth statement about

4  what he had done, I believed that he was no longer

5  qualified to serve as pastor.

22      Q    Now, you said when you were talking previously

23  when you were -- when you were speaking about pastoral

24  qualifications, you remember you were indicating -- you

25  indicated that the standard of pastoral qualifications

1    that you find in the -- in the Bible would be somebody
2    who is above reproach.  Do you remember that, generally?
3          A    I do.
4          Q    And someone who had been tested.  Do you
5    remember that?
6          A    I do.
7          Q    And somebody without sin.  Do you remember
8    that?
9          A    Well, I could do better if I could actually go
10   to those Bible verses and read them.  But yes, they had
11   been tested and passed the test, yes.
12         Q    But also, sir, are you saying that to be
13   qualified to be a pastor you have to be without sin?
14         A    No, I didn't say that.  I didn't -- no, I don't
15   believe that you have to be sinless.  Nobody would
16   qualify to be a pastor under that --
17         Q    That's right.  No one would qualify to be a
18   pastor that you know of in the history of your some
19   decades of being a Baptist pastor.  Every Baptist pastor
20   that you know of has sinned in one way or another, right?
21         A    Sure.
22         Q    Yourself included?
23         A    Yes.
24         Q    Right.
25              And so the type of sins that you may have

1    may be different and distinct from the allegations

2    involved in this case; is that right?

3          A    Well, they are, yes.

4          Q    Well, fair.  Fair enough.

5                But with respect to the -- the sins that

6    you have, you're saying that the sins that you have

7    committed in your life, sir, are distinct from and

8    excusable as compared to the sins of Pastor Johnny Hunt?

9                MR. PIETSCH:  Object to the form.

10               You can answer.

11         A    I'm saying that the standards for pastoral

12   qualification in the New Testament highlight specific

13   things.

14         Q    (BY MR. MacGILL)  What specific things -- what

15   specific sins, sir, are highlighted that would be as sins

16   that would be disqualifying?

17         A    I believe, and I think the Southern Baptist

18   Convention has said, that sexual misconduct of this kind

19   would be something that would be -- that would be

20   disqualifying.

21         Q    Sexual misconduct of what kind, sir?

22         A    Sexual -- sexual misconduct with someone else's

23   wife contrary to your own wife.  Someone who is the wife

24   of a fellow pastor.  I think all of these things are

25   highly problematic.

1       Q       Okay.  And you say disqualifying?

2       A       I think so, yes.

3       Q       Well, you say you think so.  If you --

4       A       Well, it's my opinion.

5       Q       -- and you -- all right.

6               But where -- how do you ground them?

7  Where is it grounded in -- in the SBC or in the polity

8  where this type of alleged misconduct disqualifies one

9  from being a pastor?

10      A       I specifically said that I don't have the

11 authority to declare whether someone is or is not

12 disqualified, but I'm giving my opinion.  My opinion is

13 formed on the basis of years of preaching, years of

14 studying these passages of scripture, and also based upon

15 academic training about pastoral ethics --

16      Q       Well, sir --

17      A       -- and about standards --

18      Q       What is the standard?  Tell -- tell this Court

19 how -- what the standard was for your opinion on the --

20 the alleged sins of Pastor Johnny Hunt as compared to

21 other sins.

22      A       I think the --

23      Q       How do you distinguish as a -- as a standard

24 between disqualifying sins in terms of being a pastor and

25 sins that are not disqualifying?

1          MR. PIETSCH:  Object to the form.

2          You can answer.

3     A    By application of the relevant passages of

4  scripture and by application of standards of pastoral

5  ethics that I was taught in seminary.

6     Q    (BY MR. MacGILL)  What specific relevant

7  scripture did you have in time -- in mind when you wrote

8  your blog?

9     A    First Timothy Chapter 3, selected verses

10  contained in there, and selected verses contained in the

11  Book of Titus, as well as Jesus' general teachings

12  about -- about sexual immorality and about what

13  constitutes adultery and the severity of that.

