**IN THE UNITED STATES DISTRICT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Docket No.: 23-CV-00243** |
| v. | ) | **JURY DEMAND** |
| | ) | |
| SOUTHERN BAPTIST CONVETION, *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**DEFENDANT SOUTHERN BAPTIST CONVENTION'S**
**MOTION FOR SUMMARY JUDGMENT**

---

The Defendant, Southern Baptist Convention ("SBC" and/or "Defendant"), by and through counsel, pursuant to Fed. R. Civ. P. 56, moves the Court for summary judgment in its favor on all of Plaintiff's claims (the "Motion"). As set forth more fully below, the undisputed facts reveal that Plaintiff cannot establish sufficient evidence to establish any liability against the SBC for including defamation, false light invasion of privacy, intentional and negligent infliction of emotional distress, and public disclosure of embarrassing facts. The SBC is entitled to summary judgment on each of these claims because there is no evidence that the SBC acted with either actual malice or negligence in connection with the issuance of the Guidepost Report. In addition, there is no evidence that Plaintiff has suffered serious mental injury (as required to prove his emotional distress claims), nor that the matters discussed in the Guidepost Report are not matters of legitimate public concern (as required for his public disclosure of embarrassing facts claim).

In addition, to the extent that Plaintiff asserts liability against the SBC on the basis of (1) a February 1, 2023 letter from the Credentials Committee of the SBC ("Credentials Committee") to a cooperating Southern Baptist church (the "Credential Committee Letter") and (2) a December 5,

1

2022 tweet by then-President of the SBC, Bart Barber (the "Barber Tweet"), the SBC is also entitled to summary judgment. As for claims arising from the Credentials Committee Letter, the ecclesiastical abstention doctrine prohibits this Court from adjudicating any issues related to its contents. In the alternative, the statements contained in the Credential Committee Letter were not published by the SBC and the statements themselves are true. As for claims arising from the Barber Tweet, the SBC did not author nor publish the Barber Tweet.

As set forth in greater detail in the accompanying Statement of Undisputed Material Facts and Memorandum of Law in Support of this Motion, there are no material facts in dispute and no genuine issue for trial such that the SBC is entitled to summary judgment in its favor as to all claims asserted by Plaintiff with prejudice as a matter of law.

**DATED: July 3, 2024.**

Respectfully submitted,

**TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC**

By: ___*/s/ Matthew C. Pietsch*_____
        L. Gino Marchetti, Jr., BPR No. 005562
        Matthew C. Pietsch, BPR No. 024659
        2908 Poston Avenue
        Nashville, TN 37203
        (615) 320-3225
        (615) 320-3244 Fax
        gmarchetti@tpmblaw.com
        matt@tpmblaw.com
        *Counsel for Defendant*
        *Southern Baptist Convention*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that a true and complete copy of the foregoing has been served through the Court's electronic filing system to the following on **July 3, 2024**:

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
snokes@bradley.com
bbundren@bradley.com

Gene R. Besen, Esq.
Bradley Arant Boult Cummings, LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
gbesen@bradley.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

John R. Jacobson, Esq.
Katherine R. Klein, Esq.
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
600 Third Avenue, 25th Florr
New York, NY 10016
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Guidepost Solutions, LLC*

Robert D. MacGill, Esq.
Scott E. Murray, Esq.
Patrick J. Sanders, Esq.
MacGill PC
156 E. Market Street, Suite 1200
Indianapolis, IN 46204
Robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
Patrick.sanders@macgilllaw.com

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
Cole Law Group, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

*Counsel for Plaintiff*

/s/ Matthew C. Pietsch

3

4