IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHERN BAPTIST CONVENTION;<br>GUIDEPOST SOLUTIONS LLC; and<br>EXECUTIVE COMMITTEE OF THE<br>SOUTHERN BAPTIST CONVENTION,<br><br>    Defendants | Case No. 3:23-cv-00243<br>Judge Campbell/Frensley |

## ORDER

This matter is now before the Court upon Plaintiff's Motion for Leave to File Under Seal, which seeks to redact certain paragraphs of the Plaintiff's Memorandum in Support of Motion to Compel, as well as certain exhibits thereto, submitted by Plaintiff on January 19, 2024. Docket No. 108; *see* Docket No. 107. Plaintiff seeks to redact these portions because they "contain references to information that has been designated as 'Confidential' or 'Highly Confidential – Attorneys' Eyes Only' under the Amended Agreed Protective Order." Defendant Guidepost Solutions LLC ("Guidepost") has not responded to the Motion.

The Court hereby orders Defendant Guidepost to file a response to the instant Motion. The Clerk will be directed to unseal Docket Nos. 109 and 109-1 through 109-4 unless, no later than August 5, 2024, Defendant files a brief explaining why the information contained in the

Plaintiff's Memorandum in Support of Motion to Compel meets the Sixth Circuit's standards for sealing.

IT IS SO ORDERED.

_____
**Jeffery S. Frensley**
**United States Magistrate Judge**