# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SOUTHERN BAPTIST CONVENTION; )<br>GUIDEPOST SOLUTIONS LLC; and )<br>EXECUTIVE COMMITTEE OF THE )<br>SOUTHERN BAPTIST CONVENTION, )<br>)<br>Defendants. ) | Case No. 3:23-cv-00243<br><br>Judge Campbell<br>Magistrate Judge Frensley<br>Jury Demand |

## UNOPPOSED MOTION TO EXTEND PAGE LIMITS

Pursuant to Local Rule 7.01(a)(2) and the Court's Initial Case Management Order (Doc. No. 37), Plaintiff Johnny M. Hunt respectfully moves the Court for leave to file a Memorandum of Law in Support of his Response in Opposition to the Motion for Summary Judgment filed by Guidepost Solutions LLC that exceeds twenty-five (25) pages and for leave to file a Memorandum of Law in Support of his Response in Opposition to the Motion for Summary Judgment filed by the Executive Committee of the Southern Baptist Convention that exceeds twenty-five (25) pages.

Specifically, Plaintiff requests an extension of the page limit by ten (10) pages to thirty-five (35) pages for his Memorandum of Law in Support of his Response in Opposition to the Motion for Summary Judgment filed by Guidepost Solutions LLC (Doc. No. 216) and for his Memorandum of Law in Support of his Response in Opposition to the Motion for Summary Judgment filed by the Executive Committee of the Southern Baptist Convention (Doc. No. 222). Approximately a dozen depositions have been taken with the parties exchanging thousands of

1

pages of documents in connection with this matter. An extension of the page limit would permit Plaintiff to develop his arguments so as to assist the Court in its adjudication of this case.

The parties have conferred pursuant to Local Rule 7.01(a)(1), and counsel for each of the Defendants has confirmed they are unopposed to the relief requested in this motion.

Dated: July 26, 2024 Respectfully submitted,

/s/ Andrew Goldstein
**Todd G. Cole, Esq., BPR # 031078**
**Andrew Goldstein, Esq., BPR # 037042**
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 490-6020
Fax: (615) 942-5914
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

*-and-*

**Robert D. MacGill, Esq. (*pro hac vice*)**
**Patrick J. Sanders, Esq. (*pro hac vice*)**
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
patrick.sanders@macgilllaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Unopposed Motion to Extend Page Limits to be electronically filed with the Clerk of the Court on July 26, 2024, using the CM/ECF system, which will automatically serve all counsel of record listed below:

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
Scott Klein, Esq.
Adam Brody, Esq.
Alex Otchy, Esq.
MINTZ & GOLD LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
brody@mintzandgold.com
otchy@mintzandgold.com

*Counsel for Defendant
Guidepost Solutions LLC*

L. Gino Marchetti, Jr., Esq.
Matt C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for the Southern Baptist Convention*

Melissa J. Hogan, Esq.
QAVAH LAW
8757 Horton Hwy
College Grove, TN 37046
Telephone: (615) 293-6623
melissajhogan@qavahlaw.com

*Counsel for Jane Doe*


s/ Andrew Goldstein
ANDREW GOLDSTEIN