IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cv-00243 |
| | ) | Judge/Campbell Frensley |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | |
| GUIDEPOST SOLUTIONS LLC; and | ) | |
| EXECUTIVE COMMITTEE OF THE | ) | |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| Defendants | | |

## ORDER

This matter is before the Court upon a "Motion for Leave to File Under Seal" filed by Plaintiff Johnny Hunt that seeks to seal information in Mr. Hunt's "Reply in Support of Second Motion to Compel" and related exhibits that has been designated by Defendant Guidepost Solutions LLC ("Guidepost") as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Parties' Protective Order. Docket No. 117; *see* Docket No. 83. Mr. Hunt states that he "objects to and opposes" these designations and has filed the instant Motion only "in an effort to ensure compliance with the Local Rules of the Court and the Amended Agreed Protective Order . . . ." Docket No. 117, p. 2.

Guidepost has not responded to the Motion; therefore, currently there is no information before the Court that would allow it to seal the documents in question. The documents

referenced in the Motion will be unsealed unless, no later than August 8, 2024, Guidepost files a brief explaining why they meet the Sixth Circuit's standard for sealing documents.

**IT IS SO ORDERED.**

_____
**Jeffery S. Frensley**
**United States Magistrate Judge**