ORDER: Motion is GRANTED.

*William L. Campbell Jr.*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:23-cv-00243 |
| ) | |
| SOUTHERN BAPTIST CONVENTION; ) | Judge Campbell |
| GUIDEPOST SOLUTIONS LLC; and ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, ) | |
| ) | |
|    Defendants. ) | |

## UNOPPOSED MOTION TO EXTEND PAGE LIMITS

Pursuant to Local Rule 7.01(a)(2) and the Court's Initial Case Management Order (Doc. No. 37), Plaintiff Johnny M. Hunt respectfully moves the Court for leave to file a Memorandum of Law in Support of his Response in Opposition to the Motion for Summary Judgment filed by Guidepost Solutions LLC that exceeds twenty-five (25) pages and for leave to file a Memorandum of Law in Support of his Response in Opposition to the Motion for Summary Judgment filed by the Executive Committee of the Southern Baptist Convention that exceeds twenty-five (25) pages.

Specifically, Plaintiff requests an extension of the page limit by ten (10) pages to thirty-five (35) pages for his Memorandum of Law in Support of his Response in Opposition to the Motion for Summary Judgment filed by Guidepost Solutions LLC (Doc. No. 216) and for his Memorandum of Law in Support of his Response in Opposition to the Motion for Summary Judgment filed by the Executive Committee of the Southern Baptist Convention (Doc. No. 222). Approximately a dozen depositions have been taken with the parties exchanging thousands of