

NANCY SPALDING <nwspalding@gmail.com>

# Fwd: GPS Final Report Review
3 messages

**Joshua Wester** <joshuabwester@gmail.com>  Thu, May 12, 2022 at 6:40 PM
Bcc: nwspalding@gmail.com

All,

Thank you for your diligent work on Tuesday. Guidepost was immensely helped by your feedback. As they are working to finalize the report before delivering it to the task force on Sunday, there are a few more sections they would like to put in front of anyone who is available. In order to give them as much time as possible to complete their work, they requested that we review the report together over zoom tomorrow afternoon at 5 PM Eastern time.

I know this is late notice and that some will not be available. But if you are available, the zoom information is below. I would guess it will take at least an hour, and possibly longer. Feel free to join the call for whatever duration you are available.

If you cannot make it at all, please know that you have already done the lion's share of the work. They just wanted to make these final details available before finishing the report.

Let me know if you have any questions or concerns.

Thank you again.

Josh

---------- Forwarded message ---------
From: **Wood, Julie Myers** <jwood@guidepostsolutions.com>
Date: Thu, May 12, 2022 at 4:55 PM
Subject: GPS Final Report Review
To: joshuabwester@gmail.com <joshuabwester@gmail.com>


Julie Myers Wood is inviting you to a scheduled Zoom meeting.

Topic: Final Report Review
Time: May 13, 2022 05:00 PM Eastern Time (US and Canada)

Join Zoom Meeting
https://us06web.zoom.us/j/82611316833?pwd=dFpvN0U1ZkVmRDhaa1p5eERycG9zZz09

Meeting ID: 826 1131 6833
Passcode: 370646
One tap mobile
+13017158592,,82611316833#,,,,*370646# US (Washington DC)
+13126266799,,82611316833#,,,,*370646# US (Chicago)

Dial by your location
    +1 301 715 8592 US (Washington DC)
    +1 312 626 6799 US (Chicago)
    +1 929 205 6099 US (New York)
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 669 900 6833 US (San Jose)

Sanders Decl. Exhibit 62

EXHIBIT 108

Passcode: 370646
Find your local number: https://us06web.zoom.us/u/kbETorniCt

Julie Myers Wood
Chief Executive Officer
Guidepost Solutions LLC



T  D.C.- 202.499.4330, N.Y. - 212.817.6700
C  202.431.6551
jwood@guidepostsolutions.com

   

This message contains confidential information and is intended only for the individual(s) addressed in the message. If you are not the named addressee, you should not disseminate, distribute, or copy this e-mail. If you are not the intended recipient, you are notified that disclosing, distributing, or copying this e-mail is strictly prohibited. This message may contain confidential information that may also be defined as U.S. Government export controlled technical data and is intended only for the individual or entity named. It may also be attorney client privileged or otherwise protected as attorney work product. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message. No employee or agent is authorized to conclude any binding agreement on behalf of Guidepost Solutions LLC or any of its affiliates solely via the contents of an email message. If verification is required please request a hard-copy version or contract attachment. IRS Circular 230 Notice: IRS Circular 230 requires that we advise you that any U.S. Federal Tax advice contained in the communication or in any attachment hereto is not intended or written to be used, and cannot be used, for purpose of (I) avoiding penalties under the internal revenue code or (II) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**Chris DuPree** <chris.dupree@bt.church>      Sat, May 14, 2022 at 12:34 AM
To: Joshua Wester <joshuabwester@gmail.com>
Cc: NANCY SPALDING <nwspalding@gmail.com>, Mike Keahbone <mikek@fbclawton.org>, Pastor John <pastorjohn@firstbaptistclearlake.com>, Ed Litton <pastored@goredemption.com>

I apologize for not being able to make it online today. I was hoping to make the schedule work, but was not able. Please know I prayed for those that were able to join the zoom call. I'm thankful to serve alongside each of you on this committee.

Chris

Sent from my iPhone

> On May 12, 2022, at 5:41 PM, Joshua Wester <joshuabwester@gmail.com> wrote:
>
> [Quoted text hidden]
>
> [Quoted text hidden]
> [Quoted text hidden]
>
> [Quoted text hidden]



T  D.C.- 202.499.4330, N.Y. - 212.817.6700

jwood@guidepostsolutions.com

   

[Quoted text hidden]

---

**NANCY SPALDING** <nwspalding@gmail.com>  
To: Chris DuPree <chris.dupree@bt.church>

Sat, May 14, 2022 at 1:40 AM

Chris,

You were missed. Josh, Ed, John and I were on the call, along with Amy Whitfield.

It was a difficult meeting - more heavy, sad information. But as always with this committee, comfort in the unity with which we approached it and dealt with it.

Thank you for praying. It has been such a blessing to work with you.

Yours in Christ,  
Nancy  
[Quoted text hidden]