IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:23-cv-00243 |
| | ) Judge/Campbell Frensley |
| SOUTHERN BAPTIST CONVENTION; GUIDEPOST SOLUTIONS LLC; and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION, | ) |
| Defendants | |

## ORDER

This matter is before the Court upon a "Motion for Leave to File Under Seal" filed by Defendant Guidepost Solutions LLC ("Guidepost") that seeks to seal Exhibit N to its Cross-Motion to Compel because it has been designated by Mr. Hunt as "Confidential" under the Parties' Protective Order. Docket No. 127; *see* Docket No. 83. Guidepost requests permission to file the Exhibit under seal "[t]o comply with the November 22 Order and the restrictions of the Amended Agreed Protective Order." Docket No. 127, p. 2.

Mr. Hunt has not responded to the Motion; therefore, currently there is no information before the Court that would allow it to seal the documents in question. The document referenced in the Motion will be unsealed unless, no later than August 15, 2024, Mr. Hunt files a brief explaining why it meets the Sixth Circuit's standard for sealing documents.

**IT IS SO ORDERED.**

_____
**Jeffery S. Frensley**
**United States Magistrate Judge**