UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, | ) |
| *Plaintiff*, | ) |
| | ) No. 3:23-cv-00243 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| SOUTHERN BAPTIST CONVENTION; | ) MAGISTRATE JUDGE FRENSLEY |
| GUIDEPOST SOLUTIONS LLC; and | ) |
| EXECUTIVE COMMITTEE OF THE | ) JURY DEMAND |
| SOUTHERN BAPTIST CONVENTION, | ) |
| *Defendants*. | ) |

**MOTION TO REPLACE DOCUMENT**

Plaintiff, Johnny M. Hunt, by and through the undersigned counsel, respectfully submits this Motion to Replace Doc. Nos. 248-32 ("Exhibit 79") and 248-34 ("Exhibit 85") on the docket with the attached exhibits, which are identical in all respects.

Before submitting Exhibits 79 and 85 to the Court, Plaintiff flattened the Exhibits to ensure proper filing on the Court's CM/ECF system. During this process, the Exhibits were inadvertently altered, which resulted in cut-off versions filed on the Court's docket. Plaintiff has re-flattened the Exhibits, making them visible in their entirety.

Plaintiff respectfully requests that the Court accept these corrected versions of Exhibits 79 and 85.

Dated: August 5, 2024	Respectfully submitted,

	s/ Andrew Goldstein
	**Todd G. Cole, Esq., BPR # 031078**
	**Andrew Goldstein, Esq., BPR # 037042**
	COLE LAW GROUP, P.C.
	1648 Westgate Circle, Suite 301
	Brentwood, TN 37027
	Telephone: (615) 490-6020
	Fax: (615) 942-5914
	tcole@colelawgrouppc.com
	agoldstein@colelawgrouppc.com


	*-and-*


	**Robert D. MacGill, Esq. (*pro hac vice*)**
	**Patrick J. Sanders, Esq. (*pro hac vice*)**
	MACGILL PC
	156 E. Market St.
	Suite 1200
	Indianapolis, IN 46204
	Telephone: (317) 721-1253
	robert.macgill@macgilllaw.com
	patrick.sanders@macgilllaw.com


	*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Motion to Replace Document to be electronically filed with the Clerk of the Court on August 5, 2024, using the CM/ECF system, which will automatically serve all counsel of record listed below:

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

Steven G. Mintz, Esq.  
Terence W. McCormick, Esq.  
Scott Klein, Esq.  
Adam Brody, Esq.  
Alex Otchy, Esq.  
MINTZ & GOLD LLP  
600 Third Avenue  
25th Floor  
New York, NY 10016  
Telephone: (212) 696-4848  
mintz@mintzandgold.com  
mccormick@mintzandgold.com  
klein@mintzandgold.com  
brody@mintzandgold.com  
otchy@mintzandgold.com  

*Counsel for Defendant*  
*Guidepost Solutions LLC*

L. Gino Marchetti, Jr., Esq.  
Matt C. Pietsch, Esq.  
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC  
2908 Poston Avenue  
Nashville, TN 37203  
Telephone: (615) 320-3225  
gmarchetti@tpmblaw.com  
matt@tpmblaw.com  

*Counsel for the Southern Baptist Convention*

Melissa J. Hogan, Esq.  
QAVAH LAW  
8757 Horton Hwy  
College Grove, TN 37046  
Telephone: (615) 293-6623  
melissajhogan@qavahlaw.com  

*Counsel for Jane Doe*

    s/ Andrew Goldstein  
    Andrew Goldstein