guidepostsolutions.com/sbc-ec-investigation/

# SBC INVESTIGATION + REPORT

- In response to requests, the SBC Executive Committee has released the list of pastors and other church-affiliated personnel accused of sexual abuse. This 205-page database was made public May 26, 2022. It includes more than 700 entries from cases that largely span from 2000 to 2019.
- The release statement is available on the SBC website.
- **The Report of the Independent Investigation is now available from the Task Force.**

On September 9, 2021, the Task Force announced that Guidepost Solutions was retained to conduct the independent assessment and investigation regarding the Executive Committee of the SBC, as commissioned by the Messengers of the Convention at the 2021 SBC annual meeting. Pursuant to the Letter of Engagement, Guidepost's mandate is as follows:

Specifically, and as directed by the SBC Motion, Guidepost investigated:

- Allegations of abuse by Executive Committee members
- Mishandling of abuse allegations by Executive Committee members between January 1, 2000, to June 14, 2021
- Allegations of mistreatment of sexual abuse victims by Executive Committee members from January 1, 2000, to June 14, 2021
- Patterns of intimidation of sexual abuse victims or advocates from January 1, 2000, to June 14, 2021
- Resistance to sexual abuse reform initiatives from January 1, 2000, to June 14, 2021

In addition, Guidepost performed an audit of the procedures and actions of the Credentials Committee after its formation in mid-June 2019, using best standards and practices designed to ensure accountability, transparency, and care for the wellbeing of survivors of sexual abuse.

Additional information regarding the Task Force and the scope of the investigation can be found here.

A press release announcing the retention of Guidepost can be found here.



