IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cv-00243 |
| | ) | Judge Campbell/Frensley |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | |
| GUIDEPOST SOLUTIONS LLC; and | ) | |
| EXECUTIVE COMMITTEE OF THE | ) | |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| Defendants | | |

## ORDER

This matter is before the Court upon a "Motion for Leave to File Under Seal" filed by Plaintiff Johnny Hunt that seeks to seal his Memorandum in Support of his Motion to Compel and certain exhibits thereto because the sealed information has been designated by Defendant Guidepost Solutions LLC ("Guidepost") as "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Parties' Protective Order. Docket No. 206; *see* Docket Nos. 207, 207-1 through 207-8; *see* Docket No. 83. Mr. Hunt notes that he is not "conceding the propriety or the merits" of these designations, but is filing this motion "in an effort to ensure compliance with the Local Rules of the Court and the Second Amended Agreed Protective Order." Docket No. 206, p. 1-2.

Guidepost has not responded to the Motion; therefore, currently there is no information before the Court that would allow it to seal the documents in question. The documents

referenced in the Motion will be unsealed unless, no later than September 3, 2024, Guidepost files a brief explaining why it meets the Sixth Circuit's standard for sealing documents.

                                      **IT IS SO ORDERED.**

**Jeffery S. Frensley**
**United States Magistrate Judge**