UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, | ) |
|     *Plaintiff*, | ) ) ) No. 3:23-cv-00243 |
| v. | ) ) JUDGE RICHARDSON |
| SOUTHERN BAPTIST CONVENTION; GUIDEPOST SOLUTIONS LLC; and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION, | ) MAGISTRATE JUDGE FRENSLEY ) ) JURY DEMAND ) ) |
|     *Defendants*. | ) |

**EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION'S
FIRST SUPPLEMENTAL RULE 26(a)(1)(A)(i) DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(i), the Executive Committee of the Southern Baptist Convention ("Executive Committee"), provides the following supplement to it Rule 26(a)(1)(A)(i) Disclosures:

**A. The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

1. <u>Kevin Ezell.</u> Ezell has knowledge of Hunt's employment with NAMB, the terms and conditions of that at-will employment and Hunt's resignation from NAMB on March 13, 2022. This witness was also identified by Hunt in his interrogatory responses of October 16, 2023.

2. <u>Jeremy Morton</u>. Morton has knowledge of Hunt's employment with Woodstock Baptist Church and the Restoration process offered to Hunt in 2022. This witness was also identified by Hunt in his interrogatory responses of October 16, 2023.

3. <u>Ed Litton</u>. Litton has knowledge of the Committee on Cooperation. Hunt served this witness with a subpoena to produce documents on December 20, 2023.

Respectfully submitted,

*s/ R. Brandon Bundren*

E. Todd Presnell (BPR #17521)
Scarlett Singleton Nokes (BPR #28994)
R. Brandon Bundren (BPR #30985)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
P: 615.252.2355
F: 615.252.6355
tpresnell@bradley.com
snokes@bradley.com
bbundren@bradley.com

Gene R. Besen (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Ave., Suite 3600
Dallas, Texas 75202
P: 214.257.9800
F: 214.939.8787
gbesen@bradley.com

*Attorneys for the Executive Committee of the Southern Baptist Convention*

# CERTIFICATE OF SERVICE

I certify that on September 10, 2024, I electronically served a true and correct copy of the Executive Committee of the Southern Baptist Convention's First Supplemental Rule 26(a)(1) Initial Disclosures on all counsel of record listed below:

| | |
|---|---|
| Robert D. MacGill<br>Patrick J. Sanders<br>MacGill PC<br>156 E. Market Street, Suite 1200<br>Indianapolis, Indiana 46204<br>robert.macgill@macgilllaw.com<br>Patrick.sanders@macgilllaw.com<br><br>Todd G. Cole<br>Andrew Goldstein<br>Cole Law Group, P.C.<br>1648 Westgate Circle, Suite 301<br>Brentwood, Tennessee 37027<br>tcole@colelawgrouppc.com<br>agoldstein@colelawgrouppc.com<br><br>*Counsel for Plaintiff* | John R. Jacobson<br>Katherine R. Klein<br>Riley & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, Tennessee 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz<br>Terence W. McCormick<br>Scott Klein<br>Adam Brody<br>Alex Otchy<br>Mintz & Gold LLP<br>600 Third Avenue, 25th Floor<br>New York, New York 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br>klein@mintzandgold.com<br>brody@mintzandgold.com<br>otchy@mintzandgold.com<br><br>*Counsel for Guidepost Solutions, LLC*<br><br>L. Gino Marchetti, Jr.<br>Matthew C. Pietsch<br>Taylor, Pique, Marchetti & Blair, PLLC<br>2908 Poston Avenue<br>Nashville, Tennessee 37203<br>gmarchetti@tpmblaw.com<br>matt@tpmblaw.com<br><br>*Counsel for Southern Baptist Convention* |

                                                    *s/ R. Brandon Bundren*
                                                  R. Brandon Bundren