# MacGill

**Patrick Sanders <patrick.sanders@macgilllaw.com>**

## Hunt v. SBC et al - First Supplemental Rule 26(a)(1) Initial Disclosures

**Robert MacGill** <robert.macgill@macgilllaw.com>  Tue, Sep 10, 2024 at 6:05 PM
To: "Bundren, Brandon" <bbundren@bradley.com>
Cc: Patrick Sanders <patrick.sanders@macgilllaw.com>, Elizabeth Merritt <elizabeth.merritt@macgilllaw.com>, "tcole@colelawgrouppc.com" <tcole@colelawgrouppc.com>, "agoldstein@colelawgrouppc.com" <agoldstein@colelawgrouppc.com>, "jjacobson@rjfirm.com" <JJacobson@rjfirm.com>, "kklein@rjfirm.com" <KKlein@rjfirm.com>, "Nokes, Scarlett" <snokes@bradley.com>, "Presnell, Todd" <tpresnell@bradley.com>, "Besen, Gene" <gbesen@bradley.com>, "mintz@mintzandgold.com" <mintz@mintzandgold.com>, "mccormick@mintzandgold.com" <McCormick@mintzandgold.com>, "klein@mintzandgold.com" <Klein@mintzandgold.com>, "brody@mintzandgold.com" <brody@mintzandgold.com>, "otchy@mintzandgold.com" <otchy@mintzandgold.com>, "thurney@jacksonkelly.com" <thurney@jacksonkelly.com>, "gcallas@jacksonkelly.com" <gcallas@jacksonkelly.com>, "gmarchetti@tpmblaw.com" <gmarchetti@tpmblaw.com>, "matt@tpmblaw.com" <matt@tpmblaw.com>

Thank you Brandon.

We would like to depose each witness next week. Can you please propose some dates that work?

Best regards.

Robert D. MacGill
MacGill PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46260
317.442.3825
Robert.MacGill@MacGillLaw.com

P Please consider the environment before printing this email.

[Quoted text hidden]