# MEDIATION REPORT

**Case No.:** 3:23-cv-00243  **Case Name:** Johnny M. Hunt v. Southern Baptist Convention, et al.

**Mediator Name:** Roger W. Dickson

**Mediator Phone:** 423-756-6600  **E-mail:** roger.dickson@millermartin.com

**Date(s) of Mediation:** September 19, 2024

**Check All That Apply:**

☑ All required parties participated in the mediation.

☐ The parties resolved all issues. A notice, stipulation, or proposed order of dismissal will be filed with the court by ____

☐ The parties resolved some, but not all issues. Please describe resolved and unresolved issues:

☐ The parties agreed to continue the mediation. Date(s): ____

☑ The parties reached an impasse.

**Comments:**

## Reporting Instructions

A. Mediators must file this report within two (2) business days following the mediation. L.R. 16.05(b). A mediation which continues over multiple consecutive days is considered one mediation for reporting purposes. File a separate Report when the mediation is recessed for five (5) business days or more.

B. Mediators must treat all information revealed in mediation as confidential, except for (i) information that is required to be reported by statute, regulation, or rule, or (ii) information the parties agree may be disclosed.

C. Please file this form electronically in CM/ECF using the "Report of Mediation" event (located under "ADR Documents"). Alternatively, please email the Report to the following address: OperationsManager@tnmd.uscourts.gov.

# CERTIFICATE OF SERVICE

I hereby certify that, on September 24, 2024, a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
Cole Law Group, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
*tcole@colelawgrouppc.com*
*agoldstein@colelawgrouppc.com*

Robert D. MacGill, Esq.
Patrick J. Sanders, Esq.
Macgill PC
156 E. Market St. Suite 1200
Indianapolis, IN 46204
*robert.macgill@macgilllaw.com*
*patrick.sanders@macgilllaw.com*

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell, Esq.
Bradley Arant Boult Cummings LLP
1221 Broadway, Suite 2400
Nashville, TN 37203
*snokes@bradley.com*
*bbundren@bradley.com*
*tpresnell@bradley.com*

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, WV 25322
*thurney@jacksonkelly.com*
*gcallas@jacksonkelly.com*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
*jjacobson@rjfirm.com*
*kklein@rjfirm.com*

L. Gino Marchetti, Jr., Esq.
Matthew C. Pietsch, Esq.
Taylor, Pigue, Marchetti & Blair, PLLC
2908 Poston Avenue
Nashville, TN 37203
*gmarchetti@tpmblaw.com*
*matt@tpmblaw.com*

Gene R. Besen, Esq.
Bradley Arant Boult Cummings LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
*gbesen@bradley.com*

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
Scott Klein, Esq.
Alex Otchy, Esq.
Adam Brody, Esq.
Mintz & Gold LLP
600 Third Avenue, 25th Floor
New York, NY 10016
*mintz@mintzandgold.com*
*mccormick@mintzandgold.com*
*klein@mintzandgold.com*
*otchy@mintzandgold.com*
*brody@mintzandgold.com*

/s/ Roger W. Dickson