# EXHIBIT 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

---------------------------------------------------------------------X
JOHNNY M. HUNT,                                         :
                                                        :
                      Plaintiff,              :
                                                        :
             -against-                         :      Case No. 3:23-cv-00243
                                                        :
SOUTHERN BAPTIST CONVENTION,                            :
GUIDEPOST SOLUTIONS LLC, and                            :
EXECUTIVE COMMITTEE OF THE SOUTHERN                     :
BAPTIST CONVENTION,                                     :
                                                        :
                      Defendants.             :
---------------------------------------------------------------------X

**PLAINTIFF'S RESPONSE TO GUIDEPOST SOLUTIONS LLC'S
FIRST SET OF INTERROGATORIES**

Plaintiff, by counsel, hereby provides his responses to Defendant Guidepost Solutions LLC's First Set of Interrogatories to Plaintiff.

**GENERAL OBJECTIONS**

To avoid undue and unnecessary repetition, each of the following responses is made subject to and incorporates the following general objections:

1. Plaintiff objects to the interrogatories to the extent they seek to require the disclosure of information or the production of documents that are beyond the scope of permissible discovery under the Federal Rules of Civil Procedure.

2. Plaintiff objects to the interrogatories to the extent they seek to impose discovery burdens or responsibilities upon Plaintiff beyond those specifically required by the Federal Rules of Civil Procedure. Plaintiff will respond to the interrogatories in a manner consistent with his obligations under the Federal Rules of Civil Procedure.

**3)** Identify each of your employers since you entered the ministry and each church at which you have served, whether or not in a formal employment relationship, including without limitation, Hiland Park Baptist Church, in each case setting forth the dates, position(s) held, and contact information, if known, of the Person(s) responsible for supervising you and maintaining your employment records, including their name, address, email address and telephone number.

**ANSWER:** Plaintiff objects to Interrogatory No. 3 as vague and ambiguous to the extent it asks him to identify his "employers" without regard to whether he had an "employment relationship." By definition, an entity can only be an "employer" if there is an "employment relationship." Subject to this objection, Plaintiff identities the following churches he has served since he entered the ministry in 1976. Additionally, Pastor Johnny is currently providing services

4

to Hiland Park Baptist Church on an as-needed basis from February 2023 to present. Pastor Steven Kyle is his supervisor.

| Year | Position | Church | Chairman of Deacons/Supervisor |
|---|---|---|---|
| 1976-1979 | Pastor | Lavonia Baptist Church - South Carolina | Bob Peeler (deceased) |
| 1979-1981 | Pastor | Falls Baptist Church - Wake Forest, North Carolina | Walter Haskins |
| 1981-1986 | Pastor | Long Leaf Baptist Church, Wilmington, North Carolina | Wilbur Russ (deceased) |
| 1986-2019 | Pastor | First Baptist Church, Woodstock (Georgia) | The Chairman of the Deacons position at First Baptist Woodstock was elected each year. |

| 2019-May 2022 | Senior Vice President | North American Mission Board (NAMB) | Kevin Ezell |

**11)** Identify each Person with whom you have had any communications concerning your extramarital encounter with the Survivor, the Report, or the allegations in the Complaint.

**ANSWER:** After the encounter, but before the Report was published, Plaintiff only had communications regarding the encounter with Janet Hunt (spouse), ███████, and Roy Blankenship. After the Report was published, Plaintiff communicated with the following:

- Plaintiff's attorneys
- Samantha Kilpatrick, Guidepost Senior Managing Director
- Russell Holske, Guidepost Senior Managing Director
- Kevin Ezell, NAMB President
- Jeremy Morton, Pastor at First Woodstock and SBC Executive Committee Member
- Jim Law, Former Associate at FBCW and employee of NAMB
- Matt Lawson, Staff member of FBCW
- Stephen and Jennifer Kyle, Plaintiff's Pastor and wife at Hiland Park Baptist Church, Panama City, FL and Part of the Accountability/Restoration Group

- Other members of the Accountability/Restoration Group:
  - Benny Tate, Pastor of Rock Springs Church, Milner, GA
  - Mark Hoover, Pastor of New Spring Church, Wichita, Kansas
  - Mike Whitson, Pastor of Indian Trail Church, Indian Trail, NC
- Steve and Vickie Flockhart, Pastor New Season Church, Hiram, GA
- Jennifer and Caleb Duncan, friends
- Mike Orr, Pastor of First Baptist Church, Chipley, FL
- Scott and Millie White, former Associate at FBCW/ Pastor of Windmark Church, St. Joe, FL
- Eddie and Terrie Carswell
- Sarah Hill
- Ginger and Ron Anspaugh
- John and Denise Kissee
- Plaintiff's Children and Spouses:
  - Deanna and Jake Carswell
  - Hollie and Pete Hixson
- Plaintiff's Grandchildren:
  - Addie Hixson
  - Katie and Nich Oswald
  - Carson Carswell
- Spiritual Care Team from Woodstock First Baptist Church:
  - Jeremy Morton, Pastor and member of SBC Executive Committee
  - James Eubanks, staff member of FBCW
  - Jim Woodward, lay leader
  - Alan Gotthardt, lay leader
  - Todd Thrasher, lay leader
- Counselor at OnSite Ministries, Nashville, TN
- Counselors: David & Teresa Ferguson, Relational Care, Austin, TX
- Carl Lietz (attorney)
- David Bouchard (attorney)
- Johnnie Moore (publicist)
- Shane Pruitt (employee NAMB)

## VERIFICATION OF RESPONSES TO INTERROGATORIES ONLY

I, _Johnny Hunt_, on behalf of myself only, and only in my capacity as a Plaintiff in this lawsuit, state that the factual matters stated for me in the above Responses to Interrogatories are either based on my personal knowledge or information supplied or assembled at the direction of me, and I believe the factual matter stated in the above Responses to Interrogatories is true and correct.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing VERIFICATION OF RESPONSES TO INTERROGATORIES ONLY is true and correct.

Dated: _9-15-2023_

Signed: _Johnny Hunt_

Printed: _Johnny Hunt_

Dated: September 18, 2023

   /s/ Patrick J. Sanders

**Robert D. MacGill, Esq. (*pro hac vice*)**
**Scott E. Murray, Esq. (*pro hac vice*)**
**Patrick J. Sanders, Esq. (*pro hac vice*)**
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
(317) 721-1253
robert.macgill@macgilllaw.com
scott.murray@macgilllaw.com
patrick.sanders@macgilllaw.com

*-and-*

**Todd G. Cole, Esq., BPR # 031078**
**Andrew Goldstein, Esq., BPR # 037042**
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 490-6020
Fax: (615) 942-5914
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

*Attorneys for Plaintiff*

15

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on September 18, 2023, on the following counsel via email only:

                                            /s/ Patrick J. Sanders
                                          Counsel for Plaintiff Johnny Hunt

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203

Telephone: (615) 320-3700
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
MINTZ & GOLD LLP
600 Third Avenue, 25th Fl.
New York, New York 10016
mintz@mintzandgold.com
mccormick@mintzandgold.com

*Counsel for Guidepost Solutions LLC*

L. Gino Marchetti, Jr., Esq.
Matt C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for the Southern Baptist Convention*

17