IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:23-cv-00243 |
| ) | |
| SOUTHERN BAPTIST CONVENTION, et al., ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. ) | |
| ) | |

## ORDER

This case is set for a jury trial on November 12, 2024, with a pretrial conference on November 4, 2024. (Doc. No. 38). Due to Defendants' pending motions for summary judgment (Doc. Nos. 216, 222, 229), the pretrial conference and jury trial are **CANCELLED**. The Court will set a new trial date and pretrial filing deadlines by separate order.

Defendant Executive Committee of the Southern Baptist Convention's unopposed motion for a status conference (Doc. No. 302) is **GRANTED**. The Court will hold a teleconference in this case on Thursday October 31, 2024, at 2:00 p.m. to discuss new trial dates and address Plaintiff's pending motion to reopen discovery or, in the alternative, strike the Executive Committee of the Southern Baptist Convention's late-disclosed witnesses, (Doc. No. 299). Counsel for the parties shall call 1-866-390-1828 and enter the access code 7884640# to be connected to the call.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE