# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:23-cv-00243 |
| ) | |
| SOUTHERN BAPTIST CONVENTION, et al., ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. ) | |
| ) | |

## ORDER

The Court held a status teleconference in this matter on October 31, 2024. As discussed during the teleconference, the parties shall meet and confer about trial dates after the beginning of May 2025, then file a notice of agreed trial dates and a forecast of the duration of trial.

As addressed during the teleconference, lead counsel for Plaintiff and Defendant Executive Committee of the Southern Baptist Convention shall have a face-to-face meeting to see if they can reach an agreement about reopening discovery for the limited purpose of deposing Kevin Ezell, Jeremy Morton, and Ed Litton. Any future discovery disputes must involve lead counsel meeting in person, face-to-face before bringing the dispute to the Court. If any such disputes are brought to the Court, the parties must certify that lead counsel met in person and made a good faith effort to resolve the dispute.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE