IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-00243 |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | Chief Judge Campbell |
| GUIDEPOST SOLUTIONS LLC; and | ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE | ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Johnny M. Hunt, by and through the undersigned counsel, respectfully submits this Notice of Supplemental Authority to alert the Court to a January 8, 2025 opinion in *Garner v. S. Baptist Convention*, No. E2024-00100-COA-R3-CV, 2025 Tenn. App. LEXIS 4 (Tenn. Ct. App. Jan. 8, 2025), attached hereto as Exhibit A.

In *Garner*, the court ruled that the ecclesiastical abstention doctrine did not apply to claims relating to a Credentials Committee letter in a lawsuit brought against the Southern Baptist Convention ("SBC"), the Executive Committee of the SBC ("EC"), the Credentials Committee of the SBC, and Guidepost Solutions LLC for defamation, defamation by implication, false light invasion of privacy, and loss of consortium. *Id.* at *29.

The SBC and EC have attempted to invoke the ecclesiastical abstention doctrine to avoid liability relating to a Credentials Committee letter in this case based on nearly identical arguments rejected by the court in *Garner*. *Compare id.* at *27-28 ("The SBC and the

Credentials Committee argue that the [plaintiffs'] claims fall within the scope of the ecclesiastical abstention doctrine because they 'necessarily involve the impermissible secular determination as to whether' the inquiry into whether [the church] was in friendly cooperation with the SBC 'was proper.'"), *with* Doc. No. 224 at 30 ("[I]t also indisputably relates to a matter of church governance . . . whether Hiland Park was in friendly cooperation with the SBC.").

Dated: January 10, 2025                                Respectfully submitted,

                                                       s/ Andrew Goldstein
                                                       **Todd G. Cole, Esq., BPR # 031078**
                                                       **Andrew Goldstein, Esq., BPR # 037042**
                                                       COLE LAW GROUP, P.C.
                                                       1648 Westgate Circle, Suite 301
                                                       Brentwood, TN 37027
                                                       Telephone: (615) 490-6020
                                                       Fax: (615) 942-5914
                                                       tcole@colelawgrouppc.com
                                                       agoldstein@colelawgrouppc.com


                                                       -and-


                                                       **Robert D. MacGill, Esq. (*pro hac vice*)**
                                                       **Patrick J. Sanders, Esq. (*pro hac vice*)**
                                                       MACGILL PC
                                                       156 E. Market St.
                                                       Suite 1200
                                                       Indianapolis, IN 46204
                                                       Telephone: (317) 721-1253
                                                       robert.macgill@macgilllaw.com
                                                       patrick.sanders@macgilllaw.com


                                                       *Attorneys for Plaintiff*

2

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Notice of Supplemental Authority in Support of Plaintiff's Opposition to Defendants' Motions for Summary Judgment to be electronically filed with the Clerk of the Court on January 10, 2025, using the CM/ECF system, which will automatically serve all counsel of record listed below:

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
Scott Klein, Esq.
Adam Brody, Esq.
Alex Otchy, Esq.
MINTZ & GOLD LLP

Scarlett Singleton Nokes, Esq.
R. Brandon Bundren, Esq.
E. Todd Presnell, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
snokes@bradley.com
bbundren@bradley.com
tpresnell@bradley.com

Gene R. Besen, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
Fountain Place
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9758
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

L. Gino Marchetti, Jr., Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203

600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
brody@mintzandgold.com
otchy@mintzandgold.com

*Counsel for Defendant
Guidepost Solutions LLC*

Telephone: (615) 320-3225
gmarchetti@tpmblaw.com

Matt C. Pietsch, Esq.
Gordon & Rees Scully Mansukhani LLP
4031 Aspen Grove Drive Suite 290
Franklin, TN 37067
Telephone: 615-722-9000
Email:Mpietsch@grsm.Com

*Counsel for the Southern Baptist Convention*

Melissa J. Hogan, Esq.
QAVAH LAW
8757 Horton Hwy
College Grove, TN 37046
Telephone: (615) 293-6623
melissajhogan@qavahlaw.com

*Counsel for Jane Doe*

    s/ Andrew Goldstein
    Andrew Goldstein