ORDER: The motion (Doc. No. 261) is GRANTED.

*/s/ William L. Campbell Jr.*

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 3:23-cv-00243 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| SOUTHERN BAPTIST CONVENTION; | ) | MAGISTRATE JUDGE FRENSLEY |
| GUIDEPOST SOLUTIONS LLC; and | ) | |
| EXECUTIVE COMMITTEE OF THE | ) | JURY DEMAND |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| *Defendants.* | ) | |

---

## MOTION TO REPLACE DOCUMENT

---

Plaintiff, Johnny M. Hunt, by and through the undersigned counsel, respectfully submits this Motion to Replace Doc. Nos. 248-32 ("Exhibit 79") and 248-34 ("Exhibit 85") on the docket with the attached exhibits, which are identical in all respects.

Before submitting Exhibits 79 and 85 to the Court, Plaintiff flattened the Exhibits to ensure proper filing on the Court's CM/ECF system. During this process, the Exhibits were inadvertently altered, which resulted in cut-off versions filed on the Court's docket. Plaintiff has re-flattened the Exhibits, making them visible in their entirety.

Plaintiff respectfully requests that the Court accept these corrected versions of Exhibits 79 and 85.