# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **JOHNNY M. HUNT,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| **v.** | ) | NO. 3:23-cv-00243 |
| | ) | |
| **SOUTHERN BAPTIST CONVENTION,** | ) | |
| **GUIDEPOST SOLUTIONS LLC,** | ) | |
| **EXECUTIVE COMMITTEE OF THE** | ) | |
| **SOUTHERN BAPTIST CONVENTION,** | ) | |
| **AND ROY BLANKENSHIP,** | ) | |
| | ) | |
| *Defendants.* | ) | |

## NOTICE OF CHANGE OF LAW FIRM AND ADDRESS

PLEASE TAKE NOTICE that the undersigned counsel for Defendant, the Executive Committee of the Southern Baptist Convention, formerly with the law firm of Bradley Arant Boult Cummings LLP, has joined the law firm of Sheppard, Mullin, Richter & Hampton LLP. Please direct all future pleadings, notices, and correspondence relating to the above case to the address shown below and revise your service list accordingly.

Dated: February 7, 2025

Respectfully submitted,

By: *s/ Scarlett Singleton Nokes*
Scarlett Singleton Nokes (BPR # 28994)
SNokes@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Telephone (469) 391-7411
Facsimile (469) 391-7401

1

## CERTIFICATE OF SERVICE

I certify that on February 7, 2025, I electronically filed the foregoing with the Clerk of the Court through the Court's CM/ECF system, which will automatically serve all counsel of record listed below:

| | |
|---|---|
| Todd G. Cole, Esq.<br>tcole@colelawgrouppc.com<br>Andrew Goldstein<br>agoldstein@colelawgrouppc.com<br>Cole Law Group, P.C.<br>1648 Westgate Circle, Suite 301<br>Brentwood, TN 37027<br>Telephone (615) 326-9059<br><br>Robert D. MacGill<br>robert.macgill@macgilllaw.com<br>Patrick J. Sanders<br>patrick.sanders@macgillaw.com<br>MacGill PC<br>156 E. Market Street, Suite 1200<br>Indianapolis, IN 76204<br>Telephone (317) 721-1253<br><br>*Counsel for Plaintiff* | John R. Jacobson<br>jjacobson@rjfirm.com<br>Katharine R. Klein<br>kklein@rjfirm.com<br>Riley & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>Telephone (615) 320-3700<br><br>Steven G. Mintz<br>mintz@mintzandgold.com<br>Terence W. McCormick<br>mccormick@mintzandgold.com<br>Scott Klein<br>klein@mintzandgold.com<br>Adam Brody<br>brody@mintzandgold.com<br>Alex Otchy<br>otchy@mintzandgold.com<br>Mintz & Gold LLP<br>600 Third Avenue, 25th Floor<br>New York, NY 10016<br>Telephone (212) 696-4848<br><br>*Counsel for Guidepost Solutions LLC* |
| L. Gino Marchetti, Jr.<br>gmarchetti@tpmblaw.com<br>Taylor, Pigue, Marchetti & Blair PLLC<br>2908 Poston Avenue<br>Nashville, TN 37203<br>Telephone (615) 320-3225 | R. Brandon Bundren<br>bbundren@badley.com<br>E. Todd Presnell<br>tpresnell@bradley.com<br>Bradley Arant Boult Cummings LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>Telephone (615) 244-2582 |

2

| | |
|---|---|
| Matthew C. Pietsch<br>mpietsch@grsm.com<br>Gordon Rees Scully Mansukhani, LLP<br>4031 Aspen Grove Drive, Suite 290<br>Franklin, TN 37067<br>Telephone (615) 722-9000<br><br>*Counsel for the Southern Baptist Convention* | Gene R. Besen<br>GBesen@sheppardmullin.com<br>Sheppard, Mullin, Richter & Hampton LLP<br>2200 Ross Avenue, 20th Floor<br>Dallas, Texas 75201<br>Telephone (469) 391-7400<br><br>Thomas J. Hurney, Jr.<br>thurney@jacksonkelly.com<br>Gretchen M. Callas<br>gcallas@jacksonkelly.com<br>Jackson Kelly PLLC<br>500 Lee Street East, Suite 1600<br>Charleston, WV 25301<br>Telephone (304) 340-1000<br><br>*Counsel for the Executive Committee of the Southern Baptist Convention* |
| Melissa J. Hogan<br>melissajhogan@qavahlaw.com<br>Qavah Law<br>8757 Horton Highway<br>College Grove, TN 37046<br>Telephone (615) 293-6623<br><br>*Counsel for Jane Doe* | |

*s/ Scarlett Singleton Nokes*
Scarlett Singleton Nokes

3