IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:23-cv-00243 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| SOUTHERN BAPTIST CONVENTION, et ) | MAGISTRATE JUDGE FRENSLEY |
| al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

Pending before the Court are Defendants' motions for summary judgment (Doc. Nos. 216, 222, 229), which are fully briefed. For the reasons stated in the forthcoming Memorandum, the motions for summary judgment are **GRANTED IN PART** as follows: Guidepost's motion is **GRANTED** as to all claims. The motions by the Southern Baptist Convention ("SBC") and the Executive Committee of the Southern Baptist Convention ("Executive Committee") are **GRANTED** as to the claims for false light (Count III), public disclosure of embarrassing private facts (Count VI), negligent and intentional infliction of emotional distress (Counts IV and V), and the defamation claim (Count I) arising out of the Report and the Letter. SBC and the Executive Committee's motion are **DENIED** as to the defamation claim (Count I) based on the Tweet.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE