# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-00243 |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | Judge Campbell |
| GUIDEPOST SOLUTIONS LLC; and | ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE | ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF JOHNNY M. HUNT'S MOTION TO VACATE PROTECTIVE ORDER

Plaintiff Johnny M. Hunt, by and through the undersigned counsel, submits this Motion to Vacate Protective Order. Plaintiff respectfully requests that the protective order allowing Doe to proceed under a pseudonym and requiring redaction of any identifying information be vacated. Plaintiff also requests an order requiring the same information be unsealed and unredacted from the public docket.

As explained in the accompanying Memorandum, Jane Doe has now publicly identified herself—by name—as Pastor Johnny's accuser. Thus, the protective order no longer serves any purpose.

For the foregoing reasons, as well as the reasons set forth in the accompanying Memorandum, this Court should grant this Motion.

1

Dated: April 10, 2025	Respectfully submitted,

							s/ Andrew Goldstein
							**Todd G. Cole, Esq., BPR # 031078**
							**Andrew Goldstein, Esq., BPR # 037042**
							COLE LAW GROUP, P.C.
							1648 Westgate Circle, Suite 301
							Brentwood, TN 37027
							Telephone: (615) 490-6020
							Fax: (615) 942-5914
							tcole@colelawgrouppc.com
							agoldstein@colelawgrouppc.com


							*-and-*


							**Robert D. MacGill, Esq. (*pro hac vice*)**
							**Patrick J. Sanders, Esq. (*pro hac vice*)**
							MACGILL PC
							156 E. Market St.
							Suite 1200
							Indianapolis, IN 46204
							Telephone: (317) 721-1253
							robert.macgill@macgilllaw.com
							patrick.sanders@macgilllaw.com


							*Attorneys for Plaintiff*

# **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and correct copy of the foregoing Motion to Vacate Protective Order to be electronically filed with the Clerk of the Court on April 10, 2025, using the CM/ECF system, which will automatically serve all counsel of record listed below:

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
Scott Klein, Esq.
Adam Brody, Esq.
Alex Otchy, Esq.
MINTZ & GOLD LLP
600 Third Avenue
25th Floor
New York, NY 10016

R. Brandon Bundren, Esq.
E. Todd Presnell, Esq.
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 244-2582
bbundren@bradley.com
tpresnell@bradley.com

Scarlett Singleton Nokes, Esq. .
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, Nw Suite 100
Washington, DC 20006
Telephone: (202) 747-2309
snokes@sheppardmullin.com

Gene R. Besen, Esq.
Sheppard Mullin (Dallas, TX)
2200 Ross Avenue, Ste Floor 20
Dallas, Texas 75201
Telephone: (469) 391-7400
gbesen@bradley.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
brody@mintzandgold.com
otchy@mintzandgold.com

*Counsel for Defendant
Guidepost Solutions LLC*

L. Gino Marchetti, Jr., Esq.
Matt C. Pietsch, Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com
matt@tpmblaw.com

*Counsel for the Southern Baptist Convention*

Melissa J. Hogan, Esq.
QAVAH LAW
8757 Horton Hwy
College Grove, TN 37046
Telephone: (615) 293-6623
melissajhogan@qavahlaw.com

*Counsel for Jane Doe*

    s/ Andrew Goldstein
    Andrew Goldstein