**Statement from Alisa Womack regarding Hunt v. Southern Baptist Convention et al, Judge Campbell's 4/1/2025 ruling and memorandum opinion granting summary judgment on all claims to Guidepost Solutions and all claims but one to the SBC and the Executive Committee of the SBC**

In 2022, I recounted painful details I would have preferred to forget to investigators with Guidepost Solutions. I also described the years of emotional, mental, and spiritual weight in the journey toward healing. Silence gave way to voice, which finally had a true hearing.

In the year following the release of the Report, I was dragged into a lawsuit, not of my own making or desire. I had to secure and pay for legal counsel. I was subpoenaed twice. I was required to produce personal documents. I was summoned for a deposition. There, I endured hours of questions in a room full of attorneys I did not know, going over details that still bring tears to my eyes.

Throughout this legal process, I have attempted to protect the privacy of my family and my own healing through the court-approved use of a pseudonym, Jane Doe. This process made plain why many survivors don't come forward at all. The risk is obvious, the chance for justice obscure.

With Judge Campbell's recent grant of summary judgment on all claims related to the Report, the weight I carry was lightened just a bit. Justice peeked out from behind the dark clouds, shining light on my path and propelling me forward into freedom.