# Johnny Hunt's Accuser Reveals Her Identity, Shares Why 'Many Survivors Don't Come Forward'

CL churchleaders.com/news/509207-johnny-hunt-accuser-reveals-her-identity.html

April 4, 2025

The woman who accused long-time pastor and former Southern Baptist Convention (SBC) President **Johnny Hunt** of sexually assaulting her released a statement following a federal judge's order to **dismiss** all but one of Hunt's defamation claims against the SBC.

Hunt had been seeking more than **$100 million** in damages.

The allegations against Hunt where detailed in a 2022 Guidepost Solutions report titled "The Southern Baptist Convention Executive Committee's Response to Sexual Abuse Allegations and an Audit of the Procedures and Actions of the Credentials Committee." The report outlined credible allegations made by the wife of a pastor whom Hunt befriended and mentored. The woman accused Hunt of sexually assaulting her in 2010.

Following the release of the report, Hunt resigned as **North American Mission Board**'s (NAMB) senior vice president of evangelism and leadership.

**Hunt** admits that encounter took place but claims it was "consensual." Hunt characterized the incident as "brief, but improper," but **vigorously denied** that "it was abuse" or "assault."

Referred to only as "Survivor" in the Guidepost Solutions report, Alisa Womack identified herself this week and released a statement sharing how Hunt's lawsuit required her to relive moments from Hunt's encounter that "still bring tears" to her eyes.

Womack is 24 years younger than Hunt.

"In 2022, I recounted painful details I would have preferred to forget to investigators with Guidepost Solutions," Womack said. "I also described the years of emotional, mental, and spiritual weight in the journey toward healing. Silence gave way to voice, which finally had a true hearing."

She continued, "In the year following the release of the Report, I was dragged into a lawsuit, not of my own making or desire. I had to secure and pay for legal counsel. I was subpoenaed twice. I was required to produce personal documents. I was summoned for a deposition."

Womack said she "endured hours of questions in a room full of attorneys I did not know, going over details that still bring tears to my eyes."

Womack shared that she "attempted to protect the privacy of my family and my own healing" by using the court-approved pseudonym "Jane Doe" throughout the legal process.

Case 3:23-cv-00243    Document 320-3    Filed 04/10/25    Page 1 of 2 PageID #: 13230

"This process made plain why many survivors don't come forward at all. The risk is obvious, the chance for justice obscure," said Womack.

Womack said that Judge Campbell's "recent grant of summary judgment on all claims related to the Report" lightened the "weight" she carries "just a bit."

"Justice peeked out from behind the dark clouds, shining light on my path and propelling me forward into freedom," said Womack.

<u>Jesse T. Jackson</u>

Jesse is the Senior Content Editor for ChurchLeaders and Site Manager for ChristianNewsNow. An undeserving husband to a beautiful wife, and a father to 4 beautiful children. He is currently a church elder in training, a growth group leader, and is a member of University Baptist Church in Beavercreek, Ohio. Follow him on twitter here (https://twitter.com/jessetjackson). Accredited member of the Evangelical Press Association.