# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:23-cv-00243 |
| ) | |
| SOUTHERN BAPTIST CONVENTION, et al., ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. ) | |

## ORDER

The Court is in receipt of the Southern Baptist Convention and the Executive Committee of the Southern Baptist Convention's joint filing under Federal Rule of Civil Procedure 54(b) concerning Plaintiff Johnny M. Hunt's status as a public figure at the time of the Bart Barber tweet. (*See* Doc. No. 325). The Court is also in receipt of these Defendants' joint request for the Court to take judicial notice under Federal Rule of Evidence 201 of the existence, contents, and public availability of certain websites, articles, tweets, and a video. (*See* Doc. No. 324).

Plaintiff shall respond to Defendants' filings, (Doc. Nos. 324, 325), on or before April 29, 2025. Any optional reply may be filed within 7 days after service of the response and shall not exceed 5 pages without leave of Court.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE