# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 3:23-cv-00243 |
| SOUTHERN BAPTIST CONVENTION, et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

The Court is in receipt of Plaintiff Johnny M. Hunt's motion (Doc. No. 328) filed under Federal Rule of Civil Procedure 54(b) requesting that the Court reconsider its summary judgment Order (Doc. No. 316) entered on March 31, 2025. Defendants shall respond to Plaintiff's motion on or before May 2, 2025. Any optional reply may be filed within 7 days after service of the response and shall not exceed 5 pages without leave of Court.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE