IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SOUTHERN BAPTIST CONVENTION;<br>GUIDEPOST SOLUTIONS LLC; and<br>EXECUTIVE COMMITTEE OF THE<br>SOUTHERN BAPTIST CONVENTION,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-00243<br>Judge Campbell<br>Magistrate Judge Frensley |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BY DEFENDANT GUIDEPOST SOLUTIONS LLC

Pursuant to Fed. R. Civ. P. 6 and Local Rule 6.01, Defendant Guidepost Solutions, LLC ("Guidepost") and Plaintiff Johnny Hunt ("Hunt") respectfully move the Court for an extension of time of one week, up to and including **May 9, 2025,** to file its response in opposition to Plaintiff's Motion to Reconsider Order No. 316 (Doc. Nos. 328-329), and to allow Hunt to file his reply in support of his Motion up to and including **May 16, 2025**.

Guidepost's response to Hunt's Motion is currently due May 2, 2025 per the Court's April 18, 2025 Order, with Hunt's reply due seven days thereafter (Doc. No. 332). Guidepost submits that its requested extension will not unnecessarily delay proceedings in this matter. Counsel for Guidepost has contacted counsel for Hunt, and they have confirmed Hunt has no opposition to this Motion.

Guidepost respectfully requests entry of an Order extending the time within which Guidepost has to file its response to Hunt's Motion, up to and including **May 9, 2025**, with Hunt's reply due seven days thereafter, on **May 16, 2025**.

1

Respectfully submitted,

s/John R. Jacobson
John R. Jacobson, BPR #14365
Katharine R. Klein, BPR #19336
Riley & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com


-and-

Steven G. Mintz (admitted pro hac vice)
Terence W. McCormick (admitted pro hac vice)
Scott Klein (admitted pro hac vice)
Alex Otchy (admitted pro hac vice)
Mintz & Gold LLP
600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
otchy@mintzandgold.com

*Counsel for Guidepost Solutions LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served through the Court's electronic filing system on the following:

Todd G. Cole
Andrew Goldstein.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill
Patrick J. Sanders
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

R. Brandon Bundren
E. Todd Presnell
BRADLEY ARANT BOULT CUMMINGS LLP
ONE 22 ONE
1221 Broadway, Suite 2400
Nashville, TN 37203
Telephone: (615) 244-2582
bbundren@bradley.com
tpresnell@bradley.com

Gene Ross Besen
Sheppard, Mullin, Richter & Hampton LLP
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
gbesen@sheppardmullin.com

Scarlett Singleton Nokes
Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue, NW Suite 100
Washington, DC 20006
snokes@sheppardmullin.com

Thomas J. Hurney, Jr.
Gretchen M. Callas
Jackson Kelly PLLC
500 Lee Street East, Suite 1600
Charleston, WV 25301
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

L. Gino Marchetti, Jr.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com

Matthew C. Pietsch
Gordon Rees Scully Mansukhani, LLP
4031 Aspen Grove Drive, Suite 290
Franklin, TN 37067
mpietsch@grsm.com

*Counsel for the Southern Baptist Convention*

Melissa J. Hogan
Qavah Law
8757 Horton Hightway
College Grove, TN 37046
melissajhogan@qavahlaw.com

*Counsel for Jane Doe*

on this 21st of April, 2025.

                                             s/John R. Jacobson