> **ORDER:** The motion (Doc. No. 333) is GRANTED.
>
> /s/ William L. Campbell Jr.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT,<br><br>    Plaintiff,<br><br> v.<br><br>SOUTHERN BAPTIST CONVENTION; GUIDEPOST SOLUTIONS LLC; and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION,<br><br>    Defendants. | Case No. 3:23-cv-00243<br>Judge Campbell<br>Magistrate Judge Frensley |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BY DEFENDANT GUIDEPOST SOLUTIONS LLC

Pursuant to Fed. R. Civ. P. 6 and Local Rule 6.01, Defendant Guidepost Solutions, LLC ("Guidepost") and Plaintiff Johnny Hunt ("Hunt") respectfully move the Court for an extension of time of one week, up to and including **May 9, 2025,** to file its response in opposition to Plaintiff's Motion to Reconsider Order No. 316 (Doc. Nos. 328-329), and to allow Hunt to file his reply in support of his Motion up to and including **May 16, 2025**.

Guidepost's response to Hunt's Motion is currently due May 2, 2025 per the Court's April 18, 2025 Order, with Hunt's reply due seven days thereafter (Doc. No. 332). Guidepost submits that its requested extension will not unnecessarily delay proceedings in this matter. Counsel for Guidepost has contacted counsel for Hunt, and they have confirmed Hunt has no opposition to this Motion.

Guidepost respectfully requests entry of an Order extending the time within which Guidepost has to file its response to Hunt's Motion, up to and including **May 9, 2025**, with Hunt's reply due seven days thereafter, on **May 16, 2025**.

1