# UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) No. 3:23-cv-00243 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| SOUTHERN BAPTIST CONVENTION; | ) MAGISTRATE JUDGE |
| GUIDEPOST SOLUTIONS LLC; and | ) FRENSLEY |
| EXECUTIVE COMMITTEE OF THE | ) |
| SOUTHERN BAPTIST CONVENTION, | ) JURY DEMAND |
| | ) |
| *Defendants*. | ) |

## RESPONSE OF THE EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTON TO THE COURT'S MARCH 31, 2025 ORDER (DOC. 315)

On March 31, 2025, the Court entered an Order regarding the parties' motions for leave to file under seal certain exhibits in connection with their summary judgment filings. To facilitate the Court's review, it directed each party to file a list or chart with respect to the documents it sought to seal and providing specified information concerning each document. Below is chart submitted by the Executive Committee of the Southern Baptist Convention with respect to its motion for leave to file under seal (Doc. 225):

| **Document Description** | **Dkt No.** | **Redacted Version Filed** | **Party or Non-Party Designating as Confidential** |
|---|---|---|---|
| **I. Documents Containing Identifying Information of Doe** | | | |
| Redaction of Jane Doe's name from the 30(b)(6) deposition | 226-1 | Yes (Doc. 222-4) | N/A |

| | | | |
|---|---|---|---|
| transcript of Guidepost Solutions: page 148, line 11. | | | |
| Redaction of Jane Doe's name from the deposition transcript of Samantha Kilpatrick: page 96, line 1; page 96, line 13; page 97, line 6; page 97, line 11; page 97, line 20; page 303, line 2; and page 303; line 13. | 226-2 | Yes (Doc. 222-5) | N/A |
| Redaction of Jane Doe's name from the deposition transcript of Bart Barber: page 104, line 16 and page 104, line 25. | 226-3 | Yes (Doc. 222-10) | N/A |

**II. Documents Filed Under Seal for Other Reasons**

| | | | |
|---|---|---|---|
| Redaction from the deposition transcript of Samantha Kilpatrick | 226-2 | Yes (Doc. 222-5). The redacted portion is page 124, line 9. | Guidepost<br><br>This redaction has not been the subject of a prior order to seal. |
| Redaction of excerpts from 30(b)(6) deposition transcript of Johnny Hunt Ministries | 226-4 | Yes (Doc. 222-11). The redacted portions are page 31, lines 11 through 23 and page 33, lines 12 through 16. | Plaintiff / Johnny Hunt Ministries<br><br>This redaction has not been the subject of a prior order to seal. |

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

/s/ *Scarlett Singleton Nokes*
Scarlett Singleton Nokes (TN Bar # 028994)
Gene R. Besen (pro hac vice)

220 Ross Avenue, 20th Floor
Dallas, TX 75201
Tel: (469) 391-7411
snokes@sheppardmullin.com
gbesen@sheppardmullin.com

JACKSON KELLY PLLC

/s/ *Thomas J. Hurney, Jr.*

Thomas J. Hurney, Jr., (pro hac vice)
Gretchen M. Callas (pro hac vice)
500 Lee Street, E, Suite 1600
Charleston, WV 25301
Tel: (304) 340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for Defendant Executive Committee of the Southern Baptist Convention*

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and complete copy of the foregoing has been served through the Court's electronic filing system to the following on April 25, 2025:

| | |
|---|---|
| Robert D. MacGill<br>Patrick J. Sanders<br>MacGill PC<br>156 E. Market Street, Suite 1200<br>Indianapolis, IN 46204<br>Robert.macgill@macgilllaw.com<br>Patrick.sanders@macgilllaw.com | John R. Jacobson<br>Katherine R. Klein<br>Riley & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com |
| Todd G. Cole<br>Andrew Goldstein<br>Cole Law Group, P.C.<br>1648 Westgate Circle, Suite 301<br>Brentwood, TN 37027<br>tcole@colelawgrouppc,com<br>agodlstein@colelawgrouppc.com<br>*Counsel for Plaintiff* | Steven G. Mintz<br>Terence W. McCormick<br>Scott Klein<br>Adam Kahan Brody<br>Alex Otchy<br>Mintz & Gold LLP<br>600 Third Avenue, 25th Floor<br>New York, NY 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br>klein@mintzandgold.com<br>brody@mintzandgold.com<br>otchy@mintzandgold.com<br>*Counsel for Defendant Guidepost Solutions, LLC* |
| Melissa J. Hogan<br>Qavah Law<br>8757 Horton Highway<br>College Grove, TN 37046<br>melissahogan@qavahlaw.com<br>*Counsel for Jane Doe* | |
| E. Todd Presnell<br>R. Brandon Bundren<br>Bradley Arant Boult Cummings LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>tpresnell@bradley.com<br>bbundren@bradley.com<br>*Counsel for the Executive Committee of the Southern Baptist Convention* | Louis Gino Marchetti, Jr.<br>Taylor, Pigue, Marchetti & Blair, PLLC<br>2908 Poston Avenue<br>Nashville, TN 37203<br>gmarchetti@tpmblaw.com<br><br>Matthew C. Pietsch, Esq.<br>Gordon Rees Scully Mansukhani, LLP<br>4031 Aspen Grove Drive, suite 290<br>Franklin, TN 37067<br>mpietsch@grsm.com<br>*Counsel for Southern Baptist Convention* |

/s/ *Thomas J. Hurney, Jr.*
Thomas J. Hurney, Jr.