UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) No. 3:23-cv-00243 |
| v. | ) |
| | ) CHIEF JUDGE CAMPBELL |
| SOUTHERN BAPTIST CONVENTION; | ) MAGISTRATE JUDGE FRENSLEY |
| GUIDEPOST SOLUTIONS LLC; and | ) |
| EXECUTIVE COMMITTEE OF THE | ) JURY DEMAND |
| SOUTHERN BAPTIST CONVENTION, | ) |
| | ) |
| *Defendants*. | ) |

## TODD PRESNELL'S UNOPPOSED MOTION TO WITHDRAW

Pursuant to Local Rule 83.01(g), Todd Presnell of Bradley Arant Boult Cummings LLP moves to withdraw as counsel of record for the defendant, Executive Committee of the Southern Baptist Convention (the "EC").

The undersigned has represented the EC along with Brandon Bundren, Scarlett Nokes, and Gene Besen, Thomas Hurney, and Gretchen Callas during the pendency of this matter. Effective January 1, 2025, Ms. Nokes and Mr. Besen joined Sheppard, Mullin, Richter & Hampton LLP. Ms. Nokes and Mr. Besen will continue to represent the EC in this matter along with Mr. Hurney and Ms. Callas of Jackson Kelly PLLC.

Given Ms. Nokes's and Mr. Besen's departure from Bradley Arant Boult Cummings LLP, the undersigned requests that this Court permit undersigned to withdraw as counsel of record for the EC in this matter. Pursuant to Local Rule 83.01(g), written notice to the EC of the intent to withdraw has been provided, a copy of which is attached to this motion as **Exhibit 1**. The EC consents to the withdrawal.

There will be no delay or prejudice in this matter as the EC will continue to be represented by Ms. Nokes, Mr. Besen, Mr. Hurney, and Ms. Callas.

## CERTIFICATE OF CONFERENCE

Counsel for the EC has conferred with Robert MacGill, counsel for plaintiff. Plaintiff is unopposed to the requested withdrawal.

## CONCLUSION

For the foregoing reasons, the undersigned respectfully requests this Court grant this motion and permit the withdraw of undersigned as counsel of record.

Respectfully submitted,

/s/ E. Todd Presnell
E. Todd Presnell (BPR #17521)
BRADLEY ARANT BOULT CUMMINGS LLP
1221 Broadway, Suite 2400
Nashville, Tennessee 37203
P: 615.252.2355
F: 615.252.6355
tpresnell@bradley.com

*Attorney for the Executive Committee of the Southern Baptist Convention*

# CERTIFICATE OF SERVICE

I certify that on May 2, 2025, I electronically filed a true and correct copy of the Motion to Withdraw with the Clerk of Court for the U.S. District Court for the Middle District of Tennessee through the Court's Electronic Case Filing System, which will automatically serve all counsel of record listed below:

| | |
|---|---|
| Robert D. MacGill<br>Patrick J. Sanders<br>MACGILL PC<br>robert.macgill@macgilllaw.com<br>Patrick.sanders@macgilllaw.com<br><br>Todd G. Cole<br>Andrew Goldstein<br>COLE LAW GROUP, P.C.<br>tcole@colelawgrouppc.com<br>agoldstein@colelawgrouppc.com<br><br>*Counsel for Plaintiff*<br><br>Scarlett S. Nokes<br>Gene R. Besen<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>snokes@sheppardmullin.com<br>gbesen@sheppardmullin.com<br><br>Thomas J. Hurney, Jr.<br>Gretchen M. Callas<br>JACKSON KELLY PLLC<br>thurney@jacksonkelly.com<br>gcallas@jacksonkelly.com<br><br>*Counsel for Executive Committee of the Southern Baptist Convention* | John R. Jacobson<br>Katherine R. Klein<br>RILEY & JACOBSON, PLC<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz<br>Terence W. McCormick<br>MINTZ & GOLD LLP<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br><br>*Counsel for Guidepost Solutions, LLC*<br><br>Matthew C. Pietsch<br>GORDON REES SCULLY MANSUKHANI LLP<br>mpietsch@gsrm.com<br><br>*Counsel for Southern Baptist Convention* |

/s/ E. Todd Presnell
E. Todd Presnell