# EXHIBIT 1

R. Brandon Bundren
bbundren@bradley.com
615.252.4647 direct



April 18, 2025

**VIA EMAIL**

Dr. Jeff Iorg (jiorg@sbc.net)
President and Chief Executive Officer
The Executive Committee of the Southern Baptist Convention
901 Commerce Street
Nashville, Tennessee 37203

      Re:    *Johnny M. Hunt v. Southern Baptist Convention et al.*, C.A. No. 3:23-cv-00243; United States District Court for the Middle District of Tennessee

Dear Dr. Iorg:

      This letter is being sent in accordance with Rule 83.01(g) of the Local Rules of the United States District Court for the Middle District of Tennessee to inform The Executive Committee of the Southern Baptist Convention of our firm's intent to withdraw as counsel of record in the above referenced matter fourteen (14) days from the date of this letter.

      Lead counsel for the Executive Committee in the above referenced matter is Mr. Gene Besen. Mr. Besen and Ms. Scarlett Nokes practiced law with Mr. Todd Presnell and I at Bradley Arant Boult Cummings LLP until December 31, 2024. Mr. Besen and Ms. Nokes have since joined Sheppard Mullin and are continuing to represent the Executive Committee in this litigation. Given the Sheppard Mullin law firm will continue to represent the Executive Committee, I, along with Todd Presnell, of Bradley Arant Boult Cummings LLP, will be moving to withdraw as additional counsel of record in this case in fourteen (14) days. If the motion is granted, the Executive Committee will continue to be represented by Mr. Besen and Ms. Nokes with Sheppard Mullin and by Mr. Thomas Hurney and Ms. Gretchen Callas with the Jackson Kelly law firm.

      Thank you for allowing Bradley Arant Boult Cummings LLP to represent the Executive Committee in this matter.

      Sincerely,

      BRADLEY ARANT BOULT CUMMINGS LLP

      By: *R. Brandon Bundren*
           R. Brandon Bundren

CC:

Scarlett Nokes (snokes@sheppardmullin.com)
Gene Besen (gbesen@sheppardmullin.com)
Thomas J. Hurney, Jr. (thurney@jacksonkelly.com)