# EXHIBIT A

The Wayback Machine - https://web.archive.org/web/20221203100736/https://johnnyhunt.com/



**BUY 10 OR MORE OF MY NEW BOOK FOR ONLY $12 EACH. CLICK HERE TO BUY NOW!**

## FEATURED RESOURCES



2022 Men's Conference Main Session Set
$15.00 – $20.00
Select options

2022 Breakout Session – TJ Greaney
$4.00 – $6.00
Select options

2022 Breakout Session – Christian Norman
$4.00 – $10.00
Select options

2022 Breako

Shop All JHMC 2022 Resources



     

**Connect with Pastor Johnny**

 

**Subscribe to Newsletter**

First Name

Last Name

Email

Subscribe

© 2022 The Preaching Ministry of Johnny Hunt | All Rights Reserved