IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:23-cv-00243 |
| | ) | |
| SOUTHERN BAPTIST CONVENTION, et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE FRENSLEY |
|    Defendants. | ) | |

## ORDER

This case is a set for a jury trial on June 17, 2025, and a pretrial conference on June 9, 2025. (*See* Doc. No. 310). Due to the parties' pending motions to reconsider (Doc. Nos. 325, 328), the pretrial conference and jury trial are **CANCELLED**. The Court will set a new trial date and pretrial filing deadlines by separate order.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE