IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:23-cv-00243 |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | Judge Campbell |
| GUIDEPOST SOLUTIONS LLC; and | ) | Magistrate Judge Frensley |
| EXECUTIVE COMMITTEE OF THE | ) | Jury Demand |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Rules 5.03 and 7.01 of the Local Rules and the Court's Protective Order allowing Jane Doe to proceed under a pseudonym (Doc. No. 192), Plaintiff Johnny M. Hunt respectfully submits this Motion for Leave to File Under Seal an unredacted version of Exhibit 1 submitted in connection with Plaintiff's Supplemental Brief Addressing Plaintiff's Declaration.

Exhibit 1 contains Jane Doe's name, which has resulted in the public filing in redacted form pursuant to Local Rule 5.03(c).

For the foregoing reasons, this Court should review the unredacted version of Exhibit 1.

[SIGNATURE BLOCKS AND CERTIFICATE OF SERVICE TO FOLLOW]

Dated: May 30, 2025                             Respectfully submitted,


                                                s/ *Robert D. MacGill*
                                                **Robert D. MacGill, Esq. (*pro hac vice*)**
                                                **Patrick J. Sanders, Esq. (*pro hac vice*)**
                                                MACGILL PC
                                                156 E. Market St.
                                                Suite 1200
                                                Indianapolis, IN 46204
                                                Telephone: (317) 721-1253
                                                robert.macgill@macgilllaw.com
                                                patrick.sanders@macgilllaw.com

                                                *-and-*

                                                **Todd G. Cole, Esq., BPR # 031078**
                                                **Andrew Goldstein, Esq., BPR # 037042**
                                                COLE LAW GROUP, P.C.
                                                1648 Westgate Circle, Suite 301
                                                Brentwood, TN 37027
                                                Telephone: (615) 490-6020
                                                Fax: (615) 942-5914
                                                tcole@colelawgrouppc.com
                                                agoldstein@colelawgrouppc.com


                                                *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

      I hereby certify that I caused a true and correct copy of the foregoing Motion for Leave to File Under Seal to be electronically filed with the Clerk of the Court on May 30, 2025, using the CM/ECF system, which will automatically serve all counsel of record listed below:

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
Scott Klein, Esq.
Adam Brody, Esq.
Alex Otchy, Esq.
MINTZ & GOLD LLP
600 Third Avenue
25th Floor
New York, NY 10016

Scarlett Singleton Nokes, Esq.
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, Nw Suite 100
Washington, DC 20006
Telephone: (202) 747-2309
snokes@sheppardmullin.com

Gene R. Besen, Esq.
Sheppard Mullin Richter & Hampton LLP
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Telephone (469) 391-7400
Facsimile (469) 391-7401
gbesen@sheppardmullin.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

L. Gino Marchetti, Jr., Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com

Matthew C. Pietsch, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
4031 Aspen Grove Drive, Suite 290

Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
brody@mintzandgold.com
otchy@mintzandgold.com

*Counsel for Defendant*
*Guidepost Solutions LLC*

Franklin, TN 37067
Telephone: (615) 722-9000
mpietsch@grsm.com

*Counsel for the Southern Baptist Convention*

Melissa J. Hogan, Esq.
QAVAH LAW
8757 Horton Hwy
College Grove, TN 37046
Telephone: (615) 293-6623
melissajhogan@qavahlaw.com

*Counsel for Jane Doe*

    s/ *Robert D. MacGill*
    Robert D. MacGill