IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:23-cv-00243 |
| SOUTHERN BAPTIST CONVENTION, et al., | ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

Pending before the Court is Plaintiff's Motion to Reopen Discovery or in the Alternative Strike the Executive Committee of the Southern Baptist Convention's Late-Disclosed Witnesses (Doc. No. 299), which was filed last September. The Court addressed the pending motion with the parties during a status teleconference on October 31, 2024, ordering lead counsel for Plaintiff and Defendant Executive Committee of the Southern Baptist Convention to have a face-to-face meeting to see if they could reach an agreement about the subject of Plaintiff's present motion. (Doc. No. 308). Accordingly, Plaintiff's Motion (Doc. No. 299) is **DENIED** without prejudice to refiling if the parties failed to resolve the dispute after their lead counsel met in person.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE