**UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JOHNNY M. HUNT,** | ) | |
| | ) | |
| ***Plaintiff,*** | ) | |
| | ) | **No. 3:23-cv-00243** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **SOUTHERN BAPTIST CONVENTION;** | ) | **MAGISTRATE JUDGE FRENSLEY** |
| **GUIDEPOST SOLUTIONS LLC; and** | ) | |
| **EXECUTIVE COMMITTEE OF THE** | ) | **JURY DEMAND** |
| **SOUTHERN BAPTIST CONVENTION,** | ) | |
| | ) | |
| ***Defendants*.** | ) | |

**[PROPOSED] DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT CONCERNINGPLAINTIFF'S PUBLIC FIGURE STATUS AT THE TIME OF THE TWEET**

Defendants Southern Baptist Convention and the Executive Committee of the Southern Baptist Convention (collectively "Defendants"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully move for summary judgment in their favor as there is no genuine issue of material fact and these defendants are entitled to judgment as a matter of law. In support of this Motion, Defendants state as follows, and further incorporate the reasons set forth in the accompanying Memorandum of Law:

1. On March 31, 2025, the Court dismissed all of Hunt's claims against Defendants with the exception of his defamation in Count I of the Complaint as it pertains to the December 5, 2022, Tweet by then SBC President, Bart Barber (the "Tweet"). [Doc. 316].

2. The Court noted that if Hunt was a public figure at the time of the Tweet, judgment in favor of Defendants would be warranted due to a lack of evidence of actual malice. [Doc. 317 at p.69 n.27].

3. Hunt was a public figure at the time of and with respect to the Tweet.

4. there are multiple ways that Hunt's public figure status can be analyzed. However, all result in the same conclusion that Hunt was a public figure.

5. Hunt was a general-purpose public figure with respect to commentary on his pastoral activities, including his fitness for ministry. *See Falls v. Sporting News Pub. Co.*, 899 F.2d 1221 (Table), 1990 WL 41001 (6th Cir. Apr. 10, 1990) (unpublished). Whether Hunt could be appropriately "restored" to the ministry was exactly the context of the Tweet and falls squarely within commentary on his fitness for the ministry and a showing of actual malice is required.

6. Hunt was also a general-purpose public figure in the Southern Baptist / evangelical community at the time of the Tweet. *See, e.g.*, *Chapman v. Journal Concepts, Inc.*, 528 F. Supp. 2d 1081 (D. Haw. 2007). This is the community from which Hunt's alleged damages arise and the community to which the Tweet was primarily published.

7. Hunt was also a limited-purpose public figure with respect to his voluntary and highly publicized pastoral "restoration." *See Santoni v. Mueller*, No. 3:20-CV-00975, 2022 WL 97049 (M.D. Tenn. Jan. 10, 2022). The Tweet was made in the context of the public debate concerning Hunt's restoration.

8. Because Hunt was a public figure and the Court has held that actual malice cannot be shown, summary judgment with respect to the remaining claim on the Tweet is appropriate.

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*/s/Scarlett Singleton Nokes*
Scarlett Singleton Nokes, TN Bar No. 028994
Gene R. Besen (pro hac vice)
220 Ross Avenue, 20th Floor
Dallas, TX 75201
Phone: 469-391-7411
Fax: 469-391-7401
snokes@sheppardmullin.com
gbesen@sheppardmullin.com

JACKSON KELLY PLLC

*/s/Thomas J. Hurney, Jr.*
Thomas J. Hurney, Jr. (pro hac vice)
Gretchen M. Callas (pro hac vice)
500 Lee Street East
Suite 1600
Charleston, WV 25301
Phone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com
*Counsel for Defendant Executive Committee of the Southern Baptist Convention*

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Matthew C. Pietsch*
Matthew C. Pietsch, TN Bar No. 024659
4031 Aspen Grove Drive, Suite 290
Franklin, TN 37067
Phone: 615-722-9000
Fax: 615-970-7490
mpietsch@grsm.com
*Counsel for Defendant Southern Baptist Convention*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and complete copy of the foregoing has been served through the Court's electronic filing system to the following on **February 3, 2026**:

| | |
|---|---|
| Robert D. MacGill<br>Patrick J. Sanders<br>MacGill PC<br>156 E. Market Street, Suite 1200<br>Indianapolis, IN 46204<br>robert.macgill@macgilllaw.com<br>patrick.sanders@macgilllaw.com<br><br>Todd G. Cole<br>Andrew Goldstein<br>Cole Law Group, P.C.<br>1648 Westgate Circle, Suite 301<br>Brentwood, TN 37027<br>tcole@colelawgrouppc.com<br>agoldstein@colelawgrouppc.com<br>*Counsel for Plaintiff* | John R. Jacobson<br>Katherine R. Klein<br>Riley & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, TN 37203<br>jjacobson@rjfirm.com<br>kklein@rjfirm.com<br><br>Steven G. Mintz<br>Terence W. McCormick<br>Scott Klein<br>Adam Kahan Brody<br>Alex Otchy<br>Mintz & Gold LLP<br>600 Third Avenue, 25th Floor<br>New York, NY 10016<br>mintz@mintzandgold.com<br>mccormick@mintzandgold.com<br>klein@mintzandgold.com<br>brody@mintzandgold.com<br>otchy@mintzandgold.com<br>*Counsel for Defendant Guidepost Solutions, LLC* |
| Matthew C. Pietsch<br>Gordon Rees Scully Mansukhani, LLP<br>4031 Aspen Grove Drive, Suite 290<br>Franklin, TN 37067<br>mpietsch@grsm.com<br><br>Louis Gino Marchetti, Jr.<br>Taylor, Pigue, Marchetti & Blair, PLLC<br>2908 Poston Avenue<br>Nashville, TN 37203<br>gmarchetti@tpmblaw.com<br>*Counsel for Southern Baptist Convention* | Melissa J. Hogan<br>Qavah Law<br>8757 Horton Highway<br>College Grove, TN 37046<br>melissajhogan@qavahlaw.com<br>*Counsel for Jane Doe* |

*/s/ Thomas J. Hurney, Jr.*