Exhibit A

**Chat with "Steven Kyle" <+18508675466> on November 4, 2022**

+18508675466
Steven Kyle <+18508675466>+17708782355Johnny Hunt <+17703299202>

**Earliest item: 2022-11-04 12:07:17**
**Latest item: 2022-11-04 21:13:21**

**Friday 04 November 2022**

Instant Message : Native Messages
From 12:07:17
Johnny Hunt <+17703299202>

This is my conversation with my publicist contact. Note he is in the Middle East but will talk with us if we can get all the brothers on a conference call Monday or Tuesday

I need your help. I'm preparing to do the video announcing my reentrance into ministry January 2023. My 4 accountability group members are going to speak, I will mention my counseling and accountability. Should we mentioned the false allegations of abuse and assault? Janet also plans to speak encouraging works of her observation and her excitement to see me once again serve my call. Could Johnny Moore write a recommending script or guidelines and should we send him the videos to view? I'm willing to pay!

Just left him a voicemail - I think if we could get him to help w a script that would be good. May want to set up a quick call w all of us and let Johnnie hear the heart of what we want to communicate and then have him draft it. When are you wanting to record it? He's not the fastest at getting back as you know but he will get back. I told him it was fairly urgent and what it was in reference to.

Recording November 17

Give me some windows on Monday or Tuesday that work for you guys w Johnnie Moore. I'll be on with you. H e's in some middle eastern country but he will make it work 😊

Instant Message : Native Messages
From 12:13:42
Steven Kyle <+18508675466>

Sounds good. I'll touch base with Benny first about some options on Mon/Tues then reach out to the other guys

Instant Message : Native Messages
From 12:15:04
Johnny Hunt <+17703299202>

Thanks Pastor, praying for Jennifer. Look forward to tonight

Instant Message : Native Messages
From 12:45:40
Steven Kyle <+18508675466>

Benny can do Monday after 2 eastern time. You good with that?

Instant Message : Native Messages
From 12:47:43
Johnny Hunt <+17703299202>

I have only one thing Monday the wedding at Deanna's at 3pm? Can he do late morning, sorry I didn't mention this

Instant Message : Native Messages
From 12:57:25
Steven Kyle <+18508675466>

What about Tuesday at 2pm eastern?

Instant Message : Native Messages
From 13:00:05
Johnny Hunt <+17703299202>

Perfect thanks Pastor

Instant Message : Native Messages
From 13:00:31
Steven Kyle <+18508675466>

Will you check with Johnnie before I ask Mark and Mike?

Instant Message : Native Messages
From 13:03:34
Johnny Hunt <+17703299202>

Yes

Instant Message : Native Messages
From 18:33:11
Steven Kyle <+18508675466>

6:30 at Red Bar?

Instant Message : Native Messages
From 18:33:39
Johnny Hunt <+17703299202>

Yes sir, you got a moment for a call

Instant Message : Native Messages
From 18:34:05
Steven Kyle <+18508675466>

Give me 15 minutes

Instant Message : Native Messages
From 21:13:21
Johnny Hunt <+17703299202>

Can you and Jennifer have lunch with us Sunday at Deanna?

**End Thread**

Thread Statistics

**Instant Message Count**

13

Exhibit B

Chat with "Steven Kyle" <+18508675466> and 3 more addresses on November 16, 2022

chat76984646684857130
Johnny Hunt <+17703299202>Steven Kyle <+18508675466>M Whitson <+17045333344>Mark Hoover <+13162144474>Benny Tate <+17705846061>+17708782355

Earliest item: 2022-11-16 13:37:43
Latest item: 2022-11-16 16:34:37

**Wednesday 16 November 2022**

Instant Message: Native Messages
From 13:37:43
Mark Hoover <+13162144474>

Is there any update on the statement from Johnnie Moore?

Instant Message: Native Messages
From 13:40:18
Johnny Hunt <+17703299202>

He is finished with his notes however he wanted to read through them again this morning with fresh eyes and then send them, Mark should be coming any moment now! See you soon, Lord willing

Instant Message: Native Messages
From 13:40:34
Mark Hoover <+13162144474>

Sounds good!

Instant Message: Native Messages
From 13:43:22
Steven Kyle <+18508675466>

Mark, should I bring a coat? Jennifer said she thinks I'll need one because it is cool there. I think I'll be fine. I'm thick blooded.

