ORDER: The motion (Doc. No. 370) is GRANTED.

*[signature: William L. Campbell, Jr.]*

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY M. HUNT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | No. 3:23-cv-00243 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| SOUTHERN BAPTIST CONVENTION; ) | MAGISTRATE JUDGE FRENSLEY |
| GUIDEPOST SOLUTIONS LLC; and ) | |
| EXECUTIVE COMMITTEE OF THE ) | JURY DEMAND |
| SOUTHERN BAPTIST CONVENTION, ) | |
| ) | |
| *Defendants*. ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
MOTION FOR PARTIAL SUMMARY JUDGMENT CONCERNING
PLAINTIFF'S PUBLIC FIGURE STATUS AT THE TIME OF THE TWEET**

Defendants Southern Baptist Convention and the Executive Committee of the Southern Baptist Convention (collectively "Defendants"), respectfully move the Court for leave to file a motion for partial summary judgment with respect to the public figure status of the plaintiff, Johnny Hunt, at the time of the December 5, 2022 Tweet by then SBC President, Bart Barber. In support of this Motion, Defendants state as follows:

1. On March 31, 2025, the Court dismissed all of Hunt's claims against Defendants with the exception of his defamation in Count I of the Complaint as it pertains to the December 5, 2022, Tweet by then SBC President, Bart Barber (the "Tweet"). [Doc. 316]. The Court found that it was unable to determine the applicable standard of fault with respect to the Tweet, whether actual malice or negligence, because the parties had not adequately addressed Hunt's status as a public or private figure at the time of the Tweet. [Doc. 317 at p.68].