**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JOHNNY M. HUNT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 3:23-cv-00243** |
| | ) | |
| **SOUTHERN BAPTIST CONVENTION; GUIDEPOST SOLUTIONS LLC; and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION,** | ) | **Judge Campbell**<br>**Magistrate Judge Frensley**<br>**Jury Demand** |
| | ) | |
| **Defendants.** | ) | |

---

**RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Plaintiff Johnny M. Hunt, by and through the undersigned counsel, respectfully submits his Response in Opposition to Defendants' Motion for Partial Summary Judgment (Doc. No. 371).

As explained in the accompanying Memorandum, Plaintiff is neither the rare general-purpose public figure nor a limited-purpose public figure under applicable law. First, Plaintiff is not a general-purpose public figure. Defendants have not offered evidence to satisfy the demanding standard for the public figure designation, which is reserved for those who attain such pervasive fame or notoriety that they become a public figure for all purposes and in all contexts. Rather than attempt to meet this standard, Defendants argue for a "flexible" standard inconsistent with Supreme Court precedent and Sixth Circuit decisions.

Separately, Plaintiff would not qualify as a general-purpose public figure even if the Court accepted Defendants' relaxed standard. Defendants' proposed standard includes a scope of

publication test. Specifically, the test requires proof that the individual achieved the necessary degree of notoriety in the community where the defamation was published. Here, Barber's Tweet was published nationwide (was "available to anyone and everyone who cared to look") and was not confined to the SBC community. Undisputed record evidence has not established that Pastor Johnny has achieved national notoriety for his ministry.

Second, Plaintiff is not a limited-purpose public figure. There is no evidence that Plaintiff thrust himself to the forefront of any public controversy in order to influence its outcome. Plaintiff was pulled unwillingly into the SBC's sex abuse controversy. As the Executive Committee admitted, Plaintiff's return to ministry was only of interest as a direct and unambiguous response to Defendants' conduct; specifically, its decision to include Plaintiff in the Guidepost Report.

For the foregoing reasons, as well as the reasons set forth in the accompanying Memorandum, the Court should deny Defendants' Partial Motion for Summary Judgment, and this case should proceed to trial.

Dated: February 25, 2026

Respectfully submitted,

*/s/ Robert D. MacGill*

**Robert D. MacGill, Esq. (*pro hac vice*)**
**Patrick J. Sanders, Esq. (*pro hac vice*)**
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
patrick.sanders@macgilllaw.com

**Todd G. Cole, Esq., BPR # 031078**
**Andrew Goldstein, Esq., BPR # 037042**

COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 490-6020
Fax: (615) 942-5914
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Response in Opposition to Defendants' Motion for Partial Summary Judgment to be filed with the Clerk of the Court on February 25, 2026, using the CM/ECF system, which will automatically serve all counsel of record listed below:

Todd G. Cole, Esq.
Andrew Goldstein, Esq.
COLE LAW GROUP, P.C.
1648 Westgate Circle, Suite 301
Brentwood, TN 37027
Telephone: (615) 326-9059
tcole@colelawgrouppc.com
agoldstein@colelawgrouppc.com

Robert D. MacGill, Esq.
Patrick J. Sanders, Esq.
MACGILL PC
156 E. Market St.
Suite 1200
Indianapolis, IN 46204
Telephone: (317) 721-1253
robert.macgill@macgilllaw.com
patrick.sanders@macgilllaw.com

*Counsel for Plaintiff*

John R. Jacobson, Esq.
Katharine R. Klein, Esq.
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
(615) 320-3737 *Facsimile*
jjacobson@rjfirm.com
kklein@rjfirm.com

Steven G. Mintz, Esq.
Terence W. McCormick, Esq.
Scott Klein, Esq.
Adam Brody, Esq.
Alex Otchy, Esq.
MINTZ & GOLD LLP

Scarlett Singleton Nokes, Esq.
Sheppard Mullin Richter & Hampton LLP
2099 Pennsylvania Avenue, Nw Suite 100
Washington, DC 20006
Telephone: (202) 747-2309
snokes@sheppardmullin.com

Gene R. Besen, Esq.
Sheppard Mullin Richter & Hampton LLP
2200 Ross Avenue, 20th Floor
Dallas, Texas 75201
Telephone (469) 391-7400
Facsimile (469) 391-7401
gbesen@sheppardmullin.com

Thomas J. Hurney, Jr., Esq.
Gretchen M. Callas, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
Post Office Box 553
Charleston, West Virginia 25322
Telephone: 304-340-1000
thurney@jacksonkelly.com
gcallas@jacksonkelly.com

*Counsel for the Executive Committee of the Southern Baptist Convention*

L. Gino Marchetti, Jr., Esq.
TAYLOR, PIGUE, MARCHETTI & BLAIR, PLLC
2908 Poston Avenue
Nashville, TN 37203
Telephone: (615) 320-3225
gmarchetti@tpmblaw.com

Matt C. Pietsch, Esq.
GORDON REES SCULLY MANSUKHANI, LLP

600 Third Avenue
25th Floor
New York, NY 10016
Telephone: (212) 696-4848
mintz@mintzandgold.com
mccormick@mintzandgold.com
klein@mintzandgold.com
brody@mintzandgold.com
otchy@mintzandgold.com

*Counsel for Defendant Guidepost Solutions LLC*

4031 Aspen Grove Drive, Suite 290
Franklin, TN 37067
Telephone: (615) 722-9000
mpietsch@grsm.com

*Counsel for the Southern Baptist Convention*

Melissa J. Hogan, Esq.
QAVAH LAW
8757 Horton Hwy
College Grove, TN 37046
Telephone: (615) 293-6623
melissajhogan@qavahlaw.com

*Counsel for Jane Doe*

s/ *Robert D. MacGill*
Robert D. MacGill