IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **JOHNNY M. HUNT,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**SOUTHERN BAPTIST CONVENTION; GUIDEPOST SOLUTIONS LLC; and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 3:23-cv-00243**<br><br>**Judge Campbell**<br>**Magistrate Judge Frensley**<br>**Jury Demand** |

## DECLARATION OF PATRICK J. SANDERS

I, PATRICK J. SANDERS, hereby declare:

1. I am an adult individual over the age of twenty-one years. I am competent to make this declaration. I am a citizen of the United States. Unless otherwise stated, the facts recited herein are from my own personal knowledge.

2. I am counsel of record for Plaintiff in the above-captioned matter.

***Deposition Transcripts***

3. Attached as Plaintiff's **Exhibit A** is a true and correct copy of excepts from the transcript of the deposition of Christopher Bart Barber taken on March 19, 2024. ("Barber Dep.").

4. Attached as Plaintiff's **Exhibit B** is a true and correct copy of excerpts from the transcript of the 30(b)(6) deposition for the Executive Committee of the Southern Baptist Convention, through Jonathan Howe, taken on February 27, 2024 ("EC 30(b)(6) Dep.").

5. Attached as Plaintiff's **Exhibit C** is a true and correct copy of excerpts from the transcript of the deposition of Pastor Johnny Hunt taken on April 18, 2024 ("Hunt Dep.").

6. Attached as Plaintiff's **Exhibit D** is a true and correct copy of excerpts from the transcript of the deposition of Samantha Kilpatrick taken on February 2, 2024 ("Kilpatrick Dep.").

7. Attached as Plaintiff's **Exhibit E** is a true and correct copy of excerpts from the transcript of the deposition of Julie Myers Wood taken on February 15, 2024 ("Wood Dep.").

***Produced Documents, Deposition Exhibits, and Other***

8. Attached as Plaintiff's **Exhibit F** is a true and accurate copy of Plaintiff's Deposition Exhibit 2.

9. Attached as Plaintiff's **Exhibit G** is a true and accurate copy of Plaintiff's Deposition Exhibit 58.

10. Attached as Plaintiff's **Exhibit H** is a true and correct copy of Plaintiff's Deposition Exhibit 18.

11. Attached as Plaintiff's **Exhibit I** is a true and correct copy of Plaintiff's Deposition Exhibit 8.

12. Attached as Plaintiff's **Exhibit J** is a true and correct copy of Plaintiff's Deposition Exhibit 83.

13. **Exhibit K** is intentionally left blank.

14. Attached as Plaintiff's **Exhibit L** is a true and correct copy of Plaintiff's Deposition Exhibit 93.

15. Attached as Plaintiff's **Exhibit M** is a true and correct copy of Plaintiff's Deposition Exhibit 90.

16. Attached as Plaintiff's **Exhibit N** is a true and correct copy of Plaintiff's Deposition Exhibit 91.

17. Attached as Plaintiff's **Exhibit O** is a true and correct copy of Plaintiff's

Deposition Exhibit 92.

18. Attached as Plaintiff's **Exhibit P** is a true and correct copy of Plaintiff's Deposition Exhibit 89.

19. **Exhibit Q** is intentionally left blank.

20. Attached as Plaintiff's **Exhibit R** is a true and correct copy of Plaintiff's Deposition Exhibit 30.

21. Attached as Plaintiff's **Exhibit S** is a true and correct copy of Plaintiff's Deposition Exhibit 7.

22. Attached as Plaintiff's **Exhibit T** is a true and correct copy of Plaintiff's Deposition Exhibit 96.

23. Attached as Plaintiff's **Exhibit U** is a true and correct copy of Plaintiff's Deposition Exhibit 33.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Patrick J. Sanders 2/23/26

Patrick J. Sanders Date