60 Minutes @60Minutes · Oct 7, 2022 ···

Sunday, on 60 Minutes, Bart Barber tells @andersoncooper that addressing the sex abuse scandal that's rocked the Southern Baptist Convention is his number one priority. cbsn.ws/3CEBFtb




35 170 666

Show more replies

Sanders Decl.

Ex. L

EXHIBIT

93

CONFIDENTIAL

Hunt_0000975