**Carissa Beard** @CarissaDBeard · May 26, 2022 ···

And this is just part of the reason I will be voting for @bartbarber in Anaheim.  He needs your vote too.

> **Bart Barber** @bartbarber · May 25, 2022
>
> Later today I will offer my response to the Sexual Abuse Task Force's report prepared by @GuidepostGlobal. This morning, by request, I am sharing in this thread a timeline of actions I have taken with regard to the sexual abuse crises in the SBC.
>
> Show this thread

3

Sanders Decl.

Ex. M

EXHIBIT

90