Jacob Huneycutt @jacobhuneycutt_ · May 25, 2022

Bart has a track record of consistently going out of his way to address sexual abuse in the SBC. He is the right man for the job of president.

> **Bart Barber** @bartbarber · May 25, 2022
>
> Later today I will offer my response to the Sexual Abuse Task Force's report prepared by @GuidepostGlobal. This morning, by request, I am sharing in this thread a timeline of actions I have taken with regard to the sexual abuse crises in the SBC.
>
> Show this thread

3 19

Sanders Decl.

Ex. N

EXHIBIT

91