**SAGordon** @SAGordon · May 25, 2022

This is the correct response, consistently over time, to the issue of sexual abuse in our midst as Southern Baptists. This is the leadership we need in our next president for our convention.

> **Bart Barber** @bartbarber · May 25, 2022
>
> Later today I will offer my response to the Sexual Abuse Task Force's report prepared by @GuidepostGlobal. This morning, by request, I am sharing in this thread a timeline of actions I have taken with regard to the sexual abuse crises in the SBC.
>
> Show this thread

10

Sanders Decl.

Ex. O

EXHIBIT

92