

**Bart Barber** ✓
@bartbarber

•••

Later today I will offer my response to the Sexual Abuse Task Force's report prepared by @GuidepostGlobal. This morning, by request, I am sharing in this thread a timeline of actions I have taken with regard to the sexual abuse crises in the SBC.

9:18 AM · May 25, 2022

**15** Retweets **38** Quote Tweets **245** Likes

Sanders Decl.

Ex. P

EXHIBIT
89