**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **JOHNNY M. HUNT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 3:23-cv-00243** |
| | ) | |
| **SOUTHERN BAPTIST CONVENTION; GUIDEPOST SOLUTIONS LLC; and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION,** | ) | **Judge Campbell**<br>**Magistrate Judge Frensley**<br>**Jury Demand** |
| | ) | |
| **Defendants.** | ) | |

**DECLARATION OF JOHNNY M. HUNT**

I, JOHNNY M. HUNT, hereby declare:

1. I am an adult individual over the age of twenty-one years. I am competent to make this declaration. I am a citizen of the United States. Unless otherwise stated, the facts recited herein are from my own personal knowledge.

2. On April 28, 2025, I signed a declaration, which was submitted in connection with Plaintiff's Memorandum in Support of Response in Opposition to Defendants' Motion for Reconsideration ("Prior Declaration"), attached as **Exhibit A**. Doc. No. 342-1.

3. The statements made in my Prior Declaration were true at the time of submission and remain true as of the date of this Declaration.

4. There was no public controversy associated with my ministry prior to the publication of the Guidepost Report.

5. There was no public controversy associated with the allegations against me contained in the Guidepost Report prior to publication of the Guidepost Report.

6. At no point during my time at First Baptist Church Woodstock did church membership reach one hundred nine thousand.

7. I ran for the position of SBC President two times and was elected both times I ran for SBC President.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Signed: box SIGN 4P8XR79P-13355Y9Q

Printed: Johnny M. Hunt

Date: Feb 24, 2026