**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

Hunt Decl.

Ex. A

| | | |
|---|---|---|
| **JOHNNY M. HUNT,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **SOUTHERN BAPTIST CONVENTION; GUIDEPOST SOLUTIONS LLC; and EXECUTIVE COMMITTEE OF THE SOUTHERN BAPTIST CONVENTION,** <br><br> **Defendants.** | ) | **Case No. 3:23-cv-00243** <br><br> **Judge Campbell** <br> **Magistrate Judge Frensley** <br> **Jury Demand** |

## DECLARATION OF JOHNNY M. HUNT

I, JOHNNY M. HUNT, hereby declare:

1. I am an adult individual over the age of twenty-one years. I am competent to make this declaration. I am a citizen of the United States. Unless otherwise stated, the facts recited herein are from my own personal knowledge.

2. I was not part of any public debate on sexual abuse within the SBC before Defendants' publication of the Guidepost Report ("Report").

3. After publication of the Report, and specifically in response to the allegations contained in the Report, I issued two statements. I posted a response to the Report on my personal social media accounts on May 22, 2022. I also shared a letter I wrote addressed to the congregation at Woodstock Baptist Church on May 27, 2022.

4. Following the publication of the Report, I was forced to discontinue my ministry work. I appeared in a portion of a video pertaining to my return to ministry published in November 2022. This video served as an explanation for my return to the ministry and was made in response to the Report and the allegations it contained against me.

5. My responses to the Report were not made to influence the resolution of the SBC's sexual abuse controversy. Instead, they responded to the statements made in the Report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Signed: ______________________

Printed: Johnny M. Hunt

Date: 04/28/2025