# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **JOHNNY M. HUNT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:23-cv-00243** |
| | ) | |
| **SOUTHERN BAPTIST CONVENTION, et al.,** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE FRENSLEY** |
| **Defendants.** | ) | |

## <u>ORDER</u>

The Court is in receipt of a filing from Plaintiff (Doc. No. 319) seeking to vacate a protective order for a non-party to which he previously agreed. (*See* Notice of Resolution, Doc. No. 191 ¶ 1). This filing is procedurally improper for a multitude of reasons and is not well taken. The Clerk is **DIRECTED** to strike Plaintiff's filings (Doc. No. 319, 320, 321, 322) from the docket.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE