| | | |
|---|---|---|
| JOHNNY M. HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:23-cv-00243 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| SOUTHERN BAPTIST CONVENTION, et al., | ) | MAGISTRATE JUDGE FRENSLEY |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a motion for leave to file documents under seal filed by Defendants Southern Baptist Convention and the Executive Committee of the Southern Baptist Convention (collectively, "Defendants"). (Doc. No. 374). Through the motion, Defendants seek leave to file under seal a portion of Exhibits A, B, C, D, E, and F to their Motion for Partial Summary Judgment. (*See* Sealed Exhibits, Doc. No. 375). These exhibits are text messages of Plaintiff Johnny Hunt, which he designated as confidential. In response to the motion, Plaintiff states that he does not seek to maintain these exhibits under seal. (Doc. No. 378).

Accordingly, Defendants' Motion to Seal (Doc. No. 374) is **DENIED**. The Clerk is directed to unseal Docket Entry 375.

Also pending before the Court is Plaintiff's Motion to Seal unredacted versions of Plaintiff's response to the statement of material facts, deposition transcripts, and Exhibits H, R, S, and U. (Doc. No. 387). Plaintiff has filed redacted versions of the statement of material facts and the deposition transcripts. (*See* Doc. Nos. 383, 384-1, 384-4). It appears to the Court that the redactions and documents sought to be sealed in their entirety contain personal information of the

victim. The Court has previously ordered that such information shall remain under seal. (*See* Order, Doc. No. 315). Accordingly, the motion to seal (Doc. No. 387) is **GRANTED**. The documents filed at Docket Entry 388 shall remain sealed.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2