# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:23-cv-00243 |
| | ) | |
| SOUTHERN BAPTIST CONVENTION; | ) | JUDGE CAMPBELL |
| GUIDEPOST SOLUTIONS LLC; and | ) | MAGISTRATE JUDGE FRENSLEY |
| EXECUTIVE COMMITTEE OF THE | ) | |
| SOUTHERN BAPTIST CONVENTION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum, the motion for partial summary judgment filed by the Southern Baptist Convention and the Executive Committee of the Southern Baptist Convention (collectively, "SBC Defendants") (Doc. No. 371) is **GRANTED**. Accordingly, the March 31, 2026 Order (Doc. No. 316) is **AMENDED** to reflect reconsideration of Plaintiff's defamation claim arising out of the November 2022 Tweet by Bart Barber, and judgment is hereby entered in favor of the SBC Defendants on that claim. All other aspects of the March 31, 2026 Order, which resolves all other claims in favor of Defendants, remain unchanged.

This Order shall constitute final judgment for purposes of Federal Rule of Civil Procedure 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE