**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Johnny M. Hunt

Plaintiff,

v.

Case No.: 3:23−cv−00243

Southern Baptist Convention, et al.

Defendant,

**ENTRY OF JUDGMENT**

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/12/2026 re [397].

Vicki R. Kinkade
s/ Sarah M Matthews, Deputy Clerk