14     Q    Okay.  Anything else?

15     A    No.  I think that -- that comes close to

16  summarizing, yeah.

17     Q    All right.  Now, what other sins fall as

18  disqual- -- or qualify as disqualifying sins under the

19  relevant scripture of the first -- of the citations that

20  you gave?

21     A    Greed and -- and, you know, somebody steals

22  money from a church or I think somebody were caught

23  embezzling money, you know, in another aspect of their

24  personal life, that's something that would be

25  disqualifying.  That's mentioned in all of the relevant

1  passages.

2         I think if somebody were divisive and

3  quarrelsome as a general trait of their character, that

4  would be something that would be disqualifying as well.

5         I believe that divorce is disqualifying.

6  That if someone has divorced their wife, that that's --

7      Q    From being a pastor?

8      A    Disqualifies them from being a pastor, yes.

9      Q    What about pride; would that also be a

10  disqualifier?

11      A    So, gosh, it would really help if I could look

12  at the Bible.

13      Q    Well, sir, I've got -- I've got a lot I want to

14  talk to you about on what the Bible has to say, but I

15  just want to know before we get there.

16         Is pride disqualifying or not in terms of

17  a sin that would disqualify a pastor from being a humble

18  churchman who can be at the pulpit and give counsel,

19  guidance, and pastoral comfort to people?

20         MR. PIETSCH:  Object to the form.

21         You can answer.

22      A    I don't recall that in that way being listed as

23  a pastoral qualification.

24      Q    (BY MR. MacGILL)  Let's just work with the word

25  "pride."  Sir, would pride be disqualifying from -- in

1    terms of pastoral qualification?

2                    MR. PIETSCH:  Object to the form.

3                    You can answer if you know.

4         A    No, I don't think so.

5         Q    (BY MR. MacGILL)  You don't think so?

6                    Is humility an important part of being a

7    pastor?

8         A    Yes, I think so.

9         Q    Is humility, sir, an important part of being

10   able to be a pastor that can discharge his duties in the

11   Baptist religion?

12                   MR. PIETSCH:  Object to the form.

13                   You can answer.

14        A    I -- yes, I think humility is a good thing for

15   any Christian to have, and it enhances your walk with the

16   Lord.

17        Q    (BY MR. MacGILL)  As compared to one who is a

18   humble churchman on the one hand and one who is full of

19   pride on the other, does one who is full of pride

20   disqualify himself, sir, based on biblical teachings that

21   you are aware of from being a pastor?

22                   MR. PIETSCH:  Object to the form.

23                   You can answer.

24        A    No, I don't think so.

15      Q    (BY MR. MacGILL)  And just as we go into

16  further to what you did, sir, with respect to your own

17  conduct, would you -- would you say that if you yourself

18  have been -- have given false testimony as to your

19  neighbor, in this case Pastor Johnny Hunt, that you

20  should be disqualified from being a pastor?

21              MR. PIETSCH:  Object to the form.

22      A    No.

23      Q    (BY MR. MacGILL)  Okay.  So a violation of a

24  Commandment would not be a reason to take away a pastor's

25  ministry; is that right?

MAGNA
LEGAL SERVICES

1          MR. PIETSCH:  Object to the form.

2          You can answer.

3     A    The qualifications for pastoral ministry are

4  given in First Timothy Chapter 3 and in Titus Chapter 1,

5  and those are the things that we refer to when we're

6  trying to identify qualifications for pastoral ministry.

7     Q    (BY MR. MacGILL)  And qualifications do not

8  include abiding by the Ten Commandments; is that right?

9          MR. PIETSCH:  Object to the form.

10    A    That's right.  Those are not listed -- the Ten

11 Commandments is not listed in either of those passages.

12    Q    (BY MR. MacGILL)  Okay.  So any pastor could

13 violate any one or several of the Ten Commandments and

14 still be qualified, in your judgment, to be a pastor in a

15 Baptist church?

16    A    That is not what I said.

17    Q    How many Commandments can -- which Commandments

18 would -- violation of which Commandments would disqualify

19 a pastor and deem that pastor not qualified to serve in

20 the Baptist ministry?