Instant Message : Native Messages
From 13:45:46
Mark Hoover <+13162144474>

It's 27 right now, and it's going to be 19 when you get up to go to the airport on Friday morning.

Instant Message : Native Messages
From 13:47:14
Johnny Hunt <+17703299202>

Today is the 16th, read Proverbs 16:1,9,33. May our plans be ruled by His sovereign choices for each of us. I love and respect you brothers!

Instant Message : Native Messages
From 16:28:00
Steven Kyle <+18508675466>

Hunt.docx

~/Library/SMS/Attachments/76/06/5D0558FA-7DC3-4863-8BC7-3C769DA550A6/Hunt.docx - This file type is not supported for embedded threading. See attached child.

https://p57-content.icloud.com/M7AE6F8F533EF85E34AEC25842160E3680DC847C0875B0D3E32907D26C9EF99EB.C01USN00

Instant Message : Native Messages
From 16:34:37
Steven Kyle <+18508675466>

We are about to take off so Johnny and I won't be able to respond until we land in Atlanta. This is the draft Johnnie Moore sent. Please read it and make notes. I already have some thought to share with you later.

End Thread

Thread Statistics
Instant Message Count
8

SPEAKER #1 (KYLE).

I'm Pastor Steven Kyle and I'm here with Pastors Benny Tate, Mark Hoover, and Mike Whitson.

It has been our responsibility over the last several months to work directly and closely with Johnny Hunt, and his family, as they chose to enter into an intentional and intense season of reflection, repentance and restoration.

Pastor Johnny considered submitting himself to a similar program which he founded at Woodstock many years ago, but when he sought our counsel we advised him and his family that we thought it was wise for this process to take place away from Woodstock in order to give the Hunts the space and the privacy they uniquely needed during this season.

When we agreed to take them under our care the Hunts joined our congregation and they moved to our community, full time.

They also agreed to submit entirely to a set of requirements we put in place as a condition of this process. It has been to us a sacred duty and a serious one.

I want to be clear: Pastor Johnny has been accountable to us and he will remain accountable to us going forward, as long as he remains a member of our congregation.

In fact, I have spoken to Pastor Johnny nearly every day since all of this came to light and most days I have spoken to him several times a day. Pastor Johnny has spent hours speaking to individual members of this spiritual care and we have all meet together on multiple occasions, traveling from our individual parts of the country to do so.

We have also worked hard to provide the family with all the support they needed during this season of restoration. Over the course of the last several months, Johnny and Janet have submitted themselves to a series of intense, private counseling sessions together and Pastor Johnny engaged separately in an on-site intensive counseling program, as well. This is all in addition to the 16 weeks of private counseling the Hunts participated in twelve years ago when the original incident occurred.

We've spent many hours with Pastor Johnny in an attempt to better understand the circumstances that brought us to this place. It has been our privilege and a sober responsibility. It has been a difficult season, but we are pleased with the outcome. We are also committed to providing ongoing accountability and support.

Gentlemen, would you like to add anything?

SPEAKER #2 (HOOVER)

Sure. I think it's important to add two points.

First, anyone who knows Johnny Hunt knows that he is ALL IN on anything he decides is important. Just listen to him preach. Whether it is his conviction to reach the lost or to help discouraged pastors or to plant churches or to reach world ... when Johnny has conviction, he puts everything into it...all of his energy, every minute.

We have seen this same conviction during these last several months. He has made this process his full time job.

He has been ALL IN on healing his family and insuring he has fulfilled the Biblically required process of repentance and restoration, and he has – and this may sound strange – but he has been ALL IN on the humility required to open his entire life and heart to us, also to his counselors and to other spiritual and personal advisors.

Second, I just want to note that between the four of us ... Mike, Benny, Steven and myself ... we have something like 150 years of ministry experience. I would to think we can recognize when someone is repentant or not, when they take these obligations seriously or not ... and I am just grateful for the spirit and attitude with which Johnny, and his family, have approached our probing questions and our challenges to them and the ongoing requirements we have set out for them.

SPEAKER #3

Yea, I'll just add one thing... this was a unique circumstance in that there was a process of restoration which also took place twelve years ago.

That process included counseling, confession to Janet and to the woman involved and her husband, and a stated willingness on Johnny's part to resign from Woodstock all together. While it may have been insufficient, we believe that process was real, it was substantial and it was Biblical. Unfortunately, it was not public. And, it should have been public.