21          MR. PIETSCH:  Object to the form.

22          You can answer.

23    A    Well, it's not related to that passage of

24 scripture at all.  It's related to the list of

25 qualifications that are given in First Timothy Chapter 3

1   and in Titus Chapter 1.

2       Q    (BY MR. MacGILL)  So pas- -- pastor

3   qualifications have no reference to the Ten Commandments;

4   is that your testimony?

5               MR. PIETSCH:  Object to the form.

6               You can answer.

7       A    That's the text and scripture.  There's no

8   mention of the Ten Commandments in either of those

9   passages about pastoral qualifications.

10      Q    (BY MR. MacGILL)  So if a pastor violates one

11  of the Commandments, are you saying that pastor is

12  qualified to be a pastor in the Baptist church?

13              MR. PIETSCH:  Object to the form.

14              You can answer.

15      A    I'm saying that the qualifications for being a

16  pastor are listed in the two passages that I have given

17  to you.  That's -- that's where they're found.

18      Q    (BY MR. MacGILL)  It's an easy question, sir.

19  I'll ask it a third time.

20              If a --

21              MR. PIETSCH:  Object to the

22  characterization.

23      Q    (BY MR. MacGILL)  -- pastor violates any one of

24  the pastor -- any one of the Ten Commandments, is that

25  pastor qualified to serve as a Baptist pastor?

1          MR. PIETSCH:  Object -- object; asked and

2     answered.

3          You can answer.

4     A     It's not an -- it's not an easy question.  It's

5     not a relevant question.  The qualifications for serving

6     as a pastor are found in First Timothy 3 and Titus

7     Chapter 1.  Some things that would be listed in there,

8     violating some of the Ten Commandments would violate

9     those.  And some of the Ten Commandments --

10         Q     Would violate what?

11         A     Huh?

12         Q     Would violate what?

13         A     So the pastoral qualifications say that you

14     should not be a quarrelsome person.  And I would say that

15     if you murdered someone, that would very likely be

16     something that would indicate that you were quarrelsome.

17         Q     All right.  So --

18         A     It's -- it's actually really quite complicated.

19     The pastoral qualifica- -- qualifications are listed in

20     those two passages of scripture.  And there's -- the

21     things that are listed in Exodus 20 as the Ten

22     Commandments may or may not implicate any one of those

23     things that are listed there in First Timothy 3 or Titus

24     Chapter 1.

25         Q     Well, sir, what about -- so you indicated that

MAGNA
LEGAL SERVICES

1    Pastor Hunt's statement -- his own statement made it so

2    that he was not qualified to be a pastor, right?

3         A    I did, yes.

4         Q    What portion of his statement made him not

5    qualified to be a pastor specifically?

6         A    Well, the statement in which he said he had

7    consensual sexual interaction with -- with another man's

8    wife.

9         Q    What -- what is the text that indicates that

10   that statement specifically that you're relying on makes

11   Pastor Johnny Hunt not qualified?

12        A    It says that he's supposed to be the husband of

13   one wife.  It says that -- how can a man who doesn't

14   manage his own household manage the house of God?  Most

15   of all, it says that he has to be above reproach.  And I

16   think it's difficult to say that somebody is above

17   reproach if they have done something like that that --

18   that -- that could disqualify them from other professions

19   even other than being a pastor.

20        Q    Consensual sexual interaction with another

21   man's wife, that is the sole basis for him being -- for

22   Pastor Johnny Hunt being disqualified from being a

23   pastor, in your judgment?