So, we want to attest publicly here two points: first, we have seen nothing but Godly repentance in Johnny's life as he has been forced to face his private sin in such a public way. Second, we are committed to continuing to walk with him in the years to come.

Finally, our job has not been to ascertain the facts or circumstances surrounding the events twelve years ago. Pastor Johnny maintains that the account made public earlier this year includes many mischaracterizations. However, it is clear that however brief and limited that encounter may have been it constituted a grave sin and a grave sin.

We don't know what happened but what we do know is that Pastor Johnny has been totally clear that he failed, he sinned, and his sin required repentance. Our focus has been on completing that process of repentance and restoration which began twelve years ago but has

proven to be insufficient. So, we have made it our responsibility to help him, and his family, complete that process.

SPEAKER #1 (KYLE)

Anything else?

Ok, Pastor XYZ would you mind praying a brief prayer?

SPEAKER #3

*(the prayer should be brief but pray for Hunts, all those who faith has been shaken by these events, that God would bless whatever their future ministry entails, and that God would protect all those in ministry from falling into temptation).*

PASTOR JOHNNY WITH JANET

I just want to thank Pastors Steve, Mike, Benny and Mark for all you have meant to me and my family during these last few months. You've supported us, told us the truth, prayed for us, challenged us, and led us to a better, stronger place. I also thank you for your willingness to continue to provide accountability for us. We welcome it. We will remain an open book to you. You have shown us again the power of the church in healing the lives of broken people.

In my own ministry, I sought to make Woodstock a "refuge" for many pastors who had made terrible mistakes – who had sinned -- or pastors who were burnt out or who faced other life challenges. In my own moment of public shame and failure, ***you*** have been a "refuge" for ***me* and for my family**. You have modeled a shepherd's care for a sheep.

Janet and I, and our family, can just never thank you enough.

As they say, hindsight is 20/20, and I can certainly say that are many things I would have done differently. I can't change the past but I can only learn from it and move into the future better for it. This experience has also made me pray differently ... in the world we're living in now, it is more important than ever that our young pastors guard their hearts.

Pastors are humans like the rest of us and sometimes we need help. I wish I would have sought the help I needed after my cancer and the painful season of depression and exhaustion that followed. I wish I would have sought other help along the way too.

I did seek your help and you have given it to me. You have been kind and wise, tough and generous and you've helped me ... and our family ... find our future, again.

I'm not sure how many years of ministry I have left, but I'm praying to God that he takes the lessons I've learned through all of this and uses them for his glory in the lives of others,

particularly as I continue my commitment to mentor and encourage pastors and to preach God's word every opportunity that He gives me. I thank God, especially for those I let down, that our faith doesn't rely on any human beings but on the resurrected son of God, Jesus Christ.

As the Apostle wrote, God has given us this treasure in jars of clay.

Now, as a family, and because of your ministry to us, we can "be confident again of this very thing that he who began a good work in us will carry it on to completion until the day of Christ Jesus."

Thank you from hearing my heart and thank you to all of you who have prayed for us. Looking forward to seeing many of you again, soon.

###

Exhibit C

Chat with "Steven Kyle" <+18508675466> and 3 more addresses on November 23, 2022

chat76984646684857130
Johnny Hunt <+17703299202>Steven Kyle <+18508675466>M Whitson <+17045333344>Mark Hoover <+13162144474>Benny Tate <+17705846061>+17708782355

Earliest item: 2022-11-23 14:40:36
Latest item: 2022-11-23 21:46:45

**Wednesday 23 November 2022**

Instant Message : Native Messages
From 14:40:36
M Whitson <+17045333344>

Please let me know when and where on the launch. I pray that the Lord uses this as a catalyst to soften hearts, bring conviction and start a revival.

Instant Message : Native Messages
From 15:53:16
Johnny Hunt <+17703299202>

Planning to post at 3pm today

Instant Message : Native Messages
From 15:53:34
Benny Tate <+17705846061>

Great

Instant Message : Native Messages
From 15:54:41
Steven Kyle <+18508675466>

Do you know where it's going to be posted? I assume Twitter and Facebook. Will it be through your ministry page?