24        A    Yes.

25        Q    And with respect to restoration, is that an

1  act, according to you, that is beyond restoration in the

2  Baptist faith?

3            MR. PIETSCH:  Object to the form.

4            You can answer.

5      A    Just asking for my opinion about that?

6      Q    (BY MR. MacGILL)  Yes.

7      A    Yes, in my opinion, it is.

8      Q    Okay.  What else is -- what else would qualify

9  as an act which -- for which there could be no

10 restoration in the Baptist faith?

11           MR. PIETSCH:  Object to the form.

12           You can answer.

13     A    I'm taking a moment to think about your

14 question.

15           Particularly when you talk about the

16 Baptist faith, at the end the -- the fact of the matter

17 is there are a lot of different Baptist groups.  They

18 differ with one another about what pastoral

19 qualifications are, and within the Southern Baptist

20 Convention, individual people differ with one another

21 about what the qualifications are for pastoral office.

22           I've testified earlier that I believe that

23 divorce is disqualifying for people who would serve as a

24 pastor.  Once you have been divorced, it's hard to get

25 undivorced.  So that's generally something that becomes,

MAGNA
LEGAL SERVICES

1  apart from maybe really egregious circumstances, if you

2  reconcile with your wife and went back into your

3  marriage, that that would be something that I think is a

4  permanent disqualification.

5              That's -- that's my theological opinion,

6  and it's also the position of the church I grew up in and

7  the church I lead now.  But that doesn't make it

8  something handed down from on high as a tenet of the

9  Baptist faith.  It just makes it my theological opinion

10  in reading these scriptures.

18      Q   Now, changing topics here about Pastor Johnny

19  Hunt and -- and his continued ministry.  What church did

20  Pastor Johnny Hunt begin preaching at after the report

21  was published?

22      A   I think he's preached in multiple places.

23      Q   Did he preach at the Hiland Park Church?

24      A   Yes.

25      Q   Okay.  Let's look at the next exhibit.

MAGNA
LEGAL SERVICES

1                    (Exhibit 46 marked.)

2        Q    (BY MR. MacGILL)   Sir, can you tell us what

3    Exhibit 46 is?

4        A    So I have Document 19.  This appears to be an

5    inquiry letter from the SBC Credentials Committee to

6    Hiland Park Baptist Church.

7        Q    I believe that says February 1, 2022.  But is

8    the correct date February 1, 2023?

9        A    Well, February 1, 2022 would not make much

10   sense, so I -- I would assume that that's a typographical

11   error.

12       Q    Okay.  And you see here in the language "We

13   write to notify you."  Do you see that?  The first

14   sentence.

15       A    I do.

16       Q    "The Committee has received a" -- "a request to

17   consider the relationship between Hiland Park Baptist

18   Church in Panama City, Florida and the Southern Baptist

19   Convention."  Do you see that?

20       A    I do.

21       Q    And then there's reference to Pastor Johnny

22   Hunt in the third paragraph.  Do you see that?

23       A    I do.

24       Q    And it says specifically, "Johnny Hunt, an

25   individual who has been credibly accused of sexual abuse,

1   according to standards adopted by the Convention."  Do

2   you see that language?

3       A    I do.

4       Q    And who is the author -- who signed this

5   letter?

6       A    The SBC Credentials Committee.

7       Q    Okay.  Now, I want to be specific, sir, about

8   the words used in the letter from -- and the S- -- the

9   SBC Credentials Committee is part of the SBC; is that

10  correct?

11      A    The SBC Credentials Committee is a committee of

12  the Southern Baptist Convention.

MAGNA
LEGAL SERVICES

3      Q    (BY MR. MacGILL)  Well, sir, you -- now you're
4  taking yet a new tack.  You're taking a formal letter
5  approached through your own Credentials Committee and now
6  seeking to stop him from preaching actively through this
7  letter, right?
8              MR. PIETSCH:  Object to the form.
9      A    The committee, not me, sent a letter responding
10  to a request, a submission that they were given.  They
11  didn't take any action here.
12      Q    (BY MR. MacGILL)  Did you have --
13      A    They just sent an inquiry.
14      Q    Did you have -- did you approve this letter?
15      A    No.
16      Q    Who approved this letter if it wasn't you, sir,
17  that sent out a letter like this?  Who -- who was in
18  charge of making a decision whether to send such a thing
19  at the SBC?
20      A    The SBC -- I'm sorry.
21              MR. PIETSCH:  Object to the form.
22              You can answer.
23      A    The SBC Credentials Committee.  I -- I do not
24  meet with them.  They don't notify me of anything --
25      Q    (BY MR. MacGILL)  Who was the chairman of the

1   committee at this time, sir?