Instant Message : Native Messages
From 15:55:19
Johnny Hunt <+17703299202>

Yes Facebook my page for sure

Instant Message : Native Messages
From 15:59:34
Johnny Hunt <+17703299202>

Facebook both my pages and Janet's. Twitter is good with a link but they are too ☹

Instant Message : Native Messages
From 21:40:24
Johnny Hunt <+17703299202>

https://baptistnews.com/article/sills-files-suit-against-sbc-and-11-other-defendants-claiming-his-relationship-with-lyell-was-consensual-and-he-became-a-scapegoat-in-the-sbcs-sexual-abuse-crisis/

B134B6E9-BF42-4354-87F0-C35F2223E06B.041DD86B-A83B-481A-9BCD-715A91DC195F.pluginPayloadAttachment



ABF97793-8BD0-4211-9066-6558616C35FA.C22CD230-BA66-4873-93D9-C2194F2421DC.pluginPayloadAttachment

Instant Message : Native Messages
From 17:14:35
Johnny Hunt <+17703299202>

I think they are hoping it is not so??? I could be presented by the end of November for public restoration. When I start back you are invited to everything!!!!!!!

Instant Message : Native Messages
From 17:15:43
Johnny Hunt <+17703299202>

May do my men's conf in late March at Hiland Park Baptist in PCB?

Instant Message : Native Messages
From 17:15:52
Kathy King <+16154965961>

We are praying for that day. I won't support NAMBs conferences. I just don't agree with how they handled things.

Instant Message : Native Messages
From 17:16:37
Johnny Hunt <+17703299202>

They are separating themselves from all my close friends

Instant Message : Native Messages
From 17:17:05
Kathy King <+16154965961>

I believe in my heart God is going to restore your reputation. I just pray daily for the scales to fall off eyes that need to hear from God and understand truth.

End Thread

Thread Statistics

| Instant Message Count |
| --- |
| 21 |

Chat with "Steven Kyle" <+18508675466> and 3 more addresses on November 29, 2022

chat76984646684857130

Johnny Hunt <+17703299202>Steven Kyle <+18508675466>M Whitson <+17045333344>Mark Hoover <+13162144474>Benny Tate <+17705846061>+17708782355

Earliest item: 2022-11-29 00:39:13
Latest item: 2022-11-29 00:54:28

**Tuesday 29 November 2022**

Instant Message : Native Messages
From 00:39:13

Steven Kyle <+18508675466>

Gentlemen, just passing along an email that my XP got today. My email address isn't listed online so I assume that's why Carl received it. Clearly the reporter already has an agenda as seen by his questions. I've instructed my XP to not reply to it. I plan to do the same. I can only assume you guys have received it too.

Dear Dr. Fondren

I am a national reporter for Religion News Service and am working on a story about the recent video in which Pastor Steven Kyle announced that former SBC president Johnny Hunt had completed a restoration process.

Wanted to confirm that Pastor Steven and Hiland Park Church oversaw the restoration process and that Pastor Hunt is now a member of Hiland Park. I saw on his Facebook page that he has been attending the church.

I have several questions for the pastoral care team and wanted to know if Pastor Steven is available for an interview

1 Does Pastor Steven believe that Pastor Hunt should return to ministry? Will he allow Pastor Hunt to speak at Higland Park?

2 The video makes no mention of the allegations of sexual assault against Pastor Hunt and no mention of making any amends to the survivor of the alleged abuse – why is that?

3 Why does the team believe Pastor Hunt is fit for ministry- given the serious of the allegations against him

Bob Smietana

Instant Message : Native Messages
From 00:42:43
M Whitson <+17045333344>

Thanks Steven. So far I have not been approached by him or anyone else.

Instant Message : Native Messages
From 00:43:14
Mark Hoover <+13162144474>

Same as Mike

Instant Message : Native Messages
From 00:43:42
Steven Kyle <+18508675466>

I know Benny was contacted by the same guy.

Instant Message : Native Messages
From 00:43:42
M Whitson <+17045333344>

My assistant has been off for the last week but kept up with email through yesterday.

Instant Message : Native Messages
From 00:43:54
Benny Tate <+17705846061>

He reached out to me I did not respond

Instant Message : Native Messages
From 00:45:03
Johnny Hunt <+17703299202>

Thanks brothers, this reporter is looking for blood. I will be so glad when my lawsuit is filed!!!! Hopefully in next 2 to 4 weeks

Instant Message : Native Messages
From 00:47:31
Steven Kyle <+18508675466>

Will the lawsuit state the facts?