2        A     I don't know.

3        Q     Did you see this letter prior to it going out?

4        A     No.

5        Q     So now we have the SBC making a statement,

6   "Johnny Hunt, an individual who has been credibly accused

7   of sexual abuse, according to standards adopted by the

8   Convention."  Do you see that?

9              MR. PIETSCH:  Object to the form or

10  characterization.

11             You can answer.

12       A     I see the statement.

13       Q     (BY MR. MacGILL)  So now it's not just you

14  making statements about Johnny Hunt.  It's the

15  Credentials Committee of the SBC now stating, "Johnny

16  Hunt, an individual who has been credibly accused of

17  sexual abuse, according to standards adopted by the

18  Convention."  Do you see that?

19             MR. PIETSCH:  Object to the

20  characterization and the form of the question.

21             You can answer.

22       A     I believe what they're doing there is stating

23  the nature of the concern that was raised in the

24  complaint or in the submission that came to them.

25       Q     (BY MR. MacGILL)  This is a statement of fact

1   written in a letter, quote, that "Johnny Hunt, an

2   individual who has been credibly accused of sexual abuse,

3   according to standards adopted by the Convention."

4                Do you agree that's a factual statement,

5   sir?

6        A    I do not.

7        Q    Okay.  What would you characterize that as?

8        A    They received a request.  The information that

9   they received raised this concern.  So the person who

10  submitted this request to the Credentials Committee, I

11  think they're the ones who characterized the concern in

12  this way.

20      Q    Well, wait a minute, sir.  You have a

21 Credentials Committee writing about credibly accused, and

22 there has to be a determination that under -- under this

23 standard that the standard is met before such a statement

24 can be made by the SBC, right?

25                MR. PIETSCH:  Object to form.

```
 1                  MR. BESEN:  Object to form.

 2                  MR. PIETSCH:  You can answer.

 3      A    The SBC didn't make the statement.  The

 4  Credentials Committee did not state that he had been

 5  credibly accused.  The Credentials Committee stated that

 6  they had received a request that raised the concern that

 7  he might have been credibly accused and might -- and that

 8  this church might have been asking him to preach.

 9                  It's not a judgment letter.  It's an

10  inquiry letter.

11                  MR. PIETSCH:  Can we do a restroom break

12  when you get a chance?

13                  MR. MacGILL:  Ask one more question if you

14  don't mind, Matt.

15      Q    (BY MR. MacGILL)  Sir, looking back at

16  Exhibit 46.

17      A    Which one is that?

18      Q    That is the Credentials Committee, Southern --

19  strike that.

20                  Exhibit 46, sir, is the Southern Baptist

21  Convention --

22      A    Document 19?

23      Q    Correct.  Yes, sir.

24      A    Okay.

25      Q    Please tell us when you're there.
```

MAGNA LEGAL SERVICES

```
 1      A    I'm there.

 2      Q    Let's read together, and we'll put this on the

 3  ELMO system for the jurors to see this as we read this

 4  along.

 5             "The information we received raises the

 6  concern that Hiland Park Baptist Church may be acting in

 7  a way that is inconsistent with the Convention's beliefs

 8  regarding sexual abuse due to the church platforming

 9  Johnny Hunt," comma, "an individual who has been credibly

10  accused of sexual abuse," comma, "according to standards

11  adopted by the Convention, unquote."

12             Do you see that?

13      A    I do see that.

14      Q    Are you denying that the SBC reported that

15  Johnny Hunt was, quote, an individual who has been

16  credibly accused of sexual abuse according to the

17  standards adopted by the Convention, unquote?

18             MR. PIETSCH:  Object to the form.

19             MR. BESEN:  Object to form.

20             MR. PIETSCH:  You can answer.

21      A    I'm just saying that I think this paragraph is

22  talking about the nature of the complaint that was sent

23  to the Credentials Committee.
```