Instant Message : Native Messages
From 00:54:28
Johnny Hunt <+17703299202>

Absolutely

**End Thread**

Thread Statistics

**Instant Message Count**

9

Exhibit E

Chat with "Steven Kyle" <+18508675466> on November 30, 2022

+18508675466

Steven Kyle <+18508675466>+17708782355Johnny Hunt <+17703299202>

Earliest item: 2022-1 1-30 02:17:19

Latest item: 2022-1 1-30 15:32:02

Wednesday 30 November 2022

Instant Message : Native Messages

From 02:17:19

Steven Kyle <+18508675466>

https://religionnews.com/2022/11/29/pastors-say-johnny-hunt-former-sbc-president-accused-of-abuse-can-return-to-ministry/

101F1745-CDF3-4E20-B3C3-7A1C24E96F81.pluginPayloadAttachment

RNS

0D9E8225-88E4-4ABA-8331-B633A4858AC1.pluginPayloadAttachment



Instant Message : Native Messages
From 02:17:19
Steven Kyle <+18508675466>

Did you see this?

Instant Message : Native Messages
From 02:18:48
Johnny Hunt <+17703299202>

No not surprised

Instant Message : Native Messages
From 02:19:20
Steven Kyle <+18508675466>

Might want to send it to Johnnie Moore.

Instant Message : Native Messages
From 02:20:10
Johnny Hunt <+17703299202>

Will do

Instant Message : Native Messages
From 03:20:07
Johnny Hunt <+17703299202>

From Johnnie

Surprisingly balanced story by RNS

A reflection of the entire process

RNS is typically entirely hostile. Their story quoted the video at length & the commentary is limited.

Instant Message : Native Messages
From 03:24:04
Steven Kyle <+18508675466>

Good deal. That's good to hear.

Instant Message: Native Messages

From 15:32:02

Steven Kyle <+18508675466>

Call me when you can

End Thread

| Thread Statistics | |
|---|---|
| | **Instant Message Count** |
| 8 | |

RNS

Hunt_0004713



CONFIDENTIAL

**Sent:** 11/30/2022 7:17:19 AM
**To:** +18508675466 <>, unknown <>
**Subject:** iMessage;-;+18508675466 - 2022-11-30
**Attachments:** 101F1745-CDF3-4E20-B3C3-7A1C24E96F81.pluginPayloadAttachment.png; 0D9E8225-88E4-4ABA-8331-B633A4858AC1.pluginPayloadAttachment.png

**+18508675466**
11/30/2022 02:17:19 AM
https://religionnews.com/2022/11/29/pastors-say-johnny-hunt-former-sbc-president-accused-of-abuse-can-return-to-ministry/

Attachment: 101F1745-CDF3-4E20-B3C3-7A1C24E96F81.pluginPayloadAttachment

Attachment: 0D9E8225-88E4-4ABA-8331-B633A4858AC1.pluginPayloadAttachment

**+18508675466**
11/30/2022 02:17:19 AM
Did you see this?

**Unknown**
11/30/2022 02:18:48 AM
No not surprised

**+18508675466**
11/30/2022 02:19:20 AM
Might want to send it to Johnnie Moore.

**Unknown**
11/30/2022 02:20:10 AM
Will do

**Unknown**
11/30/2022 03:20:07 AM
From Johnnie Surprisingly balanced story by RNS A reflection of the entire process RNS is typically entirely hostile. Their story quoted the video at length & the commentary is limited.

**+18508675466**
11/30/2022 03:24:04 AM
Good deal. That's good to hear.

**+18508675466**
11/30/2022 03:32:02 PM
Call me when you can

Chat with "Steven Kyle" <+18508675466> and
5 more addresses on December 2, 2022

chat104144901176160329
Steven Kyle <+18508675466>Jason Nave <+16788738075>Benny Tate <+17705846061>Johnny Hunt <+17703299202>Mark Hoover <+13162144474>M Whitson <+17045333344>,

Earliest item: 2022-12-02 21:44:37
Latest item: 2022-12-02 21:44:37

**Friday 02 December 2022**

Instant Message : Native Messages
From 21:44:37
Steven Kyle <+18508675466>

Gentlemen, Pastor Johnny just called me. He just spoke to his attorney. The attorney said that our video immensely strengthened their case. The way Bart Barber responded on Twitter revealed what had previously been hidden. I know we're getting beat up, but the attorney said our video is a huge help. He will sit down with Johnny and Janet in person in two weeks and will have the suit filed before Christmas. Keep on Keepin On!!

**End Thread**

| Thread Statistics | |
|---|---|
| | Instant Message Count |
| 1 | |