**MAGNA**
LEGAL SERVICES

5      Q     (BY MR. MacGILL)  All right.  Now, sir, I want

6  to ask you -- I want to go back to a topic that we talked

7  about earlier today, and that is this topic of pastoral

8  -- pastoral qualifications.  Do you remember that?

9      A     I do.

10      Q     Okay.  And you cited in connection with that --

11  those qualifications different biblical citations, did

12  you not?

13      A     I -- I think I did, yes.

14      Q     Which -- what was the biblical citation, sir?

15      A     Well, I've asked to look for them.  But it's

16  First Timothy Chapter 3 contains qualifications both for

17  deacons and for people who serve in what's referred to

18  there as the office of overseer.  Baptists take the

19  Office of Overseer and the Office of Elder, which is

20  mentioned in Titus, I think Chapter 1, and -- and the

21  word "pastor" are all to be different titles that refer

22  to the same position.

23      Q     All right.  And with respect to pastoral

24  qualifications, if a pastor is prideful or somebody who

25  is lifted up with pride, would that be -- would that be a

1    disqualification of a pastor, that is the pastor would

2    not meet qualifications specifically?

3                    MR. PIETSCH:  Object to the form.

4                    You can answer.

5       A     Would it be a bad thing for me to look at

6    the --

7       Q     (BY MR. MacGILL)  Well, I mean, just do -- do

8    you recall that, first of all?  I'm ready to talk to you

9    about some specifics here.

10                   Do you recall that, sir, would pride be

11   disqualifying under this pastoral qualification section

12   of Tim- -- of the Timothy citation?

13      A     Well -- well, I said when you asked before that

14   I would like to look and see.  And I -- I take it I can't

15   do that; is that correct?

16      Q     Well, you -- you might be able to.  Let me give

17   you a quote.

18                   Do you remember, yes or no?  I mean,

19   you -- you were one to --

20      A     So I would be permitted to look, is that --

21      Q     When we get there.

22      A     Does that violate the rules if I look at --

23      Q     No.

24      A     Then I'm going to look.

25      Q     Yes or no without looking, sir.

MAGNA
LEGAL SERVICES

1       A    No, I'm going to look.

2               MR. MacGILL:  Okay.  So I'm going show the

3    -- let the record reflect that the witness is referring

4    to a Bible --

5               MR. PIETSCH:  Here.  Just hold on a

6    second.  Hold on a second.

7               So just so we're clear, the question

8    that's being asked is to his --

9               MR. MacGILL:  Recollection.

10              MR. PIETSCH:  -- recollection of that

11   portion of the Bible, whether or not it says the -- or

12   stands for the proposition that you're asserting.  Is

13   that what the question is?

14              MR. MacGILL:  Would one lift- -- the

15   question -- specific question:  "Do you recall, sir, that

16   if one is lifted up by pride, that that would be a

17   pastoral disqualification?"

18              MR. PIETSCH:  Okay.  So you can -- without

19   looking, you can answer whether or not you recall --

20              THE WITNESS:  Okay.

21              MR. PIETSCH:  -- one way or the other.

22              THE WITNESS:  I do not recall it one way

23   or the other.

24      Q    (BY MR. MacGILL)  All right.  I'm going to read

25   to you a section of Timothy and ask if you remember this

1    section, and I'm referring to Timothy Chapter 3.  And

2    this is referring to one desiring the office of a bishop,

3    which I think is what you're referring to in Chapter 3;

4    is that right?

5         A    Yes, an overseer.

6         Q    Okay.  And in the Baptist faith that would be

7    the equivalent of a pastor --

8         A    Uh-huh.

9         Q    -- of a local church, right?

10        A    Uh-huh.

11        Q    Now, the -- the words I'm -- I want to focus on

12   are the following:  "Not a novice, lest being lifted up

13   with pride, he" -- "he fall into the condemnation of the

14   devil.  Moreover, he must have a good rap- -- report of

15   them which are without, lest he fall into reproach in the

16   snare of the devil."

17             Is that one of the portions that you're

18   referring to?

19             MR. PIETSCH:  I'm going to object to the

20   form of that question.

21             You can answer if you understand it.

22        Q    (BY MR. MacGILL)  Let me restate.  I'm going to

23   make -- give you a quotation.

24        A    It's not necessary to restate it --

25        Q    Okay.

1      A     -- I don't think.

2      Q     Okay.

3      A     I think you're reading from the King James

4   version; is that correct?

5      Q     Yes?

6      A     Okay.  So I think the qualification there is

7   that he not be a novice.  And it says the reason why it

8   shouldn't be someone -- the King James version word there

9   is novice, although the -- the word there in Greek just

10   means not -- not someone who is -- who is a new convert.

11   And so it doesn't give pride's qualification that says

12   that -- don't -- the qualification is not somebody who is

13   brand new to the faith.  The worry is that that would

14   cause him to be lifted up by pride.

15      Q     Is one lifted up by pride a person who may fall

16   into condemnation of the devil, sir?

17               MR. PIETSCH:  Object to the form.

18               You can answer if you know.

19      A     The -- the concern there is that a new believer

20   placed into the office of pastor, elder, overseer,

21   bishop, as it is referred to there, could be someone who

22   is lifted up by pride; and a result of that could be that

23   he could fall into condemnation of the devil.

1  STATE OF TEXAS )

2      I, Kelly Hassell, RPR, CLR, CSR in and for the State

3  of Texas, do hereby certify that, pursuant to the

4  agreement hereinbefore set forth, there came before me on

5  the 19th day of March, A.D., 2024, at 9:19 a.m., at the

6  offices of Bradley Arant Boult Cummings LLP, located at

7  Fountain Place, 1445 Ross Avenue, Suite 3600, in the City

8  of Dallas, State of Texas, the following named person, to

9  wit:  CHRISTOPHER BART BARBER, who was by me duly

10  cautioned and sworn to testify the truth, the whole truth

11  and nothing but the truth, of his knowledge touching and

12  concerning the matters in controversy in this cause; and

13  that he was thereupon carefully examined upon his oath,

14  and his examination was reduced to writing under my

15  supervision; that the deposition is a true record of the

16  testimony given by the witness, same to be sworn to and

17  subscribed by said witness before any Notary Public,

18  pursuant to the agreement of the parties; and that the

19  amount of time used by each party at the deposition is as

20  follows:

21          Mr. MacGill - 4 hours, 13 minutes;

22      I further certify that I am neither attorney or

23  counsel for, nor related to or employed by, any of the

24  parties to the action in which this deposition is taken,

25  and further that I am not a relative or employee of any

MAGNA
LEGAL SERVICES

1    attorney or counsel employed by the parties hereto, or

2    financially interested in the action.

3        In witness whereof, I have hereunto set my hand and

4    affixed my seal this 27th day of March, A.D., 2024.

5        I further certify that before the completion of the

6    deposition, the deponent and/or a party did not request

7    to review the transcript  pursuant to Federal Rule

8    30(e)(1).

9

10

11

*Kelly Hassell*

12    KELLY HASSELL, CSR No. 5729

       Cert. Expires 10/31/24

13    Magna Legal Services

       Firm Registration No. 633

14    1635 Market Street

       8th Floor

15    Philadelphia, Pennsylvania 19103

       (866) 624-6221

16

17

18

19

20

21

22

23

24

25